UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ANUCHA BROWNE SANDERS,

                PLAINTIFF,              06 Civ. 0589 (GEL)

      - against -                  ECF CASE

MADISON SQUARE GARDEN, L.P., and ISIAH LORD    AFFIDAVIT OF SERVICE
THOMAS III,

                DEFENDANTS.
------------------------------------------x

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF NEW YORK )

      ANTONIO FERNANDEZ, being duly sworn, deposes and says that deponent is over the age of 18 years, is not a party to the action, and resides in New York.

      On January 27, 2006, at approximately 1:45 p.m., I caused a true and accurate copy of the Summons and Complaint in the above-captioned action to be served upon Marc Schoenfeld, Senior Vice President Legal & Business Affairs, Madison Square Garden, 2 Pennsylvania Plaza, New York, NY 10121-0091. I also served Mr. Schoenfeld with copies of the Individual Practices of Judge Gerard E. Lynch and Magistrate Judge Debra Freeman, as well as a copy of the Southern District of New York's Electronic Filing Practices and Procedures. Mr. Schoenfeld was a person of suitable age and discretion to accept service for Isiah Lord Thomas, III, and agreed to accept service for Mr. Thomas. I served Mr. Schoenfeld at Madison Square Garden, 2 Pennsylvania Plaza, New York, NY 10121-0091. I then mailed the Summons, Complaint, the judges' individual practices, and the Southern District of New York's Electronic Filing Practices and Procedures to Mr. Thomas at his business address, Madison Square Garden, 2 Pennsylvania Plaza, New York, NY 10121-0091. I mailed the papers to Mr. Thomas by first-

234797 v1

class mail in an envelope marked "Personal and Confidential." The envelope did not indicate that it contained legal papers.

_____
ANTONIO FERNANDEZ

Sworn to before me this
30th day of January, 2006

_____
Notary Public

MICHELE HOST
NOTARY PUBLIC, State of New York
No. 02HO6116876
Qualified in New York County
Commission Expires Oct. 12, 2008

234797 v1