UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ANUCHA BROWNE SANDERS,

               Plaintiff,

    - against -

MADISON SQUARE GARDEN, L.P., and
ISIAH LORD THOMAS III,

               Defendants.

------------------------------------x

06 Civ. 0589 (GEL)

NOTICE OF APPEARANCE

ECF CASE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff and send me all electronic notifications. I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 31, 2006

                                      VLADECK, WALDMAN, ELIAS &
                                      ENGELHARD, P.C.

             By:      _____
                        Michele Host (MH 2557)
                        Attorneys for Plaintiff
                        1501 Broadway, Suite 800
                        New York, New York 10036
                        (212) 403-7300

234847 v1