UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ANUCHA BROWNE SANDERS,

                Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P., and
ISIAH LORD THOMAS III,

                Defendants.

------------------------------------x

06 Civ. 0589 (GEL)

NOTICE OF APPEARANCE

ECF CASE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for plaintiff and send me all electronic notifications. I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 1, 2006

                         VLADECK, WALDMAN, ELIAS &
                            ENGELHARD, P.C.

By: _____
     Kevin T. Mintzer (KM 4741)
     Attorneys for Plaintiff
     1501 Broadway, Suite 800
     New York, New York 10036
     (212) 403-7300

234848 v1