UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANUCHA BROWNE SANDERS,

                      Plaintiff,

          - against -

MADISON SQUARE GARDEN, L.P., and
ISIAH LORD THOMAS III,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

06 Civ. 0589 (GEL)

NOTICE OF APPEARANCE

ECF CASE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for plaintiff and send me all electronic

notifications.  I certify that I am admitted to practice in this court.


Dated: New York, New York
       February 22, 2006


                          VLADECK, WALDMAN, ELIAS &
                          ENGELHARD, P.C.


              By:     *Anne C. Vladeck*
                    Anne C. Vladeck (AV 4857)
                    Attorneys for Plaintiff
                    1501 Broadway, Suite 800
                    New York, New York 10036
                    (212) 403-7300


234928 v1

Dockets.Justia.com