```
USDC SDNY                    LYN145
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ANUCHA BROWNE SANDERS,

        Plaintiff,

  - against -

MADISON SQUARE GARDEN, L.P. and ISIAH
LORD THOMAS III,

        Defendants.

---------------------------------X

06 Civ. 00589 (GEL)

STIPULATION

Sanders v. Madison Square Garden, L.P. et al                                                                 Doc. 8

WHEREAS, defendants Madison Square Garden L.P. and Isiah Lord Thomas III (collectively "defendants") were served with the Summons and Complaint in the above-caption action on January 27, 2006; and

WHEREAS, defendants are required to answer, move or otherwise respond to the Complaint on or before February 16, 2006; and

WHEREAS, defendants have requested that plaintiff consent to a 22 day extension of defendants' time to answer, move, or otherwise respond to the Complaint; and

WHEREAS, plaintiff has consented to defendants' requested extension of time;

IT IS THEREFORE STIPULATED by and between the undersigned attorneys for the parties that the time for defendants to answer, move or otherwise respond to the Complaint in this action is extended to March 10, 2006.

235158 v1

IT IS FURTHER STIPULATED THAT this stipulation may be signed in counterparts and copies of original executions shall be deemed original.

Dated:   New York, New York
         February 14, 2006

VLADECK, WALDMAN, ELIAS        EPSTEIN, BECKER & GREEN, P.C.
& ENGELHARD, P.C.

By: _____      By: _____
Anne C. Vladeck (AV 4857)         Ronald M. Green (RG 7766)
Kevin T. Mintzer (KM 4741)        Donna Marie Werner (DW 9204)
Attorneys for Plaintiff           Attorneys for Defendant
Anucha Browne Sanders             Madison Square Garden
1501 Broadway, Suite 800          250 Park Avenue
New York, New York 10036          New York, New York 10177
(212) 403-7300                    (212) 351-4500

MANATT, PHELPS & PHILLIPS, LLP

By: _____
L. Peter Parcher (LPP 8096)
Lisa Horwitz (LH 8168)
Attorneys for Defendant
Isiah Lord Thomas III
7 Times Square
New York, New York 10036
(212)790-4500

SO ORDERED:

_____       _2/17/06_
United States District Judge     Date

235158 v1                 2

IT IS FURTHER STIPULATED THAT this stipulation may be signed in counterparts and copies of original executions shall be deemed original.

Dated:    New York, New York
          February 14, 2006

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

By: _____
Anne C. Vladeck (AV 4857)
Kevin T. Mintzer (KM 4741)
Attorneys for Plaintiff
Anucha Browne Sanders
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

EPSTEIN, BECKER & GREEN, P.C.

By: _____
Ronald M. Green (RG 7766)
Donna Marie Werner (DW 9204)
Attorneys for Defendant
Madison Square Garden
250 Park Avenue
New York, New York 10177
(212) 351-4500

MANATT, PHELPS & PHILLIPS, LLP

By: _____
L. Peter Parcher (PP  )
Lisa Horwitz (LH  )
Attorneys for Defendant
Isiah Lord Thomas III
7 Times Square
New York, New York 10036
(212)790-4500

SO ORDERED:

_____
United States District Judge

2/17/06
Date

235170 v1