UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANUCHA BROWNE SANDERS,<br><br>Plaintiff,<br><br>-against-<br><br>MADISON SQUARE GARDEN, L.P. AND ISIAH LORD THOMAS III,<br><br>Defendants. | Civil Case No. 06 Civ. 0589<br><br>ECF CASE<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

ELENI FRASIOLAS being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens County, New York. On March 10, 2006, I caused to be served a copy of Defendant Isiah Thomas' Answer to the Complaint of Plaintiff Anucha Browne Sanders via U.S. First Class Mail to the following persons at the last known address set forth below:

Christopher P. Reynolds
Amber L. Kagan
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178

Attorneys for Defendant Madison Square Garden, L.P.

_____
ELENI FRASIOLAS

Sworn to before me this
10th day of March, 2006

_____
Notary Public

SHARON A. BYRNE
Notary Public, State of New York
No. 01BY6028787
Qualified in Richmond County
Term Expires August 2, 20__

80358451.1