AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Anucha Browne Sanders,

V.

Madison Square Garden, L.P. & Isiah Lord Thomas III.,

**APPEARANCE**

Case Number: 06 CV 0589 (GEL)

ECF CASE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Isiah Lord Thomas, III.

I certify that I am admitted to practice in this court.

Sanders v. Madison Square Garden, L.P. et al                                             Doc. 13

March 10, 2006

Date

Signature

Print Name: Lisa Horwitz     Bar Number: LH 8168

Address: Manatt, Phelps & Phillips LLP, 7 Times Square

City: New York    State: NY    Zip Code: 10036

Phone Number: (212) 790-4584    Fax Number: (212) 536-1844