Ronald M. Green, Esq. (RG-7766)
Donna Marie Werner, Esq. (DW-9204)
Darryll A. Buford, Esq. (DB-0546)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500

Christopher P. Reynolds, Esq. (CR-8338)
Amber L. Kagan, Esq. (AK-7973)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendant*
*Madison Square Garden, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
ANUCHA BROWNE SANDERS,

               Plaintiff,

   - against -

MADISON SQUARE GARDEN, L.P., AND ISIAH LORD THOMAS III,

               Defendants.
------------------------------------------------x

Civil Case No. 06 CV 0589

ECF CASE

## DEFENDANT MADISON SQUARE GARDEN, L.P.'S RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Madison Square Garden, L.P., by and through its attorneys Epstein Becker & Green, P.C. and Morgan, Lewis & Bockius LLP, hereby states that it is a limited partnership owned by Rainbow Media Holdings, LLC, a limited liability company that is a wholly owned subsidiary of Cablevision Systems Corporation ("Cablevision"). Cablevision is a publicly held corporation with no parents

and with two publicly held companies, each holding more than 10% of its stock, Citigroup Inc. and Gabelli Asset Management, Inc.

Dated: New York, New York
       March 10, 2006

EPSTEIN BECKER & GREEN, P.C.

By:  s/Ronald M. Green
     Ronald M. Green, Esq.  (RG-7766)
     Donna Marie Werner, Esq. (DW-9204)
     Darryll A. Buford, Esq. (DB-0546)
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500

MORGAN, LEWIS & BOCKIUS LLP

Christopher P. Reynolds, Esq. (CR-8338)
Amber L. Kagan, Esq.  (AK- 7973)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendant Madison Square Garden, L.P.*