Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000 (Telephone)
(212) 309-6001 (Fax)

ATTORNEYS FOR DEFENDANT MADISON SQUARE GARDEN, L.P.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ANUCHA BROWNE SANDERS,                                 :
                       Plaintiff,                      :
                                                       :    Civil Case No. 06 CV 0589
                                                       :
          v.                                           :    **ELECTRONICALLY FILED**
                                                       :
MADISON SQUARE GARDEN, L.P.                            :
AND ISIAH LORD THOMAS III,                             :
                       Defendants.                     :
                                                       :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher P. Reynolds of Morgan, Lewis & Bockius

LLP has been retained by and hereby appears as counsel in the above-captioned action for and on

behalf of Madison Square Garden, L.P., and requests that service of all papers herein be made

upon the undersigned at the address set forth below.

Dated: March 14, 2006
       New York, New York

                         Respectfully submitted,


                         MORGAN, LEWIS & BOCKIUS LLP


                         By: _/s/_____
                                Christopher P. Reynolds (CR-8338)

                         101 Park Avenue
                         New York, New York 10178
                         (212) 309-6000

                         Attorneys for Defendant Madison Square Garden, L.P.

1-NY/2004781.1

Dockets.Justia.com