Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000 (Telephone)
(212) 309-6001 (Fax)

ATTORNEYS FOR DEFENDANT MADISON SQUARE GARDEN, L.P.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
ANUCHA BROWNE SANDERS,                        :
                        Plaintiff,            :
                                              :        Civil Case No. 06 CV 0589
                                              :
            v.                                :        **ELECTRONICALLY FILED**
                                              :
MADISON SQUARE GARDEN, L.P.                   :
AND ISIAH LORD THOMAS III,                    :
                        Defendants.           :
                                              :
----------------------------------------------------------x

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amber L. Kagan of Morgan, Lewis & Bockius LLP has

been retained by and hereby appears as counsel in the above-captioned action for and on behalf

of Madison Square Garden, L.P., and requests that service of all papers herein be made upon the

undersigned at the address set forth below.

Dated: March 14, 2006
        New York, New York

                                Respectfully submitted,


                                MORGAN, LEWIS & BOCKIUS LLP

                                By: _/s/_____
                                        Amber L. Kagan (AK-7973)

                                101 Park Avenue
                                New York, New York 10178
                                (212) 309-6000

                                Attorneys for Defendant Madison Square Garden, L.P.

1-NY/2004781.1

Dockets.Justia.com