Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000 (Telephone)
(212) 309-6001 (Fax)

ATTORNEYS FOR DEFENDANT MADISON SQUARE GARDEN, L.P.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

ANUCHA BROWNE SANDERS,
        Plaintiff,

               Civil Case No. 06 CV 0589

v.                  **ELECTRONICALLY FILED**

MADISON SQUARE GARDEN, L.P.
AND ISIAH LORD THOMAS III,
        Defendants.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Carl G. Guida of Morgan, Lewis & Bockius LLP has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of Madison Square Garden, L.P., and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: March 14, 2006
       New York, New York

                        Respectfully submitted,

                        MORGAN, LEWIS & BOCKIUS LLP

                        By: /s/_____
                            Carl G. Guida (CG-6227)

                        101 Park Avenue
                        New York, New York 10178
                        (212) 309-6000

                        Attorneys for Defendant Madison Square Garden, L.P.

1-NY/2004781.1