AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Anucha Browne Sanders,

v.

Madison Square Garden, L.P. & Isiah Lord Thomas III.,

**APPEARANCE**

Case Number: 06 CV 0589 (GEL)

ECF CASE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Isiah Lord Thomas, III.

I certify that I am admitted to practice in this court.

March 17, 2006
Date

*O.P. Sherwood* (signature)

O. Peter Sherwood — OS 3076
Print Name — Bar Number

Manatt, Phelps & Phillips LLP, 7 Times Square
Address

New York    NY    10036
City    State    Zip Code

(212) 830-7288    (212) 830-7167
Phone Number    Fax Number