VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

KEVIN T. MINTZER



WRITER'S DIRECT DIAL
403-7348

July 14, 2006

06 CIV. 589 (GEL)

**BY HAND**
Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581

    Re:    <u>Browne Sanders v. MSG and Isiah Lord Thomas III</u>

Dear Judge Lynch:

    We represent the plaintiff in the above-referenced matter. The Civil Case Management Plan in this matter provides for the filing of amended pleadings and the joinder of additional parties by June 15, 2006. The parties had previously agreed to extend the deadline for these filings through and including today, July 14, 2006 because, as the Court may recall, there had been a delay in the initial production of documents in this matter because of the parties' discussion concerning a confidentiality agreement.

    Based on the parties' agreement, <u>plaintiff respectfully requests leave to file the enclosed Amended Complaint</u>. The primary purposes of the amendment are to: (1) add James L. Dolan as an additional defendant as to plaintiff's retaliation claims under state and city law; and (2) add claims against existing defendant Isiah Thomas for retaliation under state and city law. We are of course available to answer any additional questions the Court may have about the proposed filing. }*

Respectfully submitted,

Kevin T. Mintzer

Enclosure

    cc:    Ronald M. Green, Esq. (by facsimile and regular mail with enclosure)
           Peter Parcher, Esq. (by facsimile and regular mail with enclosure)

238903 v1

*SO ORDERED

GERARD E. LYNCH, U.S.D.J.
7/24/06