UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ANUCHA BROWNE SANDERS,

                Plaintiff,

      - against -

MADISON SQUARE GARDEN, L.P., ISIAH
LORD THOMAS III, and JAMES L. DOLAN,

                Defendants.



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

06 Civ. 0589 (GEL)


NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that the undersigned enters her appearance as counsel for

plaintiff herein.

Dated:  New York, New York
         September 1, 2006

                              VLADECK, WALDMAN, ELIAS &
                                ENGELHARD, P.C.

          By:   _____
                   Karen Cacace (KC 3184)
                   1501 Broadway, Suite 800
                   New York, New York 10036
                   (212) 403-7300
                   kcacace@vladeck.com

239986 v1