VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

KEVIN T. MINTZER



October 31, 2006

WRITER'S DIRECT DIAL
403-7348

**BY HAND**

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581

11/6/06

Re:   Browne Sanders v. Madison Square Garden, L.P. et al.
      S.D.N.Y. Case No. 06 CV 0589 (GEL)

Dear Judge Lynch:

This Firm represents the plaintiff in the above-referenced matter. Enclosed is plaintiff's proposed Second Amended Complaint. The amendment: (1) adds plaintiff's Title VII claims against defendant Madison Square Garden, (2) supplements the jurisdictional statement, (3) sets forth facts concerning the EEOC's investigation of plaintiff's administrative charge, and (4) corrects certain dates in paragraphs 19 and 20. In all other respects, the enclosed amendment is unchanged from the most recently filed Amended Complaint.

Accordingly, we ask the Court's permission to file the enclosed Second Amended Complaint.

Respectfully submitted,

Kevin T. Mintzer

Enclosure

cc:   Teresa M. Holland, Esq. (by hand, with enclosure)
      Lisa Horwitz, Esq. (by hand, with enclosure)

★SO ORDERED

GERARD E. LYNCH, U.S.D.J.
11/6/06

241239 v1