MANATT, PHELPS & PHILLIPS, LLP
L. Peter Parcher (LP 8096)
O. Peter Sherwood (OPS 3076)
Lisa Horwitz (LH 8168)
7 Times Square
New York, New York  10036
Telephone:  (212) 790-4500
Facsimile:  (212) 790-4545

And

EISENBERG & BOGAS, P.C.
Sue Ellen Eisenberg
Lucetta V. Franco
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Attorneys for Defendant Isiah Thomas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anucha Browne Sanders,<br><br>                    Plaintiff,<br><br>        v.<br><br>Madison Square Garden, L.P., and Isiah Lord Thomas III<br><br>                    Defendant. | 06 CV 0589 (GEL)(DCF)<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF LUCETTA V. FRANCO** |

PLEASE TAKE NOTICE that upon the annexed declaration of Lisa Horwitz and the Certificate of Good Standing annexed thereto, Defendant Isiah Thomas will move the Court before the Honorable Gerard E. Lynch at the United States Courthouse for the Southern District of New York, pursuant to Civil Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order granting *pro hac vice* admission of Lucetta V. Franco, a senior trial counsel of the law firm of Eisenberg & Bogas, P.C., and a member in good standing of the Bar of the State of Michigan.

Dated: New York, New York
November 15, 2006

        Respectfully submitted,

        MANATT, PHELPS & PHILLIPS, LLP

        By: _____
             L. Peter Parcher (LPP 8096)
             O. Peter Sherwood (OPS 3076)
             Lisa Horwitz (LH 8168)
        7 Times Square
        New York, New York 10036
        Telephone (212) 790-4500
        Fax (212) 790-4545
        pparcher@manatt.com
        osherwood@manatt.com
        lhorwitz@manatt.com

        Attorneys for Defendant Isiah Thomas

80376792.1

MANATT, PHELPS & PHILLIPS, LLP
L. Peter Parcher (LPP 8096)
Lisa Horwitz (LH 8168)
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

And

EISENBERG & BOGAS, P.C.
Sue Ellen Eisenberg
Lucetta V. Franco
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304

Attorneys for Defendant Isiah Thomas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anucha Browne Sanders,<br><br>          Plaintiff,<br><br>     v.<br><br>Madison Square Garden, L.P., & Isiah Lord Thomas III.,<br><br>          Defendant. | 06 CV 0589 (GEL)(DCF)<br><br>**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF LUCETTA V. FRANCO** |

## ORDER FOR PRO HAC VICE ADMISSION OF LUCETTA V. FRANCO

This matter is before this Court on a motion for the *pro hac vice* admission of LUCETTA V. FRANCO as counsel for Defendant Isiah Thomas. The Court has considered the motion and is of the opinion, having reviewed the Notice of Motion for *Pro Hac Vice* Admission of Lucetta V. Franco, Esq., and the accompanying Declaration of Lisa Horwitz, Esq., that the Motion has merit and should be granted.

Accordingly, it is ORDERED that LUCETTA V. FRANCO is hereby permitted to appear *pro hac vice* as counsel for Defendant Isiah Thomas in this matter.

**IT IS SO ORDERED,** this ___ day of _____, 2006.

_____
Hon. Gerard E. Lynch
United States District Court
Southern District of New York

80377543.1

MANATT, PHELPS & PHILLIPS, LLP
L. Peter Parcher (LPP 8096)
O. Peter Sherwood (OPS 3076)
Lisa Horwitz (LH 8168)
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

And

EISENBERG & BOGAS, P.C.
Sue Ellen Eisenberg
Lucetta V. Franco
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304

Attorneys for Defendant Isiah Thomas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anucha Browne Sanders,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Madison Square Garden, L.P., Isiah Lord Thomas III, and James L. Dolan,<br><br>　　　　　　　Defendants. | 06 CV 0589 (GEL)(DCF)<br><br>**DECLARATION OF LISA HORWITZ IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF LUCETTA V. FRANCO** |

I, LISA HORWITZ, hereby declare under penalty of perjury:

1. I am a member of the bar of the State of New York and of the Southern District of New York and am an attorney at Manatt, Phelps & Phillips, LLP, counsel for Defendant Isiah Thomas in the above-captioned matter. I submit this declaration in support of the application of Lucetta V. Franco for admission to the bar of this Court *pro hac vice*.

2. Ms. Franco is a senior trial counsel at the law firm of Eisenberg & Bogas, P.C., which is based in Bloomfield Hills, Michigan. She has practiced law for more than thirty years and is a highly regarded expert in fair employment practices law. Ms. Franco has served as a mediator, arbitrator and facilitator in employment cases and was a corporation counsel for Wayne County in Michigan. Ms. Franco is a member in good standing of the bar of the State of Michigan and is also admitted in the

United States District Courts for the Eastern and Western Districts of Michigan. Annexed hereto as Exhibit A is a certificate of good standing from the State Bar of Michigan for Ms. Franco. Ms. Franco's expertise in fair employment practices law makes her an invaluable member of the defense team.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on November 15, 2006.

_____
Lisa Horwitz (LH 8168)

80376786.1

# State Bar of Michigan

# Certificate

### of Good Standing

This certifies that Lucetta V. Franco, P25476 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing. She was admitted to practice in Michigan on October 23, 1975 in Wayne County and became a member of the State Bar of Michigan on October 23, 1975.

*Janet K. Welch*
Interim Executive Director
November 07, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Anucha Browne Sanders,<br><br>    Plaintiff,<br><br>  - against -<br><br>Madison Square Garden, L.P., and Isiah Lord Thomas III,<br><br>    Defendant. | 06 CV 0589 (GEL)(DCF)<br><br>**AFFIDAVIT OF MAIL SERVICE** |

STATE OF NEW YORK     )
                                            ss.:
COUNTY OF NEW YORK  )

Nathaniel Howard, being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to this action. I am employed by Manatt, Phelps & Phillips, LLP attorneys for Defendant Isiah Lord Thomas III.

2. On the 16th day of November, 2006, I served a true and complete copy of the Notice of Motion and Declaration of Lisa Horwitz in Support of Motion for Pro Hac Vice Admission by depositing said copy in a post office box regularly maintained by the United States Postal Service, in a securely-sealed, postage-paid envelope, addressed to plaintiff's counsel as listed below:

| | |
|---|---|
| Ronald M. Green, Esq. (RG 7766)<br>Teresa M Holland (TH-6973)<br>Epstein Becker & Green, PC<br>Attorneys for Defendant Madison Square Garden, L.P.,<br>250 Park Avenue<br>New York, NY 10177-1211 | Anne C. Vladeck, Esq. (AV 4857)<br>Kevin T. Mintzer (KM 4741)<br>Vladeck, Waldman, Elias & Engelhard, P.C.<br>Attorneys for Plaintiff Anucha Browne Sanders<br>1501 Broadway, Suite 800<br>New York, New York 10036 |

_____
Nathaniel Howard

Sworn to before me this Day
of November 16, 2006

_____
Notary Public

SHARON A. BYRNE
Notary Public, State of New York
No. 01BY6028787
Qualified in Richmond County
Term Expires August 2, 2007