MANATT, PHELPS & PHILLIPS, LLP
L. Peter Parcher (LPP 8096)
Lisa Horwitz (LH 8168)
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

And

EISENBERG & BOGAS, P.C.
Sue Ellen Eisenberg
Lucetta V. Franco
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304

Attorneys for Defendant Isiah Thomas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anucha Browne Sanders,<br><br>            Plaintiff,<br><br>     v.<br><br>Madison Square Garden, L.P. & Isiah Lord Thomas III.,<br><br>            Defendant. | 06 CV 0589 (GEL)(DCF)<br><br>**ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF LUCETTA V. FRANCO** |

Sanders v. Madison Square Garden, L.P. et al                                                                                                    Doc. 33

**ORDER FOR PRO HAC VICE ADMISSION OF LUCETTA V. FRANCO**

This matter is before this Court on a motion for the *pro hac vice* admission of LUCETTA V. FRANCO as counsel for Defendant Isiah Thomas. The Court has considered the motion and is of the opinion, having reviewed the Notice of Motion for *Pro Hac Vice* Admission of Lucetta V. Franco, Esq., and the accompanying Declaration of Lisa Horwitz, Esq., that the Motion has merit and should be granted.

Accordingly, it is ORDERED that LUCETTA V. FRANCO is hereby permitted to appear *pro hac vice* as counsel for Defendant Isiah Thomas in this matter.

IT IS SO ORDERED, this 27th day of November, 2006.

_____
Hon. Gerard E. Lynch
United States District Court
Southern District of New York

80377543.1