UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BROWNE SANDERS,

            Plaintiff,

    -v-

MADISON SQUARE GARDEN, L.P., et al.,

            Defendants.

------------------------------------------------------------x

06 Civ. 589 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Defendant Madison Square Garden, L.P. (MSG) seeks discovery of notes taken by two of plaintiff's attorneys during an interview with a witness, Karin Buchholz. The Court has reviewed the arguments made in the parties' joint discovery dispute letter of November 1, 2006, the plaintiff's and defendant MSG's further submissions of November 17, 2006, and November 22, 2006, and the notes submitted by plaintiff for in camera review.

    To the extent the notes are legible at all, it is the Court's conclusion that they reflect attorney work product. MSG has offered no plausible showing of the sort of substantial need for this material that would overcome the work product privilege.

    Accordingly, MSG's application is denied.

SO ORDERED.

Dated: New York, New York
       November 29, 2006

                                                  GERARD E. LYNCH
                                          United States District Judge

Sanders v. Madison Square Garden, L.P. et al      Doc. 34