UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                       :

ANUCHA BROWNE SANDERS,        :

           Plaintiff,       :

       -v-             :

MADISON SQUARE GARDEN, L.P., et al.,  :

          Defendants.    :

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/06

06 Civ. 589 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The parties having jointly requested an extension of the discovery deadline and an adjournment of the conference scheduled for December 1, 2006, it is hereby ORDERED that:

1. Discovery shall be completed by January 30, 2007.

2. The parties shall appear for a conference on February 2, 2007, at 2:30 p.m.

Sanders v. Madison Square Garden, L.P. et al                               Doc. 38

SO ORDERED.

Dated: New York, New York
      November 30, 2006

                                         _____
                                           GERARD E. LYNCH
                                       United States District Judge