UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANUCHA BROWNE SANDERS,

      <u>Plaintiff</u>,

  -against-

MADISON SQUARE GARDEN, L.P., et al.,

      <u>Defendants</u>.

------------------------------------------------------------------ x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 589 (GEL) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes initial conference, scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| | | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| _X_ | Resolution of discovery disputes | | Purpose:_____ |
| | | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Inquest After Default/Damages Hearing | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

Dated: New York, New York
   January 19, 2007

SO ORDERED.

*[signature]*
GERARD E. LYNCH
United States District Judge

Sanders v. Madison Square Garden, L.P. et al  Doc. 39