Sanders v. Madison Square Garden, L.P. et al                                                                    Doc. 40

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

KEVIN T. MINTZER

WRITER'S DIRECT DIAL
403-7348

January 29, 2007

**BY HAND**

Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581

    Re:    Browne Sanders v. Madison Square Garden, L.P. et al.
           S.D.N.Y. Case No. 06 CV 0589 (GEL)

Dear Judge Lynch:

    The parties in this action have been successfully scheduling and taking a large number of depositions, and otherwise proceeding expeditiously with discovery. As a result of facts learned during discovery and witnesses who were identified late in the discovery process, additional discovery, at least eight new depositions, need to be completed. All parties are in agreement that we will need an additional month to complete this discovery.

    Accordingly, the parties jointly and respectfully request that the discovery deadline in this case be extended one month until February 28, 2007 and that a conference scheduled for February 2, 2007 be adjourned consistent with a new discovery deadline. The Court has previously granted two requests for an extension of the discovery deadline. The parties do not anticipate that any further extensions of the discovery deadline will be needed.

    Respectfully submitted,

Kevin T. Mintzer

cc:    Teresa M. Holland, Esq. (via facsimile)
       Lisa Horwitz, Esq. (via facsimile)

*Granted. Conference adjourned to March 2, 2007, at 2:00pm.

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
1/31/07

243072 v1