Teresa M. Holland (TH-6973 )
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500

*Attorneys for Defendants*
*Madison Square Garden, L.P.*
*and James L. Dolan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANUCHA BROWNE SANDERS,

                     Plaintiff,

               - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS III AND JAMES L. DOLAN,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

06 CV 0589 (GEL) (DCF)

ECF CASE

     PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel in this case for Defendants Madison Square Garden, L.P. and James L. Dolan. Please serve all papers related to this action on the undersigned.

Dated: New York, New York      EPSTEIN BECKER & GREEN, P.C.
March 7, 2007

                              By:    s/Teresa M. Holland
                                     Teresa M. Holland (TH 9673)