# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

RONALD M. GREEN
TEL: 212.351.4646
FAX: 212.878.8686
RGREEN@EBGLAW.COM

April 24, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/07

**BY FACSIMILE**

Honorable Gerard E. Lynch
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007-1581

Sanders v. Madison Square Garden, L.P. et al                                                                                              Doc. 47

Re: Anucha Browne Sanders v. Madison Square Garden, L.P.,
Isiah Lord Thomas, III and James L. Dolan
SDNY Case No. 06 CV 0589 (GEL) (DCF)

Dear Judge Lynch:

Pursuant to Rule 1.E. of Your Honor's Individual Practices, the Defendants Madison Square Garden, L.P. and James L. Dolan, hereby respectfully request an extension of time of five business days (and a corresponding extension of five business days for all opposition and reply papers), to and including May 4, 2007, within which for all parties to serve any motions for summary judgment. The original date for submission is currently April 27, 2007. Counsel for Isiah Thomas join in our request. Defendants request the extension due to the need to finalize and review motion papers including affidavits and the unavailability of affiants due to business travel.

Plaintiff's counsel does not consent to Defendants' application because: 1) at defendants' request, the parties were afforded 45 days to prepare their motion papers; 2) the existing schedule in which all motions will be submitted by June 8, 2007, leaves little time for the Court to decide the motions and for the parties thereafter to prepare a joint pre-trial order and motions in limine; and 3) plaintiff's counsel has arranged other professional commitments based on the existing briefing schedule.

This is the first request by the Defendants for an extension of time with respect to these time limitations. This case has been assigned for trial commencing September 10, 2007.

ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

NY:1785962v1      EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

Hon. Gerard E. Lynch
April 24, 2007
Page 2

      Accordingly, Defendants respectfully request the Court grant Defendants' application and have attached a proposed Revised Scheduling Order.

Respectfully submitted,<br><br>Ronald M. Green

cc: Kevin T. Mintzer, Esq. (via facsimile)
      Sue Ellen Eisenberg, Esq. (via facsimile)

Encl.

> The continued inability of counsel in this case to extend each other minimal professional courtesies continues to present the Court with unnecessary controversies. The motion for an extension of time is denied, except to the extent that, if defendants choose to serve plaintiff with draft briefs and unsigned affidavits on April 27, they may have until May 4, 2007, to serve and file finalized motion papers. Should defendants elect to take advantage of this option, no party shall use, cite or refer to any unsigned draft affidavit provided pursuant to this order. No other change in the briefing schedule will be granted absent extraordinary justification.
>
> SO ORDERED
> _____
> GERARD E. LYNCH, U.S.D.J.
> 4/25/07

NY:1785962v1