AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Anucha Browne Sanders

v.

Madison Square Garden, L.P. et. al

**APPEARANCE**

Case Number: 06 CV 0589

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Isiah Lord Thomas III.

I certify that I am admitted to practice in this court.

April 26, 2007
Date

Signature

Louis Pechman          LP 6395
Print Name             Bar Number

Berke-Weiss & Pechman LLP, 488 Madison Ave.
Address

New York          NY          10022
City              State       Zip Code

(212) 583-9500         (212) 308-8582
Phone Number           Fax Number

Dockets.Justia.com