AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Anucha Browne Sanders
v.
Madison Square Garden, L.P. et. al

**APPEARANCE**

Case Number: 06 CV 0589

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Isiah Lord Thomas III.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 26, 2007 | *(signature)* |
| Date | Signature |
| | Laurie Berke-Weiss     LBW 3445 |
| | Print Name     Bar Number |
| | Berke-Weiss & Pechman LLP, 488 Madison Ave. |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 583-9500     (212) 308-8582 |
| | Phone Number     Fax Number |