May 02 07 02:15p  Berke-Weiss & Pechman LLP  212 583 9500  p.2
Case 1:06-cv-00589-GEL-DCF  Document 50  Filed 05/03/2007  Page 1 of 2
Sanders v. Madison Square Garden, L.P. et al  Doc. 50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANUCHA BROWNE SANDERS,

                Plaintiff,

-against-

MADISON SQUARE GARDEN, L.P.
AND ISIAH LORD THOMAS III,
AND JAMES L. DOLAN,

                Defendants.

------------------------------------------------------------X

06 Civ. 0589 (GEL) (DCF)

ECF CASE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/3/07]

[RECEIVED APR 2 3 2007 JUDGMENT CLERK'S OFFICE]

### STIPULATION AND ORDER SUBSTITUTING COUNSEL
### OF RECORD FOR DEFENDANT ISIAH LORD THOMAS III

Defendant Isiah Lord Thomas III stipulates to the following substitution of counsel

in this matter:

BERKE-WEISS & PECHMAN LLP
Laurie Berke-Weiss (LB-3445)
488 Madison Avenue
New York, NY 10022
Telephone: (212) 583-9500
Facsimile: (212) 308-8582

shall substitute for the firm of

MANATT, PHELPS & PHILLIPS LLP
L. Peter Parcher (LPP 8096)
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

and serve as co-counsel to the firm of

EISENBERG & BOGAS, P.C.

Sue Ellen Eisenberg (SE 4713) – *admitted pro hac vice*

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, Michigan 48304-2945

in representing Defendant Isiah Lord Thomas III in this Action.

The undersigned hereby consent to the substitution and certify that this substitution will not delay the proceeding in this matter.

Dated: April 25, 2007

By: _____
Manatt, Phelps & Phillips LLP
O. Peter Sherwood (OPS 3076)
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

Dated: April 25, 2007

By: _____
Berke-Weiss & Pechman LLP
Laurie Berke-Weiss (LB-3445)
488 Madison Avenue
New York, NY 10022
Telephone: (212) 583-9500
Facsimile: (212) 308-8582

SO ORDERED

Dated: May 2, 2007
New York, NY

_____
U.S. District Court Judge Gerard E. Lynch