UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANUCHA BROWNE SANDERS,

Plaintiff,

-against-

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III AND JAMES L.
DOLAN,

Defendants.

Civil Case No. 06 Civ. 0589 (GEL) (DCF)

ECF CASE

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Laurie Berke-Weiss, attorney for Defendant Isiah Lord Thomas III and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Kathleen L. Bogas
Eisenberg & Bogas, P.C.
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
248-258-6080 (Phone)
248-258-9212 (Fax)
klb@ebpclaw.com (Email)

is admitted to practice *pro hac vice* as counsel for Defendant Isiah Lord Thomas III in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rule of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       June 21, 2007

_____
United States District/Magistrate Judge

Sanders v. Madison Square Garden, L.P. et al                                                                                      Doc. 51