

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANUCHA BROWNE SANDERS,

    Plaintiff,

-against-

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III AND JAMES L. DOLAN,

    Defendants.

Civil Case No. 06 Civ. 0589 (GEL) (DCF)

ECF CASE

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Laurie Berke-Weiss a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:



Sanders v. Madison Square Garden, LP et al    Doc. 53

KATHLEEN L. BOGAS
Eisenberg & Bogas, P.C.
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
248-258-6080 (Phone)
248-258-9212 (Fax)

KATHLEEN L. BOGAS is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against KATHLEEN L. BOGAS in any State or Federal Court.

Dated: New York, NY
June 20, 2007

                                              Respectfully submitted,

                                              Laurie Berke-Weiss (LB-3445)
                                              Berke-Weiss & Pechman LLP
                                              488 Madison Avenue, 11th Floor
                                              New York, NY 10022
                                              (212) 583-9500 (Phone)
                                              (212) 308-8582 (Fax)

TO:    Anne C. Vladeck (AV-4857)
          Kevin T. Mintzer (KM-4741)
          Karen Cacace (KC-3184)
            Vladeck, Waldman,
          Elias & Engelhard, P.C.
          Attorneys for Plaintiff
          1501 Broadway, Suite 800
          New York, NY 10036
          (212) 403-7300

          Ronald M. Green (RG-7766)
          Theresa M. Holland (TH- 6973)
          Brian G. Cesaratto (BC- 5464)
          Epstein Becker & Green, P.C.
          Attorneys for Defendants Madison Square
            Garden, L.P. and James L. Dolan
          250 Park Avenue
          New York, NY 10177
          (212) 351-4500

          Amber L. Kagan (AK-7973)
          Morgan, Lewis & Bockius LLP
          Attorneys for Defendants Madison Square
            Garden, L.P. and James L. Dolan
          101 Park Avenue
          New York, NY 10178
          (212) 309-6000


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANUCHA BROWNE SANDERS,<br><br>Plaintiff,<br><br>-against-<br><br>MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN,<br><br>Defendants. | Civil Case No. 06 Civ. 0589 (GEL) (DCF)<br><br>ECF CASE<br><br>DECLARATION OF LAURIE BERKE-WEISS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

LAURIE BERKE-WEISS, hereby declares under penalty of perjury:

1. I am a Partner at Berke-Weiss & Pechman LLP, counsel for Defendant Isiah Lord Thomas III ("Defendant Thomas") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Thomas' motion to admit Kathleen L. Bogas as counsel pro hac vice to represent Defendant Thomas in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1984. I also was admitted to the bar of the United States District Court for the Southern District of New York in 1984, and am in good standing with this Court.

3. I have known Kathleen L. Bogas since 2007.

4. Ms. Bogas is a Partner at Eisenberg & Bogas, P.C., in Bloomfield Hills, Michigan. She is a member in good standing of the State Bar of Michigan and a certificate to that effect dated May 29, 2007, is annexed hereto as Exhibit A.

5. Ms. Bogas has practiced as a trial attorney since 1975 and is a highly regarded employment practices lawyer. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. As such she is an invaluable member of the defense team on this matter.

6. Accordingly, I am pleased to move the admission of Kathleen L. Bogas, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Kathleen L. Bogas, pro hac vice, which is attached hereto as Exhibit B.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York. New York on June 20, 2007.

*[signature]*
Laurie Berke-Weiss (LB-3445)

# State Bar of Michigan

# Certificate

## of Good Standing

This certifies that Kathleen L. Bogas, P25164 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing. She was admitted to practice in Michigan on October 15, 1975 in Oakland County and became a member of the State Bar of Michigan on October 15, 1975.

Janet K. Welch
Executive Director
May 29, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANUCHA BROWNE SANDERS,

      Plaintiff,

-against-

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III AND JAMES L. DOLAN,

      Defendants.

Civil Case No. 06 Civ. 0589 (GEL) (DCF)

ECF CASE

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Laurie Berke-Weiss, attorney for Defendant Isiah Lord Thomas III and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Kathleen L. Bogas
Eisenberg & Bogas, P.C.
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
248-258-6080 (Phone)
248-258-9212 (Fax)
klb@ebpclaw.com (Email)

is admitted to practice *pro hac vice* as counsel for Defendant Isiah Lord Thomas III in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rule of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       June ___, 2007

                                                _____
                                                United States District/Magistrate Judge

Sue Ellen Eisenberg (SE-4713) – *admitted pro hac vice*
Lucetta Franco (LF-7638) - *admitted pro hac vice*
Eisenberg & Bogas, P.C.
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, Michigan 48304-2945
(248) 258-6080

- and –

Laurie Berke-Weiss (LB-3445)
Louis Pechman (LP-6395)
Berke-Weiss & Pechman, LLP
488 Madison Avenue
New York, New York 10022
(212) 583-9500

*Attorneys for Defendant Isiah Lord Thomas III*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANUCHA BROWNE SANDERS, <br><br> Plaintiff, <br><br> -against- <br><br> MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN, <br><br> Defendants. | Civil Case No. 06 Civ. 0589 (GEL) (DCF) <br><br> ECF CASE <br><br> AFFIDAVIT OF SERVICE |

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

    Samantha Hermann, being duly sworn, deposes and says:

    I am over 18 years of age, reside in Westfield, New Jersey, and am not a party to this action.

    On JUNE 20, 2007 I served the MOTION TO ADMIT COUNSEL PRO HAC VICE, DECLARATION OF LAURIE BERKE-WEISS IN SUPPORT OF MOTION TO ADMIT

COUNSEL PRO HAC VICE AND EXHIBITS in the above-captioned matter by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service to the addresses set forth below:

Anne C. Vladeck (AV-4857)
Kevin T. Mintzer (KM-4741)
Karen Cacace (KC-3184)
  Vladeck, Waldman,
Elias & Engelhard, P.C.
Attorneys for Plaintiff
1501 Broadway, Suite 800
New York, NY 10036
(212) 403-7300

Ronald M. Green (RG-7766)
Theresa M. Holland (TH- 6973)
Brian G. Cesaratto (BC- 5464)
Epstein Becker & Green, P.C.
  Attorneys for Defendants Madison Square Garden,
L.P. and James L. Dolan
250 Park Avenue
New York, NY 10177
(212) 351-4500

Amber L. Kagan (AK-7973)
Morgan, Lewis & Bockius LLP
Attorneys for Defendants Madison Square
  Garden, L.P. and James L. Dolan
101 Park Avenue
New York, NY 10178
(212) 309-6000

Samantha Hermann

Sworn to before me this
20th day of June 2007

NOTARY PUBLIC

LAURIE BERKE-WEISS
Notary Public, State of New York
No. 4868442
Qualified in New York County
Commission Expires July 28, 2012