UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ANUCHA BROWNE SANDERS,

                   Plaintiff,                    06 Civ. 0589 (GEL) (DF)

           - against -                        ECF CASE

MADISON SQUARE GARDEN, L.P., ISIAH LORD      PLAINTIFF'S NOTICE OF MOTION FOR
THOMAS III and JAMES L. DOLAN,              PARTIAL SUMMARY JUDGMENT

                   Defendants.
----------------------------------------x

TO:     Ronald M. Green, Esq.
        Epstein, Becker & Green, P.C.
        Attorneys for Defendants
        250 Park Avenue
        New York, New York 10177

        Sue Ellen Eisenberg, Esq.
        Lucetta V. Franco, Esq.
        Eisenberg & Bogas, P.C.
        33 Bloomfield Hills Parkway, Suite 145
        Bloomfield Hills, MI 48304

        PLEASE TAKE NOTICE that, upon the Affidavit of Kevin T. Mintzer, the exhibits annexed thereto, the Statement of Material Facts pursuant to Local Civil Rule 56.1, the accompanying Memorandum of Law, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Anucha Browne Sanders will move the Court, at a date and time to be designated by the Court, for an Order granting her partial summary judgment on her claims of retaliation against defendants Madison Square Garden, L.P. and James L. Dolan and for such further relief as the Court may deem just and proper.

244935 v1

Dated: New York, New York
      April 27, 2007

                              VLADECK, WALDMAN, ELIAS &
                              ENGELHARD, P.C.

                By: _____
                              Anne C. Vladeck (AV 4857)
                              Kevin T. Mintzer (KM 4741)
                              Karen Cacace (KC 3184)
                              Attorneys for Plaintiff
                              1501 Broadway, Suite 800
                              New York, New York  10036
                              (212) 403-7300