# Exhibit 4

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
06 Civ. 0589 (CGE)

---------------------------------------------x

ANUCHA BROWNE-SANDERS,

Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS, III, and JAMES DOLAN,

Defendants.

---------------------------------------------x

December 12, 2006
10:08 a.m.

VIDEOTAPE DEPOSITION of STEPHEN C. MILLS, taken by the Plaintiff, pursuant to Notice, held at the offices of Vladeck Waldman Elias & Engelhard, P.C, 1501 Broadway, New York, New York, before Debbie Zaromatidis, a Shorthand Reporter and Notary Public of the State of New York.

46

MILLS

person in charge of the Hartford Civic Center?

A. Yes.

Q. Do you do reviews for these individuals on an annual basis?

A. Yes.

Q. And what time of the year do you do reviews for these individuals?

A. We do -- we do them in, you know, following -- somewhere in February -- January, February, March following the -- following -- following our annual -- annual -- you know, our annual year.

Q. Your annual year, does that work on -- does MSG work on a calendar year?

A. MSG works on a -- MSG corporately works on a calendar year. The teams actually work on a seasonal year.

Q. So for the Knicks the basketball season runs I guess preseason October through the end of the season whenever the playoffs end?

A. Right, but we evaluate people on

47

MILLS

a calendar year.

Q. From your perspective, what is the purpose of -- of writing performance reviews?

A. The purpose is to -- to assess how a person has done in the prior -- prior year, give them feedback on things that they -- they need to approve on and identify any accomplishments that they have had during the course of the year.

Q. Okay. Do you try to be accurate when you do the performance reviews?

A. Yes.

Q. Would you ever knowingly assign someone a rating in a performance review that they didn't deserve?

A. No.

Q. Could you tell me the circumstances, if you know, of how Ms. Browne-Sanders came to work at MSG?

A. Yes. I -- I was looking to fill -- fill the position of vice president of marketing for the Knicks and

48

MILLS

had spoken to a lot of candidates, and I met Anucha I believe in '96. I believe it was at the -- at the Olympics in -- in Atlanta and had -- you know, was impressed with her at that point. She had come in and met with us with -- doing some work with IBM while I was -- while -- IBM was a sponsor of the Garden, and she had -- had come and worked on some projects, and then I looked at all the candidates to fill -- fill the position as vice president of marketing. She was someone that ultimately I decided -- I thought was the right person for the job.

Q. Did you interview her?

A. Yes.

Q. And what did the two of you discuss in the interview, if you recall?

A. Discussed my -- my goals with the Knicks, discussed her experiences at IBM and Kodak, what she was looking for in her next career, what we were looking for or what I particularly was looking for in terms of the role that -- that was open in

49

MILLS

the Knicks.

Q. And particularly with respect to Ms. Browne-Sanders' experience at IBM and Kodak, what was said on that? What did you say and what did she say?

A. It -- I don't remember the specifics of what she said. I -- you know, I looked at the marketing background as -- at IBM and the structure of IBM as something that I thought was -- would be good for what I was looking for in the Knicks, at some point better sales experience, and Kodak I thought would be good as we were moving into a sales mode within -- within the Knicks.

Q. What were the duties of the position of vice president of marketing that you were considering Ms. Browne-Sanders for?

A. Really to oversee the day-to-day operations of the marketing staff, oversee the community relations, oversee the interaction between the Knicks staff and the other departments within The Garden.

54

MILLS

about -- about the promotion other than human resources?

A. I can't remember whether I did.

Q. Did you speak to Jim Dolan about it?

A. You know, I can't -- I can't remember if even Jim was involved day to day at the time when -- or if Dave Checketts was involved day to day at the time of the promotion.

Q. What year did Mr. Dolan take a more active role in The Garden, if you remember?

MR. GREEN: Objection to form. You may answer.

A. It was -- it was -- I can't remember the year, but it was -- it was after day -- Dave Checketts departure.

Q. In Ms. Browne-Sanders capacity as vice president of marketing, how did you regard her performance?

A. I thought she did a very good job.

Q. And are you able to be any more

55

MILLS

specific about in what respects you thought she did a good job?

MR. GREEN: Objection to form. You may answer, Mr. Mills.

A. I thought she added the structure and discipline that I was looking for in -- in the department.

MR. MINTZER: Mark this as Mills 3, please.

(Mills Exhibit 3 marked for identification.)

(Document handed to witness.)

MR. MINTZER: For the record, I've given the witness a -- a document that's been marked for identification as Mills Exhibit 3. It is Bates stamped MSG 00350 through 354.

Q. Mr. Mills, let me know after you've had an opportunity to look at it.

(Pause.)

A. Okay.

Q. Are you familiar with this document?

A. Yes.

56

MILLS

Q. And this is a performance review that you completed for Anucha Browne-Sanders on or about January 24, 2002?

A. Yes.

Q. Can I ask you to take a look at the page 351. There's a series of checkmarks relating to individual performance ratings for particular categories; is that correct?

A. Yes.

Q. Under the category of team work, you checked outstanding for Ms. Browne-Sanders.

Did you think that she was deserving of that rating?

A. Yes.

Q. And why was that?

A. Because the Knicks have been in my opinion a -- what I consider a silo'd organization within The Garden and not fully integrated into the other operations of Madison Square Garden particularly well, and one of the things that I wanted

57

MILLS

Anucha to do was to find ways to integrate the activities of the Knicks more -- more completely in -- with the activities of other departments and other parts of the Garden.

Q. And how did you -- how did Ms. Browne-Sanders, if you know, go about integrating the Knicks with other departments in The Garden?

A. I am trying to remember back to -- to 2000 -- 2002. I -- you know, I really can't remember the specifics, but, you know, involved with -- more involved with -- with the ticketing operations and suite sales operations.

Q. Okay. Under the -- the third category interpersonal competence, you checked under outstanding for up and above expectations for down. Do you see that?

A. Yes.

Q. What did you mean by that?

A. Throughout Anucha's career, she had -- there were always, you know, things about her, the way she interacted with

82

MILLS

A. There -- there were, you know, many people. Our human resources department was involved in it. Glen Sather was involved in the interview process.

Q. Was Mr. Dolan involved in hiring Mr. Golub?

A. I don't -- Jim -- he never interviewed Mike.

Q. Did Mr. Dolan and Mr. Ratner express any concerns about Mr. Golub?

MR. GREEN: Objection to form. You may answer.

A. Yes.

Q. What did they say?

MR. GREEN: Same objection. You may answer.

A. They were -- were concerned about whether or not he really grasped all -- all of the issues that you needed to be successful -- successful in -- in the organization especially from a budget standpoint.

Q. Did either one of them express

83

MILLS

the view that Mr. Golub should be dismissed?

MR. GREEN: Objection to form. You may answer.

A. No.

MR. MINTZER: Mark this as Mills 4.

(Mills Exhibit 4 marked for identification.)

(Document handed to witness.)

