# Exhibit 7
# Part 2

Dockets.Justia.com



KANON B.

11/29/05 (PHONE)

LATE AFTERNOON AFTER TALKING TO ANUCHA EARLIER TODAY

KANON B/ REPORTS TO ANUCHA

11/28/05 ANUCHA FOUND OUT THAT SOMEONE
SAID HASSAN HAD BEEN MAKING
INAPPROPRIATE COMMENTS TO ▮▮▮▮▮▮

ANUCHA ASKED ▮▮▮▮▮▮ TO COME IN
"I HAVE HEARD THAT HASSAN HAS MADE
INAPPROPRIATE COMMENTS"

▮▮▮▮▮▮ TOLD HOW SHE WAS IN THE
COPY ROOM AND HASSAN CAME IN AND
SAID "YOU LOOK GOOD, I BET YOUR
PUSSY LOOKS GOOD"
▮▮▮▮▮▮ SAID SHE DIDN'T KNOW WHAT
TO DO AND JUST WALKED OUT OF
THE ROOM



▮▮▮▮▮▮ THEN SHARED WITH ▮▮▮▮▮▮
▮▮▮▮▮▮ THEY TOLD
▮▮▮▮▮▮ TALKED TO HASSAN
/ HASSAN THEN CONFRONTS ▮▮▮▮▮▮ AS
TO WHY SHE DIDN'T COME TO HIM
(SIMILAR TO WHAT ▮▮▮▮▮▮ DID ME ON
11/28/05

CONFIDENTIAL

MSG 00277
_____

ACCORDING TO KAREN, LAST NIGHT (11/28/05)
ANUCHA ASKED ▓▓▓▓ AGAIN IF THERE WAS
ANYTHING BETWEEN SHE AND HASSAN
▓▓ DID ANUCHA HAVE ANY REASON TO SUSPECT?

/ ▓▓▓▓▓▓ SAID THAT AFTER THE COPIER
INCIDENT, HASSAN KEPT BADGERING HER
AND THAT SHE FINALLY GAVE IN.
/ THERE AFFAIR LAST ABOUT A MONTH /
(IN MY CONVERSATION WITH ANUCHA SHE THOUGHT
SHE SAID IT LASTED 2 MONTHS)
/ SHE THINKS IT WAS IN FEB OF 05
/ ▓▓▓▓▓ ADMITTED TO KAREN SHE HAD A
SEXUAL RELATIONSHIP WITH HASSAN
(ALSO ANUCHA THINKS THE RELATIONSHIP IT WAS AFTER ▓▓▓▓▓▓▓▓)
/ ONE HER ▓▓▓▓▓▓ (  ▓▓▓▓  ) ▓▓▓▓▓ ,
▓▓▓▓▓▓ A, AND ▓▓▓▓▓▓ WENT
TO A STRIP CLUB IN MT. VERNON
/ ▓▓▓▓▓▓ SAID IT WAS ▓▓▓▓ AND
▓▓▓▓▓▓ IDEA & THEY SAID THEY HAD
BEEN THERE BEFORE AND THAT IT WAS
FUN
/ SHE SAID AT 1ST SHE DIDN'T WANT TO
GO TO A STRIP CLUB BUT SAID OK.

STEPHON AND HASSAN WERE THERE
▓▓▓▓▓▓ SAID SHE WAS PRETTY OUT OF IT

MSG 00278

CONFIDENTIAL

3



▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ AND HASAAN OFFERED TO
DRIVE HER HOME

WHEN THEY GOT TO ▓▓▓▓▓ SHE GOT
OUT AND NOTICED STEPHON'S SUV

STEPHON SAID COME OVER HERE, GET IN
MY SUV

SHE SAID SHE DIDN'T KNOW WHY BUT
GOT IN, "YOU CAN IMAGINE WHAT
HAPPENED"

KAREN ASKED HER IF SHE SAID NO TO
HIM OR RESISTED — SHE SAID SHE DID
NOT SAY NO OR RESIST BUT KAREN
SAID SHE WAS NOT REAL CONVINCING

▓▓▓▓▓ SAID SHE FELT LIKE SHE
HAS TO DO IT, BUT DID NOT
SAY NO TO HIM

REGRETTED IT, FELT ASHAMED, FELT LIKE
A PROSTITUTE AND TAKEN ADVANTAGE OF
HASAAN STAYED IN HIS OWN CAR

▓▓▓▓▓ SAID THAT STEPHON TEXT MESSAGED
HER A COUPLE *more* TIMES "I WANT
n
MORE OF THAT"

(HOW MANY ¿WHEN WAS LAST ONE?)

