# Exhibit 8

1

1

2 UNITED STATES DISTRICT COURT

3 SOUTHERN DISTRICT OF NEW YORK

4 06 Civ. 0589 (CGE)

5 - - - - - - - - - - - - - - - - - -x

6 ANUCHA BROWNE-SANDERS,

7                    Plaintiff,

8        -against-

9 MADISON SQUARE GARDEN, L.P., ISIAH

LORD THOMAS, III and JAMES DOLAN,

10

                   Defendants.

11

- - - - - - - - - - - - - - - - - -x

12

                 1501 Broadway

13               New York, New York

14               January 29, 2007

                 10:12 a.m.

15

16        DEPOSITION of MADISON SQUARE

17 GARDEN by ROCHELLE NOEL, one of the

18 Defendants in the above-entitled

19 action, held at the above time and

20 place, taken before Barbara P.

21 Goldsmith, a Shorthand Reporter and

22 Notary Public of the State of New York,

23 pursuant to the Federal Rules of Civil

24 Procedure, and stipulations between

25 Counsel.

238

R. NOEL

1    about?
2    A.  Mr. Thomas was talking about
3    Mr. Murphy and his interactions with
4    others.  He described him as being
5    "very set in his ways, very opinionated
6    and loud.  Most around here found a way
7    to forgive him and overlook.  Got to a
8    point where couldn't keep doing that.
9    He said he never saw Frank as a
10   liability.  Loved him.  It hurt him
11   when he had to go."
12   Q.    Did he say -- was Mr. Murphy
13   fired at sometime after
14   Ms. Browne-Sanders was fired?
15       MR. GREEN:  Objection to
16   form, but you may answer.
17   A.   I know that Mr. Murphy is no
18   longer with the Garden.  I don't know
19   when he left and I don't know what the
20   circumstances are of his leaving.
21   Q.    Did Mr. Thomas tell you who
22   was involved in the decision that
23   Mr. Murphy would no longer be with the
24   Garden?
25

239

R. NOEL

1        MR. GREEN:  Objection to
2    form, but you may answer.
3    A.   I don't recall.
4    Q.    Did Mr. Thomas tell you that
5    it was his decision?
6        MR. GREEN:  Same objection as
7    to form, but you may answer.
8    A.   I don't recall.
9    Q.    Did Mr. Thomas suggest that
10   it was related to anything
11   Ms. Browne-Sanders had complained
12   about?
13       MR. GREEN:  Objection to the
14   form.  Asked and answered.  You may
15   answer again.
16   A.    He was talking about all of
17   the things that I had said before about
18   how Mr. Murphy interacted with people
19   and he described the way that
20   Mr. Murphy carried himself and I
21   believe he was saying that that was the
22   reason, I mean, I believe that was the
23   reason for him not being there.  I
24   think that's what he said.
25

240

R. NOEL

1    Q.    The next paragraph says,
2    "Spoke to Ernie Grunfeld."
3    A.   Yes.
4    Q.    Who is that?
5    A.   I don't recall as I sit here.
6    Q.    It says, "ask re Frank and
7    Kathleen."
8    A.   Uh-huh.
9    Q.    Do you know what that's
10   about?
11   A.   I'm not sure who Ernie
12   Grunfeld is, but I think that
13   Mr. Thomas was saying that when he came
14   in he was asking about Mr. Murphy and
15   Kathleen, and I don't know Kathleen's
16   last name, for them to -- as to whether
17   or not they should fill positions.
18   Q.    Was Kathleen someone that was
19   already employed at the Garden?
20   A.   I don't know.  I don't recall
21   the specifics.
22       (Memo dated 1/13/06 was
23       hereby marked as Noel Exhibit 14
24       for identification, as of this
25

241

R. NOEL

1    date.)
2        MS. CACACE:  What has been
3    marked as Noel 14 is a memo to
4    Rusty McCormack from Rochelle Noel
5    and John Moran, Bates stamped MSG
6    3918 through 3929.
7        THE VIDEOGRAPHER:  We're now
8    going off the record approximately
9    4:48 p.m.  End of tape number four.
10       (A recess was taken from 4:48
11   p.m. and the Deposition continued
12   at 5:04 p.m.)
13       THE VIDEOGRAPHER:  We're back
14   on the record approximately 5:04
15   p.m.  This is videotape five.
16   Q.    Before we get to the document
17   that's been marked N 14, the one that's
18   marked N 13, your second interview with
19   Mr. Thomas, did you recently find these
20   notes?
21   A.   Yes.
22   Q.    And were they -- how is it
23   that you only recently found them?
24   A.   I didn't even realize that I



242

R. NOEL

1
2  didn't have them until I began to
3  prepare for my deposition and was
4  looking at the report and saw that
5  there were two days of deposition and
6  noticed I only had one day of interview
7  notes for Mr. Thomas. I searched my
8  office and was not able to find them
9  there. I subsequently found them at
10 home together in a pad with notes from
11 a mediation that I attended the
12 previous day.
13    Q.   And when did you find them?
14    A.   I think my first day of
15 preparation for deposition was
16 Wednesday last week. So I think I
17 found them Tuesday night.
18    Q.   Turning now to what's been
19 marked as Noel 14, this document says
20 that it's from and Mr. Moran. Did
21 you have a part in drafting -- take
22 part in drafting this document?
23    A.   I did.
24    Q.   Did you write the whole thing
25 or something else?

243

R. NOEL

1
2    A.   I did.
3    Q.   Were there any drafts of the
4  document?
5    A.   I believe that I made changes
6  along the way, yes.
7    Q.   Did you save any of the
8  earlier drafts?
9    A.   I believe so, yes.
10   Q.   And did you turn those drafts
11 over to your counsel?
12   A.   I believe so.
13   Q.   Did anyone edit any of the
14 earlier drafts?
15   A.   I did, after receiving
16 comments from Mr. Moran, who also
17 reviewed the document.
18   Q.   And did anyone else review
19 the document before it was finalized?
20   A.   It was reviewed by outside
21 counsel.
22   Q.   And who was the outside
23 counsel?
24   A.   Christopher Reynolds reviewed
25 it, Morgan Lewis, and I believe

244

R. NOEL

1
2  Mr. Schoenfeld reviewed it.
3    Q.   Did they give you written
4  comments?
5    A.   No.
6    Q.   Did they give you oral
7  comments?
8    A.   I believe so.
9    Q.   And then you made the changes
10 after conversations with them?
11   A.   Yes, I made changes to
12 wording. I made no substantive
13 changes.
14   Q.   And did you make changes
15 after you received comments from
16 Mr. Moran?
17   A.   I believe so, yes.
18   Q.   Were Mr. Moran's comments in
19 writing or given to you orally?
20   A.   I believe Mr. Moran had given
21 me comments in writing, not on the
22 document in a separate writing.
23   Q.   Did you turn those comments
24 from Mr. Moran in writing over to your
25 counsel?

245

R. NOEL

1
2    A.   I did.
3      MS. CACACE: I don't think
4  that we received any drafts of
5  anything.
6      MS. HOLLAND: I haven't seen
7  them either.
8      MS. CACACE: You will check
9  on this?
10     MS. HOLLAND: Yes.
11     MS. CACACE: Thank you.
12   Q.   The first paragraph under
13 introduction says -- the second, well,
14 the first sentence says, "On or about
15 December 21, 2005, Anucha
16 Browne-Sanders raised issues concerning
17 violations of the company's harassment
18 prevention policy." And then the
19 second sentence says, "Specifically
20 Browne-Sanders alleged that she had
21 been harassed by various Garden
22 employees and that, as a result of the
23 harassment, she has become unable to
24 perform her job functions."
25     Do you see that?

62 (Pages 242 to 245)

REDACTED

TO:       RUSTY McCORMACK

FROM:     ROCHELLE NOEL
          JOHN MORAN

DATE:     JANUARY 13, 2006

RE:       SUMMARY OF HARASSSMENT INVESTIGATION

## I.   Introduction

On or about December 21, 2005, Anucha Browne Sanders ("Browne Sanders") raised issues concerning violations of the Company's Harassment Prevention Policy. Specifically Browne Sanders alleged that she had been harassed by various Garden employees and that, as a result of the harassment, she has become unable to perform her job functions. These concerns were raised through Browne Sanders' counsel (Kevin Mintzer and Judith Vladeck of Vladeck, Waldman, Elias & Engelhard) to counsel for the Company.

## II.  Witnesses/Documents

Consistent with Company policy and with the law the Company, by John Moran, VP Employee Relations and Rochelle Noel, Senior Counsel Employment Law (Cablevision) undertook an investigation. In investigating the allegations raised the investigators spoke to a number of individuals, including some individuals identified by Browne Sanders. The following individuals were spoken to:

    a.  Gary Winkler – 12/23
    b.  Pete Olsen - 12/23, 1/9
    c.  Steve Mills –12/23, 1/9
    d.  Isiah Thomas – 12/23, 1/11
    e.  Dan Gladstone  12/31, 1/9
    f.  Faye Brown – 1/3
    g.  Lynn Carfora – 1/3
    h.  Karin Buchholz – 1/5
    i.  Frank Murphy – 1/5
    j.  Anucha Browne Sanders – 1/7
    k.  Dr. Lisa Callahan – 1/9

Although the investigation commenced on December 23, 2005, due to Browne Sanders' initial unwillingness to make herself available to be interviewed, it was necessary to speak to some witnesses a second time after Browne Sanders eventually made herself available.

Additionally, the following documents were reviewed in connection with the investigation:

.1

CONFIDENTIAL

a. Browne Sanders' electronic mail sent or received via the Company's computer server. Recovered messages received cover a span of dates from October 2004 through the present and messages sent range from July 2004 through present.

b. Frank Murphy's electronic mail sent or received via the Company's computer server. Recovered messages received and sent cover dates from September 2005 through October 2005.

c. Steve Mill's electronic mail sent or received via the Company's computer server. Recovered messages include archived sent and received messages from November 2001 through August 2004. For the period September 2004 through November 2004, only sent messages were recovered and reviewed. Current sent and received messages were recovered and reviewed in the investigation from April 2005 to present.

d. Isiah Thomas's electronic mail sent or received via the Company's computer server. Recovered messages reviewed include received messages for the current month and sent messages for the period June 2004 through present.

e. An e-mail chain including an e-mail dated November 28, 2005 from Dan Gladstone to Browne Sanders with the subject "Staffing Issues – Marbury"

f. Typed notes prepared by Pete Olsen of a conversation held with Browne Sanders on May 11, 2005.

It is not possible to state that all e-mails sent and received during the dates specified were capable of recovery.

III.   Allegations

A summary of the allegations raised by Browne Sanders are set forth below[1]. A more fulsome investigation was prohibited by Browne Sanders' counsel's insistence that the investigation be concluded quickly.

a.  Inappropriate Language or Conduct

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|------|---------------------------|--------------------|
| Jan. 2004 | • Browne Sanders alleges she refused to credential Stephon Marbury's ("Marbury") cousins in reliance upon direction by Isiah Thomas ("Thomas") that only immediate family be credentialed.<br>• Alleges Marbury says, "fuck this."<br>• Cousins eventually get credential at a later date. | Thomas agrees there were limitations on credentialing and that exception was made in light of Marbury's circumstances. |
| ? 2004 | Browne Sanders alleges she was told by Dan Gladstone that he'd heard from Team Ops staff that Thomas told Team Ops staff "we don't need to take direction from that bitch." | Thomas denies. Gladstone states Jamie Matthews and Chris Bernard heard non-specific rumors from Team Ops staff. |

---

[1] Browne Sanders also recounted allegations of conduct involving other employees that the Company previously investigated and resolved.

