# Exhibit 12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ANUCHA BROWNE SANDERS,

           Plaintiff,

       -against-               06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

           Defendants.

------------------------------------X


      VIDEOTAPED DEPOSITION OF JEFFREY NIX

           New York, New York

         Friday, January 26, 2007


REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 11467



**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor      600 Anton Boulevard, 11th Floor
New York, NY 10022                    Costa Mesa, CA 92626
(800) 642-1099                           (866) DFW-1380

Page 74

JEFFREY NIX

But let me just in terms of time, because you've expressed some confusion about whether it was '04 or '05. Isiah Thomas would have come in December of '03, would have started working probably actively I could say in January of '04.

Would this have been relatively soon after he arrived that this event occurred?

A  I think it was in the spring of '04, yes.

Q  And do you have a specific recollection of her telling you that he had stood over her desk and used the word "bitch"; do you have a specific recollection of her telling you about it at the time?

MR. MINTZER: Asked and answered.

A  She told me at the time, yes.

Q  And how was it that she told you? Was it in person, was it by phone?

A  It was by telephone.

Q  When she told you that, were you surprised?

Page 75

JEFFREY NIX

A  No.

Q  And why were you not surprised?

A  Because I thought Frank had some animosity towards Anucha.

Q  And so would it be fair to say that you believed Frank had animosity towards Anucha well prior to the time that Isiah Thomas ever arrived?

MR. MINTZER: Objection to form.

A  I wouldn't know that.

Q  Well, I mean did you think that this was a long-standing animosity between Frank Murphy and Anucha Browne Sanders?

MR. MINTZER: Objection to form.

A  I think there was animosity that built up over time.

Q  And was it just starting to build in '04 or had it been building prior to that time?

MR. MINTZER: Objection to form. Asked and answered.

A  I am not sure. I think it was built over a period of time.

Q  Would it be fair to say that as

Page 76

JEFFREY NIX

Frank Murphy took on more responsibilities that -- strike that.

Would it be fair to say that Anucha Browne Sanders had an easier time dealing with you than she had with Frank Murphy?

MR. MINTZER: Objection to form.

A  I don't know.

MR. ADES: Did she get along with you?

THE WITNESS: She got along with me.

MR. ADES: Did she get along with Frank?

THE WITNESS: She worked with Frank.

MR. ADES: Come on, Jeff. Did she get along with Frank?

THE WITNESS: I thought she got along with Frank.

Q  And so when she told you that he uses language with you, what, if anything else, was said?

A  When he left the office, she got

Page 77

JEFFREY NIX

on the phone and called Isiah Thomas.

Q  She told you that?

A  That's what Anucha Browne Sanders told me, she called Isiah Thomas.

Q  Because obviously I'll be saying quite often probably during the course of this deposition, you weren't a witness to any of these interactions between her and Isiah Thomas?

MR. MINTZER: Objection to form.

Q  With the exception of the hug that we talked about earlier?

A  That's correct.

Q  And so what did she -- with regard to whatever else she told you about that conversation with Isiah Thomas, did she tell you about it at the time or did she tell you about it later?

MR. MINTZER: Objection to form. Asked and answered.

A  Shortly after it happened.

Q  And what was it that she told you occurred?

A  She told me that Frank come in to

**Page 78**

JEFFREY NIX

1  her office to discuss about something,
2  stood over her desk and called her a
3  bitch.
4    Q    What did she tell you what
5  happened when she called Isiah Thomas?
6    A    Prior to her calling Isiah
7  Thomas, Frank Murphy left the office.
8  Faye Brown, who was her assistant, walked
9  in, asked her if there was anything wrong
10 and she got on the phone and called Isiah
11 Thomas to tell him about -- Anucha
12 Browne Sanders got on the phone, called
13 Isiah Thomas to tell him what Frank called
14 her and did.
15   Q    And what did she then tell you
16 occurred in that conversation?
17   A    She told me that Isiah told her,
18 "What the fuck is your job?  What the fuck
19 do you do?  You fucking bitch, fucking
20 ho."
21   Q    And you are saying you have a
22 specific memory of her telling you both
23 about the word "bitch" and the word "ho"
24 in March of '04?

**Page 79**

JEFFREY NIX

1    A    That was a pretty telling
2  statement.  I would remember that, yes.
3    Q    Okay.
4    A    In the -- excuse me.  In the
5  spring of '04.
6    Q    In the spring of '04.
7    A    Yes.
8    Q    And when she told you about it,
9  did she say she was going to do anything
10 about it?
11        MR. MINTZER:  Objection to form.
12   A    She told me she was calling Steve
13 Mills.
14   Q    And did she ever tell you that in
15 fact she called Steve Mills?
16   A    She told me that they had a
17 meeting the following day with Steve
18 Mills, Isiah Thomas and Anucha
19 Browne Sanders.
20   Q    And did she tell you what had
21 occurred at the time of that meeting?
22   A    She told me that Steve Mills
23 clearly stated her job responsibilities to
24 Isiah, and then at that time Steve Mills

