# Exhibit 23

Dockets.Justia.com

917-576-1859 / cell

CONFIDENTIAL

MSG 13209

Jan 6, 2006
11:30
CHRIS                    ANUCHA-
ROCHELLE
JIM        We DO WANT TO FIND OUT "WHAT REALLY
           HAPPENED"

Letter     REVIEW THE "MANY CONVERSATIONS" YOU
           HAD WITH STEVE MILLS IN WHICH
           YOU ADVISED OF OUTRAGEOUS CONDUCT
           TOWARD YOU.  DID YOU SEND E-MAILS?

           PLEASE REVIEW YOUR DISCUSSIONS
           WITH PETE OLSEN

           YOU HAVE EXPRESSED CONCERNS ABOUT
           YOUR PHYSICAL SAFETY — CAN YOU
           ELABORATE?

           DO YOU HAVE OTHER EXAMPLES OF DISCRIM.
           OR SEXUAL HARASSMENT? CONCERNS

           WHEN DID YOU START HAVING A PROBLEM
           WITH ESIAH?
FACTS TO REVIEW:
-- 3/25/04 meeting/ STEVE, ESIAH, ANUCHA.
-- 3/04  NOT PARTICIPATE IN COMM. RELATIONS
-- LACK OF LOOP        ← 3/14/05 I AM IN LOVE WITH YOU
-- AD SALES            ← 4/05/ PETE OLSEN
-- OCT-04/ PETRA       ← 6/05/   "   "
-- HASSAN, ETC / STEPHON ← IF STAY CLOSE TO ME

CONFIDENTIAL

MSG 13210

- Damage is ferepable
- suffered change in status

?.?? - Sox / Fill out form?
- turned blind eye to lots of things

* review meeting with Steve after
gate / incident / didn't meet / email

others we should talk to?.

CONFIDENTIAL

ANUCHA _____                                    1

3/2004/ SPECE / ESIAH/ ANUCHA

    DEC.03/ ESIAH/ GAVE HIM A CHEAT
    SHEET TO REFER TO DIFF ASPECTS OF
    THE BUSINESS / BUS. REVIEWS /
    / LOOK AT ME / GAVE ME A PUZZLED LOOK
    MID SENT, "

3/23/04
    — CAME OH HEELS OF MEETING WITH FRANK 'N
    — HE WAS PISSED
    — DON'T LIKE THE WAY I HAVE BEEN
        TREATED HERE FOR YEARS, AND YOU ME
    — TESTED GOING TO PAY FOR IT
    — CALLED ME FUCKING BITCH
    — HAVE TO GO THROUGH ME TO GET TO
        ESIAH · — FRANK LEFT
    — GOT ON PHONE TO ESIAH
    — ESIAH/ I DON'T KNOW WHAT THE FUCK
        TO DO / WHO THE FUCK TO SEE
        / WHAT DO YOU DO
    / I
    WHAT THE FUCK AM I HERE FOR / WHAT
        DO YOU DO?  BITCH/ WHORE
    / WHO THE FUCK DO YOU REPORT TO ?
    / NOT COMFORTABLE WITH YOUR ROLE

A
    / YOU SPEAK TRUE TO STEVE MILLS
    GOT OFF PHONE & WAS CRYING—

CONFIDENTIAL

2

MAY

HAD BEEN HOSTILE UP TO THIS POINT IN
OTHER INTERACTIONS

OTHERS IN OFFICE HEARD HIM FENNEL/ FAYE BROWN
I TOLD FAYE / SHE WANTED TO KNOW IF I WAS
ALL RIGHT
FRANK BLAMED me FOR TALKS WITH LAYDEN

A - DISCUSSED FRANKS ROLE

A    RELATIONSHIP PRIOR TO ISLAM WAS CORDIAL,
       JUST BUSINESS
    - HAD BEEN HOSTILE IN PAST, BUT NOT TO THE
       POINT I DOCUMENTED IT
    - FELT/IN FEELING ON HOSTILITY THAT ISLAM
       WAS SHOWING me

    CUSTOMER WHERE FRANK OR ASC'T LOT INCLUDED
    IN A MEETING AND HE FELT IT WAS INTENTIONAL
    & DISRESPECTFUL
    APOLOGIZED & SAID IT WAS AN OVERSIGHT
    BEFORE ISLAM STARTED

    - STEPHON CAME ON BOARD JAN/04
    - THOS NOT MONTHS ISLAM/ FRANK
       TALKED ABOUT ACCESS WITH
       CREDENTIALS

CONFIDENTIAL

MSG 13213

3.

