Ronald M. Green  (RG-7766)
Teresa M. Holland (TH-6973)
Barry A. Cozier (BC-7110)
Brian G. Cesaratto (BC-5464)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500

Amber L. Kagan (AK- 7973)
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendants
*Madison Square Garden, L.P. and James L. Dolan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANUCHA BROWNE SANDERS,

                 Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

06 CV 0589 (GEL) (DCF)

ECF CASE

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the attached Rule 56.1 Statement, the Declaration of Brian G. Cesaratto, the Affidavits of James Dolan, Stephen Mills and John Moran, and all exhibits and deposition transcript pages attached thereto, the Memorandum of Law, and upon all prior pleadings and proceedings in this action, Defendants, Madison Square Garden, L.P. and James L. Dolan ("Defendants"), by their attorneys Epstein Becker & Green, P.C. and Morgan, Lewis & Bockius LLP, move this Court before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order

NY:1490675v1

granting partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Defendants (i) dismissing Plaintiff's claims for front pay and reinstatement as well as limiting Plaintiff's claims for back pay from the date of termination to the date of discovery of the after acquired evidence; (ii) dismissing Plaintiff's claim for "reputational injury"; and (iii) further awarding to Defendants such other relief as this Court deems just and proper.

Dated: New York, New York
April 27, 2007

EPSTEIN BECKER & GREEN, P.C.

By:   s/Ronald M. Green
      Ronald M. Green  (RG-7766)
      Teresa M. Holland (TH-6973)
      Barry A. Cozier (BC-7110)
      Darryll A. Buford (DB-0546)
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500

MORGAN, LEWIS & BOCKIUS LLP

Christopher P. Reynolds (CR-8338)
Amber L. Kagan (AK- 7973)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendant Madison Square Garden, L.P. and James L. Dolan*

To:   Anne Vladeck, Esq.
      Kevin Mintzer, Esq.
      Vladeck, Waldman, Elias &
      Engelhard, P.C.
      1501 Broadway, Suite 800
      New York, New York 10036
      (212) 403-7300
      *Attorneys for Plaintiff*

      Sue Ellen Eisenberg (SE-4713) –
      *admitted pro hac vice*
      Lucetta Franco (LF-7638) –
      *admitted pro hac vice*
      Eisenberg & Bogas, P.C.
      33 Bloomfield Hills Parkway, Suite 145
      Bloomfield Hills, Michigan  48304-2945

            -and-

      Laurie Berke-Weiss (LB-3445)
      Louis Pechman (LP-6395)
      Berke-Weiss & Pechman LLP
      488 Madison Avenue
      New York, New York 10022
      (212) 538-9500

      *Attorneys for Defendant Isiah Lord Thomas III*