# Exhibit 14

Dockets.Justia.com

1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   06 Civ. 0589 (CGE)

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

6   ANUCHA BROWNE-SANDERS,

7                   Plaintiff,

8      - against -

9   MADISON SQUARE GARDEN, L.P., ISIAH LORD

10  THOMAS, III, and JAMES DOLAN,

11                  Defendants.

12  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13              December 12, 2006

                10:08  a.m.

14

15      VIDEOTAPE DEPOSITION of STEPHEN

16  C. MILLS, taken by the Plaintiff, pursuant

17  to Notice, held at the offices of Vladeck

18  Waldman Elias & Engelhard, P.C, 1501

19  Broadway, New York, New York, before

20  Debbie Zaromatidis, a Shorthand Reporter

21  and Notary Public of the State of New

22  York.

23

24

25

42

MILLS

2  A.  Without the specifics of the
3  code of conduct, no.
4  Q.  Okay.  So, as you sit here now,
5  you don't know?
6  A.  Well, I believe that I
7  have -- that I have conducted myself in a
8  way that is appropriate and positive
9  actually in the business that we operate
10 in.
11 Q.  But you're not sure whether
12 given -- without looking at the specifics
13 of the policy whether you've acted in
14 accordance with the MSG code of conduct;
15 is that fair to say?
16 MR. GREEN:  Objection to form.
17 It has been asked and answered.  The
18 witness can answer it again.
19 A.  I believe my conduct would be
20 consistent with any code of -- code of
21 conduct.
22 Q.  Okay.  Based on your
23 understanding of the code of conduct, are
24 you -- do you believe that Isiah Thomas
25 has to your knowledge always acted within

43

MILLS

2  the MSG code of conduct?
3  MR. GREEN:  Objection to form.
4  You may answer if you know.
5  A.  Without knowing the specifics of
6  the conduct -- the code of conduct, but I
7  believe Isiah had acted in appropriate
8  ways in our business environment.
9  Q.  Okay.  But as far as your
10 knowledge of what the code of conduct is
11 sitting here today, your understanding is
12 that Mr. Thomas had conducted himself in
13 accordance with that policy?
14 A.  Well --
15 MR. GREEN:  Objection to form.
16 The witness has responded with respect to
17 his knowledge of the policy.  He can
18 answer fully if he knows.
19 A.  If you would like me to look at
20 the specific language of every line in the
21 code of conduct, I'll be more than happy
22 to do that for you.
23 Q.  All I am asking is based on what
24 you're understanding is sitting here what
25 you know now, and understanding you have

44

MILLS

2  not looked at the policy and every line,
3  to your knowledge has Mr. Thomas acted in
4  accordance with the MSG code of conduct?
5  A.  Yes.
6  Q.  As a supervisor at MSG to you
7  write performance reviews for your people
8  under your supervision?
9  A.  It depends on the -- the
10 individual and the job that they are in.
11 Q.  Okay.  There are -- there are
12 certain people who are in direct reporting
13 relationships to you that you write
14 performance reviews for?
15 A.  Yes.
16 Q.  And right now, who are the
17 people that you write performance reviews
18 for?
19 A.  Mark Piazza, Joel Fischer, Carol
20 Blazejowski, Martie Brooks, and there may
21 be -- there may be a couple of others
22 that -- that I'm not thinking of at
23 this -- this moment.
24 Q.  Was that list any different in
25 2005?

45

MILLS

2  A.  Well, in 2005 it would have
3  included Anucha.
4  Q.  Okay.
5  A.  And Mike Golub.
6  Q.  And at that time, Mr. Golub was
7  the SVP of business operations for the
8  Rangers?
9  A.  Yes.
10 Q.  What -- what is Mr. Fischer's
11 title?
12 A.  SVP of sports properties.
13 Q.  What do his responsibilities
14 include?
15 A.  He oversees all of the non-
16 professional sports that come into -- into
17 The Garden.
18 Q.  College basketball being one of
19 them?
20 A.  College basketball, boxing,
21 non-professional team sports.
22 Q.  Carol Blazejowski is SVP and
23 general manager of The Liberty?
24 A.  Yes.
25 Q.  And is Martie Brooks the SVP and

12

46

```
1              MILLS
2  person in charge of the Hartford Civic
3  Center?
4      A.   Yes.
5      Q.   Do you do reviews for these
6  individuals on an annual basis?
7      A.   Yes.
8      Q.   And what time of the year do you
9  do reviews for these individuals?
10     A.   We do -- we do them in, you
11 know, following -- somewhere in
12 February -- January, February, March
13 following the -- following -- following
14 our annual -- annual -- you know, our
15 annual year.
16     Q.   Your annual year, does that work
17 on -- does MSG work on a calendar year?
18     A.   MSG works on a -- MSG
19 corporately works on a calendar year. The
20 teams actually work on a seasonal year.
21     Q.   So for the Knicks the basketball
22 season runs I guess preseason October
23 through the end of the season whenever the
24 playoffs end?
25     A.   Right, but we evaluate people on
```

47

```
1              MILLS
2  a calendar year.
3      Q.   From your perspective, what is
4  the purpose of -- of writing performance
5  reviews?
6      A.   The purpose is to -- to assess
7  how a person has done in the
8  prior -- prior year, give them feedback on
9  things that they -- they need to approve
10 on and identify any accomplishments that
11 they have had during the course of the
12 year.
13     Q.   Okay. Do you try to be accurate
14 when you do the performance reviews?
15     A.   Yes.
16     Q.   Would you ever knowingly assign
17 someone a rating in a performance review
18 that they didn't deserve?
19     A.   No.
20     Q.   Could you tell me the
21 circumstances, if you know, of how
22 Ms. Browne-Sanders came to work at MSG?
23     A.   Yes. I -- I was looking to
24 fill -- fill the position of vice
25 president of marketing for the Knicks and
```

48

```
1              MILLS
2  had spoken to a lot of candidates, and I
3  met Anucha I believe in '96. I believe it
4  was at the -- at the Olympics in -- in
5  Atlanta and had -- you know, was impressed
6  with her at that point. She had come in
7  and met with us with -- doing some work
8  with IBM while I was -- while -- IBM was a
9  sponsor of the Garden, and she had -- had
10 come and worked on some projects, and then
11 I looked at all the candidates to
12 fill -- fill the position as vice
13 president of marketing. She was someone
14 that ultimately I decided -- I thought was
15 the right person for the job.
16     Q.   Did you interview her?
17     A.   Yes.
18     Q.   And what did the two of you
19 discuss in the interview, if you recall?
20     A.   Discussed my -- my goals with
21 the Knicks, discussed her experiences at
22 IBM and Kodak, what she was looking for in
23 her next career, what we were looking for
24 or what I particularly was looking for in
25 terms of the role that -- that was open in
```

49

```
1              MILLS
2  the Knicks.
3      Q.   And particularly with respect to
4  Ms. Browne-Sanders' experience at IBM and
5  Kodak, what was said on that? What did you
6  say and what did she say?
7      A.   It -- I don't remember the
8  specifics of what she said. I -- you
9  know, I looked at the marketing background
10 as -- at IBM and the structure of IBM as
11 something that I thought was -- would be
12 good for what I was looking for in the
13 Knicks, at some point better sales
14 experience, and Kodak I thought would be
15 good as we were moving into a sales mode
16 within -- within the Knicks.
17     Q.   What were the duties of the
18 position of vice president of marketing
19 that you were considering
20 Ms. Browne-Sanders for?
21     A.   Really to oversee the day-to-day
22 operations of the marketing staff, oversee
23 the community relations, oversee the
24 interaction between the Knicks staff and
25 the other departments within The Garden.
```

13

50

MILLS
2 Those are generally the responsibilities.
3    Q.    Okay. I think your previous
4 answer may have touched on this, but why
5 is it that you hired Ms. Browne-Sanders?
6    A.    I thought she was -- I thought
7 she -- she had a skill set and
8 that -- that would -- that was a good fit
9 for what I was looking for within the
10 Knicks organization.
11    Q.    And what were you looking for
12 within the Knicks organization at that
13 point?
14    A.    I think -- did I answer that?
15    Q.    Well, I think your answer might
16 have alluded to it. If there is anything
17 else you want to add to it, that is fine.
18    A.    I think I -- I think I --
19 answered that.
20    Q.    Okay. Were you looking to hire
21 someone to reorganize the Knicks
22 operations at that point?
23    A.    I -- I wanted someone to -- to
24 add some more structure to the marketing
25 department and the activities that took

51

MILLS
2 place in the marketing department.
3    Q.    What do you mean by structure?
4    A.    That -- that -- my view of the
5 marketing department at that time was that
6 it was not the -- the people in the
7 department weren't day to day held
8 accountable for what they needed to get
9 accomplished. There wasn't structurally a
10 lot of planning and process to -- to how
11 they did things.
12    Q.    Prior to Ms. Browne-Sanders
13 joining the Knicks, who was directly
14 responsible for the marketing efforts of
15 the Knicks?
16    A.    A gentleman named ████████.
17    Q.    How many years did you work with
18 Mr. Panis?
19    A.    Approximately one.
20    Q.    What was your impression of ██
21 ████ performance?
22        MR. GREEN:  Objection to form.
23 You may answer.
24    A.    I thought -- I thought he
25 was -- was very creative but didn't bring

52

MILLS
2 the structure to the organization that I
3 was looking for.
4    Q.    Did you -- ████████ leave the
5 organization voluntarily or involuntarily?
6    A.    You know, I -- I can't remember.
7    Q.    Did you encourage him to -- to
8 leave?
9    A.    Yes.
10    Q.    Were you hoping that
11 Ms. Browne-Sanders was going to improve
12 the professionalism of the -- of the
13 marketing organization?
14    A.    No. I wasn't --
15        MR. GREEN:  Objection to form.
16 You may answer.
17    A.    I wasn't looking -- I think I
18 said that what I was looking for was I
19 thought she would add a different level of
20 structure to the -- to the marketing
21 organization.
22    Q.    Were you concerned at all about
23 any of the employees, how they -- how they
24 behaved or how they presented themselves
25 at the time that Mrs. Browne-Sanders

53

MILLS
2 were -- was hired?
3        MR. GREEN:  Objection to form.
4 You may answer, Mr. Mills.
5    A.    No.
6    Q.    Ms. Browne-Sanders started as a
7 vice president of marketing in November of
8 2000. Does that sound right to you?
9    A.    That sounds right.
10    Q.    Okay. She was in that role
11 until she was promoted to senior vice
12 president of business operations; is that
13 correct?
14    A.    Yes.
15    Q.    And who was responsible for
16 Ms. Browne-Sanders' promotion to that
17 position?
18    A.    I was.
19    Q.    Anyone else?
20    A.    Well, ultimately all promotions
21 have to be signed off
22 through -- through -- through our human
23 resources department, but ultimately I was
24 responsible for the promotion.
25    Q.    Did you consult with anyone

14

54

MILLS

1    MILLS
2  about -- about the promotion other than
3  human resources?
4    A.    I can't remember whether I did.
5    Q.    Did you speak to Jim Dolan about
6  it?
7    A.    You know, I can't -- I can't
8  remember if even Jim was involved day to
9  day at the time when -- or if Dave
10 Checketts was involved day to day at the
11 time of the promotion.
12   Q.    What year did Mr. Dolan take a
13 more active role in The Garden, if you
14 remember?
15      MR. GREEN:    Objection to form.
16 You may answer.
17   A.    It was -- it was -- I can't
18 remember the year, but it was -- it was
19 after day -- Dave Checketts departure.
20   Q.    In Ms. Browne-Sanders capacity
21 as vice president of marketing, how did
22 you regard her performance?
23   A.    I thought she did a very good
24 job.
25   Q.    And are you able to be any more

55

MILLS

1    MILLS
2  specific about in what respects you
3  thought she did a good job?
4      MR. GREEN:    Objection to form.
5  You may answer, Mr. Mills.
6    A.    I thought she added the
7  structure and discipline that I was
8  looking for in -- in the department.
9      MR. MINTZER:    Mark this as
10 Mills 3, please.
11     (Mills Exhibit 3 marked for
12 identification.)
13     (Document handed to witness.)
14     MR. MINTZER:    For the record,
15 I've given the witness a -- a document
16 that's been marked for identification as
17 Mills Exhibit 3.  It is Bates stamped MSG
18 00350 through 354.
19   Q.    Mr. Mills, let me know after
20 you've had an opportunity to look at it.
21     (Pause.)
22   A.    Okay.
23   Q.    Are you familiar with this
24 document?
25   A.    Yes.

