# Exhibit 17

Dockets.Justia.com

1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  06 Civ. 0589 (CGE)

5  - - - - - - - - - - - - - - - - - -x

6  ANUCHA BROWNE-SANDERS,

7                          Plaintiff,

8        -against-

9  MADISON SQUARE GARDEN, L.P., ISIAH

   LORD THOMAS, III and JAMES DOLAN,

10

                         Defendants.

11

   - - - - - - - - - - - - - - - - - -x

12

                         1501 Broadway

13                       New York, New York

14                       January 29, 2007

                         10:12 a.m.

15

16           DEPOSITION of MADISON SQUARE

17  GARDEN by ROCHELLE NOEL, one of the

18  Defendants in the above-entitled

19  action, held at the above time and

20  place, taken before Barbara P.

21  Goldsmith, a Shorthand Reporter and

22  Notary Public of the State of New York,

23  pursuant to the Federal Rules of Civil

24  Procedure, and stipulations between

25  Counsel.

62

R. NOEL

1
2 **Mr. Thomas were having difficulty, he**
3 **did not raise any issues of her**
4 **performance.**
5    Q.    Did he tell you that
6 Ms. Browne-Sanders had ever told him
7 she wanted to leave Madison Square
8 Garden?
9    A.    **At some point he did, but I**
10 **don't recall if that was in the first**
11 **interview or the second.**
12    Q.    Can you take a look at your
13 notes and see if it refreshes your
14 recollection whether he mentioned that
15 in the first interview?
16    A.    **I'm sorry. What was your**
17 **question again?**
18    Q.    During the first interview,
19 did Mr. Mills tell you that
20 Ms. Browne-Sanders had at any point.
21 Said she wanted to leave Madison Square
22 Garden?
23    A.    **I don't believe so.**
24    Q.    Is there anything in your
25 notes that indicates that in the first

63

R. NOEL

1
2 interview Mr. Mills mentioned that
3 Ms. Browne-Sanders had ever told him
4 that she wanted to leave Madison Square
5 Garden?
6        MR. GREEN:  Objection to
7 form.  You may answer.
8    A.    **There does not appear to be**
9 **anything in my notes about anything**
10 **about Ms. Browne-Sanders wanting to**
11 **leave.**
12    Q.    How long did you speak with
13 Mr. Mills during the first interview?
14    A.    **I don't recall.**
15    Q.    Was it more than an hour?
16    A.    **I don't recall.**
17    Q.    Is there anything that you
18 remember from the interview that is not
19 contained in your notes?
20        MR. GREEN:  Objection to
21 form.  You may answer as best you
22 can.
23    A.    **I don't recall.**
24        MS. CACACE:  Mark a --
25    Q.    Before we go to the next

64

R. NOEL

1
2 document, did you ask Mr. Mills during
3 the first interview if there was
4 anything else he wanted to tell you
5 about Ms. Browne-Sanders?
6    A.    **I may have. I don't recall.**
7    Q.    Did you cut him off at any
8 point during the interview or did you
9 let him finish telling you what it was
10 he was saying while you were asking him
11 questions?
12        MR. GREEN:  Objection to
13 form.  You may answer.
14    A.    **I don't specifically recall,**
15 **but I don't believe that I cut him off**
16 **at any point.**
17        MS. CACACE:  Mark this one as
18 Noel Exhibit 2.
19        (12/23/05 Thomas notes were
20 hereby marked as Noel Exhibit 2 for
21 identification, as of this date.)
22        MS. CACACE:  For the record,
23 this is a document Bates stamped
24 MSG 4068 through 4077.
25    Q.    After you finish reviewing

65

R. NOEL

1
2 it, could you let me know?
3    A.    **Sure. Okay.**
4    Q.    Are these your notes from
5 your interview with Mr. Thomas on
6 December 23rd?
7    A.    **They appear to be, yes.**
8    Q.    And who else was present at
9 that interview?
10    A.    **Mr. Moran.**
11    Q.    Where did the interview take
12 place?
13    A.    **I believe it was at**
14 **Mr. Thomas' office.**
15    Q.    I believe you testified
16 earlier that for this interview you
17 made notes of questions that you wanted
18 to ask Mr. Thomas; is that correct?
19    A.    **Correct.**
20    Q.    Are the first four pages of
21 this document the notes that you made
22 prior to the interview?
23    A.    **They appear to be, yes.**
24    Q.    So the first question you
25 wanted to ask Mr. Thomas was regarding

17 (Pages 62 to 65)

66

```
1            R. NOEL
2  Frank Murphy?
3      A.   Correct.
4      Q.   And what did you ask
5  Mr. Thomas?
6      A.   My notes reflect that I asked
7  him if Ms. Browne-Sanders had
8  complained to him regarding Frank
9  Murphy and the words in quotes are
10 phrases that were attributed by
11 Ms. Browne-Sanders to Mr. Murphy, "Who
12 are you?  Who do you think you are,
13 bitch."  I'm sorry.
14     Q.   Is there anything else?
15     A.   No.
16     Q.   What was Mr. Thomas'
17 response?
18     A.   Mr. Thomas said that he
19 didn't recall the word, bitch, that
20 Mr. Murphy and Ms. Browne-Sanders were
21 at odds, like oil and vinegar, and that
22 each had complained about the other.
23         It looks like Mr. Thomas
24 provided more information about how
25 Ms. Browne-Sanders and Mr. Murphy came
```

67

```
1            R. NOEL
2  to be working together.  He indicated
3  that he, Mr. Thomas, arrived at MSG
4  presumably in December of 2003, that
5  "Ms. Browne-Sanders' department and
6  basketball were all mixed at that time,
7  that he and Ms. Browne-Sanders started
8  butting heads because he wanted
9  complete control of the players and
10 that Ms. Browne-Sanders thought that
11 that was personally directed towards
12 her, but it was not personal.  He tried
13 to explain the middle of a losing
14 streak.  Instead of sending players
15 working 40 minutes per night, send
16 other players.  Asked her and Frank to
17 make a schedule in advance.  Told Frank
18 whatever AS needs, we deliver or some
19 other way."
20     Q.   What did you understand
21 Mr. Thomas to mean by "some other way"?
22     A.   That if they couldn't provide
23 exactly -- couldn't give her exactly
24 what she was asking for, they'd some
25 other way to make it work.
```

68

```
1            R. NOEL
2      Q.   Did you ask Mr. Thomas the
3  question you have under No. 2 on page
4  4068?
5      A.   Yes.  I don't recall, as I
6  sit here, exactly how I worded it, but
7  the question says, if yes, pertaining
8  to Ms. Browne-Sanders' allegation that
9  she complained to him regarding Frank
10 Murphy.  I think what I was saying is,
11 "Did you say who the fuck are you?
12 What do you do around here?  Bitch, ho,
13 mother fucker."
14     Q.   What was Mr. Thomas'
15 response?
16     A.   He denied it, but he said
17 that he didn't -- he wasn't claiming
18 that he doesn't swear, but that he
19 never treated anyone in that manner and
20 didn't treat her in that manner on that
21 occasion.
22     Q.   Did you ask Mr. Thomas what
23 type of swear words he does use in the
24 office?
25     A.   I did not.
```

