# Exhibit 18

Dockets.Justia.com

1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   06 Civ. 0589 (CGE)
     - - - - - - - - - - - - - - - - - -x
 4   ANUCHA BROWNE-SANDERS,
 5                       Plaintiff,
 6         -against-
 7   MADISON SQUARE GARDEN, L.P., ISIAH
     LORD THOMAS, III and JAMES DOLAN,
 8
                         Defendants.
 9
     - - - - - - - - - - - - - - - - - -x
10
                         1501 Broadway
11                       New York, New York
12                       November 30, 2006
                         10:10 a.m.
13
14          DEPOSITION of MADISON SQUARE
15   GARDEN by HANK RATNER, one of the
16   Defendants in the above-entitled
17   action, held at the above time and
18   place, taken before Barbara P.
19   Goldsmith, a Shorthand Reporter and
20   Notary Public of the State of New York,
21   pursuant to the Federal Rules of Civil
22   Procedure, and stipulations between
23   Counsel.
24
25
```

86

H. RATNER

1  the same thing, you know, for other
2  parts of the company as well.  But they
3  have to please the business person
4  who's running the business unit as
5  opposed to the business person
6  abdicating those responsibilities and
7  basically well, that's ad sales or
8  that's facilities.
9      And we had a very difficult
10  time with Anucha in taking
11  responsibility for those numbers.  And,
12  again, those numbers aren't numbers
13  that just are presented to you.  The
14  job of the P&L manager is to go and
15  dive into those numbers and to
16  understand why we're doing what we're
17  doing and get behind the numbers and be
18  satisfied that those are the right
19  numbers, whether they be expense or
20  revenue.
21      And you know, I really felt
22  that there was that disconnect that,
23  you know, she wasn't getting it, she
24  wasn't necessarily capable of getting

*(lines renumbered as shown)*

87

H. RATNER

1  it.  She didn't have, I think, the real
2  financial skills needed, and she was
3  very territorial.  She didn't cooperate
4  well with others, so these
5  interdependencies made it difficult.
6      So the concerns I started
7  having from limited contact in '04
8  became magnified by the budget process
9  for the '05 fiscal year.
10  Q.    And when was the budget
11  meeting at which you say that it became
12  magnified or the budget process, what
13  time period was that?
14  A.    You know, I'm not sure.  I
15  mean, I was guessing which I guess I
16  shouldn't be doing, it would be the
17  November, December.  You know,
18  sometimes budgets fall over and they
19  don't get done and you use something
20  for purposes of, you know, doing your
21  consolidated look for the year, but you
22  may continue the process beyond.  I
23  don't really remember in this instance
24  what happened or what the timing was.

88

H. RATNER

1  Q.    Now, who was the head of
2  facilities?
3  A.    Head of facilities is Tim
4  Hassett today.  I can't recall when Tim
5  took that position.
6  Q.    And the head of security?
7  A.    Head of security today is
8  Kirk Randazzo.
9  Q.    Going back to the November
10  December, what year?
11  A.    November, December, what
12  year, that would have been '04.
13  Q.    For the '05 budget?
14  A.    For the '05 budget.  And like
15  I said, it could have spilled over to
16  the beginning of '05 as well.  So I
17  can't exactly place it.
18  Q.    You said at one point that
19  you did not believe she was capable of
20  getting it.  On what did you base that?
21  A.    I based it on her resistance.
22  I based it on her attitude.  You know,
23  you sort of can't correct a problem if
24  you don't admit that there's a problem.

89

H. RATNER

1  And you know, even getting before the
2  fact, you know, at this point in time,
3  could we have somebody in this job that
4  we then had to teach the financial
5  skills and other business skills to,
6  but you don't even get to that question
7  because first you have to believe that
8  the person is open-minded and think
9  they need that.  My impression was she
10  didn't think she needed that.
11  Q.    Is it your testimony that
12  Tim Hassett reported to
13  Ms. Browne-Sanders in any way?
14      MR. GREEN:  Objection to
15  form.  You may answer.
16  A.    No.  What Tim Hassett or Tim
17  Hassett's people, what they would do is
18  like an outside company being hired,
19  they would be providing service and
20  expertise to Anucha.  You know, on the
21  org chart there's no reporting line,
22  but business speaking, he's gotta make
23  her happy because ultimately he doesn't
24  have a P&L.  She does.  So therefore,

23

178

1    H. RATNER
2    A.   His name is ███████████
3    Q.   Have you had any role in
4    hiring Mr. ███████
5    A.   I did not, no.
6    Q.   And who did he report to?
7    A.   He reported to Jim, you know.
8    Q.   Did he informally also report
9    to you?
10   A.   Yeah.
11   Q.   And how many conversations
12   did you have directly with Mr. ████
13   concerning your view that he wasn't
14   going to make it?
15   A.   I don't recall, but, you
16   know, a few.
17   Q.   And how many conversations
18   did you have with Mr. Dolan concerning
19   your belief that Mr. ██████ wasn't
20   going to make it before Mr. ████████
21   was fired?
22   A.   You know, I don't recall, A
23   couple maybe, but Mr. ████████ wasn't
24   fired. He left before it ever came to
25   that.

179

1    H. RATNER
2    Q.   How long was it between the
3    time you first raised, either with
4    Mr. ████████ or with Mr. Dolan, your
5    belief that Mr. ████ wasn't going
6    to make it and his leaving?
7    A.   You know, I'm not sure, but I
8    peg it as beyond -- you know, six
9    months or longer.
10   Q.   And how long had Mr. ████
11   worked for, I guess, Cablevision? Was
12   it Cablevision or the Garden?
13   A.   The Garden.
14   Q.   How long had Mr. ████
15   worked for the Garden?
16   A.   You know, I don't know.
17   Q.   Was it five years, 10 years,
18   two years?
19   A.   My guess is probably closer
20   to 10 years, but I'm not certain.
21   Q.   How old was Mr. ████████
22   A.   Mr. ████████ was probably in
23   his forties.
24   Q.   And what about his
25   performance did you believe was

180

1    H. RATNER
2    lacking?
3    A.   The mind set to own the
4    business, the mind set to grow the
5    business, the mind set to take, you
6    know, the arena and Radio City and, you
7    know, get more acts booked, again, the
8    mind set to aggressively take ownership
9    of the expenses and, you know, again,
10   the ushers and the ticket takers and
11   the consumer experience and --
12   Q.   Now, before the break, I
13   think you said that this is the only
14   individual you recall in these
15   circumstances other than
16   Ms. Browne-Sanders. Is that correct?
17   A.   All I could recall, yeah.
18   Q.   And how many conversations
19   did you have with Mr. ████████ directly
20   wherein you told him you were concerned
21   he wasn't going to make it?
22       MR. GREEN:   Asked and
23   answered.
24   A.   Yeah. Again, I'm not sure,
25   but like I said, I think a few.

181

1    H. RATNER
2    Q.   And what was your purpose for
3    having these conversations with him?
4    A.   The purpose was for him to
5    respond. The purpose was for him to
6    get better.
7    Q.   So you gave him an
8    opportunity of approximately six months
9    to try and get better?
10       MR. GREEN:   Objection to
11   form.
12   A.   No. It wasn't that formal.
13   I mean, in the end, yeah, and it could
14   have been more because I guess he
15   ultimately determined that he wasn't
16   going to make it either and he found
17   himself another job, but --
18   Q.   Did you give him a severance
19   package?
