# Exhibit 21

Dockets.Justia.com

1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    06 Civ. 0589 (CGE)

5    ------------------------------------x

     ANUCHA BROWNE-SANDERS,

6

              Plaintiff,

7

8

         - against -

9

10

     MADISON SQUARE GARDEN, L.P., ISIAH LORD

11   THOMAS, III, and JAMES DOLAN,

12            Defendants.

     ------------------------------------x

13                 January 19, 2007

                   10:01 a.m.

14

15

16       Videotaped Deposition of KARIN

17   BUCHHOLZ, taken by Plaintiff, pursuant to

18   Notice, held at the offices of Vladeck

19   Waldman Elias & Engelhard, P.C., 1501

20   Broadway, New York, New York, before Todd

21   DeSimone, a Registered Professional

22   Reporter and Notary Public of the State of

23   New York.

24

25

122

BUCHHOLZ

1
2    Q.    Did you work with Faye Brown?
3    A.    Yes.
4    Q.    How would you describe your
5    working relationship with Faye Brown?
6         MR. GREEN:  Same objection.
7    You may answer.
8    A.    My working relationship with
9    Faye Brown was very good, excellent, until
10   the time where she applied for a position
11   that Alexia Katsaounis vacated and did not
12   get the job and after that our
13   relationship was not as strong.
14   Q.    And when did she apply for the
15   job that Alexia vacated?
16   A.    When Alexia left.  I'm not sure
17   when that was.  She is now in her second
18   year of B school.  I guess about a year
19   and a half ago.
20   Q.    And this was a position for
21   your assistant?
22   A.    I think Alexia was promoted to
23   coordinator.  So it was a coordinator,
24   replacing the coordinator position.
25   Q.    And what role, if any, did you

123

BUCHHOLZ

1
2    have in determining who would be Alexia's
3    replacement?
4    A.    In that particular case I had a
5    lot of control over who would be Alexia's
6    replacement.
7    Q.    And why did you not give Faye
8    Brown the job?
9    A.    I thought other people had more
10   of the qualities and the skills that I was
11   looking for for that position.
12   Q.    Who did you put in that
13   position?
14   A.    Artie Bayes.
15   Q.    And what position had he been
16   in before?
17   A.    He was my intern.
18   Q.    In what way did the
19   relationship -- strike that.
20        In what way was the
21   relationship not as strong after you did
22   not give her the coordinator position?
23   A.    She didn't talk to me for a
24   while.  She was visibly angry and upset
25   and she didn't talk to me.  Then we got to

124

BUCHHOLZ

1
2    be on a more talking basis and then it was
3    more cordial and it got better, but it was
4    never like it was before that.
5    Q.    Did you ever tell anyone that
6    you saw Anucha Browne-Sanders be visibly
7    upset after she interacted with Isiah
8    Thomas?
9         MR. GREEN:  Objection to form.
10   You may answer.
11   A.    Did I ever tell anyone?
12   Q.    That you observed Anucha
13   Browne-Sanders as visibly upset after she
14   interacted with Isiah Thomas.
15   A.    I don't remember.
16   Q.    Did you ever see it?
17   A.    Did I ever see that she was
18   visibly upset?
19   Q.    Correct.
20   A.    I did see her, but I don't
21   remember if I told anyone that I saw that
22   she was visibly upset.
23   Q.    When did you see her visibly
24   upset after interactions with Mr. Thomas?
25        MR. GREEN:  Objection to form.

125

BUCHHOLZ

1
2    You may answer.
3    A.    It is very fuzzy.  I'm not
4    exactly sure of when it was.
5    Q.    On how many occasions did you
6    see her visibly upset?
7    A.    Let me think.  Three or four.
8    Q.    Do you remember any of the --
9    strike that.
10        Were you aware as to why she
11   was visibly upset?  Did she tell you?
12   A.    I clearly remember two.  One
13   was -- yes, I clearly remember two.
14   Q.    And what were those incidences?
15   A.    One was in December, I think,
16   of '05 where she said -- she told me that
17   he had tried to put his arm around her and
18   she said -- he said "Why aren't you
19   showing me any love?"  And she didn't seem
20   like really upset about that.  She was
21   more like shocked, like how dare he do
22   that, how dare he -- you know, he knows we
23   are not getting along, how dare he put his
24   arm around me and tell me I'm not showing
25   him any love.  So if you want to call that

32 (Pages 122 to 125)

126

BUCHHOLZ

1 
2 visibly upset.
3         The other time I remember was
4 earlier than that.  And I don't remember
5 the exact time frame.  But he had -- she
6 said "Karin, can you believe this?  I was
7 standing in Gate 1 and Isiah came up to me
8 and his wife was just feet away, a few
9 feet away, and he said" -- you know, kind
10 of like with this epiphany, she didn't say
11 that, I'm saying that -- "'Now I know why
12 we don't get along.  I think I'm in love
13 with you.'"
14         She again, when she was
15 recounting that incident, she said that,
16 you know, she was shocked that he could
17 say something like that with his wife a
18 few feet away.  And it was like she was
19 offended in a way that, you know, he could
20 try to charm her.  She knows that they
21 don't get along and he is trying to be
22 sweet to her or trying to suck up to her
23 in a way.
24     Q.    When did Ms. Browne-Sanders
25 tell you about the incident at Gate 1?

127

BUCHHOLZ

1 
2     A.    It is a little -- I'm not
3 sure -- well, I know for sure she told me
4 it around November and December of '05.
5 There was a time where she was telling me
6 a lot of things, refreshing my memory of
7 things that she had told me about Isiah,
8 about the Garden, about all of the things
9 that she was complaining about overall,
10 leading up to when she wanted to get a
11 lawyer, including interactions with Steve
12 Mills and others.
13     Q.    Now, you say she was refreshing
14 your memory.  Did she tell you about the
15 incident at Gate 1 prior to November or
16 December of '05?
17     A.    Yes.
18     Q.    What other things did she tell
19 you that you recall?
20     A.    In November?
21     Q.    Whatever she told you that
22 refreshed your recollection.  And if you
23 recall when she originally told you.
24     A.    For sure she refreshed my
25 memory in November about being -- that one

128

BUCHHOLZ

1 
2 day, very soon after Isiah had gotten to
3 the Garden, accepted the position, she
4 went to have a meeting with him and was
5 bringing him this sort of cheat sheet that
6 had some sort of basic business, top-line
7 business information, how many tickets
8 sold, you know, what our rank was I guess
9 in the NBA, what merchandise, just basic
10 numbers, business numbers.
11         She had given one of those
12 cheat sheets to all of the people that
13 reported to her so that we would always
14 have that information if we needed it.
15 She brought this cheat sheet to him and
16 she said that at the meeting he had said
17 "If you do all of this, what the fuck do I
18 do?"  Or something to that effect.  I
19 don't remember in detail.
20     Q.    Have you ever heard Isiah
21 Thomas curse?
22     A.    I have.
23     Q.    On how many occasions?
24     A.    Twice that I clearly remember.
25     Q.    And what were those two

129

BUCHHOLZ

1 
2 occasions?
3     A.    Once we were in an upfront
4 meeting with ad sales guys,
5 representatives, men and women, and he
6 said that he would make himself available
7 to go to clients but don't fucking waste
8 his time.  Something like "Don't fucking
9 waste my time if it is something that is
10 bullshit."  Something to that effect.  And
11 everyone laughed.
12         Then the second time, I think
13 it was -- maybe it was three times.  I
14 remember one time where I think it was a
15 state of the team address to employees and
16 he said some curse.  But it was, you know,
17 like, I can't remember the context, but,
18 again, everyone laughed.  It was a fuck
19 word.  So I'm not even 100 percent sure
20 about that one.  So forget that one.
21     Q.    Are there any others that you
22 recall specifically?
23     A.    No.
24     Q.    What else did you and
25 Ms. Browne-Sanders discuss in November '05

33  (Pages 126 to 129)

130

BUCHHOLZ

that refreshed your recollection of things
that she had told you earlier?

