# ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANUCHA BROWNE SANDERS,

                    Plaintiff,

          -against-              06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

                    Defendants.
----------------------------------------X




     VIDEOTAPED DEPOSITION OF ANUCHA BROWNE ·SANDERS

               New York, New York

            Tuesday, November 28, 2006




REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 10957





**David Feldman**
W o r l d w i d e

from file to trial.

805 Third Avenue, 8th Floor          600 Anton Boulevard, 11th Floor
New York, NY 10022                   Costa Mesa, CA 92626
(800) 642-1099                       (866) DFW-1380

24

1          ANUCHA BROWNE SANDERS

2          MS. VLADECK:  Ron, do you have

3    a better copy?

4          MR. GREEN:  Except for the

5    fact I used a Magic Marker on mine,

6    maybe it's clearer for her.

7          MS. VLADECK:  Not for me.

8          Is this clearer for you?

9      Q    Can you read mine a little

10   better?

11     A    No.

12     Q    Can I see this one?  Thanks.

13          Well, I'm calling your

14   attention to this document which has a

15   Bates stamp of 00371 entitled Madison

16   Square Garden Employee Code of Conduct.

17          Is that your signature on it?

18     A    Yes.

19     Q    Above your signature, you will

20   notice one line that says, "The use of

21   obscene, vulgar or abusive language or

22   excessive force is not allowed no matter

23   what the provocation may be, including

24   fighting with employees, guests,

25   supervisors, managers or other

**40**

ANUCHA BROWNE SANDERS

1                      This is not a joint return

2       that's filed in your own name; is it not?

3           A    Yes.

4           Q    Did you file this in 2004 as

5       head of household?

6           A    Yes, I did.

7           Q    Did you know at the time that

8       only unmarried persons can file a head of

9       household designation on a federal return?

10                     MS. VLADECK:   Objection to

11              form.

12          A    I had no idea.

13          Q    Would you look at Schedule C

14      of your return.

15                     Your Schedule C of your 2004,

16      head of household return states under

17      profit or loss for business that Anucha

18      Browne Sanders was the proprietor of

19      direct marketing business.

20                     Were you that Anucha Browne

21      Sanders and is that your direct marketing

22      business?

23                     MS. VLADECK:   Objection to

24              form.

41

                    ANUCHA BROWNE SANDERS

1

2       A       This is incorrect information.

3       Q       Did you sign this tax return?

4       A       Yes, I did.

5       Q       And does it not say that you

6   were the proprietor of a direct marketing

7   business in 2004?

8               MS. VLADECK:  Objection to

9        form.  Asked and answered.

10      A       Yes, and it's incorrect.

11      Q       Does it not attribute to your

12  direct marketing business expenses that

13  include $6,669 for auto and truck

14  expenses, $450 for legal and professional

15  services, $1,584 for meals and

16  entertainment among other expenses of the

17  business you were a proprietor of

18  according to this return in 2004?

19              MS. VLADECK:  Objection to

20       form.

21      A       It does state that and it's

22  incorrect.

23      Q       If in fact you were the

24  proprietor of a direct marketing business

25  in 2004 while you were senior vice

42

```
 1              ANUCHA BROWNE SANDERS

 2    president of Madison Square Garden,

 3    wouldn't that represent the violation of

 4    the policies prohibiting conflict of

 5    interest of which you are familiar?

 6              MS. VLADECK:  Objection to

 7        form.

 8              You may answer.

 9        A     It would, and this is

10    incorrect information.

11        Q     And did your returns for 2003

12    and 2002 similarly show that you were the

13    proprietor of this direct marketing

14    business?

15              MS. VLADECK:  Objection to

16        form.

17        Q     Did they?

18        A     From my understanding, they

19    did, and it was incorrect information.

20        Q     And this incorrect information

21    that showed for the years 2002, 2003 and

22    2004 that you were engaged in what would

23    have been a conflict of interest by

24    operating a business as a sole proprietor

25    in direct marketing was corrected when?
```

43

                    ANUCHA BROWNE SANDERS

1

2        A    The returns were amended when

3    I realized they were incorrect.  And that

4    was in the last, I would say, the last

5    three weeks.

