

# News Release

**New York Knickerbockers
Public Relations
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel (212) 465-6091
Fax (212) 465-6498**

FOR IMMEDIATE RELEASE

CONTACT:   Joe Favorito
(212) 465-6442

## ANUCHA BROWNE SANDERS PROMOTED
## TO SENIOR VICE PRESIDENT, MARKETING & BUSINESS OPERATIONS

NEW YORK, May 13, 2002 -- The New York Knickerbockers today announced the promotion of Anucha Browne Sanders to the newly-created position of Senior Vice President, Marketing and Business Operations. Browne Sanders had held the position of Vice President of Marketing since joining the team on Nov. 20, 2000 and will assume her new role immediately.

"Anucha has done an outstanding job in a very short time with the Knicks and is one of the rising stars in the field," said Madison Square Garden President, Sports Team Operations Steve Mills. "This new position will allow her to more effectively set the strategy in leveraging the Knicks' brand."

"It is both an honor and a pleasure to accept this promotion," Browne Sanders said. "The potential of developing the Knicks brand is just beginning to be realized, and I am looking forward to working with our entire team to have us realize that potential."

In her new role, the Brooklyn, N.Y. native will be responsible for the day-to-day management of the business side of the Knicks front office and serve as the team's chief marketing officer. Her responsibilities will be overseeing all of the club's business agendas, including: partnerships, fan development, field marketing, event presentation, community relations, special events and new media. She will work closely with MSG's other sports properties - the New York Rangers and New York Liberty - in finding new and innovative ways to integrate the three very distinct and highly successful brands, and be the primary liaison between the team and the NBA.

Prior to joining the Knicks, Browne Sanders spent 11 years with IBM Corporation, serving in a number of roles, most recently as a Program Manager in IBM's Worldwide Sports Office. In that capacity, she was responsible for a number of IBM's marketing efforts during the Olympic Games (Atlanta 1996, Nagano 1998 and Sydney 2000), including corporate sponsorship efforts that allowed IBM to leverage their investment as a Worldwide Olympic sponsor.

The Northwestern University graduate is also no stranger to success on the hardwood. She was a three-time All Big Ten selection and two-time Big Ten Player of the Year for the Wildcats, finishing her career as the all-time leading scorer in Big Ten women's basketball history, as well as the school's all-time leader in points (2,307) and rebounds (951). Anucha was a two-time Wade Trophy nominee, 1985 Kodak All-American and in her senior season of 1984-85, and led the nation in scoring (a school record 31.5 ppg). She was also selected to play on the U.S. National Team that toured Europe and Asia following her graduation.

Browne Sanders, 38, holds a Bachelors of Science in Communications from Northwestern, and a Masters degree in Marketing communications from Florida State University. Anucha resides with her husband Roy and their three children in New Jersey.

The NBA's New York Knickerbockers basketball team, in its 56th year of operation, is part of Madison Square Garden, L.P.. Cablevision Systems Corporation owns a controlling interest in MSG L.P., which also include the New York Rangers (NHL), the New York Liberty (WNBA), the Hartford Wolf Pack (American Hockey League), the MSG Network, Fox Sports Net and the Madison Square Garden arena complex, located in the heart of the New York metropolitan area.

###

NBA World Champions: 1970, 1973 • Eastern Conference Champions: 1951, 1952, 1953, 1970, 1972, 1973, 1994, 1999 • Atlantic Division Champions: 1971, 1989, 1993, 1994

**MADISON SQUARE GARDEN**
*The World's Most Famous Arena*

MSG 02495



**JOSEPH FAVORITO**
Vice President
Public Relations



www.nyknicks.com

TO:    Anucha Browne-Sanders
       Steve Mills

FROM:  Joe Favorito

DATE:  June 10, 2002

RE:    Release Update

Here is the complete clip wrapup for the announcement of the promotion. It includes the report from Black PR wire, which usually does a good job with announcements of this sort.

Let me know if you have any questions.

cc: Barry Watkins

**MADISON SQUARE GARDEN**
*The World's Most Famous Arena*
NEW YORK KNICKERBOCKERS
Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6442
Fax 212.465.6498
joe.favorito@thegarden.com

MSG 01909



CONFIDENTIAL

Ad Age

Adweek

## ✕ THE PLAYER

# Nothing but Knicks: Sanders steps up to the line for team

### Marketing VP shooting for fan connection

BY RICH THOMASELLI

IT'S ONE THING, Anucha Browne Sanders believes, for fans of the New York Knicks to know the team. It's quite another for those same fans to have an emotional connection to the franchise.

