Sanders v. Madison Square Garden, L.P. et al    Doc. 73 Att. 4
Case 1:06-cv-00589-GEL-DCF   Document 73-5   Filed 06/29/2007   Page 1 of 5

1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   06 Civ. 0589 (CGE)
 5   -----------------------------------x
     ANUCHA BROWNE-SANDERS,
 6
             Plaintiff,
 7
 8
           - against -
 9
10
     MADISON SQUARE GARDEN, L.P., ISIAH LORD
11   THOMAS, III, and JAMES DOLAN,
12           Defendants.
     -----------------------------------x
13              February 12, 2007
                10:10 a.m.
14
15
16      Videotaped Deposition of JOSEPH
17   FAVORITO, taken by Plaintiff, pursuant to
18   Notice, held at the offices of Vladeck
19   Waldman Elias & Engelhard, P.C., 1501
20   Broadway, New York, New York, before Todd
21   DeSimone, a Registered Professional
22   Reporter and Notary Public of the State of
23   New York.
24
25
```

127

1                    FAVORITO
2        A.        No.
3                  MR. MINTZER:  Why don't we take
4    a five or ten-minute break.  I'm pretty
5    close to wrapping up.
6                  THE VIDEOGRAPHER:  The time is
7    12:34 p.m.  We are off the record.
8                  (Recess taken.)
9                  THE VIDEOGRAPHER:  We are back
10   on the record.  The time is 12:49 p.m.
11   BY MR. MINTZER:
12       Q.        Did you have any involvement in
13   Ms. Browne-Sanders being awarded something
14   called the "40 Under 40" from the Sports
15   Business Journal?
16       A.        Yes.
17       Q.        What was your involvement with
18   that?
19       A.        I did all the work to put it
20   together.  I did the nomination.  I filled
21   out all the paperwork.  I lobbied them to
22   get her on.  All that stuff.
23       Q.        When you say "lobbied them,"
24   what did you do?
25       A.        Called the editors, explained

1                        FAVORITO

2  to them why I thought it would be a great

3  idea that Anucha would be on there.

4        Q.      What did you say?

5        A.      I said she was a powerful

6  African-American woman, a good role model.

7  They had a lack of women amongst the list,

8  and I felt that given her background and

9  what she did, that she was a good story

10 and she deserved it.

11       Q.      Who made the decision about

12 whether she was going to get the award?

13       A.      Who on their end?

14       Q.      Yes.

15       A.      There is an editorial staff

16 that puts that together.

17       Q.      Did you have any actual say in

18 the decision to award her that?

19       A.      My position grants me influence

20 to try and help people get those

21 opportunities, yes.

22       Q.      I think it is clear what you

23 said, that you did try to influence it.

24               But did you have any role in

25 the decision-making process by the Sports

1         FAVORITO

2   Business Journal to give her that award?

3       A.      My job gives me that
4   opportunity to influence them, yes.

5       Q.      Tell me, then, what was your
6   involvement in the decision-making process
7   of the Sports Business Journal?

8       A.      I called Terry Lefton, who is
9   the senior business writer, and I said "I
10  really think this would be doing me a big
11  favor if you got Anucha in there, and here
12  is why."  And he said "Okay, I will do it
13  for you."

14      Q.      He said that he would do it for
15  you?

16      A.      Yes.

17      Q.      And, to your knowledge, that's
18  the only reason why she was given that
19  award?

20      A.      Well, that is not the only
21  reason, but it was influential, which is
22  what you asked me.

23      Q.      No.  What I asked you is what
24  your involvement was in the
25  decision-making process.

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                                516-608-2400

1          FAVORITO
2     A.     That was my involvement. I
3  assisted in the decision-making process.
4     Q.     And do you know who the editors
5  are who made the decision?
6     A.     I don't know who made it up at
7  that time, who made the list of editorial
8  people at that time.
9     Q.     Who was the person you spoke
10 to, what is his name?
11    A.     Terry Lefton.
12    Q.     Do you know, did Terry Lefton
13 make that decision on his own or were
14 there others?
15    A.     There were others involved in
16 the decision.
17    Q.     How many others?
18    A.     I do not know.
19    Q.     Do you know whether these other
20 people considered your call as influential
21 in the decision to give Ms. Browne-Sanders
22 the award?
23    A.     I would hope it did, yes.
24    Q.     Do you know, sir?
25    A.     I do not know.