# MADISON SQUARE GARDEN — EMPLOYEE CODE OF CONDUCT

Public trust and confidence are the greatest assets held by Madison Square Garden. It is the responsibility of all employees to uphold that trust by performing their duties with integrity and professionalism. The public's image of Madison Square Garden is a reflection of our appearance, behavior and attitude. Each employee must maintain a helpful and courteous attitude while striving to maintain a safe and clean environment. Following the directives listed below will help to ensure compliance with our standards of conduct. Failure to conform to these directives will subject the employee to disciplinary action, up to and including discharge.

- All employees will be knowledgeable of upcoming events and facilities and will provide information when it is requested.

- Guests entering the Facility will be treated courteously, always being called "Sir" and "Madam" and the words "Please" and "Thank You" will be used when making requests. When providing directives to guests, a firm but polite tone should be used. Do not yell.

- If we cannot render immediate assistance it is our responsibility to notify and bring to the guest the employees who can address their problem. If a guest or a member of management requests our name or ID number or the name of our supervisor for any reason, we will provide it.

- All employees are expected, when on duty, to be well groomed and in proper uniform and shoes.

- Smoking, eating or drinking on duty, and in public view when off duty is not allowed.

- All employees are required to pick up incidental trash e.g., napkins, cups, food wrappers, on floors/phone locations in plain view.

- Excessive lateness or absenteeism will not be tolerated.

- Early action and warnings may prevent situations from escalating. Always be attentive and try to deal with situations before they become difficult.

- The use of obscene, vulgar or abusive language or excessive force is not allowed no matter what the provocation may be, including fighting with employees, guests, supervisors, managers or other individuals.

- Sitting in an unoccupied seat during an event, or viewing a performance from a stand or a gate is not allowed. Using your Madison Square Garden ID card to gain entry to an event or building is also not allowed.

- All employees are expected to maintain and operate all company property in a safe manner. Any employee damaging, defacing or negligent in the care or theft of company property is subject to immediate disciplinary action up to and including termination.

- Any participation by an employee in the unauthorized sale and/or resale of an MSG event ticket is strictly prohibited and will subject the employee to immediate disciplinary action up to and including termination.

- Unauthorized leave from post or sleeping on duty is not allowed and will subject the employee to immediate disciplinary action up to and including termination.

- Allowing the unauthorized entry of individuals into the building, upgrading seat locations, ticket changing, allowing guests to sit in a seat for which they do not have a ticket and/or the acceptance of payments for entry into the building, is strictly forbidden and will subject the employee to immediate discharge. Tips may not be solicited, but may be accepted when a guest desires to reward exceptional service.

- All media inquiries are to be directed to a management member of Corporate Communications or Public Relations. In no case should anyone other than a Corporate Communications or Public Relations management employee make a comment to the media. Any employee violation of this policy is subject to disciplinary action, up to and including termination.

- There are specific work rules applicable to each department within the Company. This code of conduct is not meant to limit those work rules, but to supplement them.

Signature: [signed]   Date: 11-21-0?

Print or Type Name: Anucha Browne-Sanders   Job Title: VP Marketing

White - Employee, Yellow - Human Resources, Green - Department

EXHIBIT
MSG 00371
CONFIDENTIAL
Dockets.Justia.com