VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

KAREN CACACE



WRITER'S DIRECT DIAL
212/403-7386

November 21, 2006

**By Federal Express**
Teresa M. Holland, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York 10177

Re:   Anucha Browne Sanders v. MSG et al., No. 06 CV 0589

Dear Teresa:

Pursuant to the Court's Order, dated November 6, 2006, we are enclosing copies of plaintiff's tax returns for 2000-2005, Document Nos. 4273-4417. We have redacted all social security numbers on the tax returns.

Sincerely,

Karen Cacace

Karen Cacace

Enclosure

cc: Lisa Horwitz, Esq. (by Federal Express w/enc.)

241684 v1