VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172



November 24, 2006

By Hand
Teresa M. Holland, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York 10177

Re:  Anucha Browne Sanders v. MSG et al., No. 06 CV 0589

Dear Teresa:

Pursuant to the Court's Order, dated November 6, 2006, we are enclosing copies of plaintiff's amended tax returns for 2003-2004, Document Nos. 4418-4470. We have redacted all social security numbers on the tax returns.

Sincerely,

Kevin T. Mintzer

Enclosure

cc: Lisa Horwitz, Esq. (by hand w/enc.)

241684 v1