Form **1040** — Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** 2001   CLIENT'S COPY   CONFIDENTIAL

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending ,   OMB No. 1545-0074

**Label** (See instructions.)

Your First Name: ANUCHA   MI:   Last Name: BROWNE-SANDERS

Your Social Security Number: REDACTED

If a Joint Return, Spouse's First Name   MI   Last Name

Spouse's Social Security Number:

Use the IRS label. Otherwise, please print or type.

Home Address (number and street). If You Have a P.O. Box, See Instructions.   Apartment No.

▲ **Important!** ▲ You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? .......
  You: [X] Yes [ ] No   Spouse: [ ] Yes [ ] No

**Filing Status** — Check only one box.

1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►  REDACTED
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► ). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [ ] Spouse

No. of boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name | Last name | (2) Dependent's social security | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|---|
| | | | Son | X |
| | | | Daughter | X |
| | | | Son | X |

No. of your children on 6c who:
• lived with you ..... 3
• did not live with you due to divorce or separation (see instrs) ..
Dependents on 6c not entered above

d Total number of exemptions claimed   Add numbers entered on lines above ► 4

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

7   Wages, salaries, tips, etc. Attach Form(s) W-2 ............ 7   163,158.
8a  Taxable interest. Attach Schedule B if required ............ 8a   39.
b   Tax-exempt interest. Do not include on line 8a ..... 8b
9   Ordinary dividends. Attach Schedule B if required .......... 9
10  Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..... 10   366.
11  Alimony received ............ 11
12  Business income or (loss). Attach Schedule C or C-EZ ....... 12   -13,326.
13  Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ]   13
14  Other gains or (losses). Attach Form 4797 ............ 14
15a Total IRA distributions ..... 15a     b Taxable amount (see instrs) .. 15b
16a Total pensions & annuities .. 16a     b Taxable amount (see instrs) .. 16b
17  Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E   17
18  Farm income or (loss). Attach Schedule F ............ 18
19  Unemployment compensation ............ 19
20a Social security benefits ..... 20a     b Taxable amount (see instrs) .. 20b
21  Other income ............ 21
22  Add the amounts in the far right column for lines 7 through 21. This is your total income ► 22   150,237.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

23  IRA deduction (see instructions) ..... 23
24  Student loan interest deduction (see instructions) ..... 24
25  Archer MSA deduction. Attach Form 8853 ..... 25
26  Moving expenses. Attach Form 3903 ..... 26
27  One-half of self-employment tax. Attach Schedule SE ..... 27
28  Self-employed health insurance deduction (see instructions) ..... 28
29  Self-employed SEP, SIMPLE, and qualified plans ..... 29
30  Penalty on early withdrawal of savings ..... 30
31a Alimony paid b Recipient's SSN ► ..... 31a
32  Add lines 23 through 31a ............ 32
33  Subtract line 32 from line 22. This is your adjusted gross income ► 33   150,237.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 12/10/01   Form 1040 (2001)

