# Form 1040 — U.S. Individual Income Tax Return 2002

Department of the Treasury — Internal Revenue Service

For the year Jan 1 – Dec 31, 2002, or other tax year beginning ____, 2002, ending ____   (99)   IRS use only — Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: ANUCHA    MI: ____    Last name: BROWNE-SANDERS

If a joint return, spouse's first name ____ MI ____ Last name ____

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see instructions. ____   Apartment no. ____

Your social security number: [REDACTED]
Spouse's social security number: ____

CLIENT'S COPY

▲ **Important!** ▲ You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.) ▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ……… ▶ You: [X] Yes [ ] No   Spouse: [ ] Yes [ ] No

**Filing Status**
Check only one box.

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ▶ ____
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ ____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ____). (See instructions.)

REDACTED

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [ ] Spouse

No. of boxes checked on 6a and 6b ……… **1**

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|---|
| | | | Son | [X] |
| | | | Daughter | [X] |
| | | | Son | [X] |
| | | | | [ ] |

If more than five dependents, see instructions.

No. of children on 6c who:
- lived with you ……… **3**
- did not live with you due to divorce or separation (see instrs) ……… ____
- Dependents on 6c not entered above ……… ____

d Total number of exemptions claimed ……… Add numbers on lines above ▶ **4**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 213,967. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 394. |
| 11 | Alimony received | 2,128. |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | -20,324. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions …… 15a ____   b Taxable amount (see instrs) | 15b |
| 16a | Pensions and annuities …… 16a ____   b Taxable amount (see instrs) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits …… 20a ____   b Taxable amount (see instrs) | 20b |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 196,165. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | 23 |
| 24 | IRA deduction (see instructions) | 24 |
| 25 | Student loan interest deduction (see instructions) | 25 |
| 26 | Tuition and fees deduction (see instructions) | 26 |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 |
| 28 | Moving expenses. Attach Form 3903 | 28 |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 |
| 30 | Self-employed health insurance deduction (see instructions) | 30 |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 |
| 32 | Penalty on early withdrawal of savings | 32 |
| 33a | Alimony paid   b Recipient's SSN ▶ ____ | 33a |
| 34 | Add lines 23 through 33a | 34 |
| 35 | Subtract line 34 from line 22. This is your adjusted gross income ▶ | 35  196,165. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 12/26/02   Form 1040 (2002)

