**CONFIDENTIAL**     **CLIENT'S COPY**

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2003** (99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2003, or other tax year beginning _____, 2003, ending _____, 20___

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: ANUCHA   MI: ___   Last name: BROWNE-SANDERS

Your social security number: [REDACTED]

If a joint return, spouse's first name _____ MI ___ Last name _____

Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no. _____

▲ **Important!** ▲ You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........ ▶ You: [X] Yes [ ] No   Spouse: [ ] Yes [ ] No

**Filing Status** — Check only one box.
1 [ ] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here. ▶
4 [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 [ ] Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a .........
b [ ] Spouse .........

No. of boxes checked on 6a and 6b ..... **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| _____ | _____ | Son | [X] |
| _____ | _____ | Daughter | [X] |
| _____ | _____ | Son | [X] |

No. of children on 6c who:
• lived with you ..... **3**
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines above ▶ **4**

If more than five dependents, see instructions.

d Total number of exemptions claimed .................

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 .................................... **7** | 255,549.
8a Taxable interest. Attach Schedule B if required .................................. **8a** | REDACTED
b Tax-exempt interest. Do not include on line 8a ..... | 8b |
9a Ordinary dividends. Attach Schedule B if required ................................ **9a** | 100.
b Qualfd divs (see instrs) ..... | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... **10** | 4,779.
11 Alimony received ............................................................ **11** |
12 Business income or (loss). Attach Schedule C or C-EZ ............................ **12** | -20,633.
13a Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] ........... **13a** | REDACTED
b If box on 13a is checked, enter post-May 5 capital gain distributions ..... | 13b |
14 Other gains or (losses). Attach Form 4797 ..................................... **14** |
15a IRA distributions ..... | 15a |   b Taxable amount (see instrs) .. **15b** |
16a Pensions and annuities .... | 16a |   b Taxable amount (see instrs) .. **16b** |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. **17** |
18 Farm income or (loss). Attach Schedule F ...................................... **18** |
19 Unemployment compensation .................................................. **19** |
20a Social security benefits ..... | 20a |   b Taxable amount (see instrs) .. **20b** |
21 Other income ............................................................... **21** |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income. ▶ **22** | 239,795.

**Adjusted Gross Income**

23 Educator expenses (see instructions) ............... | 23 |
24 IRA deduction (see instructions) ................... | 24 |
25 Student loan interest deduction (see instructions) .... | 25 |
26 Tuition and fees deduction (see instructions) ....... | 26 |
27 Moving expenses. Attach Form 3903 ................ | 27 |
28 One-half of self-employment tax. Attach Schedule SE ...... | 28 |
29 Self-employed health insurance deduction (see instrs) ....... | 29 |
30 Self-employed SEP, SIMPLE, and qualified plans ........... | 30 |
31 Penalty on early withdrawal of savings ............ | 31 |
32a Alimony paid  b Recipient's SSN ▶ _____ ............ | 32a |
33 Add lines 23 through 32a ..................................................... **33** |
34 Subtract line 33 from line 22. This is your adjusted gross income ............... ▶ **34** | 239,795.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. MSG PC 04549 FDIA0112 01/16/04   Form 1040 (2003)

Form 1040 (2003)  ANUCHA BROWNE-SANDERS                                       Page 2

