# Form 1040 — U.S. Individual Income Tax Return 2004

Department of the Treasury — Internal Revenue Service

CONFIDENTIAL — CLIENT'S COPY

For the year Jan 1 – Dec 31, 2004, or other tax year beginning ____, 2004, ending ____, 20 ____

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: ANUCHA
Last name: BROWNE-SANDERS

If a joint return, spouse's first name: (blank)

Home address: REDACTED

Your social security number: REDACTED
Spouse's social security number: (blank)

**Important!** You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: [X] Yes  [ ] No   Spouse: [ ] Yes  [ ] No

**Filing Status** (Check only one box.)
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here.
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
6b [ ] Spouse

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| | | Son | [X] |
| | | Daughter | [X] |
| | | Son | [X] |
| | | | [ ] |

No. of children on 6c who:
• lived with you: 3
• did not live with you due to divorce or separation (see instrs): 
• Dependents on 6c not entered above: 

Add numbers on lines above ▶ 4

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

ROLLOVER

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 248,986. |
| 8a | Taxable interest. Attach Schedule B if required | 51. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 1,814. |
| 9b | Qualified divs (see instrs) | 1,814. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 4,088. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -20,429. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | 563. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions  15a | 15b Taxable amount (see instrs) |
| 16a | Pensions and annuities  16a  129,571. | 16b Taxable amount (see instrs) 0. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits  20a | 20b Taxable amount (see instrs) |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 235,073. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction (see instructions) | |
| 26 | Student loan interest deduction (see instructions) | |
| 27 | Tuition and fees deduction (see instructions) | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction (see instrs) | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid  b Recipient's SSN ▶ | |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | 235,073. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112  11/10/04    Form 1040 (2004)

PL04384



Form 1040 (2004)   ANUCHA BROWNE-SANDERS   CONFIDENTIAL   Page 2

## Tax and Credits

**Standard Deduction for —**
- People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| Line | Description | Amount |
|---|---|---|
| 37 | Amount from line 36 (adjusted gross income) | 235,073. |
| 38a | Check if: You were born before January 2, 1940, Blind. Spouse was born before January 2, 1940, Blind. Total boxes checked ▶ 38a | |
| b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | |
| 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 50,687. |
| 40 | Subtract line 39 from line 37 | 184,386. |
| 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 6,696. |
| 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 177,690. |
| 43 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 42,761. |
| 44 | Alternative minimum tax (see instructions). Attach Form 6251 | 6,662. |
| 45 | Add lines 43 and 44 | 49,423. |
| 46 | Foreign tax credit. Attach Form 1116 if required | |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | 1,200. |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| 49 | Education credits. Attach Form 8863 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | |
| 51 | Child tax credit (see instructions) | REDACTED |
| 52 | Adoption credit. Attach Form 8839 | |
| 53 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | |
| 54 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | |
| 55 | Add lines 46 through 54. These are your total credits | 1,200. |
| 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 48,223. |

## Other Taxes

| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Advance earned income credit payments from Form(s) W-2 | |
| 61 | Household employment taxes. Attach Schedule H | |
| 62 | Add lines 56-61. This is your total tax ▶ | 48,223. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| 63 | Federal income tax withheld from Forms W-2 and 1099 | 49,801. |
| 64 | 2004 estimated tax payments and amount applied from 2003 return | |
| 65a | Earned income credit (EIC) | |
| b | Nontaxable combat pay election ▶ 65b | |
| 66 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 5. |
| 67 | Additional child tax credit. Attach Form 8812 | |
| 68 | Amount paid with request for extension to file (see instructions) | |
| 69 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | |
| 70 | Add lines 63, 64, 65a, and 66 through 69. These are your total payments ▶ | 49,806. |

## Refund

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

| 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 1,583. |
| 72a | Amount of line 71 you want refunded to you ▶ | 1,583. |
| b | Routing number XXXXXXXXX  c Type: ☐ Checking ☐ Savings | |
| d | Account number XXXXXXXXXXXXXXXX | |
| 73 | Amount of line 71 you want applied to your 2005 estimated tax ▶ 73 | |

## Amount You Owe

| 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ▶ 74 | |
| 75 | Estimated tax penalty (see instructions) | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. ☐ No
Designee's name ▶ Preparer   Phone no. ▶   Personal identification number (PIN) ▶

## Sign Here

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation MARKETING | Daytime phone number
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation |

## Paid Preparer's Use Only

Preparer's signature | Date 03/29/2005 | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code | | EIN | Phone no.

