CONFIDENTIAL

For office use only

**New York State Department of Taxation and Finance**

**Nonresident and Part-Year Resident**
**Income Tax Return** New York State • City of New York • City of Yonkers

CLIENT'S COPY   2003   IT-203

For the year January 1, 2003, through December 31, 2003, or fiscal tax year beginning _____ and ending _____ 03

**Important: You must enter your social security number(s).**

Your first name and middle initial: ANUCHA
Your last name (for a joint return, enter spouse's name below): BROWNE-SANDERS
Your social security number: ▼

Spouse's first name and middle initial:
Spouse's last name:
▼ Spouse's social security no.:

REDACTED

Mailing address (number and street or rural route):
Apartment number:

NYS county of residence: • NR
NYS school district name: • NR

Permanent home address (see instructions) (number and street or rural route):
Apartment number:
City, village, or post office:
State:
ZIP code:

New York State school district code number ....
If taxpayer is deceased, enter first name and date of death

**(A) Filing status — mark an X in one box:**

1. ___ Single
2. ___ Married filing joint return *
3. ___ Married filing separate return *
4. X Head of household (with qualifying person)
5. ___ Qualifying widow(er) with dependent child

*For filing status 2 or 3, enter both spouses' social security numbers above, unless filing Form IT-203-C (see instructions).

**(B)** Can you be claimed as a dependent on another taxpayer's federal return? ... ▮ Yes ___ ▮ No X

**(C)** If you do not need forms mailed to you next year, mark an X in the box (see instructions) ............... ▮ X

**(D)** City of New York part-year residents only: (see instructions)
(1) Number of months you lived in New York City in 2003 ....... ▮ •
(2) Number of months your spouse lived in New York City in 2003 . ▮ •

Enter federal amounts in the left-hand column and New York State amounts in the right-hand column. See instructions. Part-year residents: complete worksheet first.

| | | Federal amount | | New York State amount |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc ............. | 1. 255,549. | 1. | 221,067. |
| 2 | Taxable interest income .............. | 2. | 2. | |
| 3 | Ordinary dividends .................. | 3. 100. | 3. | |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes (also enter on line 23) .............. | 4. 4,779. | 4. | |
| 5 | Alimony received ................... | 5. | 5. | |
| 6 | Business income or loss (attach copy of federal Schedule C or C-EZ, Form 1040) ....... | 6. -20,633. | 6. | |
| 7 | Capital gain or loss (attach copy of federal Schedule D, Form 1040) .......... | 7. | 7. | |
| 8 | Other gains or losses (attach copy of federal Form 4797) ................ | 8. | 8. | |
| 9 | Taxable amount of IRA distributions .............. | 9. | 9. | |
| 10 | Taxable amount of pensions and annuities .............. | 10. | 10. | |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc (attach copy of federal Schedule E, Form 1040) | 11. | 11. | |
| 12 | Farm income or loss (attach copy of federal Schedule F, Form 1040) .......... | 12. | 12. | |
| 13 | Unemployment compensation .............. | 13. | 13. | |
| 14 | Taxable amount of social security benefits (also enter on line 25) .......... | 14. | 14. | |
| 15 | Other income .... Identify: | 15. | 15. | |
| 16 | Add lines 1 through 15 ..... | 16. 239,795. | 16. | 221,067. |
| 17 | Total federal adjustments to income Identify: | 17. | 17. | |
| 18 | Subtract line 17 from line 16. This is your federal adjusted gross income .... | 18. 239,795. | 18. | 221,067. |

**New York additions** (see instructions)

| | | | | |
|---|---|---|---|---|
| 19 | Interest income on state and local bonds (but not those of New York State or its localities) ....... | 19. | 19. | |
| 20 | Public employee 414(h) retirement contributions ................ | 20. | 20. | |
| 21 | Other ... Identify: | 21. | 21. | |
| 22 | Add lines 18 through 21 ..... | 22. 239,795. | 22. | 221,067. |

**New York subtractions** (see instructions)

| | | | | |
|---|---|---|---|---|
| 23 | Taxable refunds, credits, or offsets of state and local income taxes (from line 4 above) .......... | 23. 4,779. | 23. | |
| 24 | Pensions of New York State and local governments and the federal government .............. | 24. | 24. | |
| 25 | Taxable amount of social security benefits (from line 14 above) .............. | 25. | 25. | |
| 26 | Interest income on U.S. government bonds ................... | 26. | 26. | |
| 27 | Pension and annuity income exclusion (see instructions) ................ | 27. | 27. | |
| 28 | Other ..... Identify: | 28. | 28. | |
| 29 | Add lines 23 through 28 ............. | 29. 4,779. | 29. | |
| 30 | Subtract line 29 from line 22. This is your New York adjusted gross income. Enter here and next to line 43, income percentage. (If zero or less, see instructions) ............ | 30. 235,016. | 30. | 221,067. |

031301   NYIA1612   01/13/04   This is a scannable form; please file this original return with the Tax Department.

Form IT-203 (2003)

Form IT-203 (2003)   ANUCHA BROWNE-SANDERS                    **CONFIDENTIAL**                                                    Page 2

| | | |
|---|---|---|
| 31 Enter the amount from line 30, *Federal amount* column on page 1 | **31.** | 235,016. |
| 32 Enter the larger of your standard deduction (from instructions) or your itemized deduction (from Form IT-203-ATT, Schedule C, line 15; attach form). Mark an *X* in the appropriate box:  ▪ Standard  ▪: X Itemized | **32.** | 25,877. |
| 33 Subtract line 32 from line 31 (if line 32 is more than line 31, leave blank) | **33.** | 209,139. |
| 34 Exemptions for dependents only (not the same as total federal exemptions; see instructions) | **34.** | 3,000. |
| 35 Subtract line 34 from line 33. This is your taxable income | **35.** | 206,139. |
| 36 New York State tax on line 35 amount (use the NY State Tax Table in the instructions; if line 31 is more than $100,000, see instructions) | **36.** | 15,460. |
| 37 New York State household credit (from table I, II, or III in the instructions) | **37.** | |
| 38 Subtract line 37 from line 36 (if line 37 is more than line 36, leave ~~blank~~) **REDACTED** | **38.** | 15,460. |
| 39 New York State child and dependent care credit (from Form IT-216, attach form; see instructions) | **39.** | 240. |
| 40 Subtract line 39 from line 38 (if line 39 is more than line 38, leave blank) | **40.** | 15,220. |
| 41 New York State earned income credit (from Form IT-215, attach form; see instructions) | **41.** | |
| 42 Subtract line 41 from line 40 (if line 41 is more than line 40, leave blank). This is your base tax | **42.** | 15,220. |

43 Income percentage (see instructions)    NYS amount from line 30  **221,067.**  ÷  Federal amount from line 30  **235,016.**  =  **43.** 0.9406

| | | |
|---|---|---|
| 44 Multiply line 42 by the decimal on line 43. This is your allocated New York State tax | **44.** | 14,316. |
| 45 New York State nonrefundable credits (from Form IT-203-B, line 50) | **45.** | |
| 46 Subtract line 45 from line 44 (if line 45 is more than line 44, leave blank) | **46.** | 14,316. |
| 47 Net other New York State taxes (from Form IT-203-B, line 24) | **47.** | |
| 48 Add lines 46 and 47. This is the total of your New York State taxes | **48.** | 14,316. |
| 49 Other city of New York taxes (from Form IT-203-B, line 27; see instructions) | **49.** | |
| 50 City of Yonkers nonresident earnings tax (attach Form Y-203) | **50.** | |
| 51 Part-year Yonkers resident income tax surcharge (attach Form IT-360.1) | **51.** | |
| 52 Sales or use tax (see instructions) | **52.** | 0. |

