UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ANUCHA BROWNE SANDERS,

                        Plaintiff,

              -against-                    06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

                        Defendants.
-------------------------------------------X


        VIDEOTAPED DEPOSITION OF ROY SANDERS

              New York, New York

          Thursday, December 14, 2006



REPORTED BY:

BARBARA R. ZELTMAN

Job No.:   11223





**David Feldman**
W o r l d w i d e

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

291

```
 1              ROY SANDERS
 2        A     No.
 3        Q     Have you ever operated any
 4   businesses on your own?
 5        A     No.
 6        Q     Does your wife -- well, since
 7   you have been married to your wife, has
 8   your wife operated any businesses?
 9        A     No.
10        Q     Has she ever conducted any
11   businesses out of the house?
12        A     No.
13        Q     Are you aware of any direct
14   marketing business that your wife
15   participated in?
16        A     No.
17        Q     Have you ever seen any
18   letterhead that contains your wife's name
19   other than for Madison Square Garden?
20        A     No.
21        Q     Have you ever seen any
22   business cards that contain your wife's
23   name other than from Madison Square
24   Garden?
25        A     They contain my wife's name?
```