UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANUCHA BROWNE SANDERS,

        Plaintiff,

  -against-        06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

        Defendants.
------------------------------------X

VIDEOTAPED DEPOSITION OF LEON REIMER

New York, New York

Monday, January 22, 2007

REPORTED BY:
BARBARA R. ZELTMAN
Job No. 11465



**David Feldman**
Worldwide

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

```
 1                                                        36
                    LEON REIMER
 2    did she present any documentation to you
 3    regarding her husband, Roy Sanders, and
 4    his tax filing for 2003?
 5         A    No.
 6         Q    Did you request any
 7    documentation from her regarding her
 8    husband?
 9         A    No.
10         Q    Now, with respect, once again,
11    to Page LR-118 and the summary of income
12    and deductions on that page, what was the
13    nature of the change that was affected by
14    the amended return?
15         A    The next page, the attachment,
16    will give you -- excuse me, two pages
17    back -- LR-0120, gives you a complete
18    explanation of the changes to the income,
19    deductions and credits.
20         Q    And with respect to the Line 1
21    item, Adjusted Gross Income, what was the
22    change that was made?
23         A    There were two items that were
24    changed in Adjusted Gross Income.
25              Dividends were increased by
```

37

1      LEON REIMER

2  $625. This dividend was in a Charles

3  Schwab account.

4          In addition to that, the loss

5  reflected on Schedule C from the trade of

6  business was eliminated.

7          These two amounts increased

8  Adjusted Gross Income by $21,258.

9      Q    With respect to Line 2 and the

10 Itemized Deductions, what were the changes

11 that were made?

12     A    As reflected on the attached

13 form, 4952, there was a decrease in

14 investment interest by $58.

15         In addition to that, there was

16 a decrease in charitable contributions by

17 $9,000.

18     Q    Now, with respect to the

19 decrease in charitable contributions by

20 $9,000, how did that come about?

21         MR. MINTZER:  Objection to

22     form.

23     A    We advised Ms. Sanders that

24 any contribution in excess of $250 has to

25 be substantiated by a receipt from the

1       LEON REIMER

2  with Ms. Sanders at your office, did you

3  discuss the 2004 amended return?

4       A    Yes.

5       Q    And what did you discuss with

6  her at that time?

7       A    After reviewing the data that

8  she supplied to us, which consisted of her

9  personal income tax return as originally

10 filed and the accountant's file, I asked

11 her numerous questions to enable us to

12 amend the 2004 income tax returns.

13      Q    And this return, beginning on

14 page marked LR-13, was filed with a filing

15 status also of married filing separately;

16 is that correct?

17      A    Yes.

18      Q    And that was amended from the

19 original filing status of head of

20 household?

21      A    Yes.

22      Q    And this return was signed by

23 Mr. Hallaran, correct?

24      A    Yes.

25      Q    Now, referring you to

56

```
 1                    LEON REIMER
 2       A    Yes.
 3            (Reimer Exhibit 10, LR-180
 4       through LR-205, was marked for
 5       Identification.)
 6       Q    Show the witness what has been
 7  previously marked LR-180 through LR-206.
 8            MR. MINTZER:  We have up to
 9       205.
10            MR. COZIER:  Through 05.
11  Sorry.
12       Q    Mr. Reimer, do you recognize
13  these documents?
14       A    Yes.
15       Q    And what are these documents?
16       A    A copy of the federal income
17  tax return for Anucha Browne Sanders for
18  the calendar year 2005.
19       Q    Did you prepare this 2005
20  return?
21       A    No.
22       Q    When did you first have an
23  opportunity to review this return?
24       A    On November 16, 2006.
25       Q    Was that during your initial
```

57

LEON REIMER

1  
2  meeting with Ms. Sanders at the Vladeck
3  firm?
4      A    Yes.
5      Q    And who presented you with
6  this 2005 return on November 16?
7      A    I'm not certain.
8      Q    You don't recall whether
9  Ms. Sanders presented it to you?
10     A    I'm not certain.
11     Q    Did you have any discussion
12 with Ms. Sanders regarding the 2005
13 return?
14     A    Yes.
15     Q    And what was the nature of
16 that discussion?
17     A    I advised Ms. Sanders that the
18 face of the 2005 tax return appeared that
19 the return was prepared correctly.
20     Q    And on what basis did you
21 advise her of that?
22     A    That the filing status was
23 married filing separately; that it did not
24 reflect any loss or deductions from the
25 trade of business and that it appeared to

66

1        LEON REIMER

2   substantiated."

