UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ANUCHA BROWNE SANDERS,

                Plaintiff,

    -- against --

MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III & JAMES L. DOLAN,

                Defendants.
------------------------------------------------x

Case No. 06 CV 589 (GEL) (DCF)

**STIPULATION**

IT IS STIPULATED by plaintiff that the unsigned copies of the tax returns she has produced for years 2000 through 2004 located at Pl. 4273 to Pl. 4396 are accurate copies of the tax returns that were actually filed. In addition, the unsigned copies of the amended tax returns Plaintiff has produced for years 2003 through 2004 located at Pl. 4418 to Pl. 4470 are accurate copies of the amended tax returns that were actually filed.

Dated:    New York, New York
           April 4, 2007

VLADECK, WALDMAN, ELIAS
& ENGELHARD, P.C.

By: _____
Anne C. Vladeck (AV 4857)
Kevin T. Mintzer (KM 4741)
Attorneys for Plaintiff
Anucha Browne Sanders
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300