UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ANUCHA BROWNE SANDERS,

        Plaintiff,

    -against-          06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

        Defendants.

------------------------------------X

VIDEOTAPED DEPOSITION OF [REDACTED]

New York, New York

Tuesday, January 23, 2007

REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 11343



**David Feldman**
W o r l d w i d e

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

43

1      ████████

2  very frantic.

3           And I know I spoke to her a

4  couple times over the phone.  What I

5  really spoke to her about, I don't know,

6  but I know we ended up filing the return.

7      Q    With respect to this schedule,

8  Schedule C, who furnished the information

9  regarding direct marketing?

10          MR. MINTZER:  Objection to

11     form.

12     A    The client.

13     Q    You can answer.

14     A    My client.

15     Q    Ms. Sanders?

16     A    Uh-huh.

17     Q    Do you recall what your

18  conversation was with her regarding --

19     A    I don't recall.

20     Q    And the code under B, Item B,

21  454390, what is that code?

22     A    I don't recall.

23     Q    Are you at all familiar with

24  that code?

25     A    Not as of today.

46

1    ▆▆▆▆▆▆▆▆▆▆
2    form. Asked and answered.
3    A    I don't recall.
4    Q    And Part 5 with respect to
5    Other Expenses, you also prepared this
6    schedule; is that correct?
7    A    Yes.
8    Q    Did you discuss these items
9    with Ms. Sanders?
10        MR. MINTZER:  Objection to
11   form. Asked and answered.
12   A    Well, I don't recall. Like I
13   said, we did the return at the height of
14   the season. Information was spoken about.
15   I don't recall specifically what you are
16   asking for.
17        MS. FRANCO:  Can we go off the
18   record a moment?
19        THE VIDEOGRAPHER:  Going off
20   record. Time is 10:40 a.m.
21             (A brief recess was
22        taken.)
23        THE VIDEOGRAPHER:  Going back
24   on record. Time is 10:44 a.m.
25   Q    ▆▆▆▆▆▆▆▆ still referring

47

1    ███████████

2    to what has been marked ████ 6, the

3    2001 tax return for Ms. Sanders, other

4    than Ms. Sanders, did you have any

5    conversations with anyone else regarding

6    preparation of this return?

7         A     Why would I speak to somebody

8    else about her return?

9         Q     Well, my question to you is:

10   Did you have any conversations with anyone

11   else regarding this return?

12        A     No.

13        Q     So the only person that you

14   had a conversation with regarding

15   preparation of the return was Ms. Sanders?

16              MR. MINTZER:  Objection to

17        form.  Asked and answered.

18        Q     Is that correct?

19        A     Yes.

20        Q     And did anyone other than

21   Ms. Sanders provide you with the

22   information that is contained in the

23   return?

24              MR. MINTZER:  Objection to

25        form.

48

1      ▓▓▓▓▓▓▓▓
2      A    It could only be Ms. Sanders.
3      Q    And that is true with respect
4 to the information contained in
5 Schedule C?
6           MR. MINTZER:  Objection to
7      form.
8      A    Yes.
9      Q    None of the information
10 contained in Schedule C was made up by
11 you?
12          MR. MINTZER:  Objection to
13     form.
14     A    I don't recall.
15     Q    Are there any occasions where
16 you actually make up information rather
17 than use information that a client gives
18 to you?
19          MR. GUNZBURG:  Objection.  I
20     am going to object.  Don't answer
21     that question.  You are going to have
22     to be a lot more specific than that.
23     I am not going to let him answer that
24     question.
25          (Directive to witness.)

59

1      ████████

2          MR. MINTZER:  Objection to

3      form.  Asked and answered.

4      A     That's what they do is carries

5   it forward.

6      Q     But you didn't have the form

7   the year before?

8      A     I understand that.  We did the

9   return in 2001, but used the same system

10  for 2002.  In that system, it gives you

11  the capability to provide organizer to

12  help the client to prepare their

13  information to file their tax return.

14         So whatever was filed in 2001

15  gets pro forma to 2002.

16         Hopefully.  I am not a

17  computer person, so I don't know if it's

18  really doing what it's supposed to do.

