From: Brock Weaver CPA
To: Anucha Browne Sanders
RE: 2005 Income Taxes
Date: 4/3/06

Items for attention

1. Donations- Including any out of pocket costs for Tsunami or Katrina relief
2. Merrill Lynch investment income- I understand Jeff will drop this off.
3. Any direct marketing income or expenses in 2005? There were expenses listed on Schedule C- Self Employment for 2004.
4. Any daycare? There were amounts paid to the Summit YMCA for 2004
5. Any personal property tax for excise tax paid? You paid $49 in 2004.
6. Did you live with your husband for all of 2005?
7. Can you give me birth dates for you and your children?
8. I have mortgage interest statements from Bank of America ($12,360) and Merrill Lynch ($4,032).
9. It looks like Bank of America is your first mortgage and Merrill Lynch was for remodeling. However the Bank of America statement shows that mortgage was paid off. Do you think we are missing any interest that was paid?

