# 2003 AMENDED TAX RETURN FILING INSTRUCTIONS
## U.S. INDIVIDUAL AMENDED INCOME TAX RETURN

**FOR THE YEAR ENDING December 31, 2003**

| | |
|---|---|
| **Prepared for** | Anucha Browne-Sanders |
| **Prepared by** | Leon M. Reimer & CO., P.C.<br>805 Third Avenue, 11th Floor<br>New York, NY 10022 |
| **Amended Result** | Original Refund $ 5,171<br>Amended Balance Due $ 14,141<br>Balance Due $ 19,312 |
| **Make check payable to** | United States Treasury |
| **Mail tax return and check (if applicable) to** | Internal Revenue Service Center<br>Philadelphia, PA 19255 |
| **Return must be mailed on or before** | Please mail as soon as possible. |
| **Special Instructions** | The return should be signed and dated.<br><br>Include your social security number, daytime phone number and the words "2003 Form 1040." on your check. |

LR 0117

300086
05-01-03

CONFIDENTIAL          MSG   40365

Dockets.Justia.com

# Form 1040X — Amended U.S. Individual Income Tax Return

(Rev. November 2003) Department of the Treasury - Internal Revenue Service
OMB No. 1545-0091

This return is for calendar year ▶ 2003, or fiscal year ended ▶

Your first name and initial: **ANUCHA BROWNE-SANDERS**
Last name:
Your social security number:

If a joint return, spouse's first name and initial:
Last name:

Home address (no. and street) or P.O. box if mail is not delivered to your home:
Apt. no.:
Phone number:

For Paperwork Reduction Act Notice, see page 6.

A If the name or address shown above is different from that shown on the original return, check here
B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No
C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☒ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☐ Married filing jointly ☒ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

| Use Part II on page 2 to explain any changes<br>Income and Deductions (see pages 2-6) | | A. Original amount or as previously adjusted (see page 2) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 239,795. | 21,258. | 261,053. |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 53,636. | <11,788.> | 41,848. |
| 3 Subtract line 2 from line 1 | 3 | 186,159. | 33,046. | 219,205. |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 | 4 | 5,612. | <5,612.> | 0. |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 180,547. | 38,658. | 219,205. |
| 6 Tax (see page 4). Method used in col. C  SCH. D | 6 | 50,012. | 18,112. | 68,124. |
| 7 Credits (see page 4) | 7 | 1,200. | <1,200.> | 0. |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 48,812. | 19,312. | 68,124. |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 48,812. | 19,312. | 68,124. |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | 53,983. | | 53,983. |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | | | 16 | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | |
| 18 Total payments. Add lines 11 through 17 in column C | | | 18 | 53,983. |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 5,171. |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 48,812. |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | 19,312. |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | |
| 23 Amount of line 22 you want refunded to you | 23 | |
| 24 Amount of line 22 you want applied to your _____ estimated tax | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature / Date
Spouse's signature. If a joint return, both must sign. / Date

**Paid Preparer's Use Only**
Preparer's signature: [signed]  Date: NOV 22 2006  Check if self-employed ☐  Preparer's SSN or PTIN: P00177804
Firm's name (or yours if self-employed), address, and ZIP code: LEON M. REIMER & CO., P.C.
805 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 10022
EIN: 13-3136076
Phone no.: 212-986-4300

LHA 310701 11-05-03

Form 1040X (Rev. 11-2003)

LR 0118

CONFIDENTIAL          MSG   40366

# 2004 AMENDED TAX RETURN FILING INSTRUCTIONS
## U.S. INDIVIDUAL AMENDED INCOME TAX RETURN

FOR THE YEAR ENDING
December 31, 2004

| | |
|---|---|
| **Prepared for** | Anucha Browne-Sanders |
| **Prepared by** | Leon M. Reimer & CO., P.C.<br>805 Third Avenue, 11th Floor<br>New York, NY 10022 |
| **Amended Result** | Original Refund          $   1,583<br>Amended Balance Due $  17,558<br>Balance Due              $  19,141 |
| **Make check payable to** | United States Treasury |
| **Mail tax return and check (if applicable) to** | Internal Revenue Service Center<br>Philadelphia, PA 19255 |
| **Return must be mailed on or before** | Please mail as soon as possible. |
| **Special Instructions** | The return should be signed and dated.<br><br>Include your social security number and the words "2004 Form 1040" on your check. |

400088
05-01-04

LR 0012

CONFIDENTIAL          MSG  40260

# Form 1040X — Amended U.S. Individual Income Tax Return

(Rev. November 2004) — Department of the Treasury - Internal Revenue Service
OMB No. 1545-0091
► See separate instructions.

This return is for calendar year ► **2004**, or fiscal year ended ►

Your first name and initial: **ANUCHA**    Last name: **BROWNE-SANDERS**

Your social security number: [blank]

If a joint return, spouse's first name and initial: [blank]    Last name: [blank]

Home address (no. and street) or P.O. box if mail is not delivered to your home: [blank]    Apt. no.: [blank]    Phone number: [blank]

For Paperwork Reduction Act Notice, see page 6.

- **A** If the name or address shown above is different from that shown on the original return, check here ► ☐
- **B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No
- **C** Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.
  - On original return ► ☐ Single ☐ Married filing jointly ☐ Married filing separately ☒ Head of household ☐ Qualifying widow(er)
  - On this return ► ☐ Single ☐ Married filing jointly ☒ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)
  - *If the qualifying person is a child but not your dependent, see page 2.

Use Part II on page 2 to explain any changes

| Income and Deductions (see pages 2-6) | | A. Original amount or as previously adjusted (see page 3) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 235,073. | 20,516. | 255,589. |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 50,687. | <11,936.> | 38,751. |
| 3 Subtract line 2 from line 1 | 3 | 184,386. | 32,452. | 216,838. |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 | 4 | 6,696. | <6,696.> | 0. |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 177,690. | 39,148. | 216,838. |
| **Tax Liability** | | | | |
| 6 Tax (see page 4). Method used in col. C **QDCGTW** | 6 | 49,423. | 17,941. | 67,364. |
| 7 Credits (see page 4) | 7 | 1,200. | <1,200.> | 0. |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 48,223. | 19,141. | 67,364. |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 48,223. | 19,141. | 67,364. |
| **Payments** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | 49,806. | | 49,806. |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 49,806. |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 1,583. |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 48,223. |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 19,141. |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | |
| 23 Amount of line 22 you want refunded to you | 23 | | | |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | | | |

**Sign Here** — Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: [signed]    Date: [blank]
Spouse's signature. If a joint return, both must sign.    Date: [blank]

**Paid Preparer's Use Only**

Preparer's signature: [signed]    Date: 11/21/06    Check if self-employed ☐    Preparer's SSN or PTIN: P00177P0Y

Firm's name (or yours if self-employed), address, and ZIP code: **LEON M. REIMER & CO., P.C., 805 THIRD AVENUE, 11TH FLOOR, NEW YORK, NY 10022**

EIN: 13-3136076    Phone no.: 212-986-4300

LHA   410701 11-03-04    Form **1040X** (Rev. 11-2004)

LR 0013

CONFIDENTIAL     MSG 40261