

CONFIDENTIAL                                            MSG 41154

Dockets.Justia.com



March 17, 1999                          REDACTED



Dear 

This is to inform you that, as a result of a decision made during your investigative hearing on March 11, 1999 your services are no longer required by Madison Square Garden.

Please return your identification card in the enclosed envelope if you have not already done so.

Sincerely,

Mark Parauda

Mark Parauda
Recruitment & Employee Relations Administrator

cc:    Food & Merchandise Department
       Robert Demand, Local 100 Business Representative
       Human Resources File

Enclosure

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6000

CONFIDENTIAL                                              MSG   41155

UNITED STATES POSTAL INSPECTION SERVICE

NEW YORK DIVISION

February 18, 1999

Mr. Fred Sasso
Security Director
Madison Square Garden

Mr. Sasso,

This letter is to inform you that ▮▮▮▮▮▮▮▮ was arrested for Conspiracy to Commit Bank Fraud on February 11, 1999. Please be advised that during this investigation credit card slips from purchases made at Madison Square Garden were recovered.

Please contact Postal Inspector Ken Fish (212) 330-2284 if there are any ongoing credit card fraud investigations or if there is any discovery of missing credit card slips.

Thank you for your cooperation in this investigation.

Sincerely,

K. S. Fish
Postal Inspector

P.O. BOX 555
NEW YORK NY 10116-0555
TELEPHONE: (212) 330-2284
FAX: (212) 330-3823

CONFIDENTIAL                                    MSG   41156

Revised 10/96

# MADISON SQUARE GARDEN
*The World's Most Famous Arena*

## EVENT EMPLOYEE COUNSELING/DISCIPLINE NOTICE

| Employee's Last Name | First Name | Middle Initial | Social Security Number | Union Name & Local (if applicable) |
|---|---|---|---|---|
| ███████████ | ███████ | | | 100 |

| Job Title | Department |
|---|---|
| Utility Runner - Seats | Food & Merchandise |

Date of Action: 2/19/99

You Are Hereby Given: (check one)
- ☐ Verbal Reprimand (for record keeping only; do not issue copy to employee)
- ☐ Written Reprimand (Fill-in 1st, 2nd, etc.): _____
- ☐ Suspension: # of Days/Event-Days _____ Dates of Suspension _____
- ☒ Investigative Layoff

### Nature of Violation

- ☐ Failure to Complete Work
- ☐ Failure to Follow Instructions or Regulations
- ☐ Falsification of Records
- ☐ Foul Language
- ☐ Inappropriate Customer Service
- ☐ Insubordination
- ☐ Misconduct
- ☐ Poor Work Performance
- ☐ Safety
- ☐ Theft
- ☐ Uniform/Grooming Violation

- ☐ Cash/Merchandise Handling Violation
  Total Sales: _____ x 1% = * _____
  *If 1% is less than $5.00, then default is a base of $5.00.
  Over/Short (Must be greater than $5.00 for violation): _____
  Variance: _____
  Points: _____
  Total Points: _____
- ☐ Time & Attendance Violation
  No Show _____
  Lateness _____
  Call Out _____
  Total Points _____
- ☒ Other: _____

### Reason for Action (Explain in Detail/Print Clearly)

2/19 Garden Sargeants office alerted by the U.S. Postal Service that ███ has been indicted for CONSPIRACY TO COMMITT BANK FRAUD. ███ IS BEING PLACED ON INVESTIGATIVE LAYOFF UNTIL THIS IS RESOLVED.

Employee's Signature (Indicates receipt of reprimand): ███████   Date: _____

*If you are experiencing any personal problems, you may contact the EAP Hotline at 800-327-4844.*

Prepared by: Thomas Casey   Date: 2/19/99

Approved by Department Supervisor: _____   Date: _____

DISTRIBUTION: 1. White H.R.   2. Green Supervisor   3. Canary Employee   4. Pink Union (if applicable)

CONFIDENTIAL         MSG  41157

# MADISON SQUARE GARDEN
## EMPLOYEE CODE OF CONDUCT

- Public trust and confidence are the greatest assets held by Madison Square Garden. It is the responsibility of all employees to uphold that trust by performing their duties with integrity and professionalism. The public's image of Madison Square Garden are a reflection of our appearance, behavior, and attitude. Each employee must maintain a helpful and courteous attitude while striving to maintain a safe and clean environment. Following the directives listed below will help to ensure compliance with our standards of conduct. Failure to conform to these directives will subject the employee to disciplinary action up to and including discharge.

- All employees will be knowledgeable of upcoming events and facilities and will provide information when it is requested.

- Guests entering the Facility will be treated courteously, always being called "Sir" and "Madam" and the words "Please" and "Thank You" will be used when making requests. When providing directives to guests, a firm but polite tone should be used. Do not yell.

- If we cannot render immediate assistance it is our responsibility to notify and bring to the guest the employees who can address their problem. If a guest requests our name or ID number or the name of our supervisor for any reason we will provide it.

- All employees are expected, when on duty, to be well groomed and in proper uniform and shoes.

- Smoking, eating or drinking on duty, and in public view when off duty is not allowed.

- All employees are required to pick up incidental trash e.g., napkins, cups, food wrappers, on floors/phone locations in plain view.

- Excessive lateness or absenteeism will not be tolerated.

- Early action and warnings may prevent situations from escalating. Always be attentive and try to deal with situations before they become difficult.

- The use of obscene, vulgar or abusive language or excessive force is not allowed no matter what the provocation may be.

- Sitting in an unoccupied seat during an event, or viewing a performance from a stand or a gate is not allowed.

- All employees are expected to maintain and operate all company property in a safe manner. Any employee damaging, defacing or negligent in the care of company property is subject to immediate disciplinary action up to and including termination.

- Any participation by an employee in the unauthorized sale and/or resale of an MSG event ticket is strictly prohibited and will subject the employee to immediate disciplinary action up to and including termination.

- Unauthorized leave from post or sleeping on duty is not allowed and will subject the employee to immediate disciplinary action up to and including termination.

- Allowing the unauthorized entry of individuals into the building, upgrading seat locations, ticket changing, allowing guests to sit in a seat for which they do not have a ticket and/or the acceptance of payments for entry into the building, is strictly forbidden and will subject the employee to immediate discharge. Tips may not be solicited, but may be accepted when a guest desires to reward exceptional service.

- All media inquiries are to be directed to a management member of Corporate Communications or Public Relations. In no case should anyone other than a Corporate Communications or Public Relations management employee make a comment to the media. Any employee violation of this policy is subject to disciplinary action, up to and including termination.

- There are specific work rules applicable to each department within the Company. This code of conduct is not meant to limit those work rules, but to supplement them.

Date: [redacted]

Signature of Employee: [redacted]

Print or Type Name:

Job Title:

White - Employee, Yellow - Human Resources, Green - Department

CONFIDENTIAL                                                                                    MSG 41158

**MADISON SQUARE GARDEN**
*ITT/Cablevision*

| | | | |
|---|---|---|---|
| To: | Lynn Carfora | Date: | March 4, 1999 |
| From: | Grisel Padro | Phone: | 6429 |
| Subject: | ███ | Copies: | M. Parauda |

Due to the attached violation of Madison Square Garden Policy and/or prior reprimands for other various infractions of Madison Square Garden policies, I recommend that ███ be terminated.

Approved: _____
Thomas Varney, Director
Food Operations

Approved: _____ 3/4/99
Chuck Troccoli, Vice President
Food and Merchandise

enc.

HR TERMFORM.DOT

**CONFIDENTIAL**

MSG 41159