

CONFIDENTIAL                                           MSG   41160



REDACTED

February 21, 2001



Dear 

We wish to notify you that Madison Square Garden does not intend to consider you for employment with our organization. Our intention in this regard is wholly or partially based on information contained in a background investigation you authorized us to obtain in connection with your application for employment.

In accordance with the Fair Credit Reporting Act, enclosed is a copy of your background check and written Summary of Your Rights under the Act.

Again, we appreciate your interest in Madison Square Garden.

Sincerely,

*Mark Parauda*

Mark Parauda
Recruiter & Employee Relations Administration

Enclosure

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212 . 465 . 6000

CONFIDENTIAL                                    MSG   41161

2

Return
Date/Time:     02/07/2001 @ 08:24:21 AM

REQUEST INFORMATION

Client Name:    CSC HOLDINGS, INC.
Req.#/Date:     570984 / 02/05/2001 @ 08:00:00 AM
Request Type:   CFMI / COUNTY FELONY & COUNY SEAT MISDEMEANOR
St/Cnty/Seat:   NY / BRONX / BRONX
Control #:
Subject Name:
SSN:
DOB:

CRIMINAL HISTORY                                              REDACTED

Response:       RECORD FOUND
Dates Checked:  01/26/1994 - 01/26/2001
Court Name:     OCA (Access Fee: $16.00 )
Juris Check:    FELONY & MISDEMEANOR
Casenumber:
Casetype:       ...NOR
Offense:        CT1: ATTEMPTED ASSAULT 3RD DEGREE (M); CT2: HARASSMENT 2ND DEGREE (V)
Offense Date:   04/14/1997
Judgement:      PLED GUILTY
Disposition:    CT2: PLED GUILTY; SENTENCED TO CONDITIONAL DISCHARGE; FINAL ORDER OF PROTECTION; DO NOT SEAL; CT1: COVERED BY PLEA
Disp. Date:     05/19/1997
Verified By:    NAME AND DOB
Name on File:

CRIMINAL HISTORY

Response:       RECORD FOUND
Dates Checked:  01/26/1994 - 01/26/2001
Court Name:     OCA (Access Fee: $16.00 )
Juris Check:    FELONY & MISDEMEANOR
Casenumber:
Casetype:       MISDEMEANOR
Offense:        CT1: ATTEMPTED ASSAULT 3RD DEGREE (M); CT2: HARASSMENT 2ND DEGREE (V)
Offense Date:   04/14/1997
Judgement:      PLED GUILTY
Disposition:    CT2: PLED GUILTY; SENTENCED TO CONDITIONAL DISCHARGE; FINAL ORDER OF PROTECTION; DO NOT SEAL; CT1: COVERED BY PLEA
Disp. Date:     05/19/1997

http://www.gaprs.com/gachk/0564/570984.htm

02/08/2001

Page 2 of 2

Verified By: NAME AND DOB
Name on File: 

End of Report for: 

Click BACK button to return to Index

http://www.gaprs.com/gachk/0564/570984.htm

02/08/2001

CONFIDENTIAL

MSG  41163



CONFIDENTIAL                                                    MSG   41166

# APPLICATION FOR EMPLOYMENT

**MADISON SQUARE GARDEN** · **RADIO CITY ENTERTAINMENT** · **MSG NETWORK** · **Hartford Civic Center**

| FOR HUMAN RESOURCES USE ONLY |
|---|
| ID: |
| DATE RECEIVED: |
| FILE CATEGORY: |
| Usher |
| 2/6 OK MA |

**Name** (Please Print) — Last / First / Middle [REDACTED]

**Address** (Please Print) — Street and Number / City / State / Zip Code

Home Phone _____ School or Business Phone _____ Social Sec. No. _____

Are you at least 18 years of age? ☒ Yes ☐ No
Are you legally eligible to work in the U.S.? ☒ Yes ☐ No      REDACTED

Do you have relatives working for Madison Square Garden, L.P. or any of its operations? ☐ Yes ☒ No
If so, name _____ Company / Department _____

## Position Objective

**Type of Employment:** ☒ Full-Time ☐ Part-Time ☐ Temporary ☐ Seasonal

**Total Number of hours per week desired:** 40

**Referred by:** Fill in Recruiting Source Code

**Recruiting Source:**
- AD - Advertisement
- BR - Business Referral
- CA - Community Agency
- CS - Student Placement
- DR - Department Referral
- ER - Employee Referral*
- EA - Employment Agency**
- EX - Executive Search
- I - Internet
- FE - Former Employee
- IN - Intranet
- JL - Job Line
- UR - Unsolicited Resume
- WI - Walk In
- OO - Other

