**DAVE SHAW**
Senior Vice President
Technical Operations

REDACTED

August 8, 2003

Mr. 

Dear 

As we have discussed, you are hereby discharged by MSG Networks. For salary purposes, your discharge will be effective two weeks from the date of this letter. You will be on paid leave status from now until then and will not be coming to work.

The reason for your discharge is your repeated acts of misconduct. The latest incident occurred on July 12th when you double-booked yourself for work at Madison Square Garden, working as a camera operator for ABC-TV at the same time you were scheduled for your camera position in your staff position at Madison Square Garden Network. The result was that you were not at your scheduled position for SportsDesk, and you were paid by both companies during an overlapping schedule.

As you know, you served a suspension for this very same violation in November 1999. You also served a suspension in October 2001 for other acts of misconduct, and you agreed to a "Last Chance Agreement."

Your actions on July 12th constituted "dishonesty" and "other just cause" for your dismissal under the MSG Network – Local 1212 Collective Bargaining Agreement ("CBA").

This letter, a copy of which is being sent to Local 1212, constitutes the notice of cause of discharge required under Article II, Section 25 of the CBA.

Sincerely,

David Shaw
MSG Networks

MADISON SQUARE GARDEN NETWORKS
Four Pennsylvania Plaza
New York, NY 10001-2886
Tel 212.465.5965 Fax 212.465.4489



CONFIDENTIAL                                    MSG   41128

July 14, 2003

Dear Mr. Shaw,

As an employee and shareholder Madison Square Garden Network I am curious if there has been a change in policy regarding working in your department.

During the WNBA All Star Game on July 12, 2003 Mr. ███ was paid for working a WDO for Madison Square Garden Network from 4:30 to 12:30 PM. Mr ███ was also working on the ABC Telecast during the same hours.

During these times of cutbacks do you condone the practice of employees working for other clients while on the MSG payroll at a time and half premium rate? (This double dipping eliminates your staffing the position at a straight time rate.)

Since this was done in full view of employees working on the aforementioned day I assume you are setting a policy that such "no show" practice will be permitted in the future.

Thank you

CONFIDENTIAL                                                              MSG   41129

IBEW Local 1212
225 West 34th Street Suite 1120
New York, New York 10122

Mr. Dave Shaw
Madison Square Garden Networks
Four Pennsylvania Plaza
New York, New York 10001



CONFIDENTIAL                                                          MSG    41130

Page 1 of 1

**Shaw, David**

From: █████████
Sent: Wednesday, July 30, 2003 11:07
To: David.shaw@thegarden.com
Subject: Resolving our differences

Dave

   Please allow me to apologize for yesterdays' meeting and for any differences that we have had regarding this matter. I understand that my first pirority must be my duties as assigned by you offices. I further understand that I will ask permission to do any additional work and that work will not over lap in any time frame with my duties at the MSG.
   I am sorry for the trouble that I have caused for you in the past and wish that I could somehow prove to you that I won't cause any in the future. When I remarried I took on the additional responsibilities of two stepdaughters and I wasn't really aware of the scope of a larger family, this has forced me to work as much as possible in order to keep my head above water..
This may have altered my judgement in this matter, it won't in the future.

I wish to offer to work two days off gratis,or to donate that amount to the garden charity as a way of showing my good faith in this matter. Again please accept my apology for the trouble caused to you by this.

Respectfully

█████████

8/1/2003



To: ███████

From: Dave Shaw

Subject: Suspension

Date: November 29, 1999

Phone: x5965

Copies: M. McCarthy
Local 1212 IBEW
Human Resources

As a follow-up to our meeting November 11th, your involvement in two recent incidents has caused the company to take disciplinary action.

First, you knowingly double-booked yourself on October 22nd, where you were paid both by this company and an outside group, ESPN, which is a violation of a policy known by you and the Union. Second, on October 27th, security and police officers from Yankee Stadium ejected you after a problem you had with a security officer, while working a MSG post-game telecast. The Stadium security requested you not return there to work.

After investigating both incidents, and due to past disciplinary issues, you will receive a two-week suspension without pay, effective Tuesday, November 30, 1999. You will also not be assigned to any work at Yankee Stadium for the 2000 season. Any further incidents will result in further disciplinary action, up to and including termination.

As we have discussed, the company offers an Employee Assistance Program that you are entitled to participate, if you choose to.