Q. For the record, I've given the witness a document that is two pages that have been marked for identification as Mills 4. It is MSG 01946 and 01947.

(Pause.)

Q. Mr. Mills, let me know after you've had the chance to review it.

(Pause.)

A. Okay.

Q. You've seen Mills 4 before?

A. Yes.

Q. This is the announcement that you sent out concerning Ms. Browne-Sanders' promotion to senior

84

MILLS

vice president marketing business operations?

A. Yes.

Q. Is everything that you stated in this document true to your -- to your information and belief?

A. Yes.

Q. When you said in the second paragraph of the document that she has also played a key role in the reorganization of the entire front office staff of the New York Knicks, what were you referring to?

A. I can't remember the specifics back to 2002 what the reorganizational -- reorganizational changes would have been at that point, but it -- the -- I just can't remember the specifics.

Q. You said that the SVP of marketing business operations was a position that you created in -- at the time of a reorganization. Is that -- is that accurate?

85

MILLS

A. Yes.

Q. Who held the marketing and business operations responsibilities prior to Ms. Browne-Sanders' assuming the role, even if it was a different position?

A. I -- you know, I don't -- it was -- it was more of an elevation of the -- it was more of a -- of a move in her position because I was moving over to be responsible for the business operations for -- for both the Knicks and the Rangers. So she was going to be more -- you know, she was going to be more active in the management of -- of the business operations of the Knicks and Rangers primarily because I was going to be split between multiple teams at this point.

Q. What had your job been prior to 2002?

A. Executive vice president of business operations or sports team operations for the Knicks.

Q. For the Knicks. And

314

MILLS

your attention?

A. She -- she said to me that there was -- there was an issue with the Knicks and that Hassan had -- she had these complaints. I can't remember if she spoke to me and then sent me the E mail, sent the E mail and spoke to -- but the conversation she had with me was that -- we had -- we had a complaint, human resources was involved in -- in looking into it, and she wanted to terminate the employee.

Q. And what to your knowledge was done to investigate?

A. I said I don't know the specifics of what happened with -- with the investigation. I just know that when she brought it to my attention I said well if -- if this stuff is investigated and these things were true, we should absolutely terminate.

MR. SCHOENFELD: I just want to be -- be sure that the portion of the transcript that relates to the people who

315

MILLS

complained about harassment is -- is marked confidential. I know we are keeping everything confidential until otherwise, but I thought it was important to specifically put that on the record.

MR. MINTZER: Sure. No objection.

MR. SCHOENFELD: Thank you.

Q. What do you recall the comments being in the E mail that Ms. Browne-Sanders forwarded to you from Dan Gladstone concerning Mr. Marbury?

A. You know, it would be easier for -- if I looked at the E mail, but there was some reference to a -- a bitch in the -- in the -- that Anucha was a bitch or -- in the -- in Stephon's comments.

Q. Do you recall seeing that Mr. Gladstone had said that Mr. Marbury had called Ms. Browne-Sanders a black bitch several times?

A. I -- I recall that there was a reference to a bitch or a black bitch. I

316

MILLS

don't know if -- if it referenced that several times.

Q. Did you have any reaction to reading that?

MR. GREEN: Objection to form. You may answer.

A. Yes.

Q. And what was your reaction?

A. That, you know, that's -- you know, even if it is in -- in a private conversation he had with Dan, you can't refer to -- you can't talk about people that work in the organization that way.

Q. What do you mean by a private conversation with -- with Dan?

A. I mean even if -- if he and Dan were -- were talking about something, that it's -- it's inappropriate in a private conversation that wasn't in the presence of Anucha -- he wasn't saying that to Anucha, I still think it is inappropriate, and you -- you can't -- shouldn't have those kinds of -- you can't describe people or talk about people in that way.

317

MILLS

Q. And what, if anything, did you do to address the fact that Mr. Marbury had made those comments or allegedly made those comments?

A. Well, I -- I knew it -- you know, at some point as we got through the investigation we would find out if he actually said them and -- and decide what -- what conversation we should have with him and what we couldn't go back to him about.

Q. Including the investigation you are referring -- the investigation you are referring to is the Hassan Gonsalves investigation?

A. Yes.

Q. And did anyone get back to you with the results of that investigation as to whether Marbury had in fact made those comments?

A. No one got back to me on comments regarding Stephon.

Q. Did you ever ask anyone, hey, whatever happened -- are you we doing

394

MILLS

referees, you know, as comfortable as possible in terms of treating them better than they are treated in other NBA arenas, and she was a familiar face, and I figured if she stuck her head in and asked them if they needed anything, they would tell her if they needed any additional stuff. I said to Isiah that that is not part -- you know, really that is not really part of Petra's job. She is responsible for entertainment. She is not responsible for delivering food and making sure the food is okay. You have plenty of people that work for you that are responsible for those kinds of things. You should have somebody else do it.

Q. Did Ms. Browne-Sanders tell you that Ms. Pope was uncomfortable with Mr. Thomas' request?

A. No.

Q. Did -- did Ms. Browne-Sanders' tell you that Ms. Pope had complained about the request in any way?

A. No. She didn't -- well she told

395

MILLS

me that Petra said to her that Isiah had asked her to do the following, and Anucha said to me I don't think that is appropriate. Are you aware that Isiah asked Petra to do the following thing and my response is what I told you.

(Witness confers with counsel.)

MR. MINTZER: Let the record reflect that the witness conferred with his counsel.

MR. GREEN: I confess. I consulted with my client.

MR. SCHOENFELD: It looked like the counsel was conferring with the witness.

MR. GREEN: Yes, counsel conferred with his client in between questions.

Q. Did you ever speak with Ms. Pope about the issue of her going to check on the referees?

A. You know, I -- I can't remember if I left it that Anucha was going to go -- going to go back and talk to Petra

396

MILLS

or if I was, but, you know, what I told Anucha was that Petra didn't have to do that any more, that I was going to talk to Isiah. I can't remember whether or not I actually spoke to Petra.

Q. Do you know whether it would violate any league rule to have Ms. Pope go into the referees' locker room to check on them?

A. It wouldn't violate any -- the reason I believe Petra shouldn't do it is because it is not part of her job, checking -- having someone check on the referees to -- to see if the soft drinks and the food and if their video recorder that they required is working and functioning. If -- I'm not aware of any league rules that that would violate.

Q. Other than the communications that you had from Ms. Browne-Sanders of -- concerning Ms. Pope and the E mail that you received concerning Mr. Thomas giving Ms. Browne-Sanders a hug, did Ms. Browne-Sanders express any concern to

397

MILLS

you about Mr. Thomas' conduct at any other time during her employment at MSG?

A. Not that I can -- not at that I can recall.

Q. Did Ms. Browne-Sanders ever tell that Mr. Thomas needed sexual harassment training?

A. No.

Q. Did she ever tell you that he had said that he loved her?

A. No.

Q. Did she ever tell you that they -- that Mr. Thomas had suggested that the two of them meet off site for any reason?

A. No.

(Mills Exhibit 16 marked for identification.)