SHE HAS IGNORED THE MESSAGES & HAS
NOT RESPONDED

CONFIDENTIAL

MSG 00279

4,

?,??) / HAS SHE COME INTO CONTACT WITH
STEPHEN SINCE THE INCIDENT OR
THE TEXT MESSAGES?

/ KAREN SAID [redacted] SPOKE TO ANOTHER
ATT TODAY / 11/29/05 AND DENIES ANY
KIND OF RELATIONSHIP WITH HASSAN

/ [redacted] SAYS HASSAN HAS TEXT HER TO
(WHEN/TIME FRAME) SAY "I HEAR YOU LIVE GOOD HEAD"
(WOULD SEEM TO BE AFTER
SITUATION WITH STEPHEN?)

/ CLARIFY IF [redacted] RELATIONSHIP
WITH HASSAN WAS BEFORE OR
AFTER STEPHEN

MSG 00280

CONFIDENTIAL





EXHIBIT

Moran    2

4/18/06

MSG 00318

Mills, Steve

| | |
|---|---|
| From: | Browne Sanders, Anucha |
| Sent: | Tuesday, November 29, 2005 11:40 AM |
| To: | Mills, Steve |
| Subject: | FW: Staffing issues - MARBURY |
| | |
| Importance: | High |

-----Original Message-----
| | |
|---|---|
| From: | Gladstone, Dan |
| Sent: | Monday, November 28, 2005 6:27 PM |
| To: | Browne Sanders, Anucha |
| Cc: | Buchholz, Karin |
| Subject: | Staffing issues - MARBURY |
| Importance: | High |

Anucha

*why wait?*

As per your request, I am submitting some comments made by Stephon Marbury from a phone conversation that happened this summer in June (perhaps June 16th at 9 PM in the evening) when he called me on my cell phone to comment on events that transpired as mentioned below in the attached email as pertaining to his cousin, Knicks staffer Hassan Gonsalves:

- Stephon was upset that he felt his family member, Hassan, was being treated unfairly by Knicks management
- Stephon was not happy with the salary range for his cousin Hassan.
- I explained the timesheets and payroll process, and that Hassan would not be assigned to work more then 35 hours per work nor would he be assigned to work overtime and Hassan's salary was determined by Knicks management.
- I explained that Hassan was not granted a parking spot at 31st street garage and I did not approve him using my access code nor was I aware he was forging my signature to park his vehicle.

- Stephon was upset at these circumstances and expressed extreme displeasure at the Knicks front office staff, particularly mentioning Anucha
- Though time has passed, several comments I can recall Stephon making include:

**all referring to Anucha**
- "No one likes that black bitch"
- "Fuck that black bitch, she thinks she runs the Knicks, she don't run shit. I sell the tickets around here, not her, I put people in seats, this is my team."
- "We don't like her, she thinks she tells us what to do, she don't tell us shit"
- "Fuck that black bitch, she ain't shit and we'll see what happens this year"

the conversation was more detailed but to the best of my ability those are the only exact phrases I can recall. I did call you that night to give you a head's up that Stephon was angry with the situation and that Stephon had some hostile things to say about members of Knicks management.

sincerely

Dan Gladstone

-----Original Message-----
| | |
|---|---|
| From: | Gladstone, Dan |
| Sent: | Thursday, June 16, 2005 1:13 PM |
| To: | Browne Sanders, Anucha |
| Cc: | Buchholz, Karin |
| Subject: | Staffing issues |
| Importance: | High |

Anucha

1

CONFIDENTIAL

As per your request - here are 2 issues that occurred this week that need to be bought to your attention regarding Knicks Field Marketing staffer Hassan Gonsalves:

- **Time Sheets** - over the period of Hassan's employment (hired October 2004) he has had trouble completing his bi-weekly administrative time sheets properly (submitting to me for approval, for me to sign, and then submitting to payroll to process on time so that Hassan would receive a paycheck. I have had to return at least 6 timesheets for Hassan to re-do and properly submit to me for approval/signature in order to reflect the proper time/hours worked on Knicks events, and as a result often Hassan has not had his timesheet submitted to payroll in order in time to get his check the following week. Recently Hassan again submitted a timesheet reflecting overtime he was not approved to work - I made a change in his hours to reflect what he WAS approved to work and submitted to payroll for him so that he would be paid on time to expedite the process. On this occasion, I submitted the timesheet and send it back to Hassan to correct, because I wanted to get it to payroll in a timely manner so he would be paid the following week.

- **Parking** - it has come to my attention through the managers at Central parking system that Hassan has been using my parking account (#3-6-9) for the 31st street lot to park his own personal vehicle on a frequent basis under my name. I did not approve nor give out my account to Hassan to park his car on my account nor use my code. In fact, I have been extremely clear to Hassan that he is NOT to drive nor EVER be behind the wheel of a MSG vehicle as the result of a background check on his driver's license which resulted in him not being permitted or legal to drive company vehicles, thus it is extremely important that he does not park on the company account as we could be liable for an accident that occurs in the lot or associated with him parking and driving under the Knicks.

Moving forward, I have attached a DRAFT of a memo I wanted to present to both Tasheem Ward & Hassan Gonsalves to meet with them and re-enforce the nature of their employment status with the Knicks...please review and let me know how to proceed. I can also forward a copy of this memo to HR to approve or comment on...please advise....



Staffing memo(June 16).doc

Thank you.

Dan Gladstone
New York Knicks
Director, Community Relations & Field Marketing
2 Penn Plaza - 14th Floor - New York, NY 10121

w# (212) 465-6411
f# (212) 465-6047

get your Knicks tickets at ny.knicks.com

2

CONFIDENTIAL

MSG 00320
---------

ANDREA
KAREN
GLADSTONE

11/28/2005

AFTER ████ & ████████
LATE AFTERNOON                                    JDM

DAN GLADSTONE — HASSAN SUAL.
REPORTS TO KAREN

ANDREA INDICATED THAT HASSAN HAD
BEEN ACCUSED OF MAKING INAPPROPRIATE
COMMENTS TO SOME OF THE FEMALE EMPLOYEES

I ASKED DAN GLADSTONE IF HE WAS AWARE
OF ANY OF THESE COMMENTS — HE REPLIED
THAT HE WAS NOT AWARE OF ANY SEXUAL
HARASSMENT OR COMMENTS IN THE OFFICE
HE WAS AWARE OF A SITUATION AT "BASEBALL CITY"
WITH ███████████████ / ███████████
████████████ INDICATED THAT HASSAN KEPT
ASKING HER OUT AND CALL DAN TO ASK
"WHAT WAS UP WITH HIM"?
IT WAS DURING THIS PAST SUMMER CAMP
DAN ASKED HER IF HE WOULD LIKE HIM TO
INTERVENE AND SHE SAID "NO, SHE WOULD
HANDLE IT"

████████████████ FROM ███████████
TOLD DAN THAT HASSAN WAS PERSISTANT
IN ASKING HER OUT ON DATES "EVERY OTHER
DAY FOR 3 WEEKS" / DAN AGAIN ASKED
IF SHE WANTED HIM TO TALK TO HASSAN, SHE

MSG 00321

CONFIDENTIAL

2.

Dan was aware that Hassan that Hassan would make "cat-calls" to women on the street from the bridge truck / see Awuah email of 11/28/2005 12:31pm Dan told him unacceptable, not tolerated always

/ He related the incident where Hassan had been forging Dan's name & using his parking # to get free parking / parking vouchers / It was discover this Past summer & had been going on for some time. It amounted to about $3,000 in parking vouchers. He is repaying the money.

/ Based upon Hassan Benol represented Stephon M. calles Dan to complain about Hassan's mistreatment, said it was BS. And a personal attack on my cousin. He was enraged for not getting special treatment and used racial & gender terms to refer to Awuah / Black Bitch, etc/ Not her team, I run things, etc.