2

CONFIDENTIAL

MSG 03919

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | | Gladstone does not confirm use of profanity. |
| Mar. 10, 2004 | Browne Sanders alleges Thomas pulled her by the arm into a room by the player's locker room and told her: <br> • "We are not doing any more of your fucking events." <br> • "You fucking bitch, we are doing no more events." <br> • "You won't mess up what I am trying to do here." | Thomas denies. No other witnesses were identified. |
| Mar. 22, 2004 | Browne Sanders alleges she was discussing some of her duties with Thomas and that he said, "If you do these things, what the fuck am I supposed to do?" | Thomas acknowledges making the statement but denies use of profanity. |
| Mar. 23, 2004 | Browne Sanders alleges Frank Murphy enters her office and calls her a fucking bitch and tells her that she would have to go through him to get to Isiah. | Frank Murphy acknowledges that he raised his voice, but says he did not curse. Faye Browne says she heard Murphy use the word, "bitch." |
| Mar. 23, 2004 | Browne Sanders alleges that she calls Thomas to tell him of Murphy's conduct and Thomas started yelling at her, "I don't know what the fuck you do"; "who the fuck are you"; "what the fuck am I here for"; "bitch"; "whore." | Thomas states he received a complaint re Murphy but denies he used profanity or raised his voice and denies complaint that Murphy used profanity. |
| Mar. 24, 2004 | Browne Sanders states that a meeting was held in Steve Mills' office to clarify job responsibilities. She alleges that during a break in the meeting when Mills was absent Thomas immediately began to curse at her saying "Just remember I am the fucking President." | Thomas denies the statement and denies using profanity at any time during the meeting or break. No other witnesses identified. |
| Oct. 14, 2004 | Browne Sanders alleges Thomas told Petra Pope to go into referee's locker room and make sure they are happy, that Pope interpreted this to mean "go in and flirt with them," and that Pope told her this type of request had happened before and that she didn't want to do it anymore. | Thomas denies, however Mills states that he received the complaint from Browne Sanders and told Thomas it was not a good idea. Winkler states that Pope also complained to him. No further complaint from |

3

CONFIDENTIAL

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|------|---------------------------|--------------------|
| | | Pope. |
| Dec. 30, 2004 | • Browne Sanders alleges that Thomas stopped her at Gate 1, hugged her tightly, and said, "I figured out why we have tension – I'm in love with you."<br>• Browne Sanders alleges that on "every" occasion on which she and Thomas interacted thereafter he told her he loved her. | Thomas denies the specific incident and denies having ever told Browne Sanders that he loves her. No other witnesses identified. |
| ? 2005 | • Browne Sanders alleges that on another occasion in his office, Thomas told her she was beautiful and asked her for an offsite meeting.<br>• Browne Sanders alleges at another time Thomas hugged her for a protracted time and told her how in love he was with her. | Thomas denies. No other witnesses identified. |
| Mar. 14, 2005 | Browne Sanders alleges Thomas commented on her scar and said he also had one from a fight. He allegedly said he notices everything about her and told her she was beautiful. | Thomas denies. No other witnesses identified. |
| Oct. 30, 2005 | Browne Sanders alleges Thomas told her at an open practice, "You stay close to me and you will make a lot of money." | Thomas denies. No other witnesses identified. |
| Nov. 28, 2005 | Browne Sanders alleges she becomes aware for the first time of comments allegedly made by Marbury about her to Dan Gladstone on June 16, 2005. Marbury is alleged to have said "Fuck that bitch"; "I ain't doing shit for that bitch"; "We'll see what happens to her this year." | Gladstone states that this is so and his e-mail also bears this out. |
| Dec. 15, 2005 | Browne Sanders alleges Thomas came up from behind her and hugged her from behind, leaned over to kiss her and said, "What, I can't get any love." | Thomas acknowledges the hug and attempt to kiss but denies the comment. Mills states that he told Thomas not to do it again. |

b. Complaints

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|------|---------------------------|--------------------|
| Mar. 11, 2004 | Browne Sanders alleges that she told Mills in their 3pm weekly meeting about Thomas pulling her into a room and cursing at her. | Mills denies having been told this. |
| Mar. 23, 2004 | Browne Sanders alleges that she called Thomas to complain of Murphy's allegedly referring to her as a bitch. | Thomas states that he received a complaint about Murphy but denies that he was told that |

4

MSG 03921

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | | Murphy called Browne Sanders a bitch. |
| Mar. 23, 2004 | • Browne Sanders alleges she called Mills and told him what Thomas said and asked Mills to hold a meeting with her and Thomas, in part, to discuss and clarify job duties.<br>• Browne Sanders also alleges she sent an email to Thomas, Murphy and Mills stating that Murphy should not curse at or threaten her and that Mills told her not to send such e-mails, which she interpreted as a direction not to put her allegations in writing. | Mills acknowledges receiving a request for a meeting but denies he was informed of Thomas' use of inappropriate language and denies directing Browne Sanders not to send e-mails. E-mail records show Browne Sanders' e-mail to Murphy did not reference Murphy's use of profanity, but referred to an "unprofessional outburst" and that Murphy, rather than Browne Sanders forwarded the e-mail to Mills and Thomas. |
| Mar. 24, 2004 | • Browne Sanders alleges she told Mills and Thomas that in 17 years of employment, she had never been spoken to like Murphy and Thomas spoke to her and that she would not tolerate it now. "You can't call me a bitch or whore."<br>• Browne Sanders alleges that immediately after the meeting with Mills and Thomas she told Mills that Thomas had cursed at her during the break in the meeting when Mills was absent. She alleges Mills didn't say anything – "he just took it in." | Mills and Thomas deny Browne Sanders complained of Murphy's or Thomas' use of profanity. Mills, Thomas, and Browne Sanders state meeting occurred and roles were discussed. Mills states he believes both understood their roles. Mills states he concurred with Browne Sanders' description of her duties and states he told her she was too aggressive towards Thomas in the meeting. Mills denies that Browne Sanders told him Thomas cursed at her during his absence from the meeting. |
| Oct. 18, 2004 | Browne Sanders alleges that she told Mills that she'd | Mills acknowledges that |

5

CONFIDENTIAL

MSG 03922

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | received a complaint from Petra Pope that Thomas asked Pope to go into the referee's locker room and make sure they are happy. | Browne Sanders informed him of this and that he spoke with Thomas about it and directed him not to do it again. Thomas states that he did not ask Pope to go into the referee's locker room. |
| Fall 2004 | Browne Sanders alleges Mills told her, "Your relationship with Stephon is bad because of Isiah" and that Thomas wanted her fired. | Mills states that Browne Sanders made these comments to him and that he told her he disagreed and that she works for him and not Thomas. |
| ?2004 | • Browne Sanders alleges she is told by ▮▮▮▮ ▮▮▮▮ that Thomas "spewed curses" at her for failing to inform him of a player injury.<br>• She also alleges ▮▮▮▮ told her that in response to the comment "You look really nice in that suit" ▮▮▮▮ told Thomas they're both married and should keep it just business.<br>• She also alleges that she told Callahan almost all of her allegations. | ▮▮▮▮ states that Thomas was upset over a miscommunication regarding a player injury but that she was not offended by the conversation and that, while Thomas used profanity, she did not feel she was being cursed at during the conversation. She denies the second alleged exchange between herself and Thomas and thus does not recall having told Browne Sanders of it. ▮▮▮▮ states she doesn't recall Browne Sanders complaining regarding Thomas but does recall complaints about Murphy. |
| Dec. 10, 2004 | • Browne Sanders alleges that she told Mills that Thomas made sexually inappropriate comments to her and that Mills should get Thomas into sexual harassment training.<br>• She alleges she told Mills on more than one occasion that Thomas needed sexual harassment | Mills denies having ever been told by Browne Sanders that Thomas needed sexual harassment training. Olsen also denies hearing |

6

CONFIDENTIAL

MSG 03923

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | training.<br>• Browne Sanders also alleges that she told Pete Olsen of the December 30, 2004 incident. | of this specific incident. |
| May 11, 2005 | • Browne Sanders alleges she had lunch with Olsen and told him "almost" everything and that Olsen told her he was not surprised and that there had been other complaints about Thomas.<br>• She alleges she was told by Olsen that Mills asked him to come up with a program for Thomas because he was hostile to women and because of how he treated them. | Olsen admits the two had lunch and that Browne Sanders spoke generally to him about difficulties with Thomas, that he would tell her he loved her and that he wanted to go to off site meetings, but denies statement he is alleged to have made. |
| May 2005 | Browne Sanders alleges that during an ad sales meeting Thomas said "Don't waste my fucking time." | Thomas denies the use of profanity. Buchholz states Thomas told the ad sales group "I'll help you present, but don't fucking waste my time for bullshit." |
| Sep. 21-22, 2005 | Browne Sanders alleges she complained to Mills regarding an off site meeting with her department and Team Ops where she believed she'd been undermined by Team Ops and that their undermining her was preventing her from doing her job. | Mills acknowledges Browne Sanders complained re: lack of participation by Team Ops. Mills and Murphy state that although Thomas was unable to attend the offsite because of an Office of Chairman meeting and 2 publicity interviews, Murphy and Brendan Suhr from Teams Ops participated by attending and giving a presentation and Debbie Sturniolo attended dinner. Mills states Thomas said Team Ops would participate more the following year. |
| Nov. 29, 2005 | • Browne Sanders alleges that after she became aware of specific comments allegedly made by Marbury she went to see Mills and told him, "I can't do this anymore. Steve you know what's going on." | Mills states that there were 2 conversations. In the first, Browne Sanders complaining re: Vernon. |

7

CONFIDENTIAL

MSG 03924

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | • Mills' response was allegedly, "What do you want me to do about this? Isiah is going to say you are having an affair with Jeff Nix."<br>• Browne Sanders alleges she asked, "Do I need to get an attorney?" and that Mills said, "No, no."<br>• Browne Sanders stated that she interpreted Mills' comment as a threat. | Manuel and Hassan Gonsalves said "I can't take it anymore" and "All I want is for you to help me find another job while I'm here." In the second meeting, Browne Sanders asked Mills what were next steps. Mills said HR would investigate. Browne Sanders asked if she needed a lawyer and Mills said no. Mills denies comment re: Jeff Nix. |
| Dec. 15, 2005 | Browne Sanders sends an e-mail to Mills in which she complains of hug and an attempted kiss by Thomas and alleges he made the comment "I can't get any love." | A copy of the e-mail has been recovered. |

e.  Miscellaneous – "Threats" and "Undermining"

Browne Sanders' remaining allegations can be divided into (1) complaints that she was made to feel threatened, either physically or otherwise, by conduct of Thomas and others; and (2) that through the aforementioned conduct she was "undermined," which affects her ability to perform her job.

As to the former, Browne Sanders alleges that she felt threatened by Thomas on March 10, 2004 when she alleges he pulled her by her arm into a room near the locker rooms and cursed at her. She alleges she felt threatened by Marbury when she learned on November 28, 2005 of the specific comments he allegedly made to Dan Gladstone concerning her on June 16, 2005. She also alleges that she felt that she was being threatened by Mills on November 29, 2005 when she alleges she complained to Mills and was told by him in response that Thomas would say she was having an affair with Jeff Nix. She further alleges that she fears for her safety and that of her family because of Thomas and Marbury. In her interview Browne Sanders stated that her fear and concerns for her safety and that of her family arise from:

- Thomas allegedly pulling her arm and cursing at her in March 2004
- Marbury's comments regarding her in June 2005
- Thomas and Marbury have a lot of money.
- Marbury's cousin was killed in an alley.