**Page 80**

JEFFREY NIX

1  left the office to take a phone call and
2  Isiah said to her, "Just remember, fucking
3  bitch, I am the fucking president of this
4  team."
5        And then Steve Mills came back
6  into the office and they concluded the
7  meeting.
8    Q    Between the time of this alleged
9  occurrence in the spring of '04 and today,
10 have you had conversations with Anucha
11 Browne Sanders where she has talked about
12 this event?
13       MR. MINTZER:  Objection to form.
14   A    No.
15   Q    So there haven't been times after
16 you went back to Indiana when she called
17 and talked to you about the fact that
18 Isiah Thomas had called her a bitch?
19       MR. MINTZER:  Objection to form.
20 Mischaracterizes the testimony.
21   A    In this specific occurrence, no.
22   Q    So you are saying "in this
23 specific occurrence" and you are referring
24 to the meeting with Mills, that the only

**Page 81**

JEFFREY NIX

1  time she talked to you about this event
2  was in the spring of '04?
3    A    Shortly after that meeting.
4    Q    And when she told you that, did
5  you say to her -- strike that.
6        Did she tell you that she had
7  told Mills about Isiah Thomas' outburst?
8    A    Anucha Browne Sanders told me
9  that Steve Mills was aware of the
10 outburst, yes.
11   Q    Well, did she tell it to you in
12 that way in the conversation?
13       MR. MINTZER:  Objection to form.
14   A    She told me that Steve was aware
15 of what transpired in the meeting.
16   Q    I guess what I'm saying to you
17 is:  Is if she was communicating this all
18 to you within a few days of its happening,
19 did she say to you, "I told Steve, I
20 talked to Steve later.  This is what I
21 said to Steve, this is what Steve said to
22 me"?
23       MR. MINTZER:  Objection to form.
24   A    She just said Steve's aware of

21 (Pages 78 to 81)

**Page 90**

JEFFREY NIX

personnel that were back there never really changed as far as I know. I mean, you have three specific locations for the most part. You have the New York Knicks' locker room, you have the lounge area and you have the New York Rangers' locker room.

Q    What kind of changes took place in terms of after Isiah Thomas came in in terms of people who would have access to the lounge or the ability to come in the lounge?

A    I think he just wanted to keep it off limits -- I don't think Isiah wanted people just lounging and hanging out there during the game, being around there. He wanted to create a sterile environment around the team on game days at Madison Square Garden.

Q    Did he ever tell you why?

A    No.

Q    Did there ever come a time in this January-to-March time frame -- strike that.

**Page 91**

JEFFREY NIX

In this January-to-March time frame, did Isiah Thomas ever make a statement to you where he said, "Players aren't going to do any more community events"?

A    No.

Q    Did anyone ever tell you that he had said such a thing?

A    Yes.

Q    Who told you that?

A    Anucha.

Q    And when did she tell you that?

A    She told me after the Utah loss in I think February of '04.

Q    Did she tell you that he had made that statement to her himself?

A    Yes.

Q    What exactly did she tell you he had said?

A    It was after a loss against Utah at Madison Square Garden and it was in the hallway outside the locker room. She told me that -- Anucha told me that he grabbed her by the arm, pulled her into the room

**Page 92**

JEFFREY NIX

across from the locker room, which we would call the bike room, stationary bikes in there, and he told her that there would be no more player appearances and, "Don't you fuck up what I'm trying to do here, you fucking bitch."

Q    And you have a specific recollection of her telling you that at that time?

MR. MINTZER:  Objection to form.

A    Soon after that time, yes.

Q    So it's now at least two occasions that she has told you that he's called her a bitch?

A    He has called her a fucking bitch.

Q    So it's two occasions that you are saying that she told you at or near the event that he called her a fucking bitch?

MR. MINTZER:  Asked and answered.

Q    Is that correct?

A    What event?

Q    You told me I think that there

**Page 93**

JEFFREY NIX

was the event that you just described for me, correct?

A    After a game in February of '04.

Q    Okay.

And I believe you told me that he called her a fucking bitch in a phone call after she had the interaction with Murphy, correct?

A    That's correct.

Q    Any other events that she told you about where he called her a fucking bitch?

MR. MINTZER:  Objection to form.

A    Not that I am aware.

Q    Any other events that you haven't told me about where he called her a bitch?

MR. MINTZER:  Objection to form.

A    There are times -- I can't specifically -- but there were times in conversations where she would say he called her a bitch.

Q    But she never told you about those times until after you had gone back to Indiana; isn't that correct?

Page 94

JEFFREY NIX

MR. MINTZER: Objection to form.
A   No. I worked -- I was there for a year and she told me things were going on.
Q   When's the next time she told you that, that he had called her a bitch?
A   She told me over the course of two years that he would call her a bitch, on occasion.
Q   When's the next time he called her a bitch?
MR. ADES: If you remember that she told you he called her a bitch.
A   I don't remember.
Q   Regardless of when the next time was, did she tell you that she had told Steve Mills?
MR. MINTZER: Objection to form.
A   She told me that Steve Mills was aware.
Q   So regardless of when this next time was, the conversation went something like this: "Isiah called me a bitch again, but Steve Mills is aware"?