ESIAN SAID ONLY IMMED FAMILY / M-F-SISTER
CHILDREN WIFE
- STEPHON AT LATER / I SAID MY COUSINS
ARE OUT THERE AND THEY NEED TO BE
CREDENTIALED / WENT TO COUSINS & THEM
- TOLD STEPHON IT HAD TO BE FAMILY
- SAID FUCK THIS
- WENT TO SUITE 200 TO TELL ESIAN CALLED
HIM + AS TO WHAT HAPPENED
- ESIAN SAID O.K
- COUSINS WERE EVENTUALLY CREDENTIALED

3/23/01   AGAIN TOLD ESIAN FRANK CURSED HIM
OUT
- THEN CALLED STEVE & TOLD HIM HE
HAD TO CALL A MEETING WITH
ESIAN / TOLD STEVE WHAT ESIAN SAID
- CALLED MEETING FOR NEXT DAY AT 1PM
- I WENT THROUGH MY ROLE & TALKED LATE
TO ESIAN
- STEVE HAS TO BUC UP DUNN
- ESIAN BEGINS TO CURSE ME OUT AGAIN
- JUST REMEMBER I AM THE FUCKING
PRESIDENT
- FOR MY 17 YEARS OF EMPLOYMENT I HAVE NEVER BEEN
SPOKEN TO LIKE THIS & WON'T TOLERATE
IT, NOW.

TO
STAND
UP
ESIAN
PROUD TO
STEVE....

MSG 13214

4

- STEVE WAS LETS TALK THIS THROUGH
- TOLD ESIAN IN FRONT OF STEVE & ESIAN,
  YOU CAN'T CALL ME A BITCH, A WHORE
- THEN STEVE LEFT AND IT STARTED AGAIN
- I SAID OH YOU WAIT UNTILL STEVE LEAVES
  TO CURSE ME
- TOLD STEVE WHAT HAPPENED AFTER ESIAN
  LEFT
- STEVE DIDN'T SAY SORRY HE JUST TOOK IT
  UP / DIDN'T S
- ALSO SENT NOTE TO FRANK & ESIAND
  STEVE — TOLD LAURA WHO SAW ME
  OUT OR INTERESTED
- STEVE SAID AFTER THE MEETING DON'T
  SAID THOSE THINGS. PUT THEM SO ISSUES LET US TO TALK
  SENT BY EMAIL    3/23 OR 3/24/ EMAIL

A  LET'S FIGURE OUT A WAY TO MAKE THIS WORK
  DURING MEETING & MANY TIMES AFTER

  WHEN STEVE CAME BACK WE WENT OVER
  ROLES & RESPONSIBILITIES

#  ESIAN RELIED ON ALLISON — IF TO DO
  THIS, WHAT THE FUCK AM I SUPPOSED
  TO DO

CONFIDENTIAL

5

AFTER meeting DID you feel Eswnt
understood his Responsibilities —
   — Yes I think so
   — Steve confirmed what I said I did

— Eswn left & Steve & I talked
— what Do you want me to Do
S — No, Keep Doing what they supposed to
      Do

Prior to 3/23       Hostile to me
— obvious He was Hostile
— made clear to Staff
— 3/10/04 / Game (See next page)
(Go to next page (con't) ) ——————>
3/23  ↳ meeting / I Don't want you talking
         to my staff or approaching
         my player — Talk to me 1st before
         you Talk to my staff
      I said to Steve, How can I do my
         Job.
      Also Go through Frank if anyone wants
         to talk through Players / anyone
         on your staff
      Steve — ask him 1st, if need to talk to his
              staff.

CONFIDENTIAL

MSG 13216

Con't

3/9/ PRIOR NIGHT NBA SPONSOR EVENT / SUNDAY
& LONE WOOT DAY & TEAM LOST

- TOLD TEAM, NO MORE EVENTS ; NO MORE
COMMUNITY / 0 ALL IN LOCKER ROOM
- BASKETBALL OPS STAFF TOLD ME THIS
& ALSO IN PAPER

SAME EVENING.

THAT EVENING HE TOOK MY ARM AND
PULLED ME IN ROOM / WE ARE NOT
DOING ANYMORE OF YOUR FUCKING
EVENTS

A  I SAID THESE ARE NBA BY LEAGUE
HE SAID I DON'T GIVE A FUCK

- IN FUCKING BITCH & WE ARE DOING
NO MORE EVENTS.
- IN WON'T MISS UP WHAT I AM TRYING
TO DO HERE

PR WAS AROUND - HOT IF ANYONE SAW
EVENING PRIOR WAS STEPHON'S BIRTHDAY
& THEY WENT OUT TO 4AM

- TALK TO ANYONE ABOUT EXCHANGE - TOLD
STEVE IN A WEEKLY MEETING - / MONDAY
AT 3 PM
- STEVE JUST LISTENED
- DIDN'T TAKE IT FURTHER OR TO DO SOMETHING

2

- ALSO DISCUSSED TICKET SALES, SPONSORSHIP,
       BUDGETS, PERSONNEL MATTERS
- PROBABLY OLD NAV WHEN DISCUSSED — COMM
       RELATIONS — NOT SURE