56

MILLS

1    MILLS
2    Q.    And this is a performance review
3  that you completed for Anucha
4  Browne-Sanders on or about January 24,
5  2002?
6    A.    Yes.
7    Q.    Can I ask you to take a look at
8  the page 351.  There's a series of
9  checkmarks relating to individual
10 performance ratings for particular
11 categories; is that correct?
12   A.    Yes.
13   Q.    Under the category of team work,
14 you checked outstanding for
15 Ms. Browne-Sanders.
16      Did you think that she was
17 deserving of that rating?
18   A.    Yes.
19   Q.    And why was that?
20   A.    Because the Knicks have been in
21 my opinion a -- what I consider a silo'd
22 organization within The Garden and not
23 fully integrated into the other operations
24 of Madison Square Garden particularly
25 well, and one of the things that I wanted

57

MILLS

1    MILLS
2  Anucha to do was to find ways to integrate
3  the activities of the Knicks more -- more
4  completely in -- with the activities of
5  other departments and other parts of the
6  Garden.
7    Q.    And how did you -- how did
8  Ms. Browne-Sanders, if you know, go about
9  integrating the Knicks with other
10 departments in The Garden?
11   A.    I am trying to remember back
12 to -- to 2000 -- 2002.  I -- you know, I
13 really can't remember the specifics, but,
14 you know, involved with -- more involved
15 with -- with the ticketing operations and
16 suite sales operations.
17   Q.    Okay.  Under the -- the third
18 category interpersonal competence, you
19 checked under outstanding for up and above
20 expectations for down.  Do you see that?
21   A.    Yes.
22   Q.    What did you mean by that?
23   A.    Throughout Anucha's career, she
24 had -- there were always, you know, things
25 about her, the way she interacted with

15

82

1                    MILLS
2     A.    There -- there were, you know,
3   many people.  Our human resources
4   department was involved in it.  Glen
5   Sather was involved in the interview
6   process.
7     Q.    Was Mr. Dolan involved in hiring
8   ▓▓▓▓▓▓▓?
9     A.    I don't -- Jim -- he never
10  interviewed Mike.
11    Q.    Did Mr. Dolan and Mr. Ratner
12  express any concerns about ▓▓▓▓▓▓?
13        MR. GREEN:   Objection to form.
14  You may answer.
15    A.    Yes.
16    Q.    What did they say?
17        MR. GREEN:   Same objection.
18  You may answer.
19    A.    They were -- were concerned
20  about whether or not he really grasped all
21  -- all of the issues that you needed to be
22  successful -- successful in -- in the
23  organization especially from a budget
24  standpoint.
25    Q.    Did either one of them express

83

1                    MILLS
2   the view that ▓▓▓▓▓ should be
3   dismissed?
4        MR. GREEN:   Objection to form.
5   You may answer.
6     A.    No.
7        MR. MINTZER:   Mark this as
8   Mills 4.
9        (Mills Exhibit 4 marked for
10  identification.)
11        (Document handed to witness.)
12    Q.    For the record, I've given the
13  witness a document that is two pages that
14  have been marked for identification as
15  Mills 4.  It is MSG 01946 and 01947.
16        (Pause.)
17    Q.    Mr. Mills, let me know after
18  you've had the chance to review it.
19        (Pause.)
20    A.    Okay.
21    Q.    You've seen Mills 4 before?
22    A.    Yes.
23    Q.    This is the announcement that
24  you sent out concerning
25  Ms. Browne-Sanders' promotion to senior

84

1                    MILLS
2   vice president marketing business
3   operations?
4     A.    Yes.
5     Q.    Is everything that you stated in
6   this document true to your -- to your
7   information and belief?
8     A.    Yes.
9     Q.    When you said in the second
10  paragraph of the document that she has
11  also played a key role in the
12  reorganization of the entire front office
13  staff of the New York Knicks, what were
14  you referring to?
15    A.    I can't remember the specifics
16  back to 2002 what the
17  reorganizational -- reorganizational
18  changes would have been at that point, but
19  it -- the -- I just can't remember the
20  specifics.
21    Q.    You said that the SVP of
22  marketing business operations was a
23  position that you created in -- at the
24  time of a reorganization.  Is that -- is
25  that accurate?

85

1                    MILLS
2     A.    Yes.
3     Q.    Who held the marketing and
4   business operations responsibilities prior
5   to Ms. Browne-Sanders' assuming the role,
6   even if it was a different position?
7     A.    I -- you know, I don't -- it
8   was -- it was more of an elevation of
9   the -- it was more of a -- of a move in
10  her position because I was moving over to
11  be responsible for the business operations
12  for -- for both the Knicks and the
13  Rangers.  So she was going to be
14  more -- you know, she was going to be more
15  active in the management of -- of the
16  business operations of the Knicks and
17  Rangers primarily because I was going to
18  be split between multiple teams at this
19  point.
20    Q.    What had your job been prior to
21  2002?
22    A.    Executive vice president of
23  business operations or sports team
24  operations for the Knicks.
25    Q.    For the Knicks.  And

22



86

MILLS

1  what -- what were your responsibilities at
2  that point?
3     A.    To really, you know, oversee the
4  entire business operations for the Knicks,
5  the -- the responsibility for all of the
6  staffing to integrate with our basketball
7  operations department, but I was -- I was
8  the chief business person responsible for
9  the Knicks.
10     Q.    How did the job that you held
11  prior to 2002 differ from the job that
12  Ms. Browne-Sanders was taking as reflected
13  in Mills Exhibit 4, if at all?
14     A.    It was not -- it was not -- it
15  was not of the level of the job that I
16  held.
17     Q.    And I'm asking you what -- what
18  were the differences.
19     A.    The difference is that still
20  ultimately I was still responsible.  I was
21  still the chief business person
22  responsible for the ultimate business
23  operations for this team.  It is just that
24  I -- I took on also the responsibilities

87

MILLS

1  of the business operations for another
2  team, the Rangers.
3     Q.    Who did you report to in the
4  position where you were the chief business
5  person for the Knicks prior to 2002?
6     A.    I reported to -- again, I can't
7  remember the specifics as to when Jim
8  became involved, but I reported to Dave
9  Checketts, and then I reported to Jim
10  Dolan, but I can't remember what
11  specifically -- specifically what years
12  those were.
13     Q.    Other than --
14     MR. MINTZER:  Strike that.
15     Q.    Did you do a position
16  description for Ms. Browne-Sanders' role
17  as senior vice president of marketing
18  business operations?
19     A.    I can't remember if I did or
20  not.
21     Q.    Okay.
22     (Mills Exhibit 5 marked for
23  identification.)
24     (Document handed to witness.)

88

MILLS

1     MR. MINTZER:  For the record,
2  I've given the witness a document that is
3  marked as -- for identification as Mills
4  Exhibit 5 and previously also marked at
5  Ms. Browne-Sanders' deposition at BS X.
6  It is a multi-page document that is Bates
7  stamped MSG 1879 through 1885.
8     Q.    Mr. Mills, why don't you take a
9  look at the document and let me know when
10  you've had an opportunity to do that.
11     (Pause.)
12     A.    Okay.
13     Q.    Are you familiar with the
14  document, Mills Exhibit 5? Have you seen
15  it before?
16     A.    I mean I -- I think -- I saw it
17  obviously when it was drafted.
18     Q.    All right.  Did you draft it and
19  specifically with reference to the
20  document that begins on page 1881?
21     A.    I -- I at least was, you know,
22  involved in the drafting of it.
23     Q.    Who else was involved in the
24  drafting of it?

89

MILLS

1     A.    Normally I would involve our
2  finance -- one of our finance people and
3  someone from human resources in the
4  drafting of it.
5     Q.    Does the document that begins on
6  page 1881 accurately describe the position
7  of senior vice president of business
8  operations that Ms. Browne-Sanders held
9  beginning in March of 2002?
10     A.    Yes.
11     Q.    Did the position have any --
12     MR. MINTZER:  Strike that.
13     Q.    Are you familiar with the phrase
14  "dotted line reporting relationship"?
15     A.    Yes.
16     Q.    Did the SVP of business
17  operations position have any dotted line
18  reporting relations?
19     MR. GREEN:  If know, Mr. Mills.
20     A.    I'm not sure.
21     Q.    Did you ever tell
22  Ms. Browne-Sanders that she had a dotted
23  line reporting relationship to anyone?
24     A.    No.

23

198

MILLS

2  aggressive over the course of the meeting
3  and -- and never at any point just said
4  okay. I am glad this is the way -- this
5  is the way it worked out.
6      Q.   What did Mr. --
7  Ms. Browne-Sanders say to that?
8      A.   She, you know, said it was just
9  important for her that Isiah understands
10  that, you know, he has his role, and she
11  has her role, that she felt very strongly
12  about it, and I just reiterated that I
13  thought she was overly aggressive in
14  how -- in how she responded to a situation
15  that I thought worked out the way she
16  wanted it to work out.
17      Q.   What did she say in the meeting
18  with you, her and Mr. Thomas that you
19  found to be overly aggressive?
20      A.   She was very, very forceful, and
21  I just want to make sure you understand
22  that I am responsible for X. I want to
23  make sure you understand that I am
24  responsible for Y. I want to make sure
25  you understand that I am responsible for

199

MILLS

2  the on court experience, that tone in --
3  as we sort of discussed the issues that
4  were gray in Isiah's mind before he walked
5  in the door.
6      Q.   Did it seem that
7  Ms. Browne-Sanders was agitated?
8      A.   Yeah. I said she -- she -- it
9  seemed like she was clearly upset in
10  calling for the meeting because I -- there
11  was a misunderstanding, and she was
12  concerned that maybe her job
13  responsibilities had changed. So that was
14  clearly important for her to come into
15  this meeting and have it reaffirmed, the
16  scope of her job and to affirm the scope
17  of Isiah's job.
18      Q.   At any point did Mr. Thomas
19  complain to you about Ms. Browne-Sanders?
20      MR. GREEN:   Objection to form.
21  Any time frame?
22      MR. MINTZER:   Any time. Was
23  that -- was that the only basis of the
24  objection.
25      MR. GREEN:   Yes.