69

```
1            R. NOEL
2      Q.   Why not?
3      A.   I was asking specifically
4  about those -- the allegations that she
5  had raised and those were the questions
6  that I put to him.
7      Q.   Did you ask if he ever cursed
8  at Ms. Browne-Sanders?
9      A.   I don't recall if I did.
10     Q.   Did you ask him if he ever
11 cursed in her presence?
12     A.   I don't recall.
13     Q.   Did you think it would have
14 been important if he had cursed in her
15 presence?
16         MR. GREEN:  Objection to
17     form.  You may answer as best you
18     can.
19     A.   It would depend on the
20 content.
21     Q.   Did you think it would have
22 been important if he had cursed at her
23 at any time?
24         MR. GREEN:  Same objection as
25     to form.  You may answer again.
```

18 (Pages 66 to 69)



**90**

R. NOEL

2 ▮▮▮ was embarrassing?
3    MR. GREEN: Objection to
4 form. You may answer.
5    A. I don't think he said that
6 ▮▮▮▮▮ was embarrassing, but that
7 Ms. Browne-Sanders was saying that
8 ▮▮▮ was embarrassing.
9    Q. So that last paragraph, could
10 you tell me the discussion that's
11 referenced in that last paragraph?
12    A. I think that I had asked him
13 if he had any idea where
14 Ms. Browne-Sanders' allegations might
15 have come from. And then he was
16 speaking to me about his -- her
17 relationship with ▮▮▮ and that's
18 where he said, "▮▮ embarrassing and a
19 goof. Can't get anything done with
20 him." Then he talked to him."
21    So Ms. Browne-Sanders had
22 complaints to Mr. Thomas. Mr. Thomas
23 said he would talk to him. "Direct to
24 him," but I think that's supposed to be
25 directed "him to Jamie Matthews and C.

**91**

R. NOEL

2 Bernard. Give them what they need and
3 behave in a gentlemanly way."
4    Q. So during this conversation,
5 Mr. Thomas was telling you that he told
6 Ms. Browne-Sanders to work with
7 Mr. Matthews and Ms. Bernard --
8 Mr. Bernard?
9    A. He said that he would talk to
10 ▮▮▮▮ I don't know. I can't --
11 I'm not sure what that means, "direct
12 to him." I don't know if he was saying
13 that he told Ms. Browne-Sanders that he
14 would speak to ▮▮▮▮▮ and he told
15 ▮▮▮▮ to tell Jamie and C.
16 Bernard, that they should be given what
17 they need and he should behave in a
18 gentlemanly way. I don't recall as I
19 sit here.
20    Q. Were there any complaints
21 that Mr. Bernard or Mr. Matthews or
22 ▮▮▮▮▮ were not behaving in a
23 gentlemanly way?
24    MR. GREEN: Objection to
25 form. You may answer.

**92**

R. NOEL

2    A. Ms. Browne-Sanders had made
3 that allegation.
4    Q. About which of those
5 individuals?
6    A. About ▮▮▮▮.
7    Q. Had she made any allegations
8 about Mr. Matthews or Mr. Bernard?
9    A. I don't recall. I'm not sure
10 what this meant.
11    Q. Did Mr. Thomas tell you that
12 other people complained about
13 ▮▮▮▮?
14    A. I know somebody did, but I
15 can't remember who. But it's reflected
16 in my notes somewhere.
17    Q. If you look at the top of
18 4077, can you read that and see if that
19 refreshes your recollection about
20 whether there were other complaints
21 about ▮▮▮▮?
22    A. It states there "were
23 complaints regarding ▮▮ being hostile
24 or being angry and I spoke with him."
25 But he said he never received such

**93**

R. NOEL

2 complaints from Ms. Browne-Sanders,
3 that ▮▮▮▮ was inappropriate in
4 his mannerism, that his voice would be
5 raised, would get loud but not
6 disrespectful from Mr. Thomas'
7 perspective.
8    Q. So did Mr. Thomas say that
9 ▮▮▮▮ would raise his voice, but
10 Mr. Thomas did not find that to be
11 disrespectful?
12    MR. GREEN: Objection to
13 form, but you may answer.
14    A. He said that he would raise
15 his voice and he would get loud, but
16 not disrespectful from his perspective.
17    Q. From Mr. Thomas' perspective?
18    A. Correct.
19    Q. Is there anything else that
20 Mr. Thomas told you in this first
21 interview that's not reflected in your
22 notes?
23    MR. GREEN: Objection to
24 form. You may answer.
25    A. Not that I recall.

24 (Pages 90 to 93)

94

**R. NOEL**

1
2    Q.    Did you ask Mr. Thomas -- did
3    Mr. Thomas have any questions to you?
4    **A.    I don't recall.**
5    Q.    On the last page 4077, I
6    think right under where you just read.
7    **A.    Uh-huh.**
8    Q.    Could you read the next part?
9    **A.    "Believes AS wanted to be**
10   **making decisions in B-ball ops.**
11   **Changed when IT got here."**
12   Q.    What did Mr. Thomas say about
13   that?
14   **A.    That he believed that**
15   **Ms. Browne-Sanders wanted to be making**
16   **decisions regarding basketball**
17   **operations and that he was in charge of**
18   **basketball operations when he arrived.**
19   Q.    Did he say what type of
20   decisions she wanted to be making with
21   respect to basketball operations?
22   **A.    I don't recall.**
23   Q.    What is your understanding of
24   what basketball operations covers?
25   **A.    I'm not sure.**

95

**R. NOEL**

1
2    Q.    Did you·ask him what he was
3    talking about?
4    **A.    I don't recall.**
5    Q.    Did you have an understanding
6    of what Ms. Browne-Sanders' job
7    responsibilities were when you
8    interviewed Mr. Thomas for the first
9    time?
10   **A.    I don't recall.**
11   Q.    When you first started your
12   interview with Mr. Thomas, did you tell
13   him what you were investigating?
14   **A.    I don't remember exactly what**
15   **I told him.  I believe that I told him**
16   **that we were investigating allegations**
17   **that had been raised by**
18   **Ms. Browne-Sanders.  I don't know if I**
19   **was specific about the allegations that**
20   **had been raised.**
21   Q.    What was his response when·
22   you told him that you were
23   investigating allegations by
24   Ms. Browne-Sanders?
25   **A.    I don't recall.**

96

**R. NOEL**

1
2    Q.    Do you recall if he was
3    surprised?
4        MR. GREEN:  Objection to
5    form.  You may answer.
6    **A.    I don't recall if he was**
7    **surprised when I initially spoke to**
8    **him.  I remember at some point he did**
9    **seem to express surprise as my**
10   **questions to him indicated what the**
11   **specific allegations were if I had not**
12   **previously.**
13   Q.    And at what point was he
14   surprised?
15   **A.    I don't recall specifically.**
16       MS. CACACE:  Would you mark
17   this as 3, please.
18       (12/23/05 Winkler notes were
19   hereby marked as Noel Exhibit 3 for
20   identification, as of this date.)
21   Q.    Please let me know when you
22   have finished looking at this.
23       MS. CACACE:  And for the
24   record, this is a one page document
25   Bates stamped MSG 4078.