20   A.   No.
21   Q.   Did you have any
22   conversations directly with
23   Ms. Browne-Sanders about your view that
24   she wasn't going to make it?
25   A.   The conversations I had with

. 46

182

1    H. RATNER
2  her were really at these budget and
3  forecast meetings. I didn't have any
4  individual one-on-one conversations
5  with her that I can recall. But she
6  clearly understood from these meetings
7  that I had real concerns with her
8  ability to do her job.
9    Q.   Did you, at any point, say to
10 her, based on my experience with you at
11 these meetings, I don't think you're
12 going to make it, I think you need to
13 do X, Y and Z?
14    MR. GREEN: Objection to
15    form, but you may answer.
16    A.   I did not. I had those
17 conversations with Steve.
18    Q.   And did you tell Steve
19 directly to tell Ms. Browne-Sanders
20 that you didn't believe that she was
21 going to make it and she should do X, Y
22 and Z?
23    MR. GREEN: Objection to
24    form.
25    Q.   Or words to that effect?

183

1    H. RATNER
2    MR. GREEN: You may answer.
3    A.   I told Steve my concerns and
4  I didn't then say and then you should
5  go and tell them to Anucha. And I do
6  know from Steve that she knew of my
7  concerns because he had told me that
8  she had concerns that I had problems
9  with her.
10    Q.   What did he say and what did
11 you say?
12    A.   You know, I don't recall,
13 but, you know, it was -- at the time, I
14 thought it was good that she realized
15 that she problems with me.
16    Q.   Did you ask Mr. Mills what he
17 said to her in these conversations?
18    A.   Again, no specific
19 recollection, but, you know, the
20 general gist of it was to take
21 ownership, get behind the numbers, get
22 along better with people.
23    Q.   Did you ever say to Mr. Mills
24 I specifically want you to talk to
25 Ms. Browne-Sanders about my opinion of

184

1    H. RATNER
2  her to give her an opportunity to
3  improve?
4    MR. GREEN: Asked and
5    answered. Object to form, but you
6    may answer it.
7    A.   I did not, but, you know, the
8  closest thing to that would have been
9  the offering her the training, which
10 obviously was geared towards trying to
11 help her get the skills in order to get
12 her job done.
13    Q.   Do you know whether training
14 is offered generally to people who are
15 deemed promotable?
16    MR. GREEN: Objection to
17    form, but you may answer if you
18    know.
19    A.   Training that was offered to
20 Anucha is not generally made available.
21 That would be, you know, specific case
22 by case basis.
23    Q.   Do you know whether training
24 is offered to individuals at the Garden
25 in order to help them be promoted?

185

1    H. RATNER
2    MR. GREEN: Objection to
3    form, but you may answer if you
4    know.
5    A.   No, I do not.
6    Q.   Do you know whether Mr. Mills
7  was ever given training?
8    A.   I do not.
9    Q.   Do you know whether
10 Ms. Browne-Sanders was given training
11 early in her career?
12    A.   I do not.
13    Q.   Do you know the circumstances
14 of anybody getting training at the
15 Garden?
16    MR. GREEN: Objection to
17    form. You may answer if you know.
18    A.   Training of this type.
19    Q.   What is this type?
20    A.   This type is to go off and
21 try to hire a management consultant
22 type who can train and, you know,
23 people in areas they're deemed -- they
24 could be do better in as opposed to
25 generalized training which, you know,

47

# Exhibit 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ANUCHA BROWNE SANDERS,

                    Plaintiff,

        -against-              06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and
JAMES L. DOLAN,

                    Defendants.
------------------------------------------X



        VIDEOTAPED DEPOSITION OF ROBERT LEVY, ESQ.

              New York, New York

         Wednesday, February 28, 2007



REPORTED BY:
BARBARA R. ZELTMAN
Job No. 11986



## David Feldman
## W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

18

ROBERT LEVY, ESQ.

1
2     A   If the right deal's presented,
3 I think nobody on the team is untouchable
4 in my mind, let's put it that way.
5     Q   Not even Jamal Crawford?
6     A   I'm a Jamal Crawford fan, but
7 if we could have gotten Ray Allen and we
8 needed to sacrifice Jamal Crawford, I
9 would have endorsed that move.
10     Q   How did you learn about this
11 lawsuit?
12     A   I learned about this lawsuit
13 walking through Penn Station after
14 getting off the train commuting to work,
15 and I believe I saw the front -- back
16 page of either the Daily News or the
17 New York Post.
18     Q   And you bought the paper?
19     A   I think I picked it up off the
20 garbage, trash. They lie on top in the
21 metal -- I didn't go fishing in.
22     Q   An honored and venerable
23 New York tradition.
24     A   Absolutely.
25     Q   Did there come a time when you

19

ROBERT LEVY, ESQ.

1
2 called the Vladeck firm regarding the
3 case?
4     A   I did.
5     Q   How long after seeing the
6 newspaper article did you call them?
7     A   To the best of my recollection,
8 it would have been within a week to ten
9 days. But I am not certain.
10     Q   Why did you call them?
11     A   I called them because I thought
12 that I had witnessed, for lack of a
13 better word, an incident that might be
14 relevant to the lawsuit. And as a
15 plaintiff's employment lawyer, I am
16 frequently calling on people who I think
17 have relevant information to my cases and
18 asking them to take their time and get
19 involved. And I felt like I had made the
20 pitch so often to people that the system
21 really only works if people are willing
22 to come forward and give of their time,
23 that I needed to be true to that idea.
24     Q   Did you call any of the lawyers
25 representing the defendants?

20

ROBERT LEVY, ESQ.

1
2     A   I did not.
3     Q   Did you call the Garden?
4     A   I did not.
5     Q   Did you seek to use some other
6 means that would result in the Garden
7 becoming aware of the relevant
8 information that you had?
9     A   I did not.
10     Q   When you called the Vladeck
11 firm, who did you talk to?
12     A   I believe I spoke with
13 Mr. Mintzer. I believe his name was
14 listed in one of the articles in one of
15 the papers.
16     Q   And how long was that
17 conversation?
18     A   Best of my recollection,
19 somewhere between 20 and 30 minutes, but
20 it may not have been that long, and it
21 may have been a few minutes longer. I am
22 not quite certain.
23     Q   What did you tell him?
24     A   I told him that I had attended
25 the Knicks open practice in -- I believe

21

ROBERT LEVY, ESQ.

1
2 it was late October of 2005, and that I
3 had witnessed a communication between
4 Mr. Thomas and Ms. Browne Sanders. And I
5 said something to the effect, "I'm going
6 to tell you this story, and you decide if
7 it's of interest to you." And I
8 proceeded to tell him what I observed.
9     Q   And what did you tell him?
10     A   I told him that I was at the
11 open practice with my son. I was sitting
12 about three or four rows from the front
13 row at center court, what I think -- near
14 what I think people call Gate 1, right
15 where Mr. Thomas was traditionally seen
16 perched when he was acting solely as
17 general manager as opposed to coach.
18     And I saw him have a
19 conversation with -- is it Sanders
20 Browne --
21     Q   Browne Sanders.
22     A   Browne Sanders.
23     -- with Ms. Browne Sanders and
24 another gentleman, who I came to believe
25 was Michael Ray Richardson.

6 (Pages 18 to 21)

22

ROBERT LEVY, ESQ.