A.      She said there was a time that
-- she said there was a time that she
met -- that she had a meeting with Steve
Mills and Isiah and in November -- this
one is much more shaky for me as far as
clear.

But in November she definitely
said that she was in this meeting with
Steve Mills and Isiah to clarify their
roles and when Steve Mills left she said
that Isiah had cursed at her.  Then when
he came back, he stopped.

Q.      "When he came back," meaning
when Steve Mills came back?

A.      When Steve Mills came back,
yes.

Q.      Anything else you can recall
her refreshing your recollection about in
November of '05?

A.      Just about Isiah, interactions
with, or about anything?

Q.      Well, any issues that you

131

BUCHHOLZ

recall in November of '05, her reminding
you about that she had told you about
earlier.

MS. EISENBERG:  Objection as to
form.

Q.      You can answer.

A.      Everything that she told me in
November, you are asking that she
refreshed my memory, you would like to
know?

Q.      Well, you described earlier
that there were certain conversations that
had occurred prior to November of '05 that
she and you were talking about in November
of '05 and that she refreshed your
recollection.  Any that you remember?

A.      Yes.  She reminded me of a
meeting -- oh, of a time with the parking
forgeries with Hassan and Vernon that she
had been asked -- she said that someone
asked her to sign a Sarbanes-Oxley
document stating that she didn't know of
any fraudulent activity that was taking
place under her watch and that she didn't

132

BUCHHOLZ

want to sign that and she said that
someone above her asked her to sign it and
she asked that person if they could send
her an e-mail making that request and that
person said no.  So she went ahead and
documented that she knew of these two
fraudulent activities.

Then we talked about it in
November that that was -- then she had
another -- she had a budget meeting with
Jim Dolan and Steve Mills and some other
people that were in this budget meeting,
all men, and she said that she got reamed
by Jim Dolan and in her words, she used
this phrase a lot, boiled the ocean on
these courts, these purchase courts, for a
program that was under my area, Dan
Gladstone's purchase courts for this
program called Last Man Standing.

She said that was a program
that Steve Mills had asked Dan to do and
was so upset that Steve didn't have her
back.  She used that phrase a lot too,
that Steve didn't have her back.  And that

133

BUCHHOLZ

Jim Dolan -- she really felt the reason
she got so hammered in that meeting over
$40,000 was because she was a
whistleblower.  So that was -- those were
two incidences.

Q.      Before you go on to the next,
at or about the time in November of '05,
what was your working relationship with
Ms. Browne-Sanders?

MR. GREEN:  Objection to form.
You may answer.

Q.      Excellent?  Very good?  Good?

A.      Oh, yes, excellent, very good,
yes.

Q.      Did you tell her at that time
that you had her back?

A.      Often.  Because she required
that of anyone who worked for her.  She
often drilled that into us that loyalty,
having her back, was very important.  It
was very clear to us that we needed to
have her back under all circumstances.
And people that didn't have her back were
no longer there.

34  (Pages 130 to 133)

134

BUCHHOLZ

1
2       Q.      Did you believe that she had
3    your back?
4       A.      I did.
5       Q.      Did she at any point tell you
6    that she had previously believed that
7    Steve Mills had her back?
8       A.      Yes.
9       Q.      And had she told you at any
10   point that she had Steve Mills' back?
11      A.      Yes.
12      Q.      So the record is clear, having
13   somebody's back means loyalty or something
14   else?  What does it mean to you?
15          MR. GREEN:  Objection to form.
16   You may answer the question.
17      A.      What I interpret it to mean,
18   and I don't know how any other person
19   would interpret it, is that you are loyal,
20   that when push comes to shove you stand by
21   them, and that you will take a hit for
22   them.  You'll protect them.  You'll stick
23   up for them.  That's kind of what I
24   interpreted it to mean.
25          MS. VLADECK:  I think we have

135

BUCHHOLZ

1
2    to call the magistrate judge in about five
3    minutes.  I wouldn't mind a short break
4    before then.
5          THE VIDEOGRAPHER:  We are off
6    the record.  The time is 2:20.
7          (Recess taken.)
8          (The following portion is from
9    a conference call with U.S. Magistrate
10   Judge Debra Freeman.)
11          THE COURT:  I know nothing
12   about any dispute that you are having.
13   The sum total of what I know about this
14   case, other than that I suspect it may
15   have been a case in the news, I'm not sure
16   about that, is that right, has this been
17   in the news?
18          MR. GREEN:  Yes, it has, your
19   Honor.
20          THE COURT:  I suspect I have
21   heard something along the way.  The only
22   thing I know about discovery in this case
23   is I got a call today from Judge Lynch's
24   clerk saying you were at a deposition,
25   there was an issue that had come up that

136

BUCHHOLZ

1
2    needed immediate attention and Judge Lynch
3    was tied up and he was asking if I could
4    deal with whatever the situation was
5    today.
6          I do not know if this matter
7    will be referred to me for any purpose
8    other than dealing with whatever is
9    currently causing you to be at odds at
10   today's deposition.  But you are going to
11   have to do some educating of me to bring
12   me up to speed if there has been any prior
13   contact with the court on whatever issue
14   there may be that is causing you problems
15   today.
16          MS. VLADECK:  Your Honor, this
17   is Anne Vladeck.  If I can try and bring
18   you up to speed on this particular issue.
19          The plaintiff in this case,
20   Anucha Browne-Sanders, came to the Vladeck
21   Waldman law offices before she filed her
22   lawsuit with another employee of the
23   Garden, Karin Buchholz, who is being
24   deposed now.  There is a dispute as to
25   whether or not Ms. Buchholz came in order

137

BUCHHOLZ

1
2    to address her own issues, related issues,
3    similar issues, identical issues as the
4    plaintiff, or whether she came simply to
5    support or aid the plaintiff.
6          We have understood that,
7    according to Mr. Green, the deponent has
8    waived her privilege with respect to any
9    conversations with counsel.  The
10   defendants sought the notes of the lawyers
11   of the meetings with counsel saying that
12   Ms. Buchholz waived the privilege and
13   therefore they were entitled to all the
14   notes of the meetings.  Judge Lynch denied
15   their motion and said they were not
16   entitled to the notes of the meetings.
17          We have understood that, as I
18   said, that Ms. Buchholz waived her
19   privilege.  We believe it is relevant to
20   know the circumstances of the waiver,
21   whether it was under duress or not.  This
22   is in major part a retaliation case
23   against the Garden.
24          THE COURT:  Hang on a second.
25   I want to make sure I've got the parties

35  (Pages 134 to 137)

Exhibit 22

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------x

ANUCHA BROWNE-SANDERS,

        Plaintiff,


    - against -



MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS, III, and JAMES DOLAN,

        Defendants.