6        Q    After the US District Court

7    required you surrender these tax returns

8    to the defendants, you realized they had

9    been mistaken all those years and you

10   corrected them?

11            MS. VLADECK:   Objection to

12        form.

13       A    When I looked at them, yes.

14       Q    Had you looked at them before

15   you signed them in the years 2002, 2003

16   and 2004?

17       A    No, I did not.

18       Q    But you did sign them?

19       A    I did sign them.

20            These returns --

21            MS. VLADECK:   There's no

22        question.

23       Q    When you say that information

24   was incorrect all those years, is it your

25   testimony that you were not in fact

1                ANUCHA BROWNE SANDERS

2    engaged in the business you told the IRS

3    you were engaged in in the years 2002,

4    2003 and 2004?

5                MS. VLADECK:  Objection to

6        form.

7        A    Sorry.  Ask it again.

8                MR. GREEN:  Can we have it

9        read back, please.

10               (Requested portion of record

11       read.)

12               THE WITNESS:  Can you read

13       that again?

14               (Requested portion of record

15       read.)

16               MS. VLADECK:  And you have my

17       objection?

18       A    I was not engaged in those

19   businesses those years.

20               (Browne Sanders Exhibit C,

21        MSG-369 through 370, was marked for

22        Identification.)

23       Q    Ms. Browne Sanders, I show you

24   a copy of what we have marked as

25   Exhibit BS-C.  It's entitled

45

1              ANUCHA BROWNE SANDERS

2    Confidentiality Code of Business Conduct

3    and Proprietary Property Agreement.

4              I ask if that is your

5    signature above your name on the second

6    page.

7         A    Yes.

8         Q    This was signed, was it not,

9    on the 21st of November the year 2000?

10        A    Yes.

11        Q    Take a look at the first page

12   with me.

13             Under Code of Business

14   Conduct, it states, "During my employment

15   I may not engage in activities or have

16   personal or financial interests that may

17   impair or appear to impair my independent

18   judgment that would otherwise conflict

19   with my responsibilities to Madison Square

20   Garden LP.  Such activities and interests

21   include, but are not limited to" -- and

22   you go to Subparagraph G -- "serving as an

23   officer, director, agent, employee,

24   consultant or promoter of or in any other

25   capacity for any for-profit organization."

46

1                    ANUCHA BROWNE SANDERS

2                    Did you understand what that

3    meant when you signed it in the year 2000?

4                    MS. VLADECK:  Objection to

5          form.

6          A      I understood that.

7                    (Browne Sanders Exhibit D,

8             MSG-364 through 367, was marked for

9             Identification.)

10         Q      Before we go on to the next

11   exhibit and leave Exhibit BS-C, I call

12   your attention to Paragraph 7 on the

13   second page of the agreement where it

14   states, "I understand that any breach of

15   the agreement may result in my immediate

16   termination."

17                   Did you understand at the time

18   you read and signed this document that a

19   violation of its terms could result in

20   your termination?

21         A      Yes.

22         Q      I would like to show you now a

23   copy of what we've marked for

24   Identification as Exhibit BS-D.

25                   Ms. Browne Sanders, I ask if

193

1          ANUCHA BROWNE SANDERS

2    date version of Madison Square Garden's

3    policies prohibiting employment

4    discrimination and harassment at work?

5              MS. VLADECK:  Objection to

6        form.

7        A     I referred to I guess ethics

8    training and then sexual harassment

9    training online for the most recallable

10   training that I attended.

11       Q     Did you look for any hard copy

12   among the company's policies?

13             MS. VLADECK:  Objection to

14       form.

15       A     I don't recall searching -- I

16   didn't research Marquee to look for the

17   company's policies.