"That in itself takes work," said the team's new senior VP-marketing and business operations. "It involves communicating to people what the organization stands for."

That, and to better leverage the Knicks' brand, is the task Ms. Sanders, 38, has been charged with as she steps into her newly created position with the team. Moreover, her promotion from VP-marketing creates a precedent. Ms. Sanders is now the third-highest-ranking female executive in the National Basketball Association behind Los Angeles Lakers President Jeannie Buss and Washington Wizards President Susan O'Malley, and she is the highest-ranking African-American female in major professional sports (NBA,



POWER FORWARD: Anucha Browne Sanders

Major League Baseball, National Football League, National Hockey League and Nascar).

"I think that's a phenomenal step and I'm happy about it," Ms. Sanders said. "But I'm more focused on doing the job I've been asked to do. The results will speak for themselves."

Steve Mills, president, Madison Square Garden Sports Team Operations, isn't worried. "She is one of the rising stars in the field," he said.

Ms. Sanders will be responsible for day-to-day management of the business side of the Knicks' front office. She will oversee all of the club's business agendas, including partnerships, fan development, field marketing, event presentation, community relations, special events and new media.

She will also work with the other two properties of parent Cablevision System Corp.'s triumvirate of teams—hockey's New York Rangers and women's basketball's New York Liberty—to help integrate the three brands.

### SPORTING HISTORY

Ms. Sanders has only been with the Knicks for less than two years, but she's no stranger to sports. A two-time Big Ten Conference Player of the Year in basketball at Northwestern University, Ms. Sanders spent 11 years with IBM Corp., including a stint as program manager in the company's Worldwide Sports Office.

"It was probably a positive opportunity to have spent most of my years at IBM when they were struggling," she said. "I got a good sense of how important it was to service your customers."

And servicing a wide customer base is what Ms. Sanders must now do.

"That involves everything from how we project ourselves in the community and making sure people understand our players are good corporate citizens, to leveraging our brand over different forms of media," she said. "More and more, people want to know what a team stands for." ✦

MSG 01910

Bergen Record

> "It's important to understand the business of basketball, but
> it's also important to understand the sport itself."
>
> Anucha Browne Sanders

# Women hold court

By JOHN BRENNAN
STAFF WRITER

Anucha Browne Sanders knows what it's like to be a star athlete, having finished her college basketball career at Northwestern University in 1985 as the Big Ten's all-time leading women's scorer.

She also knows what it's like to be part of a corporation that spends heavily on sports, having spent 11 years as a manager at IBM during a time that included Olympic sponsorships in 1996, 1998, and 2000.

Now Browne Sanders hopes to take advantage of both areas of expertise as the New York Knicks' senior vice president of marketing and business operations — a position that makes her one of the highest-ranking female executives in professional sports.

"It's important to understand the business of basketball, but it's also important to understand the sport itself," said Browne Sanders, named to the new role on Monday after two years as the club's vice president of marketing.

"The dynamics of coaching, the demands and challenges of being on the road all the time, understand the work involved in being a world-class player — you have to have a healthy respect for that," she added.

As in many other fields, the history of women in high-ranking positions in the National Basketball Association isn't a lengthy one. But Washington Wizards President Susan O'Malley runs that organization — yes, she's even Michael Jordan's boss — and a handful of other women are at a similar level to Browne Sanders.

Among them: Senior Vice Presidents Lara White of Philadelphia, Erin Hubert of Portland, and Laura Kussick of Seattle; and Los Angeles Lakers Executive Vice President Jeanie Buss, whose father owns the team.

"As women rise through the ranks in our league, they see that there aren't any particular extra challenges to these jobs as women," said Browne Sanders, also a wife and the mother of three children. "What I do see is the benefit of having been an athlete."

Browne Sanders will serve as the team's chief marketing officer and run the day-to-day management of the business operations of the Knicks.

See KNICKS Page B-5

MSG 01911

THE RECORD B-5

# Knicks: Executive

From Page B-1

overseeing a host of duties that include corporate partnerships and community relations.

One area about which Browne Sanders is particularly enthusiastic is the area of season ticket-holder retention.