PL04299

Form 1040 (2001)   ANUCHA BROWNE-SANDERS    CONFIDENTIAL                Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 150,237. |
| | 35a | Check if: [X] You were 65/older, [ ] Blind; [ ] Spouse was 65/older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 35a | 1 |
| Standard Deduction for— | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 35b [ ] | |
| • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see instructions. | 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 44,125. |
| | 37 | Subtract line 36 from line 34 | 37 | 106,112. |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | 38 | 11,600. |
| | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 94,512. |
| • All others: Single: $4,550 | 40 | Tax (see instrs). Check if any tax is from a [ ] Form(s) 8814 b [ ] Form 4972 | 40 | 21,489. |
| | 41 | Alternative minimum tax (see instructions). Attach Form 6251 | 41 | 2,746. |
| | 42 | Add lines 40 and 41 | 42 | 24,235. |
| Head of household, $6,650 | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | 960. |
| Married filing jointly or Qualifying widow(er), $7,600 | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| | 47 | Rate reduction credit. See the worksheet | 47 | REDACTED |
| | 48 | Child tax credit (see instructions) | 48 | |
| | 49 | Adoption credit. Attach Form 8839 | 49 | |
| Married filing separately, $3,800 | 50 | Other credits from a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) | 50 | |
| | 51 | Add lines 43 through 50. These are your total credits | 51 | 960. |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 23,275. |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | 53 | |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | 57 | |
| | 58 | Add lines 52-57. This is your total tax ▶ | 58 | 23,275. |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | 33,087. |
| If you have a qualifying child, attach Schedule EIC. | 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | |
| | 61a | Earned income credit (EIC) | 61a | |
| | b | Nontaxable earned income | 61b | |
| | 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | 310. |
| | 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| | 64 | Amount paid with request for extension to file (see instructions) | 64 | |
| | 65 | Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | 65 | |
| FDIA0112 12/10/01 | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ▶ | 66 | 33,397. |
| **Refund** | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | 10,122. |
| Direct deposit? See instructions and fill in 68b, 68c, and 68d. | 68a | Amount of line 67 you want refunded to you ▶ | 68a | 10,122. |
| | ▶ b | Routing number    ▶ c Type: [ ] Checking  [ ] Savings | | |
| | ▶ d | Account number | | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ 69 | | |
| **Amount You Owe** | 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ▶ | 70 | |
| | 71 | Estimated tax penalty. Also include on line 70 | 71 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. [ ] No | | | |
| | Designee's Name ▶ Preparer   Phone No. ▶   Personal Identification Number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your Signature ▶   Date   Your Occupation   Daytime Phone Number | | | |
| | Spouse's Signature. If a Joint Return, Both Must Sign. ▶   Date   Spouse's Occupation | | | |
| **Paid Preparer's Use Only** | Preparer's Signature ▶ ████████   Date 04/31/2002  Check if self-employed [X] | | | |
| | Firm's Name (or yours if self-employed), Address, and ZIP Code ████ CPA ████ | | | |

BPL04300                                                Form 1040 (2001)

| SCHEDULE A (Form 1040) | | Itemized Deductions **CONFIDENTIAL** | | OMB No. 1545-0074 **2001** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040.<br>► See Instructions for Schedule A (Form 1040). | | 07 |

Name(s) Shown on Form 1040: ANUCHA BROWNE-SANDERS

Your Social Security Number: [redacted]

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 34 ..... | 2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 11,922. | |
| | 6 | Real estate taxes (see instructions) | 6 | 8,106. | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 20,028. |
| **Interest You Paid** (See instructions.) Note. Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 20,121. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | REDACTED | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | 405. | |
| | 14 | Add lines 10 through 13 | | 14 | 20,526. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 4,090. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 4,090. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions for expenses to deduct here.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 34 ..... | 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _____ | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if MFS)?<br>[ ] No. Your deduction is not limited. Add the amts in the far right col for lines 4 through 27. Also, enter this amt on Form 1040, line 36.<br>[X] Yes. Your deduction may be limited. See instructions for the amount to enter. | | 28 | 44,125. |

Itemized Deductions Limited per IRC Sec. 68.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301 01/07/02    Schedule A (Form 1040) 2001

BP&O4301

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2001**

Attachment Sequence No. **09**

**CONFIDENTIAL**

| | | |
|---|---|---|
| Name of Proprietor | | Social Security Number (SSN) |
| ANUCHA BROWNE-SANDERS | | |
| A Principal Business or Profession, Including Product or Service (see instructions) | | B Enter Code from Instructions |
| DIRECT MARKETING | | ▶ 454390 |
| C Business Name. If No Separate Business Name, Leave Blank. | | D Employer ID Number (EIN), If Any |
| E Business Address (including suite or room no.)▶ City, Town or Post Office, State, and ZIP Code | | |