CONFIDENTIAL

PL04318

Form 1040 (2002)   ANUCHA BROWNE-SANDERS                                               Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 36 Amount from line 35 (adjusted gross income) | 36 | 196,165. |
| | 37a Check if: ☐ You were 65/older, ☐ Blind, ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a ☐ | | |
| Standard Deduction for – | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 37b ☐ | | |
| • People who checked any box on line 37a or 37b or who can be claimed as a dependent, see instructions. | 38 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 46,524. |
| | 39 Subtract line 38 from line 36 | 39 | 149,641. |
| | 40 If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | 40 | 9,600. |
| | 41 Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 140,041. |
| • All others: Single, $4,700 | 42 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 42 | 34,117. |
| | 43 Alternative minimum tax (see instructions). Attach Form 6251 | 43 | 3,877. |
| Head of household, $6,900 | 44 Add lines 42 and 43 ▶ | 44 | 37,994. |
| | 45 Foreign tax credit. Attach Form 1116 if required | 45 | |
| | 46 Credit for child and dependent care expenses. Attach Form 2441 | 46 | 960. |
| Married filing jointly or Qualifying widow(er), $7,850 | 47 Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| | 48 Education credits. Attach Form 8863 | 48 | |
| | 49 Retirement savings contributions credit. Attach Form 8880 | 49 | |
| | 50 Child tax credit (see instructions) | 50 | |
| | 51 Adoption credit. Attach Form 8839 | 51 | |
| Married filing separately, $3,925 | 52 Credits from: a ☐ Form 8396   b ☐ Form 8859 | 52 | |
| | 53 Other credits. Check applicable box(es): a ☐ Form 3800  b ☒ Form 8801  c ☐ Specify | 53 | 0. |
| | 54 Add lines 45 through 53. These are your total credits | 54 | 960. |
| | 55 Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 37,034. |
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE | 56 | |
| | 57 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| | 58 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| | 59 Advance earned income credit payments from Form(s) W-2 | 59 | |
| | 60 Household employment taxes. Attach Schedule H | 60 | |
| | 61 Add lines 55-60. This is your total tax ▶ | 61 | 37,034. |
| **Payments** | 62 Federal income tax withheld from Forms W-2 and 1099 | 62 | 45,314. |
| If you have a qualifying child, attach Schedule EIC | 63 2002 estimated tax payments and amount applied from 2001 return | 63 | |
| | 64 Earned income credit (EIC) | 64 | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see instructions) | 65 | |
| | 66 Additional child tax credit. Attach Form 8812 | 66 | 3. |
| | 67 Amount paid with request for extension to file (see instructions) | 67 | |
| | 68 Other pmts from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 68 | |
| | 69 Add lines 62 through 68. These are your total payments ▶ | 69 | 45,317. |
| **Refund** | 70 If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | 8,283. |
| Direct deposit? See instructions and fill in 71b, 71c, and 71d. | 71a Amount of line 70 you want refunded to you ▶ | 71a | 8,283. |
| | ▶ b Routing number   ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d Account number | | |
| | 72 Amount of line 70 you want applied to your 2003 estimated tax ▶ 72 | | |
| **Amount You Owe** | 73 Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions ▶ | 73 | |
| | 74 Estimated tax penalty (see instructions) | 74 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ... ☒ Yes. Complete the following. ☐ No Designee's name ▶ Preparer  Phone no. ▶  Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your signature   Date   Your occupation   Daytime phone number Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶   Date 04/12/2003  Check if self-employed ☒   Preparer's SSN or PTIN Firm's name (or yours if self-employed), address, and ZIP code   EIN   Phone no. | | |

CONFIDENTIAL   PL04319

| SCHEDULE A (Form 1040) | | Itemized Deductions | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040.<br>► See Instructions for Schedule A (Form 1040). | | 2002<br>07 |

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number: REDACTED

| Category | | Line | Description | | Amount |
|---|---|---|---|---|---|
| Medical and Dental Expenses | | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | | 1 | Medical and dental expenses (see instructions) | 1 | |
| | | 2 | Enter amount from Form 1040, line 36 ..... 2 | | |
| | | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| Taxes You Paid (See instructions.) | | 5 | State and local income taxes | 5 | 14,135. |
| | | 6 | Real estate taxes (see instructions) | 6 | 8,309. |
| | | 7 | Personal property taxes | 7 | |
| | | 8 | Other taxes. List type and amount ► | 8 | |
| | | 9 | Add lines 5 through 8 | | 9 | 22,444. |
| Interest You Paid (See instructions.) Note. Personal interest is not deductible. | | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 17,979. |
| | | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | |
| | | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | |
| | | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | 0. |
| | | 14 | Add lines 10 through 13 | | 14 | 17,979. |
| Gifts to Charity If you made a gift and got a benefit for it, see instructions. | | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 7,867. |
| | | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 16 | |
| | | 17 | Carryover from prior year | 17 | |
| | | 18 | Add lines 15 through 17 | | 18 | 7,867. |
| Casualty and Theft Losses | | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 19 | |
| Job Expenses and Most Other Miscellaneous Deductions (See instructions for expenses to deduct here.) | | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You must attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | |
| | | 21 | Tax preparation fees | 21 | |
| | | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 22 | |
| | | 23 | Add lines 20 through 22 | 23 | |
| | | 24 | Enter amount from Form 1040, line 36 ..... 24 | | |
| | | 25 | Multiply line 24 by 2% (.02) | 25 | |
| | | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| Other Miscellaneous Deductions | | 27 | Other — from list in the instructions. List type and amount ► | | 27 | |
| Total Itemized Deductions | | 28 | Is Form 1040, line 36, over $137,300 (over $68,650 if MFS)?<br>☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38.<br>☒ Yes. Your deduction may be limited. See instructions for the amount to enter. | | 28 | 46,524. |