| | | |
|---|---|---|
| **Tax and Credits** | 35 Amount from line 34 (adjusted gross income) | 35  239,795. |
| | 36a Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | |
| Standard Deduction for — | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b ☐ | |
| • People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions. | 37 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 37  53,636. |
| | 38 Subtract line 37 from line 35 | 38  186,159. |
| | 39 If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions | 39  5,612. |
| | 40 Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40  180,547. |
| • All others: Single or Married filing separately, $4,750 | 41 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 | 41  44,373. |
| | 42 Alternative minimum tax (see instructions). Attach Form 6251 | 42  5,639. |
| | 43 Add lines 41 and 42 | 43  50,012. |
| Married filing jointly or Qualifying widow(er), $9,500 | 44 Foreign tax credit. Attach Form 1116 if required | 44 |
| | 45 Credit for child and dependent care expenses. Attach Form 2441 | 45  1,200. |
| | 46 Credit for the elderly or the disabled. Attach Schedule R | 46 |
| | 47 Education credits. Attach Form 8863 | 47 |
| Head of household, $7,000 | 48 Retirement savings contributions credit. Attach Form 8880 | 48 |
| | 49 Child tax credit (see instructions) | 49 |
| | 50 Adoption credit. Attach Form 8839 | 50 |
| | 51 Credits from: a ☐ Form 8396  b ☐ Form 8859 | 51 |
| | 52 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801  c ☐ Specify | 52 |
| | 53 Add lines 44 through 52. These are your total credits | 53  1,200. |
| | 54 Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54  48,812. |
| **Other Taxes** | 55 Self-employment tax. Attach Schedule SE | 55 |
| | 56 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 |
| | 57 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 |
| | 58 Advance earned income credit payments from Form(s) W-2 | 58 |
| | 59 Household employment taxes. Attach Schedule H | 59 |
| | 60 Add lines 54-59. This is your total tax ▶ | 60  48,812. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099 | 61  53,975. |
| If you have a qualifying child, attach Schedule EIC. | 62 2003 estimated tax payments and amount applied from 2002 return | 62 |
| | 63 Earned income credit (EIC) | 63 |
| | 64 Excess social security and tier 1 RRTA tax withheld (see instructions) | 64 |
| | 65 Additional child tax credit. Attach Form 8812 | 65  8. |
| | 66 Amount paid with request for extension to file (see instructions) | 66 |
| | 67 Other pmts from: a ☐ Form 2439 b ☐ Form 4136  c ☐ Form 8885 | 67 |
| | 68 Add lines 61 through 67. These are your total payments ▶ | 68  53,983. |
| **Refund** | 69 If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | 69  5,171. |
| Direct deposit? See instructions and fill in 70b, 70c, and 70d. | 70a Amount of line 69 you want refunded to you | 70a  5,171. |
| | ▶ b Routing number XXXXXXXXX  ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d Account number XXXXXXXXXXXXXXXX | |
| | 71 Amount of line 69 you want applied to your 2004 estimated tax ▶ 71 | |
| **Amount You Owe** | 72 Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions ▶ | 72 |
| | 73 Estimated tax penalty (see instructions) 73 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?  Designee's name ▶ Preparer  Phone no. ▶  ☒ Yes. Complete the following. ☐ No  Personal identification number (PIN) ▶ | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.  Your signature | Date | Your occupation | Daytime phone number  Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 04/13/2004 | Check if self-employed ☒ | Preparer's SSN or PTIN  Firm's name (or yours if self-employed), address, and ZIP code | EIN | Phone no. | |

FDIA0112 01/16/04                                                            Form 1040 (2003)

PL04350

CONFIDENTIAL

# SCHEDULE A
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2003**
07

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number: REDACTED

### Medical and Dental Expenses

Caution. Do not include expenses reimbursed or paid by others.

1. Medical and dental expenses (see instructions)
2. Enter amount from Form 1040, line 35 ..... [2]
3. Multiply line 2 by 7.5% (.075)
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-

### Taxes You Paid (See instructions.)

5. State and local income taxes — 20,208.
6. Real estate taxes (see instructions) — 9,200.
7. Personal property taxes
8. Other taxes. List type and amount ►
9. Add lines 5 through 8 — **29,408.**

### Interest You Paid (See instructions.)

Note. Personal interest is not deductible.

10. Home mtg interest and points reported to you on Form 1098 — 18,037.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ►
12. Points not reported to you on Form 1098. See instrs for spcl rules
13. Investment interest. Attach Form 4952 if required. (See instrs.) — 100.
14. Add lines 10 through 13 — **18,137.**

### Gifts to Charity

If you made a gift and got a benefit for it, see instructions.