FOIA0112  11/10/04

Form 1040 (2004)

PL04385

**SCHEDULE A** (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions** CONFIDENTIAL

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**2004**
07

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number: REDACTED

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 37 ..... | 2 | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes (see instructions) | 5 | 19,407. |
| | 6 | Real estate taxes (see instructions) | 6 | 9,694. |
| | 7 | Personal property taxes | 7 | 49. |
| | 8 | Other taxes. List type and amount ► | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 29,150. |
| **Interest You Paid** (See instructions.) Note. Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 13,777. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | 311. |
| | 14 | Add lines 10 through 13 | 14 | 14,088. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 9,725. |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 16 | 495. |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | 10,220. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | |
| | 21 | Tax preparation fees | 21 | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► Miscellaneous Expenses 312. | 22 | 312. |
| | 23 | Add lines 20 through 22 | 23 | 312. |
| | 24 | Enter amount from Form 1040, line 37 ..... | 24 | 235,073. |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 4,701. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)? [ ] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39. [X] Yes. Your deduction may be limited. See instructions for the amount to enter. | 28 | 50,687. |

Itemized Deductions Limited per IRC Sec. 68.
BAA For Paperwork Reduction Act Notice, see Form 1040 instructions. FDIA0301 11/02/04 Schedule A (Form 1040) 2004

BPL04386

Schedule A & B (Form 1040) 2004  
Name(s) shown on Form 1040.  
ANUCHA BROWNE-SANDERS  

CONFIDENTIAL  
OMB No. 1545-0074  
Your social security number  
Page 2

## Schedule B — Interest and Ordinary Dividends

08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---|
| MERRILL LYNCH | 51. |

REDACTED

| | |
|---|---|
| 2  Add the amounts on line 1 | 51. |
| 3  Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | |
| 4  Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 51. |

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

5  List name of payer ▶

| Payer | Amount |
|---|---|
| CHARLES SCHWAB | 242. |
| WALT DISNEY | 63. |
| MERILL LYNCH | 1,509. |

| | |
|---|---|
| 6  Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | 1,814. |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2004, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b If 'Yes,' enter the name of the foreign country ▶ | | |
| 8 During 2004, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions | | X |

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0401 05/24/04   Schedule B (Form 1040) 2004  
PL04387

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business** CONFIDENTIAL
(Sole Proprietorship)
► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
► Attach to Form 1040 or 1041.  ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**2004**
09

Name of proprietor: ANUCHA BROWNE-SANDERS

Social security number (SSN): REDACTED

**A** Principal business or profession, including product or service (see instructions): DIRECT MARKETING

**B** Enter code from instructions: ► 454390

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.)
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►
**G** Did you 'materially participate' in the operation of this business during 2004? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No
**H** If you started or acquired this business during 2004, check here .................................................. ►

**Part I  Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 |
| 7 | Gross income. Add lines 5 and 6 ► | 7 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9 | 6,669. | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | | b | Other business property | 20b | |
| 11 | Contract labor (see instructions) | 11 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 2,887. |
| 12 | Depletion | 12 | | 23 | Taxes and licenses | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 209. | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| | | | | b | Meals and entertainment  1,584. | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | c | Enter nondeductible amount included on line 24b (see instrs) 792. | | |
| 15 | Insurance (other than health) | 15 | | | | | |
| 16 | Interest: | | | d | Subtract line 24c from line 24b | 24d | 792. |
| a | Mortgage (paid to banks, etc) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | | | | |
| 17 | Legal & professional services | 17 | 450. | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | 809. | 27 | Other expenses (from line 48 on page 2) | 27 | 8,613. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | | | | | 28 | 20,429. |

| | | |
|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -20,429. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | 31 | -20,429. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