53 Voluntary gifts/contributions (whole dollar amounts only; see instructions)

| Return a Gift to Wildlife | ▪ w. | | Olympic Fund | ▪ o. | |
|---|---|---|---|---|---|
| Breast Cancer Research Fund | ▪ b. | | Missing/Exploited Children Fund | ▪ c. | |
| | | | Alzheimer's Fund | ▪ a. | |

Total gifts = **53.**

| | | |
|---|---|---|
| 54 Add lines 48 through 53. This is the total of your state and city taxes and gifts | **54.** | 14,316. |
| 55 Part-year city of New York school tax credit (also complete item D on page 1) | **55.** | |
| 56 Other refundable credits (from Form IT-203-B, line 67) | **56.** | |
| 57 Total New York State tax withheld (see instructions) | **57.** | 18,117. |
| 58 Total city of New York tax withheld (see instructions) | **58.** | |
| 59 Total city of Yonkers tax withheld (see instructions) | **59.** | |
| 60 Total of estimated tax payments, and amount paid with extension Form IT-370 | **60.** | |
| 61 Add lines 55 through 60. This is the total of your payments | **61.** | 18,117. |
| 62 Amount overpaid. If line 61 is more than line 54, subtract line 54 from line 61 (also see lines 63 and 64) | **62.** | 3,801. |
| 63 Amount of line 62 that you want refunded to you | **63.** | 3,801. |

a Routing number ......   _____    b Type ....  ▪ ___ Checking  ▪ ___ Savings  Refund

c Account number _____

64 Estimated tax: Amount of line 62 that you want applied to your 2004 estimated tax (subtract line 63 from line 62) .... **64.**

65 Amount you owe. If line 61 is less than line 54, subtract line 61 from line 54. For details on how to pay, see instructions **Owe 65.**

66 Penalty for underpayment of tax (will reduce line 62 or increase line 65; see instructions) **66.**

▸ You can choose to have your refund sent directly to your bank account. See the instructions and fill in lines 63a, 63b, and 63c.

Staple payment to page 1.

See instructions.   Part-year residents must complete item E.   Nonresidents must complete item F.

(E) Part-year residents: If you were a New York State resident for only part of the year, enter the date and check the box (1, 2, or 3) which describes your situation on the last day of the tax year:    Date of last move (MM-DD-YYYY): ▸

(1) moved into New York State ▪
(2) moved out of New York State and received income from New York State sources during your nonresident period ▪
(3) moved out of New York State and received no income from New York State sources during your nonresident period ▪

(F) Nonresidents: Did you or your spouse maintain living quarters in New York State in 2003? (If Yes, complete Schedule B of Form IT-203-ATT; attach form)    Yes ___  No ___

| Third-party designee | Do you want to allow another person to discuss this return with the Tax Dept? (see instructions) ...... Yes X (complete the following) ▪ No | | |
|---|---|---|---|
| | Designee's name  PREPARER | Designee's phone number | Personal Identification Number (PIN) ▪ |

| Paid preparer's use only | Preparer's signature | | Preparer's SSN or PTIN | Sign your return here | Your signature |
|---|---|---|---|---|---|
| | Firm's name (or yours, if self-employed) and Address | | | | Spouse's signature (if joint return) |
| | | Date  04-13-04 | Mark X if self-employed  X | | Date       Daytime phone no. (optional) |

032301

Mail your completed return to: STATE PROCESSING CENTER, PO BOX 61000, ALBANY NY 12261-0001    Form IT-203 (2003)

BPL 04366



New York State Department of Taxation and Finance

2003

## Income Allocation and Itemized Deduction
### Attachment to Form IT-203

**IT-203-ATT**

Name(s) as shown on Form IT-203
ANUCHA BROWNE-SANDERS

Your social security number

Occupation

Complete all parts that apply to you; see instructions. Attach this form to your Form IT-203.

### Schedule A — Allocation of wage and salary income to New York State
MADISON SQUARE GARDEN

Complete a separate Schedule A for each job for which your wage and salary income is subject to allocation.

Two additional Schedule A sections are provided on page 2 of this form. If you are required to complete more than one Schedule A, total the amounts from line p on all the schedules and include this total on Form IT-203, line 1, in the *New York State amount* column.

Do not use this schedule for income based on the volume of business transacted. See the Schedule A instructions if:

* you had more than one job
* you had a job for only part of the year
* you and your spouse each had a job that requires allocation

| | | | |
|---|---|---|---|
| 1 a Total days *(see instructions)* | | 1a. | 365 |
| Non-working days included in line 1a: | 1b Saturdays and Sundays *(not worked)* | 1b. | 98 |
| | 1c Holidays *(not worked)* | 1c. | 10 |
| | 1d Sick leave | 1d. | 0 |
| | 1e Vacation | 1e. | 20 |
| | 1f Other nonworking days | 1f. | |

1g Total nonworking days *(add lines 1b through 1f)* ........ 1g. 128
1h Total days worked in year at this job *(subtract line 1g from line 1a)* .. 1h. 237
1i Total days included in line 1h worked outside NYS ... 1i. 32
1j Enter number of days worked at home included in line 1i amount ......... 1j. 0
1k Subtract line 1j from line 1i ........ 1k. 32
1l Days worked in NYS *(subtract line 1k from line 1h)* ..... 1l. 205
1m Enter number of days from line 1h above ......... 1m. 237
1n Divide ln 1l by ln 1m; round result to fourth dec place ... 1n. 0.8650
1o Wages, salaries, tips, etc (to be allocated) ...... 1o. 255,421.
1p Multiply line 1n by line 1o; this is your New York State allocated wage and salary income ........ 1p. 220,939.

Incl the line 1p amount on Form IT-203, line 1, in the *NYS amount* column.

### Schedule B — Living quarters maintained in New York State by a nonresident

If you or your spouse maintained living quarters in New York State during any part of the year, give address(es) below. Attach additional sheets if necessary. Check the box next to any living quarters still maintained for or by you.

## REDACTED
Address(es)

—

—

—

—

Enter the number of days spent in New York State in 2003: [ ] days

Any part of a day spent in New York State is considered a day spent in New York State.

### Schedule C — New York State itemized deduction
Complete Schedule C only if you itemized deductions on your federal return *(see instructions)*.

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses *(from federal Schedule A, line 4)* | 1. | |
| 2 | Taxes you paid *(from federal Schedule A, line 9)* | 2. | 29,408. |
| 3 | Interest you paid *(from federal Schedule A, line 14)* | 3. | 18,137. |
| 4 | Gifts to charity *(from federal Schedule A, line 18)* | 4. | 9,100. |
| 5 | Casualty and theft losses *(from federal Schedule A, line 19)* | 5. | |
| 6 | Job expenses and most other miscellaneous deductions *(from federal Schedule A, line 26)* | 6. | |
| 7 | Other miscellaneous deductions *(from federal Schedule A, line 27)* | 7. | |
| 8 | Total federal itemized deductions *(from federal Schedule A, line 28)* | 8. | 53,636. |
| 9 | State, local, and foreign income taxes and other subtraction adjustments *(see instructions)* | 9. | 19,133. |
| 10 | Subtract line 9 from line 8 | 10. | 34,503. |
| 11 | College tuition itemized deduction *(see instructions)* | 11. | |
| 12 | Addition adjustments *(see instructions)* | 12. | |
| 13 | Add lines 10, 11, and 12 | 13. | 34,503. |
| 14 | Itemized deduction adjustment *(see instructions)* | 14. | 8,626. |
| 15 | Subtract line 14 from line 13. This is your New York itemized deduction | 15. | 25,877. |

If the amount on line 15 is more than the New York State standard deduction for your filing status, enter the line 15 amount on Form IT-203, line 32, and mark an *X* in the *Itemized* box next to line 32.

231301

This is a scannable form; please file this original form with your return.