3        And why was that notation
4   made?

5   A    I asked Ms. Sanders if she had
6   a record of which days she worked in
7   New York and which days she worked outside
8   New York, and she told me she did not have
9   that record.

10  Q    And then you come to the entry
11  for "current accountant for 2005" and your
12  entry here is "okay. Prepared by current
13  accountant."

14       Why did you make that
15  notation?

16  A    Because the face of the tax
17  return appeared to be correct. It did not
18  reflect the Schedule C deductions and
19  loss. It appeared on the face that the
20  return was prepared properly.

21  Q    And the next notation refers
22  to "amend tax returns," and there seems to
23  be an asterisk or star between 2003 and
24  2004. And then it appears to follow "or
25  2001, 2, 3, 4" I believe.

67

1        LEON REIMER
2    What was the basis for that
3    notation?
4        A    Ms. Sanders asked me what
5    years should be amended.  I explained to
6    Ms. Sanders there is a three-year statute
7    of limitations, and I would recommend that
8    she amend 2003 and 2004.
9        Q    The three-years statute of
10   limitations that you refer to, what does
11   that statute of limitations specifically
12   concern?
13           MR. MINTZER:  Objection to
14       form.
15       A    It's a period of time that
16   starts on April 15 of the year -- excuse
17   me -- starts April 15, or if later, the
18   day a tax return is filed, and continues
19   for three years.
20       Q    And what's the importance of
21   the statute of limitations?
22           MR. MINTZER:  Objection to
23       form.
24       A    The importance of the statute
25   of limitations is that the Internal

68

1          LEON REIMER

2   Revenue Service cannot assess a taxpayer

3   for periods prior to the civil statute.

4        Q    And the civil statute that you

5   refer to concerns what types of

6   amendments?

7        A    The type of amendments that

8   were made here.  And it also prohibits

9   taxpayers who have a refund or adjustment

10  in their favor going past the statutory

11  period.

12             (Reimer Exhibit 12, MSG-40189

13        and MSG-40190, was marked for

14        Identification.)

15             MR. COZIER:  I would like to

16        show the witness a document that is

17        marked at the lower right-hand corner

18        MSG-40189 and 40190.

19       Q    Is this a document that you

20  had seen previously, Mr. Reimer?

21             MR. MINTZER:  Objection to

22        form.

23             I'll state for the record this

24        is not one of the documents that the

25        witness produced.

82

1  LEON REIMER

2  I worked for Mr. Anello that the Vladeck

3  firm was also involved in.

4      Q    Describe for me the nature of

5  the Vladeck firm's involvement in that

6  other matter.

7      A    I don't know.

8      Q    What kind of services did you

9  render in that matter, regardless of the

10  person to whom you rendered the service?

11      A    Handled a New York State

12  audit.

13      Q    A New York State audit for an

14  individual?

15      A    Yes.

16      Q    And do you know what

17  connection, if any, the Vladeck firm had

18  with that individual?

19      A    No.

20      Q    In the notes that have been

21  marked as exhibits in this matter, it

22  indicates that there was a retainer

23  amount, requested initial retainer of

24  $4,000.

25      Did your firm receive that

83

LEON REIMER

1
2  retainer?
3      A    Yes.
4      Q    And from whom was that
5  retainer received?
6      A    The retainer was billed to
7  Ms. Sanders and paid by the Vladeck firm.
8      Q    And when was that payment
9  made?
10     A    I do not have the precise
11 date.
12     Q    Are there any documents that
13 are part of the business of your firm that
14 are kept with regard to billings?
15     A    Yes.
16     Q    And are there documents that
17 are kept with regard to payments?
18     A    Yes.
19     Q    And are there documents that
20 you did not produce today that would
21 reflect the fact of the retainer, the
22 billing of the retainer and the name of
23 the party paying the retainer?
24     A    Yes.
25     Q    And what documents are those?

84

LEON REIMER

2  A   Bill.

3  Q   So you have certain accounting
4  records; is that correct?

5  A   Firm accounting records.

6  Q   In addition to the $4,000
7  initial retainer, were there any
8  subsequent payments made?

9  A   I don't believe so.

10 Q   Other than these accounting
11 records that you've now identified, are
12 there any records maintained at your firm
13 having to do with the meetings that you've
14 described with the Vladeck firm and
15 Ms. Sanders and the meetings with
16 Ms. Sanders, that you have not produced
17 today?

18 A   Yes.

19 Q   What other documents are
20 there?

21 A   Firm time reports and diaries.

22 Q   And just describe for me what
23 a firm time report is.

24 A   Firm time report describes the
25 client that the professional is providing