19         So certain boxes seem to be

20  checked, some boxes are not filled in.  I

21  was new to the system, how this works, how

22  we gave it to the client, hopefully they

23  fill it out to the best of their ability.

24  Again, some do and some don't.

25         We don't have, like, a score

```
                                                            63
 1            ▓▓▓▓▓▓▓▓▓▓
 2      A     Yes.
 3      Q     What are the documents?
 4      A     This is, I guess, all forms we
 5  used to prepare her federal and states tax
 6  returns.
 7      Q     And were these 2002 returns
 8  prepared by you?
 9      A     Yes.
10      Q     Who did you speak to in
11  connection with preparation with these
12  returns?
13      A     Ms. Sanders.
14      Q     And did you speak to anyone
15  else other than Ms. Sanders --
16      A     No.
17      Q     -- regarding the preparation
18  of her returns?
19            Do you recall when you spoke
20  to Ms. Sanders?
21      A     No.
22      Q     Do you recall on how many
23  occasions you spoke to Ms. Sanders?
24      A     No.
25      Q     And referring to Page ▓▓ 61,
```

69

1   ▇▇▇▇▇▇▇▇
2   group of documents that you produced, now
3   marked ▇-121 through ▇-144.
4           Do you recognize these
5   documents?
6       A   Yes.
7       Q   And what are these documents?
8       A   These were the forms we used
9   to prepare her individual and state tax
10  returns for 2003.
11      Q   And did you prepare the
12  returns for Ms. Sanders for 2003?
13      A   Yes.
14      Q   And did you speak to
15  Ms. Sanders regarding the 2003 return?
16      A   Yes.
17      Q   Do you recall when you spoke
18  to her?
19      A   No.
20      Q   Do you recall on how many
21  occasions you spoke to her regarding the
22  preparation of the 2003 return?
23      A   No.  We don't keep a log of
24  clients when we call them because we don't
25  bill them on calls, so we don't keep a

70

1           [REDACTED]
2    log.
3       Q    Do you recall if you ever met
4    with Ms. Sanders in person regarding
5    preparation of the 2003 return?
6       A    No, I don't believe I did.
7       Q    Did you speak to anyone else
8    other than Ms. Sanders regarding
9    preparation of the 2003 return?
10          MR. MINTZER:  Objection to
11      form.
12      A    No.
13      Q    Did anyone else provide you
14   with information, other than Ms. Sanders,
15   that's contained in the 2003 return?
16          MR. MINTZER:  Objection to
17      form.
18      A    I don't recall.
19      Q    You testified that you only
20   spoke to Ms. Sanders regarding the 2003
21   return; is that correct?
22      A    Correct.
23      Q    And you are now testifying
24   that you don't recall whether anyone else
25   provided you with information regarding

71

1      █████████

2   the 2003 return?

3            MR. MINTZER:  Asked and

4      answered.  Argumentative.

5      Mischaracterizes the testimony.

6        A      I'm confused because when

7   Madison Square Garden, whoever sends

8   information, that's used to prepare the

9   tax return.  So when you say other people,

10  like, she does not -- she gets this from

11  somebody else.  So that's why I'm not

12  clear on your question because other

13  people would mean anybody who sends her

14  this information she has to file this on

15  her tax return.

16           So when you say other people,

17  can you be more specific?

18       Q     I certainly will.

19           In 2003, prior to preparation

20  of the 2003 tax return, did you speak to

21  someone from Madison Square Garden?

22       A     No.

23       Q     Did you speak to anyone other

24  than Ms. Sanders regarding preparation of

25  the return?

```
 1         [REDACTED]
 2     A    No.
 3     Q    Did anyone other than
 4  Ms. Sanders provide you with information
 5  regarding the 2003 return?
 6         MR. MINTZER:  Objection to
 7     form.  Asked and answered.
 8     A    No.
 9     Q    Your answer is no?
10     A    No.
11     Q    Thank you.
12         And with respect to the
13  document that that's marked [REDACTED]-124,
14  Schedule C, Profit or Loss From Business,
15  did you speak to anyone other than
16  Ms. Sanders regarding preparation of that
17  schedule?
18         MR. MINTZER:  Objection to
19     form.
20     A    No.
21     Q    Did anyone else other than
22  Ms. Sanders provide information to you
23  regarding preparation of that schedule?
24         MR. MINTZER:  Objection to
25     form.
```