* Referred By _Local 176_   ** Agency Name _____

**Location:** ☒ NEW YORK ☐ HARTFORD

Please describe the type of position you are seeking: _Ushering, and showing people to there seats._

If possible, please list the department you are interested in: _Ticket taking or Ushering._

Salary required $_____ per _____   What day would you be available to begin work? _ASAP_

Were you considered at any time in the past for employment or have you ever been employed with Madison Square Garden, L.P. or any of its operations? ☐ Yes ☒ No

If yes, please provide approximate date, the department and/or the position for which you were considered or employed _____

These inquiries are made for record purposes and reference checking. Omission or misrepresentation of facts may result in denial of employment or subsequent dismissal. Madison Square Garden, L.P. is an equal opportunity employer and considers all candidates for employment equally regardless of race, color, religion, national origin, sex, age, citizenship, disability, veteran status, marital status, or sexual orientation.

CONFIDENTIAL                                    MSG   41167

## Employment Experience

List all employment since high school include summer, cooperative education, and U.S. military service (you need to provide dates and relevant duties only). Start with your most recent position. Periods of unemployment should also be noted. Leave no gaps in time sequence. If you need more space, please use an additional sheet of paper.

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| URBAN Fetch | DELIVERING PACKAGES | 255 West 36TH ST | 877-833-9984 |

| Starting Date | | Leaving Date | | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | | | | |
| 3 | 2000 | | | $ wk/yr | $ wk/yr | | |

Name of immediate supervisor: GUY PECO
Supervisor's position title: MANAGER

Reason for leaving: STILL WORKING WITH COMPANY

Please describe your duties and responsibilities: TAKING PACKAGES TO THERE POINT OF DELIVER

May we contact your present employer now? ☒ Yes ☐ No   If no, when? _____   Employer's Phone Number _____

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| EARLY BIRD | SHIPPING PACKAGES | 65 West 36TH ST | |

| Starting Date | | Leaving Date | | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | | | | |
| 2 | 91 | 6 | 93 | $ wk/yr | $ wk/yr | | |

Name of immediate supervisor: GUY PECO
Supervisor's position title: MANAGER

Reason for leaving: MOVE TO ANOTHER COMPANY FOR REASONS

Please describe your duties and responsibilities: SAME AS ABOVE

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| COMPUTER SCAN | PRINTING | 132 FAIRFIELD AVE | |

| Starting Date | | Leaving Date | | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | | | | |
| 3 | 93 | 5 | 96 | $ wk/yr | $ wk/yr | MAKING RUBBER PLATES | SAME |

Name of immediate supervisor: JACK LILLY
Supervisor's position title: PRESIDENT

Reason for leaving: SOLD THE BUSINESS

Please describe your duties and responsibilities: I WAS MAKING RUBBER PLATES, AND WAS DOING THE SHIPPING FOR THE COMPANY

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| | | | |

| Starting Date | | Leaving Date | | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| Mo. | Yr. | Mo. | Yr. | | | | |
| | | | | $ wk/yr | $ wk/yr | | |

Name of immediate supervisor: _____
Supervisor's position title: _____

Reason for leaving: _____

Please describe your duties and responsibilities: _____

### Education

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| High School | Dewitt Clinton High School | | | | | | |
| Address | 25 West Moshulu Pkwy | | | | Graduated | ☒ Yes ☐ No | |

| | Name | Dates | | Graduate | Degree | Major Subject |
|---|---|---|---|---|---|---|
| | | From | To | | | |
| College | | | | ☐ Yes ☐ No | | |
| Address | | | | | | |
| Graduate School | | | | ☐ Yes ☐ No | | |
| Address | | | | | | |
| Law School | | | | ☐ Yes ☐ No | | |
| Address | | | | | | |
| Technical, Trade or Other | | | | ☐ Yes ☐ No | | |
| Address | | | | | | |

Now Attending: ☐ Undergraduate School  ☐ Graduate School _____ Other _____
                                                      Name of School

Scholastic honors, scholarships, assistantships, etc.: _____

_____

List publications, theses, etc. _____

College activities and offices held* (e.g. athletics, extra-curricular, honorary societies, class organizations, etc.) _____