CONFIDENTIAL                                                                         MSG   41132

Shaw, David

**From:** Shaw, David
**Sent:** Monday, November 22, 1999 8:08 AM
**To:** Hausner, Marilyn
**Cc:** McCarthy, Michael; Bracken, Michael
**Subject:** ▮▮▮▮ discipline

Marilyn,

As we have discussed, we have a disciplinary issue with ▮▮▮▮ staff technician. I completed my investigation today.

Incident One:

▮▮▮▮ double-booked himself here at MSG, violating a policy agreed to by both MSG and Union Local 1212, along with MSG's conflict of interest rules. He worked as a cameraman on MSG SportsDesk October 22nd, and a robotic camera operator for ESPN on a Rangers game the same evening. He was not at his position for MSG, and had someone cover his shift. He was paid full rates by both MSG & ESPN. He never informed MSG management of his ESPN employment, which caused an obvious conflict of interest. We've had issues on this in the past.

Incident Two:

While working for MSG's post-game telecast of the Yankees World Series game October 27th ▮▮▮▮ went by a security guard in a restricted position to assist NBC's robotic camera. He was later ejected by three security officers and one police officer for the incident and told he was not allowed in the stadium. When our manager spoke to the head of operations at the stadium, he was told that ▮▮ was definitely not allowed back in that night, and requested that ▮▮ not be back to work at Yankee Stadium again.

I have met with and received written e-mail from Tech Manager Tyrone Stith who was at the site.
I spoke with Sr. VP Prod & Programming, Executive Producer Mike McCarthy, who was at site after the incident.
I spoke with Rich Gordon, shop steward, who was at site following incident.
I spoke with John Savalak, who was with ▮▮ at the time.
I had a meeting with ▮▮▮▮ along with union reps Gordon and Dom Spada.

It is not disputed that ▮▮ was working for MSG, but went to assist NBC's robotic operators by going to the roof without specific instruction from either MSG or NBC technical management. He brought fellow MSG staffer John Savalak to the roof due to camera shaking. ▮▮ was stopped by a security guard not allowing access to roof.

Yankee security contends ▮▮ brushed by the officer ▮▮ contends she let him go. John Savalak was not looking at the encounter between ▮▮ and security officer, but followed ▮▮ afterward up ladder to roof.

On return, three security and one police officer took ▮▮. The woman security officer identified ▮▮ as person she was having problem with. They escorted ▮▮ out. Tech Manager Tyrone Stith talked to head of operations Sonny Hight, who said that he wouldn't let ▮▮ back tonight. And he would not like to see him here again. Mike McCarthy saw ▮▮ after the fact and questioned ▮▮ why he was going up to the roof, when MSG wasn't using roof camera. ▮▮ said he wanted to use his still camera and take shots of the robotic, and failed to mention assisting NBC.

▮▮ story is that he was allowed by the security officer to go past her, and that he never was confrontational. It is very inconsistent with the Stadium's reaction. The only potential on-the-spot witness outside of the "he said/she said" happened not to be looking at the confrontation. Neither ▮▮ nor John said they were surprised at the guard's reactions, and both mentioned possible past problems, but wouldn't elaborate.

The union's representatives, Gordon and Spada, think ▮▮ has a real problem handling himself. They show no sympathy for either action taken by ▮▮.

I recommend a two-week suspension without pay, based on the fact we have warned him for temperment issues in the past (most recently a warning October 1997 when he had screaming incident with scheduling coordinator and misused intercom pager). We also recommended to him the EAP, since it followed within months of his wife passing away. We also recommend two more weeks not scheduled on the robotic camera (the cause for his attitude), and not being scheduled for telecasts at Yankee Stadium in 2000. Attached is draft of memo for you to critique.


▮▮ 1-19-99.doc

Dave

1

| Complainant Name/Title | Employee Name/Title | Issue | Date of Incident | Immediate Supervisor/ Department | Date Reported to ER | Meeting/ Hearing Date | Responsible ER Manager | Resolution/Status |
|---|---|---|---|---|---|---|---|---|
| N/A | [redacted] Technician Local 1212 Grievance | Employee double booked himself for ABC TV and MSG Network | 07/24/03 | D. Shaw Technical Operations | 07/24/03 | 09/17/03 | J Moran | 7/24 – J. Moran is notified by D. Shaw as to issue of double booking. While he was on the clock for MSG, he was also working for ABC TV covering the WNBA Allstar game. 7/25 – Met with D. Shaw to review facts. 7/29 – Met [redacted] and Union Shop Steward to review situation. Decision made to terminate D [redacted]. Company maintains position. IBEW elects not to arbitrate. Termination paperwork is processed. Resolved. |

CONFIDENTIAL

MSG  41125