(Document handed to witness.)

Q. I have given you a document that -- that has been marked for identification as Mills Exhibit 16, Bates stamp PL 00286.

Have you had a chance to look at it, Mr. Mills?

MILLS

(Pause.)

A. Yes.

Q. Does this refresh your recollection about the timing of when Ms. Browne-Sanders sent you this E mail?

A. Yes.

Q. And you recall getting it on or about December 15?

A. Yes.

Q. This is the E mail that you were referring to before when you said you received an E mail about -- of concerns from Ms. Browne-Sanders about Mr. Thomas hugging her?

A. Yes.

Q. And so the record is clear you never responded to Ms. Browne-Sanders, to this E mail?

A. The -- what I did with this -- in -- what I did when I received this E mail was speak to Mr. -- Mr. -- Mr. Thomas and tell him that he shouldn't do this.

Q. Right. Okay. That is quite

MILLS

clear. Did you ever respond to this E mail?

A. No, I did not.

Q. Can I ask you to look at the second paragraph.

A. Yes.

Q. It says "Given what I have communicated to you about Isiah's behavior towards me over the last two seasons and my concern that he has been at the root of player hostility towards me, please let him know that I am not comfortable with him touching me at all."

Did you have any idea what Ms. Browne-Sanders was referring to when she made reference to "given what I've communicated to you about Isiah's behavior towards me over the last two years" -- "seasons"?

A. What -- the way I looked at this, this E mail and what I -- my interpretation of what she was saying was that we have had a lot of issues over the course of the season. She feels that

MILLS

there was an issue regarding whether or not Isiah's responding to her appearance at her -- her request for appearances in a timely manner -- in a timely manner, that Isiah not providing the players for the appearances that she needs to -- that -- in the fashion that she wants the appearances to -- to come, and I took this as, you know, Anucha doesn't really like Isiah Thomas and thinks this gets -- since I don't like this guy and you have known that there are issues that I have with him from a business standpoint, even though he greets people regularly with a kiss on the cheek, a handshake and a hug, that I don't want him doing that to me any more because I've established to -- with you that, you know, what, I -- you know, I'm not a big fan of his and, you know, we are going to find a way to work together, but I don't want him to come and give me a -- a hug and/or a kiss, and my reaction to that was okay. You don't want to him to do that. I want

MILLS

to make sure that he understands that you don't want him to do that.

Q. Did you find anything objectionable about Ms. Browne-Sanders sending you this E mail?

A. No, I just -- I received it and like I said I was in -- I was in Phoenix when I received it, and I -- I looked at it and said okay, I want to make sure that whatever led her to feel like she needed to send me an E mail like this after a game, that I wanted to make sure that it didn't happen again.

Q. You -- you didn't understand --

MR. MINTZER: Strike that.

Q. You understood this as Ms. Browne-Sanders expressing a concern but that she was still willing to work with Mr. Thomas?

A. I didn't -- I expressed it as a concern that she didn't want him to come up to her and hug and -- and kiss her.

Q. I --

A. And I said okay. That is

IN & AROUND THE GARDEN

BOX OFFICE | SEATING | SPORTS | ENTERTAINMENT | IN & AROUND THE GARDEN | SPECIAL EVENTS | NEWSLETTER

VENUES | DIRECTIONS & PARKING | BARS & RESTAURANTS | ALL ACCESS TOUR | CORPORATE

Corporate

EXHIBIT

**STEVE MILLS**
President and Chief Operating Officer,
MSG Sports

Steve Mills was named president and chief operating officer, MSG Sports, on December 22, 2003, an expansion of his role as president, MSG Sports Team Operations, which he has held since June, 2001. In his new position, the Long Island native will continue to oversee the business operations of Madison Square Garden's three professional sports teams - the Knicks, Rangers, and Liberty - as well as assume responsibility for all other sports-related activities of the Garden, including college basketball, boxing, and track and field.

Steve's tenure at Madison Square Garden has been marked by a significant revitalization of the sports teams' front office operations, apparent to observers both inside and outside the organization. From instituting a "fan-friendly" mandate that impacts all aspects of game operations, to placing a renewed priority on community relations, resulting in the Knicks assuming a leadership position in the National Basketball Association, Mills' expectation of excellence has elevated all areas of the business. In his role as co-chairman of the Madison Square Garden Cheering for Children Foundation, which works closely with the three sports teams, MSG Networks and Radio City Entertainment, Steve has directed the expansion of the Foundation's after-school support to now include more than 30,000 children and 120 after-school programs throughout New York City.

Prior to his move to the Garden, the 43-year old played an integral role in the National Basketball Association's development for over 16 years, most recently as senior vice president, basketball and player development. His duties included managing the league's relationships with all domestic and international basketball organizations, including the NCAA and USA Basketball, as well as overseeing the NBA's developmental programs and player initiatives during one of the most critical periods in league history. Mills also played a key role in the creation of the Women's National Basketball Association and served on the team responsible for the negotiation of the NBA's Collective Bargaining Agreement.

Steve began his impressive ascent up the NBA ladder in 1983 when he joined the NBA as an account executive in the corporate sponsorship department of NBA Properties. He was promoted to national programs manager for NBA Properties in August, 1986 and then spent three years in the NBA's special events department (1987-89), prior to being named vice president, special events in May, 1989.

From there, the New Jersey resident joined the NBA Commissioner's Office as vice president, corporate development in October 1993, before his appointment as senior vice president, basketball and player development in 1995.

Mills has been honored by a host of organizations and institutions for his distinguished career, most recently as "Business Executive of the Year" by Black Enterprise Magazine. He was selected by Senator Hillary Rodham Clinton as part of her second annual African American Heritage Celebration, which recognizes top executives from all business areas, and has been selected as one of Savoy Magazine's "100 People of Influence" and Sports Illustrated's "101 Most Influential Minorities in Sports." In addition, Steve received the TrailBlazer Award from the Metropolitan Black Bar Association as its 2002 "Executive of the Year" and was

named 1999 "Sports Executive of the Year" by the Rainbow Coalition.

An accomplished basketball player, Mills started three seasons at guard for Hall of Fame coach Pete Carrill at Princeton University, where he helped lead the Tigers to two Ivy League first place finishes, including the League title and an NCAA berth in 1981. He als played professionally for one season in South America in 1981.

Steve earned a degree in sociology with a minor in economics from Princeton in 1981, and has served on the Board of Trustees for the Basketball Hall of Fame and the Board of Directors for USA Basketball. He currently serves on the Board of Directors of the Salvation Army of Greater New York, the Arthur Ashe Institute for Urban Health and the Economic Opportunity Commission of Nassau County.

He and his wife Beverly have two daughters, Kristen and Danielle, and reside in South Orange, NJ.