Itasham has not been an issue

CONFIDENTIAL

MSG 00322

Dan Gladstone
- When did Stephon call concerning Anucha
- What did he say?
- When did you go to Anucha?
- Did you tell anyone else?
- Did you tell Anucha "all"?

Why Putin written? Anucha/asked
          This Past week / see
          Nov. 29, 2005 email

R

CONFIDENTIAL

MSG 00323
_____



MSG 00300

EXHIBIT

Moran   3

11/10/06      JZ

COPIER    YOU LOOK GOOD , I BET THAT
PUSSY IS GOOD TO

FOLLOWING GAME , 5TH FEB   HE
MADE SIMILAR COMMENTS

SINCE HE HAS 16 teens.

LATER TOLD OFF RELATIONSHIP
& CLUB ET AL

CONFIDENTIAL                    MSG 00301

ANUCHA
KANEN ████████

Nov 28, 2005                                    JDM
LATE AFTERNOON
ANUCHA'S OFFICE

████████████████ — REPORTS TO KAREN B.
ANUCHA ASKED ████████ TO TELL
ME WHAT HAD HAPPENED TO HER WITH
RESPECT TO HASAAN

████████ STATED THAT LAST SEASON ON
A GAME DAY / SHE THOUGHT IT WAS FEB / &
THAT HASAAN MADE A SEXUAL COMMENT
TO HER. SHE SAID THAT SHE DID NOT
WANT TO REPEAT IT, BUT THAT SHE
HAD TOLD HAD TOLD KAREN / SEE
ANUCHA EMAIL / 11/28/05  12:31 PM /

/ ████████ SAID SHE WALKED AWAY AND
DIDN'T SAY ANYTHING
/ SHE LATER TOLD ████████ AND ████████
TOLD
/ ████████ THEY SAID SOMETHING TO HASAAN
AT A / HASAAN THEN CONFRONTED ████████ AND
GAME  / ASKED HER WHY SHE DIDN'T COME TO HIM
/ ████████ TOLD HIM SHE DIDN'T APPRECIATE
WHAT HE HAD SAID & HE CAN'T SAY
ANYTHING LIKE THAT AGAIN / DIDN'T FEEL COMFORTABLE
( NOT CLEAR HOW HASAAN RESPONDED )
HEY YOU CAN JUST TELL ME AND NOT GET
OTHERS INVOLVED

MSG 00302

CONFIDENTIAL                    ---------

2

At the following game, still in February, He made more similar comments (Not clear what ▮▮▮ said this time)

▮▮▮ stated that since then He has ignored Her

▮▮▮ said ▮▮▮ has come to Her and that ▮▮▮ said Husband used to do things of a sexual nature

/ she was not sure of time /



▮▮▮ also stated that ▮▮▮ came to ▮▮▮ to say He was photographing Her and staring at Her at games /It was in the last two weeks / He had put his hands on Her waist and Her leg - and she told him to keep his hands off Her

— Review conversation with Karen concerning Stephen & Sue

CONFIDENTIAL

MSG 00303



I WANT TO REVIEW WHAT WE DISCUSSED
ON MONDAY.

WHEN WERE YOU 1ST APPROACHED TO DISCUSS
HASSAN? BY WHOM? 11/28/05 KARIM
TOLD HER ABOUT COPIER INCIDENT

LETS GO OVER WHAT YOU TOLD ME ON MON

THAT EVENING YOU AND ANUCHA HAD ANOTHER
DISCUSSION?        WHO INITIATED IT?
ANUCHA CAME TO ME, I SENSE SOMETHING
- LETS REVIEW HOW HASSAN CONTINUES
TO "BADGER" YOU.
-    I GAVE IN, BIG MISTAKE, ALL OUTSIDE
OF THE OFFICE
- PROBABLY END OF FEB. UP UNTIL APRIL

CONFIDENTIAL

MSG 00304
---------

2

Are you still seeing Him? NO
IF Not when Did it STOP? END OF APRIL
Told C HAD A BOY FRIEND

How Do you interact Now?
WHAT ASPECTS OF Your JOB Require
You TO interact WITH HIM?
NOT in often, But if in Photo or on Phone
can't Give Time of Day

Tell me About THE Night At MT. Vernon?
How DiD You Decide To Go There?
Your ██████████? ████ Your 1st Time There Yes
Did You know HASSAN Would Be There?
Your Relationship Began Before or
After THis Evening? Before
When Did You Last See Him?