As to the complaint that she felt she was undermined, which affected her ability to perform her job, Browne Sanders alleges that Thomas (sometimes directly and sometimes

8.

CONFIDENTIAL

MSG 03925

REDACTED

through Murphy) regularly impeded her ability to get access to the players and regularly prohibited them from making themselves available for community relations events. She alleges that Thomas and Murphy communicated to the Team Ops staff, as well as the players, that the sole focus for the team should be basketball and that community relations and, therefore Browne Sanders, were unimportant and could be ignored. She also attributes what she calls a bad relationship with Marbury to Thomas because, in January 2004, she says she denied Marbury credentials on the strength of a direction by Thomas to limit the distribution of credentials to the team's family members. She alleges that Marbury's attitude towards her changed after that incident and that his attitude was worsened by Thomas' treatment of her (she alleges he regularly either cursed at her or ignored her) and continued refusal to make the players and himself available to her and her department. Browne Sanders alleges that she understood that the poor attitude towards her and community relations spread to Team Ops and that she became aware of it, in part, when Gladstone told her of rumors overheard at the practice facility that Thomas gave direction to Team Ops to ignore her. She also alleges that her own direct reports began to circumvent her and go directly to Murphy and Thomas to get things done. She further states that it was necessary for the ad agency responsible for team advertising to come up with an ad campaign in which cut-outs of the players were used because of Thomas' refusal to make the players available.

IV.     **Findings**

Although several witnesses state that Browne Sanders told them of many of her allegations over time, few of the incidents were actually personally witnessed by those interviewed.

    a.     Inappropriate Language or Conduct

Although several witnesses, (Karen Buchholz, Faye Browne, Dan Gladstone, Gary Winkler and Pete Olsen) state that Browne Sanders told them some of the allegations later conveyed by her and her counsel, very few were actually witnessed by the witnesses.

- Faye Brown confirms Murphy's use of the word bitch on or about March 23, 2004, but acknowledges that she didn't hear the entire conversation or the context in which the word was used.

- Gladstone acknowledges hearing non-specific rumors of tension between Browne Sanders and Thomas from Jamie Matthews and Chris Bernard and witnessing Thomas walking away from Browne Sanders in a way Gladstone thought was disrespectful, but denies hearing Thomas speak to her in an inappropriate manner.

- Olsen states that Browne Sanders told him that Thomas said he loved her and asked her to off site meetings but never personally witnessed either.

9

CONFIDENTIAL

REDACTED

- With respect to the allegation concerning Petra Pope, however, Winkler states that Pope made the same complaint directly to him but never identified Thomas as the one who made the request. Also, Mills admits that Browne Sanders brought it to his attention and that he spoke to Thomas about it though Thomas denies it.

- Buchholz states Thomas told the ad sales group "I'll help you present, but don't fucking waste my time for bullshit."

- Thomas acknowledges that he hugged and attempted to kiss Browne Sanders on December 14, 2005.

The remainder of these allegations are not supported except to the extent that Buchholz, Faye Brown, Gladstone, Winkler and Olsen state that Browne Sanders did complain to them of many of these allegations over time.

### b. Complaints

Browne Sanders' allegations that she complained at various points to Thomas and, frequently, to Mills, about the use of profanity towards her and later about inappropriate comments of a sexual nature and inappropriate touching are also largely unsupported. Again, although the witnesses identified in the previous paragraph state that Browne Sanders told them she had complained, there are few occasions on which any of them or anyone else personally witnessed the complaint.

- Buchholz states she saw Browne Sanders' email to Murphy.

- Faye Brown states that on 2 occasions she personally saw e-mails tending to corroborate Browne Sanders' allegations. The first she recalls being sent by Browne Sanders to Mills in the beginning of 2005 telling Mills that she wanted Thomas to stop hugging her and touching her. The second, she states, was in December of 2005 also concerning an unwelcome hug by Thomas. Mills only admits having received the later e-mail and states that he addressed the issue with Thomas shortly thereafter. The earlier e-mail was not recovered.

- Additionally, as stated above, Mills acknowledges having received the complaint regarding Petra Pope. He also states that as soon as he received the complaint he acted on it by speaking to Thomas.

Again, except to the extent that Buchholz, Browne, Gladstone and Olsen state that Browne Sanders told them of same over time, the remainder of the allegations are not confirmed. Further, ████████ denies that Browne Sanders told her of her alleged problems with Thomas.

Browne Sanders complained at various points in her interview that "this is intolerable," "I can't put up with it anymore," "this is not an environment to make me successful," and that she felt she was "being tortured." Mills stated that Browne Sanders

10.

CONFIDENTIAL

REDACTED

told him "I can't do this anymore," "I can't work here anymore," and "just find me a job while I'm here." He also stated that she was in tears at the time she made these statements to him.

### c.   Miscellaneous

The allegations that Browne Sanders felt threatened by certain incidents is not capable of confirmation. However, Gladstone does state that Marbury's comments were made directly to him. The remainder of these allegations are unsupported. Other than as set forth above, we were not made aware of any direct or specific threats. However, to address safety concerns the Company has provided security at games to walk Browne Sanders to her car. Additionally, the Company has offered to provide security services at no cost, to Browne Sanders and her family. We understand that Browne Sanders has rejected the offer of Kroll's services as of the date of this report. She has also stated that she does not trust the Company's internal security.

As to the allegations concerning the fact that she was undermined and is unable to perform her job duties:

- Mills acknowledges that he became aware that Thomas told the players that they had to focus on basketball and that they could not participate in community relations. He states that he spoke with Thomas shortly thereafter and told Thomas that he would have to communicate to the team that they needed to participate.

- Gladstone states that he did hear rumors from people at the practice facility that it was okay to ignore Browne Sanders' directions.

- Thomas acknowledges giving the direction to limit the distribution of credentials to team family members and admits that Browne Sanders made him aware of her denial of credentials to Marbury's cousins.

The remainder of the allegations are unsupported. Further Buchholz states that the cut-out campaign ad was not necessitated by the unavailability of the players; players were available and she was able to perform her job; and players this season are each making 12 appearances.

### V.   Violations of Company Policy

As alleged, a number of Browne Sanders' allegations could clearly constitute a violation of the Company Harassment Prevention Policy as well as the Company's Values. As set forth above, however, Browne Sanders' allegations are largely unsupported by witnesses. Of the allegations that have been supported by witnesses or otherwise admitted, it would appear that Mills took appropriate action with respect to the complaint concerning Petra Pope in addressing the concern with Thomas. It also appears that there were no further complaints of this nature.

11

CONFIDENTIAL

MSG 03928

REDACTED

With respect to the complaints of unwelcome hugs, Mills took appropriate action by addressing the concern he states he received in December 2005 with Thomas. Browne Sanders does not allege that there was any inappropriate conduct by Thomas subsequent to that date.

CONFIDENTIAL

MSG 03929

# Exhibit 9

1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  06 Civ. 0589 (CGE)

5  ------------------------------------x

   ANUCHA BROWNE-SANDERS,

6

             Plaintiff,

7

8

             - against -

9

10

   MADISON SQUARE GARDEN, L.P., ISIAH LORD

11  THOMAS, III, and JAMES DOLAN,

12             Defendants.

   ------------------------------------x

13             January 19, 2007

             10:01 a.m.

14

15

16      Videotaped Deposition of KARIN

17  BUCHHOLZ, taken by Plaintiff, pursuant to

18  Notice, held at the offices of Vladeck

19  Waldman Elias & Engelhard, P.C., 1501

20  Broadway, New York, New York, before Todd

21  DeSimone, a Registered Professional

22  Reporter and Notary Public of the State of

23  New York.

24

25

54

1              BUCHHOLZ
2   supervisor.  So no one oversaw all of the
3   ████ really.
4         Q.    Now, did there come a time when
5   you had a discussion with ████████████
6   about an incident that occurred with her
7   with Stephon Marbury?
8         A.    Say that again.
9               MS. VLADECK:  Could you read
10  that back.
11              (The record was read.)
12              MR. GREEN:  Objection to form.
13  But you may answer.
14        A.    Yes.
15        Q.    When was that?
16        A.    The time, the date, that was I
17  believe November '05.
18        Q.    And to the best of your
19  recollection what did she say to you and
20  what did you say to her?
21        A.    I asked her if Hassan Gonsalves
22  was inappropriate with her.  She told me
23  that the only incident that happened with
24  them was in the copy room in the back near
25  the ████

55

1              BUCHHOLZ
2         Q.    And did she say what that
3   incident was?
4         A.    Yes.  She said that he said
5   "You look" -- something, I don't remember
6   verbatim, but something like "You look
7   good in those jeans.  I wonder if your
8   pussy looks good," or something like that.
9         Q.    Why did you ask her if Hassan
10  had ever been inappropriate with her?
11        A.    Why did I ask her?
12        Q.    Correct.
13        A.    Because Anucha asked me to ask
14  her.
15        Q.    Did Anucha tell you why she
16  wanted you to ask ████████████████ if
17  Hassan had ever been inappropriate with
18  her?
19        A.    She said -- Anucha said that
20  she had reason to believe that --
21  actually, I take that back.  She said that
22  she wanted me to talk to the women that
23  were on staff because Hassan had made
24  comments to ████████████ and she
25  wanted to know if any other female

56

1              BUCHHOLZ
2   executives had issues with Hassan.
3         Q.    Did Ms. Browne-Sanders tell you
4   what comments Hassan had made to ████
5   ████████?
6         A.    She did.
7         Q.    And what were those comments?
8         A.    That he had texted her a
9   message that said "I want to stick it in
10  you."  I think another comment, but I
11  don't remember what it was.
12        Q.    Prior to Ms. Browne-Sanders
13  telling you what ████████████ had told
14  her about Hassan Gonsalves' inappropriate
15  comments, had you heard them from any
16  other source?
17        A.    No.
18        Q.    Was it your understanding that
19  ████████████ and ████████████ were
20  friends?
21        A.    Yes.
22        Q.    Was it your understanding that
23  they socialized outside of the office?
24        A.    Yes.
25        Q.    After Ms. ████████ told you that

57

1              BUCHHOLZ
2   Hassan said in the copy room something
3   like "You look good in those jeans.  I
4   wonder if your pussy looks good," was
5   there any further conversation with
6   Ms. ████████?
7         A.    Yes.
8         Q.    What was the rest of the
9   conversation?
10        A.    I asked her if that was it, if
11  that was all, and what happened after
12  that.
13        Q.    And what did she say?
14        A.    She said that that was it,
15  nothing else was -- he never did anything
16  else to her after that.  And I asked her
17  if she was sure and she said yes.
18        Q.    Was that the entire
19  conversation?
20        A.    For that meeting that I had in
21  that time, yes.
22        Q.    Was there a subsequent
23  conversation where Stephon Marbury's name
24  came up?
25        A.    Yes.