Page 95

JEFFREY NIX

MR. MINTZER: Objection to form. Mischaracterizes testimony.
Q   Is that how the conversation occurred?
A   No. Through the course of conversations she would say, "He called me a bitch again."
Q   Did she tell you what was going on on this next occasion when he called her that?
A   I don't recall. I don't recall.
Q   Did you say to her, "You know, if in fact that's happening, you really need to tell somebody else if Steve Mills isn't doing anything about it"?
MR. MINTZER: Objection to form.
A   She was under the strong opinion, telling me, that the president of Madison Square Garden, if he was aware of it and he wasn't going to do anything about it, then who else would do something about it. She did speak to someone in human resources.
Q   Okay. We'll come back to that.

Page 96

JEFFREY NIX

But -- strike that.
By the next time after the events that you've now told me about, by the next time she says to you that he's called her a bitch, did she tell you at that time that she's talked to somebody in human resources?
MR. MINTZER: Objection to form.
A   I don't recall that.
Q   Did she tell you the next time that she's talked to somebody in human resources?
A   I don't recall.
Q   At some point in the conversations that you and she have, don't you say to her, "You really need to go to somebody else in human resources"?
MR. MINTZER: Objection to form.
A   No, I didn't tell her that.
Q   Did you say to her, "Go to Jim Dolan. You see Jim Dolan, Anucha, at meetings, why don't you tell Jim Dolan about it?"
Did you ever have that

Page 97

JEFFREY NIX

conversation with her?
A   No.
Q   Over the course of '04, while you are there, how many times is it that she tells you that this occurs?
A   Calling her a bitch?
Q   Yeah.
A   A few times.
Q   So we are talking about a few times more than the times that you've already told me about; is that correct?
MR. MINTZER: Objection.
A   I think, yeah, there were few occurrences where she was called a bitch, yes.
Q   And while we're kind of still on that topic, at the time then when you go back to Indiana, are there any other occasions after that where she says, "He's called me a bitch"?
A   There were occasions where she's mentioned it, yes.
Q   How many occasions after you go back to Indiana?

25 (Pages 94 to 97)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

**Page 138**

JEFFREY NIX

1 around let's say October of '04 until the
2 end of the year of '04.
3     All right?
4 A   Yes.
5 Q   Just so you get centered in terms
6 of time.
7     And I understand that there was
8 an event that you witnessed involving a
9 hug between Isiah Thomas and Anucha Browne
10 Sanders; is that correct?
11 A   That's correct.
12 Q   And do you have a specific memory
13 of the date that that occurred?
14 A   It was at the end of December.
15 Game was Minnesota at the Garden. It
16 probably was 28th, 29th, something like
17 that of December.
18 Q   And so do you recall it being
19 actually the last game before the new
20 year?
21 A   I am not sure if it was the last
22 game. Could have been a road game. It
23 was the last home game before the new
24 year, possibly.

**Page 139**

JEFFREY NIX

1 Q   Did the Knicks win?
2 A   The Knicks won the game, yes.
3 Q   Where would you have watched the
4 game from?
5 A   The TV booth upstairs.
6 Q   And where would Isiah Thomas have
7 watched the game from, if you know?
8 A   At that time, he would have been
9 standing in Gate 1 in the main entrance
10 from the block room to the court.
11 Q   Okay.
12     And where was Anucha, if you
13 know?
14 A   I don't recall where she was.
15 Q   She didn't watch it from the TV
16 booth?
17 A   I don't recall. I don't think
18 so, no.
19 Q   And before I get into the actual
20 facts of what you saw, is it fair to say
21 that Isiah Thomas, during the time period
22 that he was acting as president in this
23 kind of general manager role, that he
24 would actually stand in Gate 1, at the

**Page 140**

JEFFREY NIX

1 entrance of Gate 1 during the games?
2 A   That's what I saw, Gate 1, yes.
3 Q   But not only at this particular
4 game, but was it usual that that's where
5 he would be standing?
6 A   Yes.
7 Q   And he would kind of greet people
8 who might be passing through?
9     MR. MINTZER: Objection to form.
10 A   I don't know if he was greeting
11 people. I don't pay attention to whether
12 he was -- I just know where he was
13 standing. I don't know what he was doing.
14 Q   Okay.
15     And again, I'm talking more
16 generally. When you would go to games and
17 you would see him, you would see him
18 standing in this Gate 1 area?
19 A   Yes.
20 Q   But you are saying you don't know
21 what he was doing in Gate 1?
22 A   He was watching the game.
23 Q   Okay.
24     And what did you see happen that