PRIOR TO 3/23 / CAN'T THINK OF OTHER
       THINGS ON THAT & DOCUMENTED

- ESPIR TOLD PEOPLE WE DON'T NEED TO
       TAKE DIRECTION FROM THAT BITCH
- UNBORHE STATEMENT
- TOLD TO ME BY DAN GLADSTONE, HE
       HAD HEARD OTHER STAFFERS SAY IT NOT
       ESPIR HIMSELF
- COACHES & STAFFERS SAID DON
- HEARD FROM DAN AFTER 1½ ME HAVE HAD
   A # OF DISCUSSIONS / STEPHONS HOSTILITY,
- WHAT BASKETBALL OPS WAS SAYING — FRONTISON
   2 OCCASIONS    1 OCCASION FROM STEPHON

                            IT'S
- KARIN ALSO STATED THAT CLEAN AT PRACTICE
   BRE THEY WON'T HAVE TO DO WHAT ANUCHA WANT
                  HAVE TO
   DON'T TAKE DIRECTION FROM HER
             n

Q - KARIN WHY SHE HEARD SPECIFIC THINGS ?
A - HEARD FROM CHRIS BERNARD
- STEPHON - REQUEST FROM ANUCHA HE WON'T DO

CONFIDENTIAL

MSG 13218

8

MULTIPLE OCCASIONS KAREN TOLD HOT
DOING IT FOR ANYONE / CHRIS BENNARD,
FRANK MATTHEWS

FRANK PRESENTED TO BOARD BUT HE DOESN'T RUN
ANYTHING. "I DO" ¢ FRANK

DAN BLOODSTONE — DIR FIELD DEVELOPMENT
— HAD TO HIRE STEPHENS COUSINS ¢
VERNON MANUEL
— CREATED POSITIONS — TAUGHT TO DO SINCE
THEY DIDN'T HAVE TH CREDENTIALS
— NEVER PUT IN BASKETBALL OPS, BUT FORCED
HIRES ALWAYS PUT IN MY DEPT
— MANUEL WAS EXTREMELY HOSTILE
— COUSINS UNQUALIFIED
— OVER COURSE OF 1½ TO 2 YEAR PERIOD. THEY
COULDN'T HAVE GOTTEN AWAY WITH WHAT
THEY DID IF IT WASN'T A WOMAN
— MY COMPLAINTS WENT IGNORED / TO STEVE MILLS
— VERNON BOPE IN WITH JIM SOMETIMES ¢
WOULD SHARE CONFIDENTIAL INFO, OR
WORDS, CLOSE DOOR TO SHOW
HUSSAIN — I CAN LET WITH I / E GO TO STEPHENS
VERNON — RAN TO FRANK BECAUSE HE
KNEW OF FRANK ¢ MINE RELATIONSHIP

4

COMPLAINED

TO STEVE:
  - HOSTILITY TO KARIN FROM VERNON
  -

- LAST NAME / FORMAL MGR NAME / BOTH, Hassan & VERNON
- DON'T bloo STORE / / PARKING tice
  / ACCESS CODE # 4,000-5,000   80 TIMES
- He 1ST SAID DAW SAID C COULD DO IT & VERY
  HOSTILE
- PUT IN CHARGE OF COMM LINEUP & LATER — SAID
    "FUCK THIS B.TCH" I DON'T NEED THIS
    (AT BASKETBALL GAME) / TO CLIENT / COMM LINEUP

- HASSAN-LEVERAGE STEPHON RELATIONSHIP
    - I'M STEVE'S COUSIN
  ████████████████ / BASKETBALL CITY
- FELT HE HAD PICK OVER STAFF AS TO WHO HE
  WANT TO BE WITH
- STEVE WHEN TOLD HO TO HIM, HE WENT STEPHON
  & STEPHON TO DELIA & OTHER BOT WHAT THEY WANT
████ IF ANYONE ELSE BUT STEPHON, I WOULD NOT
    HAVE GOTTEN INTO THAT CAR

- BACK TO PARKING — MADE STEVE AWARE &
    TOLD FEMALE OFFICE
- HASSAN SAID WOULDN'T PAY BACK
- VERNON WROTE A CHECK

CONFIDENTIAL

MSG 13220

_10_

COMPLAINED TO STEVE / WHY DO ALL
OF THESE PEOPLE GO TO MY DEPT?
IF MORE WAS COMPLAINING THEY MIGHT
HAVE DONE SOMETHING ABOUT IT.
TONE SET WAS DEAL WITH IT.

STEPHON CALLED DAN E CURSED HIM OUT
HAD HAD CHOICE WORDS FOR ANDREA
— DOWNSTAIRS IN FEMALE / SON HAS

STEPHON — WELL SEE WHAT HAPPENS TO ALL
THIS YEAR.

DAN G AT 1ST DIDN'T TELL ME ALL —
SAID HE "SAID SOME BAD THINGS
ABOUT YOU"
— DETAIL CAME OUT WITH ████ &
SEXUAL N CHARGE.
— THIS IS WHEN I WENT TO STEVE,
THIS HAS GOTTEN REALLY BAD.