200

MILLS

2      Q.   So we clarified that. At any
3  point.
4      A.   He -- he complained that, you
5  know -- that there -- there were times
6  when it appeared that he was being, you
7  know -- that there were certain things
8  that he didn't want to be involved in that
9  Anucha was -- was outlining or requesting
10  that he be involved in. He made it clear
11  to me that he did not want to be a person
12  who was out selling season tickets. He
13  didn't want to be a guy who in -- sending
14  letters to season ticket holders asking
15  them to please renew their tickets
16  sincerely Isiah Thomas. He -- and it
17  seemed that Anucha wanted to include him
18  in things like that -- that -- that
19  troubled him. He said -- he was always
20  clear I want to do whatever I can do to
21  support the organization, but I don't -- I
22  don't want to be in the business of -- of
23  selling tickets, and he told me that, you
24  know, that's something Willis Reid has
25  shared with him in -- when he came in and

201

MILLS

2  was working with Anucha and -- and Scott
3  Laden. He said that if you're not careful
4  in the organization they will turn you
5  into a pitch man to sell tickets, and you
6  have to find a way to stay focused on
7  basketball and -- and so that was -- that
8  was a complaint of his. He said he would
9  be more than happy to make sure that
10  whenever we needed him to tell -- to
11  communicate to people about what was going
12  on with the team, how we're building the
13  team, what our expectations about the team
14  were, he would be more than happy to
15  participate in that and use that to
16  support our -- our business, but he didn't
17  want to be in the business of sort of
18  being a salesperson.
19      Q.   Mr. Thomas' comment about Willis
20  Reid, would -- and correct me if I am
21  wrong, I want to make sure I understand
22  this right. Was he saying that
23  Ms. Browne-Sanders had made according to
24  Mr. Reid Mr. Reid into a -- you know, a
25  salesperson or a pitch man?

202

MILLS

2    A.    Well, he -- what -- what
3 he -- what he said to me was that Willis
4 had a conversation with him saying that
5 you have to be careful about how you allow
6 the -- the people within the organization
7 to turn you into a salesman, salesman or a
8 pitch man, and that you -- if you
9 don't -- if you're not careful about it
10 and not focused on what you believe the
11 core sort of functions and expertise you
12 have that you'll -- you'll become
13 distracted, and that was --
14    Q.    Did Mr. Thomas tell you that Mr.
15 Reid had said to him anything about
16 -Ms. -- Ms. Browne-Sanders?
17    A.    No, he didn't say
18 anything -- anything specifically about
19 Ms. Browne-Sanders.
20    Q.    Have you ever spoken to Mr. Reid
21 about Ms. Browne-Sanders?
22    A.    I can't remember if I've had any
23 conversation with Willis about -- about
24 Anucha.
25    Q.    I take it then you -- you don't

203

MILLS

2 know whether Mr. Reid ever had any
3 complaints about Ms. Browne-Sanders?
4    A.    You know, I don't know that he
5 and I had any conversations about Anucha.
6    Q.    Other than the conversations
7 that you say that you had with Mr. Thomas
8 in which he made it clear that he didn't
9 want to be I think your words were the
10 pitch man or salesman for the
11 organization, did he have any other
12 comments that he made about
13 Ms. Browne-Sanders, you know, relating to
14 her job performance or her -- her role in
15 the organization?
16    A.    Well, I want -- I want to also
17 clarify that my -- my comments regarding a
18 salesman or a pitch -- pitch person really
19 was focused on the selling of tickets.
20 Isiah was always more than willing if
21 there were things like helping to sell
22 suites and things that were really big
23 items or important things that -- to
24 closing business in the organization, he
25 would -- he would participate in those.

204

MILLS

2    Q.    Okay.  We will -- that --
3    A.    Okay.  Then can you repeat the
4 question?
5    Q.    The clarification that you made
6 and then my question is other than that,
7 did Mr. Thomas ever express any other
8 views about Ms. Browne-Sanders' job
9 performance or her role in the
10 organization or anything along those
11 lines?
12    A.    He didn't have -- he didn't have
13 any say in her job performance so -- and
14 her role in the organization was defined
15 by me, not by him.  So he -- you know,
16 we -- there may have been some other
17 comments or discussions that we had, but
18 I -- I can't remember -- remember them at
19 the time.
20    Q.    Okay.  Did he ever tell you that
21 he thought that Ms. Browne-Sanders should
22 be replaced in her role?
23    A.    No.
24    Q.    Did he ever tell you that
25 Ms. Browne-Sanders should be fired?

205

MILLS

2    A.    No, nor would I have -- again,
3 it wasn't -- he wasn't in a place to make
4 a decision on whether or not she should be
5 replaced nor whether she should be fired
6 so, but he didn't have those conversations
7 with me.
8    Q.    As president of basketball
9 operations he was -- he could have if he
10 wanted to offered an opinion about that,
11 correct?
12    A.    He could offer an opinion about
13 many things, but he is not in the position
14 to -- to control those things.
15    Q.    How was, if you know,
16 Ms. Browne-Sanders' relationship with
17 Scott Laden?
18    A.    It -- they had a very good
19 relationship.
20    Q.    And how do you know that?
21    A.    I had conversations with Scott
22 about -- I had meetings with Scott and
23 Anucha, conversation with Anucha regarding
24 her involvement in the basketball
25 operations role.  They had -- they had a

52

282

1      MILLS
2  that you had some communication with Rusty
3  McCormack about Ms. -- Ms. Browne-Sanders'
4  dismissal.  Do you recall that?
5      MR. GREEN:  Objection to form.
6  If you recall your prior testimony, you
7  may respond.
8      Q.    Again, there is no game
9  here -- I will reask the question.  I
10 didn't want to do an asked and answered,
11 so --
12     MR. GREEN:  It will make it
13 easier.
14     Q.    Did you have any discussions
15 with Mr. McCormack about
16 Ms. Browne-Sanders being dismissed?
17     A.    The conversation that I had that
18 I think I had with Russ -- Rusty McCormack
19 really was a function of Anucha coming to
20 me saying that she couldn't do this job
21 any more, me agreeing, and her asking me
22 that I need to -- your help, and I need to
23 have this -- a job while I go out and find
24 another -- until -- while I go out and
25 find another one.  I had a conversation

283

1      MILLS
2  with Hank about that, and I had already
3  known that Hank was not a fan of Anucha's,
4  and I had the conversation with him.  He
5  said you should get to Rusty, so that we
6  can figure out a way -- how to accomodate
7  this and accomodate her, and so I had a
8  conversation with Rusty.
9      Q.    And what was your conversation
10 with Mr. McCormack; what did you say and
11 what did he say?
12     A.    I said that Anucha came to me
13 and said she couldn't do this,
14 couldn't -- couldn't do this any more.
15 She -- I recounted that she had lost the
16 confidence of the people that -- that
17 worked for her and that she wanted -- she
18 couldn't do it, and I agreed, and that she
19 needed to -- to have a job while she went
20 out and -- and looked for another job, and
21 I spoke to Hank, and I -- and -- you know,
22 we should start working on a -- a plan.
23     Q.    Right.  I think I understood
24 that, but I was asking you about your
25 conversation with -- were you just

284

1      MILLS
2  testifying now as to your conversation
3  with Mr. McCormack?
4      A.    Yes.
5      Q.    Okay.  In your -- in your
6  conversation with Mr. McCormack, you told
7  him about the conversation you had with
8  Ms. Browne-Sanders.  You recounted for him
9  that you had the conversation with Mr.
10 Ratner, correct?
11     A.    Yes.
12     Q.    Okay.  And then did Mr.
13 McCormack say anything in this
14 conversation?
15     A.    He said okay I'll -- I'll work
16 on it.
17     Q.    Did he tell you what he was
18 going to work on?
19     A.    We didn't talk about what the
20 specifics of what he was going to work on.
21     Q.    Did you have an understanding of
22 what -- what he was going to work on?
23     A.    I told him that I wanted some
24 kind of transition plan and some kind
25 of -- that we had to develop some kind of

285

1      MILLS
2  package for her that would put her in a
3  position to -- to move on.
4      Q.    When did you have this
5  discussion with Mr. McCormack?
6      A.    It was -- it was sometime
7  in -- sometime in -- in late November.
8      Q.    Did Mr. McCormack ever follow-up
9  with you about what kind of transition
10 plan he was putting together?
11     A.    No, I think it was -- you know,
12 there was -- it was soon after that that
13 we -- we were contacted by -- by Anucha's
14 attorneys.
15     Q.    When you say soon after, do you
16 know how long after?
17     A.    I really -- I really don't.
18     Q.    Was it several weeks?
19     A.    I really can't remember.
20     Q.    Okay.  But whatever that time
21 period was, you never got any follow-up
22 from Mr. McCormack about what he was doing
23 to implement the transition plan?
24     A.    No.
25     Q.    Did you ever see any document

72

286

1                    MILLS
2  that reflected anything about a transition
3  plan?
4       A.    No, we hadn't -- I -- I did not
5  see anything.
6       Q.    Did you document your
7  conversation with Mr. --
8  Ms. Browne-Sanders in which you say that
9  she said she couldn't do her job any more?
10      A.    No.
11      Q.    Did you document your
12 conversation with Mr. Ratner?
13      A.    No.
14      Q.    And are you aware other than
15 what you've learned from counsel of any
16 document that exists that reflects any of
17 the conversations that you've just
18 mentioned?
19           MR. GREEN:   Objection to form.
20 You may answer.
21      A.    Not that -- no.
22      Q.    Did you ever have a follow-up
23 with Ms. Browne-Sanders during the period
24 between your -- when you say she had told
25 you that she couldn't do her job and when

287

1                    MILLS
2  she left the organization about
3  what -- what was being done to implement
4  the transition plan that you had in mind?
5       A.    No, I just told her that I
6  would -- that I would -- that when -- when
7  she initially had the conversation, I told
8  her that I would -- that I understood, and
9  I would -- would accommodate her.
10      Q.    Right.  And you -- you never
11 followed up with her again on that?
12      A.    We never had a chance to have
13 another conversation about that.
14      Q.    You said you never had a chance
15 to.  What do you mean?
16           MR. GREEN:   Objection.
17      Q.    Did you not see
18 Ms. Browne-Sanders after that time?
19           MR. GREEN:   Objection to form.
20 You may answer, Mr. Mills.
21      A.    It was soon after that that we
22 were -- that we were contacted by -- by
23 the lawyers, and this was in the hands of
24 the lawyers.
25      Q.    All right.  And so is it

288

1                    MILLS
2  your -- is it your testimony, did
3  you -- did you --
4           MR. MINTZER:   Strike that.
5       Q.    Did you see Ms. Browne-Sanders
6  at any point between the time that you had
7  the conversation with her in which she
8  supposedly told you that she couldn't do
9  her job any more and when you learned that
10 her lawyers had contacted MSG?
11      A.    You know, I am -- I am sure I
12 saw her.  I can't remember -- I can't
13 remember the specific times that I did.
14      Q.    You are sure you did see her
15 during that period?
16      A.    I would think that I would have
17 seen her, but I can't remember a specific
18 instance because I can't -- I don't have
19 the specific times.
20      Q.    Do you know how many times that
21 you saw her --
22           MR. GREEN:   Objection.
23      Q.    -- during that period?
24      A.    No, I don't.
25      Q.    Do you think it was more than

289

1                    MILLS
2  five?
3       A.    I don't.
4       Q.    You don't know whether it was
5  more than five.  It could have been?
6       A.    I don't -- I don't know.
7       Q.    Could it have been more than
8  fifteen?
9       A.    I -- I don't know.
10      Q.    Could it have been more than a
11 hundred times that you saw her?
12           MR. GREEN:   Objection.  At this
13 point this is harassment.  The record will
14 speak for itself.  I would like this
15 marked.  Thank you.
16           MR. MINTZER:   I want to make it
17 clear -- let me make sure the record is
18 clear.  You are directing the witness not
19 to whether he could have seen
20 Ms. Browne-Sanders during the period when
21 she supposedly said she couldn't do her
22 job any more to when her lawyers contacted
23 The Garden, it could have been more than a
24 hundred times?  You are unable to answer
25 that?