97

R. NOEL

1
2    **A.    Okay.**
3    Q.    Are these your notes of an
4    interview with Mr. Winkler on
5    December 23rd of '05?
6    **A.    They appear to be, yes.**
7    Q.    Who else was present for the
8    interview?
9.   **A.    Mr. Moran.**
10   Q.    Where did the interview take
11   place?
12   **A.    I believe in Mr. Moran's**
13   **office, but I'm not positive.**
14   Q.    Why·did you want to meet with
15   Mr. Winkler?
16   **A.    I believe somehow we learned**
17   **that he might have had information**
18   **about Ms. Browne-Sanders' allegation**
19   **regarding Petra Pope.**
20   Q.    Did you ask Mr. Winkler about
21   that?
22   **A.    I did.**
23   Q.    And what did he say?
24   **A.    He said that Petra had**
25   **inferred to him that it was Mr. Thomas**

25 (Pages 94 to 97)

230

R. NOEL

1
2    A.   I don't recall.
3    Q.   Did you ask him what "setting
4  this up" meant?
5    A.   I don't recall.
6    Q.   In the second interview, did
7  Mr. Mills tell you that he was aware of
8  the comment that Mr. Marbury was
9  alleged to have made, saying that
10  Ms. Browne-Sanders was a bitch?
11         MR. GREEN:  Objection to
12    form.  You may answer.
13    A.   I don't recall.
14    Q.   Well, on the first page of
15  this exhibit, you refer to Marbury's
16  comments?
17    A.   Right.
18    Q.   Did you have any discussion
19  with Mr. Mills about the comments that
20  Mr. Marbury was alleged to have made
21  about Ms. Browne-Sanders?
22    A.   I don't recall.
23    Q.   Do you recall if you had any
24  conversation with Mr. Mills in the
25  first interview about the comments that

231

R. NOEL

1
2  Mr. Marbury said calling
3  Ms. Browne-Sanders a bitch?
4         MR. GREEN:  Objection to
5    form.  You may answer.
6    A.   I don't recall.
7    Q.   If you can take a look at
8  Noel Exhibit 1, and take a look
9  specifically at page 4111.  If you look
10  at the second paragraph on that page,
11  the second sentence says, "Never heard
12  comment by Marbury that AS was a
13  bitch."
14    A.   Yes.
15    Q.   Does that refresh your
16  recollection as to whether Mr. Mills
17  told you in the first interview that he
18  hadn't heard a comment by Mr. Marbury
19  that Ms. Browne-Sanders was a bitch?
20    A.   I didn't even recall that
21  that was your question.  I'm sorry.
22    Q.   Sure.  My question is, do you
23  remember whether in the first interview
24  you had with Mr. Mills, did he tell --
25  that he had not heard that Ms. --

232

R. NOEL

1
2  Mr. Marbury called Ms. Browne-Sanders a
3  bitch?
4    A.   That my notes seem to
5  indicate that he did say that he never
6  heard a comment by Mr. Marbury that
7  Ms. Browne-Sanders was a bitch.
8         (1/11/06 Isiah Thomas notes
9    were hereby marked as Noel Exhibit
10    13 for identification, as of this
11    date.)
12    Q.   N 13 is a document marked MSG
13  41042 through 41047.
14    A.   Okay.
15    Q.   Are these notes the second
16  interview you had with Mr. Thomas?
17    A.   They appear to be, yes.
18    Q.   And when did that interview
19  take place?
20    A.   I believe it was
21  January 11th.
22    Q.   Where did it take place?
23    A.   I believe Mr. Thomas' office.
24    Q.   And who was present?
25    A.   Mr. Moran, Mr. Thomas and

233

R. NOEL

1
2  myself.
3    Q.   Why did you have a second
4  interview with Mr. Thomas?
5    A.   For the same reasons we met
6  with others on the second day, that we
7  had an opportunity to speak with
8  Ms. Browne-Sanders directly and also
9  because of things that we learned from
10  other interviews.
11    Q.   If you look at the second
12  page of this document, in the second
13  paragraph, I think the third sentence
14  in says, "Understand sponsorship
15  events, but in the future make sure
16  these schedule mistakes don't take
17  place."  What did that refer to?
18    A.   Mr. Thomas was responding to
19  a question that I asked him regarding
20  an allegation by Ms. Browne-Sanders
21  that Mr. Thomas had pulled her up by
22  her arm into a locker room and cursed
23  at her.  He was stating that he
24  remembered the loss on the night that
25  she alleges this happened.  It was in

59 (Pages 230 to 233)

234

R. NOEL

1
2 the middle of the playoff push and that
3 he was being heavy handed with the
4 players. He went into the locker room,
5 told them that losing like that was
6 unacceptable. He said he told them
7 that he understands sponsorship events,
8 but in the future make sure these
9 scheduling mistakes don't take place,
10 so.
11     I believe that the game
12 happened after some kind of community
13 relations event and they lost and
14 Mr. Thomas was upset about the loss.
15     Q.   And he connected it in some
16 way to the community relations event?
17     A.   To my recollection.
18     Q.   Is that he did?
19     A.   Yes.
20     Q.   If you could look two
21 paragraphs down from that it says,
22 "Doesn't believe they have players blow
23 off appearances since he's been here.
24 Couldn't have players," I'm not sure.
25 Could you read that sentence, the next

235

R. NOEL

1
2 sentence?
3     A.   "Couldn't have players
4 playing most show up at all events
5 draining energy. Recommends not using
6 key," and I don't think I -- I think I
7 left off the word, players.
8     Q.   Mr. Thomas was recommending
9 that they not use key players for the
10 community relations event?
11     A.   I think he was saying that
12 they should not have key players at all
13 events, not that they shouldn't use
14 them for any events.
15     Q.   Could you read the next
16 paragraph?
17     A.   "Denies interaction with AS
18 completely. Thinks AS, SM and IT met.
19 Said to both will make sure play" -- I
20 think it's supposed to be players --
21 "where to be and to do what supposed to
22 and handle in respectful way. Next
23 year sensitivity for players and their
24 energy."
25     Q.   Mr. Thomas was saying that

236

R. NOEL

1
2 next year he wanted Ms. Browne-Sanders
3 to have sensitivity for the players and
4 their energy?
5     A.   I believe so, yes.
6     Q.   If you could look at the next
7 page, at the very last paragraph, where
8 it says, "No request for off site
9 meetings. No calculation behind not
10 meeting with her. Just got lucky."
11     A.   Yes.
12     Q.   What was that in reference
13 to?
14     A.   I don't recall. I mean, I
15 know that there was an allegation that
16 he had been requesting that
17 Ms. Browne-Sanders go to off site
18 meetings. I'm not sure, I don't recall
19 as I sit here what he meant by "no
20 calculation behind not meeting with
21 her, just got lucky."
22     Q.   Did you ask him what he
23 meant?
24     A.   I don't recall.
25     Q.   Did he sound hostile when he