1
2    And specifically, I told him
3  that I had heard Mr. Thomas say to Michael
4  Ray Richardson, assuming it was him, that
5  Ms. Browne Sanders was doing a terrific
6  job for the organization and words to that
7  effect and also say that it was sometimes
8  distracting to work with someone so
9  attractive, she was very easy on the eyes.
10  And at some point made a comment like "but
11  I can't get any love from her" or "I can't
12  get no love from her." I don't
13  specifically remember the words used.
14    I also told him that during the
15  portion of the conversation that I
16  witnessed, Mr. Thomas had his -- I think
17  it was his left arm around Ms. Browne
18  Sanders' shoulders and that she seemed
19  uncomfortable with that.
20    And then I told him that I had
21  an exchange with my friend, Mr. Schindel,
22  who was there with his family, after that.
23  And I may have described the subsequent
24  conversation I had with Mr. Schindel on
25  the day that the story broke in the

23

ROBERT LEVY, ESQ.

1
2  papers.
3    Q    And did you have any --
4        Well, what did Mr. Mintzer say
5  to you?
6    A    To the best of my recollection,
7  he said, "Thank you very much and I may
8  be back in touch."
9    Q    And was he back in touch?
10    A    At some point, he called me. I
11  think the next time I spoke to him he
12  called me and told me that he was listing
13  me in the Plaintiff's Rule 26 disclosure
14  statement. And I said, "Thanks very much
15  and so be it."
16    Q    And how long was that
17  conversation?
18    A    That conversation, to the best
19  of my recollection, was a couple of
20  minutes.
21    Q    Did you know anyone in the
22  Vladeck firm prior to the time you called
23  them?
24    A    I went to law school with
25  \Ann\Anne\* Clark, who I believe is at

24

ROBERT LEVY, ESQ.

1
2  the Vladeck firm, and I can't say that we
3  were -- I knew of her more than I knew
4  her. But we certainly have had
5  conversations in law school and probably
6  one or two since then, and I have seen
7  her at events.
8    Other than that, I don't think I
9  know anybody in the firm. I think I may
10  have spoke with Ms. Vladeck on the phone a
11  couple of times.
12    Q    Have you been on any
13  professional committees, Bar Association
14  committees, with anybody in the firm or
15  any sort of --
16    A    Yes, I am a member of the
17  National Employment Lawyers Association
18  of New York.
19    Q    And that's a plaintiff's
20  lawyers organization?
21    A    Plaintiff's employment lawyers
22  organization, that's correct. And I'm
23  quite certain that there are members of
24  Vladeck who are members of that
25  organization.

25

ROBERT LEVY, ESQ.

1
2    Ms. Clark is very prominent in
3  that organization, and I believe
4  Ms. Vladeck may have presented at one of
5  the CLE conferences that I attended
6  through NELA in New York, although I am
7  not positive about that.
8    Q    Have you been on any panels
9  with anybody at the Vladeck firm?
10    A    I don't think so.
11    Q    Following the conversation that
12  you had with Mr. Mintzer in which he told
13  you that you were being listed on his
14  Rule 26(a) disclosure, did you have any
15  further conversations with anybody at the
16  Vladeck firm?
17    A    Mr. Mintzer called me -- I am
18  going to guess a couple of months
19  later -- and told me that my name had
20  come up in the case, and he asked me if
21  anybody representing the defendants had
22  contacted me.
23    And I told him that I had not
24  heard from any of the lawyers, but that a
25  private investigator who identified

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212) 705-8585

# Exhibit 20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ANUCHA BROWNE SANDERS,

                Plaintiff,

          -against-            06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

                Defendants.

------------------------------------------X

VIDEOTAPED DEPOSITION OF JEFFREY NIX

New York, New York

Friday, January 26, 2007

REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 11467



**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

74

JEFFREY NIX

1
2     But let me just in terms of time,
3  because you've expressed some confusion
4  about whether it was '04 or '05. Isiah
5  Thomas would have come in December of '03,
6  would have started working probably
7  actively I could say in January of '04.
8      Would this have been relatively
9  soon after he arrived that this event
10 occurred?
11    A    I think it was in the spring of
12 '04, yes.
13    Q    And do you have a specific
14 recollection of her telling you that he
15 had stood over her desk and used the word
16 "bitch"; do you have a specific
17 recollection of her telling you about it
18 at the time?
19        MR. MINTZER:  Asked and answered.
20    A    She told me at the time, yes.
21    Q    And how was it that she told you?
22 Was it in person, was it by phone?
23    A    It was by telephone.
24    Q    When she told you that, were you
25 surprised?

75

JEFFREY NIX

1
2    A    No.
3    Q    And why were you not surprised?
4    A    Because I thought Frank had some
5  animosity towards Anucha.
6    Q    And so would it be fair to say
7  that you believed Frank had animosity
8  towards Anucha well prior to the time that
9  Isiah Thomas ever arrived?
10        MR. MINTZER:  Objection to form.
11    A    I wouldn't know that.
12    Q    Well, I mean did you think that
13 this was a long-standing animosity between
14 Frank Murphy and Anucha Browne Sanders?
15        MR. MINTZER:  Objection to form.
16    A    I think there was animosity that
17 built up over time.
18    Q    And was it just starting to build
19 in '04 or had it been building prior to
20 that time?
21        MR. MINTZER:  Objection to form.
22 Asked and answered.
23    A    I am not sure.  I think it was
24 built over a period of time.
25    Q    Would it be fair to say that as

76

JEFFREY NIX

1
2  Frank Murphy took on more responsibilities
3  that -- strike that.
4      Would it be fair to say that
5  Anucha Browne Sanders had an easier time
6  dealing with you than she had with Frank
7  Murphy?
8        MR. MINTZER:  Objection to form.
9    A    I don't know.
10        MR. ADES:  Did she get along with
11 you?
12        THE WITNESS:  She got along with
13 me.
14        MR. ADES:  Did she get along with
15 Frank?
16        THE WITNESS:  She worked with
17 Frank.
18        MR. ADES:  Come on, Jeff.  Did
19 she get along with Frank?
20        THE WITNESS:  I thought she got
21 along with Frank.
22    Q    And so when she told you that he
23 uses language with you, what, if anything
24 else, was said?
25    A    When he left the office, she got

77

JEFFREY NIX

1
2  on the phone and called Isiah Thomas.
3    Q    She told you that?
4    A    That's what Anucha Browne Sanders
5  told me, she called Isiah Thomas.
6    Q    Because obviously I'll be saying
7  quite often probably during the course of
8  this deposition, you weren't a witness to
9  any of these interactions between her and
10 Isiah Thomas?
11        MR. MINTZER:  Objection to form.
12    Q    With the exception of the hug
13 that we talked about earlier?
14    A    That's correct.
15    Q    And so what did she -- with
16 regard to whatever else she told you about
17 that conversation with Isiah Thomas, did
18 she tell you about it at the time or did
19 she tell you about it later?
20        MR. MINTZER:  Objection to form.
21 Asked and answered.
22    A    Shortly after it happened.
23    Q    And what was it that she told you
24 occurred?
25    A    She told me that Frank come in to

20   (Pages  74  to  77)

78

JEFFREY NIX

1
2  her office to discuss about something,
3  stood over her desk and called her a
4  bitch.
5      Q    What did she tell you what
6  happened when she called Isiah Thomas?