------------------------------------x

           February 12, 2007

           10:10 a.m.



    Videotaped Deposition of JOSEPH

FAVORITO, taken by Plaintiff, pursuant to

Notice, held at the offices of Vladeck

Waldman Elias & Engelhard, P.C., 1501

Broadway, New York, New York, before Todd

DeSimone, a Registered Professional

Reporter and Notary Public of the State of

New York.

82

FAVORITO

1
2  speak to anyone about what he viewed as
3  their inappropriate dress?
4      A.    No.
5      Q.    Did you ever hear Mr. Thomas
6  speak on the subject of the general
7  malaise of the way people were dressing at
8  the practice facility?
9      A.    Yes, in general, yes.
10 Specifically Isiah's phrase is "You
11 play" -- I have to remember specifically.
12 But it was always about conducting
13 yourself in a specific manner.
14     Q.    Did Mr. Thomas use profanity in
15 any of those comments?
16     A.    I don't recall him -- I don't
17 recall specific instances of him
18 discussing that with anyone.
19          "You play the way you live."
20     Q.    So you recall generally seeing
21 him or hearing him speak to people about
22 this, but you don't remember exactly what
23 he said; is that fair to say?
24     A.    That's fair to say.
25     Q.    Has anyone ever told you that

83

FAVORITO

1
2  Mr. Thomas had been angry or hostile
3  towards them?
4      A.    Not that I can recall.
5          MR. MINTZER:  We have to change
6  the tape, so why don't we take a
7  five-minute break.
8          THE VIDEOGRAPHER:  The time is
9  11:32 a.m.  We are off the record.
10         (Recess taken.)
11         THE VIDEOGRAPHER:  We are back
12 on the record.  The time is 11:46 a.m.
13 BY MR. MINTZER:
14     Q.    Mr. Favorito, have you ever
15 observed Mr. Thomas interact with
16 Ms. Browne-Sanders?
17     A.    Yes.
18     Q.    What was the context of those
19 interactions?
20     A.    Casual conversations, passing
21 in the hallway, wishing somebody good luck
22 in a game. Those are the ones that I can
23 recall off the top of my head.
24     Q.    Anything specifically about any
25 of those interactions that stands out in

84

FAVORITO

1
2  your mind?
3      A.    No.
4      Q.    Do you recall anything that
5  Ms. Browne-Sanders said to Mr. Thomas or
6  that he said to her in those interactions?
7      A.    Nothing. Nothing outstanding
8  that I can think of.
9      Q.    Did you ever see Mr. Thomas hug
10 Ms. Browne-Sanders?
11     A.    I don't recall it.
12     Q.    Have you ever seen Mr. Thomas
13 hug other women who work at the Garden?
14     A.    Yes.
15     Q.    Who?
16     A.    Raquel Burnette.
17     Q.    That's his niece, right?
18     A.    Yes.
19     Q.    Anyone else?
20     A.    Karin Buchholz. I can't think
21 of anyone else.
22     Q.    What was the context of
23 Mr. Thomas hugging Ms. Buchholz?  Was that
24 in greeting?
25     A.    Greeting, yes.

85

FAVORITO

1
2      Q.    Did Mr. Thomas ever mention in
3  your presence that -- strike that.
4          Did Mr. Thomas ever say that a
5  woman was attractive in your presence?
6      A.    I can't recall a specific
7  incident.
8      Q.    Do you feel generally that he
9  has said that, but you can't recall
10 specifically?
11     A.    Yes.
12     Q.    Do you recall who it was in
13 reference to?
14     A.    I can't think of anyone off the
15 top of my head.  No, I can't.  I'm sorry.
16     Q.    Was it anyone who worked at
17 Madison Square Garden?
18     A.    I can't recall.
19     Q.    Did you ever have a discussion
20 with Mr. Thomas in which
21 Ms. Browne-Sanders name came up?
22     A.    Yes.
23     Q.    Do you recall any such
24 discussions?
25     A.    Numerous.

22  (Pages 82 to 85)

86

FAVORITO

1  Q.    Tell me what you recall.
2
3  A.    As I said, at the beginning my
4  job was to try and help balance both sides
5  for the time being. So Isiah, from the
6  beginning, was very much on earning
7  respect and figuring out how to work
8  things out and giving people -- originally
9  giving people the benefit of the doubt and
10 seeing how people performed in terms of
11 the level of professionalism.
12         He specifically felt that
13 Anucha's approach in a lot of ways was
14 unprofessional and disorganized.
15 Q.    What did he say to you about
16 that?
17 A.    That a lot of the things they
18 were doing were disorganized.
19 Q.    Did he say what specifically?
20 A.    There were numerous instances
21 over the course of several years, memos
22 that had misspellings. He felt that
23 sometimes that the basketball side wasn't
24 pulled in on decisions, or decisions were
25 made flippantly or haphazardly, whether

87

FAVORITO

1  right or wrong.
2         Scheduling of events, things
3  along those lines, from a business
4  perspective he felt a lot of times were
5  not handled professionally.
6  Q.    But he was specifically
7  critical of Ms. Browne-Sanders in those
8  conversations?
9  A.    Not specifically Anucha. But
10 since Anucha was the head of the
11 department, a lot of it laid on her
12 shoulders, I think.
13 Q.    Do you recall him ever making
14 any specific comments in which he was
15 critical of her?
16 A.    Critical in terms of being
17 disorganized, yes.
18 Q.    What did he say about that?
19 A.    That she was disorganized, that
20 it wasn't -- you know, I specifically
21 remember a couple of times there were
22 mistakes in memos or memos that weren't
23 handed out to players in a timely fashion
24 for an appearance. And Isiah couldn't

88

FAVORITO

1  understand why things weren't more
2  organized.
3  Q.    And he made a comment about
4  Ms. Browne-Sanders' lack of organization?
5  A.    That she is disorganized, yes.
6  Q.    Did Mr. Thomas ever make any
7  other critical comments of
8  Ms. Browne-Sanders in your presence?
9  A.    Not that I can recall.
10 Q.    Did he ever comment on
11 whether -- strike that.
12         Did he ever comment on their
13 personal interactions?
14 A.    No.
15 Q.    Did he ever say that
16 Ms. Browne-Sanders was friendly or not
17 friendly or anything like that?
18 A.    No, not that I can recall.
19 Q.    In the conversations in which
20 he had said the comments that you've
21 testified to about Ms. Browne-Sanders
22 being disorganized, did you say anything?
23 A.    No. My job was to make the
24 peace.
25