18       Q     Did you have occasion to read

19   the employee handbook of Madison Square

20   Garden to become familiar with its current

21   employment-related policies?

22             MS. VLADECK:  Objection to

23       form.

24       A     I think I read parts of it

25   when I was hired.

196

```
 1                ANUCHA BROWNE SANDERS
 2    includes protection against sexual
 3    harassment), sexual orientation, age,
 4    national origin, veteran's status, service
 5    in Vietnam era, or disability."
 6                Did you understand what I have
 7    just read to have been Madison Square
 8    Garden's anti-harassment policy during the
 9    time of your employment with them?
10                MS. VLADECK:  Objection to
11          form.
12          A     Yes.
13                (Browne Sanders Exhibit O,
14            MSG-636, was marked for
15            Identification.)
16          Q     Ms. Browne Sanders, I show you
17    a copy of what we've marked for
18    Identification as Exhibit BS-O.  It's
19    entitled Student Training Summary and I
20    ask you if you can identify this for us,
21    please.
22          A     Sorry.  You are asking me to
23    identify it?
24          Q     Yes.  Do you know what this
25    is?
```

197

1           ANUCHA BROWNE SANDERS

2       A       It looks like a summary of the

3   different training that I have attended.

4       Q       And to the best of your

5   recollection, is it an accurate summary of

6   the training you attended while at Madison

7   Square Garden in the areas indicated?

8       A       It looks accurate.

9       Q       So in 2004, you attended

10  training in the Code of Business Conduct

11  and Ethics and Getting Results; is that

12  your recollection?

13      A       Yes.

14      Q       And in 2001, training in

15  Values and AIDS in the Workplace.

16          Is that consistent with your

17  recollection?

18      A       Yes.

19      Q       How would you take this

20  training?  Was it online at your desk?

21      A       Well, the most recent one I

22  took was online at my desk.  And that was

23  I think that was the sexual harassment

24  training back in August or September.

25          But these were for the most

240

```
1              ANUCHA BROWNE SANDERS
2    level.
3        Q      Did ████████ leave?
4        A      Yes.
5        Q      What position did she hold
6    when you left?
7        A      She was ████████████████
8    ██████
9        Q      When did she leave?
10       A      In 2003.
11       Q      Do you know why she left?
12       A      ████ was fired.
13       Q      Why?
14       A      For ethics violations.
15       Q      What did she do?
16       A      ████ was in charge of
17   ███████████ Some of those
18   ███████████ involved working with
19   sponsors.  This particular sponsor was
20   ██████████ and the program was the ████
21   ████████████ which was a
22   ████████████ And I went to
23   ████████████ for one of the presentations
24   to the high school kids, and their first
25   vice president of cooperate philanthropy
```

241

ANUCHA BROWNE SANDERS

1
2   and took me aside and said, "I want to
3   talk to you about ███████ .
4          He proceeded to tell me that
5   he mentioned to ██████ that they had money
6   set aside to hire somebody in a consulting
7   role to help them with the ██████████
8   ████████████████████████████  He said
9   that ██████ then said that she wanted to do
10  that.  And he asked her, "Well, you are
11  doing that -- you're working for the
12  company, how can you work for the company
13  and also do this program for me on a
14  consulting basis?"
15         And she said, "I've done it on
16  other programs."  That was relayed to me.
17  I came back and I relayed that to Steve
18  and he asked me to -- I don't remember who
19  at the time I spoke to in HR, who he
20  directed me to.  And she was fired.
21     Q     Did Mr. Mills offer any
22  resistance to her being terminated?
23         MS. VLADECK:  Objection to
24     form.
25     A     ████████ had numerous performance

246

ANUCHA BROWNE SANDERS

1

2      A     I feel like I'm using the same

3  words.  I think he interpreted -- I

4  interpreted what he said -- and he may

5  have even said it -- little sweeter to

6  your employers, to your direct employees.