That had not been a significant problem while the Knicks were making 14 consecutive playoff appearances — and often making serious bids for an NBA championship — from 1987-2001.

But while New Jersey's Nets are having their best season in 25 years, the Knicks' disastrous season ended almost a month ago with no playoff berth and with not much hope on the horizon for next year. And at a time when one Knicks season ticket can cost as much as $2,000 or more for a good seat to the 41 regular-season home games, keeping the fan base happy is likely to become more urgent than ever.

"You have people who have sometimes waited 10 or 15 years for their season ticket," said Browne-Sanders, "and it's important that they feel as if they're getting a valuable experience out of that. That's particularly important in the current economic environment, and my job involves everything outside of the play of the team itself. Our season subscriber base is our lifeblood."

Among the possibilities either to be initiated or expanded under Browne Sanders include allowing exclusive access to Madison Square Garden-run restaurants, discounts on parking, and season ticket-holder-only events such as a "Meet the G.M." chat with general manager Scott Layden — and possibly occasional post-game talks with key players.

Browne Sanders, 38, who still plays ball several times a week in a men's league, sees the Internet as a valuable source of future brand development.

"Because all of our games have been sold out for a number of years, there's a limited access available for new fans to get into the arena," said Browne Sanders, who managed the sports marketing aspect of the company Web site at IBM.

"We have to find ways to best promote our players, and to make fans who can't get to the games still feel like they're a part of the experience. The Web is going to offer ways to do that."

MSG 01912



Anucha Browne
Sanders, one of a
few women NBA
executives. Below,
her Knicks playing
the Wizards, who
have a woman
president.

**Female NBA executives**

| Team | Executive | Position |
|------|-----------|----------|
| Washington Wizards | | |
| New York Knicks | Anucha B. Sanders | Senior vice president |
| | | |
| Portland Trail Blazers | Erin Hubert | Senior vice president |
| | | |
| Los Angeles Lakers | Jeanie Buss | Executive vice president |

MSG 01913





MSG 01914



Published May 13, 2002 In The Sports Business Daily

## Browne-Sanders Now One Of The Highest-Ranking Women In NBA

By Terry Lefton, Editor-at-Large, *The Sports Business Daily*



ANUCHA BROWNE-SANDERS has been promoted to the new position of Senior VP/Marketing & Business Operations with the Knicks. She had been VP/Marketing & Sales since joining the team in November '00. In her new role, Browne-Sanders will be responsible - for day-to-day management of the business side of the Knicks' front office and serve as CMO. With the new title, Browne-Sanders becomes one of the highest-ranking women team execs in the NBA, behind Lakers Exec VP/Business Operations JEANIE BUSS, Blazers Exec VP ERIN HUBERT and Washington Sports & Entertainment President SUSAN O'MALLEY.

Anucha
Browne-Sanders

MSG 01915



SUBSCRIBE NOW!
CRAIN'S

Crain's New York Business Offers
**FREE LINKS**
To Small Businesses Below Canal Street



NEWS ALERTS



CRAIN'S
NEW YORK BUSINESS

Meeting
Planners Guide

RESOURCES    COMPANY RESEARCH    ARCHIVES    EVENTS    DEPARTMENTS    SUBSCRIBE

Home
BUSINESS LISTS
MARKET FACTS
SIGN-IN/REGISTER
SEARCH

**BREAKING NEWS | THIS WEEK'S ISSUE**

Restaurant Reviews
Commercial Space
Classifieds
Contact Crain's
Advertise in Crain's
Real Estate
Rebuilding New York
Wall Street
Opinion
Politics
Health Care
Small Biz
Hospitality
Who's Who In City Hall
Human Resources
Careers/Exec Moves
Technology
Biz People
New Media
Gadgets & Gizmos
Golf Guide
Growing a Business Guide
Executive Life
Executive Education
Women in Business
James Brady

**Knicks exec**

by Phil Lentz

The New York Knicks plan to promote Anucha Browne Sanders, a former college basketball star at Northwestern, to senior vice president for marketing and business operations.

Ms. Browne Sanders, who is currently Knicks vice president of marketing, will be responsible for day-to-day management of the business side of the Knicks front office, and will also be the team's chief marketing officer.

Prior to joining the Knicks in 2000, Ms. Browne Sanders was an executive at IBM Corp., where she helped market IBM's role at the Olympics.