F  Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G  Did you 'materially participate' in the operation of this business during 2001? If 'No,' see instructions for limit on losses ... [X] Yes [ ] No
H  If you started or acquired this business during 2001, check here ▶ [ ]

## Part I  Income

1  Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ]   1
2  Returns and allowances   2
3  Subtract line 2 from line 1   3
4  Cost of goods sold (from line 42 on page 2)   4

**REDACTED**

5  Gross profit. Subtract line 4 from line 3   5
6  Other income, including federal and state gasoline or fuel tax credit or refund   6
7  Gross income. Add lines 5 and 6 ▶   7

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 480. | 19 Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see instructions) | 9 | | 20 Rent or lease (see instructions): | | |
| | | | | a Vehicles, machinery, and equipment | 20a | |
| 10 | Car and truck expenses (see instrs) | 10 | 6,160. | b Other business property | 20b | |
| 11 | Commissions and fees | 11 | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and Section 179 expense deduction (not included in Part III) (see instructions) | 13 | 698. | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | | c Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 | Interest: | | | | | |
| | a Mortgage (paid to banks, etc) | 16a | | d Subtract line 24c from line 24b | 24d | |
| | b Other | 16b | | 25 Utilities | 25 | |
| 17 | Legal & professional services | 17 | 275. | 26 Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 Other expenses (from line 48 on page 2) | 27 | 5,713. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 13,326. |

29  Tentative profit (loss). Subtract line 28 from line 7   29  -13,326.
30  Expenses for business use of your home. Attach Form 8829   30
31  Net profit or (loss). Subtract line 30 from line 29.

• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32.                                                                                                 31   -13,326.

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                                    Schedule C (Form 1040) 2001

FDIZ0112  10/31/01

PL04302

Schedule C (Form 1040) 2001   ANUCHA BROWNE-SANDERS        CONFIDENTIAL                               Page 2

**Part III   Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ........................................................................................... ☐ Yes ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation ........................................................................... 35

36  Purchases less cost of items withdrawn for personal use ........................................ 36

37  Cost of labor. Do not include any amounts paid to yourself ......... **REDACTED** .. 37

38  Materials and supplies ............................................................... 38

39  Other costs ........................................................................... 39

40  Add lines 35 through 39 ............................................................. 40

41  Inventory at end of year ............................................................. 41

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ........ 42

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 02/13/2001

44  Of the total number of miles you drove your vehicle during 2001, enter the number of miles you used your vehicle for:
    a Business _ _ _ _ _ _ 17,856    b Commuting _ _ _ _ _ _ _ _ _ _ _    c Other _ _ _ _ _ _ 18,130

45  Do you (or your spouse) have another vehicle available for personal use? ............................... ☒ Yes ☐ No

46  Was your vehicle available for personal use during off-duty hours? ................................... ☒ Yes ☐ No

47a Do you have evidence to support your deduction? ...................................................... ☒ Yes ☐ No

  b If 'Yes,' is the evidence written? ................................................................ ☐ Yes ☒ No

**Part V   Other Expenses.** List below business expenses not included on lines 8 – 26 or line 30.

| Description | Amount |
|---|---:|
| TELEPHONE | 1,623. |
| BOOKS, SUBSCRIPTIONS | 1,720. |
| INTERNET | 263. |
| POSTAGE | 264. |
| PARKING & TOLLS | 149. |
| PROFESSIONAL DUES | 1,694. |

48  Total other expenses. Enter here and on page 1, line 27 ........................................ 48   5,713.

Schedule C (Form 1040) 2001

FDIZ0112  10/30/01

PL04303

Form **2441** — Child and Dependent Care Expenses

Department of the Treasury
Internal Revenue Service (99)

► Attach to Form 1040.
► See separate instructions.