Itemized Deductions Limited per IRC Sec. 68.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0301  10/28/02   Schedule A (Form 1040) 2002

CONFIDENTIAL   PL04320

# SCHEDULE C
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss from Business
(Sole Proprietorship)
► Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
► Attach to Form 1040 or 1041.   ► See instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2002**
Attachment Sequence No. **09**

Name of proprietor: **ANUCHA BROWNE-SANDERS**

Social security number (SSN): _[redacted]_

**A** Principal business or profession, including product or service (see instructions): **DIRECT MARKETING**

**B** Enter code from instructions: ► **454390**

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►
**G** Did you 'materially participate' in the operation of this business during 2002? If 'No,' see instructions for limit on losses ... [X] Yes  [ ] No
**H** If you started or acquired this business during 2002, check here ► [ ]

### Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |

**REDACTED**

| | | |
|---|---|---|
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 |
| 7 | Gross income. Add lines 5 and 6 ► | 7 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 624. | 19 Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see instructions) | | 20 Rent or lease (see instructions): | | |
| 10 | Car and truck expenses (see instructions) | 7,126. | a Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | | b Other business property | 20b | |
| 12 | Depletion | | 21 Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 419. | 22 Supplies (not included in Part III) | 22 | 3,045. |
| | | | 23 Taxes and licenses | 23 | |
| | | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | | b Meals and entertainment | | |
| 15 | Insurance (other than health) | | c Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 | Interest: | | d Subtract line 24c from line 24b | 24d | |
| a | Mortgage (paid to banks, etc) | | 25 Utilities | 25 | |
| b | Other | | 26 Wages (less employment credits) | 26 | |
| 17 | Legal & professional services | 450. | 27 Other expenses (from line 48 on page 2) | 27 | 7,901. |
| 18 | Office expense | 759. | | | |

| | | |
|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | 20,324. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -20,324. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | -20,324. |
| | • If a loss, you must go to line 32. | | |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
FDIZ0112  08/13/02
Schedule C (Form 1040) 2002

**CONFIDENTIAL** PL04321

Schedule C (Form 1040) 2002 ANUCHA BROWNE-SANDERS

**Part III — Cost of Goods Sold** (see instructions)   Page 2

33  Method(s) used to value closing inventory   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation .................................................. ☐ Yes ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | REDACTED |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

**Part IV — Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ► 02/13/2001

44  Of the total number of miles you drove your vehicle during 2002, enter the number of miles you used your vehicle for:
   a Business  19,523    b Commuting _____    c Other  19,523

45  Do you (or your spouse) have another vehicle available for personal use? ................... ☐ Yes ☒ No

46  Was your vehicle available for personal use during off-duty hours? ....................... ☐ Yes ☒ No

47a Do you have evidence to support your deduction? ....................................... ☒ Yes ☐ No

   b If "Yes," is the evidence written? ................................................... ☒ Yes ☐ No

**Part V — Other Expenses.** List below business expenses not included on lines 8 — 26 or line 30.

| Description | Amount |
|---|---|
| TELEPHONE | 1,325. |
| BOOKS, SUBSCRIPTIONS | 1,720. |
| INTERNET | 269. |
| POSTAGE | 264. |
| PARKING & TOLLS | 149. |
| PROFESSIONAL DUES | 1,694. |
| CONFERENCES | 2,480. |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 | 7,901. |

Schedule C (Form 1040) 2002

CONFIDENTIAL   PL04322

# Form 2441 — Child and Dependent Care Expenses

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040.
▶ See separate instructions.