15. Gifts by cash or check. If you made any gift of $250 or more, see instructions — 8,600.
16. Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 — 500.
17. Carryover from prior year
18. Add lines 15 through 17 — **9,100.**

### Casualty and Theft Losses

19. Casualty or theft loss(es). Attach Form 4684. (See instructions.)

### Job Expenses and Most Other Miscellaneous Deductions (See instructions.)

20. Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ►
21. Tax preparation fees
22. Other expenses — investment, safe deposit box, etc. List type and amount ►
23. Add lines 20 through 22
24. Enter amount from Form 1040, line 35 ..... [24]
25. Multiply line 24 by 2% (.02)
26. Subtract line 25 from line 23. If line 25 is more than line 23, enter -0-

### Other Miscellaneous Deductions

27. Other — from list in the instructions. List type and amount ►

### Total Itemized Deductions

28. Is Form 1040, line 35, over $139,500 (over $69,750 if MFS)?
    ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 37.
    ☒ Yes. Your deduction may be limited. See instructions for the amount to enter.
    — **53,636.**

Itemized Deductions Limited per IRC Sec. 68.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301  10/16/03    Schedule A (Form 1040) 2003

DT 04351

**CONFIDENTIAL**

PL04352
CONFIDENTIAL

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2003**
09

Name of proprietor: **ANUCHA BROWNE-SANDERS**

Social security number (SSN): REDACTED

A Principal business or profession, including product or service (see instructions): **DIRECT MARKETING**

B Enter code from instructions: ▶ **454390**

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any:

E Business address (including suite or room no.)
  City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

H If you started or acquired this business during 2003, check here ......................... ▶ [ ]

## Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 REDACTED |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9  5,970. | 20 Rent or lease (see instructions): | | |
| | | | a Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | b Other business property | 20b | |
| 11 | Contract labor (see instructions) | 11 | 21 Repairs and maintenance | 21 | |
| | | | 22 Supplies (not included in Part III) | 22 | 2,487. |
| 12 | Depletion | 12 | 23 Taxes and licenses | 23 | 2,160. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13  419. | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | |
| | | | b Meals and entertainment | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | | |
| 15 | Insurance (other than health) | 15 | c Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 | Interest: | | | | |
| a | Mortgage (paid to banks, etc) | 16a | d Subtract line 24c from line 24b | 24d | |
| b | Other | 16b | 25 Utilities | 25 | |
| 17 | Legal & professional services | 17  450. | 26 Wages (less employment credits) | 26 | |
| 18 | Office expense | 18  784. | 27 Other expenses (from line 48 on page 2) | 27 | 8,363. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | 28 | 20,633. |

| | | |
|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29  -20,633. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | |
| | • If a loss, you must go to line 32. | 31  -20,633. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIZ0112  10/14/03

Schedule C (Form 1040) 2003

PD04353

**CONFIDENTIAL**

Schedule C (Form 1040) 2003  ANUCHA BROWNE-SANDERS

**Part III  Cost of Goods Sold** (see instructions)                                                                Page 2

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation ............................................................................................................. ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation ........... 35

36  Purchases less cost of items withdrawn for personal use ............................................ 36

37  Cost of labor. Do not include any amounts paid to yourself ......................................... 37       **REDACTED**

38  Materials and supplies ................................................................................ 38

39  Other costs ................................................................................................ 39

40  Add lines 35 through 39 .............................................................................. 40

41  Inventory at end of year .............................................................................. 41

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ........ 42

**Part IV  Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 02/13/2001

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
    a Business  _____16,584_____   b Commuting  _____   c Other  _____7,575_____

45  Do you (or your spouse) have another vehicle available for personal use? ................................ ☒ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? ....................................... ☒ Yes  ☐ No