• If you checked 32b, you must attach Form 6198.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIZ0112  05/06/04

Schedule C (Form 1040) 2004

PL04388

Schedule C (Form 1040) 2004  ANUCHA BROWNE-SANDERS        CONFIDENTIAL                    Page 2

### Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation ................................................................................................  ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use       REDACTED | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 02/13/2001

44  Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:
    a Business _____17,785   b Commuting _____   c Other _____6,373

45  Do you (or your spouse) have another vehicle available for personal use? ................................................  ☐ Yes  ☒ No

46  Was your vehicle available for personal use during off-duty hours? ........................................................  ☒ Yes  ☐ No

47a Do you have evidence to support your deduction? ..............................................................................  ☒ Yes  ☐ No

  b If 'Yes,' is the evidence written? ......................................................................................................  ☐ Yes  ☒ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| TELEPHONE | 1,297. |
| BOOKS, SUBSCRIPTIONS | 1,091. |
| INTERNET | 277. |
| POSTAGE | 336. |
| PARKING & TOLLS | 184. |
| PROFESSIONAL DUES | 1,747. |
| CONFERENCES | 3,681. |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 | 8,613. |

Schedule C (Form 1040) 2004

FDIZ0112  05/06/04

PL04389

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Capital Gains and Losses**

► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

CONFIDENTIAL   OMB No. 1545-0074
**2004**
12

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

REDACTED   Your social security number

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo. day, yr) | (c) Date sold (Mo. day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  250 SHS SIRIUS SATELLITE RADIO | 11/22/04 | 12/08/04 | 1,980. | 1,417. | 563. |

| | | | | |
|---|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | | |
| 3 Total short-term sales price amounts. Add lines 1 and 2 in column (d) | 3 | 1,980. | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your Capital Loss Carryover Worksheet in the instructions | | | 6 | |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | | 7 | 563. |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo. day, yr) | (c) Date sold (Mo. day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8  20 SHS AT & T WIRELESS | Various | 10/27/04 | 300. | 300. | 0. |

| | | | | |
|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 Total long-term sales price amounts. Add lines 8 and 9 in column (d) | 10 | 300. | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | 11 | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | 12 | |
| 13 Capital gain distributions. See instrs | | | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your Capital Loss Carryover Worksheet in the instructions | | | 14 | |
| 15 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 | | | 15 | 0. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule D (Form 1040) 2004

FDIA0612   11/02/04

PL04390

Schedule D (Form 1040) 2004   ANUCHA BROWNE-SANDERS   CONFIDENTIAL   Page 2

### Part III  Summary

| | | |
|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below ................................. | **16** 563. |

17  Are lines 15 and 16 both gains?

☐ Yes. Go to line 18.

☒ No. Skip lines 18 through 21, and go to line 22.

**REDACTED**

18  Enter the amount, if any, from line 7 of the 28% Rate Gain Worksheet in the instructions ............... ▶ **18**

19  Enter the amount, if any, from line 18 of the Unrecaptured Section 1250 Gain Worksheet in the instructions ................................................................................................. ▶ **19**

20  Are lines 18 and 19 both zero or blank?

☐ Yes. Complete Form 1040 through line 42, and then complete the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040. Do not complete lines 21 and 22 below.

☐ No. Complete Form 1040 through line 42, and then complete the Schedule D Tax Worksheet in the instructions. Do not complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, the smaller of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)

.................................................... **21**

Note. When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b?

☒ Yes. Complete Form 1040 through line 42, and then complete the Qualified Dividends and Capital Gain Tax Worksheet in the Instructions for Form 1040.

☐ No. Complete the rest of Form 1040.

Schedule D (Form 1040) 2004

FDIA0612 11/02/04

PL04391

Form **2441** — Child and Dependent Care Expenses

Department of the Treasury
Internal Revenue Service (99)

➤ Attach to Form 1040.
➤ See separate instructions.