NYIA1712  11/12/03

PL04367
Form IT-203-ATT (2003)

CONFIDENTIAL

Form IT-203-ATT (2003)    ANUCHA BROWNE-SANDERS    **CONFIDENTIAL**    Page 2

## Schedule D — College tuition itemized deduction worksheet *(See the instructions for Schedule D)* Complete columns A through E below for each eligible student for whom you paid qualified college tuition expenses. Attach additional sheets if necessary.

| A<br>Name of<br>eligible student | B<br>Social security<br>number | C<br>Name(s)<br>of college/university | D<br>Amount of qualified<br>college tuition<br>expenses paid during<br>2003 *(see instructions)* | E<br>Enter the lesser of<br>column D or $10,000 |
|---|---|---|---|---|
| | | REDACTED | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

1  Add column E amounts *(include amounts from any additional sheets)* ............................ **1.**

2  Multiply line 1 by 75% (.75). This is your college tuition itemized deduction. Also enter this amount on Schedule C, line 11, on page 1 of this form ............................................... **2.**

## Schedule A — Allocation of wage and salary income to New York State

2 a Total days *(see instructions)* ............................................................... **2a.**

Non-working days included in line 2a:
2 b Saturdays and Sundays *(not worked)* ............................................... **2b.**
2 c Holidays *(not worked)* .......................................................... **2c.**
2 d Sick leave .................................................................... **2d.**
2 e Vacation ..................................................................... **2e.**
2 f Other nonworking days ......................................................... **2f.**

2 g Total nonworking days *(add lines 2b through 2f)* ...................................... **2g.**
2 h Total days worked in year at this job *(subtract line 2g from line 2a)* ........................ **2h.**
2 i Total days included in line 2h worked outside New York State ........................... **2i.**
2 j Enter number of days worked at home included in line 2i amount ........................ **2j.**
2 k Subtract line 2j from line 2i ............................................................ **2k.**
2 l Days worked in New York State *(subtract line 2k from line 2h)* ............................. **2l.**
2 m Enter number of days from line 2h above ............................................. **2m.**
2 n Divide line 2l by line 2m; round the result to the fourth decimal place ..................... **2n.**
2 o Wages, salaries, tips, etc (to be allocated) ............................................. **2o.**

2 p Multiply line 2n by line 2o; this is your New York State allocated wage and salary income .. **2p.**
Include the line 2p amount on Form IT-203, line 1, in the *New York State amount* column.

## Schedule A — Allocation of wage and salary income to New York State

3 a Total days *(see instructions)* ............................................................... **3a.**

Non-working days included in line 3a:
3 b Saturdays and Sundays *(not worked)* ............................................... **3b.**
3 c Holidays *(not worked)* .......................................................... **3c.**
3 d Sick leave .................................................................... **3d.**
3 e Vacation ..................................................................... **3e.**
3 f Other nonworking days ......................................................... **3f.**

3 g Total nonworking days *(add lines 3b through 3f)* ...................................... **3g.**
3 h Total days worked in year at this job *(subtract line 3g from line 3a)* ........................ **3h.**
3 i Total days included in line 3h worked outside New York State ........................... **3i.**
3 j Enter number of days worked at home included in line 3i amount ........................ **3j.**
3 k Subtract line 3j from line 3i ............................................................ **3k.**
3 l Days worked in New York State *(subtract line 3k from line 3h)* ............................. **3l.**
3 m Enter number of days from line 3h above ............................................. **3m.**
3 n Divide line 3l by line 3m; round the result to the fourth decimal place ..................... **3n.**
3 o Wages, salaries, tips, etc (to be allocated) ............................................. **3o.**

3 p Multiply line 3n by line 3o; this is your New York State allocated wage and salary income .. **3p.**
Include the line 3p amount on Form IT-203, line 1, in the *New York State amount* column.

If you need to allocate wage and salary income from more than three jobs, attach additional copies of this form.

This is a scannable form; please file this original form with your return.

232301

NYIA1712    11/12/03    NPL04368    Form IT-203-ATT (2003)

For office use only   CONFIDENTIAL

New York State Department of Taxation and Finance

## Claim for Child and Dependent Care Credit

2003   IT-216

**Important: You must enter your social security number(s) to the right.**

| Print or type | Your first name and middle initial<br>ANUCHA | Your last name (for joint claim, enter SP's name)<br>BROWNE-SANDERS | ▼ Your social security number |
| | Spouse's first name and middle initial | Spouse's last name | ▼ Spouse's social security number |
| | Mailing address (number and street or rural route) | Apartment number | New York State county of residence |
| | | State | ZIP code | |

REDACTED

1   Have you already filed your 2003 New York State income tax return? ....... Yes ___ No ___
    If *No*, you must file this claim with a return.

2   Persons or organizations who provided the care. (If you have more than two providers, see instructions.)

| (A)<br>Care provider's first name, middle initial, and last name | (B)<br>Address | (C)<br>Identifying number (SSN or EIN) | (D)<br>Amount paid (see instructions) |
|---|---|---|---|
| SUMMIT YMCA | 67 MAPLE STREET<br>SUMMIT NJ 07901 | 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 | 6,000. |
| | | | |

3   In the spaces provided below, list up to two qualifying persons you are claiming. (If you are claiming more than two qualifying persons, mark an X in the box and see instructions.) .............. X

| First name and middle initial | Last name | Qualified expenses paid in 2003 | Person with disability* | Social security number | Year of birth |
|---|---|---|---|---|---|
| | | 3,000. | | | |
| | | 3,000. | | | |

*See instructions.

4   Can you claim an exemption for all the qualified persons listed on line 3 above? ........................... Yes ___ No ___

5   Enter the lesser of:
    - Qualified expenses you incurred and paid in 2003, or
    - $3,000 if one qualifying person; $6,000 if two or more qualifying persons (see instructions) ..............   **5.** 6,000.
    Note: If you are claiming expenses paid for a dependent child born in 1990, enter that child's birth month here [          ] . Include as qualified expenses only those paid from January 1, 2003, through the day preceding the child's 13th birthday.

6   Enter your earned income (see instructions) ....................................................   **6.** 234,916.

7   If your filing status is (2) *Married filing joint return*, enter your spouse's earned income; all others, enter the amount from line 6 (see instructions) ............................   **7.** 234,916.

8   Enter the smallest of line 5, 6, or 7 .................................................................   **8.** 6,000.

9   Enter the amount from:
    federal Form 1040A, line 21, or
    federal Form 1040, line 34 .........................................................................   **9.** 239,795.

10  Enter on line 10 the decimal amount shown below that applies to the amount on line 9

| If line 9 is — | | | | If line 9 is — | | |
|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | | Over | But not over | Decimal amount is |
| $0 | – 15,000 | .35 | | $29,000 | – 31,000 | .27 |
| 15,000 | – 17,000 | .34 | | 31,000 | – 33,000 | .26 |
| 17,000 | – 19,000 | .33 | | 33,000 | – 35,000 | .25 |
| 19,000 | – 21,000 | .32 | | 35,000 | – 37,000 | .24 |
| 21,000 | – 23,000 | .31 | | 37,000 | – 39,000 | .23 |
| 23,000 | – 25,000 | .30 | | 39,000 | – 41,000 | .22 |
| 25,000 | – 27,000 | .29 | | 41,000 | – 43,000 | .21 |
| 27,000 | – 29,000 | .28 | | 43,000 | – No limit | .20 |

BPL0 4369

**10.** 0.20

11  Multiply line 8 by the decimal amount on line 10. This is your federal child and dependent care credit. Enter here and on line 12 on page 2 of this form .........................................   **11.** 1,200.

Form IT-216 (2003)    ANUCHA BROWNE-SANDERS

**REDACTED**

Page 2

12 Amount from page 1, line 11 .......................................................... | 12. | 1,200.

13 Enter below your New York adjusted gross income (Form IT-200 filers, from *Worksheet I* in the Form IT-216 instructions; Form IT-201 filers, line 33; Form IT-203 filers, line 31)

New York adjusted gross income ........................... | 235,016.