73

1        ▓▓▓▓▓▓▓
2        A    No.
3        Q    Do you recall discussing with
4    Ms. Sanders preparation of the Schedule C
5    to the 2002 return?
6             MR. MINTZER:  Objection to
7        form.
8        A    I don't recall.
9        Q    Sorry.  2003 return.
10       A    I don't recall.
11            ▓▓▓▓ Exhibit 13, ▓▓-145
12       through ▓▓ 156, was marked for
13       Identification.)
14       Q    ▓▓▓▓▓▓▓ I show you a
15   group of documents that you produced that
16   are now marked ▓▓-145 through ▓▓ 156.
17            I ask you:  Do you recognize
18   this document?
19       A    Yes.
20       Q    What are those documents?
21       A    These are documents to help
22   prepare her tax return.
23       Q    And are these documents that
24   you maintained in your files?
25       A    Yes.

76



```
 1                    ███████
 2         pending.
 3         Q    █████████  I show you a
 4    group of documents which you produced, now
 5    marked ██157 through ██179.
 6              I ask you:  Do you recognize
 7    the documents?
 8         A    Yes.
 9         Q    And what are these documents?
10         A    These were the documents used
11    to prepare the former client's 2004 tax
12    returns.
13         Q    And did you prepare the 2004
14    tax returns for Ms. Sanders?
15         A    Yes.
16         Q    And did you speak to
17    Ms. Sanders prior to preparation of the
18    2004 return?
19         A    No.
20              Can we get some clarification
21    on that question?
22         Q    Now, referring you to --
23              MR. GUNZBURG:  He has a
24         question.  An ambiguity as to the
25         last question.
```

77

1       ██████████

2     A     I have a question. You said
3  did I speak to her prior to --
4     Q     I am going to clarify the
5  question. But you have to give me an
6  opportunity to clarify the question.
7        MR. GUNZBURG:  Sorry.
8     Q     Referring to Page ██-158,
9  second page, at the bottom of the page,
10 the date 3-29-05, what is that date?
11    A     That would be the date we
12 printed it from the computer.
13    Q     Would that be the date that
14 you completed the return?
15    A     No. That was the date we
16 printed it from the computer.
17    Q     Do you know when you completed
18 the return?
19    A     I don't recall.
20    Q     My question is: Prior to
21 March 29 of 2005, did you have any
22 conversation with Ms. Sanders regarding
23 preparation of the 2004 return?
24    A     I don't recall.
25    Q     And prior to March 29, 2005,

```
                                                              176

 1              ████████████
 2    2001 return that would have been prepared
 3    in 2002, you would not have included
 4    information on that return were it not
 5    information that you were led to believe
 6    was relevant to that return?
 7              MR. MINTZER:  Objection to
 8        form.
 9              MR. GUNZBURG:  Hold on a
10        second.  Could you just repeat the
11        question.
12              (Requested portion of record
13        read.)
14              MR. MINTZER:  You have my
15        objection.
16        A     We prepare returns based on
17    information that our clients give to us.
18    And so we had conversations with
19    Ms. Browne Sanders, which were
20    undocumented, and we would not sign the
21    return if we felt the return was
22    fraudulent.
23        Q     All right.
24              And just let me be clear about
25    your testimony.  And that is that in the
```

177

1    ▇▇▇▇▇▇▇
2    calendar year 2002 when you prepared the
3    2001 return, that return would have been
4    prepared based on information you received
5    from Ms. Browne Sanders; is that correct?
6            MR. MINTZER:   Objection to
7        form.   Asked and answered.
8        A    Yes.
9        Q    Because it would be fair to
10   say that in any tax year, you would not
11   add information to a return if you did not
12   have a basis for it received from the
13   individual that you were doing the return
14   for; is that correct?
15           MR. GUNZBURG:   Are you talking
16       about generally, or talking about
17       Anucha Browne Sanders?
18           MS. FRANCO:   I am talking
19       about generally.
20           MR. MINTZER:   Objection to
21       form.   Your questions are so leading,
22       and really, you are testifying for
23       this witness.
24           MS. FRANCO:   I consider him to
25       be an adverse witness.