_____

### Office Skills (If Applicable)

| Word Processing? | Typing? | Dictation? | Transcription? |
|---|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No W.P.M. | ☐ Yes ☐ No W.P.M. | ☐ Yes ☐ No |

List Hardware, Software Packages, Computer Literacy, Business Machines _____

_____
_____
_____
_____
_____

### Additional Personal Data

Have you ever been convicted of a felony?
(Note: Conviction does not automatically disqualify applicants) ☐ Yes ☒ No    If yes, explain _____

_____

Professional Organizations: Memberships and offices held* _____

_____

* Optional. You may exclude all information indicative of race, color, religion, national origin, sex, age, citizenship, disability, veteran status, marital status or sexual orientation as well as any information not-related to your job qualifications.

CONFIDENTIAL                                                                                    MSG   41168

## Additional Information

Please provide any other relevant information that you feel would be helpful to us in considering your application

I HAVE BEEN WITH LOCAL UNION 176, FOR ABOUT 8 YEARS AND I HAVE A LOT OF KNOWLEDGE, TO MAKE SURE THAT PEOPLE GET TO THERE SEATS.

### Proposed Policy for Employment Application

I certify that the information submitted by me is accurate and complete to the best of my knowledge and understand that any misrepresentation or omission of facts may result in the withdrawal of an offer of employment or subsequent dismissal if employed.

I hereby acknowledge that I have hereby been advised of and do hereby authorize the performance of a full background investigation by Madison Square Garden or its agents. Said investigation may include statements for the reason for the termination of work, work performance, abilities, and other qualities pertinent to any qualifications or employment; a full consumer credit report; criminal conviction check; verification of professional licensing; search of professional licensing; search of professional disciplinary records; check of educational and employment records, check of public documents including liens and judgements; as well as, a field investigation including interviews with current and former employers, references and others. It is understood and agreed that the results of said investigation, insofar as permitted by local, state and federal law, may be utilized in the assessment and evaluation of my application. I further consent to the duplication of this authorization for the purpose of obtaining such records as noted above

I hereby release the Company and its agents, as well as, any person or company providing information, from any liability arising directly from any such investigation. I also understand that as a condition of employment, I must submit to and satisfactorily pass, a drug test by urine sample. If I refuse to submit to a drug test or should the results be positive, it will be cause for rejection of my application or subsequent dismissal if employed. Such results may be disclosed to managers and supervisors on a need to know basis only and to those federal, state, and city agencies that require such information in execution of that agency's responsibilities

I understand that if I am employed, my employment will be at will and can be terminated by me or by the Company at any time, with or without cause, subject to all terms and conditions of any applicable Collective Bargaining Agreement. I fully understand that if I am employed that no contractual relationship, either direct or implied, will exist and that the Company may modify, change or revoke any of its employment policies, pay practices and/or benefits without my agreement

Upon your request in writing, the Company will let you know if it obtained the report described above and if so, what the report covered and who prepared it.

Signature of applicant [redacted]   Date 1/29/01

Madison Square Garden Human Resources  2 Penn Plaza 16th Floor, NewYork, NY 10121  msghr@thegarden.com
Hartford Civic Center Human Resources  1 Civic Center Plaza Hartford, CT 06103  www.hartfordciviccenter.com

CONFIDENTIAL                                    MSG   41170

## MADISON SQUARE GARDEN, L.P.
### CONFIDENTIALITY, CODE OF BUSINESS CONDUCT AND PROPRIETARY PROPERTY AGREEMENT

MADISON SQUARE GARDEN, L.P.   02-6-01
(Hereinafter referred to as the Company)   Date

_____ agree to the following:
(print name)

### 1. CONFIDENTIAL INFORMATION

**A. Non-Disclosure of Information**

I will neither disclose nor use for my own or another's benefit, during or after my employment, any information not publicly known (hereinafter called Confidential Information) relating to Madison Square Garden, L.P., its subsidiaries and affiliates, including the Company (hereinafter collectively called "Madison Square Garden, L.P."), unless authorized in writing by the Company. Confidential Information shall include, but not be limited to, Madison Square Garden, L.P.'s administrative procedures and manuals; business and financial plans, operations, projections, results and prospects; computer programs; customer, employee, stockholder and supplier information or lists; research efforts, trade secrets, Proprietary Property (as set forth in Section 3 below) and technical information; trademarks under consideration; terms and conditions of Madison Square Garden, L.P.'s contracts and agreements; as well as any information disclosed to Madison Square Garden, L.P. in confidence by third parties.