Back

Legal | Privacy Poli
© Copyright Madison Square Garden, L

12

# EXEMPT PERFORMANCE APPRAISAL

Anucha Browne Sanders
Employee's Name

V.P. Marketing
Title

New York Knicks
Department

Steve Mills
Supervisor's Name

1/24/02
Date

MSG 00350

CONFIDENTIAL

## SECTION I Performance Rating

| AREAS OF RESPONSIBILITY/SKILL | OUTSTANDING | ABOVE EXPECTATIONS | MEETS EXPECTATIONS | BELOW EXPECTATIONS |
|---|---|---|---|---|
| | PERFORMANCE RATING | | | |
| *Teamwork:* Actively develops cooperative relationships company-wide and within own group, fostering integrity, productivity and support for each area of the company. | ✓ | | | |
| *Job Knowledge:* Possesses and applies the professional knowledge and/or technical skills necessary to perform job functions. Takes necessary steps to increase job knowledge and keeps abreast of new developments. | | ✓ | | |
| *Interpersonal Competence:* Elicits cooperation from supervisors, subordinates, peers and external business contacts in a positive, cooperative and courteous manner. Contributes to departmental cohesiveness and productivity. | ✓ up | ✓ Down | | |
| *Communication:* Expresses instructions, ideas and information clearly and directly in oral and written form. Possesses effective listening skills. | ✓ | | | |
| *Creativity & Resourcefulness:* Generates new ideas and concepts while simplifying and/or improving work methods and procedures. Possesses ability to adjust to changes in priorities, assignments and/or working conditions. | | ✓ | | |
| *Initiative & Accountability:* Identifies and seeks ways to enhance effectiveness and takes appropriate action. Accepts professional responsibility and accountability for all assignments. | ✓ | | | |
| *Planning & Organization:* Budgets time and prioritizes work assignments in order to accomplish goals. Operates effectively under pressure. Actually performs what has been planned in an organized and efficient manner. | ✓ | | | |
| *Decision Making & Problem Solving:* Obtains and analyzes facts to make sound decisions in a timely manner. Identifies and anticipates problems, changes and trends. Shows practical judgment in making decisions to formulate realistic alternatives and solutions to problems. | | ✓ | | |
| *Managerial/Supervisory Skills (if applicable):* Delegates responsibility while supervising and evaluating employees fairly. Trains, motivates and develops subordinates. Completes performance reviews in a timely manner. Resolves conflicts equitably. Provides leadership while encouraging staff morale, teamwork and cooperation. | | ✓ | | |
| *Cost Control (if applicable):* Operates within established budget and continually evaluates decisions in terms of profitability. Implements cost-saving measures, procedures and control. | | ✓ | | |
| *Guest Relations (if applicable):* Exhibits a helpful, courteous, FANS FIRST attitude when interacting with guests by conveying a professional, positive image. Effectively handles guest problems and prevents the escalation of conflict with guests. Adapts to a variety of guest-related situations. | ✓ | | | |

MSG 00351

CONFIDENTIAL

*SECTION II Performance Goals For Next Review Period*

This section should be completed as a joint process between the employee and his/her supervisor. Define the major performance goals for the next review period. Performance goals should be realistic and achievable, and should relate to the strategic planning and budget process. Specifically define how achievement of the performance goals will be ultimately measured. A target completion date should also be established for each goal. Goals should be placed in priority order.

Goals to be Achieved During the Next Review Period | Target Completion Date

1. Broaden scope of work beyond marketing in order to lead the team
2. Develop or find someone to serve as VP of mktg for the Knicks
3. Develop a more nurturing management style
4. Become active in the NBA marketing community by serving on the marketing advisory board or similar group.

Plans to Achieve Goals

1.

2.

3.

4.

MSG 00352

CONFIDENTIAL

## SECTION III Demonstrated Strengths & Areas For Improvement

Employee Strengths - Consider the performance rating section and identify the individual's major areas of strength.

Aracha brings a tremendous level of maturity to our organization. Her marketing and business skills have been recognized by people across the Garden and Cablevision.

Areas for Improvement - Consider the performance rating section and identify areas of performance where improvement can be made.

Anucha can improve on adapting her style of managing slightly so that she gets the most out of her team. She should also continue to improve her understanding of the arena presentation elements of the game.

## SECTION IV Overall Performance Rating and Approvals

Based on the factors that have been evaluated, indicate below the overall rating which most accurately describes the employee's total performance during the review period. Refer to the Performance Definitions for guidance.

☑ Outstanding ☐ Above Expectations ☐ Meets Expectations ☐ Below Expectations

Supervisor [signature] Date 1-24-02

Appraiser's Supervisor ____________ Date ______

Human Resources ____________ Date ______

## SECTION V Employee's Comments & Signature

Employee's Comments: Include your demonstrated strengths and what your significant accomplishments were during this period. Explain the objectives that you were not able to accomplish during this period. Include any areas for development during the next review period -- Use a separate sheet of paper if necessary.

I have reviewed this performance evaluation and discussed the contents with my supervisor. My signature means that I have been advised of my performance and does not necessarily imply that I agree with the appraisal ratings.

Employee [signature] Date 2-1-02

MSG 00353

CONFIDENTIAL

**Plans to Achieve Goals**

Over the next review period I will take the following steps to improve in my new role:

1. I will continue to cultivate and grow existing relationships internally with the team side of our business, the other MSG properties and the Cablevision companies..
2. I will actively assess my staffing needs and identify a strong replacement for myself as VP of Marketing.
3. I will work diligently to tweak my management style in order to get the best out of my staff.
4. Assert myself to become a stronger player at the league level.
5. I will continue to improve my expertise in game presentation while broadening my scope of marketing. My end goal here is to further leverage the brand and build our fan base.

**MEMORANDUM**

TO: All Employees

FROM: Steve Mills

DATE: March 11, 2002

RE: Anucha Browne-Sanders

---

I am pleased to announce the promotion of Anucha Browne-Sanders to the position of Senior Vice President, Marketing & Business Operations of the New York Knicks.

Anucha joined Cablevision in 2001 as Vice President, Marketing where she developed a number of marketing initiatives that successfully integrated the Knicks brand with other Cablevision business units. She has also played a key role in the reorganization of the entire front office staff of the NY Knicks.

In her new role, Anucha will be responsible for the day to day management of the Knicks front office and serve as the team's chief marketing officer. Anucha will report to me.

Prior to joining Cablevision, Anucha was the Manager of Marketing Strategy & Corporate Marketing at IBM where she was responsible for developing and activating IBM's Olympic and NBA sponsorships.

Anucha holds a Bachelors of Science degree in Communications from Northwestern University and a Masters in Marketing Communications from Florida State University.

During her collegiate days at Northwestern University, Anucha had an outstanding basketball career. In her senior year, she was the NCAA Scoring Champion, a Kodak All-American, a member of the United States National Team and was named Northwestern University's Athlete of the Decade.

EXHIBIT

CONFIDENTIAL

Please join me in congratulating Anucha on this well-deserved promotion.