████ & ████ HAD TALKED About
THE CLUB/ THis WAS THE Night

CONFIDENTIAL

MSG 00305

/ DRUNKEN CELEBRATING @ WALNUT FISH
/ KNEW THEY HAD BEEN THERE BEFORE, BUT
DIDN'T KNOW THEY WOULD BE
THERE THAT NIGHT

※ / STILL SEEING EACH OTHER / SOMEWHAT /
IT HASN'T COME TO AN END
/ PROBABLY CALLS MID APRIL

/ WENT OVER TO SAY HELLO
/ SITTING IN SAME AREA

/ HAD TO WORK AT 7:15 / HASSAN
SAID I WILL TAKE YOU
WALKING TO HASSAN TRUCK
/ STEPHON WAS THERE
WHERE ARE YOU GOING — / WHY DON'T YOU
COME IN
/ HAD SEX WITH HIM /
/ AFTER GOT OUT OF SUV HASSAN DROVE
ME HOME
/ AFTER THIS ~~TIME~~ MID TO LATE APRIL
I TOLD HIM I WAS SEEING SOMEONE /

/ STEPHON TEXTED A COUPLE TIMES /
WHEN CAN I GET THAT AGAIN TEXT

MSG 00306

CONFIDENTIAL

- "HEY" BANTER-POLITE
- CHARLES PHONE IT

ARE YOU AWARE HE WAS TALKING TO
████████ AND TEXT MESSAGING HER?
SEE BELOW

ARE YOU AWARE OF HASSAN HARASSING
OTHERS? HOW HE WAS BOTHERING,
DIDN'T SHARE EXACT WORDS — JUST
SAY HE WAS SO ANNOYING

DOES STEPHON TEXT YOU? HOW MANY?
LAST TIME? WHAT DO THEY SAY
WHEN DID YOU SEE HIM LAST?
ONLY ONE TIME? (SUV) (OTHERS?) YES
CONSENSUAL — DIDN'T FORCE HIMSELF ON YOU
I NEVER SAID NO — SEE EARLIER NOTES

WHO HAVE YOU DISCUSSED THIS WITH?
KARIN & ANGELA ONLY

**MSG 00307**

**CONFIDENTIAL**

---------

JOHN D. MORAN
Vice President Employee
and Labor Relations



Confidential / Addressee's Eyes Only

BY EXPRESS DELIVERY

December 30, 2005

Ms. Anucha Browne-Sanders

Dear Anucha:

Last week, we were advised through your lawyers of alleged conduct towards you. As you know, we are investigating what your lawyers told us. Through our counsel to yours, we requested last week as part of our investigation the opportunity to speak with you directly, with your counsel present if you preferred.

We understand that yesterday, through your counsel, you suggested that we speak to a number of other individuals in our investigation. You nevertheless declined our request to speak to you directly. We remind you that, as an employee and officer of The Garden, you have an obligation to cooperate with The Garden in its investigation of the alleged conduct. We urge you to reconsider what we understand to be your decision not to speak to us.

In the meantime, we will continue our investigation despite the handicap of not being able to speak with you, directly and in detail, about your allegations. In addition, given what we understand your allegations to be, including particularly what you have expressed as your concerns about your personal physical safety, we do not wish to put you in a position where you believe your safety and security may be at risk until we have had an opportunity to complete our investigation and undertake whatever remedial steps may be appropriate. Accordingly, until our investigation is concluded, you will remain on the paid vacation status you commenced on December 23. Please contact me on Tuesday morning via telephone to discuss coverage of your duties and functions while you are out of the office.

Very truly yours,

John Moran
VP Employee & Labor Relations

Cc:     Judith Vladeck / Kevin Mintzer (by hand)

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6775
Fax 212.465.6373
john.moran@thegarden.com

CONFIDENTIAL



MSG 04230