15  (Pages 54 to 57)

58

BUCHHOLZ

1
2     MR. GREEN: Objection to form.
3  You can answer.
4     Q.    What was that conversation?
5     A.    She came back into my office
6  and said that she didn't tell me
7  everything and that she was having sexual
8  relations with Hassan.  And that there was
9  a time where she had gone to a strip club
10 in Yonkers with ▓▓▓▓▓▓
11 ▓▓▓▓▓ and Hassan and Stephon Marbury
12 were there, and that she had been drinking
13 and Hassan offered to give her a ride back
14 to ▓▓▓▓▓▓ and she accepted
15 the offer, went back to ▓▓▓▓  And as
16 she got out of the car, she noticed that
17 Stephon Marbury's SUV was there and
18 Stephon called her over to the SUV and
19 asked her if she would go inside.  She
20 said she agreed and went inside and she
21 said that they had sex.
22    Q.    Anything else?
23    A.    And she was sorry -- well, she
24 was embarrassed, ashamed.  I had asked her
25 if he had forced her to do it and she said

59

BUCHHOLZ

1
2  no.  I asked her again, "Are you sure?
3  Did he force you to do it?"  And she said
4  no, but that she was ashamed.  She
5  regretted it.  She is so sorry that she
6  lied to me, that she just didn't know what
7  to do.  I think that was it.
8     Q.    Did she tell you whether or
9  not -- strike that.
10          Did she tell you whether after
11 that incident Stephon Marbury had
12 communicated with her?
13    A.    I think she said that he tried
14 to text her, you know, "I want some more
15 of that," but that she didn't respond to
16 him.
17    Q.    Did you have any other
18 conversations with ▓▓▓▓▓▓▓
19 concerning either Stephon Marbury or
20 Hassan Gonsalves?
21    A.    After Hassan was let go, I
22 asked her how she was doing, if he has
23 tried to communicate with her, and she
24 said she was fine and no.  We talked when
25 she was interviewed by Human Resources or

60

BUCHHOLZ

1
2  someone interviewed her and she was very
3  nervous about it getting out.
4     Q.    What do you mean, "we talked
5  when she was interviewed"?
6     A.    She asked me, you know, do you
7  think -- she asked me about her job
8  security, whether this is going to affect
9  her, and that she was just concerned.
10    Q.    Did she tell you why she was
11 asking about her job security?
12    A.    She wasn't sure if she -- I'm
13 not exactly sure.  She just was concerned
14 that if people found out that she had
15 slept with Stephon, that that was not a
16 good thing.
17    Q.    What did you say to her when
18 she asked about her job security?
19    A.    I told her as far as I was
20 concerned I didn't care what happened when
21 she left work and who she sleeps with is
22 not my concern.  But I didn't know, you
23 know, if there were problems, and that I
24 wouldn't be the one that was firing her
25 because she slept with Stephon.  And I

61

BUCHHOLZ

1
2  didn't judge her for that, and that she
3  was a great worker and as far as I'm
4  concerned she is fine.  So it wasn't going
5  to be coming from me.  When Human
6  Resources found out, you know, I told her
7  just what I felt personally about her.
8          MR. SHERWOOD: Anne, I just ask
9  that all this testimony relating to
10 Ms. ▓▓▓▓▓▓ and Ms. ▓▓▓▓▓ testimony
11 be confidential.
12          MS. VLADECK:  That is fine.
13    Q.    Now, at the time that she asked
14 you about her job security, were you
15 concerned about your job security?
16          MR. GREEN: Objection to form.
17 You may answer.
18    A.    Because of what happened with
19 ▓▓▓▓▓▓?
20    Q.    For any reason at about the
21 time people were being interviewed by
22 Human Resources.
23          MR. GREEN: Same objection.
24 You can answer.
25    A.    I'm not sure I understand.  At

16 (Pages 58 to 61)

62

BUCHHOLZ

1
2 any time that I've ever been at the
3 Garden?
4    Q.    Let's say during November of
5 2005.
6        MR. GREEN:  Same objection.
7 You can answer.
8    A.    I was concerned that when
9 Vernon and Hassan were let go that there
10 might be some repercussions.
11   Q.    What kind of repercussions?
12   A.    I really didn't know what they
13 could be.  So that was the source of my
14 concern, the fact that, you know, Stephon
15 Marbury's cousin and Jim Dolan's future
16 son-in-law, who wasn't his future
17 son-in-law at the time, if that upset
18 them, you know -- my biggest concern was
19 that if Stephon thought that I fired his
20 cousin that he wouldn't be helpful in me
21 being able to do my job.
22        But, you know, I didn't think I
23 was going to get fired because they were
24 fired.  I didn't think I was going to lose
25 my job over it.  But I was concerned that

63

BUCHHOLZ

1
2 it would affect my job.
3    Q.    Did you ever have any
4 conversation --
5    A.    Can I say, and I also didn't
6 think that Stephon thought that I fired
7 his cousin for no good reason.
8    Q.    Well, isn't it true that
9 Stephon didn't believe that you fired his
10 cousin, but that Anucha Browne-Sanders
11 fired his cousin?
12        MR. GREEN:  Objection to form.
13 You can answer.
14   A.    That's what Stephon's sister
15 said to me.  I didn't hear that from
16 Stephon.
17   Q.    Why don't you describe -- and
18 this is Marcia?
19   A.    Yes.
20   Q.    Why don't you describe the
21 conversation with Marcia wherein she told
22 you that Stephon knew that it was Anucha
23 Browne-Sanders who had Hassan fired.
24        MR. GREEN:  Objection to form.
25 You may answer the question.

64

BUCHHOLZ

1
2    A.    I talked to her on the phone.
3 I called her, and I don't remember what
4 the reason was, I usually call her when it
5 is an issue with an appearance of Stephon
6 or a request of Stephon, and I
7 acknowledged that Hassan wasn't working
8 for us any longer.  She said that he was
9 innocent and that it is a real shame
10 because Stephon and Anucha don't get along
11 that he had to be fired.
12   Q.    And what did you say?
13   A.    I said there is strong evidence
14 that he sexually harassed people on staff
15 and that -- no, actually, let me think
16 what I said.  I'm sorry.
17        I might have said that there
18 was strong evidence -- I'm sorry.  I don't
19 remember exactly what I said.  But we did
20 talk about the fact that there was an
21 investigation -- I know I wanted to say
22 but I was told not to talk about the
23 reason why he was let go.  So I said there
24 was an investigation and that there was
25 strong evidence for his firing and that it

65

BUCHHOLZ

1
2 wasn't from, you know, just Anucha wanting
3 him to be fired.  I wasn't supposed to
4 talk about what the reason was.  So I was
5 conscious of that but I wanted to tell her
6 that.
7    Q.    Did she seem surprised to hear
8 that there had been an investigation?
9    A.    She said that -- well, her take
10 was there was an investigation but she
11 thought the girls were lying and that this
12 was just untrue, that her cousin couldn't
13 have done those horrible things.
14   Q.    Did you tell her that Stephon
15 had slept with ███████?
16   A.    No.
17   Q.    Who, if anyone, did you tell
18 about Marcia Marbury's statement to you
19 that it was a shame that Hassan had to be
20 fired because Ms. Browne-Sanders and
21 Stephon didn't get along?
22   A.    I don't remember.
23   Q.    When was the first time that
24 you told anyone at the Garden that you had
25 consulted with Judith Vladeck and Kevin

17  (Pages 62 to 65)

66

BUCHHOLZ
1 
2 Mintzer?
3    A.    When did I tell anyone at the
4 Garden?
5    Q.    Correct.
6        MR. GREEN: Objection to form.
7 You may answer.
8    A.    I believe it was the day after
9 it hit the papers, or the day that it was
10 going -- that it hit the papers.
11    Q.    So was it your understanding
12 that it was after Ms. Browne-Sanders filed
13 her lawsuit?
14    A.    Yes, it was after.
15    Q.    And who did you mention it to?
16        MR. GREEN: Objection to form.
17 But to the extent you mentioned that to
18 the attorneys representing you at the time
19 you may not respond to this question.
20 Otherwise you may answer the question.
21        THE WITNESS: Say that again,
22 I'm sorry.
23        MR. GREEN: To the extent in
24 answering this question you reveal a
25 conversation you had with any of the

67

BUCHHOLZ
1 
2 lawyers, you may not answer the question.
3 If you had that conversation with someone
4 who was not among the lawyers, you may
5 answer the question.
6    A.    I mentioned it to Mary Pat
7 Clark and Steve Mills. I don't remember
8 exactly what I told Mary Pat Clark.
9    Q.    Was this one conversation or
10 two conversations or something else?
11    A.    Two conversations.
12    Q.    Who did you talk to first?
13    A.    Mary Pat Clark.
14    Q.    And that is the conversation
15 you don't recall?
16    A.    I don't recall the details of
17 that conversation.
18    Q.    Do you recall generally what
19 you said?
20    A.    No.
21    Q.    What did you say to Steve
22 Mills?
23    A.    I told him that I had gone with
24 Anucha to Judith Vladeck's office.
25    Q.    Why did you tell him?

68

BUCHHOLZ
1 
2    A.    Why did I tell him? I felt
3 that he needed to know.
4    Q.    Why did you feel he needed to
5 know?
6    A.    Because I felt like I was
7 withholding from the Garden information
8 that was important.
9    Q.    Why was it important that you
10 went to seek counsel?
11        MR. GREEN: Objection to form.
12 You may answer.
13    A.    Why was it important that I
14 went to seek --
15    Q.    Why was it important that you
16 told Mr. Mills that you had gone to the
17 counsel's office?
18        MR. SHERWOOD: Asked and
19 answered.
20    Q.    You may answer.
21    A.    I felt like if I didn't go
22 there I was withholding information that
23 was important to the Garden.
24    Q.    Why did you believe it was
25 important to the Garden?

69

BUCHHOLZ
1 
2        MR. GREEN: Asked and answered.
3 You may answer again. You can add to your
4 prior response.
5    A.    Because it was a case that
6 Anucha filed against the Garden and I had
7 been with her when she wanted to seek
8 counsel.
9        MR. SCHOENFELD: Can I have a
10 quick conference?
11        THE WITNESS: Can I go to the
12 bathroom, too, again?
13        MS. VLADECK: Sure.
14        THE VIDEOGRAPHER: We are off
15 the record. The time is 11:39.
16        (Recess taken.)
17        THE VIDEOGRAPHER: We are back
18 on the record. The time is 11:57.
19 BY MS. VLADECK:
20    Q.    Who is Jennifer Hatch?
21    A.    She is one of my best friends.
22    Q.    And did you call Ms. Hatch to
23 try and get the name of an employment
24 lawyer?
25    A.    Yes.

18 (Pages 66 to 69)

82

1  BUCHHOLZ
2  BY MS. VLADECK:
3    Q.    Now, the conversation you had
4  with ▓▓▓▓▓▓ where she told you
5  about her being driven to her ▓▓▓ and
6  then having sex with Stephon Marbury, what
7  was your understanding of how close in
8  time the incident was to when she and you
9  talked about it?
10        MR. GREEN:  Objection to form.
11  You can answer the question.
12    A.    Well, she was ▓▓▓▓▓▓▓▓▓ at
13  the time she told me and ▓▓▓▓▓▓▓▓▓
14  when it happened.  I'm not sure of the
15  timing.  But it was before -- it was quite
16  a bit of time had passed.
17    Q.    Did you tell anyone that
18  ▓▓▓▓▓ had told you that she had been
19  drinking that night?
20        MR. GREEN:  Objection to form.
21  You may answer.
22    A.    When I was asked about it by
23  John Moran.
24    Q.    And was it correct that
25  ▓▓▓▓▓▓▓ had told you that she had been

83

1  BUCHHOLZ
2  drinking that night?
3        MR. GREEN:  Same objection.
4  You may answer.
5    A.    I don't know if it was correct.
6  That's what she told me.
7    Q.    I'm sorry, my question was did
8  ▓▓▓▓▓▓▓ tell you that she,
9  ▓▓▓▓▓▓▓▓, had been drinking the
10  night that it occurred?
11        MR. GREEN:  Same objection.
12  You may answer.
13    A.    ▓▓▓▓▓▓▓▓▓ did tell me she
14  was drinking that night.
15    Q.    And did she tell you that she
16  was pretty out of it?
17        MR. GREEN:  Objection to form.
18  You may answer the question.
19    A.    She said that she was out of
20  it.
21        (Telephonic interruption.)
22        MS. VLADECK:  I will be right
23  back.
24        THE VIDEOGRAPHER:  We are off
25  the record.  The time is 12:13.