**Page 141**

JEFFREY NIX

1 night between Anucha Browne Sanders and
2 Isiah Thomas?
3 A   I left the TV booth prior to the
4 end of the game. We were leading. I took
5 the elevator from that area down to the
6 courtside, court level, and my usual route
7 was behind the -- underneath the Garden,
8 underneath the stands, whatever you want
9 to call it. Down the hallway past the
10 visitors' locker room and then into the
11 hallway, continued down that hallway into
12 the Knicks' locker room is at.
13     I specifically remember that as I
14 walked past the locker room of the
15 Minnesota Timber Wolves, Kevin Garnett
16 passed me in the hallway as he walked into
17 the locker room. He was upset. He was
18 yelling at the team because they played
19 poorly and the Knicks won.
20     As I continued down the hall,
21 went through the doors leading to the
22 entrance to the Knicks/Rangers hallway,
23 and that's when I saw an embrace and then
24 what looked to me like she pushed away and

36 (Pages 138 to 141)

**142**

JEFFREY NIX

then she walked down --
Q   Let me stop you there for a minute.
MR. MINTZER:  Wait.  Let him give his full answer, Counsel, please.  He's telling you what he saw.  And then you can follow up.  I think that's the appropriate thing to do.  The witness should be allowed to give his full answer.
Q   Let me stop you there.  We will come back to that point.
You've indicated that you hear Kevin Garnett yelling at his teammates and you see an embrace, and I want to direct your attention to that part of your testimony for the moment and then we'll come back so you can finish your answer.
Tell me what you see in terms of where Anucha is standing, where Isiah Thomas is standing.
A   It was up close to the entrance to the New York Rangers' locker room.
Q   Are other people standing in the area as well?

**143**

JEFFREY NIX

A   I think some people might have been trying to walk through to the locker room area.  The game had just concluded.
Q   Can you tell whether Isiah is talking to anyone else or talking to anyone when this embrace occurs?
A   I didn't see him talking with anyone, no.
Q   Okay.
And where is it that you see his hands?
A   I just saw his hands around her, embracing her.
Q   Okay.
Is her back to you?
A   No.  It was like a 45-degree angle where I could see where his hands were around her and it was at an angle to the wall.  It was not directly against the wall or directly -- I did not see Isiah's back.  I saw at an ankle.
Q   Did you see the beginning of the embrace?
A   No.

**144**

JEFFREY NIX

Q   And how long did it last that you saw it before it broke?
A   It was a brief -- it seemed brief to me and it looked like she pushed away and started walking down the hallway.
Q   And what did he do after she started walking down the hallway?
A   I am not sure because I walked past her and I walked into the lounge area so I am not sure what he did after that, whether he went to the coach's locker room or our locker room, the Rangers' locker room.  I have no idea.
Q   After she pushes away and you see her, what happens next?
A   She walked probably 10, 15 feet towards the Knicks' locker room, almost like she was going to walk out of the hallway at the other end.  And then she did an abrupt turn and then that's where I passed her, walking, and she walked -- she told me she walked out into Gate 1 as I walked past into the lounge area.
Q   So you don't stop and talk to her

**145**

JEFFREY NIX

at that point?
A   No, no.
Q   And so she tells you what?  The same evening that that's what happens?
A   When I passed her, she looked disturbed.  I knew something happened and then she was out.
Then after I was in lounge, I walked back out into the Gate 1 area and that's when I saw her and she was -- she was disturbed.
Q   Okay.
And did you and she talk about the reasons for her being disturbed at that time?
A   Yes.
Q   And what did you say to her?
A   I said, "You got to talk to Steve about this."
Q   No.  What's the very first thing you said to her when you saw her there?
A   I said "Hi, how you doing?"
Q   And what did she say?
A   She said -- I don't know exactly

37 (Pages 142 to 145)

**Page 146**

JEFFREY NIX

what she aid. Probably not well, not doing well. I am not sure what she said.

Q So you don't recall the words that she used?

A I recall her saying, "You are not going to believe what just happened."

Q Okay.
And what else did she say, if anything?

A He just -- she said that he said, "I am in love with you, and it's like and love basketball."

Q And you are saying you have a specific recollection today of her saying that to you that night?

A Yes.

Q This isn't some memory that's been refreshed since the time of its occurrence?

A No.
MR. MINTZER: Objection.

Q Did you ever tell anyone actually that the conversation had something to do with a playground?

**Page 147**

JEFFREY NIX

A A playground?

Q Yes.

A No.

Q Did you ever make any statement to anyone that indicated that what was said at that time was something different than what you've now told me?
MR. MINTZER: Objection to form.

A No.

Q How many times have you told this story to anyone?

A I haven't told it to anyone, that I can remember. Other than Rob. Rob's is aware of it.

Q When you met with counsel back in May of '06, did you tell them the story just as you have told me?
MR. MINTZER: Objection to form. You are asking about his conversations with Madison Square Garden counsel?
MS. FRANCO: Yes.
MR. CESARATTO: Wait. Can we take a break a second.
(Discussion off the record.)

**Page 148**

JEFFREY NIX

MS. FRANCO: I've been corrected on something. Let me withdraw that question.

Q When you were interviewed in May of '06, did you make the statement about what occurred just as you have now?

A To my knowledge, I did, yes.

Q And did she tell you why that upset her?
MR. MINTZER: Objection to form.

A No, she didn't. She didn't need to tell me why it upset her. I clearly understood why she was upset when she told me what was said.