STEVE — YOUR RELATIONSHIP WITH
STEPHON IS BECAUSE OF ESIAH
ESIAH WANTED ME FIRED — STEVE
TOLD ME THIS

FALL 2004

CONFIDENTIAL

MSG 13221

11

███████ CAME TO ME & SAID Hassan ██████ OR TASHEEN

WORKED fast HER & SAID " F LET IN SOME OF TASAT"

███████ SAID TASHEAN WOULD LOOK AT HER AS

WITNESSING HER

— Hassan BEHIND/ ████████████████ / CAME

FOR HER DASK / I HEARD HIM HIGH LOUD

HERS

TEXT — WHEN AM I STICK IT IN TO

→ ██████████ LOVERAGE WAS STEPHONE COUSIN

— E██ ████████ BROUGHT TO MY ATTENTION

██████████ HAD LOOK GOT IN TABLE DANCE,

I BET HIM PUSSY DOES TO

— 1A. WENT TO ████████ & ████████ &

THEY TOLD ME DETAILS

— DO COMMENTS & SENT TO STEVE & JOHN

████████ THEN TOLD OF CLUB WITH STEPHONE

DID WHAT HE ASKED — PROBABLY NOT HAVE

GOTTEN INTO CAR IF HE WASN'T STEPHONE

— STAFF FELT INTIMIDATED BECAUSE OF THE

LOVERAGE HE HAD WITH STEPHONE

— NEXT 2 MONTHS WENT OUT WITH HASSAN

04/VERBAL/ P.E. CHARGED TO 4 FRONT

— CW0 MORE — STEVE CAN'T BELIEVE

STILL LIVING THIS GUY 1A 2, ITS THE

CONFIDENTIAL

MSG 13222

12

✓ STEVE SAID E WOULD NOT GIVE HIM A
  Z/ LIKE HIM W/O n

✓ SENT TO JOHN WITH NOTE TO CHANGE FROM
  Z TO 4   ↓COEM?

AD CAMPAIGN / CUT OUTS /
  — OVER COURSE OF LAST 2 SEASONS
  — LESS PLAYER ACCESS & HURT MY
     ABILITY TO DO JOB
  — STRUGGLING TEAM NEEDS TO RELY ON ATHLETES &
     PERSONALITIES
  — LAST IN NBA LAST YEAR
  — MARKETING APPEARANCE AN ISSUE
  — EVEN PHOTO SHOOTS FOR TRADED PLAYERS
     WAS AN ISSUE
  — THEY CAN'T BE MADE AVAILABLE — FRANK
     & ISIAH
 ┌ HAD TO EXPOSE NAMES & FACES
 └ HAS VARIETY OF DIRECTORS
 ┌ TOLD ALREADY WE WOULD HAVE TROUBLE
   FROM GETTING ACCESS TO PLAYERS AND
   THEY CAME BACK WITH THE CUT OUT
   CAMPAIGN
 ┌ MIKE BAIRD SAID — YOU CAN'T GET ACCESS TO
   YOUR PLAYERS
 ┌ EF CAN'T GET PLAYERS JUST MAKE CUT OUTS —
 └ ALMOST BECAME CYNICAL

CONFIDENTIAL

13

ACCESS OR LACK OF,
ALMOST NOT ALLOW ME TO GET MY JOB
DONE

HASTEN INVOLVED IN COMPLAINT
DOUG / ROB SCOLARA / KARA / STEVE MAU

AGENCY DISCUSSIONS / MAY / JUNE 2005

JOSASH SCHAEFER  ASKED FOR ACCESS
I WOULD ASK
— MEET WITH STEVE & TELL WHAT C. ISSUES — HE
   SAID WORK OUT WITH DSIAN
— TOLD HIM DSIAN DIDN'T RESPOND TO E-MAILS
  DSIAN TOLD ANUCHA TO GO THROUGH RAWLCET
  1ST 20 GAMES — NO ACCESS / TOLD DIRECTLY
  AND HOUR AFTER ALL STAR GAME   ANUCHA

LAST
SEASON

ALLOWED FOR 4 POSSIBLE DAYS
(COMM / SPONSORSHIP AND [[[[]]]]) MARKETING )
— READ LAST IN HBA
  DSIAN
— STERN BROUGHT UP & COMPLAINED W/ OUR W/N / BOSS

                      LEAVE
— FIRST AT n MARKETING MEETING — SAID I DON'T
   MAKE A TRADE UNLESS I TALK TO ANUCHA / ST.
— STERN SAID I KNEW THAT IS B.S. AFTER MEETING
  JOSASH / KARA / BRET POLLITZ

CONFIDENTIAL

MSG 13224

14

/ JUNE 2005 / ISIAH WANTS TO BE AVAILABLE
FOR TAPED RECONDUCT / YEAR IN ROBUST /

SPRING OF THIS PAST YEAR TALKED TO STEVE
ABOUT MORE TOUCH POINTS TO FANS & TEAMS.
STEVE ASKED TO PUT TOGETHER COMMI PLAN
DID SCHEDULE FOR ENTIRE YEAR
STEVE HAD BECOME GO BETWEEN "BY" THIS
POINT