73



346

MILLS

1
2    Q.    Ms. Browne-Sanders didn't
3  discuss during that conversation that she
4  had the P and L responsibilities for the
5  team?
6    A.    In that discussion we talked
7  about what -- what the basketball
8  operations responsibilities would be and
9  what the business operations
10 responsibilities were.
11   Q.    Did anyone ever tell you of
12 a -- a rumor that Ms. Browne-Sanders and
13 Jeff Nix were having an affair?
14      MR. GREEN:  Objection to form.
15 You may answer, Mr. Mills.
16   A.    Yes.
17   Q.    Who told you that?
18   A.    Anucha told me.
19   Q.    Anyone else other than
20 Ms. Browne-Sanders?
21   A.    Not that -- no.
22   Q.    Did ████████ ever tell you
23 that?
24   A.    Anucha told me -- as a matter of
25 fact, Anucha told me that -- came to me

347

MILLS

1
2  and said that she heard that ████████
3  had spoken to people in the ad sales
4  department and said that she
5  wanted -- that she was having an affair
6  with Jeff Nix, and she told me she wanted
7  to fire ████.  I told her that I'm not
8  sure -- I said ████ can't go around
9  saying things like that about you.  I'm
10 really not sure whether or not you can
11 fire him about something like that.  I
12 think you should go talk to the human
13 resources department to find out what you
14 are able to do when a -- an employee does
15 something like that, and then clearly you
16 should have a conversation with him.
17 Ultimately, she didn't terminate ████,
18 but she -- she did tell me she had -- she
19 had a conversation with ████ and told him
20 that she didn't appreciate those -- those
21 remarks and that he shouldn't go around
22 saying things like that.
23   Q.    When was your conversation with
24 Ms. Browne-Sanders about this?
25   A.    I -- I can't remember when it

348

MILLS

1
2  was.  Obviously it was at some point while
3  ████████ was still employed by the
4  Knicks.
5    Q.    When did he leave?
6    A.    I'm not sure of the dates of his
7  departure.
8    Q.    Well, do you -- do you know what
9  year it was?
10   A.    I really don't.  I can't
11 remember.
12   Q.    Other than that conversation
13 with Ms. Browne-Sanders, did you ever have
14 any other discussion with anyone about a
15 rumor that Ms. Browne-Sanders was having
16 an affair with Jeff Nix?
17   A.    No.
18      MR. GREEN:  Objection to form.
19 You may answer.
20   A.    No.
21   Q.    Did Ms. Browne-Sanders receive a
22 raise in 2005?
23   A.    In what -- what part of 2000 --
24 you know --
25   Q.    Any part of 2005.

349

MILLS

1
2    A.    I -- I don't -- I'm not sure if
3  she received a raise in 2005.  I
4  don't -- I don't believe so.
5        (Mills Exhibit 15 marked for
6  identification.)
7        (Document handed to witness.)
8      MR. MINTZER:  For the record,
9  Mills 15 for identification is a one-page
10 document, MSG 08877.
11      (Pause.)
12   Q.    Have you finished looking at it,
13 sir?
14   A.    Yes.
15   Q.    This is an E mail that -- one of
16 the E mails in the document, the second E
17 mail is from John Cudmore to Lynn Carfora
18 in which among other people you are copied
19 on.
20      Do you see that March 15, 2005?
21   A.    Yes.
22   Q.    Does this refresh your
23 recollection as to whether
24 Ms. Browne-Sanders received a raise in
25 March of 2005?

88

350

MILLS

2  A.  Well, it is clear -- in this
3  document there -- there was a raise.
4  Q.  And does it refresh your
5  recollection that the raise occurred in
6  2005?
7  A.  Yes.
8  Q.  And did you approve the raise to
9  Ms. Browne-Sanders?
10  A.  The -- the raise -- yes, I would
11  have had to approve the raise.
12  Q.  Do you know what the size of the
13  raise was that Ms. Browne-Sanders
14  received?
15  A.  No, I don't know the specific
16  size of the raise.
17  Q.  Do you have any sense of whether
18  it was, you know, in the scheme of things
19  a large raise or an average raise or a
20  small raise or something else?
21  MR. GREEN:  Objection to form.
22  You may answer -- answer, Mr. Mills.
23  A.  I really, really -- I don't
24  remember the specifics of the raise.
25  Q.  What are customary raises for

351

MILLS

2  executive -- executives at MSG in terms of
3  percentages?
4  A.  It -- it varies depending on the
5  business and the -- and the year and what
6  the approved guidelines are by -- by our
7  human resource department.
8  Q.  All right.
9  So in 2005, what is your
10  recollection of what the guidelines were
11  for raises?
12  A.  I don't -- I don't recall.
13  Q.  In the last couple of years or
14  in the last few years, what is the range
15  of -- of -- of the guidelines for raises
16  for executives at MSG?
17  MR. GREEN:  Objection to form.
18  You may answer, Mr. Mills.
19  A.  In the 4 -- 4 percent to 6
20  percent raise range.
21  Q.  Do you know the reason why
22  Ms. Browne-Sanders was getting a raise at
23  this time as reflected in Mills 15?
24  A.  You know, I'm
25  not -- I'm -- I -- I don't -- I don't

352

MILLS

2  remember the specifics of this document,
3  so -- so I can't remember the specifics
4  about the raise.
5  THE WITNESS:  Can we take a
6  break for a second.
7  MR. GREEN:  Sure.
8  THE VIDEOGRAPHER:  We are off
9  the record.  The time is 5:32.
10  (Recess taken.)
11  THE VIDEOGRAPHER:  Okay.  We
12  are back on the record.  The time is 5:36.
13  BY MR. MINTZER:
14  Q.  Were there any positive aspects
15  of Ms. Browne-Sanders' job performance in
16  2005?
17  A.  I am sure there were -- there
18  were -- there was -- there were some
19  accomplishments in 2005, but 2005
20  generally was a -- was a point in time
21  where it was a -- a disastrous year for
22  Anucha on -- on -- on many fronts.  It
23  started with issues that -- that related
24  to the -- the budget -- the budget process
25  and -- and as -- as we were planning

353

MILLS

2  with -- with the budgeting process there
3  were -- she didn't perform well and -- in
4  the meetings that we had.  We had
5  discussions with Jim and Hank about, you
6  know, Hank already was not confident that
7  she could -- she could perform in this
8  job, and he -- he was, you know, feeling
9  that she definitely couldn't make it and
10  in some ways thought that -- that we
11  should -- we should terminate Anucha in
12  2005.  Jim agreed that we should continue
13  to do some training and -- and try
14  to -- try to bring her along.  I had
15  demonstrated before that I wanted -- that
16  I wanted to try and bring Anucha along,
17  and I had been a big proponent of her in
18  her time at The Garden, but it was during
19  that time that we -- we agreed to provide
20  some training and tried to help -- help
21  her through the process, but even with me
22  she had come to a point where we tried to
23  develop the programs that she would do
24  that she was sort of resistant to -- to
25  the specifics of the programs that -- that

89

374

MILLS

1
2    A.   Well, initially she said to me
3  that Mr. Dolan's ideas of what -- what the
4  brand statement -- what things should be
5  in the brand statement she didn't believe
6  were correct, that she didn't believe he
7  understood what the -- what should be in
8  the brand statement, what should be in
9  brand attributes, and I told her, you
10  know, what -- what we are trying to do is
11  articulate and communicate the brand of
12  the Knicks in -- in a way that Jim
13  understands and that Jim and Hank and the
14  senior management team can -- can use and
15  work with the group in terms of how we are
16  going to build down through the pyramid.
17        After we got through that
18  conversation, she acknowledged that she
19  accepted that it was in -- that -- that it
20  was in her best interests and I thought it
21  was very important that she find a way to
22  take these courses, and at that point we
23  decided -- we started working with Pete
24  on -- I asked Pete to -- to meet with
25  Anucha and recommend a series of courses

375

MILLS

1
2  or some number of courses that she could
3  choose from that that we would -- that
4  this would take.
5    Q.   Did you ever tell her in these
6  conversations that her job was potentially
7  in jeopardy?
8    A.   No.
9    Q.   Did you ever tell her any of the
10  things that Mr. Dolan or Mr. Ratner had
11  said about her in those meetings?
12    A.   No.
13    Q.   Did you have any discussions
14  with Pete Olsen about the class that Mrs.
15  Browne-Sanders would eventually take?
16    A.   Initially Pete and I had
17  conversations about what -- what
18  the -- what the -- what we were going to
19  try and get accomplished with the class
20  and to outline some classes and, you know,
21  he spoke to -- he spoke to Anucha about
22  it, and initially some of the classes that
23  we had selected she didn't want to take
24  and thought they weren't appropriate,
25  weren't the right courses, and finally I

376

MILLS

1
2  said to Pete, you know, these are the
3  choices that she has. Let's just find
4  some classes that fit within the timing of
5  getting this done relatively quickly.
6    Q.   Did you have any discussion with
7  Mr. Olsen about the background for why you
8  were asking him to do this?
9    A.   I believe I told him it was a --
10  it was at the request of Jim and that what
11  it was -- what -- what -- what led to us
12  having the courses. I am sure I did.
13    Q.   What -- and a part of telling
14  him what led to the courses was telling
15  him about Mr. Dolan and Mr. Ratner's
16  dissatisfaction with her performance at
17  the budget meetings?
18    A.   That we had -- that we had a bad
19  budget meeting and that things didn't go
20  well, and part of the problem was that how
21  we were trying to develop the
22  brand -- brand statements and -- and brand
23  statements and mission statements. I
24  don't -- I don't think I said
25  to -- to -- to Pete that -- anything

377

MILLS

1
2  about, you know, the conversations we had
3  about her job performance,
4  her -- her -- the views on whether she
5  would make it or anything like that.
6    Q.   Do you know what class
7  Ms. Browne-Sanders ultimately took?
8    A.   Off -- I -- I can't remember
9  which -- which course it actually was.
10    Q.   Do you know what the topic area
11  of the course was that she took?
12    A.   I can't -- at this point I
13  can't -- at this time I can't remember.
14    Q.   Do you know did it have anything
15  to do with the budgeting process?
16    A.   I can't remember which courses
17  she -- she ultimately took.
18    Q.   Do you think she took more than
19  one course?
20    A.   I think she took one course, but
21  I'm not -- not sure if there was more than
22  one.
23    Q.   Did you ever have any follow-up
24  conversation with Mr. Dolan or Mr. Ratner
25  about the training that Mrs.