237

R. NOEL

1
2 said that?
3     MR. GREEN: Objection to
4 form. You may answer.
5     A.   I don't recall.
6     Q.   Did he sound like he was
7 happy he didn't have to meet with
8 Ms. Browne-Sanders?
9     MR. GREEN: Same objection as
10 to form. You may answer.
11     A.   I don't recall.
12     Q.   Was he laughing when he said
13 that?
14     A.   I don't believe so.
15     Q.   Can you look at the next
16 page. The second to last paragraph
17 says, ▓▓▓ not here because a lot of
18 this shit stuff because we all have
19 bosses," I think, is that what it says?
20     A.   Yes.
21     Q.   What did that refer to?
22     A.   That ▓▓▓▓▓▓ was not here
23 because of the things that come before
24 it in the notes.
25     Q.   And what was that discussion

①           Isaiah Thomas
                 12/23/05

3/23/06
① AS complain to you re Frank Murphy –
    "Who are you" "Who do you think
you are" "Bitch"
     Doesn't recall 'bitch'. FM & AS @ odds like
oil & vinegar. Both complained about the other.



② If yes – "Who the fuck are you"
    "What do you do around here"
   "Bitch" "Ho" "Mother fucker"

③ 3/23/06
   Mtg w/ Steve to clarify your respective
roles. Recollection of same
                   Steve stepping
                   out during mtg

Anucha describe her responsibilities?
"Can't go on like this?"

During mtg @ any point curse @ her?

CONFIDENTIAL

②
II

Tell players in late '03-'04 that they
didn't have to participate in community
relations?

Did Mills tell you to rescind the message
to players? Did that happen?

How did you feel about her? Did that
change? Believe different philosophies
re your responsibilities?

Proscription Ad campaign — refuse to make
players available — need to use cut outs

Tell her repeatedly  "We're not doing
your shit"  "I (or) We aren't acquirents

CONFIDENTIAL

MSG 04069

③
IT

6/05 agree to participate in a recording
for a phone line — subseq unavail

Ad Sales mtg did you say "You're
wasting my fucking time"

Ever tell ~~Petra Pope~~ Anucha to tell Petra
to go into lockerroom and flirt with
the refs?

Ever tell anyone else to ignore Anucha?
Ever say "Don't have to take direction
from that bitch"  Don't have to listen
to her?

On 12/14/05 did you hug Anucha from
behind and say you can't get
any love?

CONFIDENTIAL

MSG 04070

④
IT

12/30/04 he and Anucha playing a game of horse said "it's..." "I love you, you're beautiful." It's like the movie Love and Basketball.

3/14/05 say to Anucha "I'm very attracted to you and I am in love with you. I notice you have a scar over your eye. I have a scar over my eye. I know you think I'm inappropriate but I love you.

CONFIDENTIAL

MSG 04071

⑤
IT

① Arrived in 12/03. Anucha's dept, b-ball all
mixed @ that time. AS & IT butted heads
@ that time b/c IT wanted complete
control of players. AS thought was personally
directed towards them. Not personal.

Tried to explain in middle of losing streak
Instead of sending players working to
mins/might send other players. Asked
her & Frank to make a sched. in advance

Told Frank whatever AS needs we
deliver. Or some other way.

② Denies — does not claim he doesn't
swear but never treated anyone in
that manner and not her on that
occasion

③ B4 his arrival AS, Jeff Nicks & Scott
Layden ran b-ball opp. At that mtg
told SM need players focus more on
b-ball than on Entry Rel. Did say
would coop. Have been coop

Doesn't recall it being a hostile
mtg. No Voices raised.
No recollection of a break in the
mtg but sure no profanity

CONFIDENTIAL

MSG 04072


IT

CONFIDENTIAL

MSG 04073



Ⅱ

⑤ Admits told them to focus on b-ball but
didn't tell them not to honor
committments. Next season requested
the written schedules. Frank & AS
preparing the schedules.

Playoff push that yr. Knick Bowl
sched but fighting for playoff seat
right b4 the game. Lost the game.
At end of season came up w/ sched
ideas

Little conversation or interaction w/
AS most were btw Frank and AS. By
ITs choice. No time to adhere to weekly
reg sched. Frank here so easier for
him to communicate

No relationship - never

Ad campaign - ads already done when
first viewed them. Only ques asked
he campaign was should one of the
players be Allen Houston. No one
told him of complaints

Doing your shit - Denies. Only comment
was need to work for ~~Knicks org~~ the org as a whole
Carry yourself prof during emty rel.
Hired someone to ensure players.

CONFIDENTIAL

MSG 04074

⑧
IT

Recording 6/05 - agreed initially then subseq
told SM not a good idea b/c not his
job to sell tix. Made funof.

Ad Sales Mtg - Your wasting my fucking
time. Recalls attending an ad sales
mtg... Can't recall being in one & swearing.
If said probably in context of players -
all over the place & no energy. Don't
use the players to do your job - they
should be the last resort. Players
shouldn't have to be all over

Petra Pope - Denies. Knows Petra well
office close by would have

12/14/05 - Admits standing in tunnel Game
Grab by her shoulders gave a hug
how you doing. As pulled away
gave him a nasty look. Asked
if she was all right. She didn't
say anything in response. IT un-
comfortable. First sign of anger or
disdain.
     Had hugged her in the past
Ushers could attest to this

CONFIDENTIAL

(9)

IT

love of
basketball → Never happened.
At Christmas party - did play horse
but 7 other people playing

scar — Denies.

Doesn't hate her.
Never complained re doing.
Doesn't believe he'dd make it
difficult
Everything she needed he gave w/
exception of phone line

Off-site mtgs — no interactions Frank
met not him. Wasn't able to
attend off site mtgs so she had

- Doesn't know where allegations
come from.

Said ■ embarassing and a goof. Can't
get anything done w/ him. Said he'd
talk to him. Dir to him, Jamie M
& C. Bernard give them what they
need and behave in gentlemanly
re.

CONFIDENTIAL

MSG 04076



10

II

Were complaints pe ▮▮ being hostile or
being angry and IT spoke w/ him

Never rec'd such complaints from Anucha.
Knapp in his mannerism.
Voice would be raised – would get
-loud – not disrespectful from IT's
perspective.

Believes AS wanted to be making decisions
in b-ball ops. Changed when IT got
here.

If set tone that b-ball is focus - that's
what this is - if players winning
games
    B-ball business first.

CONFIDENTIAL

MSG 04077

Isiah Thomas          1/11/06

① 

Recall Aurora giving you a cheat sheet w/ some facts about the business sometime in mid-January?
— If rec'd it took it as helpful info
Sure he would have appreciated.
   Were on the bottom — not offended @ all

If yes, recall having a problem with her giving it to you?