7      A    Prior to her calling Isiah
8  Thomas, Frank Murphy left the office.
9  Faye Brown, who was her assistant, walked
10  in, asked her if there was anything wrong
11  and she got on the phone and called Isiah
12  Thomas to tell him about -- Anucha
13  Browne Sanders got on the phone, called
14  Isiah Thomas to tell him what Frank called
15  her and did.
16      Q    And what did she then tell you
17  occurred in that conversation?
18      A    She told me that Isiah told her,
19  "What the fuck is your job?  What the fuck
20  do you do?  You fucking bitch, fucking
21  ho."
22      Q    And you are saying you have a
23  specific memory of her telling you both
24  about the word "bitch" and the word "ho"
25  in March of '04?

79

JEFFREY NIX

1
2      A    That was a pretty telling
3  statement.  I would remember that, yes.
4      Q    Okay.
5      A    In the -- excuse me.  In the
6  spring of '04.
7      Q    In the spring of '04.
8      A    Yes.
9      Q    And when she told you about it,
10  did she say she was going to do anything
11  about it?
12      MR. MINTZER:  Objection to form.
13      A    She told me she was calling Steve
14  Mills.
15      Q    And did she ever tell you that in
16  fact she called Steve Mills?
17      A    She told me that they had a
18  meeting the following day with Steve
19  Mills, Isiah Thomas and Anucha
20  Browne Sanders.
21      Q    And did she tell you what had
22  occurred at the time of that meeting?
23      A    She told me that Steve Mills
24  clearly stated her job responsibilities to
25  Isiah, and then at that time Steve Mills

80

JEFFREY NIX

1
2  left the office to take a phone call and
3  Isiah said to her, "Just remember, fucking
4  bitch, I am the fucking president of this
5  team."
6      And then Steve Mills came back
7  into the office and they concluded the
8  meeting.
9      Q    Between the time of this alleged
10  occurrence in the spring of '04 and today,
11  have you had conversations with Anucha
12  Browne Sanders where she has talked about
13  this event?
14      MR. MINTZER:  Objection to form.
15      A    No.
16      Q    So there haven't been times after
17  you went back to Indiana when she called
18  and talked to you about the fact that
19  Isiah Thomas had called her a bitch?
20      MR. MINTZER:  Objection to form.
21  Mischaracterizes the testimony.
22      A    In this specific occurrence, no.
23      Q    So you are saying "in this
24  specific occurrence" and you are referring
25  to the meeting with Mills, that the only

81

JEFFREY NIX

1
2  time she talked to you about this event
3  was in the spring of '04?
4      A    Shortly after that meeting.
5      Q    And when she told you that, did
6  you say to her -- strike that.
7      Did she tell you that she had
8  told Mills about Isiah Thomas' outburst?
9      A    Anucha Browne Sanders told me
10  that Steve Mills was aware of the
11  outburst, yes.
12      Q    Well, did she tell it to you in
13  that way in the conversation?
14      MR. MINTZER:  Objection to form.
15      A    She told me that Steve was aware
16  of what transpired in the meeting.
17      Q    I guess what I'm saying to you
18  is:  Is if she was communicating this all
19  to you within a few days of its happening,
20  did she say to you, "I told Steve, I
21  talked to Steve later.  This is what I
22  said to Steve, this is what Steve said to
23  me"?
24      MR. MINTZER:  Objection to form.
25      A    She just said Steve's aware of

21 (Pages 78 to 81)

82

JEFFREY NIX

1  what happened.
2
3  Q    And what, if anything, did you
4  say to her?
5  A    I said, "Well, Steve is the
6  president of Madison Square Garden, he's
7  your immediate supervisor."
8         And I can't give her advice other
9  than she told her supervisor.
10  Q    Was she looking to you for
11  advice?
12         MR. ADES:  Wait a minute.  You
13  don't know her state of mind.
14  A    I don't know what she was -- she
15  just told me and she told me that Steve
16  Mills was aware.
17  Q    But you have a specific
18  recollection of saying back to her, "Well,
19  Steve Mills is the president of Madison
20  Square Garden and, therefore, you've done
21  the right thing"?
22  A    Do I have a specific
23  recollection?  No.  I probably would
24  have -- I probably said something to the
25  effect that, "Steve is your supervisor,

83

JEFFREY NIX

1
2  so, I mean, he should be able to handle
3  this."  That type of thing.
4  Q    And after that, did she ever tell
5  you that Frank Murphy had ever spoken to
6  her in that way again?
7         MR. MINTZER:  Objection to form.
8  A    I am not aware of it.
9  Q    Okay.
10         MR. ADES:  You don't --
11  Q    Did you ever --
12         MR. ADES:  You don't remember.
13  You don't remember now them saying, right?
14         THE WITNESS:  No, I don't
15  remember.
16  Q    Okay.
17         Is there anything that would
18  refresh your memory about any other time
19  that Anucha Browne Sanders would have told
20  you that Frank Murphy used the same kind
21  of language with her?
22  A    I don't know.  I don't remember.
23  I wouldn't remember that.
24  Q    And what I'm saying to you is,
25  is:  Is there anything that would refresh

84

JEFFREY NIX

1
2  your memory about that?
3         MR. MINTZER:  Objection.
4  A    I don't know.
5         MS. FRANCO:  Why don't we take a
6  break.
7         THE VIDEOGRAPHER:  Going off
8  record.  Time is 11:32 a.m.
9         (A brief recess was
10  taken.)
11         THE VIDEOGRAPHER:  Going back on
12  record.  Time is 11:52 a.m.
13  Q    When we left off, we were talking
14  about an event that occurred between
15  Anucha Browne Sanders and Frank Murphy.
16         Do you remember that line of
17  questioning?
18  A    Yes.
19  Q    After your conversation with Ms.
20  Browne Sanders with regard to this event
21  involving Frank Murphy, did you ever talk
22  to Frank Murphy to say, "Oh, my gosh, what
23  happened?"
24  A    No.
25  Q    Did you ever hear his side of the

85

JEFFREY NIX

1
2  story?
3  A    No.
4  Q    Did you ever hear what he had to
5  say in terms of what happened?
6  A    No.
7  Q    Do you know if around that time
8  there was a death of a journalist by the
9  name of Leonard Lewin?
10  A    I'm aware of Leonard Lewin.  I
11  don't remember his death.
12  Q    Do you remember Frank Murphy
13  circulating an e-mail about the fact he
14  had died and making a request or
15  suggestion that there be a moment of
16  silence for him at the Garden before the
17  game?
18  A    I am not aware of that.
19  Q    In this kind of January-to- March
20  time frame of 2004, right as Isiah Thomas
21  is coming in, would it be fair to say that
22  there are certain rules that he puts into
23  effect that hadn't been in place under
24  Layden?
25  A    I think there were some changes,

22   (Pages 82 to 85)

90

JEFFREY NIX

1
2  personnel that were back there never
3  really changed as far as I know.  I mean,
4  you have three specific locations for the
5  most part.  You have the New York Knicks'
6  locker room, you have the lounge area and
7  you have the New York Rangers' locker
8  room.
9       Q    What kind of changes took place
10 in terms of after Isiah Thomas came in
11 terms of people who would have access to
12 the lounge or the ability to come in the
13 lounge?
14      A    I think he just wanted to keep it
15 off limits -- I don't think Isiah wanted
16 people just lounging and hanging out there
17 during the game, being around there.  He
18 wanted to create a sterile environment
19 around the team on game days at Madison
20 Square Garden.
21      Q    Did he ever tell you why?
22      A    No.
23      Q    Did there ever come a time in
24 this January-to-March time frame -- strike
25 that.