89

FAVORITO

1  Q.    Was there not a peace?
2  A.    There was not a peace.
3  Q.    And how would you describe --
4  in what ways was that manifested that
5  there was not a peace?
6  A.    Just they were not on the same
7  page. You know, Anucha had certain
8  expectations about what the players should
9  be doing. Isiah had his system as to the
10 way he thought things should work. They
11 were both very powerful personalities, and
12 there were times when they clashed.
13 Q.    When did they clash, to your
14 knowledge?
15 A.    I can't recall a specific
16 instance. But I know Isiah over time
17 became less and less involved on a
18 day-to-day basis. He actually had Frank
19 Murphy step in and kind of be the
20 go-between for everything that went on on
21 the basketball side.
22 Q.    Do you recall any instances,
23 though, in which Mr. Thomas clashed with
24 Ms. Browne-Sanders?
25

23 (Pages 86 to 89)

Exhibit 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ANUCHA BROWNE SANDERS,

               Plaintiff,

           -against-          06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III and JAMES L. DOLAN,

              Defendants.
------------------------------------------X


      VIDEOTAPED DEPOSITION OF FAYE BROWN

          New York, New York

       Wednesday, February 14, 2007


REPORTED BY:

BARBARA R. ZELTMAN

JOB NO. 11799



**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

150

FAYE BROWN

1
2      Q    Did you on occasion observe
3   Mr. Murphy to joke with Ms. Browne
4   Sanders?
5      MR. MINTZER:  Objection to
6   form.
7      A    On those occasions?
8      Q    On any occasion, did you
9   observe Mr. Murphy to joke with
10  Ms. Browne Sanders?
11     A    Yes.
12     MR. MINTZER:  Objection to
13  form.
14     Q    And would you observe how she
15  would respond to those jokes?
16     A    Well, Mr. Murphy always had,
17  like, a joke to tell or a story.  So you
18  would just kind of just listen.  But
19  yeah, would listen.
20     Q    Would she laugh?  On occasion,
21  would she laugh?
22     MR. MINTZER:  Objection to
23  form.
24     Q    On occasion, did she laugh?
25     MR. MINTZER:  Objection to

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

151

FAYE BROWN

1
2   form.
3      A    On occasion, yeah.
4      Q    Did Ms. Browne Sanders tell you
5   that Mr. Thomas had used profanity when
6   he spoke with her?
7      A    Did she tell me this?
8      Q    Yes.
9      A    Yes.
10     Q    And when was the first time
11  that she told you that Mr. Thomas had
12  used profanity with her?
13     A    I believe it was probably,
14  like, the second meeting that they had
15  together, the bi-monthly one.
16     Q    And where did Ms. Browne
17  Sanders tell you this?
18     A    In the office.
19     Q    In her office?
20     A    Yes.
21     Q    And what did she say to you and
22  what did you say to her in this
23  conversation?
24     A    She just told me basically that
25  he was -- he cursed at her and it just

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

152

FAYE BROWN

1
2   wasn't professional.
3      Q    And what did you say?
4      A    And she was shocked.
5      Q    And what did you say, if
6   anything?
7      A    I was like, "Really?  Man."
8      Q    And did she tell you the curse
9   words that he used?
10     A    In that particular time or
11  throughout?
12     Q    Asking you only about the first
13  conversation.
14     A    The first conversation,
15  F-U-C-K.
16     Q    Any other words that you would
17  regard as curse words that told you
18  Isiah Thomas used in this conversation?
19     A    In that initial conversation?
20     Q    Yes.
21     A    No.
22     Q    Did she tell you anything else
23  about the conversation that she and
24  Mr. Thomas had where he used the word
25  "fuck"?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

153

FAYE BROWN

1
2      MR. HERNSTADT:  Can you read
3   that back, please.
4      (Requested portion of record
5   read:  "Q.  Did she tell you
6   anything else about the
7   conversation that she and
8   Mr. Thomas had where he used the
9   word "fuck"?")
10     (End of read-back.)
11     MR. HERNSTADT:  Any
12  conversation, or the one she's been
13  testifying about?
14     Q    Just so we're clear, we are
15  only on that initial conversation.
16     So in that initial conversation
17  where she said to you he used the word
18  "fuck," did she tell you anything further
19  about that conversation that she had with
20  Mr. Thomas?
21     A    Yes.  Yeah.
22     Q    What else did she say to you?
23     A    Basically what he told her.
24     Q    And what is it that she told
25  you that he told her?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

154

FAYE BROWN

1
2   A    That he was, like, "who the F
3   are you and what is your F'ing position
4   here?"
5   Q    And did she say how she
6   responded, if at all to Mr. Thomas?
7   A    Well, in terms of yeah, she
8   told him that if -- basically, if he
9   needs to find about what she does, like
10  in detail, then she would probably
11  have -- probably needs to go to Steve
12  Mills to clarify.
13  Q    And this is all things that she
14  told you in that initial conversation?
15  A    Yes.
16  Q    And did you understand --
17  A    Because she was taken back a
18  little bit, so ...
19  Q    Did you come to have an
20  understanding that basketball operations
21  and business operations, that there was
22  some question about their respective
23  roles?
24      MR. MINTZER:  Objection to
25  form.

155

FAYE BROWN

1
2      MR. HERNSTADT:  Objection to
3  form.
4   A    Their positions?  Their job
5  description?
6   Q    Strike that question.
7      Did you come to an
8  understanding that Mr. Thomas had a
9  question about what Ms. Browne Sanders'
10  role was at Madison Square Garden, in
11  terms of what she did for her job?
12      MR. MINTZER:  Objection to
13  form.
14      MR. HERNSTADT:  Objection to
15  form.
16  A    Well, it seemed like he wasn't
17  clear.
18  Q    He wasn't clear in terms of
19  what her job duties were?
20  A    All of her job duties, right.
21  Q    And how did you come to have
22  that understanding?
23  A    Because, yeah, that's what she
24  communicated, you know.  That she oversaw
25  all of the business operations, and it

156

FAYE BROWN

1
2  was just like, like, he said to her
3  like -- this is what she said to me.  He
4  said, "I'm the F'ing president, so I
5  don't understand, you know, where do you
6  come in," like, that kind of attitude.
7   Q    And when she told you that
8  Isiah Thomas said, "I'm the F'ing
9  president, I don't understand what you
10  do," is this still in this initial
11  conversation we were speaking about?
12  A    Yes.
13  Q    But did you ever speak with
14  Ms. Browne Sanders about Mr. Thomas
15  wanting to keep basketball operations
16  separate from business operations?
17      MR. MINTZER:  Objection to
18  form.
19      MR. CESARATTO:  Could you
20  read it back.
21      (Requested portion of record
22  read: "Q.  But did you ever speak
23  with Ms. Browne Sanders about Mr.
24  Thomas wanting to keep basketball
25  operations separate from business