7      Q     Kinder or gentler?

8      A     Maybe gentler.

9      Q     Who was the general manager of

10  the team when you first joined Mr. Mills'

11  staff?  Was it Scott Layden?

12      A     Yes, that was Scott Layden.

13      Q     Was the coach Don Chaney?

14      A     No.

15      Q     Who was the coach then?

16      A     Jeff Van Dundy.

17      Q     When you first came to work

18  with Mr. Layden and Mr. Van Dundy, what

19  was the nature of your job duties with

20  respect to the team?  What were you

21  supposed to do, as you understood, with

22  respect to the Knicks basketball players?

23          MS. VLADECK:  Objection to

24      form.  Asked and answered.

25      A     My responsibility as chief

247

ANUCHA BROWNE SANDERS

1
2    marketing officer was to market the brand,

3    to work with -- through the community

4    relations person work on player programs,

5    adhere to the requirements of the league

6    on community relations initiatives.

7              I was responsible for new

8    media and communications on the Web.  My

9    responsibilities included game

10   presentation, which is everything that

11   goes on on the court outside of the play

12   of the team.

13             I was responsible for event

14   management, some of the events that took

15   place throughout the season.  And I

16   oversaw partnerships and sponsorships, so

17   I had a director that reported to me on

18   that.

19             I oversaw alumni relations, so

20   the interaction and our ability to bring

21   the Knicks legends and alumni into the

22   fold was my responsibility, as well as fan

23   development.  Fan development is focused

24   on the next generation fan.

25        Q    You just testified your

248

```
1                    ANUCHA BROWNE SANDERS
2    responsibilities were outside the play of
3    team; is that your testimony?
4         A     Yes.
5         Q     So you were not supposed to be
6    involved in how well the team played the
7    game?
8         A     I wasn't involved in those
9    aspects of the job which was making the
10   team play better.  That was really the
11   coach's and basketball operations staff
12   responsibilities.
13        Q     So you had no responsibility
14   with respect to evaluating, for example,
15   the quality of the ball playing that was
16   being done?
17        A     No.  I didn't have any
18   responsibility for that.
19        Q     Or who should be traded?
20        A     No.
21        Q     Or who should be acquired?
22        A     I didn't have any
23   responsibility on it.
24        Q     Or who was in shape or who was
25   not in shape?
```

```
 1                ANUCHA BROWNE SANDERS
 2   bizarre at all.
 3        Q     Is it your testimony that
 4   you -- you didn't think the reassignment
 5   of Mr. Nix was involuntary?
 6             MS. VLADECK:  Asked and
 7        answered.
 8        A     I think it was a decision made
 9   by Isiah.  I think if Jeff could have
10   stayed on as assistant general manager for
11   his entire time, it would have been great,
12   but...
13        Q     But he was removed from that
14   job and made a scout, wasn't he?
15        A     In September of 2005, yes.
16        Q     When were you first promoted
17   from your position at vice president at
18   the Garden?
19        A     Spring of 2002.
20        Q     Who promoted you?
21        A     Steve Mills.
22        Q     Did he have the power to
23   promote you without the approval of
24   others, do you know?
25        A     Probably not.
```

269

```
 1              ANUCHA BROWNE SANDERS
 2         Identification.)
 3         Q    Ms. Browne Sanders, I show you
 4    a copy of what we've just marked as
 5    Exhibit BS-V for Identification.
 6              This purports to be a news
 7    release concerning your promotion in 2002.
 8              Do you recall seeing this
 9    release on or about the 13th of May, 2002?
10         A    Can I read it, skim through
11    it?
12         Q    Sure.
13         A    I've finished.
14         Q    Do you recall seeing this
15    press release or news release on or about
16    13th of May, 2002?
17         A    Yes.
18         Q    Did you see a draft or mockup
19    of this release before it went out?
20         A    I don't remember if I saw one.
21         Q    Were you pleased with the
22    release when you first saw it?
23         A    When it came out, I was
24    pleased with it, yes.
25         Q    Do you think the release
```