Copyright 2002, Crain Communications, Inc

**American Express employees return**

American Express Co. today welcomed back the first of 4,000 employees returning to its lower Manhattan headquarters. The company, whose corporate headquarters were damaged Sept. 11, has been operating from seven temporary locations throughout the tristate area.

At official ceremonies marking the event, the company also announced its $1 million sponsorship of a downtown arts festival that will bring more than 500 mostly free cultural events to lower Manhattan over the next five months. Other sponsors include AT&T, Pace University's Center for Downtown New York, Delta Air Lines, Insignia/ESG, Starbucks Coffee, Westfield America, New York Waterway, the Regent Wall Street, and 93.9 WNYC-FM. Foundation support comes from the September 11th Fund, created by the United Way of New York City and the New York Community Trust, the New York Times 9/11 Neediest Fund, and the Andrew W. Mellon Foundation.



GHI
→ FIND OUT MORE

Other Top Stories
Making Headlines

American Express employees return

Toys R Us says it will beat estimates

Slight gains in job outlook

Biotech Watch: BioSpecifics bucks trend

Helping hand for small biz

ABT eyes Met

Merrill settlement far off

Accounting rules

590 Fifth sold

Financial firms from Pa. expand

MSG 01916



**"Distributing the news our media can use"**.

Black PR Wire Media Distribution Report

Account:
New York Knicks

Release:
Anucha Browne Sanders Promoted to Senior Vice President, Marketing &
Business Operations

Word Count:
481

Date:
May 13, 2002

MSG 01917

NEWS RELEASE
For Immediate Release: May 13, 2002

CONTACT
Joe Favorito
Vice President of Public Relations, New York Knicks
212-465-6442

### (BPRW) ANUCHA BROWNE SANDERS PROMOTED TO SENIOR VICE PRESIDENT, MARKETING & BUSINESS OPERATIONS

(BLACK PR WIRE) NEW YORK, May 13, 2002 - The New York Knickerbockers today announced the promotion of Anucha Browne Sanders to the newly-created position of Senior Vice President, Marketing and Business Operations. Browne Sanders had held the position of Vice President of Marketing since joining the team on Nov. 20, 2000 and will assume her new role immediately.

"Anucha has done an outstanding job in a very short time with the Knicks and is one of the rising stars in the field," said Madison Square Garden President, Sports Team Operations Steve Mills. "This new position will allow her to more effectively set the strategy in leveraging the Knicks' brand."

"It is both an honor and a pleasure to accept this promotion," Browne Sanders said. "The potential of developing the Knicks brand is just beginning to be realized, and I am looking forward to working with our entire team to have us realize that potential."

In her new role, the Brooklyn, NY-native will be responsible for the day-to-day management of the business-side of the Knicks front office and serve as the team's chief marketing officer. Her responsibilities will be overseeing all of the club's business agendas, including: partnerships, fan development, field marketing, event presentation, community relations, special events and new media. She will work closely with MSG's other sports properties - the New York Rangers and New York Liberty - in finding new and innovative ways to integrate the three very distinct and highly successful brands, and be the primary liaison between the team and the NBA. The promotion will also make her one of the highest ranking women at any professional team.

Prior to joining the Knicks, Browne Sanders spent 11 years with IBM Corporation, serving in a number of roles, most recently as a Program Manager in IBM's Worldwide Sports Office. In that capacity, she was responsible for a number of IBM's marketing efforts during the Olympic Games (Atlanta 1996, Nagano 1998 and Sydney 2000), including corporate sponsorship efforts that allowed IBM to leverage their investment as a Worldwide Olympic sponsor.

-more-



Distributed By

MSG 01918

## CONFIDENTIAL

The Northwestern University graduate is also no stranger to success on the hardwood. She was a three-time All Big Ten selection and two-time Big Ten Player of the Year for the Wildcats, finishing her career as the all-time leading scorer in Big Ten women's basketball history, as well as the school's all-time leader in points (2,307) and rebounds (951). Anucha was a two-time Wade Trophy nominee, 1985 Kodak All-American and in her senior season of 1984-85, and led the nation in scoring (a school record 31.5 ppg). She was also selected to play on the U.S. National Team that toured Europe and Asia following her graduation.

Browne Sanders, 38, holds a Bachelors of Science in Communications from Northwestern, and a Masters degree in Marketing communications from Florida State University.



### # # #



Distributed By

# MSG 01919

# CONFIDENTIAL

---------