OMB No. 1545-0068

CONFIDENTIAL

**2001**

Attachment Sequence No. 21

Name(s) Shown on Form 1040: **ANUCHA BROWNE-SANDERS**

Your Social Security Number: _____

**Before you begin:** You need to understand the following terms. See Definitions in the instructions.

- Dependent Care Benefits
- Qualifying Person(s)
- Qualified Expenses
- Earned Income

### Part I — Persons or Organizations Who Provided the Care
(If you need more space, use the bottom of page 2.) — You must complete this part.

| 1 (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|
| SUMMIT YMCA | 67 MAPLE STREET, SUMMIT NJ 07901 | 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 | 5,755. |

Did you receive dependent care benefits?
- No → Complete only Part II below.
- Yes → Complete Part III on page 2 next.

**Caution:** If the care was provided in your home, you may owe employment taxes. See the instructions for Form 1040, line 57.

REDACTED

### Part II — Credit for Child and Dependent Care Expenses

**2** Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name (First Last) | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2001 for the person listed in column (a) |
|---|---|---|
|  |  | 2,775. |
|  |  | 2,980. |

**3** Add the amounts in column (c) of line 2. Do not enter more than $2,400 for one qualifying person or $4,800 for two or more persons. If you completed Part III, enter the amount from line 24 ......... **3** 4,800.

**4** Enter your earned income ......... **4** 149,832.

**5** If married filing a joint return, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 ......... **5** 149,832.

**6** Enter the smallest of line 3, 4, or 5 ......... **6** 4,800.

**7** Enter the amount from Form 1040, line 34 ......... **7** 150,237.

**8** Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: Over | But not over | Decimal amount is | | If line 7 is: Over | But not over | Decimal amount is |
|---|---|---|---|---|---|---|
| $0 | 10,000 | .30 | | $20,000 | 22,000 | .24 |
| 10,000 | 12,000 | .29 | | 22,000 | 24,000 | .23 |
| 12,000 | 14,000 | .28 | | 24,000 | 26,000 | .22 |
| 14,000 | 16,000 | .27 | | 26,000 | 28,000 | .21 |
| 16,000 | 18,000 | .26 | | 28,000 | No limit | .20 |
| 18,000 | 20,000 | .25 | | | | |

**8** X 0.20

**9** Multiply line 6 by the decimal amount on line 8. Enter the result here and on Form 1040, line 44. But if this amount is more than the amount on Form 1040, line 42, minus any amount on line 43, or you paid 2000 expenses in 2001, see the instructions for the amount to enter on line 44 ......... **9** 960.

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2441 (2001)

FDIA3212  10/05/01

PL04304

| Form **4952** | Investment Interest Expense Deduction | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to your tax return. CONFIDENTIAL | **2001** 72 |

Name(s) Shown on Return: ANUCHA BROWNE-SANDERS

Identifying Number:

### Part I — Total Investment Interest Expense

| | | |
|---|---|---|
| 1 Investment interest expense paid or accrued in 2001. See instructions | 1 | 1,206. |
| 2 Disallowed investment interest expense from 2000 Form 4952, line 7. **REDACTED** | 2 | |
| 3 Total investment interest expense. Add lines 1 and 2 | 3 | 1,206. |

### Part II — Net Investment Income

| | | | |
|---|---|---|---|
| 4a Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | | 4a | 405. |
| b Net gain from the disposition of property held for investment | 4b | | |
| c Net capital gain from the disposition of property held for investment | 4c | | |
| d Subtract line 4c from line 4b. If zero or less, enter -0- | | 4d | |
| e Enter the amount from line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions | | 4e | |
| f Investment income. Add lines 4a, 4d, and 4e. See instructions | | 4f | 405. |
| 5 Investment expenses. See instructions | | 5 | |
| 6 Net investment income. Subtract line 5 from line 4f. If zero or less, enter -0- | | 6 | 405. |

### Part III — Investment Interest Expense Deduction

| | | |
|---|---|---|
| 7 Disallowed investment interest expense to be carried forward to 2002. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 801. |
| 8 Investment interest expense deduction. Enter the smaller of line 3 or 6. See instructions | 8 | 405. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 4952 (2001)

FDIZ1201  10/03/01

PL04305