OMB No. 1545-0068
**2002**
Attachment Sequence No. 21

**Name(s) Shown on Form 1040:** ANUCHA BROWNE-SANDERS

**Your Social Security Number:** REDACTED

*Before you begin:* You need to understand the following terms. See Definitions in the instructions.

- Dependent Care Benefits
- Qualifying Person(s)
- Qualified Expenses
- Earned Income

## Part I — Persons or Organizations Who Provided the Care — You must complete this part.
(If you need more space, use the bottom of page 2.)

| 1 (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|
| SUMMIT YMCA | 67 MAPLE STREET, SUMMIT NJ 07901 | 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 | 5,755. |

**Did you receive dependent care benefits?** — No ▶ Complete only Part II below.  Yes ▶ Complete Part III on page 2 next. **REDACTED**

Caution: If the care was provided in your home, you may owe employment taxes. See the instructions for Form 1040, line 60.

## Part II — Credit for Child and Dependent Care Expenses

**2** Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name (First, Last) | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2002 for the person listed in column (a) |
|---|---|---|
|  |  | 2,775. |
|  |  | 2,980. |

| | | |
|---|---|---|
| 3 | Add the amounts in column (c) of line 2. Do not enter more than $2,400 for one qualifying person or $4,800 for two or more persons. If you completed Part III, enter the amount from line 26 | 4,800. |
| 4 | Enter your earned income | 193,643. |
| 5 | If married filing a joint return, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 | 193,643. |
| 6 | Enter the smallest of line 3, 4, or 5 | 4,800. |
| 7 | Enter the amount from Form 1040, line 36 | 196,165. |

**8** Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: Over — But not over — Decimal amount is | If line 7 is: Over — But not over — Decimal amount is |
|---|---|
| $0 – 10,000  .30 | $20,000 – 22,000  .24 |
| 10,000 – 12,000  .29 | 22,000 – 24,000  .23 |
| 12,000 – 14,000  .28 | 24,000 – 26,000  .22 |
| 14,000 – 16,000  .27 | 26,000 – 28,000  .21 |
| 16,000 – 18,000  .26 | 28,000 – No limit  .20 |
| 18,000 – 20,000  .25 | |

| | | |
|---|---|---|
| 8 | X | 0.20 |
| 9 | Multiply line 6 by the decimal amount on line 8. If you paid 2001 expenses in 2002, see the instructions | 960. |
| 10 | Enter the amount from Form 1040, line 44, minus any amount on Form 1040, line 45 | 37,994. |
| 11 | Credit for child and dependent care expenses. Enter the smaller of line 9 or line 10 here and on Form 1040, line 46 | 960. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2441 (2002)

FDIA3212   10/29/02

CONFIDENTIAL    PL04323

| Form **6251** | Alternative Minimum Tax — Individuals | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2002**<br>32 |

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number:

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | Amount |
|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 39, and go to line 2. Otherwise, enter the amount from Form 1040, line 36, and go to line 7. (If zero or less, enter as a negative amount.) | 149,641. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2-1/2% of Form 1040, line 36 | 0. |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 22,444. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | |
| 6 | If Form 1040, line 36, is over $137,300 (over $68,650 if married filing separately), enter the amount from line 9 of the worksheet for Schedule A (Form 1040), line 28 | -1,766. |
| 7 | Tax refund from Form 1040, line 10 or line 21 | -2,128. |
| 8 | Investment interest expense (difference between regular tax and AMT) | 0. |
| 9 | Depletion (difference between regular tax and AMT) | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | |
| 12 | Qualified small business stock (42% of gain excluded under section 1202) | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9) | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | -187. |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | |
| 20 | Circulation costs (difference between regular tax and AMT) | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | |
| 22 | Mining costs (difference between regular tax and AMT) | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | |
| 24 | Income from certain installment sales before January 1, 1987 | |
| 25 | Intangible drilling costs preference | |
| 26 | Other adjustments, including income-based related adjustments | |
| 27 | Alternative tax net operating loss deduction | |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately and line 28 is more than $173,000, see instructions.) | 168,004. |