47a Do you have evidence to support your deduction? .......................................................... ☒ Yes  ☐ No

  b If 'Yes,' is the evidence written? ................................................................................. ☒ Yes  ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| TELEPHONE | 1,258. |
| BOOKS, SUBSCRIPTIONS | 1,058. |
| INTERNET | 269. |
| POSTAGE | 326. |
| PARKING & TOLLS | 178. |
| PROFESSIONAL DUES | 1,694. |
| CONFERENCES | 3,580. |

48  Total other expenses. Enter here and on page 1, line 27 ........................................... 48   8,363.

Schedule C (Form 1040) 2003

FDIZ0112  10/14/03

PL04354

CONFIDENTIAL

| Form **4952** | Investment Interest Expense Deduction | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to your tax return. | **2003** 12B |

Name(s) shown on return: ANUCHA BROWNE-SANDERS    Identifying number: REDACTED

### Part I — Total Investment Interest Expense

| | | |
|---|---|---:|
| 1 | Investment interest expense paid or accrued in 2003 (see instructions) | 1 |
| 2 | Disallowed investment interest expense from 2002 Form 4952, line 7 | 2  407. |
| 3 | Total investment interest expense. Add lines 1 and 2 | 3  407. |

### Part II — Net Investment Income

| | | | |
|---|---|---:|---:|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a  100. | |
| b | Qualified dividends included on line 4a | 4b | |
| c | Subtract line 4b from line 4a | | 4c  100. |
| d | Net gain from the disposition of property held for investment | 4d | |
| e | Enter the smaller of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | |
| f | Subtract line 4e from line 4d | | 4f |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | 4g |
| h | Investment income. Add lines 4c, 4f, and 4g | | 4h  100. |
| 5 | Investment expenses (see instructions) | | 5 |
| 6 | Net investment income. Subtract line 5 from line 4h. If zero or less, enter -0- | | 6  100. |

### Part III — Investment Interest Expense Deduction

| | | |
|---|---|---:|
| 7 | Disallowed investment interest expense to be carried forward to 2004. Subtract line 6 from line 3. If zero or less, enter -0-. | 7  307. |
| 8 | Investment interest expense deduction. Enter the smaller of line 3 or 6. See instructions | 8  100. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 4952 (2003)

FDIZ1201  11/20/03

PL04355
CONFIDENTIAL

PL04356
CONFIDENTIAL

# Form 2441 — Child and Dependent Care Expenses

Department of the Treasury
Internal Revenue Service (99)

▸ Attach to Form 1040.
▸ See separate instructions.

OMB No. 0545-0068

**2003**

Attachment Sequence No. **21**

Name(s) shown on Form 1040: **ANUCHA BROWNE-SANDERS**

Your social security number: [REDACTED]

**Before you begin:** You need to understand the following terms. See Definitions in the instructions.
- Dependent Care Benefits
- Qualifying Person(s)
- Qualified Expenses
- Earned Income

## Part I — Persons or Organizations Who Provided the Care
(If you need more space, use the bottom of page 2.) — You must complete this part.

| 1 | (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying no. (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | SUMMIT YMCA | 67 MAPLE STREET, SUMMIT NJ 07901 | 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 | 6,000. |

Did you receive dependent care benefits?
- No → Complete only Part II below.
- Yes → Complete Part III on page 2 next.

**Caution.** If the care was provided in your home, you may owe employment taxes. See the instructions for Form 1040, line 59.