OMB No. 1545-0068

**CONFIDENTIAL**

**REDACTED**

2004
21

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number:

*Before you begin:* You need to understand the following terms. See Definitions in the instructions.
• Dependent Care Benefits • Qualifying Person(s) • Qualified Expenses

### Part I — Persons or Organizations Who Provided the Care — You must complete this part.
(If you need more space, use the bottom of page 2.)

| 1 | (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying no. (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | SUMMIT YMCA | 67 MAPLE STREET, SUMMIT NJ 07901 | 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 | 6,186. |

Did you receive dependent care benefits?
- No ➤ Complete only Part II below.
- Yes ➤ Complete Part III on page 2 next.

**Caution.** If the care was provided in your home, you may owe employment taxes. See the instructions for Form 1040, line 61.

### Part II — Credit for Child and Dependent Care Expenses

2  Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name — First   Last | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2004 for the person listed in column (a) |
|---|---|---|
| | | 3,093. |
| | | 3,093. |

3  Add the amounts in column (c) of line 2. Do not enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 32 ............ **3** | 6,000.
4  Enter your earned income. See instructions ............ **4** | 228,557.
5  If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); all others, enter the amount from line 4 ............ **5** | 228,557.
6  Enter the smallest of line 3, 4, or 5 ............ **6** | 6,000.
7  Enter the amount from Form 1040, line 37 ............ **7** | 235,073.

8  Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | |
|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is |
| $0 | 15,000 | .35 | $29,000 | 31,000 | .27 |
| 15,000 | 17,000 | .34 | 31,000 | 33,000 | .26 |
| 17,000 | 19,000 | .33 | 33,000 | 35,000 | .25 |
| 19,000 | 21,000 | .32 | 35,000 | 37,000 | .24 |
| 21,000 | 23,000 | .31 | 37,000 | 39,000 | .23 |
| 23,000 | 25,000 | .30 | 39,000 | 41,000 | .22 |
| 25,000 | 27,000 | .29 | 41,000 | 43,000 | .21 |
| 27,000 | 29,000 | .28 | 43,000 | No limit | .20 |

**8** | X | 0.20

9  Multiply line 6 by the decimal amount on line 8. If you paid 2003 expenses in 2004, see the instructions ............ **9** | 1,200.
10  Enter the amount from Form 1040, line 45, minus any amount on Form 1040; line 46 ............ **10** | 49,423.
11  Credit for child and dependent care expenses. Enter the smaller of line 9 or line 10 here and on Form 1040, line 47 ............ **11** | 1,200.

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form 2441 (2004)

FDIA3212  11/16/04

PL04392

**CONFIDENTIAL**

| Form **6251** | Alternative Minimum Tax — Individuals | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2004**<br>32 |

Name(s) shown on Form 1040: ANUCHA BROWNE-SANDERS

Your social security number: [REDACTED]

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | | Amount |
|---|---|---|---:|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 40, and go to line 2. Otherwise, enter the amount from Form 1040, line 37, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 184,386. |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2-1/2% of Form 1040, line 37 | 2 | 0. |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 29,150. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | 0. |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | 5 | 0. |
| 6 | If Form 1040, line 37, is over $142,700 (over $71,350 if married filing separately), enter the amount from line 9 of the Itemized Deductions Worksheet in the Instructions for Schedules A and B (Form 1040) | 6 | -2,771. |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | -4,088. |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | 0. |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | REDACTED |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | -93. |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see instructions.) | 28 | 206,584. |

### Part II — Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... | | |
|---|---|---|---|---:|
| Single or head of household | $112,500 | $40,250 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 | 29 | 16,729. |
| Married filing separately | 75,000 | 29,000 | | |

If line 28 is over the amount shown above for your filing status, see instructions.

| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 30 | 189,855. |
|---|---|---|---:|
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here.<br>• All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 49,423. |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 49,423. |
| 34 | Tax from Form 1040, line 43 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46). If you used Schedule J to figure your tax, the amounts for lines 43 and 46 of Form 1040 must be refigured without using Schedule J (see instructions) | 34 | 42,761. |
| 35 | Alternative minimum tax. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 44 | 35 | 6,662. |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIA5312 01/29/04    BP004393    Form 6251 (2004)