Use the *New York State child and dependent care credit limitation table* in the instructions to determine the decimal to be entered on this line .......................................................... | 13. | 0.200

14 Multiply line 12 by the decimal amount on line 13. This is your New York State child and dependent care credit *(see instructions)* .......................................................... | 14. | 240.

## Part-year residents must complete lines 15 - 22 and sign below. All others stop here and sign below.

15 Enter the amount from Form IT-203, line 38 ..........................................................
If line 15 is equal to or more than line 14, stop. You do not have excess credit.
If line 15 is less than line 14, continue on line 16 below. | 15. |

16 Subtract line 15 from line 14. This is your excess child and dependent care credit ................ | 16. |

17 Enter the amount from Form IT-203-B, line 20 *(if you are not required to file Form IT-203-B, enter '0' and continue on line 18 below.)* ..........................................................
If line 17 is equal to or more than line 16, stop. Do not continue with this worksheet.
Enter the line 16 amount on Form IT-203-B, line 21. If line 17 is less than line 16, enter the line 16 amount on Form IT-203-B, line 21, and continue on line 18 below. | 17. |

18 Subtract line 17 from line 16. This is your remaining excess child and dependent care credit ................ | 18. |

19 Enter the amount from line 18, Column B, of the *Part-year resident income allocation worksheet* in your Form IT-203 instruction booklet ................ | 19. |

20 Enter the amount from line 18, Column A, of the *Part-year resident income allocation worksheet* in your Form IT-203 instruction booklet ................ | 20. |

21 Divide line 19 by line 20 *(round the result to the fourth decimal place)*. This amount cannot exceed 100% (1.0000) .......................................................... | 21. |

22 Multiply line 18 by line 21. Enter the result here and on Form IT-203-B, line 51.
This is the refundable portion of your part-year resident child and dependent care credit ................ | 22. |

| Paid preparer's use only | Preparer's signature | | Preparer's SSN or PTIN | | Your signature | |
|---|---|---|---|---|---|---|
| | Firm's name (or yours, if self-employed) and Address | | ▪ Employer identification no. | Sign here | Spouse's signature *(if joint claim)* | |
| | | Date 04-13-04 | Check X if self-employed   X | | Date | Daytime phone no. (optional) |

┌─ Need help? ─
│ Telephone assistance is available from 8:00 am to 5:00 pm (eastern time), Monday through Friday. For tax information,
│ call toll free 1 800 225-5829. To order forms and publications, call toll free 1 800 462-8100.

162301

This is a scannable form; please file this original return with the Tax Department.

NYIA4212    10/10/03

Form IT-216 2003

PL 04370

**CONFIDENTIAL**

**SCHEDULE C**
(Form 1040)

Profit or Loss From Business CONFIDENTIAL

(Sole Proprietorship)

OMB No. 1545-0074

Department of the Treasury
Internal Revenue Service  (99)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.  ▶ See Instructions for Schedule C (Form 1040).

**2003**

09

Name of proprietor

ANUCHA BROWNE-SANDERS

REDACTED

Social security number (SSN)

A  Principal business or profession, including product or service (see instructions)

DIRECT MARKETING

B  Enter code from instructions

▶ 454390

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ▶
   City, town or post office, state, and ZIP code

F  Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G  Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

H  If you started or acquired this business during 2003, check here ............................................. ▶ [ ]

**Part I  Income**

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ........... ▶ [ ] | 1 |
| 2 | Returns and allowances ............................................................... | 2 |
| 3 | Subtract line 2 from line 1 ............................................................ | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) ............................................ | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 .............................................. | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund ......... | 6 |
| 7 | Gross income. Add lines 5 and 6 ...................................................... | 7 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising .................. | 8 | 19 | Pension and profit-sharing plans ......... | 19 | |
| 9 | Car and truck expenses (see instructions) ............. | 9 | 5,970. | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees ........ | 10 | | a Vehicles, machinery, and equipment ... | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property ................ | 20b | |
| 12 | Depletion ................... | 12 | | 21 Repairs and maintenance .............. | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ........... | 13 | 419. | 22 Supplies (not included in Part III) ........ | 22 | 2,487. |
| | | | | 23 Taxes and licenses ................... | 23 | 2,160. |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel ............................. | 24a | |
| 14 | Employee benefit programs (other than on line 19) ........ | 14 | | b Meals and entertainment .... | | |
| 15 | Insurance (other than health) ... | 15 | | c Enter nondeductible amount included on line 24b (see instrs) .. | | |
| 16 | Interest: | | | | | |
| | a Mortgage (paid to banks, etc) ........ | 16a | | d Subtract line 24c from line 24b ......... | 24d | |
| | b Other .............. | 16b | | 25 Utilities ............................. | 25 | |
| 17 | Legal & professional services ... | 17 | 450. | 26 Wages (less employment credits) ........ | 26 | |
| 18 | Office expense .............. | 18 | 784. | 27 Other expenses (from line 48 on page 2) ......... | 27 | 8,363. |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ............. ▶ | 28 | 20,633. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ..................................... | 29 | -20,633. |
| 30 | Expenses for business use of your home. Attach Form 8829 ................................ | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 | -20,633. |

* If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
* If a loss, you must go to line 32.

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

* If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
* If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.

32b [ ] Some investment is not at risk.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
FDIZ0112  10/14/03

BR04371

Schedule C (Form 1040) 2003

Schedule C (Form 1040) 2003  ANUCHA BROWNE-SANDERS    REDACTED    Page 2

**Part III  Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ...................................................................   ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation ..........................................  | 35 |

36  Purchases less cost of items withdrawn for personal use ..........  | 36 |

37  Cost of labor. Do not include any amounts paid to yourself ..........  | 37 |

38  Materials and supplies ..........................  | 38 |

39  Other costs ..........................  | 39 |

40  Add lines 35 through 39 ..........................  | 40 |

41  Inventory at end of year ..........................  | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ..............  | 42 |

**Part IV  Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ► 02/13/2001

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
   a Business  _ _ _ _ _ 16,584   b Commuting  _ _ _ _ _ _ _ _ _ _   c Other  _ _ _ _ _ _ _ 7,575

45  Do you (or your spouse) have another vehicle available for personal use? .........................   ☒ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? .........................   ☒ Yes  ☐ No

47a  Do you have evidence to support your deduction? .........................   ☒ Yes  ☐ No

   b If 'Yes,' is the evidence written? .........................   ☐ Yes  ☒ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| TELEPHONE | 1,258. |
| BOOKS, SUBSCRIPTIONS | 1,058. |
| INTERNET | 269. |
| POSTAGE | 326. |
| PARKING & TOLLS | 178. |
| PROFESSIONAL DUES | 1,694. |
| CONFERENCES | 3,580. |
| | |
| | |

48  Total other expenses. Enter here and on page 1, line 27 .........................  | 48 | 8,363. |

Schedule C (Form 1040) 2003

FDIZ0112  10/14/03

PL04372

CONFIDENTIAL

IT-216     Claim for Child and Dependent Care Credit
Worksheet     2003

► Attach to Your Tax Return

| Name as Shown on Return<br>ANUCHA BROWNE-SANDERS | REDACTED | Social Security No. |
|---|---|---|

## Line 2 — Additional Care Providers

| (A)<br>Care provider's first name, middle initial, and last name | (B)<br>Address | (C)<br>Identifying number (social security number or employer identification number) | (D)<br>Amount paid |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## Line 3 — Additional Qualifying Persons

| First name and middle initial | Last name and suffix | Qualified expenses paid in 2003 | Check box if disabled | Social security number | Year of birth |
|---|---|---|---|---|---|
|  |  | 3,000. |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

PL04373

CONFIDENTIAL

PL04374

CONFIDENTIAL

NJ-1040/
HR-1040
2003



CLIENT'S COPY

**STATE OF NEW JERSEY INCOME TAX — RESIDENT RETURN**
**HOMESTEAD REBATE APPLICATION**
For Privacy Act Notification, See Instructions
For Tax Year January - December 2003 or Other Tax Year
Beginning _____ , 2003, Month Ending _____
On-line Federal Extension Confirmation # _____ . _____