**B. Return of Information**

When my employment with the Company terminates, I will promptly deliver to the Company all materials in my possession containing such Confidential Information.

### 2. CODE OF BUSINESS CONDUCT

During my employment I may not engage in activities or have personal or financial interests that may impair, or appear to impair, my independence or judgment or otherwise conflict with my responsibilities to Madison Square Garden, L.P. Such activities and interests include, but are not limited to:

a. accepting fees, commissions or property in connection with any transaction on behalf of Madison Square Garden, L.P.;

b. accepting entertainment, gifts, transportation or any other favor or gratuity of more than nominal value from any current or would-be supplier, customer or competitor of Madison Square Garden, L.P., or any individual or enterprise having or seeking a business relationship with Madison Square Garden, L.P.;

c. having a financial interest in customers, suppliers, competitors or any enterprise that has a business relationship with Madison Square Garden, L.P., except where that financial interest is limited to 1% or less of a publicly held company;

d. borrowing from or lending to customers or suppliers except for normal banking transactions with financial institutions;

e. personally taking advantage of business opportunities that might be of interest to Madison Square Garden, L.P.

f. engaging in business with, or as, a competitor, customer, or supplier of Madison Square Garden, L.P., or having any other business transaction with Madison Square Garden, L.P., other than in the ordinary course of employment.

g. serving as an officer, director, agent, employee, consultant or promoter of or in any other capacity for any for-profit organization.

h. having family members (including spouse, parents, children, sisters, brothers, nephews and nieces either by blood or by marriage) employed by Madison Square Garden, L.P.

i. failure to comply fully and in good faith with all laws and regulations and with the highest ethical principles concerning the purchase and sale of securities by the Shareholders of MSG, L.P. (Cablevision Systems Corporation) or of other companies with which MSG, L.P., or Cablevision Systems Corporation have a relationship.

### 3. PROPRIETARY PROPERTY

**A. Copyrightable Works**

Copyrightable Works are original works such as computer programs; dramatic, graphic, literary, musical, pictorial works; and sound recordings. All Copyrightable Works I make or contribute to within the scope of my employment are works for hire and all rights to such works belong to the Company.

**B. Inventions**

Inventions include copyrightable works as well as other conceptions or creations such as designs, devices, ideas and improvements. I do hereby assign to the Company (or to the United States Government if the Company so directs) all of my rights to inventions that I make or conceive, either alone or with others, during my employment by the Company and for a reasonable period of not less than one year thereafter. This provision shall not apply, however, to inventions that are unrelated to the business of the Company (including its research and development) or that do not result from any work I do for the Company so long as they are developed entirely on my own time without the use of Madison Square Garden, L.P.'s equipment, supplies, facilities, or Confidential Information.

**C. Cooperation**

Without charge to the Company, and at the Company's expense, I will, both during my employment by the Company and at any time thereafter, sign all papers, including assignments of rights,

CONFIDENTIAL                                    MSG   41171

sole view of the Company, are necessary, proper and expedient to establish and protect the Company's rights in its inventions and Copyrightable Works.

0. Appointment of Agent

I irrevocably appoint the Chief Executive of the Company or the Chief Executive's designee to act as agent and attorney in fact to perform all acts necessary to obtain patents or copyrights to the Company's inventions or Copyrightable Works if (i) I refuse to perform those acts so requested or (ii) am unavailable, within the meaning of the United States Patent and Copyright laws.

4. EXTENT OF AGREEMENT

If I am employed by or transferred to a successor, subsidiary, affiliate of Madison Square Garden, L.P., or a joint venture or partnership in which it participates, this Agreement shall be continued during my employment by such other entity.

5. INTEGRATION AND BINDING EFFECT

This Agreement is the complete and exclusive statement of the agreement between the parties concerning the subject matter of this Agreement and supersedes all others. The terms hereof shall be binding upon myself, my heirs and my legal representatives. These terms shall not be waived or modified except by an instrument in writing signed by myself and an officer of the Company. NOTHING IN THIS AGREEMENT SHALL BE CONSTRUED AS A GUARANTEE OF EMPLOYMENT OR CONTINUED EMPLOYMENT.