MSG 01947

CONFIDENTIAL



# EXECUTIVE PERFORMANCE APPRAISAL

Anucha Browne-Sanders
Employee's Name

SVP, Marketing & Business Operations
Title

New York Knicks
Department

Steve Mills
Supervisor's Name

1/24/03
Date

MSG 00338

CONFIDENTIAL

*SECTION I Performance Rating*

| AREAS OF RESPONSIBILITY/SKILL | OUTSTANDING | ABOVE EXPECTATIONS | MEETS EXPECTATIONS | BELOW EXPECTATIONS |
|---|---|---|---|---|
| | PERFORMANCE RATING | | | |
| *Teamwork:* Actively contributes to company-wide cohesiveness by developing cooperative relationships company-wide, and within own group, which fosters integrity, productivity and positive support for the successful achievement of goals for each area of the company. | X | | | |
| *Job Knowledge:* Demonstrates necessary level of job competency and required skills. Seeks to improve knowledge. | | X | | |
| *Leadership:* Demonstrates support and understanding for company policies, goals and objectives and positively influences others to do the same. | X | | | |
| *Managerial Style:* Delegates responsibility, supervises and evaluates employees fairly. Trains, motivates and develops subordinates. Resolves conflicts equitably. Provides leadership while encouraging staff morale and teamwork. Elicits cooperation internally and externally in a positive, cooperative and courteous manner. | | X | | |
| *Results:* Accomplishes established goals and objectives, including qualitative and quantitative measurements. | X | | | |
| *Cost Control:* Operates within established budget and continually evaluates decisions in terms of profitability. Implements cost-saving measures, procedures and controls. | | X | | |
| *Planning & Organization:* Budgets time and prioritizes work assignments in order to accomplish goals. Operates effectively under pressure. Actually performs what has been planned in an organized and efficient manner. | X | | | |
| *Initiative:* Demonstrates ability to contribute, develop and carry out new ideas in an entrepreneurial environment. | X | | | |
| *Communication:* Expresses instructions, ideas and information clearly and directly in oral and written form. Possesses effective listening skills. | X | | | |
| *Decision Making & Problem Solving:* Obtains and analyzes facts to make sound decisions in a timely manner. Identifies and anticipates problems, changes and trends. Shows practical judgment in making decisions to formulate realistic alternatives and solutions to problems. | | X | | |

CONFIDENTIAL

**SECTION A – Results Evaluation:**
Evaluate performance for stated targets. Rate each target/goal (on a 1-5 scale) and multiply it by its percent weighting to determine each target/goal score. Provide a total score by adding all individual target/goal scores. Also provide an Overall Results Evaluation Rating by placing an "X" in the appropriate box at the bottom of the page.

| Statement of Target/Goal | Results | (a) Rating | (b) Weighting | (a) X (b) Score |
|---|---|---|---|---|
| Develop a ticket strategy delivering sell-through percentages and secondary market sales exceeding the '02-03 season. | | | 30% | |
| Develop a program that increases door count by 10% over the '02-03 season. | | | 20% | |
| Build a team revenue stream that currently does not exist. | | | 25% | |
| Become active in the NBA Marketing community by serving on the marketing advisory board or similar group. | | | 25% | |
| | | | | |
| Add all the numbers in the (a) x (b) column to get the total score: | | | | |

The signatures below indicate that the appraiser and the employee have discussed the above targets/goals and expected results at the beginning of the performance year.

Appraiser's Signature/Date: [signature] 2/200 Employee's Signature/Date: [signature]

**OVERALL RESULTS EVALUATION RATING:**

| 1.0 – 1.9 | 2.0 – 2.7 | 2.8 – 3.6 | 3.7 – 4.5 | 4.6 – 5.0 |
|---|---|---|---|---|
| 1 Did Not Achieve Expected Performance | 2 Partially Achieved Expected Performance | 3 Achieved Expected Performance | 4 Exceeded Expected Performance | 5 Far Exceeded Expected Performance |
| | | | | |

CONFIDENTIAL

## *SECTION III Demonstrated Strengths & Areas For Improvement*

**Executive's Strengths** - Consider the performance rating section and identify the Executive's major areas of strength.

Anucha has gained a tremendous amount of respect throughout the Garden and Cablevision. She is professional and diligent with a true commitment to the company's overall success. She has improved her knowledge of the entire organization.

**Areas for Improvement** - Consider the performance rating section and identify areas of performance where improvement can be made.

Anucha has made tremendous strides as a manager. She should continue looking at ways that she can modify her style to get the most from her subordinates and peers. I would like her to continue focussing on and building the in-arena presentation of Knicks games.

## *SECTION IV Executive's Comments*

## *SECTION V Overall Performance Rating & Approvals*

Based on the factors that have been evaluated, indicate below the overall rating which most accurately describes the Executive's total performance during the review period. Refer to the Performance Definitions for guidance.

[X] Outstanding [ ] Above Expectations [ ] Meets Expectations [ ] Below Expectations

Executive ____________________ Date ________

Executive's Appraiser ____________________ Date ________

SVP Human Resources & Administration ____________________ Date ________

President & CEO ____________________ Date ________

CONFIDENTIAL

MSG 00341

**SECTION D – Employee Comments:**
**As an employee, you may use this section to comment on the Performance Appraisal and/or record any differences of opinion.**

**SECTION E – Development Action Plan:**
**The plan may address knowledge, skills, abilities or behaviors needed to perform most effectively in current or future positions. Include no more than 3 areas.**

| Development Area | Action Steps | Outcome |
|---|---|---|
| 1. Management style and techniques. | Anucha will work with Pete Olson in continuing to improve her management skills. | |
| 2. Integrate the Knicks into cross divisional (CVC) initiative. | Conduct monthly meetings with other CVC divisions to discuss marketing opportunities. | |
| 3. | | |

**SECTION F – Career Interest Discussion Summary:**

**Area(s) you would like to pursue:**

**Steps you would like to take:**

1. Step 1
2. Step 2
3. Step 3

MSG 00342

CONFIDENTIAL

**Plans To Achieve Goals**

1. I will continue to develop on the established ticketing and marketing strategy in ensure sell through percentages and secondary sales percentages higher that the current year. This plan will include a greater focus on season subscription sales and renewals:
   - Establishing clarity between Sales and customer service roles
   - Emphasis on sales skills development
   - Establishing baseline standards and expectations for sustained performance
   - Establishing measurement criteria and metrics for accountability
   - Establishing a more streamlined integration between the marketing and SS department with measurable results

2. I will create a plan that addresses the door-count 10% over this season's numbers.

3. I will continue to generate high margin FE hospitality programs and for profit events to drive additional revenue for the business.