84

1  BUCHHOLZ
2    (Recess taken.)
3        THE VIDEOGRAPHER:  We are back
4  on the record.  The time is 12:16.
5  BY MS. VLADECK:
6    Q.    What did you understand her
7  being out of it to mean?
8        MR. GREEN:  Objection to form.
9  You may answer the question.
10    A.    That she had -- you know, she
11  had too much to drink.
12    Q.    Did you tell anyone that
13  ▓▓▓▓▓▓▓▓ told you that she felt she
14  had to sleep with Stephon Marbury?
15        MR. GREEN:  Objection to form.
16  You may answer.
17    A.    Say that again.
18        MS. VLADECK:  Could you read it
19  back.
20        (The record was read.)
21    A.    I don't think I did.  I don't
22  recall that.
23    Q.    Did you tell anyone that
24  ▓▓▓▓▓▓▓▓▓ said that she could not
25  say no?

85

1  BUCHHOLZ
2        MR. GREEN:  Objection to form.
3  You may answer the question.
4    A.    I don't recall.
5    Q.    Did you tell anyone that
6  ▓▓▓▓▓▓▓ told you that she felt
7  taken advantage of?
8        MR. GREEN:  Objection to form.
9  You may answer.
10    A.    No.
11    Q.    Did you tell anyone that
12  ▓▓▓▓▓▓▓ told you that she felt
13  like a prostitute?
14        MR. GREEN:  Objection to form.
15  You may answer.
16    A.    I don't recall.
17    Q.    Did you tell anyone that when
18  you talked to ▓▓▓▓▓▓▓ you did not
19  believe that she was convincing when she
20  said that she did not say no?
21        MR. GREEN:  Objection to the
22  form.  You may answer.
23    A.    Yes.
24    Q.    Tell me about that
25  conversation.

22  (Pages 82 to 85)

86

BUCHHOLZ

1         BUCHHOLZ
2     A.    With John Moran, when I told
3  him that she had said that she was not
4  forced to sleep with Stephon, I kept
5  asking her and she said definitely not,
6  definitely not. Then I said that she was
7  not convincing. And she was very, very
8  regretful.
9     Q.    Was it your belief after
10 talking to ██████████ that she felt
11 forced to have sex with Stephon Marbury?
12        MR. GREEN: Objection to the
13 form. But you may answer.
14    A.    No, I thought it was
15 consensual.
16    Q.    Then what was not convincing
17 about her when she said she wasn't forced?
18        MR. GREEN: Same objection.
19 But you may answer.
20    A.    She just seemed, when she was
21 talking to me, that she was so embarrassed
22 and ashamed and blaming it on, you know --
23 she was so ashamed, she was coming up with
24 excuses of why she did it. So she wasn't
25 convincing me of a lot of what she was

87

BUCHHOLZ

1         BUCHHOLZ
2  saying in that moment.
3     Q.    And why was she ashamed or why
4  did you believe she was ashamed for
5  sleeping with Stephon Marbury?
6         MR. GREEN: Same objection to
7  form. But you may answer.
8     A.    Because I think she felt --
9  well, she told me she felt cheap. She was
10 ashamed that she just went into his car
11 and slept with him. He is married. It
12 was a one-night stand. She was ashamed.
13 I don't know why she felt -- she didn't go
14 into detail.
15    Q.    Did you have any belief at the
16 time that Stephon Marbury was involved in
17 how Hassan Gonsalves was being treated as
18 an employee?
19    A.    I completely missed the
20 question. I was thinking about my other
21 answer. I'm sorry.
22    Q.    What was your understanding of
23 what role, if any, Stephon Marbury had
24 with respect to Hassan Gonsalves'
25 employment?

88

BUCHHOLZ

1         BUCHHOLZ
2     A.    My understanding is that he
3  asked that his cousins get jobs with the
4  Garden.
5     Q.    And what was your understanding
6  of what role, if any, he played once they
7  had been employed by the Garden?
8     A.    I'm not sure I understand what
9  you mean.
10    Q.    Well, did you ever learn that
11 Mr. Marbury was upset either by the way
12 Mr. Gonsalves was treated or about his pay
13 or anything else?
14    A.    Yes, I do know of that.
15    Q.    And what do you know?
16    A.    I know that Stephon called Dan
17 Gladstone and complained about Hassan's
18 pay.
19    Q.    And what was your
20 understanding -- strike that.
21        What did Dan Gladstone tell you
22 about the conversation?
23    A.    Dan told me that he was shocked
24 that Stephon called him to complain about
25 his pay and that Stephon thought that

89

BUCHHOLZ

1         BUCHHOLZ
2  Hassan should have a parking pass, and
3  that he should be able to work and get
4  paid, you know, differently. And that Dan
5  had explained to him the policies as far
6  as how he was getting paid and that he
7  couldn't work overtime, and explained how
8  only certain people get parking passes and
9  it is usually during game nights, and went
10 through all of that with Stephon. And
11 that Stephon was very angry and upset, and
12 that Stephon had said some things about
13 Anucha, some very harsh things about
14 Anucha.
15    Q.    When did you have the
16 conversation with Dan Gladstone?
17    A.    The first time I had a
18 conversation with Dan was around the time
19 that he received the phone call from
20 Stephon. I think it was the next day he
21 told me he had received a phone call from
22 Stephon.
23    Q.    Did he tell you in that
24 conversation the harsh things that Stephon
25 said about Ms. Browne-Sanders?

23 (Pages 86 to 89)

122

BUCHHOLZ

1
2   Q.      Did you work with Faye Brown?
3   A.      Yes.
4   Q.      How would you describe your
5   working relationship with Faye Brown?
6       MR. GREEN:  Same objection.
7   You may answer.
8   A.      My working relationship with
9   Faye Brown was very good, excellent, until
10  the time where she applied for a position
11  that Alexia Katsaounis vacated and did not
12  get the job and after that our
13  relationship was not as strong.
14  Q.      And when did she apply for the
15  job that Alexia vacated?
16  A.      When Alexia left. I'm not sure
17  when that was.  She is now in her second
18  year of B school.  I guess about a year
19  and a half ago.
20  Q.      And this was a position for
21  your assistant?
22  A.      I think Alexia was promoted to
23  coordinator.  So it was a coordinator,
24  replacing the coordinator position.
25  Q.      And what role, if any, did you

123

BUCHHOLZ

1
2   have in determining who would be Alexia's
3   replacement?
4   A.      In that particular case I had a
5   lot of control over who would be Alexia's
6   replacement.
7   Q.      And why did you not give Faye
8   Brown the job?
9   A.      I thought other people had more
10  of the qualities and the skills that I was
11  looking for for that position.
12  Q.      Who did you put in that
13  position?
14  A.      Artie Bayes.
15  Q.      And what position had he been
16  in before?
17  A.      He was my intern.
18  Q.      In what way did the
19  relationship -- strike that.
20      In what way was the
21  relationship not as strong after you did
22  not give her the coordinator position?
23  A.      She didn't talk to me for a
24  while.  She was visibly angry and upset
25  and she didn't talk to me.  Then we got to

124

BUCHHOLZ

1
2   be on a more talking basis and then it was
3   more cordial and it got better, but it was
4   never like it was before that.
5   Q.      Did you ever tell anyone that
6   you saw Anucha Browne-Sanders be visibly
7   upset after she interacted with Isiah
8   Thomas?
9       MR. GREEN:  Objection to form.
10  You may answer.
11  A.      Did I ever tell anyone?
12  Q.      That you observed Anucha
13  Browne-Sanders as visibly upset after she
14  interacted with Isiah Thomas.
15  A.      I don't remember.
16  Q.      Did you ever see it?
17  A.      Did I ever see that she was
18  visibly upset?
19  Q.      Correct.
20  A.      I did see her, but I don't
21  remember if I told anyone that I saw that
22  she was visibly upset.
23  Q.      When did you see her visibly
24  upset after interactions with Mr. Thomas?
25      MR. GREEN:  Objection to form.

125

BUCHHOLZ

1
2   You may answer.
3   A.      It is very fuzzy.  I'm not
4   exactly sure of when it was.
5   Q.      On how many occasions did you
6   see her visibly upset?
7   A.      Let me think.  Three or four.
8   Q.      Do you remember any of the --
9   strike that.
10      Were you aware as to why she
11  was visibly upset?  Did she tell you?
12  A.      I clearly remember two.  One
13  was -- yes, I clearly remember two.
14  Q.      And what were those incidences?
15  A.      One was in December, I think,
16  of '05 where she said -- she told me that
17  he had tried to put his arm around her and
18  she said -- and he said "Why aren't you
19  showing me any love?"  And she didn't seem
20  like really upset about that.  She was
21  more like shocked, like how dare he do
22  that, how dare he -- you know, he knows we
23  are not getting along, how dare he put his
24  arm around me and tell me I'm not showing
25  him any love.  So if you want to call that

32  (Pages 122 to 125)

126

BUCHHOLZ

1
2  visibly upset. The other time I remember was
3  earlier than that. And I don't remember
4  the exact time frame. But he had -- she
5  said "Karin, can you believe this? I was
6  standing in Gate 1 and Isiah came up to me
7  and his wife was just feet away, a few
8  feet away, and he said" -- you know, kind
9  of like with this epiphany, she didn't say
10  that, I'm saying it -- "'Now I know why
11  we don't get along. I think I'm in love
12  with you.'"
13      She again, when she was
14  recounting that incident, she said that,
15  you know, she was shocked that he could
16  say something like that with his wife a
17  few feet away. And it was like she was
18  offended in a way that, you know, he could
19  try to charm her. She knows that they
20  don't get along and he is trying to be
21  sweet to her or trying to suck up to her
22  in a way.
23      Q.    When did Ms. Browne-Sanders
24  tell you about the incident at Gate 1?
25

127

BUCHHOLZ

1
2      A.    It is a little -- I'm not
3  sure -- well, I know for sure she told me
4  it around November and December of '05.
5  There was a time where she was telling me
6  a lot of things, refreshing my memory of
7  things that she had told me about Isiah,
8  about the Garden, about all of the things
9  that she was complaining about overall,
10  leading up to when she wanted to get a
11  lawyer, including interactions with Steve
12  Mills and others.
13      Q.    Now, you say she was refreshing
14  your memory. Did she tell you about the
15  incident at Gate 1 prior to November or
16  December of '05?
17      A.    Yes.
18      Q.    What other things did she tell
19  you that you recall?
20      A.    In November?
21      Q.    Whatever she told you that
22  refreshed your recollection. And if you
23  recall when she originally told you.
24      A.    For sure she refreshed my
25  memory in November about being -- that one