Q And why did you belive she was upset?

A Because what was said to her I would suspect would clearly upset a married woman.

Q Did she tell you what the context was in which that conversation occurred?

A The only thing she told me was she was walking back in there and then he grabbed her and hugged her. To my

**Page 149**

JEFFREY NIX

knowledge, I don't think there's any discussion prior to that.

Q Okay.
By December of 2004, from your conversations with Anucha, did you have the sense by that time that she and Isiah Thomas were not interacting well with each other?
MR. MINTZER: Objection to form.

A I sensed that there was some tension.

Q Did she ever tell you that she would make notes in a journal on a daily basis of either work events or her personal life events?
MR. MINTZER: Objection to form.

A She had a book that she's had every day, that she carries every day at Madison Square Garden. She writes notes.

Q So you've actually seen that book?

A Yes.

Q Did she ever tell you how she characterized that interaction with Isiah

```
                                        166
 1              JEFFREY NIX
 2    frame, does Anucha Browne Sanders tell you
 3    that anything has occurred with Isiah
 4    Thomas that she considers to be
 5    inappropriate?
 6        A    In '05, there was a situation I
 7    think when they compared their scars and
 8    he said, "I'm in love with you" and "I
 9    think you're beautiful."
10        Q    And you are saying that he
11    told -- that she told you that, when?
12        A    Sometime during that time period,
13    I imagine.
14        Q    Well, how is it that you recall
15    that it occurred during that time period?
16             MR. MINTZER: Objection to form.
17        A    Because that's when I personally
18    think that that's when it happened.
19        Q    And what I'm trying to find out
20    is whether you personally think that
21    happened then because you have a specific
22    memory of it or whether or not you've
23    refreshed your memory by reading the
24    Complaint about it.
25        A    I have not read the Complaint
```

```
                                        167
 1              JEFFREY NIX
 2    since it came out.
 3        Q    And is this something you would
 4    have shared with the interviewers back in
 5    May of '06?
 6        A    That, I don't recall. I don't
 7    remember if I did.
 8        Q    And what is it that she tells
 9    you? Anything other than what you've now
10    told me?
11        A    No, no. That's what she said.
12        Q    And what did she tell you that
13    she says in response?
14        A    She said -- if I recall, she said
15    something to the effect that "You're
16    ridiculous" and walked away.
17        Q    And you have a specific
18    recollection of her making that response
19    in this January to June '05 time frame?
20             MR. MINTZER: Objection to form.
21    Asked and answered.
22        A    I think it was during that time
23    frame.
24        Q    Okay.
25             In response to the comparison of
```

```
                                        168
 1              JEFFREY NIX
 2    scars?
 3             MR. MINTZER: Objection to form.
 4        A    That's what I recall.
 5        Q    And what does she say to you
 6    about it?
 7             MR. MINTZER: Objection to form.
 8    Asked and answered.
 9        A    She just told me that.
10        Q    Does she say that it's keeping
11    her from doing her job?
12        A    She just said that she told Steve
13    Mills about it.
14        Q    Okay.
15             But -- but is she saying to you
16    words to the effect of, "Oh, my gosh, this
17    guy thinks he's in love with me, what am I
18    going to do"?
19        A    No. She cannot believe what is
20    being said and she relays that to Steve
21    Mills and says, "Steve, what is going on
22    here. Something needs to be addressed."
23        Q    Okay.
24             Did she ever tell you that she
25    actually believed that Isiah Thomas was in
```

```
                                        169
 1              JEFFREY NIX
 2    love with her?
 3        A    Did she specifically ask me if,
 4    tell me if she thought Isiah Thomas --
 5        Q    Right.
 6        A    No.
 7        Q    Did she tell you that she thought
 8    he was doing it as a way of mocking her?
 9        A    No.
10        Q    Did she tell you that he was
11    doing it as a way of trying to get on her
12    good side in order to kind of improve the
13    relationship between the two of them?
14             MR. MINTZER: Objection to form.
15        A    She did not say that.
16        Q    I mean, did she say to you in the
17    context of, "Can you believe the nerve of
18    that guy. He knows we are not getting
19    along and he's trying to, you know, he's
20    trying to kind of jostle me along by
21    telling me that he thinks he loves me"?
22             MR. MINTZER: Objection to form.
23        A    She thought it was kind of
24    unusual that for a year how he treated her
25    so with hostility, and all of a sudden now
```

Case 1:06-cv-00589-GEL-DCF   Document 56-9   Filed 06/29/2007   Page 11 of 17

**Page 278**

JEFFREY NIX

A   Maybe in the locker room. I can't specifically pinpoint it, but I've heard that phrase before, yes.
Q   Okay.
    As you understand that term, do you think it has anything to do with actually being in love with a person?
MR. MINTZER: Objection to form.
A   If I was a woman and a male said that to me, I would feel uncomfortable.
Q   That's not my question.
    Why don't you read the question back.
    (Requested portion of record read.)
A   No.
Q   When Anucha Browne Sanders talked to you about it, did she give you any indication that Isiah Thomas was making that statement to her as a statement of love?
MR. MINTZER: Objection to form.
A   No.
Q   Did she tell you what it was that