OBVIOUS - SINCE 3/23 MEETING HE DIDN'T
WANT TO DEAL WITH ME
RARELY RESPONDED TO EMAILS
CANCELLED MEETING BETWEEN STEVE, ANUCHA & ISIAH
- 2 MEETING HECO / MOST GARDEN SO

ISIAH MADE IT CLEAR HE DIDN'T WANT TO
INVOLVED IN FRT TICKET SALES
ONLY STATE OF TEAM
UPFRONT MEETINGS / 04
- DO SALES MEETING / I WILL MEET WITH THE
   CLIENT AFTER YOU HAVE MADE THE SALE
   / I WILL GET INVOLVE, BUT DON'T WASTE
   MY FUCCIAN TIME
- ANUCHA WAS PRESENT & HER STAFF
- DAVID KLEIN / HEIN DAYS

CONFIDENTIAL

15

Put together Comm Plans / copy to Frank
& Joe F / these are things we
need Esian involved in
— Didn't come to a Forum / got Stokes to come
— Season Sub. Conf Call / Answer Q Prior
    Submitted / Esian Didn't Come / might
        Have Been in Frame Discussion
    / Should Have Sent Ass't & or Taken
        10 Sec's to Say Sorry

June
21
2005
— Steve wrote note / Back me no bother you
    & Esian is not a good use of my time
— Sent Email Frank — JDM has note
June / Early July
    Season Sub Forum — Frank Said not
        Avail / Catherine's Lover Steve
        Called to Say He was Coming
    Even Frank was lying on how bad
    Him to Change Plans in & 5 min
    He came to meeting

Comm.Plans / 1 conf call a month    / more
    / Web Q&A / 1 a month / Players    / None
    Season Sub Forum / 30R 4 /    2 more Success with /:
                                    1 Players
Has to Depend on Alumni

_14_

OCT '04 — Petra Pore / Visit locker Room
— Wilkos Barre, PA
— Esiah told her to make sure refs are
  happy
A — What did he mean by that?
P — "Go in and Flirt with them"
— Yeah, it had happened and I don't want to do it anymore
OCT 18 — Followed up with Steve
— Don't know if he followed up with
  Esiah
0/19th — She had told Gary w./ Pepsi
— Told Gary Joe needed to know if
  happens again
— Petra told Pancoast not Gary
— Petra never came back again

— Happened at same time ordering Furniture
  for Ref's Locker Room

DEC 7 — Dec. 23 / Holiday Party / Practice Facility
OC — / Have divider for court & food
— Jordan / Dan Schoenberg / Esiah / Anucha Played
  Horse / Esiah Jordan lost, Esiah &
  Anucha Finish 1st / Clef he won game
  / Nothing else Happened

— At a game / Dec 30, 2004 / stopped me at

12

Gave 1, Hubbas me Tight-LY / I
figured out while playing House why
we have tension
- It's like love q Basketball, I'm in
love with you
A - said Whatever & walked away
- told Faye & Karen
- told Faye this was before - - - -
Faye - I watched the way he looked at you
in that game - it was more
lewd than anything else
- also told Karen    told Husband
- told Pete occasion also
- told Steve He made sexually inappropriate
comments to me & he should not
teach in training — told Steve
on more than 1 occasion that
he needed s.H training

- at gate 1 & numbers of media walked
by / others present / Don't know who
they are

- that point on everytime He interacted
with me He told me He loved me
o< — another occasion said I was
Beautiful & we've have an offsite meeting
* told Steve

<u>18</u>

( PROVIDENCE(MONTH) HIS OFFICE)
← STOPPED AT HIS OFFICE FOR UPCOMING
EVENT —
— DIDN'T RETURN CALLS, EMAILS
— ANOTHER TIME / HE HUGGED ME, PROCLAIMS
{ HOW IN LOVE WITH ME HE IS
TOLD FOX & KARL
TOLD STEVE, BUT NOT EACH TIME IT HAPPENED

STEVE WOULD SAY NOTHING WHEN I
TOLD HIM

— ALSO TOLD ████████
SHE WAS HAVING ISSUES WITH FRANK OR ISIAH
ASKED IF OK. SAID ISIAH/FRANK WAS
SPEWING CURSES AT HER & "HOT
HAPPENING ABOUT IN JRS X
"HOT FUCKING DESTROY ME"
MADE COMMENT ABOUT LEONARD→ALICE
IN CBIT / SHE SAID YOUR MARRIED,
I'M MARRIED, LET'S KEEP IT AT THAT

— OLSON — MET TO DISCUSS ISIAH
— PETE CALLED AND ASKED A TO LUNCH
— STEVE HAS ASKED HIM TO COME UP
WITH PROB BECAUSE ISIAH WAS
HOSTILE TO WOMAN & HOW HE TREATED
THEM — PETE TOLD ME OF STEVE COMMENTS