95

414

MILLS

1
2 is to make player transactions.  So Isiah
3 Thomas has made numerous player
4 transaction -- transactions in order to
5 improve the quality of our team.
6     Q.    Did you meet with John Moran and
7 Rochelle Noel to discuss
8 Ms. Browne-Sanders' allegations concerning
9 sexual harassment?
10    A.    John -- John and Rochelle were
11 conducting an investigation into her
12 allegations, and I was interviewed as part
13 that much process.  Right.
14    Q.    Were you interviewed twice?
15    A.    It -- I can't remember if I was
16 interviewed more than once or twice.
17    Q.    You don't remember one interview
18 where in -- in the latter part of December
19 and then another interview in early
20 January?
21    A.    I remember -- I remember being
22 interviewed.  I don't remember the
23 number -- the number of interviews.
24    Q.    Did you --
25        MR. MINTZER: Strike that.

415

MILLS

1
2    Q.    In your conversations with Mr.
3 Cudmore, did you mention to him that
4 Ms. Browne-Sanders had said that she was
5 no longer able to do her job?
6    A.    No.
7    Q.    Did you tell the -- the
8 investigators who were looking into
9 Ms. Browne-Sanders' allegations, Mr. Moran
10 and Ms. Noel, that Ms. Browne-Sanders had
11 said that she was no longer able to do her
12 job?
13        MR. GREEN:   Objection to form.
14 You may answer.
15    A.    I can't remember whether
16 I -- whether I specifically said that to
17 them.  I know I specifically talked about,
18 you know -- you know, any allegations of
19 -- of -- you know, the investigation, that
20 they were -- they were conducting, if I
21 knew anything about any harassment issues.
22    Q.    Right.  What -- when they
23 interviewed you, did they ask you a series
24 of questions, and you responded to --
25    A.    Yes.

416

MILLS

1
2    Q.    -- their questions?
3    A.    Yes.
4    Q.    Did they offer you the
5 opportunity to tell them anything that you
6 think may be relevant to what they were
7 looking into?
8        MR. GREEN:   Objection to form.
9 You may answer.
10    A.    I can't -- I can't remember
11 specifically the questions
12 that -- that -- that they -- that they
13 asked me, and I -- I really can't remember
14 whether or not I told them that Anucha
15 couldn't do her job, and I -- I viewed
16 Anucha's comments to me about not
17 being -- being able to do her job being a
18 function that she -- she felt that she
19 couldn't do the job any more, and like I
20 said I agreed.  I can't remember whether
21 or not I discussed that with Rochelle
22 and --
23    Q.    Did you -- did you think that
24 was relevant to her -- her sexual
25 harassment allegations?

417

MILLS

1
2        MR. GREEN:   Objection to form.
3 You may answer.
4    A.    You know, I thought it -- I
5 thought it was a function of her making a
6 decision that she couldn't -- she couldn't
7 do this job any more.
8    Q.    Right.  I understand that, but
9 did you also -- did you think that that
10 fact that Ms. Browne-Sanders had
11 supposedly told you that she couldn't do
12 her job any more was relevant to what Mr.
13 Moran and Ms. Noel had been looking into?
14    A.    I didn't -- I didn't think the
15 fact that Isiah -- that Anucha told me
16 that she couldn't do her job any more had
17 anything to do with -- with sexual
18 harassment.
19    Q.    Did you give honest answers to
20 all the questions that Mr. Moran and
21 Ms. Noel had presented to you?
22    A.    Yes.
23        MR. MINTZER:  Why don't we take
24 a break.  How much time is left?
25        THE VIDEOGRAPHER:  We have

105

418

```
1          MILLS
2   about seventeen minutes.
3        MR. MINTZER:  Okay.  So why
4   don't we take a break, and we will be able
5   to wrap up.
6        THE VIDEOGRAPHER:  We are off
7   the record.  The time is 6:51.
8        (Recess taken.)
9        THE VIDEOGRAPHER:  Okay.  We
10  are back on the record.  The time is 7:01.
11   A.   You know, I -- I still have
12  a -- a document that is -- that is sitting
13  in front of me, and I do want to take a
14  second to clarify.
15        MS. VLADECK:  There is no
16  question.
17   Q.   There is really no question
18  pending, Mr. Mills.  Mr. Green can ask you
19  a question at the end of the deposition if
20  you would like.
21        MR. GREEN:  I think the witness
22  is saying he would like to add to a prior
23  answer to be responsive to your question,
24  and I think he has that right.
25   Q.   Go ahead.
```

419

```
1          MILLS
2   A.   There was a question about
3   a -- a raise that Anucha received, and
4   I -- I just wanted to clarify that
5   it -- that there was a job -- there was a
6   grade change that took place in Anucha's
7   job, and there was a -- a salary
8   adjustment that reflected the grade
9   change.  It was not a merit increase, and
10  I -- I just had never seen.  I saw that
11  around the way that it was processed from
12  my vantage point was a -- a salary
13  adjustment form, and while I am copied on
14  this E mail I hadn't remembered seeing in
15  this format.  So --
16   Q.   Did you have any conversations
17  in any of the breaks that helped refresh
18  your recollection about this event?
19        MR. GREEN:  You may answer
20  except to the extent that -- I withdraw
21  that objection.  You may answer fully.
22   A.   Yes.
23   Q.   And with whom did you have a
24  conversation to refresh your recollection
25  about that event?
```

420

```
1          MILLS
2   A.   With counsel.
3   Q.   Okay.  Prior to learning that
4   Ms. Browne-Sanders' lawyers had contacted
5   The Garden, could you tell me all of the
6   people who you told that
7   Ms. Browne-Sanders had told you that she
8   could no longer perform her duties at The
9   Garden?
10   A.   The -- the only people I
11  remember having that conversation with
12  were Rusty and -- and Hank.  I can't
13  remember whether or not I -- I had the
14  conversation with Jim.
15   Q.   And did either Mr. McCormack or
16  Mr. Ratner suggest that Ms. Browne-Sanders
17  receive a severance package?
18   A.   What -- what Hank said to me was
19  you should -- you should get together with
20  Rusty and let's figure out some kind
21  of -- let's figure out some kind
22  of -- some kind of package to make sure
23  that this happens.
24   Q.   And by package you understood
25  that he was taking about a severance
```

421

```
1          MILLS
2   package?
3   A.   Well, some kind of a -- Anucha
4   had said to me that she wanted to -- to
5   have her job while she -- it was important
6   for her to have a job while she was out
7   seeking another -- another one or -- or
8   got another job, so I don't -- it hadn't
9   gotten it a point where we discussed what
10  it was that we paid her through some
11  period of time or if we allowed her to
12  leave the minute that she received the job
13  no matter what point it was, but it was
14  just that, you know, Hank -- Hank didn't
15  think she was up to speed in the job.  I
16  had come to the conclusion that she wasn't
17  and when she told me that she didn't
18  want -- that she couldn't do this job any
19  more I agreed with her.  I thought it was
20  time to come up -- come up with a way for
21  her to move on.
22   Q.   Other than conversations that
23  you had with counsel or in the presence of
24  counsel, did you ever speak to anyone at
25  MSG about any sort of monetary demand that
```

106

422

MILLS

1
2 Ms. Browne-Sanders supposedly made?
3    A.    No. Well, you -- I should -- I
4 should correct that. I -- I think that at
5 some point during a press conference
6 that -- that we had at some place that I
7 may have made -- made some comments during
8 the press conference about demands that
9 Anucha -- or that -- or counsel had made
10 of the Garden.
11    Q.    And what did you say about that?
12    A.    I -- I can't remember the
13 specifics of -- of, you know -- of exactly
14 what I said at the press conference but,
15 you know, there were tapes of it and
16 people covered it. I can't -- I can't
17 remember specifically what I said.
18    Q.    Other than any statements at the
19 press conference, you don't recall making
20 any statements to anyone outside the
21 presence of counsel about a -- a demand
22 for money that Ms. Browne-Sanders made?
23    A.    No.
24    Q.    Who -- who told you the
25 information that you conveyed at the press

423

MILLS

1
2 conference about what kind of demand had
3 been made by Ms. Browne-Sanders or her
4 counsel?
5        MR. GREEN:  To the extent that
6 that information was derived by
7 conversations with counsel, you may not
8 respond. If you have other independent
9 knowledge and you can answer the question,
10 you may do so.
11    A.    Then I can't respond.
12    Q.    Has Ms. Browne-Sanders been
13 replaced as senior vice president of
14 business operations?
15    A.    I've actually restructured
16 the -- the organization and created
17 an -- an executive vice president position
18 that will in fact oversee all three teams
19 that we have an open search for and a
20 senior vice president of marketing
21 position that will cover the marketing
22 functions for all three teams. I will
23 open a search once I hire the executive
24 vice president job.
25    Q.    You have not identified -- yet

424

MILLS

1
2 identified the person who is going to be
3 filling the executive vice president job?
4    A.    We have -- we have been in the
5 search process for a while. We haven't
6 identified a final candidate.
7    Q.    Have you ever heard Mr. Thomas
8 use profanity in your presence?
9    A.    Yes.
10    Q.    And in what context do you
11 remember Mr. Thomas using profanity in
12 your presence?
13    A.    You know, we -- we -- we would
14 talk about a game or talk about a team and
15 what is going on in a game, and we might
16 say shit or I can't believe that fucking
17 play. I mean those kinds of conversations
18 that, you know, you might have in the
19 context of describing what was going on in
20 in -- in a game.
21    Q.    Did you ever tell the
22 investigators for MSG, Ms. Noel and Mr.
23 Moran, that it wouldn't surprise you if
24 Mr. Thomas had cursed someone out?
25        MR. GREEN:  Objection to form.

425

MILLS

1
2 You may answer.
3    A.    No, I don't remember telling
4 them that.
5    Q.    Did you ever tell the
6 investigators that you thought that Mrs.
7 Browne-Sanders made up her claims after
8 the -- the budget meetings that you've
9 testified to earlier today?
10    A.    No.
11    Q.    Do you -- do you recall telling
12 the investigators that she engineered her
13 claims after the budget meetings?
14        MR. GREEN:  Objection to form.
15 You may answer.
16    A.    No.
17    Q.    Do you recall telling the
18 investigators that she set this up after
19 the -- the budget meetings?
20    A.    No, I don't recall telling her
21 that.
22    Q.    Nothing like that in words or
23 substance?
24    A.    Not that I can recall.
25    Q.    Have you ever heard Frank Murphy

107

12



EXHIBIT



# EXEMPT
## PERFORMANCE
# APPRAISAL

Anucha Browne Sanders     V.P. Marketing
Employee's Name                 Title

New York Knicks          Steve Mills
Department                 Supervisor's Name