No 6
EXHIBIT NO. 13
by ba
B. GOLDSMITH

②

March 10, 2004 - alleges after losing a game and telling players no more community you saw her outside the lockerroom and pulled her by her arm into another room - "Not doing anymore of your fucking events" "I don't give a fuck shit what the fuck you say" Says she told you you needed to speak to there and your response was "You fucking bitch. You're not going to mess up what I'm trying to do here."

Remembers the loss - in middle of playoff push. Being heavy-handed w/ players. Went into locker-room losing like this unacceptable. Understand sponsorship events but in the future make sure these sched mistakes don't take place. Any other sched events - try to cut them down.

After mtg w/ PM. Told him speak to AS who next yr get dates in advance & go over it. Keeping Doing most w/ players in March & April.

Doesn't believe they've had players blow off appearances since he's been here. Couldn't have players playing most show up @ all events draines energy. Recommended not using hey.

Denies interaction w/ AS completely. Thinks AS, SM & IT met. Said to both will make sure play where to be & to do what supposed to & handle in respectful way - Next yr sensitivity for players & there

CONFIDENTIAL

Not happy times when he arrived. Footloose & fancy free. No accountability. B-ball ops was b-ball/Cablevision all intertwined. Felt needed to be changed. Guys needed energy & focus. Everything players committed to the did.

*[left margin notes:]* Doesn't believe was an occa when asked for players not made avail.

March 22, 2004 — Alleges that while discussing some of her duties with you you said "If you do these things, what the fuck am I supposed to do?" — If you do these things then what am I here for. Wasn't clear what she really did. Thought she was acting as his boss & he was reporting to her.

*[left margin notes:]* Never felt she felt he was interfering. Went out of their way to accommodate

Asked what she did & her resp. Said getting people into bldg, security, ushers, profits, making sure players get to & from where they're supposed to be, reps, on air talent, on art production, everything that goes around the game she does. Her last comment — Was responsible for P&L for MSG, the Knicks. If you do all of this what's my job? You make trades. We need to meet w/ Steve cause I need clarification of what I'm here for. Called his wife & said think Steve got a problem here. Explain to her what's going on. Called Steve said need to meet —

*[left margin notes:]* Never complained to him that players weren't — she would go. there w/ problem.

*[left margin notes:]* She never complained to him w/ concerns re players said

October 30, 2005 — State at an open practice, "You stay close to me and you will make a lot of money." ↳ Doesn't recall saying that or anything like it.

*[left margin notes:]* She would ... u & the others work together so ...

No requests for off site mtg. No calculation behind not mtg w/ her — just got lucky.

④ IT

Met w/ A+ maybe 4/5 times met w/ AS. Sent him memos, notes & everything else. Says he told her PM would meet with her.

Didn't really see or interact w/ AS. She dealt w/ Steve.

Many people communicated to IT that they had problems w/ ▓▓▓ one of the reasons he's no longer here. Very set in his ways, very opinionated and loud. Most around here found way to forgive him & overlook. Got to a pt w/ him couldn't keep doing that. Never saw ▓▓▓ as a liability. Loved ▓▓▓ Hurt him when ▓▓▓ had to go.

Believed was a personality conflict btw AS & ▓▓▓ but work that needed to be done was getting done. Just b/c 2 didn't like each other. Words for ▓▓▓ "you know how ▓▓▓ is." Never saw ▓▓▓ be abusive or hostile to anyone in his presence.

Could be dismissive, short if didn't agree w/ you. Could make you feel like you're not getting there. Doesn't think he's heard ▓▓▓ swear. Never heard him refer to anyone as bitches & whores. Called some dumb.

▓▓▓ not here b/c alot of this phit - stuff b/c we all have bosses.

Spoke to Ernie Grunfeld. Asked for ▓▓▓ ▓▓▓ ▓▓▓ Good recommendation. ▓▓▓ was hired when IT arrived. Didn't have to go outside for

CONFIDENTIAL

⑤ IT

b-ball ops & corp environment etc.

*Why bring this up?*

When 1st got here AS came in to welcome him. Told him Jeff Nicks good guy. Should be his #1 head man. Interviewed him - strong in some areas but not what IT used to having in terms of b-ball mechanics and CBA.

Asst. GM or the GM if IT president. Didn't hire him into that position tho held it w/ Layden demoted him to Dir of Scouting.

Not aware of AS's feelings re what happened with Jeff.

Had no dealings with her. Any respect she gained or lost - did it on her own.

When 1st arrived interviewed every player.
— owed $21,000,000 Thicke thinking re acting his contract. Said had problem w/ AS

*Nellie Sweetney*

When on road w/ AS he claims she said to him your problem is you need to lose wait & if you

*Made up their minds not playing hard*

did you can help us win. Might have been right but no f> or tell him.

Other players complained re her. Never told

*Never felt ...*

players didn't have to listen to her. Left after Marbury arrived - big family wanted credentials for many. AS said didn't want to permit it.

Admits AS came to him after confront w/ Mar for now just go w/ it b/c don't know who's important

to him. Made a judgment call & told her she had
to adjust to it.

Made the adjustment b/c was a big deal for Mar
to be coming back. He was filling seats - necessary to
bend a little till we found out who was who.
Before could start chopping. No other player from
here @ that

Steve told Steph his cousin was being fired.
Steph never mentioned to IT upset re this

Stood his ground but gave her everything
she wanted. FM may have said no to some things
w/o telling him. Always reasons for not & tried
to find way to do it.

CONFIDENTIAL

REDACTED

TO:        RUSTY McCORMACK

FROM:      ROCHELLE NOEL
           JOHN MORAN



DATE:      JANUARY 13, 2006

RE:        SUMMARY OF HARASSSMENT INVESTIGATION

## I.  Introduction

On or about December 21, 2005, Anucha Browne Sanders ("Browne Sanders") raised issues concerning violations of the Company's Harassment Prevention Policy. Specifically Browne Sanders alleged that she had been harassed by various Garden employees and that, as a result of the harassment, she has become unable to perform her job functions. These concerns were raised through Browne Sanders' counsel (Kevin Mintzer and Judith Vladeck of Vladeck, Waldman, Elias & Engelhard) to counsel for the Company.

## II.  Witnesses/Documents

Consistent with Company policy and with the law the Company, by John Moran, VP Employee Relations and Rochelle Noel, Senior Counsel Employment Law (Cablevision) undertook an investigation. In investigating the allegations raised the investigators spoke to a number of individuals, including some individuals identified by Browne Sanders. The following individuals were spoken to:

a.  Gary Winkler – 12/23
b.  Pete Olsen - 12/23, 1/9
c.  Steve Mills -12/23, 1/9
d.  Isiah Thomas – 12/23, 1/11
e.  Dan Gladstone  12/31, 1/9
f.  Faye Brown – 1/3
g.  Lynn Carfora – 1/3
h.  Karin Buchholz – 1/5
i.  Frank Murphy – 1/5
j.  Anucha Browne Sanders – 1/7
k.  Dr. Lisa Callahan – 1/9

Although the investigation commenced on December 23, 2005, due to Browne Sanders' initial unwillingness to make herself available to be interviewed, it was necessary to speak to some witnesses a second time after Browne Sanders eventually made herself available.