91

JEFFREY NIX

1
2       In this January-to-March time
3  frame, did Isiah Thomas ever make a
4  statement to you where he said, "Players
5  aren't going to do any more community
6  events"?
7       A    No.
8       Q    Did anyone ever tell you that he
9  had said such a thing?
10      A    Yes.
11      Q    Who told you that?
12      A    Anucha.
13      Q    And when did she tell you that?
14      A    She told me after the Utah loss
15 in I think February of '04.
16      Q    Did she tell you that he had made
17 that statement to her himself?
18      A    Yes.
19      Q    What exactly did she tell you he
20 had said?
21      A    It was after a loss against Utah
22 at Madison Square Garden and it was in the
23 hallway outside the locker room.  She told
24 me that -- Anucha told me that he grabbed
25 her by the arm, pulled her into the room

92

JEFFREY NIX

1
2  across from the locker room, which we
3  would call the bike room, stationary bikes
4  in there, and he told her that there would
5  be no more player appearances and, "Don't
6  you fuck up what I'm trying to do here,
7  you fucking bitch."
8       Q    And you have a specific
9  recollection of her telling you that at
10 that time?
11      MR. MINTZER: Objection to form.
12      A    Soon after that time, yes.
13      Q    So it's now at least two
14 occasions that she has told you that he's
15 called her a bitch?
16      A    He has called her a fucking
17 bitch.
18      Q    So it's two occasions that you
19 are saying that she told you at or near
20 the event that he called her a fucking
21 bitch?
22      MR. MINTZER:  Asked and answered.
23      Q    Is that correct?
24      A    What event?
25      Q    You told me I think that there

93

JEFFREY NIX

1
2  was the event that you just described for
3  me, correct?
4       A    After a game in February of '04.
5       Q    Okay.
6       And I believe you told me that he
7  called her a fucking bitch in a phone call
8  after she had the interaction with Murphy,
9  correct?
10      A    That's correct.
11      Q    Any other events that she told
12 you about where he called her a fucking
13 bitch?
14      MR. MINTZER: Objection to form.
15      A    Not that I am aware.
16      Q    Any other events that you haven't
17 told me about where he called her a bitch?
18      MR. MINTZER: Objection to form.
19      A    There are times -- I can't
20 specifically -- but there were times in
21 conversations where she would say he
22 called her a bitch.
23      Q    But she never told you about
24 those times until after you had gone back
25 to Indiana; isn't that correct?

24  (Pages 90 to 93)

94

JEFFREY NIX
1
2     MR. MINTZER: Objection to form.
3     A    No. I worked -- I was there for
4 a year and she told me things were going
5 on.
6     Q    When's the next time she told you
7 that, that he had called her a bitch?
8     A    She told me over the course of
9 two years that he would call her a bitch,
10 on occasion.
11    Q    When's the next time he called
12 her a bitch?
13        MR. ADES: If you remember that
14 she told you he called her a bitch.
15    A    I don't remember.
16    Q    Regardless of when the next time
17 was, did she tell you that she had told
18 Steve Mills?
19        MR. MINTZER: Objection to form.
20    A    She told me that Steve Mills was
21 aware.
22    Q    So regardless of when this next
23 time was, the conversation went something
24 like this: "Isiah called me a bitch
25 again, but Steve Mills is aware"?

95

JEFFREY NIX
1
2        MR. MINTZER: Objection to form.
3 Mischaracterizes testimony.
4     Q    Is that how the conversation
5 occurred?
6     A    No. Through the course of
7 conversations she would say, "He called me
8 a bitch again."
9     Q    Did she tell you what was going
10 on on this next occasion when he called
11 her that?
12    A    I don't recall. I don't recall.
13    Q    Did you say to her, "You know, if
14 in fact that's happening, you really need
15 to tell somebody else if Steve Mills isn't
16 doing anything about it"?
17        MR. MINTZER: Objection to form.
18    A    She was under the strong opinion,
19 telling me, that the president of Madison
20 Square Garden, if he was aware of it and
21 he wasn't going to do anything about it,
22 then who else would do something about it.
23        She did speak to someone in human
24 resources.
25    Q    Okay. We'll come back to that.

96

JEFFREY NIX
1
2     But -- strike that.
3        By the next time after the events
4 that you've now told me about, by the next
5 time she says to you that he's called her
6 a bitch, did she tell you at that time
7 that she's talked to somebody in human
8 resources?
9        MR. MINTZER: Objection to form.
10    A    I don't recall that.
11    Q    Did she tell you the next time
12 that she's talked to somebody in human
13 resources?
14    A    I don't recall.
15    Q    At some point in the
16 conversations that you and she have, don't
17 you say to her, "You really need to go to
18 somebody else in human resources"?
19        MR. MINTZER: Objection to form.
20    A    No, I didn't tell her that.
21    Q    Did you say to her, "Go to Jim
22 Dolan. You see Jim Dolan, Anucha, at
23 meetings, why don't you tell Jim Dolan
24 about it?"
25        Did you ever have that

97

JEFFREY NIX
1
2 conversation with her?
3     A    No.
4     Q    Over the course of '04, while you
5 are there, how many times is it that she
6 tells you that this occurs?
7     A    Calling her a bitch?
8     Q    Yeah.
9     A    A few times.
10    Q    So we are talking about a few
11 times more than the times that you've
12 already told me about; is that correct?
13        MR. MINTZER: Objection.
14    A    I think, yeah, there were few
15 occurrences where she was called a bitch,
16 yes.
17    Q    And while we're kind of still on
18 that topic, at the time then when you go
19 back to Indiana, are there any other
20 occasions after that where she says, "He's
21 called me a bitch"?
22    A    There were occasions where she's
23 mentioned it, yes.
24    Q    How many occasions after you go
25 back to Indiana?

25  (Pages 94 to 97)

138

JEFFREY NIX

1
2  around let's say October of '04 until the
3  end of the year of '04.
4      All right?
5      A   Yes.
6      Q   Just so you get centered in terms
7  of time.
8      And I understand that there was
9  an event that you witnessed involving a
10  hug between Isiah Thomas and Anucha Browne
11  Sanders; is that correct?
12      A   That's correct.
13      Q   And do you have a specific memory
14  of the date that that occurred?
15      A   It was at the end of December.
16  Game was Minnesota at the Garden. It
17  probably was 28th, 29th, something like
18  that of December.
19      Q   And so do you recall it being
20  actually the last game before the new
21  year?
22      A   I am not sure if it was the last
23  game. Could have been a road game. It
24  was the last home game before the new
25  year, possibly.

140

JEFFREY NIX

1
2  entrance of Gate 1 during the games?
3      A   That's what I saw, Gate 1, yes.
4      Q   But not only at this particular
5  game, but was it usual that that's where
6  he would be standing?
7      A   Yes.
8      Q   And he would kind of greet people
9  who might be passing through?
10      MR. MINTZER:  Objection to form.
11      A   I don't know if he was greeting
12  people. I don't pay attention to whether
13  he was -- I just know where he was
14  standing. I don't know what he was doing.
15      Q   Okay.
16      And again, I'm talking more
17  generally. When you would go to games and
18  you would see him, you would see him
19  standing in this Gate 1 area?