157

FAYE BROWN

1
2  operations?")
3      (End of read-back.)
4   A    No, I didn't talk to her about
5  that.
6   Q    Have you told us everything
7  that Ms. Browne Sanders said to you in
8  this initial conversation?
9   A    I think there was more, but I
10  don't remember at this time.
11  Q    Did Ms. Browne Sanders --
12  strike that question.
13      Did there come another time
14  where Ms. Browne Sanders told you that
15  Mr. Thomas had used profanity with her?
16  A    Yes.
17  Q    And when was the next time that
18  she told you this?
19  A    I believe it was the following
20  meeting.
21  Q    And where did she tell you
22  this?
23  A    In her office.
24  Q    And what did she say to you and
25  what did you say to her during this

158

FAYE BROWN

1  conversation?
2     A    What did she say to me?  I
3  think it got worse because she said
4  something like he said -- something about
5  "F'ing B-I-T-C-H," because she said she
6  was going to go to Steve because it seems
7  like he's not working with her, like, in
8  terms of, I guess, being -- in terms of
9  methods of management or something.  I
10  don't know.  Like, he wasn't being very
11  cooperative.  And that's it.  Yeah.
12     Q    And what did you say to her, if
13  anything, in this second conversation?
14     A    Well, I was still, like,
15  shocked, like, "What?  Nah.  You serious?
16  No.  That's unacceptable.  No, you have
17  to say something to your supervisor,
18  Steve, someone, because it's just not a
19  part of Madison Square Garden policy."
20     Q    What, if anything, did
21  Ms. Browne Sanders say after you said
22  that she should tell Steve or her
23  supervisor that it's not part of Madison
24  Square Garden policy?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

159

FAYE BROWN

1     MR. MINTZER:  Objection to
2  form.
3     A    Say that again.
4     Q    After you said that, what did
5  Ms. Browne Sanders say, if anything?
6     A    She was just shocked the fact
7  that he was, you know, Isiah Thomas and
8  she was just shocked in the kind of
9  behavior, threw her off a little bit.
10  And say, okay, this is what I'm dealing
11  with, this is what's going on, and how is
12  the best way to deal with this.
13     Q    And these are all things she's
14  saying to you in this conversation?
15     A    Yeah, like, how do I -- you
16  know.  I understand there's a policy, but
17  you know, you want to give people the
18  benefit of the doubt.  But you know, it
19  was out of hand.  And actually, she was
20  crying at that point.
21     Q    She was crying when she spoke
22  to you?
23     A    Yeah.
24     Q    Was anyone else other than you

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

160

FAYE BROWN

1  and her in this conversation?
2     A    At the time, it was just me and
3  her.
4     Q    Did anybody else come into the
5  conversation?
6     A    In that conversation?
7     Q    This is we're talking about the
8  second conversation.
9     A    Okay.  No, no.
10     Q    Did you tell anybody at any
11  point about this second conversation you
12  had with Ms. Browne Sanders?
13     A    Telling anyone what?
14     Q    Tell anyone at work.
15     A    No.
16     Q    Did you tell Michelle Quendo?
17     A    Michelle Quendo?
18     Q    Yes.
19     A    No.
20     Q    Did you tell Raquel Burnette?
21     A    No.
22     Q    Did you tell any of your
23  friends at work about this?
24     A    No.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

161

FAYE BROWN

1     Q    What about the first
2  conversation, did you tell any of your
3  friends at work about that conversation
4  with Ms. Browne Sanders?
5     A    No, not that I can remember.
6     Q    So it's your testimony that you
7  kept these two conversations just between
8  yourself and Ms. Browne Sanders?
9     A    It was confidential, yeah.
10  Yes.
11     I think she was a little
12  shocked because it was disrespectful.  I
13  think that's why she was crying because
14  it was disrespectful.
15     Q    Did there come any point in
16  time after the second conversation where
17  you and she again discussed Mr. Thomas
18  using profanity with her?
19     A    In the second conversation?
20     Q    After the second conversation.
21     A    Yes.
22     Q    And when was the next time the
23  two of you discussed Mr. Thomas'
24  profanity?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

162

FAYE BROWN

1
2  A   I am not sure. I think
3  probably, like, the following month or
4  something.
5  Q   And where did that conversation
6  take place?
7  A   In her office.
8  Q   And what did she say to you
9  during that conversation?
10  A   That he was using profanity,
11  using the F word.
12  Q   Did Ms. Browne Sanders say he
13  used any profanity other than the word
14  "fuck"?
15  A   In this other meeting?  No.
16  Q   We are talking about the third
17  conversation the two of you had now?
18  A   Right.  No.
19  Q   What did she tell you, if
20  anything, other than the fact -- other
21  than the Mr. Thomas using the word
22  "fuck"?
23  A   Nothing.  She just said that
24  she's being professional about the
25  situation.  She understands that, you

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

163

FAYE BROWN

1
2  know, in terms of relationship building
3  was very important, you know, to her.  So
4  she was just trying to work with it, but
5  it just got out of hand.
6  Q   So is that words that she used,
7  "get out of hand"?
8  A   No.  I'm using it.
9  Q   I'm asking you what you
10  remember her saying to you.
11  A   Okay.
12  Q   So what do you remember her
13  saying to you in this third conversation?
14  A   That she's trying to work.
15  She's trying to put it aside and be
16  professional and get their job done, you
17  know.
18  Q   Was anyone else other than the
19  two of you present in this third
20  conversation?
21  A   I think Karen Buchholz was in a
22  meeting with us.  I don't know if it's
23  this one.  But I know she was in with us
24  at some point.
25  Q   So you believe that Karen

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

164

FAYE BROWN

1
2  Buchholz was present during a
3  conversation with Ms. Browne Sanders
4  where Mr. Thomas -- where Ms. Browne
5  Sanders said Mr. Thomas had used
6  profanity?
7  A   Yes.
8  Q   But you are not sure it was
9  this third conversation or not?
10  A   Right, right.
11  Q   And what, if anything, did you
12  say to her after she told you this in
13  this third conversation?
14  A   I was just, like, "no way,"
15  like, you know, "wow," you know.  I don't
16  know, I guess my whole thing was, you
17  know, you give someone the benefit of the
18  doubt, but if it's something that -- and
19  she basically said, "I've told him do not
20  talk to me like that, it's just not
21  appropriate."  So she told him, and he
22  just continued.  So what do you do.  That
23  was my question.  What do you do when
24  someone is not really listening.
25  Q   And did you suggest she do

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

165

FAYE BROWN

1
2  anything?
3  A   I said, "What do you think?"
4  And I kind of gave the question back to
5  her, "What do you think you should do?"
6  Q   And what did she say?
7  A   She went to Steve Mills.
8  Q   So at some point she told you
9  she went to Steve Mills?
10  A   Yes.
11  MR. MINTZER:  Objection to
12  form.
13  Q   And what did she tell you about
14  going to Steve Mills?
15  A   She went to Steve Mills and
16  explained to him what happened.
17  Q   I'm asking you now, I'm asking
18  you what she told you.
19  So to the best of your memory,
20  what do you remember she telling you
21  about her going to Steve Mills about
22  Isiah Thomas?
23  A   She told me everything that I
24  told you.
25  Q   And what was that?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