REDACTED

### Part II — Alternative Minimum Tax

29  Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... | | |
|---|---|---|---|---|
| Single or head of household | $112,500 | $35,750 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 49,000 | 29 | 21,874. |
| Married filing separately | 75,000 | 24,500 | | |

If line 28 is over the amount shown above for your filing status, see instructions.

| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 146,130. |
|---|---|---|
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13, or you had a gain on both lines 16 and 17 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 57 here.<br>• All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 37,994. |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 37,994. |
| 34 | Tax from Form 1040, line 42 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 45) | 34,117. |
| 35 | Alternative minimum tax. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 43 | 3,877. |

BAA  For Paperwork Reduction Act Notice, see separate instructions.

FDIA5312  11/19/02

Form 6251 (2002)

CONFIDENTIAL    PL04324

Form 6251 (2002)     ANUCHA BROWNE-SANDERS                                                                Page 2

## Part III — Tax Computation Using Maximum Capital Gains Rates

Caution: *If you did not complete Part IV of Schedule D (Form 1040), see the instructions before you complete this part.*

36  Enter the amount from Form 6251, line 30 .................................................... **36**

37  Enter the amount from Schedule D (Form 1040), line 23, or line 9 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions) ..... **37**

38  Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions) .................................................... **38**

39  If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the smaller of that result or the amount from line 4 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) .................................... **39**

40  Enter the smaller of line 36 or line 39 .......................................................... **40**

41  Subtract line 40 from line 36 ........................................................................ **41**

42  If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result .................................................................................................. **42**

43  Enter the amount from Schedule D (Form 1040), line 28, or line 16 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax) (see instructions) .................................................................................... **43**

44  Enter the smaller of line 36 or line 37 .......................................................... **44**

45  Enter the smaller of line 43 or line 44. If zero, go to line 51 .......................... **45**

46  Enter your qualified 5-year gain, if any, from Schedule D (Form 1040), line 29 (as refigured for the AMT, if necessary) (see instructions) ........ **46**

47  Enter the smaller of line 45 or line 46 .......................................................... **47**

48  Multiply line 47 by 8% (.08) ........................................................................ **48**

49  Subtract line 47 from line 45 .......................... REDACTED ........................ **49**

50  Multiply line 49 by 10% (.10) ...................................................................... **50**

51  Subtract line 45 from line 44 ........................................................................ **51**

52  Multiply line 51 by 20% (.20) ...................................................................... **52**

If line 38 is zero or blank, skip lines 53 and 54 and go to line 55. Otherwise, go to line 53.

53  Subtract line 44 from line 40 ........................................................................ **53**

54  Multiply line 53 by 25% (.25) ...................................................................... **54**

55  Add lines 42, 48, 50, 52, and 54 .................................................................. **55**

56  If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result .................................................................................................. **56**

57  Enter the smaller of line 55 or line 56 here and on line 31 .......................... **57**

Form 6251 (2002)

FDIA5312  11/19/02                                         CONFIDENTIAL        PL04325

| Form **4952** | Investment Interest Expense Deduction | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to your tax return. | **2002** |
| | | 72 |

Name(s) shown on return: ANUCHA BROWNE-SANDERS

Identifying number: 

### Part I — Total Investment Interest Expense

1. Investment interest expense paid or accrued in 2002. See instructions .... **REDACTED** ... | 1 | 
2. Disallowed investment interest expense from 2001 Form 4952, line 7 ............................ | 2 | 801.
3. Total investment interest expense. Add lines 1 and 2 ................................................ | 3 | 801.

### Part II — Net Investment Income

4a. Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) ........................................................................ | 4a | 394.

b. Net gain from the disposition of property held for investment ........... | 4b | 

c. Net capital gain from the disposition of property held for investment ....... | 4c | 

d. Subtract line 4c from line 4b. If zero or less, enter -0- ................................................ | 4d | 

e. Enter the amount from line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b. See instructions ► | 4e | 

f. Investment income. Add lines 4a, 4d, and 4e ............................................................ | 4f | 394.