## Part II — Credit for Child and Dependent Care Expenses

2  Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name — First | Last | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2003 for the person listed in column (a) |
|---|---|---|---|
| | | | 3,000. |
| | | | 6,000. |

3  Add the amounts in column (c) of line 2. Do not enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 26 ............ **3** **6,000.**

4  Enter your earned income ............ **4** **234,916.**

5  If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 ............ **5** **234,916.**

6  Enter the smallest of line 3, 4, or 5 ............ **6** **6,000.**

7  Enter the amount from Form 1040, line 35 ............ **7** **239,795.**

8  Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | |
|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is |
| $0 | 15,000 | .35 | $29,000 | 31,000 | .27 |
| 15,000 | 17,000 | .34 | 31,000 | 33,000 | .26 |
| 17,000 | 19,000 | .33 | 33,000 | 35,000 | .25 |
| 19,000 | 21,000 | .32 | 35,000 | 37,000 | .24 |
| 21,000 | 23,000 | .31 | 37,000 | 39,000 | .23 |
| 23,000 | 25,000 | .30 | 39,000 | 41,000 | .22 |
| 25,000 | 27,000 | .29 | 41,000 | 43,000 | .21 |
| 27,000 | 29,000 | .28 | 43,000 | No limit | .20 |

**8** X **0.20**

9  Multiply line 6 by the decimal amount on line 8. If you paid 2002 expenses in 2003, see the instructions ............ **9** **1,200.**

10  Enter the amount from Form 1040, line 43, minus any amount on Form 1040, line 44 ............ **10** **50,012.**

11  Credit for child and dependent care expenses. Enter the smaller of line 9 or line 10 here and on Form 1040, line 45 ............ **11** **1,200.**

BAA  For Paperwork Reduction Act Notice, see separate instructions.

FDIA3212  10/30/03

Form 2441 (2003)

PL04357
CONFIDENTIAL
REDACTED

PL04358
CONFIDENTIAL

| Form **6251** | Alternative Minimum Tax — Individuals CONFIDENTIAL | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions.   ► Attach to Form 1040 or Form 1040NR. | **2003** 32 |

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number: (REDACTED)

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | Amount |
|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 38, and go to line 2. Otherwise, enter the amount from Form 1040, line 35, and go to line 7. (If zero or less, enter as a negative amount.) | 186,159. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2-1/2% of Form 1040, line 35 | 0. |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 29,408. |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | |
| 6 | If Form 1040, line 35, is over $139,500 (over $69,750 if married filing separately), enter the amount from line 9 of the worksheet for Schedule A (Form 1040), line 28 | -3,009. |
| 7 | Tax refund from Form 1040, line 10 or line 21 | -4,779. |
| 8 | Investment interest expense (difference between regular tax and AMT) | 0. |
| 9 | Depletion (difference between regular tax and AMT) | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | |
| 12 | Qualified small business stock (see instructions) | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9) | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | -187. |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | |
| 20 | Circulation costs (difference between regular tax and AMT) | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | |
| 22 | Mining costs (difference between regular tax and AMT) | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | |
| 24 | Income from certain installment sales before January 1, 1987 | |
| 25 | Intangible drilling costs preference | |
| 26 | Other adjustments, including income-based related adjustments | |
| 27 | Alternative tax net operating loss deduction | |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see instructions.) | 207,592. |

### Part II — Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... |
|---|---|---|
| Single or head of household | $112,500 | $40,250 |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 |
| Married filing separately | 75,000 | 29,000 |

If line 28 is over the amount shown above for your filing status, see instructions.  ......  29 | 16,477.

30 Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here ...... 30 | 191,115.

31 • If you reported capital gain distributions directly on Form 1040, line 13a; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 16 and 17a of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 65 here.
• All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result.  ...... 31 | 50,012.

32 Alternative minimum tax foreign tax credit (see instructions) ...... 32 |

33 Tentative minimum tax. Subtract line 32 from line 31 ...... 33 | 50,012.

34 Tax from Form 1040, line 41 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 44) ...... 34 | 44,373.

35 Alternative minimum tax. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 42 ...... 35 | 5,639.

BAA For Paperwork Reduction Act Notice, see separate instructions.     FDIA5312  12/04/03     BPL04359     Form 6251 (2003)

Form 6251 (2003)   ANUCHA BROWNE-SANDERS   Page 2

**Part III  Tax Computation Using Maximum Capital Gains Rates**

Caution: *If you did not complete Part IV of Schedule D (Form 1040), see the instructions before you complete this part.*