Form 6251 (2004)    ANUCHA BROWNE-SANDERS                                     CONFIDENTIAL                              Page 2

**Part III** Tax Computation Using Maximum Capital Gains Rates

REDACTED

| Line | Description | | Amount |
|---|---|---|---|
| 36 | Enter the amount from Form 6251, line 30 | 36 | 189,855. |
| 37 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 43, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions) ... 37  1,814. | | |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions) ... 38 | | |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) ... 39  1,814. | | |
| 40 | Enter the smaller of line 36 or line 39 | 40 | 1,814. |
| 41 | Subtract line 40 from line 36 | 41 | 188,041. |
| 42 | If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 42 | 49,151. |
| 43 | Enter:<br>• $58,100 if married filing jointly or qualifying widow(er),<br>• $29,050 if single or married filing separately, or<br>• $38,900 if head of household. ... 43  38,900. | | |
| 44 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 43, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- ... 44  175,876. | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- ... 45  0. | | |
| 46 | Enter the smaller of line 36 or line 37 ... 46  1,814. | | |
| 47 | Enter the smaller of line 45 or line 46 ... 47  0. | | |
| 48 | Multiply line 47 by 5% (.05) | 48 | 0. |
| 49 | Subtract line 47 from line 46 ... 49  1,814. | | |
| 50 | Multiply line 49 by 15% (.15) | 50 | 272. |
|    | If line 38 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51. | | |
| 51 | Subtract line 46 from line 40 ... 51 | | |
| 52 | Multiply line 51 by 25% (.25) | 52 | |
| 53 | Add lines 42, 48, 50, and 52 | 53 | 49,423. |
| 54 | If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 54 | 49,659. |
| 55 | Enter the smaller of line 53 or line 54 here and on line 31 | 55 | 49,423. |

Form 6251 (2004)

| Form **4952** | Investment Interest Expense Deduction | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to your tax return.   CONFIDENTIAL | **2004** 51 |

Name(s) shown on return: ANUCHA BROWNE-SANDERS     Identifying number: REDACTED

### Part I — Total Investment Interest Expense

| | | |
|---|---|---|
| 1 Investment interest expense paid or accrued in 2004 (see instructions) | 1 | 311. |
| 2 Disallowed investment interest expense from 2003 Form 4952, line 7 | 2 | |
| 3 Total investment interest expense. Add lines 1 and 2 | 3 | 311. |

### Part II — Net Investment Income

| | | | | |
|---|---|---|---|---|
| 4a Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 1,865. | | |
| b Qualified dividends included on line 4a | 4b | 1,814. | | |
| c Subtract line 4b from line 4a | | | 4c | 51. |
| d Net gain from the disposition of property held for investment | 4d | 563. | | |
| e Enter the smaller of line 4d or your net capital gain from the disposition of property held for investment (see instructions) | 4e | 0. | | |
| f Subtract line 4e from line 4d | | | 4f | 563. |
| g Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h Investment income. Add lines 4c, 4f, and 4g | | | 4h | 614. |
| 5 Investment expenses (see instructions) | | | 5 | |
| 6 Net investment income. Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | 614. |

### Part III — Investment Interest Expense Deduction

| | | |
|---|---|---|
| 7 Disallowed investment interest expense to be carried forward to 2005. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 0. |
| 8 Investment interest expense deduction. Enter the smaller of line 3 or 6. See instructions | 8 | 311. |

BAA For Paperwork Reduction Act Notice, see separate instructions.     Form 4952 (2004)

FDIZ1201  11/18/04

PL04395

ANUCHA BROWNE-SANDERS

**CONFIDENTIAL**

Supporting Statement of:

Schedule A/Ln 6a- RE tax main res

| Description | Amount |
|---|---|
| BOA | 9,694.00 |
| Total | 9,694.00 |

**REDACTED**

PL04396