BROWNESANDERS ANUCHA

**REDACTED**

| Code | Value | Code | Value | Code | Value | Code | Value |
|---|---|---|---|---|---|---|---|
| 001 | 00 | 014 | 255549 | 038 | 11306 | SS | |
| EXT | 0 | 15A | 0 | 039 | 9776 | SP | 0 |
| FS | 4 | 15B | 0 | 041 | 0 | 007 | 3 |
| 006 | 1 | 016 | 100 | 042 | 1530 | MS | 0 |
| 007 | 0 | 017 | 0 | 043 | 0 | 010 | 255649 |
| 008 | 0 | 018 | 0 | 044 | 0 | 012 | 0 |
| 009 | 3 | 19A | 0 | 045 | 0 | 13B | 0 |
| 010 | 0 | 19B | 0 | 046 | 0 | 13L | 0 |
| 011 | 0 | 19C | 0 | 047 | 0 | 13Q | 0 |
| 12A | 1 | 020 | 0 | 048 | 0 | 14A | 0 |
| 12B | 3 | 021 | 0 | 049 | 0 | 14B | 0 |
| 13F | 000000 | 022 | 0 | 050 | 1530 | 14C | 0 |
| 13T | 000000 | 023 | 0 | 051 | 0 | 14D | 0 |
| GEF | 1 | 024 | 0 | 052 | 0 | 015 | 0 |
| DNM | 0 | 025 | 0 | 053 | 0 | 16A | 0 |
| 22C | 1 | 026 | 255649 | 054 | 0 | 16B | 0 |
| 22I | 0 | 028 | 0 | 055 | 0 | 017 | 0 |
| PA | 1 | 30C | 5500 | 056 | 0 | 18A | 0 |
| VC | 1030 | 031 | 0 | 057 | 0 | 18B | 0 |
| CTY | 0710 | 032 | 0 | 058 | 0 | EI1 | 0 |
| NAB | 1083 | 033 | 0 | 58C | 0 | EI2 | 0 |
| CDV | 5765 | 036 | 9200 | 059 | 0 | EI3 | 0 |
| | | 037 | 240949 | 060 | 0 | EI4 | 0 |

Under the penalties of perjury, I declare that I have examined this income tax return and Homestead Rebate Application, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by a person other than taxpayer, this declaration is based on all information of which the preparer has any knowledge.

Pay amount on line 50 in full. Write social security number on check or money order and make payable to:
STATE OF NEW JERSEY — TGI

Your Signature _____ Date _____

Spouse's Signature (If filing jointly, BOTH must sign) _____

Paid Preparer's Signature _____

Firm's Name _____

Federal Identification Number _____

04/13/04

If you have an amount due, enclose your check and NJ-1040-V payment voucher and your return to:
NJ Division of Taxation Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111

If REFUND:
NJ Division of Taxation, Revenue Processing Center, PO Box 555, Trenton, NJ 08647-0555

NJIA0101   12/02/03

PL04375

CONFIDENTIAL

PAGE 2 AND PAGE 3 MUST BE ENCLOSED WITH PAGE 1 OF YOUR 2003 NJ-1040/HR-1040

Form NJ-1040/HR-1040 (2003)                    **REDACTED**                          Page 2

| Name | Social Security Number |
|---|---|
| BROWNE-SANDERS, ANUCHA | |

**FILING STATUS** 1 ☐ Single  2 ☐ Married, filing joint return  3 ☐ Married, filing separate return  4 ☒ Head of Household  5 ☐ Qualifying Widow(er)

**EXEMPTIONS**
6 Regular ..................................... [1]
7 Age 65 or over .............................
8 Blind or disabled ..........................
9 Number of qualified dependent children ....... [3]

10 Number of other dependents ...................
11 Dependents attending colleges ...................
12 Totals  (Line 12a — Add Lines 6, 7, 8 and 11) ....... [1]
        (Line 12b — Add Lines 9 and 10) ........... [3]

**RESIDENCY STATUS** 13 If you were a New Jersey resident for ONLY part of the taxable year, give the period of New Jersey residency:   From _____  To _____
                                                                            MONTH DAY YEAR    MONTH DAY YEAR

**GUBERNATORIAL ELECTIONS FUND**  Do you wish to designate $1 of your taxes for this fund? ... ☒ Yes  ☐ No
                                  If joint return, does your spouse wish to designate $1? .... ☐ Yes  ☐ No     NJIA0123  10/20/03

| | | |
|---|---|---|
| 14 Wages, salaries, tips, and other employee compensation (Enclose W-2) ............ | 14 | 255,549. |
| 15a Taxable interest income ................................................ | 15a | |
| 15b Tax exempt interest income. DO NOT include on Line 15a ...... [15b] | | |
| 16 Dividends ............................................................. | 16 | 100. |
| 17 Net profits from business (Enclose copy of Federal Schedule C, Form 1040) .... | 17 | 0. |
| 18 Net gains or income from disposition of property (Schedule B, Line 4) ...... | 18 | |
| 19 Pensions, Annuities and IRA Withdrawals  a Taxable Amount Received ....... [19a] | | |
|     b Less New Jersey Pension Exclusion ....... [19b] | | |
|     c Subtract Line 19b from Line 19a ...................... | 19c | |
| 20 Distributive Share of Partnership Income (See instructions) ............ | 20 | |
| 21 Net pro rata share of S Corporation Income (See instructions) .......... | 21 | |
| 22 Net gain or income from rents, royalties, patents and copyrights (Schedule C, Line 3) .... | 22 | |
| 23 Net Gambling Winnings ................................................ | 23 | |
| 24 Alimony and separate maintenance payments received ................. | 24 | |
| 25 Other (See instructions) ............................................. | 25 | |
| 26 Total income (Add Lines 14, 15a, 16, 17, 18, 19c, 20, 21, 22, 23, 24 and 25) ....... | 26 | 255,649. |
| 27 THIS LINE IS NOT USED ON COMPUTER GENERATED RETURNS ............ | 27 | |
| 28 Other Retirement Income Exclusion (See Worksheet and instructions) ......... | 28 | |
| 29 New Jersey Gross Income (Subtract Line 28 from Line 26). See instructions ...... | 29 | 255,649. |
| 30a Exemptions:  From Line 12a .. ____1____ x $1,000 = 1,000. | | |
| 30b   From Line 12b .. ____3____ x $1,500 = 4,500. | | |
| 30c Total Exemption Amount (Add Line 30a and Line 30b). Part-Year Residents see instructions ......... | 30c | 5,500. |
| 31 Medical Expenses/Medical Savings Account Contributions (See Worksheet and instructions) ......... | 31 | |
| 32 Alimony and Separate Maintenance Payments ................................ | 32 | |
| 33 Qualified Conservation Contribution ...................................... | 33 | |
| 34 Total Exemptions and Deductions (Add Lines 30c, 31, 32 and 33) .............. | 34 | 5,500. |
| 35 Taxable Income (Subtract Line 34 from Line 29). If zero or less, MAKE NO ENTRY ........ | 35 | 250,149. |
| 36 Property Tax Deduction (See instructions) ................................ | 36 | 9,200. |
| 37 NEW JERSEY TAXABLE INCOME (Subtract Line 36 from Line 35). If zero or less, MAKE NO ENTRY .. | 37 | 240,949. |
| 38 Tax (From Tax Tables in the instructions) ................................ | 38 | 11,306. |
| 39 Credit for Income Taxes Paid to Other Jurisdictions (See instructions) ......... | 39 | 9,776. |
| 40 Balance of Tax (Subtract Line 39 from Line 38) ........................... | 40 | 1,530. |
| 41 Use Tax Due on Out-of-State Purchases (See instructions). If no Use Tax, enter ZERO ...... | 41 | 0. |
| 42 Total Tax (Add Line 40 and Line 41) ...................................... | 42 | 1,530. |
| 43 Total New Jersey Income Tax Withheld (Enclose forms W-2 and 1099-R) ......... | 43 | |
| 44 Property Tax Credit (See instructions) ................................... | 44 | |
| 45 New Jersey Estimated Tax Payments/Credit from 2002 tax return ............. | 45 | |
|     Check ☒ if Form NJ-2210 is enclosed. | | |
| 46 New Jersey Earned Income Tax Credit .................................... | 46 | |
| 47 EXCESS New Jersey UI/HC/WD Withheld (See instructions) (Enclose Form NJ-2450) ...... | 47 | |
| 48 EXCESS New Jersey Disability Insurance Withheld (See instructions) (Enclose Form NJ-2450) .... | 48 | |
| 49 Total Payments/Credits (Add Lines 43 through 48) ........................... | 49 | |