6. SEVERABILITY

If any provision of this Agreement is held to be unenforceable for any reason, it shall be modified rather than voided, if possible, in order to achieve to the extent possible the intent of the parties to this Agreement. In any such event, all other provision of the Agreement shall be deemed valid and enforceable to the fullest possible extent.

7. REMEDIES

I understand that any breach of the Agreement may result in my immediate termination. I also understand that the company may, in addition, pursue its legal and equitable remedies in the event of a breach or threatened breach.

8. ACKNOWLEDGMENT

I acknowledge that I have read and understand this Agreement and that in consideration of my employment, the wages paid me and other good and valuable consideration, I do hereby agree to abide by the terms of this Agreement.

I understand that if I have any questions concerning my obligations under this Agreement, I should consult Human Resources.

This Agreement has been signed and retained by Human Resources.

Feb 6, 2001
Date



Signature of Employee

(Print or Type Name)

Usher
Position

Please list any of your activities or interests or those of your immediate family (parents, spouse, and children) that might conflict, or appear to conflict, with your responsibilities to Madison Square Garden, L.P.

_____
_____
_____
_____
_____

CONFIDENTIAL                                                    MSG   41172

 **EMPLOYEE CODE OF CONDUCT**

- Public trust and confidence are the greatest assets held by Madison Square Garden. It is the responsibility of all employees to uphold that trust by performing their duties with integrity and professionalism. The public's image of Madison Square Garden are a reflection of our appearance, behavior and attitude. Each employee must maintain a helpful and courteous attitude while striving to maintain a safe and clean environment. Following the directives listed below will help to ensure compliance with our standards of conduct. Failure to conform to these directives will subject the employee to disciplinary action up to and including discharge.

- All employees will be knowledgeable of upcoming events and facilities and will provide information when it is requested.

- Guests entering the facility will be treated courteously, always being called "Sir" and "Madam" and the words "Please" and "Thank You" will be used when making requests. When providing directives to guests, a firm but polite tone should be used. Do not yell.

- If we cannot render immediate assistance it is our responsibility to notify and bring to the guest the employees who can address their problem. If a guest or a member of management requests our name or ID number or the name of our supervisor for any reason we will provide it.

- All employees are expected, when on duty, to be well groomed and in proper uniform and shoes.

- Smoking, eating or drinking on duty, and in public view when off duty is not allowed.

- All employees are required to pick up incidental trash e.g., napkins, cups, food wrappers, on floors/phone locations in plain view.

- Excessive lateness or absenteeism will not be tolerated.

- Early action and warnings may prevent situations from escalating. Always be attentive and try to deal with situations before they become difficult.

- The use of obscene, vulgar or abusive language or excessive force is not allowed no matter what the provocation may be, including fighting with employees, guests, supervisors, managers or other individuals.

- Sitting in an unoccupied seat during an event, or viewing a performance from a stand or a gate is not allowed. Using your Madison Square Garden ID card to gain entry to an event or building is also not allowed.

- All employees are expected to maintain and operate all company property in a safe manner. Any employee damaging, defacing or negligent in the care or theft of company property is subject to immediate disciplinary action up to and including termination.

- Any participation by an employee in the unauthorized sale and/or resale of an MSG event ticket is strictly prohibited and will subject the employee to immediate disciplinary action up to and including termination.

- Unauthorized leave from post or sleeping on duty is not allowed and will subject the employee to immediate disciplinary action up to and including termination.

- Bringing a Firearm or any other weapon or dangerous instrument into the workplace is strictly forbidden. Violation of this policy will result in immediate discharge.

- Allowing the unauthorized entry of individuals into the building, upgrading seat locations, ticket changing, allowing guests to sit in a seat for which they do not have a ticket and/or the acceptance of payments for entry into the building, is strictly forbidden and will subject the employee to immediate disbursal. Tips may not be solicited, but may be accepted when a guest desires to reward exceptional service.

- All media inquiries are to be directed to a management member of Corporate Communications or Public Relations. In no case should anyone other than a Corporate Communications or Public Relations management employee make a comment to the media. Any employee violation of this policy is subject to disciplinary action, up to and including termination.

- There are specific work rules applicable to each department within the Company. This code of conduct is not meant to limit those work rules, but to supplement them.



Signature: ▓▓▓▓▓  
Date: Feb 6, 2001  
Print or Type Name: ▓▓▓▓▓  
Job Title: Usher

White - Employee, Yellow - Human Resources, Green - Department

**CONFIDENTIAL**  **MSG  41173**