4. I will attach myself to more NBA programs to establish a stronger presence within the NBA community.

CONFIDENTIAL

REDACTED

MPIP

# Performance Planning and Appraisal

**Employee and Organization Information:**

Anucha Browne Sanders
Employee's Name

Steve Mills
Appraiser's Name

SVP Marketing, NY Knicks
Position Title

11/20/00
Hire Date

27
Grade

Time in Position

MSG – 2 Penn Plaza
Employee's Location

12/1/02
Current Appraisal Date

Executive
Department

12/1.01
Previous Appraisal Date

MSG
Business Group

12/1/03
Next Appraisal Date

**Signatures:**

Appraiser: Steve Mills    Date: 2/14/03

Appraiser's Supervisor: Jim Dolan    Date:

Employee*: ABS    Date: 2-14-03

*The signature does not necessarily represent the employee's agreement with the appraisal. It indicates that the employee has read and received a copy of the appraisal.

Issue Date: Sept. 1/01

CONFIDENTIAL

REDACTED

SELF-APPRAISAL

**SELF-APPRAISAL FORM: Effectiveness Evaluation**

**Using the scale below, rate performance in each key effectiveness area by placing an "X" under the rating. Then provide an Overall Effectiveness Rating by placing an "X" in the appropriate box at the bottom of the page.**

| NE | SE | E | VE |
|---|---|---|---|
| Not Effective | Somewhat Effective | Effective | Very Effective |

| KEY EFFECTIVENESS AREAS AND BEHAVIORS | RATING |
|---|---|
| **1. Communicates Effectively**<br>• Listens well and understands the needs of customers and others<br>• Expresses ideas clearly and directly<br>• Conveys confidence in communication and personal presentation<br>• Persuasively communicates in a way that produces positive results | NE SE E VE |
| **2. Develops Relationships**<br>• Builds, manages, and sustains organizational and customer relationships to achieve goals<br>• Collaborates effectively within and across departments<br>• Acknowledges the contributions of others<br>• Is an effective team leader and member | NE SE E VE |
| **3. Plans Effectively**<br>• Ensures goals and strategies support the company's vision<br>• Creates efficient processes and work plans<br>• Anticipates problems and takes corrective action<br>• Effectively balances and communicates long term and short term priorities | NE SE E VE |
| **4. Makes Results Happen**<br>• Maintains an organization-wide focus on satisfying customer needs<br>• Defines and clarifies organizational processes, roles and responsibilities<br>• Makes sound, timely decisions that lead to results<br>• Takes personal responsibility for achieving results | NE SE E VE |
| **5. Demonstrates Resilience and Flexibility**<br>• Deals effectively with multiple demands and shifting priorities<br>• Shows resilience when faced with setbacks or criticism<br>• Promotes and is receptive to new ideas<br>• Advocates necessary organization change | NE SE E VE |
| **6. Manages and Develops People** *(Applies only to those with supervisory responsibility.)*<br>• Conducts and completes performance appraisal reviews on time<br>• Ensures departmental career planning and development<br>• Provides ongoing coaching and performance feedback<br>• Works to discuss and resolve employee work issues and concerns | NE SE E VE |
| **7. Supports Company Values and Policies**<br>• Practices and promotes the company's values<br>• Consistently upholds and follows the company's policies<br>• Acts honestly and ethically in the workplace<br>• Treats others in a fair and respectful manner | NE SE E VE |
| **8. Develops Self**<br>• Knows own strengths and weaknesses<br>• Learns from experience<br>• Actively seeks feedback for improvement<br>• Takes responsibility for completing development plan (Section E) | NE SE E VE |

**OVERALL EFFECTIVENESS RATING:**

| NE | SE | E | VE |
|---|---|---|---|
| Not Effective | Somewhat Effective | Effective | Very Effective |
| | | | |

CONFIDENTIAL

MSG 03961

REDACTED

# Year-End Performance Appraisal Forms

11

CONFIDENTIAL

MSG 03962

REDACTED

YEAR-END PERFORMANCE APPRAISAL

SECTION A – Results Evaluation:
Evaluate year-end performance for stated MPIP goals. Rate each goal and multiply it by its weighting to determine each goal score. Provide a total MPIP score by adding all individual goal scores. Also provide an Overall Results Evaluation Rating by placing an "X" in the appropriate box at the bottom of the page.

| Statement of Goal | Results | (a) Rating | (b) Weighting | (a) X (b) Score |
|---|---|---|---|---|
| Grow cash flow. | The Knicks Marketing group performed exceptionally during a very difficult advertising and team performance environment | 145 | 35% | 50.75 |
| Develop high quality event presentation components. | The Knicks have improved the in-arena experience. New in-arena elements have been designed and executed. | 145 | 25% | 36.25 |
| Utilize Knicks assets to assist other divisions. | Have exceeded goals outlined for cross company promotions. | 150 | 20% | 30 |
| Improve employee relations. | Anucha has improved employee relations within the team. There is still considerable room for more growth. | 140 | 20% | 28 |

Add all the numbers in the (a) x (b) column to get the MPIP score: 145

OVERALL RESULTS EVALUATION RATING:

| 0 – 80 | 81 – 99 | 100 – 119 | 120 – 139 | 140 – 150 |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| | | | | X |

Anucha Browne Sanders [signature] 2-14-03 [signature]

REDACTED

| | | | | |
|---|---|---|---|---|
| Develop high quality innovative event presentation components, which include in-arena game entertainment and dance teams. | • Successfully integrated the MSG Network brand into game presentation.<br>• Developed an effective theme night schedule for the season and successfully implemented kids day and 70's night.<br>• Executed the first webcast of it kind for the KCD auditions<br>• Successfully updated video open.<br>• Successfully launched a new "Star search at the Garden"<br>• Introduced new teams-- Ballers, Jumpers-- and a much improved KCK.<br>• Transformed the fan club from an offline program to an online acquisition program focused on building a waitlist, SS acquisition and ongoing fan development.<br>• | 150 | 25% | 37.5 |
| Utilize the value of Knicks assets to assist other MSG and Cablevision divisions in achieving their business goals by partnering in at least 2 cross-divisional initiatives. | • Completed production of two OOL commercials utilizing players – these were extremely successful in raising the level of interest in the OOL product line to the African American and Latino community.<br>• Exploring player integration into IFC and Much Music productions.<br>• Coordinating with the WIZ on field marketing initiatives.<br>• Conducted focus group research – used to validate brand image and the value of key programs.<br>• Conducted a series of brand building workshops to gain consensus on communication targets and brand messaging strategy.<br>• Established a coordinated communications process for working across the CSC marketing divisions – Cablevision, Clearview, and MSG Network. | 145 | 20% | 29 |
| Improve employee relations. Increase the effectiveness of employees by putting greater focus on employee development. | • Putting greater focus on identifying opportunities for strong performers – Center for Creative Leadership (Jeter); IEG conference (Jeter, Pazaras).<br>• Grade adjustments and promotions for top performers were completed.<br>• Adjustments were made to organization structure for increased productivity and team performance.<br>• Emphasize development and career planning | 140 | 20% | 28 |
| | | | | |
| Add all the numbers in the (a) x (b) column to get the total MPIP score: | | | | 147 |