128

BUCHHOLZ

1
2  day, very soon after Isiah had gotten to
3  the Garden, accepted the position, she
4  went to have a meeting with him and was
5  bringing him this sort of cheat sheet that
6  had some sort of basic business, top-line
7  business information, how many tickets
8  sold, you know, what our rank was I guess
9  in the NBA, what merchandise, just basic
10  numbers, business numbers.
11      She had given one of those
12  cheat sheets to all of the people that
13  reported to her so that we would always
14  have that information if we needed it.
15  She brought this cheat sheet to him and
16  she said that at the meeting he had said
17  "If you do all of this, what the fuck do I
18  do?" Or something to that effect. I
19  don't remember in detail.
20      Q.    Have you ever heard Isiah
21  Thomas curse?
22      A.    I have.
23      Q.    On how many occasions?
24      A.    Twice that I clearly remember.
25      Q.    And what were those two

129

BUCHHOLZ

1
2  occasions?
3      A.    Once we were in an upfront
4  meeting with ad sales guys,
5  representatives, men and women, and he
6  said that he would make himself available
7  to go to clients but don't fucking waste
8  his time. Something like "Don't fucking
9  waste my time if it is something that is
10  bullshit." Something to that effect. And
11  everyone laughed.
12      Then the second time, I think
13  it was -- maybe it was three times. I
14  remember one time where I think it was a
15  state of the team address to employees and
16  he said some curse. But it was, you know,
17  like, I can't remember the context, but,
18  again, everyone laughed. It was a fuck
19  word. So I'm not even 100 percent sure
20  about that one. So forget that one.
21      Q.    Are there any others that you
22  recall specifically?
23      A.    No.
24      Q.    What else did you and
25  Ms. Browne-Sanders discuss in November '05

130

BUCHHOLZ

1
2 that refreshed your recollection of things
3 that she had told you earlier?
4     A.    She said there was a time that
5 -- she said there was a time that she
6 met -- that she had a meeting with Steve
7 Mills and Isiah and in November -- this
8 one is much more shaky for me as far as
9 clear.
10         But in November she definitely
11 said that she was in this meeting with
12 Steve Mills and Isiah to clarify their
13 roles and when Steve Mills left she said
14 that Isiah had cursed at her. Then when
15 he came back, he stopped.
16     Q.    "When he came back," meaning
17 when Steve Mills came back?
18     A.    When Steve Mills came back,
19 yes.
20     Q.    Anything else you can recall
21 her refreshing your recollection about in
22 November of '05?
23     A.    Just about Isiah, interactions
24 with, or about anything?
25     Q.    Well, any issues that you

131

BUCHHOLZ

1
2 recall in November of '05, her reminding
3 you about that she had told you about
4 earlier.
5     MS. EISENBERG:  Objection as to
6 form.
7     Q.    You can answer.
8     A.    Everything that she told me in
9 November, you are asking that she
10 refreshed my memory, you would like to
11 know?
12     Q.    Well, you described earlier
13 that there were certain conversations that
14 had occurred prior to November of '05 that
15 she and you were talking about in November
16 of '05 and that she refreshed your
17 recollection. Any that you remember?
18     A.    Yes. She reminded me of a
19 meeting -- oh, of a time with the parking
20 forgeries with Hassan and Vernon that she
21 had been asked -- she said that someone
22 asked her to sign a Sarbanes-Oxley
23 document stating that she didn't know of
24 any fraudulent activity that was taking
25 place under her watch and that she didn't

132

BUCHHOLZ

1
2 want to sign that and she said that
3 someone above her asked her to sign it and
4 she asked that person if they could send
5 her an e-mail making that request and that
6 person said no. So she went ahead and
7 documented that she knew of these two
8 fraudulent activities.
9         Then we talked about it in
10 November that that was -- then she had
11 another -- she had a budget meeting with
12 Jim Dolan and Steve Mills and some other
13 people that were in this budget meeting,
14 all men, and she said that she got reamed
15 by Jim Dolan and in her words, she used
16 this phrase a lot, boiled the ocean on
17 these courts, these purchase courts, for a
18 program that was under my area, Dan
19 Gladstone's purchase courts for this
20 program called Last Man Standing.
21         She said that was a program
22 that Steve Mills had asked Dan to do and
23 was so upset that Steve didn't have her
24 back. She used that phrase a lot too,
25 that Steve didn't have her back. And that

133

BUCHHOLZ

1
2 Jim Dolan -- she really felt the reason
3 she got so hammered in that meeting over
4 $40,000 was because she was a
5 whistleblower. So that was -- those were
6 two incidences.
7     Q.    Before you go on to the next,
8 at or about the time in November of '05,
9 what was your working relationship with
10 Ms. Browne-Sanders?
11     MR. GREEN:  Objection to form.
12 You may answer.
13     Q.    Excellent? Very good? Good?
14     A.    Oh, yes, excellent, very good,
15 yes.
16     Q.    Did you tell her at that time
17 that you had her back?
18     A.    Often. Because she required
19 that of anyone who worked for her. She
20 often drilled that into us that loyalty,
21 having her back, was very important. It
22 was very clear to us that we needed to
23 have her back under all circumstances.
24 And people that didn't have her back were
25 no longer there.

34  (Pages 130 to 133)

166

BUCHHOLZ

1
2   plaintiff's counsel and plaintiff's agent,
3   and obviously knowingly somehow on
4   plaintiff's behalf about the
5   ramifications, that maybe something does
6   work a waiver.
7           MS. VLADECK: Your Honor, may I
8   make a suggestion?
9           THE COURT: Sure.
10          MS. VLADECK: I don't have any
11  problem saying instead of going seven
12  hours we will go five and a half and if we
13  can brief this with your Honor and send
14  you the transcript.
15          THE COURT: It may be Judge
16  Lynch will say I will take it back because
17  I'm available now.
18          MS. VLADECK: I would be
19  certainly willing to carve out the time
20  that there would be on this subject if
21  there would be testimony on this subject
22  without a waiver and then she may have to
23  come back. I agree with you, you can't
24  take it back. So I agree this is
25  something that this may make sense to do

167

BUCHHOLZ

1
2   on paper.
3           MR. GREEN: Your Honor, this is
4   Ron Green. I do not disagree with that
5   position. So long as we do agree that
6   this being a nonparty witness that any
7   time that is reserved is reserved
8   exclusively to questions that would follow
9   a ruling by the court on this one issue.
10          THE COURT: I think that is
11  reasonable. I also think it is reasonable
12  if you are using the rules on the number
13  of hours for depositions, by agreement or
14  court order, that you look at the total
15  number of hours and you don't have a
16  second follow-up deposition then turn into
17  a full second day of deposition, that you
18  think about it and use the time
19  judiciously.
20          It seems to me if you skip this
21  area, you brief it. I can talk to Judge
22  Lynch and find out if he wants you to
23  brief it before him given the interplay of
24  this or if he wants you to brief it before
25  me. I can let you know to whom it should

168

BUCHHOLZ

1
2   be directed.
3           If you agree to have this
4   witness back at a time that works best for
5   the witness under the circumstances of
6   your litigation clock, since it is a
7   nonparty, or maybe it is a party witness,
8   but you try to accommodate everybody as
9   best you can, do it that way. I feel like
10  I would be on more solid ground. I think
11  both of you there would end up more
12  comfortable.
13          MS. VLADECK: That is fine,
14  your Honor. I think we can reserve an
15  hour.
16          THE COURT: I will talk to
17  Judge Lynch and explain to him the issue
18  as best I am able to understand it at this
19  point. I think I get it now and I will
20  see whether he wants you to put it before
21  him or me.
22          MS. VLADECK: Thank you very
23  much.
24          MR. GREEN: Thank you so much.
25          THE COURT: I'm sorry I didn't

169

BUCHHOLZ

1
2   resolve it on the fly. But it is a knotty
3   one.
4           MS. VLADECK: Thank you.
5           (Conference call ended.)
6           (Recess taken.)
7           THE VIDEOGRAPHER: We are back
8   on the record. The time is 3:30.
9   BY MS. VLADECK:
10  Q.     Now, prior to the break and my
11  veering a little bit off into left field,
12  you were discussing things that you had
13  discussed with Anucha Browne-Sanders in
14  November of 2005 where she was refreshing
15  your memory about certain events that she
16  had talked to you about before. You, I
17  don't believe, had completed your answer
18  with respect to what she refreshed your
19  recollection about.
20  A.     Basically all of the issues
21  that she had regarding the Garden,
22  regarding Steve Mills, and we had already
23  discussed some of the issues that she had
24  with Isiah.
25  Q.     What were the issues that she

43 (Pages 166 to 169)

170

```
 1              BUCHHOLZ
 2   had with respect to Steve Mills?
 3        MR. GREEN:  I object to form.
 4   You may answer.
 5        A.     Pretty much she was upset about
 6   the fact that after that budget meeting
 7   she really felt that he really
 8   disappointed her, disillusioned.  She felt
 9   betrayed in a way and thought that -- she
10   was very -- she was very upset after that
11   meeting and then subsequently talked
12   about, I'm trying to think of specific
13   issues with Steve, well, she refreshed my
14   memory that she would tell him about
15   things and he wouldn't do anything about
16   it.
17        I'm trying to think of
18   specifics but nothing is coming to mind
19   right now.
20        Q.     Did she tell you why -- strike
21   that.
22        Did she tell you what things
23   she told Steve Mills about that he didn't
24   do anything about?
25        MR. GREEN:  Objection to form.
```

171

```
 1              BUCHHOLZ
 2   You may answer.
 3        A.     I do have -- let me think for a
 4   second.  She did tell me in November that
 5   she had told him about the comments -- or
 6   the comment about being in Gate 1 and he
 7   didn't do anything about that.
 8        Q.     Anything else you recall
 9   discussing with Ms. Browne-Sanders in
10   November 2005 that refreshed your
11   recollection about things she had said to
12   you concerning issues she had?
13        MR. GREEN:  Objection to form.
14   You may answer.
15        A.     I'm trying to remember.  There
16   were a lot of things, and I don't know why
17   specific things aren't coming up.  I'm
18   trying to kind of even go -- well, we
19   talked about, again, the performance of
20   Hassan, the forgeries, and then, you know,
21   how wrong that was.
22        The Garden, kind of she talked
23   a lot about how she felt her integrity was
24   compromised and that she couldn't get --
25   she wasn't able to do her job effectively
```

172

```
 1              BUCHHOLZ
 2   because we were forced to hire these kids.
 3   Because she was asked to, the
 4   Sarbanes-Oxley, she kind of felt -- oh,
 5   you know, she also told me -- oh, she
 6   showed me a document in November of events
 7   that she wanted Isiah to attend and that
 8   he wouldn't attend those events, and that
 9   she felt like she couldn't get her job
10   done if he didn't attend those events.
11        Something, you know, she had
12   issues with Frank Murphy and him, you
13   know, kind of being the gatekeeper to
14   Isiah.  I remember she definitely
15   refreshed my memory, and I don't have
16   clear memories back when it first
17   happened, you know, in '04, I don't even
18   remember when the Frank Murphy thing
19   happened or some of the other things that
20   happened in '04, I think right after Isiah
21   got there.
22        When I say she refreshed my
23   memory, she told me these things in '04
24   and some of them I remembered happened and
25   some of them I don't have clear memories
```

173

```
 1              BUCHHOLZ
 2   of what happened.
 3        Q.     Now, in November '05 when you
 4   had this conversation with Anucha, was it
 5   at the same time, before or after that
 6   there were investigations into Hassan
 7   Gonsalves and sexual harassment?
 8        A.     Was it around the same time?
 9   It was around the same time.
10        Q.     And do you recall whether it
11   was before or after or during?
12        A.     Some of the things that we had
13   discussed were before, during and after.
14        Q.     But when did she have the
15   conversation with you where she refreshed
16   your memory --
17        A.     What do you mean by
18   "refreshed"?
19        Q.     I'm using your words.
20        A.     She definitely was telling me
21   about events, again, that she said
22   happened before and that happened, you
23   know, in the fall.  It was not just one or
24   two times.  There were times before,
25   especially after her meeting and before
```

174

BUCHHOLZ

1 the meeting that she had -- we had with
2 this office, with the Vladeck firm. She
3 went over all of the issues that she was
4 going to bring up.
5    Q.    Does that mean, then, that you
6 had this conversation with her after the
7 investigation into Hassan Gonsalves or
8 during or something else?
9    A.    I'm not exactly sure. I'm not
10 exactly sure.
11    Q.    Was it your understanding that
12 the investigation into the sexual
13 harassment allegations against Hassan
14 Gonsalves was a catalyst for these
15 conversations with you or something else?
16    MR. GREEN: Objection to form.
17 You may answer.
18    A.    What I think was when -- what I
19 think -- you want my opinion?
20    Q.    I want to know what you know.
21    A.    I don't know if it was a
22 catalyst.
23    Q.    Were there discussions during
24 this same time about Stephon Marbury?