**Page 279**

JEFFREY NIX

disturbed her about that statement?
A   The fact that for two years or for a year those type of things have been said and she didn't appreciate it.
Q   Did she ever -- did Anucha Browne Sanders ever tell you that Isiah Thomas had ever made any statements to her about scheduling Sunday games?
A   Yes.
Q   And what, if anything, did she say to you?
A   She said that there was a meeting that involved some executives, including herself and Isiah, where Isiah proposed putting the scheduled dates, the availability of Madison Square Garden dates for New York Knicks basketball where we would try to schedule afternoon games on Sunday so teams would have to be in on Saturday evening.
    And thus the teams and the players who were in town would have the ability to go out in the New York City nightlife and that we would provide --

**Page 280**

JEFFREY NIX

"we" meaning Isiah or the New York Knicks, would provide the concierge at the team hotels with nightclubs where players could go and get free drinks or whatever to keep them out late before we played them.
Q   And did she tell you that that was actually under discussion at this game as a serious plan?
MR. MINTZER: Objection to form. Mischaracterizes testimony.
A   I don't know how it was brought up or -- I don't know. I wasn't at that meeting. So I don't know.
Q   Did she tell you people laughed about it?
A   No, she didn't.
Q   Did she tell you that people asked her why she wasn't laughing about it along with others?
A   No.
Q   I used the term "offsite" with you a couple minutes ago and I think you've used it during the course of the deposition here today.

**Page 281**

JEFFREY NIX

    What does the term "offsite" mean to you?
A   Business activities away from Madison Square Garden or our practice facility.
Q   Has Isiah Thomas ever requested any off-site meetings with you?
A   No.
Q   Have you ever heard him use the term "offsite"?
A   I have not heard him use that term, no.
Q   Did Anucha Browne Sanders ever have any conversation with you in which she told you that Isiah Thomas had requested an off-site meeting with her?
A   Yes.
Q   And did that disturb her?
A   Yes.
Q   And did she tell you why it disturbed her?
A   Because he had mentioned that it would be at the Mandarin Hotel here in Manhattan.

71 (Pages 278 to 281)

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

**282**

JEFFREY NIX

1  Q   And did she tell you why an
2  off-site meeting at the Mandarin Hotel
3  would disturb her?
4  A   Her impressions of the
5  conversation, according to what she told
6  me, was that she felt uncomfortable that
7  this was not going to be a business-
8  related activity.
9  Q   Did she tell you that there was
10 anything that Isiah Thomas said which in
11 any way, shape or form indicated that this
12 would not be a business-related activity?
13     MR. MINTZER:  Objection to form.
14 A   No, I don't think sex or anything
15 like that was ever mentioned.
16     (Nix Exhibit 1, MSG-03931 and
17     MSG-03946 through MSG-03949, was
18     marked for Identification.)
19 Q   Why don't you take a look at that
20 and when you are done reviewing it, tell
21 me that you have reviewed it and I'll ask
22 you some questions about.
23     MR. ADES:  All of it?
24 Q   Actually, I am going only going

**283**

JEFFREY NIX

1  to be questioning you with regard to
2  Page 1 of the document.
3      MR. MINTZER:  Lucy, I'll note for
4  the record the first two pages are
5  sequential e-mail and the balance of it is
6  a different e-mail, not sequentially Bates
7  numbered.  So it seems like they're two
8  different documents.  So if you have a
9  reason for marking them together, that's
10 your prerogative.  But I just want to note
11 it for the record.
12     MR. ADES:  You read it and
13 everything?  You understand it, what it
14 says?  Because some of it is blurry.
15     MS. FRANCO:  I apologize.
16     MR. ADES:  No problem.
17 Q   Do you recall receiving this
18 e-mail from Anucha Browne Sanders in or
19 around November 28 of 2005?
20 A   Yes.
21 Q   And is this an e-mail that
22 references the conversation that you and I
23 have already discussed with regard to Dan
24 Gladstone telling Anucha Browne Sanders

**284**

JEFFREY NIX

1  about certain conversations with Stephon
2  Marbury?
3      MR. MINTZER:  Objection to form.
4  A   Seems that way, yes.  Yes.
5  Q   After you received this e-mail,
6  did you and Anucha Browne Sanders have a
7  conversation about it?
8  A   I think we discussed it, yes.
9  Q   Would you agree with me that
10 there's nothing, at least in the first
11 page of this document, that indicates that
12 Isiah Thomas had anything to do with the
13 statements made of Stephon Marbury?
14     MR. MINTZER:  Objection.  The
15 document speaks for itself.
16 A   I don't see anything --
17     MR. ADES:  There is no mention of
18 Isiah in this.
19 A   Yeah, so I mean ...
20 Q   Well, your testimony earlier was
21 that -- that -- and tell me if I am
22 misstating it because it's been a long
23 day -- that somehow Isiah had something to
24 do with Stephon Marbury's reaction or