CONFIDENTIAL

19

MR STATED HARDY'S — TOLD HIM
EVERYTHING THAT WAS GOING ON
WENT FROM VERBALLY ABUSIVE TO
I LOVE YOU YOU
TALKED ABOUT DIFF BECAUSE JOB DONE
AVAILABILITY DIDN'T CHANGE AFTER
HE SAID I DO LOVE YOU / MADE MORE
HOS

_SAID TO_
_ROCHELLE_

_ANOTHER_
_INCIDENT_

GAVE 1 / SCARY) ON I HAVE ONE FROM
A AGENT / I JUST NOTICE
EVERYTHING ABOUT YOU, YOU ARE
BEAUTIFUL     I SAID STOP YOU
WILL GET ME IN TROUBLE 2 OH I KNOW
YOU THINK I AM INAPPROPRIATE.
"YOU ARE" ( WALKED AWAY

2005

BACK TO PETE :

PETE'S REACTION — NOT SURPRISED AND
THAT THERE HAVE BEEN OTHER
COMPLAINTS ABOUT ISIAH

_DIFF_
_MEETING_

ANUCHA HAD HEARD ABOUT ISIAH ∅
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ / ASKED IF PETE
                              HEARD OF ?
PETE SAID, THAT'S OUT THERE

CONFIDENTIAL

MSG 13230

20

Tom PURPOSE?

PURPOSE OF LUNCH WAS TO
DISCUSS ESIAH & ISSUE WITH WOMAN?
                        A SAID YES

how MANY TIMES DID He SAY C love no ?

† FOLLOW-UP conversations with Pete
† Pete came To see me / How DO C
  APPROACH Esiah so that He is
  receptive ?

LUNCH Discussion ?
  † Understood Premise was to meet with Esiah
  └ LarBur hostitt issue To woman
  └ Verbur Abuse
A └ Asked if any twist booth or with
    me

1st meeting — Told Almost I told she
  └ ENVIRONMENT undermining me
  └ IF staff gets wind that they don't
    Have to take Direction it undermines
    me
  / MY own Team would Approach Francis
    & Esiah Because they know I
    couldn't let it done
  / RBO ROb SWOLPICA / WALKER / Joe F
  (beside Esiah To Wally SPONSON / Make Appearance AT A
                                        Board of Dir. meeting

CONFIDENTIAL

MSG 13231

21

/ WOULD SAY FRANK YELLED AT ME. I
WOULD SAY WHY ARE YOU GOING TO
HIM 1ST / TOLD TO COME TO ME 1ST SO I KNEW
WHATS GOING ON
- TALKED TO PETE THROUGHOUT THE SUMMER
ORGANIZED OFF-SITE MEETING
- MOHUK / MOUNTAIN HOUSE
- MARINOS
- WANTED BASKET BALL OPS THERE
- FRANK TOLD CERTAIN PEOPLE WOULDN'T BE THERE
- JAMIE MATTHEW GAME
- DEB S / CAME UP DAY OF AND SAT AT POOL
- FRANK SAY I DON'T HAVE TO BE INVOLVED IN
THIS BULL SHIT / CALLED FRANK / HE STARTED YELLING AT ME
- FRANK CAME UP THAT BLOWUP WITH
BRENDAN SUHR // BOTH LEFT WHEN
FRONT OFFICE STARTED TO SPEAK, RIGHT IN
MIDDLE OF SOMEONES PRESENTATION / PETE THERE
- TALKED TO PETE ABOUT THIS #1

EMAIL FROM BASKETBALL OPS TALKING ABOUT HOW
DISFUNCTIONAL ORGANIZATION WAS

CUSMORE WENT TO STEVE & TOLD HIM WHAT
HAPPENED UP THERE WAS RIDICULOUS

DID NOT SEE
COULD DO WHAT SHE WAN

22

WHEN I GOT BACK I WENT TO STEVE &
STEVE SAID I KNOW ———————
                SAID THIS IS ___?___ SPOKE
AT LENGHT AND HOW UNDERMINING ME
& PREVENTED ME FROM DOING JOB
/ BLATANTLY OBVIOUS TO UNDERMINE ME
& PREVENT TEAM BUILDING
CAME UP FOR 2 HOURS "
ISIAH / GO DO YOUR JOB & FILL THE BASSEN
        / ME WITH WIN / PLAY WELL

ASKED PETE ABOUT ██████ / "THAT OUT THERE" PETE
ISIAH IS HAVING PROBLEMS WITH WOMAN / I
WANT TO GET YOUR PERSPECTIVE

3/16/2005  ISIAH / SCAC CONNER STATION

POLLICK [ GLADSTONE TOLD, ABOUT WHAT STEPHON SAID.
         DID YOU BE COME CONCERNED ABOUT YOUR SAFETY ?
       [ I HAVE / MEETING WITH STEPHON HE HAS THESE
         FEELINGS / STEVE HAS SAID "THAT'S ISIAH". /
       [ VALIDATED IT FOR ME THAT IT WAS ABOUT ISIAH /
         STEVE TOLD ME THAT / SAID " THAT'S ISIAH "