1/24/02
Date

CONFIDENTIAL

MSG 00350

| SECTION I  *Performance Rating* | OUTSTANDING | ABOVE EXPECTATIONS | MEETS EXPECTATIONS | BELOW EXPECTATIONS |
|---|---|---|---|---|
| AREAS OF RESPONSIBILITY/SKILL | PERFORMANCE RATING | | | |
| *Teamwork:* Actively develops cooperative relationships company-wide and within own group, fostering integrity, productivity and support for each area of the company. | ✓ | | | |
| *Job Knowledge:* Possesses and applies the professional knowledge and/or technical skills necessary to perform job functions. Takes necessary steps to increase job knowledge and keeps abreast of new developments. | | ✓ | | |
| *Interpersonal Competence:* Elicits cooperation from supervisors, subordinates, peers and external business contacts in a positive, cooperative and courteous manner. Contributes to departmental cohesiveness and productivity. | ✓ | ✓ | | |
| *Communication:* Expresses instructions, ideas and information clearly and directly in oral and written form. Possesses effective listening skills. | ✓ | | | |
| *Creativity & Resourcefulness:* Generates new ideas and concepts while simplifying and/or improving work methods and procedures. Possesses ability to adjust to changes in priorities, assignments and/or working conditions. | | ✓ | | |
| *Initiative & Accountability:* Identifies and seeks ways to enhance effectiveness and takes appropriate action. Accepts professional responsibility and accountability for all assignments. | ✓ | | | |
| *Planning & Organization:* Budgets time and prioritizes work assignments in order to accomplish goals. Operates effectively under pressure. Actually performs what has been planned in an organized and efficient manner. | ✓ | | | |
| *Decision Making & Problem Solving:* Obtains and analyzes facts to make sound decisions in a timely manner. Identifies and anticipates problems, changes and trends. Shows practical judgment in making decisions to formulate realistic alternatives and solutions to problems. | | ✓ | | |
| *Managerial/Supervisory Skills (if applicable):* Delegates responsibility while supervising and evaluating employees fairly. Trains, motivates and develops subordinates. Completes performance reviews in a timely manner. Resolves conflicts equitably. Provides leadership while encouraging staff morale, teamwork and cooperation. | | ✓ | | |
| *Cost Control (if applicable):* Operates within established budget and continually evaluates decisions in terms of profitability. Implements cost-saving measures, procedures and control. | | ✓ | | |
| *Guest Relations (if applicable):* Exhibits a helpful, courteous, FANS FIRST attitude when interacting with guests by conveying a professional, positive image. Effectively handles guest problems and prevents the escalation of conflict with guests. Adapts to a variety of guest-related situations. | ✓ | | | |

MSG 00351

CONFIDENTIAL

*SECTION II Performance Goals For Next Review Period*

This section should be completed as a joint process between the employee and his/her supervisor. Define the major performance goals for the next review period. Performance goals should be realistic and achievable, and should relate to the strategic planning and budget process. Specifically define how achievement of the performance goals will be ultimately measured. A target completion date should also be established for each goal. Goals should be placed in priority order.

**Goals to be Achieved During the Next Review Period**                    Target Completion Date

1. Broader scope of work beyond marketing in order to lead the team

2. Develop or find someone to serve as VP of mkty for the Knicks

3. Develop a more nurturing management style

4. Become active in the NBA marketing community by serving on the marketing advisory board or similar group.

**Plans to Achieve Goals**

1. _____

_____

2. _____

_____

3. _____

_____

4. _____

_____

MSG 00352

CONFIDENTIAL

## SECTION III · Demonstrated Strengths & Areas For Improvement

**Employee Strengths** - Consider the performance rating section and identify the individual's major areas of strength.

Aracha brings a tremendous level of maturity to our organization. Her marketing and business skills have been recognized by people across the Garden and Cablevision.

**Areas for Improvement** - Consider the performance rating section and identify areas of performance where improvement can be made.

Arucha can improve on adapting her style of managing slightly so that she gets the most out of her team. She should also continue to improve her understanding of the arena presentation elements of the game.

## SECTION IV   Overall Performance Rating and Approvals

Based on the factors that have been evaluated, indicate below the overall rating which most accurately describes the employee's total performance during the review period. Refer to the Performance Definitions for guidance.

☑ Outstanding ☐ Above Expectations ☐ Meets Expectations ☐ Below Expectations

Supervisor _____ Date _____

Appraiser's Supervisor _____ Date _____

Human Resources _____ Date _____

## SECTION V   Employee's Comments & Signature

**Employee's Comments:** Include your demonstrated strengths and what your significant accomplishments were during this period. Explain the objectives that you were not able to accomplish during this period. Include any areas for development during the next review period – Use a separate sheet of paper if necessary.

_____

_____

_____

_____

I have reviewed this performance evaluation and discussed the contents with my supervisor. My signature means that I have been advised of my performance and does not necessarily imply that I agree with the appraisal ratings.

Employee _____ Date 2-1-01

MSG 00353

CONFIDENTIAL

**Plans to Achieve Goals**

Over the next review period I will take the following steps to improve in my new role:

1. I will continue to cultivate and grow existing relationships internally with the team side of our business, the other MSG properties and the Cablevision companies.
2. I will actively assess my staffing needs and identify a strong replacement for myself as VP of Marketing.
3. I will work diligently to tweak my management style in order to get the best out of my staff.
4. Assert myself to become a stronger player at the league level.
5. I will continue to improve my expertise in game presentation while broadening my scope of marketing. My end goal here is to further leverage the brand and build our fan base.

CONFIDENTIAL

MSG 00354

# MEMORANDUM

TO:         All Employees

FROM:       Steve Mills

DATE:       March 11, 2002

RE:         Anucha Browne-Sanders

---

I am pleased to announce the promotion of Anucha Browne-Sanders to the position of Senior Vice President, Marketing & Business Operations of the New York Knicks.

Anucha joined Cablevision in 2001 as Vice President, Marketing where she developed a number of marketing initiatives that successfully integrated the Knicks brand with other Cablevision business units. She has also played a key role in the reorganization of the entire front office staff of the NY Knicks.

In her new role, Anucha will be responsible for the day to day management of the Knicks front office and serve as the team's chief marketing officer. Anucha will report to me.

Prior to joining Cablevision, Anucha was the Manager of Marketing Strategy & Corporate Marketing at IBM where she was responsible for developing and activating IBM's Olympic and NBA sponsorships.

Anucha holds a Bachelors of Science degree in Communications from Northwestern University and a Masters in Marketing Communications from Florida State University.

During her collegiate days at Northwestern University, Anucha had an outstanding basketball career. In her senior year, she was the NCAA Scoring Champion, a Kodak All-American, a member of the United States National Team and was named Northwestern University's Athlete of the Decade.

EXHIBIT

MSG 01946

CONFIDENTIAL

Please join me in congratulating Anucha on this well-deserved promotion.

CONFIDENTIAL

MSG 01947



# EXECUTIVE
## PERFORMANCE
# APPRAISAL

Anucha Browne Sanders
Employee's Name

SVP, Marketing & Business Operations
Title

New York Knicks
Department

Steve Mills
Supervisor's Name

1/24/03
Date



MSG 00338

CONFIDENTIAL

| SECTION I Performance Rating | OUTSTANDING | ABOVE EXPECTATIONS | MEETS EXPECTATIONS | BELOW EXPECTATIONS |
|---|---|---|---|---|
| AREAS OF RESPONSIBILITY/SKILL | PERFORMANCE RATING | | | |
| *Teamwork:* Actively contributes to company-wide cohesiveness by developing cooperative relationships company-wide, and within own group, which fosters integrity, productivity and positive support for the successful achievement of goals for each area of the company. | X | | | |
| *Job Knowledge:* Demonstrates necessary level of job competency and required skills. Seeks to improve knowledge. | | X | | |
| *Leadership:* Demonstrates support and understanding for company policies, goals and objectives and positively influences others to do the same. | X | | | |
| *Managerial Style:* Delegates responsibility, supervises and evaluates employees fairly. Trains, motivates and develops subordinates. Resolves conflicts equitably. Provides leadership while encouraging staff morale and teamwork. Elicits cooperation internally and externally in a positive, cooperative and courteous manner. | | X | | |
| *Results:* Accomplishes established goals and objectives, including qualitative and quantitative measurements. | X | | | |
| *Cost Control:* Operates within established budget and continually evaluates decisions in terms of profitability. Implements cost-saving measures, procedures and controls. | | X | | |
| *Planning & Organization:* Budgets time and prioritizes work assignments in order to accomplish goals. Operates effectively under pressure. Actually performs what has been planned in an organized and efficient manner. | X | | | |
| *Initiative:* Demonstrates ability to contribute, develop and carry out new ideas in an entrepreneurial environment. | X | | | |
| *Communication:* Expresses instructions, ideas and information clearly and directly in oral and written form. Possesses effective listening skills. | X | | | |
| *Decision Making & Problem Solving:* Obtains and analyzes facts to make sound decisions in a timely manner. Identifies and anticipates problems, changes and trends. Shows practical judgment in making decisions to formulate realistic alternatives and solutions to problems. | | X | | |

MSG 00339

CONFIDENTIAL

**SECTION A – Results Evaluation:**
Evaluate performance for stated targets. Rate each target/goal (on a 1-5 scale) and multiply it by its percent weighting to determine each target/goal score. Provide a total score by adding all individual target/goal scores. Also provide an Overall Results Evaluation Rating by placing an "X" in the appropriate box at the bottom of the page.

| Statement of Target/Goal | Results | (a) Rating | (b) Weighting | (a) X (b) Score |
|---|---|---|---|---|
| Develop a ticket strategy delivering sell-through percentages and secondary market sales exceeding the '02-03 season. | | | 30% | |
| Develop a program that increases door count by 10% over the '02-03 season. | | | 20% | |
| Build a team revenue stream that currently does not exist. | | | 25% | |
| Become active in the NBA Marketing community by serving on the marketing advisory board or similar group. | | | 25% | |
| | | | | |

**Add all the numbers in the (a) x (b) column to get the total score:**

The signatures below indicate that the appraiser and the employee have discussed the above targets/goals and expected results at the beginning of the performance year.

Appraiser's Signature/Date:                           Employee's Signature/Date:

| OVERALL RESULTS EVALUATION RATING: | 1.0 – 1.9 | 2.0 – 2.7 | 2.8 – 3.6 | 3.7 – 4.5 | 4.6 – 5.0 |
|---|---|---|---|---|---|
| | **1** Did Not Achieve Expected Performance | **2** Partially Achieved Expected Performance | **3** Achieved Expected Performance | **4** Exceeded Expected Performance | **5** Far Exceeded Expected Performance |

2

MSG 00340

CONFIDENTIAL

*SECTION III Demonstrated Strengths & Areas For Improvement*

**Executive's Strengths -** Consider the performance rating section and identify the Executive's major areas of strength.

Anucha has gained a tremendous amount of respect throughout the Garden and Cablevision. She is professional and diligent with a true commitment to the company's overall success. She has improved her knowledge of the entire organization.

**Areas for Improvement -** Consider the performance rating section and identify areas of performance where improvement can be made.

Anucha has made tremendous strides as a manager. She should continue looking at ways that she can modify her style to get the most from her subordinates and peers. I would like her to continue focussing on and building the in-arena presentation of Knicks games.

*SECTION IV Executive's Comments*

*SECTION V Overall Performance Rating & Approvals*

Based on the factors that have been evaluated, indicate below the overall rating which most accurately describes the Executive's total performance during the review period. Refer to the Performance Definitions for guidance.

☒ Outstanding      ☐ Above Expectations      ☐ Meets Expectations      ☐ Below Expectations

Executive _____  Date _____

Executive's Appraiser _____  Date _____

SVP Human Resources & Administration _____  Date _____

President & CEO _____  Date _____

MSG 00341

CONFIDENTIAL

**SECTION D – Employee Comments:**
As an employee, you may use this section to comment on the Performance Appraisal and/or record any differences of opinion.