Additionally, the following documents were reviewed in connection with the investigation:

a. Browne Sanders' electronic mail sent or received via the Company's computer server. Recovered messages received cover a span of dates from October 2004 through the present and messages sent range from July 2004 through present.

b. Frank Murphy's electronic mail sent or received via the Company's computer server. Recovered messages received and sent cover dates from September 2005 through October 2005.

c. Steve Mill's electronic mail sent or received via the Company's computer server. Recovered messages include archived sent and received messages from November 2001 through August 2004. For the period September 2004 through November 2004, only sent messages were recovered and reviewed. Current sent and received messages were recovered and reviewed in the investigation from April 2005 to present.

d. Isiah Thomas's electronic mail sent or received via the Company's computer server. Recovered messages reviewed include received messages for the current month and sent messages for the period June 2004 through present.

e. An e-mail chain including an e-mail dated November 28, 2005 from Dan Gladstone to Browne Sanders with the subject "Staffing Issues – Marbury"

f. Typed notes prepared by Pete Olsen of a conversation held with Browne Sanders on May 11, 2005.

It is not possible to state that all e-mails sent and received during the dates specified were capable of recovery.

### III.   Allegations

A summary of the allegations raised by Browne Sanders are set forth below[1]. A more fulsome investigation was prohibited by Browne Sanders' counsel's insistence that the investigation be concluded quickly.

a.   Inappropriate Language or Conduct

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| Jan. 2004 | • Browne Sanders alleges she refused to credential Stephon Marbury's ("Marbury") cousins in reliance upon direction by Isiah Thomas ("Thomas") that only immediate family be credentialed.<br>• Alleges Marbury says, "fuck this."<br>• Cousins eventually got credential at a later date. | Thomas agrees there were limitations on credentialing and that exception was made in light of Marbury's circumstances. |
| ? 2004 | Browne Sanders alleges she was told by Dan Gladstone that he'd heard from Team Ops staff that Thomas told Team Ops staff "we don't need to take direction from that bitch." | Thomas denies. Gladstone states Jamie Matthews and Chris Bernard heard non-specific rumors from Team Ops staff. |

[1] Browne Sanders also recounted allegations of conduct involving other employees that the Company previously investigated and resolved.

2

CONFIDENTIAL

MSG 03919

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|------|---------------------------|--------------------|
| | | Gladstone does not confirm use of profanity. |
| Mar. 10, 2004 | Browne Sanders alleges Thomas pulled her by the arm into a room by the player's locker room and told her: <br> • "We are not doing any more of your fucking events." <br> • "You fucking bitch, we are doing no more events." <br> • "You won't mess up what I am trying to do here." | Thomas denies. No other witnesses were identified. |
| Mar. 22, 2004 | Browne Sanders alleges she was discussing some of her duties with Thomas and that he said, "If you do these things, what the fuck am I supposed to do?" | Thomas acknowledges making the statement but denies use of profanity. |
| Mar. 23, 2004 | Browne Sanders alleges Frank Murphy enters her office and calls her a fucking bitch and tells her that she would have to go through him to get to Isiah. | Frank Murphy acknowledges that he raised his voice, but says he did not curse. Faye Browne says she heard Murphy use the word, "bitch." |
| Mar. 23, 2004 | Browne Sanders alleges that she calls Thomas to tell him of Murphy's conduct and Thomas started yelling at her, "I don't know what the fuck you do"; "who the fuck are you"; "what the fuck am I here for"; "bitch"; "whore." | Thomas states he received a complaint re Murphy but denies he used profanity or raised his voice and denies complaint that Murphy used profanity. |
| Mar. 24, 2004 | Browne Sanders states that a meeting was held in Steve Mills' office to clarify job responsibilities. She alleges that during a break in the meeting when Mills was absent Thomas immediately began to curse at her saying "Just remember I am the fucking President." | Thomas denies the statement and denies using profanity at any time during the meeting or break. No other witnesses identified. |
| Oct. 14, 2004 | Browne Sanders alleges Thomas told Petra Pope to go into referee's locker room and make sure they are happy, that Pope interpreted this to mean "go in and flirt with them," and that Pope told her this type of request had happened before and that she didn't want to do it anymore. | Thomas denies, however Mills states that he received the complaint from Browne Sanders and told Thomas it was not a good idea. Winkler states that Pope also complained to him. No further complaint from |

J

CONFIDENTIAL

MSG 03920

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | | Pope. |
| Dec. 30, 2004 | • Browne Sanders alleges that Thomas stopped her at Gate 1, hugged her tightly, and said, "I figured out why we have tension – I'm in love with you."<br>• Browne Sanders alleges that on "every" occasion on which she and Thomas interacted thereafter he told her he loved her. | Thomas denies the specific incident and denies having ever told Browne Sanders that he loves her. No other witnesses identified. |
| ? 2005 | • Browne Sanders alleges that on another occasion in his office, Thomas told her she was beautiful and asked her for an offsite meeting.<br>• Browne Sanders alleges at another time Thomas hugged her for a protracted time and told her how in love he was with her. | Thomas denies. No other witnesses identified. |
| Mar. 14, 2005 | Browne Sanders alleges that Thomas commented on her scar and said he also had one from a fight. He allegedly said he notices everything about her and told her she was beautiful. | Thomas denies. No other witnesses identified. |
| Oct. 30, 2005 | Browne Sanders alleges Thomas told her at an open practice, "You stay close to me and you will make a lot of money." | Thomas denies. No other witnesses identified. |
| Nov. 28, 2005 | Browne Sanders alleges she becomes aware for the first time of comments allegedly made by Marbury to Dan Gladstone on June 16, 2005. Marbury is alleged to have said "Fuck that bitch"; "I ain't doing shit for that bitch"; "We'll see what happens to her this year." | Gladstone states that this is so and his e-mail also bears this out. |
| Dec. 15, 2005 | Browne Sanders alleges Thomas came up from behind her and hugged her from behind, leaned over to kiss her and said, "What, I can't get any love." | Thomas acknowledges the hug and attempt to kiss but denies the comment. Mills states that he told Thomas not to do it again. |

b. Complaints

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| Mar. 31, 2004 | Browne Sanders alleges that she told Mills in their 3pm weekly meeting about Thomas pulling her into a room and cursing at her. | Mills denies having been told this. |
| Mar. 23, 2004 | Browne Sanders alleges that she called Thomas to complain of Murphy's allegedly referring to her as a bitch. | Thomas states that he received a complaint about Murphy but denies that he was told that |