20      A   Yes.
21      Q   But you are saying you don't know
22  what he was doing in Gate 1?
23      A   He was watching the game.
24      Q   Okay.
25      And what did you see happen that

139

JEFFREY NIX

1
2      Q   Did the Knicks win?
3      A   The Knicks won the game, yes.
4      Q   Where would you have watched the
5  game from?
6      A   The TV booth upstairs.
7      Q   And where would Isiah Thomas have
8  watched the game from, if you know?
9      A   At that time, he would have been
10  standing in Gate 1 in the main entrance
11  from the block room to the court.
12      Q   Okay.
13      And where was Anucha, if you
14  know?
15      A   I don't recall where she was.
16      Q   She didn't watch it from the TV
17  booth?
18      A   I don't recall. I don't think
19  so, no.
20      Q   And before I get into the actual
21  facts of what you saw, is it fair to say
22  that Isiah Thomas, during the time period
23  that he was acting as president in this
24  kind of general manager role, that he
25  would actually stand in Gate 1, at the

141

JEFFREY NIX

1
2  night between Anucha Browne Sanders and
3  Isiah Thomas?
4      A   I left the TV booth prior to the
5  end of the game. We were leading. I took
6  the elevator from that area down to
7  courtside, court level, and my usual route
8  was behind the -- underneath the Garden,
9  underneath the stands, whatever you want
10  to call it. Down the hallway past the
11  visitors' locker room and then into the
12  hallway, continued down that hallway into
13  the Knicks' locker room is at.
14      I specifically remember that as I
15  walked past the locker room of the
16  Minnesota Timber Wolves, Kevin Garnett
17  passed me in the hallway as he walked into
18  the locker room. He was upset. He was
19  yelling at the team because they played
20  poorly and the Knicks won.
21      As I continued down the hall,
22  went through the doors leading to the
23  entrance to the Knicks/Rangers hallway,
24  and that's when I saw an embrace and then
25  what looked to me like she pushed away and

36  (Pages 138 to 141)

142

JEFFREY NIX

1  then she walked down --
2      Q    Let me stop you there for a
3  minute.
4      MR. MINTZER:  Wait.  Let him give
5  his full answer, Counsel, please.  He's
6  telling you what he saw.  And then you can
7  follow up.  I think that's the appropriate
8  thing to do.  The witness should be
9  allowed to give his full answer.
10     Q    Let me stop you there.  We will
11 come back to that point.
12          You've indicated that you hear
13 Kevin Garnett yelling at his teammates and
14 you see an embrace, and I want to direct
15 your attention to that part of your
16 testimony for the moment and then we'll
17 come back so you can finish your answer.
18          Tell me what you see in terms of
19 where Anucha is standing, where Isiah
20 Thomas is standing.
21     A    It was up close to the entrance
22 to the New York Rangers' locker room.
23     Q    Are other people standing in the
24 area as well?

143

JEFFREY NIX

1      A    I think some people might have
2  been trying to walk through to the locker
3  room area.  The game had just concluded.
4      Q    Can you tell whether Isiah is
5  talking to anyone else or talking to
6  anyone when this embrace occurs?
7      A    I didn't see him talking with
8  anyone, no.
9      Q    Okay.
10          And where is it that you see his
11 hands?
12     A    I just saw his hands around her,
13 embracing her.
14     Q    Okay.
15          Is her back to you?
16     A    No.  It was like a 45-degree
17 angle where I could see where his hands
18 were around her and it was at an angle to
19 the wall.  It was not directly against the
20 wall or directly -- I did not see Isiah's
21 back.  I saw at an ankle.
22     Q    Did you see the beginning of the
23 embrace?
24     A    No.

144

JEFFREY NIX

1      Q    And how long did it last that you
2  saw it before it broke?
3      A    It was a brief -- it seemed brief
4  to me and it looked like she pushed away
5  and started walking down the hallway.
6      Q    And what did he do after she
7  started walking down the hallway?
8      A    I am not sure because I walked
9  past her and I walked into the lounge area
10 so I am not sure what he did after that,
11 whether he went to the coach's locker room
12 or our locker room, the Rangers' locker
13 room.  I have no idea.
14     Q    After she pushes away and you see
15 her, what happens next?
16     A    She walked probably 10, 15 feet
17 towards the Knicks' locker room, almost
18 like she was going to walk out of the
19 hallway at the other end.  And then she
20 did an abrupt turn and then that's where I
21 passed her, walking, and she walked -- she
22 told me she walked out into Gate 1 as I
23 walked past into the lounge area.
24     Q    So you don't stop and talk to her

145

JEFFREY NIX

1  at that point?
2      A    No, no.
3      Q    And so she tells you what?  The
4  same evening that that's what happens?
5      A    When I passed her, she looked
6  disturbed.  I knew something happened and
7  then she was out.
8          Then after I was in lounge, I
9  walked back out into the Gate 1 area and
10 that's when I saw her and she was -- she
11 was disturbed.
12     Q    Okay.
13          And did you and she talk about
14 the reasons for her being disturbed at
15 that time?
16     A    Yes.
17     Q    And what did you say to her?
18     A    I said, "You got to talk to Steve
19 about this."
20     Q    No.  What's the very first thing
21 you said to her when you saw her there?
22     A    I said "Hi, how you doing?"
23     Q    And what did she say?
24     A    She said -- I don't know exactly

37 (Pages 142 to 145)

146

JEFFREY NIX

1
2  what she aid.  Probably not well, not
3  doing well.  I am not sure what she said.
4      Q    So you don't recall the words
5  that she used?
6      A    I recall her saying, "You are not
7  going to believe what just happened."
8      Q    Okay.
9          And what else did she say, if
10  anything?
11      A    He just -- she said that he said,
12  "I am in love with you, and it's like and
13  love basketball."
14      Q    And you are saying you have a
15  specific recollection today of her saying
16  that to you that night?
17      A    Yes.
18      Q    This isn't some memory that's
19  been refreshed since the time of its
20  occurrence?
21      A    No.
22          MR. MINTZER:  Objection.
23      Q    Did you ever tell anyone actually
24  that the conversation had something to do
25  with a playground?

147

JEFFREY NIX

1
2      A    A playground?
3      Q    Yes.
4      A    No.
5      Q    Did you ever make any statement
6  to anyone that indicated that what was
7  said at that time was something different
8  than what you've now told me?
9          MR. MINTZER:  Objection to form.
10      A    No.
11      Q    How many times have you told this
12  story to anyone?
13      A    I haven't told it to anyone, that
14  I can remember.  Other than Rob.  Rob's is
15  aware of it.
16      Q    When you met with counsel back in
17  May of '06, did you tell them the story
18  just as you have told me?
19          MR. MINTZER:  Objection to form.
20  You are asking about his conversations
21  with Madison Square Garden counsel?
22          MS. FRANCO:  Yes.
23          MR. CESARATTO:  Wait.  Can we
24  take a break a second.
25          (Discussion off the record.)

148

JEFFREY NIX

1
2          MS. FRANCO:  I've been corrected
3  on something.  Let me withdraw that
4  question.
5      Q    When you were interviewed in May
6  of '06, did you make the statement about
7  what occurred just as you have now?
8      A    To my knowledge, I did, yes.
9      Q    And did she tell you why that
10  upset her?
11          MR. MINTZER:  Objection to form.
12      A    No, she didn't.  She didn't need
13  to tell me why it upset her.  I clearly
14  understood why she was upset when she told
15  me what was said.