166

**FAYE BROWN**

1  What it that she told you?
2  A    About him cursing at her,
3  F-U-C-K, the B-I-T-C-H, you know, "what
4  is this, I'm the president, what's going
5  on?" And basically she approached him
6  with that and said, you know, probably in
7  terms of clarifying what each job
8  description is, because it seems like in
9  terms of if we're going to work together,
10 you know, it has to be things that are
11 communicated and made clear so that there
12 can be some kind of unit.
13 Q    Did she tell you that she told
14 Mr. Mills that Isiah Thomas used the word
15 "fuck"?
16     Did she tell you that?
17 A    Yes, yes.
18 Q    Did she tell you that she told
19 Mr. Mills that Isiah Thomas used the word
20 "bitch"?
21     MR. MINTZER:  Asked and
22 answered.
23     You can answer it again.
24 A    Sorry.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

167

**FAYE BROWN**

1  Q    Did she tell you, did
2  Ms. Browne Sanders tell you that she told
3  Steve Mills that Isiah Thomas had called
4  her a "bitch"?
5  A    Yes. And profanity.  She used
6  that word too, "profanity."
7  Q    Did she tell you what, if
8  anything, Steve Mills said after she told
9  him this?
10     MR. HERNSTADT:  What Steve
11 Mills said to --
12 Q    What Steve Mills said to
13 Ms. Browne Sanders.
14 A    Well, he listened to what she
15 said.  And then, I think, a couple days
16 later, he started the -- the meeting that
17 Anucha had with Isiah, Steve kind of
18 oversaw that.  So now it was just, like,
19 okay, let's meet altogether, Steve, Isiah
20 Thomas and Anucha, and let's try to talk.
21 Q    Did Ms. Browne Sanders tell you
22 about that meeting with Mr. Thomas,
23 Mr. Mills and herself?
24 A    Yes, she did.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

168

**FAYE BROWN**

1  Q    And when did she tell you that?
2  When did she tell you about that meeting?
3  A    The same day.
4  Q    Same day of the meeting?
5  A    Yes.
6  Q    And when was that?
7  A    I am not sure.  I am not sure
8  about the time.  Let me think.
9      I'm wondering if it's, like, in
10 the summertime.  I am not sure.
11     MR. HERNSTADT:  Again, he is
12 not asking you to speculate.
13     THE WITNESS:  Okay.  All
14 right.
15 Q    And what did Ms. Browne Sanders
16 tell you was said in that meeting?
17 A    Basically that Steve kind of
18 explained what her role was and explained
19 what his role was, and kind of just
20 saying, you know, we want to come to,
21 like, a common place, common ground. And
22 then she told me he had to take a call,
23 so he left where they were meeting.  And
24 that's when he started, like, cursing at

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

169

**FAYE BROWN**

1  her again.
2  Q    Did she say what words he used?
3  A    F word.
4      MR. HERNSTADT:  Can we be
5  clear who the "he" is here?
6      THE WITNESS:  Isiah.
7  Q    It's Isiah Thomas you are
8  saying she told you that Isiah Thomas
9  started cursing at her?
10 A    Right.
11 Q    Not Steve Mills?
12 A    Right.
13 Q    And what words did she say
14 Isiah Thomas used?
15 A    The F word.
16 Q    The word "fuck"?
17 A    Yes.
18 Q    Did she tell you anything else
19 about this meeting?
20 A    Yes.  She said that, I think
21 when Steve came back, she said that she
22 stated that, you know, she's played on
23 the courtyard, like.  Like, she's played
24 street ball.  So she's not the type of

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

170

FAYE BROWN

1
2  person to just cry if something goes
3  wrong, but she will not tolerate this
4  disrespect and this basic -- like a
5  playground. Because she said when Steve
6  left, it was all of a sudden he just
7  started again. So it was, like, what was
8  going on. Inappropriate.
9      Q    Did she tell you what, if
10 anything, Steve Mills said after she
11 said, you know, she's not going to
12 tolerate this disrespect, she's played
13 street ball?
14     A    Right. And from that ball --
15         What did you say?
16     Q    What did Mr. Mills say, if
17 anything, after that, according to
18 Ms. Sanders?
19     A    Basically he just kept the
20 meeting, like, him, Isiah and Anucha. It
21 wasn't no longer Isiah and Anucha
22 anymore. It was he was going to be there
23 to moderate and he was going to be, like,
24 the common ground that they could both
25 meet and talk and try to work it out or

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

171

FAYE BROWN

1
2  something, work out some kind of ...
3      Q    And Ms. Browne Sanders told you
4  all of this?
5      A    Yes.
6      Q    You weren't at that meeting,
7  correct?
8      A    No.
9      Q    I believe you've told me about,
10 I guess, four or five different
11 conversations where Ms. Browne Sanders
12 has told you that Mr. Thomas used
13 profanity with her?
14     A    Yes.
15     Q    Are there any other
16 conversations that you've had with
17 Ms. Browne Sanders where she's told you
18 that Mr. Thomas used profanity?
19     A    I think it was probably once or
20 twice after that, and that's when --
21 okay. Yeah.
22     Q    There were one or two more
23 conversations after that.
24         What did Ms. Browne Sanders say
25 in those conversations?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

172

FAYE BROWN

1
2      Let's start with the first one
3  you remember.
4      A    I don't remember. I don't
5  remember that off the top of my head.
6      Q    You don't remember what she
7  said?
8      A    Oh, yes, I remember she saying
9  she was telling him -- no, this is after
10 the Steve meeting, after the Steve
11 meeting. They really didn't have
12 meetings alone together after that.
13     Q    So after you and she spoke
14 about the Steve meeting, were there any
15 other conversations that you had with
16 Ms. Browne Sanders where she told you
17 that Mr. Thomas had used profanity with
18 her?
19         MR. MINTZER:  Asked and
20 answered.
21         The question had been asked
22 and answered, but you could answer
23 it again.
24     A    I don't remember right now.
25     Q    Did Ms. Browne Sanders ever

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

173

FAYE BROWN

1
2  tell you that she was documenting
3  Mr. Thomas' use of profanity with her?
4      MR. HERNSTADT:  Objection to
5  form.
6      MR. MINTZER:  Objection to
7  form.
8      A    Well, she has a book that she
9  puts all her information on. So in terms
10 of documenting, I am not sure what you
11 mean.
12     MR. HERNSTADT:  Could you
13 read back the question, please.
14     (Requested portion of record
15 read: "Q. Did Ms. Browne Sanders
16 ever tell you that she was
17 documenting Mr. Thomas' use of
18 profanity with her?")
19     (End of read-back.)
20     A    Yes.
21     Q    And what did she tell you
22 about -- strike that question.
23     Did she tell you where she was
24 documenting his use of profanity?
25     MR. HERNSTADT:  Objection to