5. Investment expenses. See instructions .................................................. | 5 | 

6. Net investment income. Subtract line 5 from line 4f. If zero or less, enter -0- ........ | 6 | 394.

### Part III — Investment Interest Expense Deduction

7. Disallowed investment interest expense to be carried forward to 2003. Subtract line 6 from line 3. If zero or less, enter -0- ............................................................ | 7 | 407.

8. Investment interest expense deduction. Enter the smaller of line 3 or 6. See instructions .......... | 8 | 394.

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 4952 (2002)

FDIZ1201 07/16/02

CONFIDENTIAL    PL04326

| Form **8801** | Credit for Prior Year Minimum Tax — Individuals, Estates, and Trusts | OMB No. 1545-1073 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (00) | ► See instructions. ► Attach to Form 1040, 1040NR, or 1041. | **2002** 74 |

Name(s) shown on return: ANUCHA BROWNE-SANDERS    REDACTED    Identifying number

## Part I — Net Minimum Tax on Exclusion Items

| | | |
|---|---|---|
| 1 Combine lines 16 through 18 of your 2001 Form 6251. Estates and trusts, see instructions | 1 | 105,593. |
| 2 Enter adjustments and preferences treated as exclusion items (see instructions) | 2 | 20,028. |
| 3 Minimum tax credit net operating loss deduction (see instructions) | 3 | |
| 4 Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $173,000 and you were married filing separately for 2001, see instructions | 4 | 125,621. |
| 5 Enter: $49,000 if married filing jointly or qualifying widow(er) for 2001; $35,750 if single or head of household for 2001; or $24,500 if married filing separately for 2001. Estates and trusts, enter $22,500 | 5 | 35,750. |
| 6 Enter: $150,000 if married filing jointly or qualifying widow(er) for 2001; $112,500 if single or head of household for 2001; or $75,000 if married filing separately for 2001. Estates and trusts, enter $75,000 | 6 | 112,500. |
| 7 Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 | 7 | 13,121. |
| 8 Multiply line 7 by 25% (.25) | 8 | 3,280. |
| 9 Subtract line 8 from line 5. If zero or less, enter -0-. If this form is for a child under age 14, see instructions | 9 | 32,470. |
| 10 Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15 and go to Part II. Form 1040NR filers, see instructions | 10 | 93,151. |
| 11 • If for 2001 you reported capital gain distributions directly on Form 1040, line 13, or you had a gain on both lines 16 and 17 of Schedule D (Form 1040) (lines 15c and 16, column (2), of Schedule D (Form 1041)), complete Part III of Form 8801 and enter the amount from line 48 here. • All others: If line 10 is $175,000 or less ($87,500 or less if married filing separately for 2001), multiply line 10 by 26% (.26). Otherwise, multiply line 10 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2001) from the result. | 11 | 24,219. |
| 12 Minimum tax foreign tax credit on exclusion items (see instructions) | 12 | |
| 13 Tentative minimum tax on exclusion items. Subtract line 12 from line 11 | 13 | 24,219. |
| 14 Enter the amount from your 2001 Form 6251, line 27, or Form 1041, Schedule I, line 38 | 14 | 21,489. |
| 15 Net minimum tax on exclusion items. Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 2,730. |