36  Enter the amount from Form 6251, line 30 .................................................. | 36 |

37  Enter the amount from Schedule D (Form 1040), line 26, or line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions) ..... | 37 |

38  Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions) ............................................. | 38 |

39  If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) ........................... | 39 |

40  Enter the smaller of line 36 or line 39 ........................................................ | 40 |

41  Subtract line 40 from line 36 ..................................................................... | 41 |

42  If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ...................................................................................................... ▶ | 42 |

43  Enter the amount from Schedule D (Form 1040), line 30, or line 19 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax) (see instructions) ............. | 43 |

44  Enter the smaller of line 36 or line 37 ........................................................ | 44 |

45  Enter the smaller of line 43 or line 44 ........................................................ | 45 |

46  If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from Schedule D (Form 1040), line 43 (or if that line is blank, the amount from Schedule D (Form 1040), line 31). Otherwise, enter the amount from line 32 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040) (or if that line is blank, the amount from line 20 of that worksheet). Refigure all amounts for the AMT, if necessary (see the instructions) ........................................................................ | 46 |

47  Enter the smaller of line 45 or line 46. If line 45 is zero, go to line 55 ....... | 47 |

48  Multiply line 47 by 5% (.05) ..................................................................... ▶ | 48 |

49  Subtract line 47 from line 45. If zero or less, enter -0- and go to line 55 ...... | 49 |

50  Enter your qualified 5-year gain, if any, from Schedule D (Form 1040), line 35 (as refigured for the AMT, if necessary) (see instructions) ...... | 50 |

51  Enter the smaller of line 49 or line 50 ....................................................... | 51 |

52  Multiply line 51 by 8% (.08) ..................................................................... ▶ | 52 |

53  Subtract line 51 from line 49 .................................................................... | 53 |

54  Multiply line 53 by 10% (.10) ................................................................... ▶ | 54 |

55  Subtract line 47 from line 46 .................................................................... | 55 |

56  Subtract line 45 from line 44 .................................................................... | 56 |

57  Enter the smaller of line 55 or line 56 ....................................................... | 57 |

58  Multiply line 57 by 15% (.15) ................................................................... ▶ | 58 |

59  Subtract line 57 from line 56 .................................................................... | 59 |

60  Multiply line 59 by 20% (.20) ................................................................... ▶ | 60 |

If line 38 is zero or blank, skip lines 61 and 62 and go to line 63. Otherwise, go to line 61.

61  Subtract line 44 from line 40 .................................................................... | 61 |

62  Multiply line 61 by 25% (.25) ................................................................... ▶ | 62 |

63  Add lines 42, 48, 52, 54, 58, 60, and 62 .................................................. | 63 |

64  If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ...................................................................................................... | 64 |

65  Enter the smaller of line 63 or line 64 here and on line 31 ........................ | 65 |

REDACTED

FDIA5312  12/04/03                                        Form 6251 (2003)

PL04360

CONFIDENTIAL

Form 2441
Additional Qualifying Person(s)

| (a) Qualifying person's name | | | | (b) Qualifying person's social security number | (c) Qualified expenses less Line 20 |
|---|---|---|---|---|---|
| First | MI | Last | Sfx | | |
| | | | | | 3,000. |
| | | | | | 3,000. |
| Total | | | | | |
| | | | | | 6,000. |

REDACTED

PL04361
CONFIDENTIAL

PL04362

CONFIDENTIAL

PL04363

CONFIDENTIAL

ANUCHA BROWNE-SANDERS

2

Supporting Statement of:

Schedule A/Line 6, RE tax main res

| Description | Amount |
|---|---|
| BOA | 4,155.00 |
| BOA NUMBER 2 | 5,045.00 |
| Total | 9,200.00 |

REDACTED

PL04364
CONFIDENTIAL