PL04376

CONFIDENTIAL

PAGE 2 AND PAGE 3 MUST BE ENCLOSED WITH PAGE 1 OF YOUR 2003 NJ-1040/HR-1040

Form NJ-1040/HR-1040 (2003)

Name

BROWNE-SANDERS, ANUCHA                    **REDACTED**           Social Security Number          Page 3

50  If payments (Line 49) are LESS THAN tax (Line 42) enter AMOUNT OF TAX YOU OWE .............................. | 50 | 1,530.
    If you owe tax, you may make a donation by entering an amount on Lines 53, 54, 55, 56, 57 and/or 58 and adding this to your check amount.

51  If payments (Line 49) are MORE THAN tax (Line 42) enter OVERPAYMENT ......................... | 51 |

**NOTE: AN ENTRY ON LINES 52, 53, 54, 55, 56, 57 AND/OR 58 WILL REDUCE YOUR TAX REFUND.**

Deductions from Overpayment on Line 51 which you elect to credit to:

52  Your 2004 tax ......................................................................................... | 52 | 0.
53  NJ Endangered Wildlife Fund ........................ $10 | $20 | Other ......... | 53 |
54  NJ Children's Trust Fund to Prevent Child Abuse ......... $10 | $20 | Other ........ | 54 |
55  NJ Vietnam Veterans' Memorial Fund ................. $10 | $20 | Other .......... | 55 |
56  NJ Breast Cancer Research Fund .................... $10 | $20 | Other ............ | 56 |
57  U.S.S. New Jersey Educational Museum Fund ......... $10 | $20 | Other ........... | 57 |
58  Other Designated Contribution ..................... $10 | $20 | Other .......... | 58 |
59  Total Deductions from Overpayment (Add Lines 52 through 58) ................... | 59 |
60  REFUND (Amount to be sent to you, Line 51 LESS Line 59) .......................... | 60 |

DIRECT DEPOSIT INFORMATION (ONLY FOR RETURNS WITH 2-D BARCODES)
'1' for Refund only, '2' for Homestead rebate only, '3' for both and '4' for no.   Type of account ('C' for Checking, 'S' for Savings)
Check Routing Number [          ]    Account Number [          ]

## EARNED INCOME TAX CREDIT SCHEDULE

You may be eligible for the New Jersey Earned Income Tax Credit if you claimed the Federal Earned Income Credit for 2003, your gross income on Line 29, Form NJ-1040 is $20,000 or less and your filing status for New Jersey is the same as your filing status on your Federal Income Tax return. Complete this schedule to see if you are eligible. Your are not eligible for the New Jersey Earned Income Tax Credit if your filing status is single or married, filing separate return or if you answer 'No' to question 1 below. See instructions.

1  Did you file a 2003 Federal Schedule EIC, on which you listed at least one 'qualifying child'? .........  Yes  No
2  Fill in the box if you had the IRS figure your Federal Earned Income Credit ................
3  Enter the amount of Federal Earned Income Credit from your 2003 Federal Form 1040 or 1040A ..... | 3 |
4  Enter 20% of amount on line 3 here and on Page 2, Line 46 ........................ | 4 |

## 2003 HR-1040 HOMESTEAD REBATE APPLICATION

7  On December 31, 2003 I (and/or my spouse) was:   Age 65 or older  Blind or disabled  [X] Not 65 or blind or disabled
   Fill in only one box. See instructions.
8  Enter the GROSS INCOME you reported on Line 29, Form NJ-1040 or see instructions ............... | 8 | 255,649.
9  If your filing status is MARRIED, FILING SEPARATE RETURN and you and your spouse MAINTAIN THE SAME PRINCIPAL RESIDENCE enter the gross income reported on your spouse's return (Line 29, Form NJ-1040) and check this box ...................... | 9 |
10 TOTAL GROSS INCOME (Add Line 8 and Line 9) ......................................... | 10 | 255,649.
   **STOP – IF LINE 10 IS MORE THAN $100,000, YOU ARE NOT ELIGIBLE FOR A REBATE.**
11 Enter your New Jersey residence on December 31, 2003 if different than above. If you were not a resident on December 31, 2003 enter your last New Jersey residence.
   Street Address _____   Municipality _____
12 Check your residency status during 2003:   a  Homeowner   b  Tenant   c  Both
13 If you checked 'Homeowners' or 'Both' on Line 12, enter the block and lot number of the residence for which the rebate is claimed.
   Block [          ]   Lot [          ]   Qualifier [          ]
14a Did you live at more than one New Jersey residence during the year? .................   Yes  No
  b Did you share ownership of a principal residence during the year with anyone, other than your spouse? .........   Yes  No
  c Did any principal residence you owned during the year consist of multiple dwelling units? ...............   Yes  No
  d Did anyone, other than your spouse, occupy and share rent with you for an apartment or other rental dwelling during the year? ...........   Yes  No

Home Owner
15  Total 2003 property taxes you (and your spouse) paid on your principal residence in New Jersey during 2003 ....... | 15 |
16a Total Property taxes paid (Schedule HR-A, PART I, Line 5) ........................ | 16a |
  b Number of days as an owner (Schedule HR-A, PART I, Line 4) ..................... | 16b |
17  Enter total rent you (and your spouse) paid on your principal residence in New Jersey during 2003 ........... | 17 |

Tenant
18a Total Rent paid (Schedule HR-A, PART II, Line 11) ............................. | 18a |
  b Number of days as a tenant (Schedule HR-A, PART II, Line 10) .................. | 18b |
I authorize the Division of Taxation to discuss my return and enclosures with my preparer ................... [X]

NJIA0123   10/20/03

PL04377

CONFIDENTIAL

PL04378
CONFIDENTIAL

FORM NJ-2210

**UNDERPAYMENT OF ESTIMATED TAX BY INDIVIDUALS, ESTATES OR TRUSTS**

2003

Please check the appropriate block on the front of Form NJ-1040 and enclose with your 2003 Gross Income Tax Return.