**OVERALL RESULTS EVALUATION RATING:**

| 0 – 80 | 81 - 99 | 100 - 119 | 120 - 139 | 140 - 160 |
|---|---|---|---|---|
| 1<br>Did Not Achieve Expected Performance | 2<br>Partially Achieved Expected Performance | 3<br>Achieved Expected Performance | 4<br>Exceeded Expected Performance | 5<br>Far Exceeded Expected Performance |
| | | | | X |

Anucha Browne Sanders [signature]

EMPLOYEE (Print Name) EMPLOYEE (Sign Name) 2-14-03 DATE

REDACTED

SELF-APPRAISAL

**SELF-APPRAISAL FORM: Results Evaluation**

**Evaluate year-end performance for stated MPIP goals. Rate each goal and multiply it by its weighting to determine each goal score. Provide a total MPIP score by adding all individual goal scores. Also provide an Overall Results Evaluation Rating by placing an "X" in the appropriate box at the bottom of the page.**

| Statement of Goal | Results | (a) Rating | (b) Weighting | (a) X (b) Score |
|---|---|---|---|---|
| Grow cash flow (OPBITDA) by $43.2 million over 2001 | • Exceeded FE target in a struggling economic and team environment.<br>• Attained better than projected ticket revenue through the first three months of the season.<br>• Offset lost FE revenue with new business opportunities – non ad sales prospecting, additional (high margin) VIP hospitality programs (VIP road trips, fantasy days), refined comp revenue share, and further expense cost containment for all FE programs.<br>• Conducted extensive agency review and established Rapp Collins as an "agency of record" for The Garden.<br>• Developed and executed a comprehensive ticket sales and SS retention plan.<br>• Spearheaded a complete assessment of the SS sales and customer service function for the teams which will result in marked improvements moving forward.<br>• Aggressively reinforced, enhanced and communicated SS benefits.<br>• Successfully rolled out Ticketmaster Account Manager and Marketplace features for SS for the three teams.<br>• Implemented multi-tiered direct marketing strategy for ticket sales (season, mini plan and individual) – utilizing direct mail, email, telephone.<br>• Developed and executed aggressive plan for attacking waitlist and supplemental databases to identify potential SS. Successfully offset SS non renewal.<br>• Successfully hired an effective and seasoned VP CR and Fan Development – Strong focus on Community Relations, Alumni Relations, field marketing, and fan development.<br>• With strong assist from media partners, Elite, and sponsor partners, successfully raised the level of exposure for Allan Houston. | 150 | 35% | 52.5 |

CONFIDENTIAL

MSG 03965

REDACTED



Self-Appraisal
Forms

CONFIDENTIAL

MSG 03966

REDACTED

PERFORMANCE PLANNING

## MID-YEAR PERFORMANCE REVIEW

Evaluate progress toward stated MPIP goals. Include comments relating to performance progress, and changes in plan, as well as suggestions as to how to most effectively reach stated goals.

| Statement of Goal | Mid-Year Performance Review |
|---|---|
| Grow cash flow (OPBITDA) by $43.2 million over 2001. | • Concluded extensive agency review. Contracted Rapp Collins agency to assist in the development and execution of a comprehensive ticket sales and SS retention plan.<br>• Created action plan to reinforce and communicate SS benefits.<br>• Developing plan for the rollout of Ticketmaster Account Manager and Marketplace features for SS.<br>• Implementing multi-tiered direct marketing strategy for ticket sales (season, mini plan and individual) – utilizing direct mail, email, telephone.<br>• Developing plan for attacking waitlist and supplemental databases to identify potential SS.<br>• FE target of $5.4 million was not met. Final FE revenue was $5.3 million.<br>• In process of hiring VP CR and Fan Development. – Strong focus on Community Relations, Alumni Relations, field marketing, and fan development.<br>• Contracted with Elite Model Management to address greater exposure opportunities for current players across the three teams. |
| Develop high quality innovative event presentation components, which include in-arena game entertainment and dance teams. | • Updating video open with new team branding direction;<br>• Researching lighting improvements in arena<br>• GardenVision improvements including MSG-TV branding and programming development<br>• Development of more extensive theme night plan.<br>• KCD auditions with live webcasting component.<br>• Researching ongoing amateur night feature.<br>• Other team (Ballers, Jumpers, KCK) improvement plans. |
| Utilize the value of Knicks assets to assist other MSG and Cablevision divisions in achieving their business goals by partnering in at least 2 cross-divisional initiatives. | • Completed production of two OOL commercials utilizing players<br>• Exploring player integration into IFC and Much Music productions.<br>• Coordinating with the WIZ on field marketing initiatives. |
| Improve employee relations. Increase the effectiveness of employees by putting greater focus on employee development. | • Putting greater focus on identifying opportunities for strong performers – Center for Creative Leadership (Jatar); IEG conference (Jeter, Pazaras).<br>• Grade adjustments and promotions for top performers is ongoing. |
| | |
| | |

Anucha Browne Sanders

EMPLOYEE (Print Name) EMPLOYEE (Sign Name) DATE

APPRAISER (Print Name) APPRAISER (Sign Name) DATE

REDACTED

PERFORMANCE PLANNING

GOAL PLANNING FORM

State each performance goal as specifically as possible, and list the key activities that need to be done to achieve each goal. Provide due dates and weightings for each goal.

| Statement of Goal | Key Activities to Achieve Goal | Due Dates | Weighting |
|---|---|---|---|
| Grow cash flow (OPBITDA) by $43.2 million over 2001 | • Continue to sellout all games in 2002 with no price increase by establishing and implementing a comprehensive ticket sales strategy.<br>• Maintain FE revenues consistent with 2001 level.<br>• Enhance CR opportunities for the New York Knicks and our players.<br>• Develop and implement a season subscriber benefits program. | 6/02<br><br>8/02<br><br>7/02<br><br>4/02 | 35% |
| Develop high quality innovative event presentation components, which include in-arena game entertainment and dance teams. | • Introduce new in arena entertainment elements.<br>• Establish theme nights throughout the season.<br>• Continue to improve the dance team presentation. | 5/02 | 25% |
| Utilize the value of Knicks assets to assist other MSG and Cablevision divisions in achieving their business goals by partnering in at least 2 cross-divisional initiatives | • Leverage the strength of NYK as an asset across MSG and CSC properties.<br>• Develop tighter integration with the MSG Network to ensure consistent Knicks-branded messaging. | 7/02 | 20% |
| Improve employee relations. Increase the effectiveness of employees by putting greater focus on employee development. | • Implement HR initiative in accordance with tactics agreed to with Cablevision HR.<br>• Encourage employee professional growth opportunities. | 8/02 | 20% |
| | | | |