176

BUCHHOLZ

1    A.    Yes.
2    Q.    How would you describe your
3 working relationship with Mr. Murphy?
4    MR. GREEN: Objection to form.
5 But you may answer.
6    A.    Very good.
7    Q.    Did you ever see him be
8 inappropriate to another employee?
9    MR. GREEN: Objection to form.
10 You may answer.
11    A.    What do you mean by
12 "inappropriate"?
13    Q.    Either yell or scream or curse
14 or say something that he shouldn't have.
15    MR. GREEN: Objection to form.
16 You may answer.
17    A.    Not really, not in particular.
18    Q.    Did you ever hear that he had
19 done that with an employee?
20    MR. GREEN: Objection to form.
21 But you may answer.
22    MS. EISENBERG: Same objection.
23    A.    Did I ever hear --
24    Q.    That he had been inappropriate

175

BUCHHOLZ

1    MR. GREEN: Objection to form.
2 You may answer.
3    A.    Were there --
4    Q.    Discussions at about this time
5 that Anucha Browne-Sanders initiated
6 concerning Stephon Marbury?
7    A.    You mean with ███████?
8    Q.    Or with anyone.
9    A.    Yes, there were discussions
10 about Stephon Marbury at that time.
11    Q.    And what were those
12 conversations?
13    A.    That she told me that she felt
14 that Stephon didn't like her and it was
15 difficult. "Karin, do you remember when
16 he didn't want to sign any of my jerseys?
17 Do you remember when he got so upset when
18 I told him he couldn't have the
19 credentials?" Those I definitely
20 remember. But there are certain ones that
21 I'm not sure about.
22    Q.    Now, you said that she had
23 issues with Frank Murphy. Did you have
24 any working relationship with Mr. Murphy?

177

BUCHHOLZ

1 with any other employee at the Garden.
2    MR. GREEN: Objection to form.
3 You may answer.
4    MS. EISENBERG: Same objection.
5    A.    Yes, I had heard that he would
6 yell and scream.
7    Q.    And curse?
8    MR. GREEN: Objection to form.
9 You may answer.
10    A.    I can't think of any specific
11 incident that I had heard.
12    Q.    Where had you heard that he
13 would yell and scream?
14    MR. GREEN: Objection to form.
15 You may answer.
16    A.    In meetings, you know, that if
17 he didn't get the way that he wanted, he
18 would yell and was sometimes explosive.
19 But I don't know in particular what
20 incident -- I can't even name any specific
21 incident.
22    Q.    Now, you said that Anucha
23 Browne-Sanders was upset with Steve Mills
24 after the budget meeting. What was your

45 (Pages 174 to 177)

178

BUCHHOLZ

1
2  understanding as to why Ms. Browne-Sanders
3  was upset with Mr. Mills after the budget
4  meeting?
5          MR. GREEN:  Asked and answered.
6  But you may answer again.
7      A.    That she felt that he had asked
8  Dan Gladstone to do this project and she
9  felt that he didn't support her in that
10  meeting regarding the expenditures and she
11  felt she took all the heat for it and he
12  didn't have her back.
13      Q.    These are expenditures that
14  Mr. Mills had approved?
15      A.    As far as I know it went
16  through the approval process or else we
17  couldn't have purchased those courts.  I
18  don't know where the breakdown was or what
19  the real issues were because we purchased
20  the courts.  But, my understanding, I
21  wasn't there, I don't really know anything
22  about the budget meeting, but there was
23  the issue about the capital expenditure
24  that was outside of budget to purchase
25  these courts.

179

BUCHHOLZ

1
2      Q.    Who told you that Hassan
3  Gonsalves was going to be fired?
4      A.    I think both Anucha and John
5  Moran.  Definitely John Moran.
6      Q.    And what did he say?
7      A.    He said that Hassan was going
8  to be terminated and that they had
9  conducted an investigation about sexual
10  harassment and they decided -- they
11  concluded that he should no longer work
12  with the company.
13      Q.    Did he say whether there was a
14  conclusion as to whether or not Hassan
15  Gonsalves had sexually harassed someone?
16      A.    I don't know.
17      Q.    Did he tell you whether any
18  action would be taken against Stephon
19  Marbury?
20      A.    For what?
21      Q.    For anything.
22      A.    No.  I don't think we even
23  mentioned -- talked about Stephon Marbury.
24      Q.    What was your understanding, if
25  any, as to the rules with respect to

180

BUCHHOLZ

1
2  players sleeping with █████
3          MR. GREEN:  Objection to form.
4  You may answer.
5      A.    I don't know about any rules
6  regarding players sleeping with █████
7          (Buchholz Exhibit 1 marked for
8  identification.)
9      Q.    For the record, what you have
10  before you as Buchholz Exhibit 1 is an
11  e-mail from Anucha Browne-Sanders to John
12  Moran dated December 7th, 2005 which
13  attaches an e-mail from you to Anucha
14  Browne-Sanders dated November 28th, 2005.
15          Is this something that you
16  wrote to Ms. Browne-Sanders?
17      A.    I would like to read it.
18      Q.    I'm sorry.  Take your time.
19          (Witness perusing document.)
20      A.    Yes, I remember this e-mail.
21      Q.    Now, the first sentence says
22  "After our meeting with John Moran I am
23  documenting the incidences where Stephon
24  Marbury made it clear to employees that he
25  did not like you."

181

BUCHHOLZ

1
2  Do you see that?
3      A.    Yes.
4      Q.    What occurred at the meeting
5  with John Moran that made you document the
6  instances where Stephon Marbury made it
7  clear to employees that he did not like
8  Browne-Sanders?
9      A.    I have no idea.  I don't
10  remember what that meeting was.
11      Q.    Did you have a meeting with
12  John Moran and Anucha Browne-Sanders in
13  November of 2005?
14      A.    I don't remember.
15      Q.    Do you know which employees
16  other than as stated in this e-mail
17  Stephon Marbury made it clear to that he
18  did not like Anucha Browne-Sanders?
19      A.    I have to make it clear right
20  now that Anucha asked me specifically and
21  gave me wording and told me to document
22  this e-mail.  And I was very uncomfortable
23  that she said, you know, document the
24  e-mail about how Stephon doesn't like me,
25  what everyone said, who said it, why.

46 (Pages 178 to 181)

182

BUCHHOLZ

1    BUCHHOLZ
2         I even was trying to rack my
3    brain to try to come up with -- she really
4    wanted to prove that Stephon didn't like
5    her and she asked me to write this e-mail.
6    And I did.  But I want it to go on record
7    that I was pressured to document these
8    instances.
9         Q.    Is there any reason, then, why
10   you didn't say "Anucha, per your request,
11   I am documenting the instances"?
12        A.    Because Anucha would have seen
13   through that, that I was -- I didn't
14   think -- that wasn't clear to me that she
15   wanted it to be known that she was
16   requesting me to write this e-mail.
17        Q.    Did she say that?
18             MR. SCHOENFELD:  Objection.
19   Sorry.  I can't object.
20        A.    She didn't have to say that.
21        Q.    What did she do that made you
22   feel that you couldn't say "As you
23   requested, I am documenting the
24   instances"?
25        A.    I don't know.

183

BUCHHOLZ

1    BUCHHOLZ
2         Q.    Did you tell the investigators
3    that you had asked Chris Bernard to get
4    several jerseys and Stephon refused
5    because he thought they were for Anucha
6    Browne-Sanders?
7         A.    I'm not sure.
8         Q.    Was it true that you had asked
9    Mr. Bernard to get several jerseys signed
10   by Stephon, and Stephon refused because he
11   thought they were a request from Anucha
12   Browne-Sanders?
13        A.    Yes, that is true.
14        Q.    And you have no recollection of
15   telling anyone else that?
16        A.    Oh, I don't specifically
17   remember everything I said in exact words,
18   but I'm sure I told the investigators
19   that.
20        Q.    It says "Chris asked me not to
21   say anything and said the reason Stephon
22   wasn't signing was because he didn't like
23   you."
24             Was that correct that Chris
25   asked you not to say anything and said the

184

BUCHHOLZ

1    BUCHHOLZ
2    reason Stephon wasn't signing was because
3    he didn't like Ms. Browne-Sanders?
4         A.    That is correct.
5         Q.    And did you honor Chris'
6    request not to say anything?
7         A.    I did, until she asked me to
8    tell everyone that knew that Stephon
9    didn't like her.
10        Q.    How would she have known to ask
11   you if you hadn't told her when it
12   occurred?
13        A.    I had told her -- I don't know
14   if I said exactly it was Chris.  I just
15   said that Stephon doesn't want to sign it
16   because it is for you.
17        Q.    So you may have told her the
18   fact of his refusal to sign but not the
19   source of your learning about that fact?
20        A.    Yes.
21        Q.    Was it correct that it took
22   several days before you got the jerseys
23   signed after letting Stephon know that the
24   jerseys were for Cablevision and a
25   charitable organization?

185

BUCHHOLZ

1    BUCHHOLZ
2         A.    Yes.
3         Q.    Is it correct that Stephon said
4    he didn't want to do anything to help
5    Anucha?
6         A.    He didn't say that to me.
7    That's what I gathered from that incident.
8         Q.    Did Chris Bernard tell you that
9    that is what he had said to him?
10        A.    Chris Bernard told him that he
11   wasn't going to sign those jerseys because
12   he didn't like Anucha.
13        Q.    Is it correct that on several
14   occasions Jamie Matthews said that Stephon
15   did not want to cooperate with
16   Cablevision -- I'm sorry, Community
17   Relations requests because he did not like
18   Anucha?
19        A.    Yes.
20        Q.    Is it correct that Dan
21   Gladstone told you that "Stephon called
22   him on his cell phone and said that he
23   wasn't going to do anything for 'that
24   bitch' and that he hated Anucha"?
25        A.    Yes.

47 (Pages 182 to 185)

194

BUCHHOLZ

1    BUCHHOLZ
2    keep me strong.
3        Q.    Did you ever tell her during
4    these conversations that you were scared?
5        A.    Scared of what?
6        Q.    What might happen to you at the
7    Garden if you didn't support them.
8        MR. GREEN:  Objection to form.
9    You may answer the question.
10       A.    I told her that I was scared
11   that I might not get my raise.  Because
12   she was the person that championed it.
13   And if she is gone, would I still get my
14   raise.
15       Q.    Did you tell her that Marc
16   Schoenfeld screamed at you for talking to
17   her?
18       MR. GREEN:  Objection to form.
19   You may answer.
20       A.    I didn't tell her that he
21   screamed at me.
22       Q.    Yelled?
23       A.    I told her that he told me that
24   I shouldn't be talking to her, that I
25   can't talk to her anymore.