**285**

JEFFREY NIX

1  statements with regard to Anucha Browne
2  Sanders.
3      MR. MINTZER:  Objection to form.
4  Q   Am I incorrect in that belief?
5  A   My opinion, which you don't want
6  ...
7  Q   I don't.
8      MR. ADES:  What was the question
9  again so we could understand.
10     MS. FRANCO:  My question was
11 whether or not he had indicated to me in
12 earlier conversation that somehow Isiah
13 Thomas was connected to Stephon Marbury's
14 statements about Anucha Browne Sanders.
15     MR. MINTZER:  Objection to form.
16     MR. ADES:  You mean did Anucha
17 tell him that Isiah was involved --
18     MS. FRANCO:  Yeah.
19 I think that was the nature of
20 your conversation with Anucha.  But you
21 will tell me if I'm incorrect in that
22 regard.
23     MR. ADES:  Do you understand what
24 Lucy is asking?

72 (Pages 282 to 285)

# Exhibit 13

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ANUCHA BROWNE SANDERS,


                Plaintiff,

        -against-              06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and
JAMES L. DOLAN,


                Defendants.
-------------------------------------X



        VIDEOTAPED DEPOSITION OF ROBERT LEVY, ESQ.

            New York, New York

            Wednesday, February 28, 2007



REPORTED BY:
BARBARA R. ZELTMAN
Job No. 11986
```




**David Feldman**
Worldwide

From File to Trial.

805 Third Avenue, 8th Floor          600 Anton Boulevard, 11th Floor
New York, NY 10022                   Costa Mesa, CA 92626
(800) 642-1099                       (866) DFW-1380

**Page 18**

ROBERT LEVY, ESQ.

A   If the right deal's presented, I think nobody on the team is untouchable in my mind, let's put it that way.

Q   Not even Jamal Crawford?

A   I'm a Jamal Crawford fan, but if we could have gotten Ray Allen and we needed to sacrifice Jamal Crawford, I would have endorsed that move.

Q   How did you learn about this lawsuit?

A   I learned about this lawsuit walking through Penn Station after getting off the train commuting to work, and I believe I saw the front -- back page of either the Daily News or the New York Post.

Q   And you bought the paper?

A   I think I picked it up off the garbage, trash. They lie on top in the metal -- I didn't go fishing in.

Q   An honored and venerable New York tradition.

A   Absolutely.

Q   Did there come a time when you

**Page 19**

ROBERT LEVY, ESQ.

called the Vladeck firm regarding the case?

A   I did.

Q   How long after seeing the newspaper article did you call them?

A   To the best of my recollection, it would have been within a week to ten days. But I am not certain.

Q   Why did you call them?

A   I called them because I thought that I had witnessed, for lack of a better word, an incident that might be relevant to the lawsuit. And as a plaintiff's employment lawyer, I am frequently calling on people who I think have relevant information to my cases and asking them to take their time and get involved. And I felt like I had made the pitch so often to people that the system really only works if people are willing to come forward and give of their time, that I needed to be true to that idea.

Q   Did you call any of the lawyers representing the defendants?

**Page 20**

ROBERT LEVY, ESQ.

A   I did not.

Q   Did you call the Garden?

A   I did not.

Q   Did you seek to use some other means that would result in the Garden becoming aware of the relevant information that you had?

A   I did not.

Q   When you called the Vladeck firm, who did you talk to?

A   I believe I spoke with Mr. Mintzer. I believe his name was listed in one of the articles in one of the papers.

Q   And how long was that conversation?

A   Best of my recollection, somewhere between 20 and 30 minutes, but it may not have been that long, and it may have been a few minutes longer. I am not quite certain.

Q   What did you tell him?

A   I told him that I had attended the Knicks open practice in -- I believe

**Page 21**

ROBERT LEVY, ESQ.

it was late October of 2005, and that I had witnessed a communication between Mr. Thomas and Ms. Browne Sanders. And I said something to the effect, "I'm going to tell you this story, and you decide if it's of interest to you." And I proceeded to tell him what I observed.

Q   And what did you tell him?

A   I told him that I was at the open practice with my son. I was sitting about three or four rows from the front row at center court, what I think -- near what I think people call Gate 1, right where Mr. Thomas was traditionally seen perched when he was acting solely as general manager as opposed to coach.

And I saw him have a conversation with -- is it Sanders Browne --

Q   Browne Sanders.

A   Browne Sanders.

-- with Ms. Browne Sanders and another gentleman, who I came to believe was Michael Ray Richardson.

6 (Pages 18 to 21)

**Page 22**

ROBERT LEVY, ESQ.

And specifically, I told him that I had heard Mr. Thomas say to Michael Ray Richardson, assuming it was him, that Ms. Browne Sanders was doing a terrific job for the organization and words to that effect and also say that it was sometimes distracting to work with someone so attractive, she was very easy on the eyes. And at some point made a comment like "but I can't get any love from her" or "I can't get no love from her." I don't specifically remember the words used.

I also told him that during the portion of the conversation that I witnessed, Mr. Thomas had his -- I think it was his left arm around Ms. Browne Sanders' shoulders and that she seemed uncomfortable with that.