PHYSICAL THREATS — MOVE BITCH, FUCK HER
WE'LL SEE WHATS GOING TO HAPPEN TO HER

CONFIDENTIAL

MSG 13233

23

THIS YEAR

11/29/0[?] — I WENT TO STEVE & SAID I CAN'T
DO THIS ANYMORE
- STEVE KNEW KNEW WHAT WAS BEEN
GOING ON! TOLD OCSEN
STEVE — WHAT DO YOU WANT ME TO DO
ABOUT THIS?
STEVE
CALLED — ESNAT IS GOING TO SAY YOU
ARE HAVING A AN AFFAIR
WITH JEFF NIX
A — DO I NEED TO GET MY ATTORNEY
— I INTERPRETED AS A THREAT
— I CALLED MY HUSBAND
— OUTRAGE
— ON HEELS OF FINAL LONG CONV.
THAT THIS IS INTOLERABLE &
I CAN'T PUT UP WITH IT ANYMORE
— WHAT STEVE SAY TO DO I NEED AN
ATTORNEY — HA HA "NO, NO.

11/29 WAS WHEN ARWADA GOT THE DETAIL FROM
DAN G IN AN EMAIL
KROL — FELT
THREATENED BY ESNAT THROUGHOUT ALL
OF THIS
MEETING IN MARCH/04 ⇒ WOULD NOT PUT

CONFIDENTIAL

MSG 13234

24

UP WITH IT AND IT GOT WORSE

FELT PHYSICALLY THROTENED THROUGH
   SPEWING OF CURSES & PUSHED me
   INTO THE ROOM

– CONCERNED ABOUT SAFETY
–     "        ABOUT HIS WEALTH AND
                        (BOTH
ACCESS TO THINGS
– PAY PEOPLE TO SAY THINGS ABOUT me
– STEPHEN COUSIN KILLED
– WOULDN'T TRUST
– LET SHOT IN AREA BROOKLYN IN 1 YEAR
– FAMILY
– WALK TO CAR / FEEL THREATENED
   WHEN WALK OUT OF BUILDS
– SECURITY WALKS me TO MY CAR/DONALD

– NOT KINDO WANT TO MAKE me TOO SUCCESSFUL
   SUCCESS FUL
– FIRED HARASSING / CAN STILL COME TO
   (ARREN)
– COUSIN STILL WORKS FOR TEAM
– PROVIDE SAFE ENVIRONMENT BUT TELL
   me NOT COME TO WORK

CONFIDENTIAL

MSG 13235

25

BORDEN WILL I INSANE TO MAKE
THIS UP.. IT'S MY DREAM JOB

— NOT LOOKING TO GET AWAY/ DON'T
WANT OUT
— NO SUPPORT
— IN ENVIRONMENT & BEING TORTURED

— WORRIED ABOUT CHILDOLA ? YES
— THREAD TO FAMILY ? "NOT THAT I AM
AWARE OF

LOTS OF STUFF OUT THERE :
— STEPHON / ESIAN
WHAT HASSAN & VERNON HAVE SAID

SPEAK TO FAYE & KARIN & BLUESTONE
SPOKE TO STEVE & HE HAS DONE NOTHING
SPEAK TO WINKLER

TAKING THIS TIME OFF CONTINUES TO
UNDERMINE ME/ MISSED 4 LUNOS/ NOT MISSED
A LUNO SINCE I HAVE BEEN HERE

✱  — TIPPIN COMPLAINT IS STEVE'S COMMENT ABOUT
JEFF NAY — SAME AS THREAD
— WANTS HE SAY TO A GUY ?

CONFIDENTIAL

MSG 13236

26

Dec. 14/ (LATE) before WILLIAMS TRAVEL
/ SENT NOTE TO STEVE

/ OVERTIME = /TABLE DISTANCED MYSELF
FROM ESIAH
/ LEAVE LATE / PRIOR TO ESIAH LEAVES
TRENE NORMALLY
/ HUBBY FROM BATHS / LEANED OVER TO
KISS / "WHAT? I CAN'T NOT HAVE
LOVE"
/ I JUST LEFT

LAST CONVERSATION WITH STEVE WAS
WHEN I SAID DO I NEED AN
EMPLOYMENT LAWYER? NO, NO.