_____
_____
_____
_____
_____
_____

**SECTION E – Development Action Plan:**
The plan may address knowledge, skills, abilities or behaviors needed to perform most effectively in current or future positions. Include no more than 3 areas.

| Development Area | Action Steps | Outcome |
|---|---|---|
| 1.<br><br>Management style and techniques. | Anucha will work with Pete Olson in continuing to improve her management skills. | |
| 2.<br>Integrate the Knicks into cross divisional (CVC) initiative. | Conduct monthly meetings with other CVC divisions to discuss marketing opportunities. | |
| 3. | | |

**SECTION F – Career Interest Discussion Summary:**

Area(s) you would like to pursue: _____

Steps you would like to take:

1. Step 1

2. Step 2

3. Step 3

5

MSG 00342

CONFIDENTIAL

---------

**Plans To Achieve Goals**

1. I will continue to develop on the established ticketing and marketing strategy in ensure sell through percentages and secondary sales percentages higher that the current year. This plan will include a greater focus on season subscription sales and renewals:
   - Establishing clarity between Sales and customer service roles
   - Emphasis on sales skills development
   - Establishing baseline standards and expectations for sustained performance
   - Establishing measurement criteria and metrics for accountability
   - Establishing a more streamlined integration between the marketing and SS department with measurable results

2. I will create a plan that addresses the door-count 10% over this season's numbers.

3. I will continue to generate high margin FE hospitality programs and for profit events to drive additional revenue for the business.

4. I will attach myself to more NBA programs to establish a stronger presence within the NBA community.

MSG 00343

CONFIDENTIAL

REDACTED





MPIP    145.U
of

# Performance Planning and Appraisal

**Employee and Organization Information:**

Anucha Browne Sanders
**Employee's Name**

SVP Marketing, NY Knicks
**Position Title**

27
**Grade**

MSG – 2 Penn Plaza
**Employee's Location**

Executive
**Department**

MSG
**Business Group**

Steve Mills
**Appraiser's Name**

11/20/00
**Hire Date**

**Time in Position**

12/1/02
**Current Appraisal Date**

12/1/01
**Previous Appraisal Date**

12/1/03
**Next Appraisal Date**

**Signatures:**

Appraiser: _Steve M.Ils_        Date: _2/14/03_

Appraiser's Supervisor: _Jim Dolan_    Date: _____

Employee: _____        Date: _2.14.03_

This signature does not necessarily represent the employee's agreement with the appraisal. It indicates that the employee has read and received a copy of the appraisal.

Issue Date: Sept. 1/01

EXHIBIT

REDACTED

## SELF-APPRAISAL

**SELF-APPRAISAL FORM: Effectiveness Evaluation**

Using the scale below, rate performance in each key effectiveness area by placing an "X" under the rating. Then provide an Overall Effectiveness Rating by placing an "X" in the appropriate box at the bottom of the page.

| NE | SE | E | VE |
|---|---|---|---|
| Not Effective | Somewhat Effective | Effective | Very Effective |

| KEY EFFECTIVENESS AREAS AND BEHAVIORS | RATING | | | |
|---|---|---|---|---|
| **1. Communicates Effectively** | | | | |
| • Listens well and understands the needs of customers and others | NE | SE | E | VE |
| • Expresses ideas clearly and directly | | | | |
| • Conveys confidence in communication and personal presentation | | | | |
| • Persuasively communicates in a way that produces positive results | | | | |
| **2. Develops Relationships** | | | | |
| • Builds, manages, and sustains organizational and customer relationships to achieve goals | NE | SE | E | VE |
| • Collaborates effectively within and across departments | | | | |
| • Acknowledges the contributions of others | | | | |
| • Is an effective team leader and member | | | | |
| **3. Plans Effectively** | | | | |
| • Ensures goals and strategies support the company's vision | NE | SE | E | VE |
| • Creates efficient processes and work plans | | | | |
| • Anticipates problems and takes corrective action | | | | |
| • Effectively balances and communicates long term and short term priorities | | | | |
| **4. Makes Results Happen** | | | | |
| • Maintains an organization-wide focus on satisfying customer needs | NE | SE | E | VE |
| • Defines and clarifies organizational processes, roles and responsibilities | | | | |
| • Makes sound, timely decisions that lead to results | | | | |
| • Takes personal responsibility for achieving results | | | | |
| **5. Demonstrates Resilience and Flexibility** | | | | |
| • Deals effectively with multiple demands and shifting priorities | NE | SE | E | VE |
| • Shows resilience when faced with setbacks or criticism | | | | |
| • Promotes and is receptive to new ideas | | | | |
| • Advocates necessary organization change | | | | |
| **6. Manages and Develops People** (applies only to those with supervisory responsibility.) | | | | |
| • Conducts and completes performance appraisal reviews on time | NE | SE | E | VE |
| • Ensures departmental career planning and development | | | | |
| • Provides ongoing coaching and performance feedback | | | | |
| • Works to discuss and resolve employee work issues and concerns | | | | |
| **7. Supports Company Values and Policies** | | | | |
| • Practices and promotes the company's values | NE | SE | E | VE |
| • Consistently upholds and follows the company's policies | | | | |
| • Acts honestly and ethically in the workplace | | | | |
| • Treats others in a fair and respectful manner | | | | |
| **8. Develops Self** | | | | |
| • Knows own strengths and weaknesses | NE | SE | E | VE |
| • Learns from experience | | | | |
| • Actively seeks feedback for improvement | | | | |
| • Takes responsibility for completing development plan (Section E) | | | | |

| OVERALL EFFECTIVENESS RATING: | NE | SE | E | VE |
|---|---|---|---|---|
| | Not Effective | Somewhat Effective | Effective | Very Effective |

10

CONFIDENTIAL

MSG 03961

REDACTED

# Year-End
# Performance Appraisal
# Forms

CONFIDENTIAL

MSG 03962

REDACTED

## YEAR-END PERFORMANCE APPRAISAL

**SECTION A – Results Evaluation:**
Evaluate year-end performance for stated MPIP goals. Rate each goal and multiply it by its weighting to determine each goal score. Provide a total MPIP score by adding all individual goal scores. Also provide an Overall Results Evaluation Rating by placing an "X" in the appropriate box at the bottom of the page.

| Statement of Goal | Results | (a) Rating | (b) Weighting | (a) X (b) Score |
|---|---|---|---|---|
| Grow cash flow. | The Knicks Marketing group performed exceptionally during a very difficult advertising and team performance environment | 145 | 35% | 50.75 |
| Develop high quality event presentation components. | The Knicks have improved the in-arena experience. New in-arena elements have been designed and executed. | 145 | 25% | 36.25 |
| Utilize Knicks assets to assist other divisions. | Have exceeded goals outlined for cross company promotions. | 150 | 20% | 30 |
| Improve employee relations. | Anucha has improved employee relations within the team. There is still considerable room for more growth. | 140 | 20% | 28 |

the MPIP score:         Add all the numbers in the (a) x (b) column to get        ⟨145⟩

| OVERALL RESULTS EVALUATION RATING: | 0 - 80 1 | 81 - 99 2 | 100 - 119 3 | 120 - 139 4 | 140 - 150 5 |
|---|---|---|---|---|---|
| | | | | | X |

Anucha Browne Sanders   *(signature)*   —   2·14·03   

CONFIDENTIAL

REDACTED

| | | | | |
|---|---|---|---|---|
| Develop high quality innovative event presentation components, which include in-arena game entertainment and dance teams. | • Successfully integrated the MSG Network brand into game presentation. <br> • Developed an effective theme night schedule for the season and successfully implemented kids day and 70's night. <br> • Executed the first webcast of it kind for the KCD auditions <br> • Successfully updated video open. <br> • Successfully launched a new "Star search at the Garden" <br> • Introduced new teams – Ballers, Jumpers – and a much improved KICK. <br> • Transformed the fan club from an offline program to an online acquisition program focused on building a waitlist. 55 acquisition and ongoing fan development. | 150 | 15% | 17.2 |
| Utilize the value of Knicks assets to assist other MSG and Cablevision divisions in achieving their business goals by partnering in at least 2 cross-divisional initiatives. | • Completed production of two OOL commercials utilizing players – these were extremely successful in raising the level of interest in the OOL product line to the African American and Latino community. <br> • Exploring player integration into IFC and Much Music productions. <br> • Coordinating with the WIZ on field marketing initiatives. <br> • Conducted focus group research – used to validate brand image and the value of key programs. <br> • Conducted a series of brand building workshops to gain consensus on communication targets and brand messaging strategy. <br> • Established a coordinated communications process for working across the CSC marketing divisions – Cablevision, Clearview, and MSG Network. | 145 | 20% | 29 |
| Improve employee relations. Increase the effectiveness of employees by putting greater focus on employee development. | • Putting greater focus on identifying opportunities for strong performers – Center for Creative Leadership (Jeter); IEG conference (Jeter, Pezaras). <br> • Grade adjustments and promotions for top performers were completed. <br> • Adjustments were made to organization structure for increased productivity and team performance. <br> • Emphasize development and career planning | 140 | 20% | 28 |
| | | | | |
| | | | | |
| Add all the numbers in the (a) x (b) column to get the total MPIP score: | | | | 147 |

OVERALL RESULTS EVALUATION RATING

| 0 – 80 <br> 1 <br> Did Not Achieve Expected Performance | 81 – 99 <br> 2 <br> Partially Achieved Expected Performance | 100 – 119 <br> 3 <br> Achieved Expected Performance | 120 – 139 <br> 4 <br> Exceeded Expected Performance | 140 – 160 <br> 5 <br> Far Exceeded Expected Performance |
|---|---|---|---|---|
| | | | | X |

*Anicka Browne Sanders* 
EMPLOYEE (Print Name)          EMPLOYEE (Sign Name)          2·14·03 DATE

9

CONFIDENTIAL

MSG 03964

REDACTED

## SELF-APPRAISAL

### SELF-APPRAISAL FORM: Results Evaluation

Evaluate year-end performance for stated MPIP goals. Rate each goal and multiply it by its weighting to determine each goal score. Provide a total MPIP score by adding all individual goal scores. Also provide an Overall Results Evaluation Rating by placing an "X" in the appropriate box at the bottom of the page.

| Statement of Goal | Results | (a) Rating | (b) Weighting | (a) X (b) Score |
|---|---|---|---|---|
| Grow cash flow (OPBITDA) by $43.2 million over 2001 | • Exceeded FE target in a struggling economic and team environment. | 150 | 35% | 52.5 |
| | • Attained better than projected ticket revenue through the first three months of the season. | | | |
| | • Offset lost FE revenue with new business opportunities – non ad sales prospecting, additional (high margin) VIP hospitality programs (VIP road trips, fantasy days), refined camp revenue share, and further expense cost containment for ad.FE programs. | | | |
| | • Conducted extensive agency review and established Rapp Collins as an "agency of record" for The Garden. | | | |
| | • Developed and executed a comprehensive ticket sales and SS retention plan. | | | |
| | • Spearheaded a complete assessment of the SS sales and customer service function for the teams which will result in marked improvements moving forward. | | | |
| | • Aggressively reinforced, enhanced and communicated SS benefits. | | | |
| | • Successfully rolled out Ticketmaster Account Manager and Marketplace features for SS for the three teams. | | | |
| | • Implemented multi-tiered direct marketing strategy for ticket sales (season, mini plan and individual) – utilizing direct mail, email, telephone. | | | |
| | • Developed and executed aggressive plan for attacking waitlist and supplemental databases to identify potential SS. Successfully offset SS non renewal. | | | |
| | • Successfully hired an effective and seasoned VP CR and Fan Development – Strong focus on Community Relations, Alumni Relations, field marketing, and fan development. | | | |
| | • With strong assist from media partners, Elite, and sponsor partners, successfully raised the level of exposure for Allan Houston. | | | |