CONFIDENTIAL

MSG 03921

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | | Murphy called Browne Sanders a bitch. |
| Mar. 23, 2004 | • Browne Sanders alleges she called Mills and told him what Thomas said and asked Mills to hold a meeting with her and Thomas, in part, to discuss and clarify job duties. <br> • Browne Sanders also alleges she sent an email to Thomas, Murphy and Mills stating that Murphy should not curse at or threaten her and that Mills told her not to send such e-mails, which she interpreted as a direction not to put her allegations in writing. | Mills acknowledges receiving a request for a meeting but denies he was informed of Thomas' use of inappropriate language and denies directing Browne Sanders not to send e-mails. E-mail records show Browne Sanders' e-mail to Murphy did not reference Murphy's use of profanity, but referred to an "unprofessional outburst" and that Murphy, rather than Browne Sanders forwarded the e-mail to Mills and Thomas. |
| Mar. 24, 2004 | • Browne Sanders alleges she told Mills and Thomas that in 17 years of employment, she had never been spoken to like Murphy and Thomas spoke to her and that she would not tolerate it now. "You can't call me a bitch or whore." <br> • Browne Sanders alleges that immediately after the meeting with Mills and Thomas she told Mills that Thomas had cursed at her during the break in the meeting when Mills was absent. She alleges Mills didn't say anything - "he just took it in." | Mills and Thomas deny Browne Sanders complained of Murphy's or Thomas' use of profanity. Mills, Thomas, and Browne Sanders state meeting occurred and roles were discussed. Mills states he believes both understood their roles. Mills states he concurred with Browne Sanders' description of her duties and states he told her she was too aggressive towards Thomas in the meeting. Mills denies that Browne Sanders told him Thomas cursed at her during his absence from the meeting. |
| Oct. 18, 2004 | Browne Sanders alleges that she told Mills that she'd | Mills acknowledges that |

5

CONFIDENTIAL

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
|  | received a complaint from Petra Pope that Thomas asked Pope to go into the referee's locker room and make sure they are happy. | Browne Sanders informed him of this and that he spoke with Thomas about it and directed him not to do it again. Thomas states that he did not ask Pope to go into the referee's locker room. |
| Fall 2004 | Browne Sanders alleges Mills told her, "Your relationship with Stephon is bad because of Isiah" and that Thomas wanted her fired. | Mills states that Browne Sanders made these comments to him and that he told her he disagreed and that she works for him and not Thomas. |
| ?/2004 | • Browne Sanders alleges she is told by ▮▮▮▮ that Thomas "spewed curses" at her for failing to inform him of a player injury.<br>• She also alleges ▮▮▮▮ told her that in response to the comment "You look really nice in that suit" ▮▮▮▮ told Thomas they're both married and should keep it just business.<br>• She also alleges that she told ▮▮▮▮ almost all of her allegations. | ▮▮▮▮ states that Thomas was upset over a miscommunication regarding a player injury but that she was not offended by the conversation and that, while Thomas used profanity, she did not feel she was being cursed at during the conversation. She denies the second alleged exchange between herself and Thomas and thus does not recall having told Browne Sanders of it. ▮▮▮▮ states she doesn't recall Browne Sanders complaining regarding Thomas but does recall complaints about Murphy. |
| Dec. 10, 2004 | • Browne Sanders alleges that she told Mills that Thomas made sexually inappropriate comments to her and that Mills should get Thomas into sexual harassment training.<br>• She alleges she told Mills on more than one occasion that Thomas needed sexual harassment | Mills denies having ever been told by Browne Sanders that Thomas needed sexual harassment training. Olsen also denies hearing |

6

CONFIDENTIAL

MSG 03923

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | training.<br>• Browne Sanders also alleges that she told Pete Olsen of the December 30, 2004 incident. | of this specific incident. |
| May 11, 2005 | • Browne Sanders alleges she had lunch with Olsen and told him "almost" everything and that Olsen told her he was not surprised and that there had been other complaints about Thomas.<br>• She alleges she was told by Olsen that Mills asked him to come up with a program for Thomas because he was hostile to women and because of how he treated them. | Olsen admits the two had lunch and that Browne Sanders spoke generally to him about difficulties with Thomas, that he would tell her he loved her and that he wanted to go to off site meetings, but denies statement he is alleged to have made. |
| May 2005 | Browne Sanders alleges that during an ad sales meeting Thomas said "Don't waste my fucking time." | Thomas denies the use of profanity. Buchholz states Thomas told the ad sales group "I'll help you present, but don't fucking waste my time for bullshit." |
| Sep. 21-22, 2005 | Browne Sanders alleges she complained to Mills regarding an off site meeting with her department and Team Ops where she believed she'd been undermined by Team Ops and that their undermining her was preventing her from doing her job. | Mills acknowledges Browne Sanders complained re: lack of participation by Team Ops. Mills and Murphy state that although Thomas was unable to attend the offsite because of an Office of Chairman meeting and 2 publicity interviews, Murphy and Brendan Suhr from Teams Ops participated by attending and giving a presentation and Debbie Sturniolo attended dinner. Mills states Thomas said Team Ops would participate more the following year. |
| Nov. 29, 2005 | • Browne Sanders alleges that after she became aware of specific comments allegedly made by Marbury she went to see Mills and told him, "I can't do this anymore. Steve you know what's going on." | Mills states that there were 2 conversations. In the first, Browne Sanders complaining re: Vernon. |

7

CONFIDENTIAL

MSG 03924

REDACTED

| DATE | BROWNE SANDERS ALLEGATION | WITNESS STATEMENTS |
|---|---|---|
| | • Mills' response was allegedly, "What do you want me to do about this? Isiah is going to say you are having an affair with Jeff Nix."<br>• Browne Sanders alleges she asked, "Do I need to get an attorney?" and that Mills said, "No, no."<br>• Browne Sanders stated that she interpreted Mills' comment as a threat. | Manuel and Hassan Gonsalves said "I can't take it anymore" and "All I want is for you to help me find another job while I'm here." In the second meeting, Browne Sanders asked Mills what were next steps. Mills said HR would investigate. Browne Sanders asked if she needed a lawyer and Mills said no. Mills denies comment re: Jeff Nix. |
| Dec. 15, 2005 | Browne Sanders sends an e-mail to Mills in which she complains of hug and an attempted kiss by Thomas and alleges he made the comment "I can't get any love." | A copy of the e-mail has been recovered. |

c.  Miscellaneous – "Threats" and "Undermining"

Browne Sanders' remaining allegations can be divided into (1) complaints that she was made to feel threatened, either physically or otherwise, by conduct of Thomas and others; and (2) that through the aforementioned conduct she was "undermined," which affects her ability to perform her job.

As to the former, Browne Sanders alleges that she felt threatened by Thomas on March 10, 2004 when she alleges he pulled her by her arm into a room near the locker rooms and cursed at her. She alleges she felt threatened by Marbury when she learned on November 28, 2005 of the specific comments he allegedly made to Dan Gladstone concerning her on June 16, 2005. She also alleges that she felt that she was being threatened by Mills on November 29, 2005 when she alleges she complained to Mills and was told by him in response that Thomas would say she was having an affair with Jeff Nix. She further alleges that she fears for her safety and that of her family because of Thomas and Marbury. In her interview Browne Sanders stated that her fear and concerns for her safety and that of her family arise from:

- Thomas allegedly pulling her arm and cursing at her in March 2004
- Marbury's comments regarding her in June 2005
- Thomas and Marbury have a lot of money.
- Marbury's cousin was killed in an alley.