16      Q    And why did you belive she was
17  upset?
18      A    Because what was said to her I
19  would suspect would clearly upset a
20  married woman.
21      Q    Did she tell you what the context
22  was in which that conversation occurred?
23      A    The only thing she told me was
24  she was walking back in there and then she
25  grabbed her and hugged her.  To my

149

JEFFREY NIX

1
2  knowledge, I don't think there's any
3  discussion prior to that.
4      Q    Okay.
5          By December of 2004, from your
6  conversations with Anucha, did you have
7  the sense by that time that she and Isiah
8  Thomas were not interacting well with each
9  other?
10          MR. MINTZER:  Objection to form.
11      A    I sensed that there was some
12  tension.
13      Q    Did she ever tell you that she
14  would make notes in a journal on a daily
15  basis of either work events or her
16  personal life events?
17          MR. MINTZER:  Objection to form.
18      A    She had a book that she's had
19  every day, that she carries every day at
20  Madison Square Garden.  She writes notes.
21      Q    So you've actually seen that
22  book?
23      A    Yes.
24      Q    Did she ever tell you how she
25  characterized that interaction with Isiah

38   (Pages 146 to 149)

162

JEFFREY NIX

1 clarify the time frame. I thought you
2 were talking about '05 and now it seems
3 like --
4     MS. FRANCO: Yeah.
5     Q    Let's just talk specifically in
6 this January of '05 to June of '05 time
7 frame first and we'll -- we're heading
8 chronologically and we'll go through it.
9     But are you saying that from the
10 time that you moved back to Indiana, that
11 you really don't have much in the way of
12 communications with anybody?
13     A    Other than -- if you are talking
14 about January to June of '05?
15     Q    Yeah.
16     A    It would primarily be Brendan
17 Suhr, if I had any conversations.
18     Q    Do you have any reason to believe
19 that the reason you are not having
20 conversations with Isiah Thomas is because
21 he's dissatisfied in any way with your
22 performance in this January to June time
23 frame?
24     A    I have nothing to lead me to

163

JEFFREY NIX

1 believe that he would be dissatisfied.
2     Q    So you are doing your job. Are
3 you communicating by e-mail?
4     A    I attempt to communicate by
5 e-mail but I was told not to communicate
6 by e-mail by Isiah Thomas.
7     Q    What did he tell you to do
8 instead?
9     A    Call him if I needed to reach
10 him.
11     Q    Okay.
12     So in this January to June time
13 frame, Isiah Thomas has communicated to
14 you that if you needed to talk to him you
15 should call him?
16     A    "Don't send an e-mail."
17     Q    Okay.
18     Because he doesn't really
19 communicate by e-mail, correct?
20     A    I have no idea.
21     Q    But, so, do you think he has
22 singled you out to be the only person with
23 whom he is not going to communicate by
24 e-mail?

164

JEFFREY NIX

1     A    I have no idea. I don't know.
2     Q    Okay.
3     A    I don't know what he's told other
4 people.
5     Q    All right.
6     But between January and June, if
7 you have something that you think he needs
8 to know, do you call him?
9     A    I would let him know, yes.
10     Q    And on those occasions when you
11 would call him, is he cordial?
12     A    I never had to call him.
13     Q    Okay.
14     So other than that, that method
15 of communication, what other ways are you
16 communicating with people back in New
17 York?
18     A    E-mails. Or phone calls with
19 Brendan Suhr during that time period.
20     Q    So you are calling Brendan Suhr.
21     Are you having -- who are you
22 typically e-mailing if you have to?
23     A    If I e-mail someone, I would
24 e-mail Brendan Suhr. I would e-mail

165

JEFFREY NIX

1 Anucha on things, Frank Murphy. People in
2 finance. I have no problem using e-mail.
3     Q    Okay.
4     And during this January to June
5 time frame, you are talking to Anucha
6 Browne Sanders three or four times a week?
7     A    Possibly, yeah. Possibly.
8     Q    Do you submit periodic scouting
9 reports?
10     A    Scouting reports are put into a
11 computer database system that we have all
12 of our scouts, scouting reports,
13 background checks, any information on
14 players we feel are important.
15     Q    Does that information go to
16 you -- again in this '05 time frame,
17 January/June time frame, does it go to you
18 and then you pass it on to others?
19     A    It goes into our scouting system
20 and people have access to them. Then the
21 administrative people, Isiah, Brendan
22 Suhr, they have access to all those
23 scouting reports.
24     Q    So in this January to June time

42 (Pages 162 to 165)

166

JEFFREY NIX

1 frame, does Anucha Browne Sanders tell you
2 that anything has occurred with Isiah
3 Thomas that she considers to be
4 inappropriate?
5     A    In '05, there was a situation I
6 think when they compared their scars and
7 he said, "I'm in love with you" and "I
8 think you're beautiful."
9     Q    And you are saying that he
10 told -- that she told you that, when?
11     A    Sometime during that time period,
12 I imagine.
13     Q    Well, how is it that you recall
14 that it occurred during that time period?
15        MR. MINTZER:  Objection to form.
16     A    Because that's what I personally
17 think that that's when it happened.
18     Q    And what I'm trying to find out
19 is whether you personally think that
20 happened then because you have a specific
21 memory of it or whether or not you've
22 refreshed your memory by reading the
23 Complaint about it.
24     A    I have not read the Complaint

167

JEFFREY NIX

1 since it came out.
2     Q    And is this something you would
3 have shared with the interviewers back in
4 May of '06?
5     A    That, I don't recall.  I don't
6 remember if I did.
7     Q    And what is it that she tells
8 you?  Anything other than what you've now
9 told me?
10     A    No, no.  That's what she said.
11     Q    And what did she tell you that
12 she says in response?
13     A    She said -- if I recall, she said
14 something to the effect that "You're
15 ridiculous" and walked away.
16     Q    And you have a specific
17 recollection of her making that response
18 in this January to June '05 time frame?
19        MR. MINTZER:  Objection to form.
20 Asked and answered.
21     A    I think it was during that time
22 frame.
23     Q    Okay.
24        In response to the comparison of

168

JEFFREY NIX

1 scars?
2        MR. MINTZER:  Objection to form.
3     A    That's what I recall.
4     Q    And what does she say to you
5 about it?
6        MR. MINTZER:  Objection to form.
7 Asked and answered.
8     A    She just told me that.
9     Q    Does she say that it's keeping
10 her from doing her job?
11     A    She just said that she told Steve
12 Mills about it.
13     Q    Okay.
14        But -- but is she saying to you
15 words to the effect of, "Oh, my gosh, this
16 guy thinks he's in love with me, what am I
17 going to do"?
18     A    No.  She cannot believe what is
19 being said and she relays that to Steve
20 Mills and says, "Steve, what is going on
21 here.  Something needs to be addressed."
22     Q    Okay.
23        Did she ever tell you that she
24 actually believed that Isiah Thomas was in

169

JEFFREY NIX

1 love with her?
2     A    Did she specifically ask me if,
3 tell me if she thought Isiah Thomas --
4     Q    Right.
5     A    No.
6     Q    Did she tell you that she thought
7 he was doing it as a way of mocking her?
8     A    No.
9     Q    Did she tell you that he was
10 doing it as a way of trying to get on her
11 good side in order to kind of improve the
12 relationship between the two of them?