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

174

FAYE BROWN

1
2  form.
3      MR. MINTZER:  Objection to
4  form.
5      A   No, she didn't tell me where.
6      Q   Did she tell you how she was
7  documenting his use of profanity?
8      A   Well, the thing is that, like,
9  she has a journal that she writes
10 everything in it.  So it's just her
11 habit.  She does that regularly.  So it's
12 just like, even if the conversation that
13 stuck out, she would write it down,
14 whether it was positive or negative, she
15 would write it down.  And that's my
16 common knowledge about that.
17     Q   So did she tell you she was
18 writing down what Isiah Thomas had said
19 to her into her journal?
20     MR. MINTZER:  Objection to
21 form.
22     A   I don't remember her telling
23 me.
24     Q   But was it your understanding
25 that when she used the word

176

FAYE BROWN

1
2      Q   What words did she use?
3      MR. HERNSTADT:  If any.
4      A   Yeah.  Like, basically it was
5  important to just write things down.
6      Q   But did she tell you she was
7  writing things down in connection with
8  the profanity Mr. Thomas was using
9  towards her?
10     A   No, I don't know.
11     MR. MINTZER:  Objection to
12 form.
13     Q   Have you ever seen Ms. Browne
14 Sanders' journal?
15     A   Yes.
16     Q   Did you ever read any part of
17 it?
18     A   Sometimes.
19     Q   On what occasions would you
20 read it?
21     MR. HERNSTADT:  Objection to
22 form.
23     A   Whether she forgot a number and
24 she just asked me to go in the book and
25 find out the person's number or their

175

FAYE BROWN

1
2  "documenting," that she was writing it
3  down in her journal?
4      MR. HERNSTADT:  Objection to
5  form.  Misstates the testimony.
6      MR. MINTZER:  Objection to
7  form.  Mischaracterizing the
8  testimony.
9      Q   Was that your understanding?
10     MR. SCHOENFELD:  He's just
11 asking the question.
12     MR. MINTZER:  He's putting
13 words in her mouth.
14     MR. CESARATTO:  Excuse me.
15     MR. MINTZER:  If he's going
16 to comment, he's going to get a
17 reply.
18     Continue, Counsel.
19     Q   Let's just go back.
20     Was it your understanding that
21 when Ms. Browne Sanders said she was
22 documenting Mr. Thomas' use --
23     A   She didn't say "document," like
24 she's documenting what Mr. Thomas was
25 telling her.

177

FAYE BROWN

1
2  address or -- I realized she's very
3  detailed.  That's the type of woman that
4  she is.  So whether it was a specific
5  statement or something that she needed to
6  remember, like, in terms that's how I
7  would read it.
8      Q   And what things, to your
9  knowledge, did she write into her
10 journal?
11     MR. MINTZER:  Objection to
12 form.
13     MR. HERNSTADT:  Objection to
14 form.
15     You are asking what she
16 read?
17     MR. CESARATTO:  I'm asking
18 what her knowledge is, whether she
19 read it or saw Ms. Sanders writing
20 it down.
21     A   Writing what down?
22     Q   Writing things into her
23 journal.
24     A   Oh, yes.
25     Q   What types of things did she



178

FAYE BROWN

1  write into her journal?
2      MR. HERNSTADT: Objection to
3  form.
4      MR. MINTZER: Objection to
5  form.
6      A    Schedules, telephone numbers.
7  Her thoughts. What she thought about a
8  situation. Her conversations with
9  people. What stood out to her in that
10  day. Good pointers, tips that she needs
11  to remember.
12     Q    And did she ever tell you why
13  she wrote these things in her journal?
14     A    Well, it's important. It
15  was -- it's ever since I knew her and
16  worked for her, she wrote everything down
17  in her journal. Because she wants to
18  make sure she doesn't forget anything.
19  That she's organized.
20     Q    Did you ever see any e-mails
21  where Mr. Thomas' use of profanity was
22  mentioned?
23     A    No, I didn't see any e-mails --
24  no, I don't recall. I don't remember

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

180

FAYE BROWN

1      A    Yes.
2      Q    And what did she say to you in
3  this conversation?
4      A    She said that he said to her
5  that, "Oh, now I know why there's tension
6  between us" and "it's like love and
7  basketball," you know, "I'm in love with
8  you. That's what it is."
9      Q    Did she say anything else?
10     A    She was, like, "First he's
11  cursing and now he's in love." Like
12  "What's going on?" Like that. She was
13  like, "This is just inappropriate,
14  period."
15     Q    Was she laughing it off with
16  you?
17     A    What?
18     Q    Was she laughing it off?
19         MR. MINTZER: Objection to
20  form.
21     A    Laughing it off?
22     Q    Yeah.
23     A    No.
24     Q    Was she laughing about it?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

179

FAYE BROWN

1  right now.
2      Q    Did Ms. Sanders ever tell you
3  that Mr. Thomas had used the word "love"
4  in speaking with her?
5      A    Yes.
6      Q    When was the first time she
7  told you that?
8      A    In January.
9      Q    January of what year?
10     A    2005.
11     Q    Why do you remember it was in
12  January 2005?
13     A    Because it was closer to the
14  Christmas party.
15     Q    You are talking about Christmas
16  party where you observed Ms. Sanders and
17  Mr. Thomas play Horse?
18     A    Right.
19     Q    And where did she tell you --
20  where did you have this conversation with
21  Ms. Browne Sanders where she said
22  Mr. Thomas had used the word "love"?
23     A    I think in her office.
24     Q    In her office?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

181

FAYE BROWN

1      A    No. I'm laughing.
2      Q    Was she laughing about it at
3  the time she told you?
4      A    No.
5      Q    What, if anything, did you say
6  to her?
7      A    And then I told her about the
8  situation in December. That's when I
9  told her because it was like a
10  confirmation that, whoa, okay, it's
11  probably true, because it was true.
12     Q    And what did you tell her you
13  saw?
14     A    I told her I saw him flirting
15  or just looking at her up and down, like,
16  "I want you," you know, kind of flirting.
17  You know when somebody is flirting at
18  you, looking at her body.
19     Q    And what did she say?
20     A    And she was just like "What?
21  See? What is going on? This is
22  outrageous."
23     Q    Did she tell you what her
24  response to Mr. Thomas was when he said

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

182

**FAYE BROWN**

1  "I'm in love with you. This is like love
2  and basketball"? '
3      MR. MINTZER: Objection to
4  form.
5      You can answer.
6      A    She just said, "You need to
7  stop doing this. You need to just" --
8  she brought it back to a professional
9  level.
10     Q    Did she tell you that she told
11 Steve Mills about it?
12     A    Yes.
13     Q    When did she tell you that she
14 told Steve Mills?
15     A    This was after my meeting, my
16 conversation in January.
17     Q    So you had this conversation in
18 January where she tells you about this
19 comment about love and basketball?
20     A    Right.
21     Q    And then you have a subsequent
22 conversation with Ms. Browne Sanders
23 where she says she told Steve Mills about
24 Mr. Thomas?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