## Part II — Minimum Tax Credit and Carryforward to 2003

| | | |
|---|---|---|
| 16 Enter the amount from your 2001 Form 6251, line 28, or 2001 Form 1041, Schedule I, line 39 | 16 | 2,746. |
| 17 Enter the amount from line 15 above | 17 | 2,730. |
| 18 Subtract line 17 from line 16. If less than zero, enter as a negative amount | 18 | 16. |
| 19 2001 minimum tax credit carryforward. Enter the amount from your 2001 Form 8801, line 26 | 19 | |
| 20 Enter the total of your 2001 unallowed nonconventional source fuel credit and 2001 unallowed qualified electric vehicle credit (see instructions) | 20 | |
| 21 Combine lines 18, 19, and 20. If zero or less, stop here and see instructions | 21 | 16. |
| 22 Enter your 2002 regular income tax liability minus allowable credits (see instructions) | 22 | 33,157. |
| 23 Enter the amount from your 2002 Form 6251, line 33, or 2002 Form 1041, Schedule I, line 54 | 23 | 37,994. |
| 24 Subtract line 23 from line 22. If zero or less, enter -0- | 24 | 0. |
| 25 Minimum tax credit. Enter the smaller of line 21 or line 24. Also enter this amount on your 2002 Form 1040, line 53; Form 1040NR, line 49; or Form 1041, Schedule G, line 2d | 25 | 0. |
| 26 Minimum tax credit carryforward to 2003. Subtract line 25 from line 21. Keep a record of this amount because you may use it in future years. | 26 | 16. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 8801 (2002)

FDIZ7412  01/08/03

CONFIDENTIAL  PL04327

Form 8801 (2002) ANUCHA BROWNE-SANDERS

Page 2

### Part III — Tax Computation Using Maximum Capital Gains Rates

Caution: *If you did not complete Schedule D (Form 1040) for 2001 because you reported capital gain distributions directly on Form 1040, line 13, or your 2001 taxable income was zero or less, see the instructions before completing this part.*

27 Enter the amount from line 10 .... **REDACTED**

28 Enter the amount from line 23 of your 2001 Schedule D (Form 1040) (line 21 of the 2001 Schedule D (Form 1041)) or line 9 of your 2001 Schedule D Tax Worksheet*

29 Enter the amount from line 19 of your 2001 Schedule D (Form 1040), or line 15b, column (2), of the 2001 Schedule D (Form 1041)

30 If you did not complete the 2001 Schedule D Tax Worksheet, enter the amount from line 28. Otherwise, add lines 28 and 29, and enter the smaller of that result or the amount from line 4 of your 2001 Schedule D Tax Worksheet

31 Enter the smaller of line 27 or line 30

32 Subtract line 31 from line 27

33 If line 32 is $175,000 or less ($87,500 or less if married filing separately for 2001), multiply line 32 by 26% (.26). Otherwise, multiply line 32 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2001) from the result

34 Enter the amount from line 28 of your 2001 Schedule D (Form 1040) (line 26 of the 2001 Schedule D (Form 1041)) or line 16 of the Schedule D Tax Worksheet.* Enter -0- if you did not complete Part IV of your 2001 Schedule D (Form 1040) (Part V of the 2001 Schedule D (Form 1041))

35 Enter the smaller of line 27 or line 28

36 Enter the smaller of line 34 or line 35

37 Enter the amount from your 2001 Schedule D (Form 1040), line 29 (or 2001 Schedule D (Form 1041), line 27) (if you did not complete that line, enter -0-)

38 Enter the smaller of line 36 or 37

39 Multiply line 38 by 8% (.08)

40 Subtract line 38 from line 36

41 Multiply line 40 by 10% (.10)

42 Subtract line 36 from line 35

43 Multiply line 42 by 20% (.20)

If line 29 is zero or blank, skip lines 44 and 45 and go to line 46.

44 Subtract line 35 from line 31

45 Multiply line 44 by 25% (.25)

46 Add lines 33, 39, 41, 43, and 45

47 If line 27 is $175,000 or less ($87,500 or less if married filing separately for 2001), multiply line 27 by 26% (.26). Otherwise, multiply line 27 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2001) from the result

48 Enter the smaller of line 46 or line 47 here and on line 11

*The 2001 Schedule D Tax Worksheet is in the 2001 Instructions for Schedule D (Form 1040) and 2001 Instructions for Form 1041.

BAA

Form 8801 (2002)

CONFIDENTIAL  PL04328