Name(s) as shown on Form NJ-1040

BROWNE-SANDERS, ANUCHA                    REDACTED          Social Security Number

## PART I   FIGURING YOUR UNDERPAYMENT

| | | | |
|---|---|---|---|
| 1 | 2003 Tax (Line 40, Form NJ-1040 or Line 22, Form NJ-1040EZ) | **1** | 1,530. |
| 2 | Enter the total of Lines 43, 44, 46, 47, and 48, Form NJ-1040 or Lines 25, 26, and 28, Form NJ-1040EZ | **2** | |
| 3 | Subtract Line 2 from Line 1 (If less than $400, do not complete the rest of this form) | **3** | 1,530. |
| 4a | Multiply the amount on Line 1 by .80 (80%) (Two-thirds for qualified farmers) | **4a** | 1,224. |
| 4b | Enter 2002 tax (From Form NJ-1040, Line 40) | **4b** | 2,091. |

| | | | PAYMENT DUE DATES | | | |
|---|---|---|---|---|---|---|
| | | | **(A)** APRIL 15, 2003 | **(B)** JUNE 15, 2003 | **(C)** SEPT 15, 2003 | **(D)** JANUARY 15, 2004 |
| 5 | Use the lesser amount on either line 4a or 4b and divide by four. Enter the result in each column | **5** | 306. | 306. | 306. | 306. |
| 6 | Estimated tax paid and tax withheld per period (see instructions). If each column on Line 6 is greater than the corresponding column on Line 5, do not complete the rest of this form | **6** | 0. | 0. | 0. | 0. |
| 7 | Enter the overpayment (Line 13) from the previous column (Complete Lines 7 through 13 for one column before completing the next column.) | **7** | | | 0. | 0. |
| 8 | Add Line 6 and Line 7 | **8** | 0. | 0. | 0. | 0. |
| 9 | Enter the total underpayment (Line 11 plus Line 12) from the previous column | **9** | | 306. | 612. | 918. |
| 10 | Enter Line 8 minus Line 9. If zero or less, enter zero | **10** | 0. | 0. | 0. | 0. |
| 11 | Remaining underpayment from previous period. If Line 10 is zero enter Line 9 minus Line 8 otherwise enter zero | **11** | | 306. | 612. | 918. |
| 12 | UNDERPAYMENT (If Line 5 is greater than Line 10, enter Line 5 minus Line 10) | **12** | 306. | 306. | 612. | 918. |
| 13 | OVERPAYMENT (If Line 10 is greater than Line 5, enter Line 10 minus Line 5) | **13** | | 306. | 306. | 306. |

## PART II   EXCEPTIONS

(See instructions, complete worksheets for exceptions 2, 3 and 4 and enclose computations for each exception claimed.)
If you meet exception 1 at line 15 do not file this form.
These amounts will be automatically verified by the Division of Taxation.

| | | | APRIL 15, 2003 | JUNE 15, 2003 | SEPT 15, 2003 | JANUARY 15, 2004 |
|---|---|---|---|---|---|---|
| 14 | Total amount paid and withheld from January 1 through payment due date shown. (Do not include withholdings after December 31, 2003.) (See instructions) | **14** | 0. | 0. | 0. | 0. |
| 15 | Exception 1 – Enter 2002 tax (Line 40) . $ 2,091. | **15** | 25% of 2002 tax 523. | 50% of 2002 tax 1,046. | 75% of 2002 tax 1,568. | 100% of 2002 tax 2,091. |
| 16 | Exception 2 – Tax on 2002 gross income using 2003 exemptions and tax rates | **16** | 25% of tax 0. | 50% of tax 0. | 75% of tax 0. | 100% of tax 0. |
| 17 | Exception 3 – Tax on annualized 2003 income | **17** | 20% of tax | 40% of tax | 60% of tax | |
| 18 | Exception 4 – Tax on 2003 income over 3, 5 and 8-month periods | **18** | 90% of tax | 90% of tax | 90% of tax | |

IF THE AMOUNT OF ANY EXCEPTION IS EQUAL TO OR LESS THAN THE CORRESPONDING AMOUNT AT LINE 14 INTEREST WILL NOT BE CHARGED FOR THAT PERIOD.

| 19 | TOTAL INTEREST | $ |
|---|---|---|

(Include this amount with your payment of any tax due. If you have an overpayment on Line 51, NJ-1040 or Line 31, NJ-1040EZ, this amount will be deducted from your total overpayment.)

NJIZ0512   12/05/03

PL04379

CONFIDENTIAL

Form NJ-2210    BROWNE-SANDERS, ANUCHA    Page 2

WORKSHEETS **REDACTED**

## EXCEPTION II    Tax on 2002 Gross Income using 2003 exemptions and tax rates

| | | |
|---|---|---:|
| 1 | Enter 2002 New Jersey Gross Income (Line 29, 2002 NJ-1040) .......................................... 1 | 214,361. |
| 2 | Enter 2003 Total Exemptions (Line 30c, 2003 NJ-1040 or Line 17, 2003 NJ-1040EZ) ....................... 2 | 5,500. |
| 3 | Subtract Line 2 from Line 1 ............................................................................. 3 | 208,861. |
| 4 | Compute Tax on Line 3 (2003 tax rates) .............................................................. 4 | 9,262. |
| 5 | Enter Credit for Income Taxes Paid to Other Jurisdictions (Line 39, 2003 NJ-1040) ..................... 5 | 9,776. |
| 6 | Subtract Line 5 from Line 4. Enter the applicable percentage of this amount on Line 16, Part II of this form .... 6 | 0. |

## EXCEPTION III    Tax on 2003 Annualized Income (attach computations)

Estates and trusts, do not use the period ending dates shown, instead use the following ending dates: 2/28/03, 4/30/03, and 7/31/03. Also, estates and trusts cannot use the annualization amounts shown on Line 2 and must use 6, 3, and 1.7143, respectively.

| | | 1/1/03 - 3/31/03 | 1/1/03 - 5/31/03 | 1/1/03 - 8/31/03 |
|---|---|---|---|---|
| 1 | Enter the portion of New Jersey Gross Income (Line 29, NJ-1040 or Line 16, NJ-1040EZ) that is applicable to each period shown ...... 1 | | | |
| 2 | Annualization amounts ............ 2 | 4 | 2.4 | 1.5 |
| 3 | Annualized Income (multiply Line 1 by Line 2) ...... 3 | | | |
| 4 | Enter Total Exemptions (Line 30c, NJ-1040 or Line 17, NJ-1040EZ) ........... 4 | | | |
| 5 | Subtract Line 4 from Line 3 .......... 5 | | | |
| 6 | Compute Tax on Line 5 ............... 6 | | | |
| 7 | Enter the portion of the Credit for Income Taxes Paid to Other Jurisdictions (Line 39, NJ-1040) that is applicable to each period ...... 7 | | | |
| 8 | Subtract Line 7 from Line 6. Enter the applicable percentage of this amount on Line 17, Part II of this form ... 8 | | | |

## EXCEPTION IV    Tax on Actual 2003 Taxable Income over 3, 5 and 8-month periods (attach computations)

| | | 1/1/03 - 3/31/03 | 1/1/03 - 5/31/03 | 1/1/03 - 8/31/03 |
|---|---|---|---|---|
| 1 | Enter the actual amount of New Jersey taxable income (Line 37, NJ-1040 or Line 21, NJ-1040EZ) that is applicable to each period shown ...... 1 | | | |
| 2 | Compute Tax on Line 1 ................. 2 | | | |
| 3 | Enter the portion of the credit for income taxes paid to other jurisdictions (Line 39, NJ-1040) that is applicable to each period shown ...... 3 | | | |
| 4 | Subtract Line 3 from Line 2. Enter 90% of this amount on Line 18, Part II of this form ...... 4 | | | |

NJIZ0512  12/05/03

PL04380

CONFIDENTIAL

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2003
09

Name of proprietor

ANUCHA BROWNE-SANDERS

REDACTED

Social security number (SSN)

**A**  Principal business or profession, including product or service (see instructions)

DIRECT MARKETING

**B**  Enter code from instructions
▶ 454390

**C**  Business name. If no separate business name, leave blank.

**D**  Employer ID number (EIN), if any

**E**  Business address (including suite or room no.)▶
City, town or post office, state, and ZIP code

**F**  Accounting method:    (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G**  Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses .... [X] Yes  [ ] No