Total Weighting = 100%

EMPLOYEE (Print Name) EMPLOYEE (Sign Name) DATE

APPRAISER (Print Name) APPRAISER (Sign Name) DATE

REDACTED

## Cablevision Systems Corporation

## 2003 MPIP Individual Ratings

| 2003 Unit Head | 2003 Unit | Grade | Name | Title | 2003 Individual Rating (1 to 5) |
|---|---|---|---|---|---|
| Mills,Stephen C | NY KNICKS | 27 | Browne-Sanders,Anucha | SVP - Marketing & Business Ops | 4 |
| Browne-Sanders,Anucha | NY KNICKS | [redacted] | | | 3 |
| Browne-Sanders,Anucha | NY KNICKS | [redacted] | | | 5 |

VP - Player Dev

Steve Mills

CONFIDENTIAL

MSG 04605





MPIP

# Performance Appraisal

**Employee and Organization Information:**

**Employee's Name**

Anucha Browne Sanders

**Appraiser's Name**

Steve Mills

**Position Title**

SVP, Marketing & Business Operations

**Appraisal Date**

**Business Group**

New York Knicks

**Signatures:**

Appraiser:____________________ Date:____________________

Appraiser's Supervisor:____________________ Date:____________________

Employee*:____________________ Date:____________________

*The signature does not necessarily represent the employee's agreement with the appraisal. It indicates that the employee has read and received a copy of the appraisal.

**Date reviewed with employee:** ________________

revised 1/1/05

**SECTION A– Effectiveness:** Using the scale below, rate performance in each key effectiveness area by placing the appropriate number in the rating box. If an area is not applicable, indicate N/A in the rating box. Use the comment section available in each effectiveness area to provide additional information. If the rating is below achieved expected performance, examples must be provided in the comments section.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Did Not Achieve Expected Performance | Partially Achieved Expected Performance | Achieved Expected Performance | Exceeded Expected Performance | Far Exceeded Expected Performance |

| KEY EFFECTIVENESS AREAS AND BEHAVIORS | RATING |
|---|---|
| **1. Job Knowledge**<br>• Possess and applies professional knowledge and/or technical skills required to perform job functions<br>• Takes necessary steps to increase job knowledge and keeps current with new developments, ideas, trends and technology<br>**Comments:** | 4 |
| **2. Communicates Effectively**<br>• Listens well and understands the needs of customers and others<br>• Expresses ideas clearly and directly<br>• Conveys confidence when communicating<br>• Persuasively communicates in a way that produces positive results<br>**Comments:** | 5 |
| **3. Develops Relationships**<br>• Builds, manages, and sustains organizational and customer relationships to achieve goals<br>• Collaborates effectively within and across departments<br>• Acknowledges the contributions of others<br>• Is an effective team leader and member<br>**Comments:** | 4 |
| **4. Plans Effectively**<br>• Ensures goals and strategies support the company's vision<br>• Creates efficient processes and work plans<br>• Anticipates problems and takes corrective action<br>• Effectively balances and communicates long term and short term priorities<br>**Comments:** | 4 |
| **5. Makes Results Happen**<br>• Maintains an organization-wide focus on satisfying customer (internal and external) needs<br>• Defines and clarifies organizational processes, roles and responsibilities<br>• Makes sound, timely decisions that lead to results<br>• Takes personal responsibility for achieving results<br>**Comments:** | 4 |

| | |
|---|---|
| **6. Demonstrates Resilience and Flexibility**<br>• Deals effectively with multiple demands and shifting priorities<br>• Shows resilience when faced with setbacks or criticism<br>• Promotes and is receptive to new ideas<br>• Advocates necessary organization change<br>**Comments:** | 4 |
| **7. Supports Company Values and Policies**<br>• Practices and promotes the company's values<br>• Consistently upholds and follows the company's policies<br>• Supports and practices the code of business conduct and ethics<br>• Acts honestly and ethically in the workplace<br>• Treats others in a fair and respectful manner<br>**Comments:** | 4 |
| **8. Develops Self**<br>• Knows own strengths and weaknesses<br>• Learns from experience<br>• Actively seeks feedback for improvement<br>**Comments:** | 3 |
| **9. Manages and Develops People** ***(Applies only to those with supervisory responsibilities)***<br>• Conducts and completes performance appraisal reviews on time<br>• Ensures departmental career planning and development<br>• Provides coaching and performance feedback where appropriate<br>• Works to discuss and resolve employee work issues and concerns<br>• Promotes and encourages diversity within the organization<br>**Comments:** | 5 |
| **Add numbers together in the Rating Boxes to receive a total. Divide total by 8 or 9 to determine Overall Effectiveness Rating. Place an X in the appropriate box below.** | 37<br>**Total Rating** |

**Overall Effectiveness Rating:**

| 1<br>Did Not Achieve Expected Performance | 2<br>Partially Achieved Expected Performance | 3<br>Achieved Expected Performance | 4<br>Exceeded Expected Performance | 5<br>Far Exceeded Expected Performance |
|---|---|---|---|---|
| | | | X | |

**SECTION B – Goals/Accomplishments Achieved:**
**List the top three goals/accomplishments achieved during this review period.**

1.

Anucha embraced the role of P&L Manager during this period. She challenged her staff and all service providers to drive revenues and control expenses.

2.

Anucha effectively managed through the organizational and philosophical changes when Isiah Thomas was hired. She has managed to derive upon key player involvement in team business and marketing initiatives with less player availability.

3.

Anucha delivered a 11.5% ticket price increase and completed the first stage of rescaling the arena for Knicks games.

**SECTION C – Additional Comments: Use this section to provide additional comments other than those provided in Section A.**

Anucha must continue to develop her ability to focus and identify the issues and initiatives most important to the team's overall success. She has done excellent job of building a first class organization and a strong staff.

**SECTION D – Overall Performance Rating: Based on Sections A, B and C provide an overall rating by placing an X in the appropriate box below.**

| OVERALL PERFORMANCE RATING: | 1 Did Not Achieve Expected Performance | 2 Partially Achieved Expected Performance | 3 Achieved Expected Performance | 4 Exceeded Expected Performance | 5 Far Exceeded Expected Performance |
|---|---|---|---|---|---|
| | | | | X | |

**SECTION F – Employee Comments: As an employee, you may use this section to comment on the Performance Appraisal and/or record any differences of opinion.**

**Browne Sanders, Anucha**

**From:** Browne Sanders, Anucha
**Sent:** Thursday, December 15, 2005 7:34 AM
**To:** Mills, Steve
**Subject:** Last Night's Game

Steve
Last night before the Knicks game Isiah came up behind me and hugged me and tried to kiss me. When I didn't allow him to kiss me he said " I can't get any love".

Given what I have communicated to you about. Isiah's behavior toward me over the last two seasons and my concern that he is at the root of player hostility toward me, please let him know that I am not comfortable with him touching me at all.

While I am at games, I would also like to avoid any public incidents. This happened in middle of gate 1. I was talking to Jerome Williams who has no idea what's going on. It was very uncomfortable.

Thank you

2