195

1    BUCHHOLZ
2        Q.    Did he tell you why you
3    couldn't talk to her anymore?
4        MR. GREEN:  Objection to form.
5    This is now a privileged communication.  I
6    will instruct the witness not to answer.
7        MS. VLADECK:  Why is that
8    privileged?
9        MR. GREEN:  Marc Schoenfeld is
10   in-house counsel.
11       MS. VLADECK:  No.  Marc
12   Schoenfeld was responsible for the
13   investigation.  A lot of things related to
14   Mr. Schoenfeld
15       MR. GREEN:  It is our position
16   that is not the case.
17       MS. VLADECK:  Can you mark that
18   for a ruling too.
19       Q.    Did anyone other than
20   Mr. Schoenfeld tell you that you couldn't
21   talk to Ms. Browne-Sanders?
22       A.    John Moran.
23       Q.    When did he tell you that?
24       A.    In our meeting after he was
25   investigating.

196

BUCHHOLZ

1    BUCHHOLZ
2        Q.    I'm sorry, this is the meeting
3    that you had with John Moran and Rochelle
4    Noel?
5        A.    Yes.
6        Q.    And they told you not to talk
7    to Ms. Browne-Sanders?
8        A.    No, they told me not to talk
9    about the case.  And I'm not sure if they
10   said don't talk to Anucha.  I don't know
11   if it was don't talk to Anucha or just
12   don't talk about the case or the
13   investigation.
14       Q.    Anyone else other than Marc
15   Schoenfeld and John Moran?
16       A.    I think that was it.
17       Q.    Was it your understanding at
18   the time that you were told not to talk to
19   Ms. Browne-Sanders that she was still an
20   employee of the Garden?
21       A.    She was still an employee of
22   the Garden when John Moran told me not to
23   talk to her.  One of the reasons I did
24   talk to her is she called and she asked me
25   when I was going to be interviewed.  She

197

1    BUCHHOLZ
2    asked me to talk to her after the
3    interview.  She wanted to know everything
4    about it.
5        And you asked me if I was
6    afraid of my future at the Garden because
7    of the Garden.  I was afraid of my future
8    at the Garden because of Anucha and that
9    if I didn't cooperate with her I could be
10   on her bad side.  So when she asked me
11   things, you know, about the investigation
12   with John Moran, I really felt pressured
13   that I have to be loyal to her because she
14   is still my boss.  I was very
15   uncomfortable.
16       I will tell you, I was very
17   uncomfortable when she asked me to go to
18   the law office with her and because she
19   was my boss I told her I was uncomfortable
20   and she still asked me to go.  In this
21   instance, you know, she called.  I told
22   her some things that happened, that I had
23   shared at the meeting with John Moran and
24   Rochelle Noel and I didn't feel
25   comfortable telling her everything because

50   (Pages 194 to 197)

198

BUCHHOLZ
1
2    I was afraid if it got back to her and she
3    didn't like some of the things that I
4    said, that I was not being loyal and that
5    would have determined my future. I could
6    have ended up like▮▮▮▮▮▮▮▮ If she
7    didn't like you and didn't think you were
8    loyal, you didn't have a bright future
9    working for her.
10        So I was definitely -- and
11   things had changed by that time. I admit
12   that I was very close to her. I admit
13   that we had an excellent relationship. I
14   respected and admired her. When she told
15   me all of these things -- when she told me
16   all of the things that she thought that
17   was wrong about what the Garden was doing
18   to her, there was no reason I didn't
19   believe her. And I felt for her and
20   listened to her. And I thought she was a
21   good friend. And then slowly I started to
22   realize that she wasn't a good friend.
23        What kind of friend would
24   really kind of force you to go to a law
25   office when you clearly were uncomfortable

199

BUCHHOLZ
1
2    with it? What kind of friend would on the
3    way to the law office tell you that I had
4    no future at the Garden anymore because I
5    was her right-hand person and that I had
6    to go ahead with her on this? What kind
7    of friend would keep calling me and
8    telling me even when she knows I'm not
9    supposed to discuss the case, would put me
10   in a position knowing that she is still my
11   boss that I had to feed her information?
12   I felt very uncomfortable because it was
13   definitely outside of my integrity.
14        Then, you know, I'm just going
15   to be completely honest here, when I found
16   out -- when I went with Anucha to the law
17   office and my understanding that it was
18   all these issues about her being wronged
19   by the Garden, and then when I found
20   out --
21   Q.     Wait, are you going to be
22   testifying about anything that was said
23   here?
24   A.     No. But when I found out that
25   it came out that it was sexual harassment

200

BUCHHOLZ
1
2    against Isiah Thomas, I was shocked. You
3    know, as good a friends as we were I would
4    have thought she would have told me
5    throughout the years that I had known her
6    that she felt she was sexually harassed by
7    him. She never once told me that she
8    thought she was sexually harassed by him.
9        I thought it was -- everything
10   I knew about Anucha right then and there,
11   I was shocked that she could make these
12   allegations about Isiah, which are strong
13   allegations, that he sexually harassed
14   her. That could ruin someone's -- that
15   could ruin someone's life. I was shocked.
16       I do not think that the things
17   that she told me, that meant that he
18   sexually harassed her. When she told me
19   about the case and everything that she was
20   complaining about, it was all about, you
21   know, her issues with not being able to do
22   her job, the Garden.
23       So as it went along, yeah, my
24   feelings towards Anucha changed from
25   really admiring and respecting her to all

201

BUCHHOLZ
1
2    of this happening and her putting me in
3    very compromising situations to the point
4    where she called me several times after I
5    told her that Marc told me I couldn't talk
6    to her, she called me and prefaced it by
7    saying "Oh, Karin, I know you are not
8    supposed to talk to me, but how is
9    Gabrielle? Oh, be strong."
10       Then issues came up again
11   around the case. Then she called me
12   again. "Oh, I know I'm not supposed to
13   talk to you." So yeah, I thought she was
14   my friend and now I'm very disillusioned.
15   Q.     And want to hurt her? You want
16   to hurt her now?
17   A.     No, I don't want to hurt her.
18   I am just shocked and I am hurt. I am
19   hurt.
20   Q.     When you heard from Anucha that
21   Isiah said he loved her and that he wasn't
22   getting any love and things like that,
23   what did you understand her complaints
24   about Mr. Thomas to be at that time?
25       MR. GREEN:  Objection to form.

51 (Pages 198 to 201)

258

BUCHHOLZ
1
2    Q.    Did you ever complain about
3 players missing community events?
4    A.    There were very few times that
5 players missed events that they were
6 scheduled for. So I don't remember
7 talking about complaining about players
8 missing events.
9    Q.    Did Stephon Marbury miss a
10 poetry slam that he was supposed to be
11 doing?
12    A.    Yes, he did.
13    Q.    When was that?
14    A.    That was last year. Yes, it
15 was in the beginning of -- I think it was
16 in the beginning of '05.
17    Q.    What other events do you recall
18 players missing?
19    A.    I don't recall.
20    Q.    Do you have a personal e-mail
21 address?
22    A.    I do.
23    Q.    Did you ever give it to Anucha
24 and tell her to send you e-mails at that
25 address?

260

BUCHHOLZ
1
2 I assumed that it would go through but she
3 had said once the budget would be passed
4 it would go through, but the budget still
5 hadn't been passed and it still hadn't
6 been passed and I wanted to make sure that
7 it was going to go through, I was going to
8 get my raise.
9    Q.    And you weren't uncomfortable
10 asking her to document something that she
11 had already told you; is that correct?
12    A.    No.
13    Q.    And did she tell you she would
14 or wouldn't do it?
15    A.    She said -- she actually said
16 that she was going to send it. I don't
17 even recall if I asked her to send it or
18 if she offered to send it because she
19 wanted to make sure I got my raise also.
20 So it was mutually discussed. It wasn't
21 just that I asked her to do it. She could
22 have also -- it was her concern too that I
23 got my raise.
24    Q.    Why did you give her a personal
25 e-mail address?

259

BUCHHOLZ
1
2    A.    Yes.
3    Q.    And when was that?
4    A.    It was all around -- the end of
5 '05.
6    Q.    Why did you give her a personal
7 e-mail address?
8    A.    Because she sent me the e-mail
9 that I think it was Patrick McDonough sent
10 her about my raise. I wanted to make sure
11 that I had -- that she wasn't around -- I
12 don't remember exactly when it was, if it
13 was after or before she got fired. But I
14 wanted to make sure I got my raise and I
15 asked her about it.
16    Q.    And you asked her to document
17 the fact that she had put in a specific
18 raise for you?
19    A.    Yes.
20    Q.    And you asked her to document
21 that fact because you were concerned that
22 if she got fired it wouldn't be honored by
23 the Garden?
24    A.    No, I wasn't sure where it
25 stood, so I wanted to know where it stood.

261

BUCHHOLZ
1
2    A.    I had her personal one. She
3 had my personal one. I don't remember if
4 it was just for that particular reason.
5 She had mine. I had hers.
6    Q.    Did you ask Anucha
7 Browne-Sanders to write you a reference
8 letter for you to adopt a child?
9    A.    I did. That's right. She sent
10 it to me at home.
11    Q.    And when was that?
12    A.    That was all around the same
13 time.
14    Q.    Was it your understanding that
15 Steve Mills had some issues with respect
16 to your taking a leave after you had a
17 child?
18        MR. GREEN:  Objection to form.
19 You may answer.
20    A.    Anucha told me, when I had
21 requested through the Family Medical Leave
22 Act, I had requested six weeks, and after
23 four weeks Anucha pulled me off to the
24 side. She said as my friend, and she said
25 "Look, I'm not supposed to do this. I

66  (Pages 258 to 261)

REDACTED

| | |
|---|---|
| **From:** | Browne Sanders, Anucha |
| **Sent:** | Wednesday, December 07, 2005 8:47 PM |
| **To:** | Moran , John VP ER MSG |
| **Cc:** | Mills, Steve |
| **Subject:** | Fw: Issues |

As a follow up to last weeks meetings, steve said that you are reviewing all emails. I
want you to have this one as well.


-----Original Message-----
From: Buchholz, Karin <Karin.Buchholz@thegarden.com>
To: Browne Sanders, Anucha <Anucha.BrowneSanders@thegarden.com>
Sent: Mon Nov 28 21:04:21 2005
Subject: Issues

Anucha,

After our meeting with John Moran, I am documenting the instances where Stephon Marbury
made it clear to employees that he did not like you. Last season, I asked Chris Bernard
to get several jerseys signed by Stephon and Stephon refused because he thought they were
requests from you. Chris asked me not to say anything and said the reason Stephon wasn't
signing was because he didn't like you. It took several days before we got the jerseys
signed after letting Stephon know that the jerseys were for Cablevision and a charitable
organization. Stephon said he didn't want to do anything to help Anucha. On several
occasions, Jamie Mathews said that Stephon did not want to cooperate with CR requests
because he did not like Anucha. Dan Gladstone told me that Stephon called him on his cell
phone and said that wasn't going to do anything for "that bitch" and that he hated you.
It is common knowledge with the staff that Stephon doesn't like Anucha.

As you can imagine, this has made our job in Community Relations very difficult at times.

Karin

Karin J. Buchholz
Vice President,
Community Relations & Fan Development
New York Knicks
Two Pennsylvania Plaza
New York, NY 10121
(212) 465-6382
karin.buchholz@thegarden.com

1



CONFIDENTIAL