And then I told him that I had an exchange with my friend, Mr. Schindel, who was there with his family, after that. And I may have described the subsequent conversation I had with Mr. Schindel on the day that the story broke in the

**Page 23**

ROBERT LEVY, ESQ.

papers.

Q   And did you have any --
Well, what did Mr. Mintzer say to you?

A   To the best of my recollection, he said, "Thank you very much and I may be back in touch."

Q   And was he back in touch?

A   At some point, he called me. I think the next time I spoke to him he called me and told me that he was listing me in the Plaintiff's Rule 26 disclosure statement. And I said, "Thanks very much and so be it."

Q   And how long was that conversation?

A   That conversation, to the best of my recollection, was a couple of minutes.

Q   Did you know anyone in the Vladeck firm prior to the time you called them?

A   I went to law school with \Ann\Anne\* Clark, who I believe is at

**Page 24**

ROBERT LEVY, ESQ.

the Vladeck firm, and I can't say that we were -- I knew of her more than I knew her. But we certainly have had conversations in law school and probably one or two since then, and I have seen her at events.

Other than that, I don't think I know anybody in the firm. I think I may have spoke with Ms. Vladeck on the phone a couple of times.

Q   Have you been on any professional committees, Bar Association committees, with anybody in the firm or any sort of --

A   Yes, I am a member of the National Employment Lawyers Association of New York.

Q   And that's a plaintiff's lawyers organization?

A   Plaintiff's employment lawyers organization, that's correct. And I'm quite certain that there are members of Vladeck who are members of that organization.

**Page 25**

ROBERT LEVY, ESQ.

Ms. Clark is very prominent in that organization, and I believe Ms. Vladeck may have presented at one of the CLE conferences that I attended through NELA in New York, although I am not positive about that.

Q   Have you been on any panels with anybody at the Vladeck firm?

A   I don't think so.

Q   Following the conversation that you had with Mr. Mintzer in which he told you that you were being listed on his Rule 26(a) disclosure, did you have any further conversations with anybody at the Vladeck firm?

A   Mr. Mintzer called me -- I am going to guess a couple of months later -- and told me that my name had come up in the case, and he asked me if anybody representing the defendants had contacted me.

And I told him that I had not heard from any of the lawyers, but that a private investigator who identified

**Page 50**

ROBERT LEVY, ESQ.

Q    And do you recall Ms. Browne Sanders saying anything?
A    I believe she put out her hand to greet Mr. Richardson. I don't recall her saying anything. I recall her looking uncomfortable.
Q    Was there anyone else standing with them?
A    At the point in time that I observed the interaction that I've described, I don't recall anybody else there, no, not participating in the conversation anyway. There were certainly people in the area.
Q    Do you recall anyone standing in the area paying attention to the conversation?
       MR. MINTZER: Objection to form.
A    I don't.
Q    Had Mr. Thomas been talking with anyone else before Mr. Richardson walked up, as you recall?
       MR. MINTZER: Objection to

**Page 51**

ROBERT LEVY, ESQ.
form.
A    The moment before?
Q    Yes, the moment before.
A    I don't recall because I recall turning my attention to Mr. Thomas based on Mr. Richardson walking over. So I wasn't -- prior to him coming over, I wasn't observing what was going on in the tunnel.
Q    Now, you said that Mr. Thomas had his arm on Ms. Browne Sanders' shoulder; is that correct?
A    Yeah, it was sort of -- I believe he was standing to her right, and he had his arm across her back with his hand resting on her left shoulder.
Q    Okay.
       And did that occur during the course of the introduction?
A    I believe it did.
Q    So by way of introducing Mr. Richardson, he put his arm on her shoulder; is that correct?
       MR. MINTZER: Objection to

**Page 52**

ROBERT LEVY, ESQ.
form.
A    By way of introducing her to Mr. Richardson, he reached over and put his hand on her shoulder, I think that's right, yeah.
Q    And did he keep his arm on her shoulder after the introduction was done or not?
A    For the entirety of the conversation that I observed and described, he left his hand on her shoulder.
Q    And did he thereafter take his hand off her shoulder?
A    I think he did because I think that after that little conversation was over, the participants in the conversation moved away from each other.
Q    Did Mr. Richardson then leave the Garden?
       MR. MINTZER: Objection to form.
Q    Leave the tunnel?
A    I don't recall.

**Page 53**

ROBERT LEVY, ESQ.
Q    You don't recall.
       Did you see him in the area after that?
A    I'm fairly certain that everybody moved away because I recall almost immediately having a conversation with Mr. Schindel about what I had just witnessed. And I don't think I would have spoken to him about that while the participants in the interaction were three feet away from me.
Q    You have a specific recollection of them walking away, or are you deducing that from -- from what you have -- from your conversation?
       MR. MINTZER: Objection to form.
Q    Or are you simply deducing that?
       MR. MINTZER: Objection to form. Asked and answered.
       You can answer again.
A    It's a good question. I -- honestly, I have the recollection, but I