ANUCHA/
                MONTHLY
1 OF 2 MEETINGS AFTER 3/23/04
Dec. 3/04 "PLAY BY PLAY" — TURN INTO PLAYBOY CLUB
"STEVE'S WHERE HIS HEAD IS"

ESIAH — MENTIONED IN COUPLE MEETINGS — HE MENTIONS
SCHEDULING OF TEAMS — ASKED THAT ANUCHA
NO LONGER BE INVOLVED   (12:30)
— WHAT BRINGS SCHED. SUN. EARLY — WORK
WITH HOTEL'S CONCIERGE  TO DRAG PLAYS
TO DIFF. CLUBS / BRINGING CLUBS, CLUBS, ETC.   OPEN TABS — DRINK NIGHT AWAY

CONFIDENTIAL

MSG 13237

27

ELLEN MARROTED IN LAST MGT MEETING —
MARK PIAZZA ASKED ABOUT SCHEDULING

LAST YEARS PERF. RATING
   3 YEARS OF ☆
   LAST YEAR A.U

STEVE   "IMPROVE IN ABILITY TO MAINTAIN RELATIONSHIPS"
TOLD STEVE IT WAS JUST ISHAM THOMAS
STEVE DIDN'T AGREE, BUT DIDN'T DISAGREE

SEPT 03/ STEVE ASKED ABOUT GROWTH
      & OPPORTUNITY FOR ME
   / ASKED TO PUT JOB DESC. BETTER
   / WHAT REQUIRE TO OVERSEE ALL
      3 TEAMS
   / AMANDA PUT TOGETHER POSITION DESC &
      MET & SAID HERE'S WHAT I WANT
   / NEVER HAPPEN BECAUSE ISHAM CAME ON
      & RELATIONSHIP STRAINED SINCE THEN

   / BE SUPRISED IF GUY ASKED TO ENDURE
      THIS
   / EXPECTATION THAT I WOULD JUST TAKE

☒   AT POINT I DON'T KNOW WHAT CAN BE DONE

OCT 30, 05 / OPEN PRACTICE — FRIED FRANK
   PRIOR TO THIS — I'M STAY TO CLOSE TO

CONFIDENTIAL

MSG 13238

28

ME AND YOU WILL MAKE A LOT OF MONEY
WITH SEASON STUFF BEFORE I
FELT IT WAS JUST RELAX &
GO WITH IT   — I JUST IGNORED

CONFIDENTIAL

① WE DO WANT TO FIND OUT "WHAT
REALLY HAPPENED"

②Ⓐ CAN YOU REVIEW FOR US WHY YOU THINK
ISIAH HAS DISCRIMINATED AND SEXUALLY
HARASSED YOU?

? CAN YOU DESCRIBE THE MEETING YOU
④ HAD WITH STEVE MILLS & ISIAH, on
3/23/04?
? WHAT LED UP TO THIS MEETING?

③Ⓑ YOU STATE IN YOUR LETTER OF JAN 2, 2005
TO JOHN MURALL THAT YOU HAVE HAD
MANY CONVERSATIONS WITH STEVE MILLS
IN WHICH YOU ADVISED HIM OF ISIAH'S
AND STEPHON MARBURY'S CONDUCT TOWARD
YOU. CAN YOU OUTLINE THESE FOR US?

④Ⓒ WOULD YOU REVIEW FOR US YOUR DISCUSSIONS
WITH PETE OLSON?

⑤ WHAT ARE YOUR CONCERNS ABOUT YOUR
PHYSICAL SAFETY? WHO HAVE YOU
EXPRESSED THESE TO?
HAS THE CO. RESPONDED TO THESE
CONCERNS?

⑥ OTHER EXAMPLES OF DISC OR SEXUAL H.
⑦ WHAT IS ISSUE WITH STEPHON?

CONFIDENTIAL

MSG 13240

6. Do you have any Evidence/reason to
   believe that Isiah has not supported
   you in your position?

7. I understand that in Dec of 04 at
   a Holiday Party, you along with
   several others, including Isiah
   were playing horse. Can you
   describe what happened or
   took place?

8. 12/14/05 came up behind & tried to
   hug & kiss / "I can't get any
   love."

?? 9. Did you ever send emails to Steve
   complaining of Isiah's behavior?

10. How do you think He undermines
    you with the players — or
    Did Isiah support you with the
    players or — — — ???

CONFIDENTIAL

MSG 13241

(WITH ANUCHA)

PRESS NOT COVERED ?            SHOULD WE
                               COVER ?

- FRANK MURPHY
al - PETRA POPE
X - LYNN CARBORA
OK BM - AD SALES MEETING

? - REQUESTS FOR OFF SITE MEETINGS?
? - TOLD HER HE LOVED HER / ? OTHERS PRESENT ?
                               - WHERE ?

? - EMAILS TO STEVE -

OPEN ISSUES on FOLLOW-UP ?

1. EMAILS TO STEVE FROM ANUCHA
   COMPLAINING ? ASK STEVE
2. INTERVIEW Jerome Williams
   AROUND GAME 1 INCIDENT / WHAT SAW/HEARD
3. WHY DID STEVE WANT ANUCHA
   TO WORK WITH PETE ? ASK STEVE
4. WHAT DID STEVE SAY TO PETE
   CONCERNING ISIAH IN GENERAL &
   IN SPECIF ABOUT ISSUES WITH WOMAN'S
   (ASK PETE)

CONFIDENTIAL

MSG 13242