8

CONFIDENTIAL

MSG 03965

REDACTED



# Self-Appraisal Forms

CONFIDENTIAL

PERFORMANCE PLANNING

## MID-YEAR PERFORMANCE REVIEW

Evaluate progress toward stated MPIP goals. Include comments relating to performance progress, and changes in plan, as well as suggestions as to how to most effectively reach stated goals.

| Statement of Goal | Mid-Year Performance Review |
|---|---|
| Grow cash flow (OPBITDA) by $43.2 million over 2001. | • Conducted extensive agency review. Contracted Pope Collins agency to assist in the development and execution of a comprehensive ticket sales and SS retention plan.<br>• Created action plan to reinforce and communicate SS benefits.<br>• Developing plan for the rollout of Ticketmaster Account Manager and Marketplace features for SS.<br>• Implementing multi-tiered direct marketing strategy for ticket sales (season, mini plan and individual) – utilizing direct mail, email, telephone.<br>• Developing plan for attacking waitlist and supplemental databases to identify potential SS.<br>• FE target of $5.4 million was not met. Final FE revenue was $5.3 million.<br>• In process of hiring VP CR and Fan Development. – Strong focus on Community Relations, Alumni Relations, field marketing, and fan development.<br>• Contracted with Elite Model Management to address greater exposure opportunities for current players across the three teams. |
| Develop high quality innovative event presentation components, which include in-arena game entertainment and dance teams. | • Updating video open with new team branding direction.<br>• Researching lighting improvements in arena.<br>• GardenVision improvements including MSG-TV branding and programming development.<br>• Development of more extensive theme night plan.<br>• KCD auditions with live webcasting component.<br>• Researching ongoing amateur night feature.<br>• Other team (Ballers, Jumpers, KCK) improvement plans. |
| Utilize the value of Knicks assets to assist other MSG and Cablevision divisions in achieving their business goals by partnering in at least 2 cross-divisional initiatives. | • Completed production of two OOL commercials utilizing players<br>• Exploring player integration into IFC and Much Music productions.<br>• Coordinating with the WIZ on field marketing initiatives. |
| Improve employee relations. Increase the effectiveness of employees by putting greater focus on employee development. | • Putting greater focus on identifying opportunities for strong performers – Center for Creative Leadership (Jeter); IEG conference (Jeter, Pazaras).<br>• Grade adjustments and promotions for top performers is ongoing. |

Anucha Browne Sanders

EMPLOYEE (Print Name)          EMPLOYEE (Sign Name)                    DATE


APPRAISER (Print Name)         APPRAISER (Sign Name)                   DATE

6

CONFIDENTIAL

REDACTED

## PERFORMANCE PLANNING

### GOAL PLANNING FORM

State each performance goal as specifically as possible, and list the key activities that need to be done to achieve each goal. Provide due dates and weightings for each goal.

| Statement of Goal | Key Activities to Achieve Goal | Due Dates | Weighting |
|---|---|---|---|
| Grow cash flow (OPEITDA) by $43.2 million over 2001 | • Continue to sellout all games in 2002 with no price increase by establishing and implementing a comprehensive ticket sales strategy. | 6/02 | 35% |
| | • Maintain FE revenues consistent with 2001 level. | 6/02 | |
| | • Enhance CR opportunities for the New York Knicks and our players. | 7/02 | |
| | • Develop and implement a season subscriber benefits program. | 4/02 | |
| Develop high quality innovative event presentation components, which include in-arena game entertainment and dance teams. | • Introduce new in arena entertainment elements. | 5/02 | 25% |
| | • Establish theme nights throughout the season. | | |
| | • Continue to improve the dance team presentation. | | |
| Utilize the value of Knicks assets to assist other MSG and Cablevision divisions in achieving their business goals by partnering in at least 2 cross-divisional initiatives | • Leverage the strength of NYK as an asset across MSG and CSC properties. | 7/02 | 20% |
| | • Develop tighter integration with the MSG Network to ensure consistent Knicks-branded messaging. | | |
| Improve employee relations. Increase the effectiveness of employees by putting greater focus on employee development. | • Implement HR initiative in accordance with tactics agreed to with Cablevision HR. | 6/02 | 20% |
| | • Encourage employee professional growth opportunities. | | |

Total Weighting = 100%

EMPLOYEE (Print Name)          EMPLOYEE (Sign Name)                    DATE

APPRAISER (Print Name)         APPRAISER (Sign Name)                   DATE

4

CONFIDENTIAL

MSG 03968

REDACTED

## Cablevision Systems Corporation

### 2003 MPIP Individual Ratings

| 2003 Unit Head | 2003 Unit | Grade | Name | Title | 2003 Individual Rating (1 to 5) |
|---|---|---|---|---|---|
| Mills,Stephen C | NY KNICKS | 27 | Browne-Sanders,Anucha | SVP - Marketing & Business Ops | 4/5 |
| Browne-Sanders,Anucha | NY KNICKS | 25 | Feigin,Peter | VP - Marketing NY Knicks | 3/5 |
| Browne-Sanders,Anucha | NY KNICKS | 24 | Buchholz,Karin J | VP - Comm Rel & Fan Develop | |

VP – Player Dev

Steve Mills

EXHIBIT Mills

MSG 04605



## CABLEVISION

### MPIP

# Performance Appraisal

**Employee and Organization Information:**

**Employee's Name**

Anucha Browne Sanders

**Appraiser's Name**

Steve Mills

**Position Title**

SVP, Marketing & Business Operations

**Appraisal Date**

**Business Group**

New York Knicks

**Signatures:**

Appraiser:_____ Date:_____

Appraiser's Supervisor:_____ Date:_____

Employee*:_____ Date:_____

*The signature does not necessarily represent the employee's agreement with the appraisal. It indicates that the employee has read and received a copy of the appraisal.

### Date reviewed with employee: _____

revised 1/1/05                                    1

CONFIDENTIAL



MSG 04596

**SECTION A– Effectiveness:** Using the scale below, rate performance in each key effectiveness area by placing the appropriate number in the rating box. If an area is not applicable, indicate N/A in the rating box. Use the comment section available in each effectiveness area to provide additional information. If the rating is below achieved expected performance, examples must be provided in the comments section.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Did Not Achieve Expected Performance | Partially Achieved Expected Performance | Achieved Expected Performance | Exceeded Expected Performance | Far Exceeded Expected Performance |

| KEY EFFECTIVENESS AREAS AND BEHAVIORS | RATING |
|---|---|
| **1. Job Knowledge**<br>• Possess and applies professional knowledge and/or technical skills required to perform job functions<br>• Takes necessary steps to increase job knowledge and keeps current with new developments, ideas, trends and technology<br>Comments: | 4 |
| **2. Communicates Effectively**<br>• Listens well and understands the needs of customers and others<br>• Expresses ideas clearly and directly<br>• Conveys confidence when communicating<br>• Persuasively communicates in a way that produces positive results<br>Comments: | 5 |
| **3. Develops Relationships**<br>• Builds, manages, and sustains organizational and customer relationships to achieve goals<br>• Collaborates effectively within and across departments<br>• Acknowledges the contributions of others<br>• Is an effective team leader and member<br>Comments: | 4 |
| **4. Plans Effectively**<br>• Ensures goals and strategies support the company's vision<br>• Creates efficient processes and work plans<br>• Anticipates problems and takes corrective action<br>• Effectively balances and communicates long term and short term priorities<br>Comments: | 4 |
| **5. Makes Results Happen**<br>• Maintains an organization-wide focus on satisfying customer (internal and external) needs<br>• Defines and clarifies organizational processes, roles and responsibilities<br>• Makes sound, timely decisions that lead to results<br>• Takes personal responsibility for achieving results<br>Comments: | 4 |

revised 1/1/05

2

CONFIDENTIAL

MSG 04597

| | |
|---|---|
| **6. Demonstrates Resilience and Flexibility**<br>   • Deals effectively with multiple demands and shifting priorities<br>   • Shows resilience when faced with setbacks or criticism<br>   • Promotes and is receptive to new ideas<br>   • Advocates necessary organization change<br>Comments: | 4 |
| **7. Supports Company Values and Policies**<br>   • Practices and promotes the company's values<br>   • Consistently upholds and follows the company's policies<br>   • Supports and practices the code of business conduct and ethics<br>   • Acts honestly and ethically in the workplace<br>   • Treats others in a fair and respectful manner<br>Comments: | 4 |
| **8. Develops Self**<br>   • Knows own strengths and weaknesses<br>   • Learns from experience<br>   • Actively seeks feedback for improvement<br>Comments: | 3 |
| **9. Manages and Develops People** *(Applies only to those with supervisory responsibilities)*<br>   • Conducts and completes performance appraisal reviews on time<br>   • Ensures departmental career planning and development<br>   • Provides coaching and performance feedback where appropriate<br>   • Works to discuss and resolve employee work issues and concerns<br>   • Promotes and encourages diversity within the organization<br>Comments: | 5 |
| **Add numbers together in the Rating Boxes to receive a total. Divide total by 8 or 9 to determine Overall Effectiveness Rating. Place an X in the appropriate box below.** | 37<br><br>Total Rating |

**Overall Effectiveness Rating:**

| 1<br>Did Not Achieve Expected Performance | 2<br>Partially Achieved Expected Performance | 3<br>Achieved Expected Performance | 4<br>Exceeded Expected Performance | 5<br>Far Exceeded Expected Performance |
|---|---|---|---|---|
| | | | X | |

**SECTION B -- Goals/Accomplishments Achieved:**
**List the top three goals/accomplishments achieved during this review period.**

1.
Anucha embraced the role of P&L Manager during this period. She challenged her staff and all service providers to drive revenues and control expenses.

2.
Anucha effectively managed through the organizational and philosophical changes when Isiah Thomas was hired. She has managed to derive upon key player involvement in team business and marketing initiatives with less player availability.

revised 1/1/05

3

CONFIDENTIAL

MSG 04598

3.

Anucha delivered a 11.5% ticket price increase and completed the first stage of rescaling the arena for Knicks games.

**SECTION C – Additional Comments: Use this section to provide additional comments other than those provided in Section A.**

Anucha must continue to develop her ability to focus and identify the issues and initiatives most important to the team's overall success. She has done excellent job of building a first class organization and a strong staff.

**SECTION D – Overall Performance Rating:** Based on Sections A, B and C provide an overall rating by placing an X in the appropriate box below.

**OVERALL PERFORMANCE RATING:**

| 1<br>Did Not Achieve Expected Performance | 2<br>Partially Achieved Expected Performance | 3<br>Achieved Expected Performance | 4<br>Exceeded Expected Performance | 5<br>Far Exceeded Expected Performance |
|---|---|---|---|---|
| | | | X | |

**SECTION F – Employee Comments:** As an employee, you may use this section to comment on the Performance Appraisal and/or record any differences of opinion.

revised 1/1/05

4

CONFIDENTIAL

MSG 04599