As to the complaint that she felt she was undermined, which affected her ability to perform her job, Browne Sanders alleges that Thomas (sometimes directly and sometimes

8

CONFIDENTIAL

MSG 03925

REDACTED

through Murphy) regularly impeded her ability to get access to the players and regularly prohibited them from making themselves available for community relations events. She alleges that Thomas and Murphy communicated to the Team Ops staff, as well as the players, that the sole focus for the team should be basketball and that community relations and, therefore Browne Sanders, were unimportant and could be ignored. She also attributes what she calls a bad relationship with Marbury to Thomas because, in January 2004, she says she denied Marbury credentials on the strength of a direction by Thomas to limit the distribution of credentials to the team's family members. She alleges that Marbury's attitude towards her changed after that incident and that his attitude was worsened by Thomas' treatment of her (she alleges he regularly either cursed at her or ignored her) and continued refusal to make the players and himself available to her and her department. Browne Sanders alleges that she understood that the poor attitude towards her and community relations spread to Team Ops and that she became aware of it, in part, when Gladstone told her of rumors overheard at the practice facility that Thomas gave direction to Team Ops to ignore her. She also alleges that her own direct reports began to circumvent her and go directly to Murphy and Thomas to get things done. She further states that it was necessary for the ad agency responsible for team advertising to come up with an ad campaign in which cut-outs of the players were used because of Thomas' refusal to make the players available.

IV.     **Findings**

Although several witnesses state that Browne Sanders told them of many of her allegations over time, few of the incidents were actually personally witnessed by those interviewed.

   a.   Inappropriate Language or Conduct

Although several witnesses, (Karen Buchholz, Faye Browne, Dan Gladstone, Gary Winkler and Pete Olsen) state that Browne Sanders told them some of the allegations later conveyed by her and her counsel, very few were actually witnessed by the witnesses.

- Faye Brown confirms Murphy's use of the word bitch on or about March 23, 2004, but acknowledges that she didn't hear the entire conversation or the context in which the word was used.

- Gladstone acknowledges hearing non-specific rumors of tension between Browne Sanders and Thomas from Jamie Matthews and Chris Bernard and witnessing Thomas walking away from Browne Sanders in a way Gladstone thought was disrespectful, but denies hearing Thomas speak to her in an inappropriate manner.

- Olsen states that Browne Sanders told him that Thomas said he loved her and asked her to off site meetings but never personally witnessed either.

9

CONFIDENTIAL

MSG 03926

REDACTED

- With respect to the allegation concerning Petra Pope, however, Winkler states that Pope made the same complaint directly to him but never identified Thomas as the one who made the request. Also, Mills admits that Browne Sanders brought it to his attention and that he spoke to Thomas about it though Thomas denies it.

- Buchholz states Thomas told the ad sales group "I'll help you present, but don't fucking waste my time for bullshit."

- Thomas acknowledges that he hugged and attempted to kiss Browne Sanders on December 14, 2005.

The remainder of these allegations are not supported except to the extent that Buchholz, Faye Brown, Gladstone, Winkler and Olsen state that Browne Sanders did complain to them of many of these allegations over time.

### b. Complaints

Browne Sanders' allegations that she complained at various points to Thomas and, frequently, to Mills, about the use of profanity towards her and later about inappropriate comments of a sexual nature and inappropriate touching are also largely unsupported. Again, although the witnesses identified in the previous paragraph state that Browne Sanders told them she had complained, there are few occasions on which any of them or anyone else personally witnessed the complaint.

- Buchholz states she saw Browne Sanders' email to Murphy.

- Faye Brown states that on 2 occasions she personally saw e-mails tending to corroborate Browne Sanders' allegations. The first she recalls being sent by Browne Sanders to Mills in the beginning of 2005 telling Mills that she wanted Thomas to stop hugging her and touching her. The second, she states, was in December of 2005 also concerning an unwelcome hug by Thomas. Mills only admits having received the later e-mail and states that he addressed the issue with Thomas shortly thereafter. The earlier e-mail was not recovered.

- Additionally, as stated above, Mills acknowledges having received the complaint regarding Petra Pope. He also states that as soon as he received the complaint he acted on it by speaking to Thomas.

Again, except to the extent that Buchholz, Browne, Gladstone and Olsen state that Browne Sanders told them of same over time, the remainder of the allegations are not confirmed. Further, ████████ denies that Browne Sanders told her of her alleged problems with Thomas.

Browne Sanders complained at various points in her interview that "this is intolerable," "I can't put up with it anymore," "this is not an environment to make me successful," and that she felt she was "being tortured." Mills stated that Browne Sanders

10.

CONFIDENTIAL

MSG 03927

REDACTED

told him "I can't do this anymore," "I can't work here anymore," and "just find me a job while I'm here." He also stated that she was in tears at the time she made these statements to him.

### c.  Miscellaneous

The allegations that Browne Sanders felt threatened by certain incidents is not capable of confirmation. However, Gladstone does state that Marbury's comments were made directly to him. The remainder of these allegations are unsupported. Other than as set forth above, we were not made aware of any direct or specific threats. However, to address safety concerns the Company has provided security at games to walk Browne Sanders to her car. Additionally, the Company has offered to provide security services at no cost, to Browne Sanders and her family. We understand that Browne Sanders has rejected the offer of Kroll's services as of the date of this report. She has also stated that she does not trust the Company's internal security.

As to the allegations concerning the fact that she was undermined and is unable to perform her job duties:

- Mills acknowledges that he became aware that Thomas told the players that they had to focus on basketball and that they could not participate in community relations. He states that he spoke with Thomas shortly thereafter and told Thomas that he would have to communicate to the team that they needed to participate.

- Gladstone states that he did hear rumors from people at the practice facility that it was okay to ignore Browne Sanders' directions.

- Thomas acknowledges giving the direction to limit the distribution of credentials to team family members and admits that Browne Sanders made him aware of her denial of credentials to Marbury's cousins.

The remainder of the allegations are unsupported. Further Buchholz states that the cut-out campaign ad was not necessitated by the unavailability of the players; players were available and she was able to perform her job; and players this season are each making 12 appearances.

### V.    Violations of Company Policy

As alleged, a number of Browne Sanders' allegations could clearly constitute a violation of the Company Harassment Prevention Policy as well as the Company's Values. As set forth above, however, Browne Sanders' allegations are largely unsupported by witnesses. Of the allegations that have been supported by witnesses or otherwise admitted, it would appear that Mills took appropriate action with respect to the complaint concerning Petra Pope in addressing the concern with Thomas. It also appears that there were no further complaints of this nature.

11

CONFIDENTIAL

MSG 03928

REDACTED

With respect to the complaints of unwelcome hugs, Mills took appropriate action by addressing the concern he states he received in December 2005 with Thomas. Browne Sanders does not allege that there was any inappropriate conduct by Thomas subsequent to that date.

12

CONFIDENTIAL

MSG 03929