13        MR. MINTZER:  Objection to form.
14     A    She did not say that.
15     Q    I mean, did she say to you in the
16 context of, "Can you believe the nerve of
17 that guy.  He knows we are not getting
18 along and he's trying to, you know, he's
19 trying to kind of jostle me along by
20 telling me that he thinks he loves me"?
21        MR. MINTZER:  Objection to form.
22     A    She thought it was kind of
23 unusual that for a year how he treated her
24 so with hostility, and all of a sudden now

43  (Pages 166 to 169)

278

JEFFREY NIX

1 A   Maybe in the locker room.  I
2 can't specifically pinpoint it, but I've
3 heard that phrase before, yes.
4 Q   Okay.
5     As you understand that term, do
6 you think it has anything to do with
7 actually being in love with a person?
8     MR. MINTZER:  Objection to form.
9 A   If I was a woman and a male said
10 that to me, I would feel uncomfortable.
11 Q   That's not my question.
12    Why don't you read the question
13 back.
14    (Requested portion of record
15 read.)
16 A   No.
17 Q   When Anucha Browne Sanders talked
18 to you about it, did she give you any
19 indication that Isiah Thomas was making
20 that statement to her as a statement of
21 love?
22    MR. MINTZER:  Objection to form.
23 A   No.
24 Q   Did she tell you what it was that

279

JEFFREY NIX

1 disturbed her about that statement?
2 A   The fact that for two years or
3 for a year those type of things have been
4 said and she didn't appreciate it.
5 Q   Did she ever -- did Anucha Browne
6 Sanders ever tell you that Isiah Thomas
7 had ever made any statements to her about
8 scheduling Sunday games?
9 A   Yes.
10 Q   And what, if anything, did she
11 say to you?
12 A   She said that there was a meeting
13 that involved some executives, including
14 herself and Isiah, where Isiah proposed
15 putting the scheduled dates, the
16 availability of Madison Square Garden
17 dates for New York Knicks basketball where
18 we would try to schedule afternoon games
19 on Sunday so teams would have to be in on
20 Saturday evening.
21    And thus the teams and the
22 players who were in town would have the
23 ability to go out in the New York City
24 nightlife and that we would provide --

280

JEFFREY NIX

1 "we" meaning Isiah or the New York Knicks,
2 would provide the concierge at the team
3 hotels with nightclubs where players could
4 go and get free drinks or whatever to keep
5 them out late before we played them.
6 Q   And did she tell you that that
7 was actually under discussion at this game
8 as a serious plan?
9     MR. MINTZER:  Objection to form.
10 Mischaracterizes testimony.
11 A   I don't know how it was brought
12 up or -- I don't know.  I wasn't at that
13 meeting.  So I don't know.
14 Q   Did she tell you people laughed
15 about it?
16 A   No, she didn't.
17 Q   Did she tell you that people
18 asked her why she wasn't laughing about it
19 along with others?
20 A   No.
21 Q   I used the term "offsite" with
22 you a couple minutes ago and I think
23 you've used it during the course of the
24 deposition here today.

281

JEFFREY NIX

1 What does the term "offsite" mean
2 to you?
3 A   Business activities away from
4 Madison Square Garden or our practice
5 facility.
6 Q   Has Isiah Thomas ever requested
7 any off-site meetings with you?
8 A   No.
9 Q   Have you ever heard him use the
10 term "offsite"?
11 A   I have not heard him use that
12 term, no.
13 Q   Did Anucha Browne Sanders ever
14 have any conversation with you in which
15 she told you that Isiah Thomas had
16 requested an off-site meeting with her?
17 A   Yes.
18 Q   And did that disturb her?
19 A   Yes.
20 Q   And did she tell you why it
21 disturbed her?
22 A   Because he had mentioned that it
23 would be at the Mandarin Hotel here in
24 Manhattan.

71 (Pages 278 to 281)

282

JEFFREY NIX

1
2    Q    And did she tell you why an
3    off-site meeting at the Mandarin Hotel
4    would disturb her?
5    A    Her impressions of the
6    conversation, according to what she told
7    me, was that she felt uncomfortable that
8    this was not going to be a business-
9    related activity.
10    Q    Did she tell you that there was
11    anything that Isiah Thomas said which in
12    any way, shape or form indicated that this
13    would not be a business-related activity?
14    MR. MINTZER: Objection to form.
15    A    No, I don't think sex or anything
16    like that was ever mentioned.
17    (Nix Exhibit 1, MSG-03931 and
18    MSG-03946 through MSG-03949, was
19    marked for Identification.)
20    Q    Why don't you take a look at that
21    and when you are done reviewing it, tell
22    me that you have reviewed it and I'll ask
23    you some questions about.
24    MR. ADES: All of it?
25    Q    Actually, I am going only going

283

JEFFREY NIX

1
2    to be questioning you with regard to
3    Page 1 of the document.
4    MR. MINTZER: Lucy, I'll note for
5    the record the first two pages are
6    sequential e-mail and the balance of it is
7    a different e-mail, not sequentially Bates
8    numbered. So it seems like they're two
9    different documents. So if you have a
10    reason for marking them together, that's
11    your prerogative. But I just want to note
12    it for the record.
13    MR. ADES: You read it and
14    everything? You understand it, what it
15    says? Because some of it is blurry.
16    MS. FRANCO: I apologize.
17    MR. ADES: No problem.
18    Q    Do you recall receiving this
19    e-mail from Anucha Browne Sanders in or
20    around November 28 of 2005?
21    A    Yes.
22    Q    And is this an e-mail that
23    references the conversation that you and I
24    have already discussed with regard to Dan
25    Gladstone telling Anucha Browne Sanders

284

JEFFREY NIX

1
2    about certain conversations with Stephon
3    Marbury?
4    MR. MINTZER: Objection to form.
5    A    Seems that way, yes. Yes.
6    Q    After you received this e-mail,
7    did you and Anucha Browne Sanders have a
8    conversation about it?
9    A    I think we discussed it, yes.
10    Q    Would you agree with me that
11    there's nothing, at least in the first
12    page of this document, that indicates that
13    Isiah Thomas had anything to do with the
14    statements made of Stephon Marbury?
15    MR. MINTZER: Objection. The
16    document speaks for itself.
17    A    I don't see anything --
18    MR. ADES: There is no mention of
19    Isiah in this.
20    A    Yeah, so I mean --
21    Q    Well, your testimony earlier was
22    that -- that -- and tell me if I am
23    misstating it because it's been a long
24    day -- that somehow Isiah had something to
25    do with Stephon Marbury's reaction or

285

JEFFREY NIX

1
2    statements with regard to Anucha Browne
3    Sanders.
4    MR. MINTZER: Objection to form.
5    Q    Am I incorrect in that belief?
6    A    My opinion, which you don't want
7    ...
8    Q    I don't.
9    MR. ADES: What was the question
10    again so we could understand.
11    MS. FRANCO: My question was
12    whether or not he had indicated to me in
13    earlier conversation that somehow Isiah
14    Thomas was connected to Stephon Marbury's
15    statements about Anucha Browne Sanders.
16    MR. MINTZER: Objection to form.
17    MR. ADES: You mean did Anucha
18    tell him that Isiah was involved --
19    MS. FRANCO: Yeah.
20    I think that was the nature of
21    your conversation with Anucha. But you
22    will tell me if I'm incorrect in that
23    regard.
24    MR. ADES: Do you understand what
25    Lucy is asking?

72    (Pages 282 to 285)