184

**FAYE BROWN**

1  conversation with Mr. Mills?
2      A    She just explained to him what
3  happened.
4      Q    And what did she tell you she
5  explained to Mr. Mills?
6      A    What I told you about, about
7  the love and basketball and that he said
8  "he's in love with me" and that's why he
9  understands the root why there's tension
10 between them.
11     Q    So Ms. Browne Sanders told you
12 that she told Mr. Mills what exactly what
13 Mr. Thomas said to her?
14     A    Right. And I believe she sent
15 an e-mail to him.
16     Q    And why do you believe that?
17     A    Because she did.
18     Q    And when you say "e-mail to
19 him," you mean e-mail to whom?
20     A    To Steve Mills.
21     Q    Did you see this e-mail?
22     A    Yes.
23     Q    When did you see it?
24     A    Before she sent it.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

183

**FAYE BROWN**

1      MR. HERNSTADT: Objection to
2  form.
3      A    Yeah. In terms of policy and
4  procedure, it's something that she has to
5  do. She has to tell her supervisor about
6  the situation, even though, you know, he
7  has a lot on his plate, there's lot going
8  on in the Garden, people are trying to do
9  their jobs. But this is something that
10 has to be addressed because, you know, if
11 it's not, that's not the Garden policy.
12     Q    But my question is: Did she
13 tell you that she actually spoke to Steve
14 Mills about the love and basketball
15 conversation?
16     A    Yes.
17     MR. MINTZER: Asked and
18 answered.
19     A    She did.
20     Q    And what did she say about
21 that?
22     MR. HERNSTADT: Objection.
23 Go ahead.
24     Q    What did she say about her

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

185

**FAYE BROWN**

1      Q    How did you come to see it?
2      A    Well, she just asked me in
3  terms of, you know, she didn't want to
4  seem -- she didn't want to add any
5  pressure to him because she respected
6  Steve a lot. So she didn't want to add,
7  like, "Oh, gosh what do you want now,"
8  like that kind of attitude. She wanted
9  to present it to him where she didn't
10 want to be overbearing. She wanted to do
11 it in the best professional way. So she
12 just asked me to document and read, does
13 this sound like -- how does this sound.
14     Q    And where did you read it?
15     A    I read it in her office.
16     Q    On her computer monitor?
17     A    Yes.
18     Q    Was she present while you read
19 it?
20     A    Yes.
21     Q    And what did it say?
22     A    Oh, I don't remember all of it
23 now, but just basically, "Steve, I would
24 like to have a meeting with you

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

# Exhibit 24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANUCHA BROWNE SANDERS,

        Plaintiff,

       -against-

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III AND JAMES L.
DOLAN,

        Defendants.

Civil Case No. 06 Civ. 0589 (GEL)

ECF CASE

**DECLARATION OF
JONATHAN SCHINDEL, ESQ.**

---

JONATHAN SCHINDEL, ESQ., pursuant to 28 U.S.C. § 1746, declares:

1.    I have personal knowledge of the facts set forth in this Declaration.

2.    I am a season ticket holder of the New York Knicks and make this Declaration in order to state what I observed and heard during an open practice held by the Knicks on October 30, 2005.

3.    I attended the open practice with my wife and two children.  A friend of mine, with whom I share season tickets, Robert Levy, also attended the practice.

4.    At the practice, Knicks coach Larry Brown had the team do some drills and scrimmage with each other.  The event lasted about an hour and a half.

5.    During the event, I sat with my family next to the area where players enter the arena.

6.    While seated, I saw Isiah Thomas standing about a foot from my seat along with two other people.  One of those people was a short, overweight, older gray-haired gentlemen.  I am not sure who he was although he did look familiar to me.  The other person was a woman who I later learned from press reports was Anucha Browne Sanders.

7.      I observed that the three of them stood very close together talking and watching the practice.  To the best of my recollection, they were together for approximately half the practice.

8.      On several occasions during the practice, someone new would approach Thomas and speak with him.  Sometimes he would introduce the person to Ms. Browne Sanders.

9.      During the introductions of Ms. Browne Sanders, he occasionally would place his hand on her arm and comment on her in various ways including comments like "She's so attractive," "She's so beautiful," "I can't concentrate on my work when she's around," and "She's easy on the eyes."

10.      As Thomas made these introductions, he appeared to be playing the role of the host of the event and Ms. Browne Sanders did not appear to object.  She was smiling during the introductions.  She stood by his side and she did not appear to me to be offended or upset.  I did not notice her moving away from him or trying to otherwise physically separate herself from him.

11.      Months later, when I read about the lawsuit in the newspaper, I recognized Ms. Browne Sanders from her picture in the paper as the woman that I had seen with Thomas during the open practice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 23, 2007.

Jonathan Schindel

Witness

# Exhibit 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANUCHA BROWNE SANDERS,                                        :

                    Plaintiff,                    :    06 Civ. 00589 (GEL) (DCF)

        - against -                            :

MADISON SQUARE GARDEN, L.P., ISIAH LORD    :    **DECLARATION OF**
THOMAS III AND JAMES L. DOLAN,             :    **MARC SCHOENFELD,**
                                                   :    **ESQ.**

                    Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Marc Schoenfeld, Esq. declares under penalty of perjury:

1.    I am Senior Vice President, Legal and Business Affairs for Madison Square Garden, L.P. ("MSG"), and I submit this declaration in support of MSG's application for return of five emails containing attorney-client privileged communications and attorney work product inadvertently produced to Plaintiff.

2.    In the time period December 2005 and January 2006, I was one of two Senior Vice Presidents managing the MSG legal department and acting as General Counsel for the areas under my responsibility, including MSG's sports teams and labor and employment issues.

3.    On or about December 20, 2005, Plaintiff's counsel stated to me on the telephone that Plaintiff had a "knock down" sexual harassment suit.

4.    On December 22, 2005, MSG's primary outside employment counsel, Christopher Reynolds, Esq., and I met with Plaintiff's counsel, at which Plaintiff's allegations were discussed. It is my understanding that Plaintiff's counsel stated to Mr. Reynolds in substance that MSG had to pay in order to teach them a lesson.

5.    On December 27, 2005, Plaintiff's counsel demanded $6.5 million in return for a release and Plaintiff's resignation.

6.    In or about the last week of December 2005, Plaintiff's counsel reduced Plaintiff's demand to $5,950,000 million.

7.    Immediately upon MSG's learning of Plaintiff's allegations through her counsel, MSG assigned John Moran, MSG's Vice President of Employee and Labor Relations, and Rochelle Noel, Esq., an in-house employment lawyer at Cablevision, MSG's parent company, to conduct an internal investigation.

8.    I communicated with the investigators to convey Plaintiff's complaint as outlined to me by Plaintiff's counsel in the December 22, 2005 meeting.

9.    While the internal investigation was going on, my role was to coordinate MSG's defense of the litigation that Plaintiff's counsel had threatened by communicating with the investigators concerning Plaintiff's claims and the progress of their investigation; coordinating with outside employment counsel, the company human resources and legal personnel not involved in the investigation, and senior management; and providing legal advice.

10.    During the course of the investigation, various emails were sent to me for purpose of my providing legal advice and to keep me apprised of the investigation given my role in coordinating MSG's defense.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on March 2, 2007, in New York, New York.

_(signature)_

MARC SCHOENFELD, ESQ.

- 2 -