**H**  If you started or acquired this business during 2003, check here ................................................ ▶ [ ]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ............ ▶ [ ] | 1 | |
| 2 | Returns and allowances ................................................................ | 2 | |
| 3 | Subtract line 2 from line 1 ............................................................. | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) ............................................. | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 ................................................. | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund ............. | 6 | |
| 7 | Gross income. Add lines 5 and 6 ........................................................ ▶ | 7 | |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8  Advertising ..................... | 8 | | 19  Pension and profit-sharing plans | 19 | |
| 9  Car and truck expenses (see instructions) ......... | 9 | 5,970. | 20  Rent or lease (see instructions): a Vehicles, machinery, and equipment | 20a | |
| 10  Commissions and fees .. | 10 | | b Other business property ....... | 20b | |
| 11  Contract labor (see instructions) | 11 | | 21  Repairs and maintenance . | 21 | |
| 12  Depletion ................ | 12 | | 22  Supplies (not included in Part III) | 22 | 2,487. |
| 13  Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ........... | 13 | 419. | 23  Taxes and licenses ............ | 23 | 2,160. |
| | | | 24  Travel, meals, and entertainment: a Travel ...................... | 24a | |
| 14  Employee benefit programs (other than on line 19) ......... | 14 | | b Meals and entertainment .... | | |
| 15  Insurance (other than health) ... | 15 | | c Enter nondeductible amount included on line 24b (see instrs) .. | | |
| 16  Interest: | | | | | |
| a Mortgage (paid to banks, etc) ........ | 16a | | d Subtract line 24c from line 24b ....... | 24d | |
| b Other .......................... | 16b | | 25  Utilities ..................... | 25 | |
| 17  Legal & professional services ... | 17 | 450. | 26  Wages (less employment credits) ...... | 26 | |
| 18  Office expense ............... | 18 | 784. | 27  Other expenses (from line 48 on page 2) ....... | 27 | 8,363. |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ........... ▶ | 28 | 20,633. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ..................................... | 29 | -20,633. |
| 30 | Expenses for business use of your home. Attach Form 8829 ............................ | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |

• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If a loss, you must go to line 32.

| | |
|---|---|
| 31 | -20,633. |

**32**  If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

32a [X] All investment is at risk.

• If you checked 32b, you must attach Form 6198.

32b [ ] Some investment is not at risk.

**BAA**  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIZ0112  10/14/03

Schedule C (Form 1040) 2003

PL04381

CONFIDENTIAL

Schedule C (Form 1040) 2003 ANUCHA BROWNE-SANDERS    REDACTED    Page 2

**Part III   Cost of Goods Sold** (see instructions)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation .............................................................................. ☐ Yes ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory,
    attach explanation ...................................................................... | 35 |

36  Purchases less cost of items withdrawn for personal use ............................... | 36 |

37  Cost of labor. Do not include any amounts paid to yourself ............................ | 37 |

38  Materials and supplies ................................................................ | 38 |

39  Other costs .......................................................................... | 39 |

40  Add lines 35 through 39 .............................................................. | 40 |

41  Inventory at end of year ............................................................. | 41 |

42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ......... | 42 |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ► 02/13/2001

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
    a Business _____16,584_____   b Commuting _____   c Other _____7,575_____

45  Do you (or your spouse) have another vehicle available for personal use? ........................... ☒ Yes ☐ No

46  Was your vehicle available for personal use during off-duty hours? ................................. ☒ Yes ☐ No

47a Do you have evidence to support your deduction? .................................................... ☒ Yes ☐ No

   b If 'Yes,' is the evidence written? ............................................................... ☐ Yes ☒ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| TELEPHONE | 1,258. |
| BOOKS, SUBSCRIPTIONS | 1,058. |
| INTERNET | 269. |
| POSTAGE | 326. |
| PARKING & TOLLS | 178. |
| PROFESSIONAL DUES | 1,694. |
| CONFERENCES | 3,580. |
| | |
| | |

48  Total other expenses. Enter here and on page 1, line 27 .................................. | 48 | 8,363. |

Schedule C (Form 1040) 2003

FDIZ0112   10/14/03

PL04382

CONFIDENTIAL

# REDACTED

**CONFIDENTIAL**

Name(s) as shown on Form NJ-1040

BROWNE-SANDERS, ANUCHA

Your Social Security Number

---

## Schedule A — CREDIT FOR INCOME OR WAGE TAXES PAID TO OTHER JURISDICTION

If you are claiming a credit for income taxes paid to more than one jurisdiction, a separate Schedule A must be enclosed for each. See instructions.

**A COPY OF OTHER STATE OR POLITICAL SUBDIVISION TAX RETURN MUST BE RETAINED WITH YOUR RECORDS**

1  Income actually taxed by other jurisdiction during tax year (indicate name

New York

). **REDACTED**

(DO NOT combine the same income taxed by more than one jurisdiction). (The amount on Line 1 cannot exceed the amount shown on Line 2) ....    1    221,067.

2  Income subject to tax by New Jersey (From Line 29, Form NJ-1040) ................    2    255,649.

3  Maximum Allowable Credit Percentage ...... 1    221,067.
(Divide Line 2 into Line 1) ................ 2    255,649.    3    86.47%

**IF YOU ARE NOT ELIGIBLE FOR A PROPERTY TAX BENEFIT ONLY COMPLETE COLUMN B.**

| | | | COLUMN A | | COLUMN B |
|---|---|---|---|---|---|
| 4 | Taxable Income (after Exemptions and Deductions) from Line 35, Form NJ-1040 ......... | 4 | 250,149. | 4 | 250,149. |
| 5 | Property Tax and Deduction — Enter property tax or 18% of rent due and paid in 2003. See instructions ... 5a  9,200. Eligible amount (Box 5a or $10,000, whichever is less). See instructions ..... | 5 | 9,200. | 5 | -0- |
| 6 | New Jersey Taxable Income (Line 4 minus Line 5) .................... | 6 | 240,949. | 6 | 250,149. |
| 7 | Tax on Line 6 amount (From Tax Tables or Tax Rate Schedules) ........ | 7 | 11,306. | 7 | 11,892. |
| 8 | Allowable Credit (Line 3 times Line 7) .............................. | 8 | 9,776. | 8 | 10,283. |
| 9 | Credit for Taxes Paid to Other Jurisdiction — Enter in Box 9a the income or wage tax paid to other jurisdiction during tax year on income shown on Line 1. See instructions ......... 9a  14,316.  Credit allowed. (Enter lesser of Line 8 or Box 9a). (The credit may not exceed your New Jersey tax on Line 38) ... | 9 | 9,776. | 9 | 10,283. |

- If you are not eligible for a property tax benefit, enter the amount from Line 9, Column B, on Line 39, Form NJ-1040. Make no entry on Lines 36 or 44, Form NJ-1040.
- If you are eligible for a property tax benefit, you must complete Worksheet F in the instructions to determine whether you receive a greater benefit by claiming a property tax deduction or taking the property tax credit.

---

## Schedule B — NET GAINS OR INCOME FROM DISPOSITION OF PROPERTY

List the net gains or income, less net loss, derived from the sale, exchange, or other disposition of property including real or personal whether tangible or intangible.

| 1 | a Kind of property and description | b Date acquired (Month, day, year) | c Date sold (Month, day, year) | d Gross sales price | e Cost or other basis as adjusted (see instructions) and expense of sale | f Gain or (loss) (d less e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 2 | Capital Gains Distributions .................................................... | 2 | |
|---|---|---|---|
| 3 | Other Net Gains ............................................................. | 3 | |
| 4 | Net Gains (Add Lines 1, 2, and 3) (Enter here and on Line 18. If loss enter ZERO here and make no entry on Line 18) ........................................ | 4 | |

---

## Schedule C — NET GAIN OR INCOME FROM RENTS, ROYALTIES, PATENTS AND COPYRIGHTS

List the net gains or net income, less net loss, derived from or in the form of rents, royalties, patents, and copyrights as reported on your Federal Income Tax Return. If you have passive losses for Federal purposes, see instructions.

| 1 | a Kind of Property | b Net Rental Income (loss) | c Net Income from Royalties | d Net Income from Patents | e Net Income from Copyrights |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 2 | Totals ................................................ | b | c | d | e |
| 3 | Net Income (Combine Columns b, c, d, and e). (Enter here and on Line 22. If loss enter ZERO here and make no entry on Line 22) ........................ | | | 3 | |

NJIA1401 . 12/02/03    BP404383    Rev 09-02