

MADISON SQUARE GARDEN
*The World's Most Famous Arena*

REDACTED

**EMPLOYEE PROFILE**

- ☐ SALARY CHANGE
  - ☐ PROMOTION
  - ☐ ADJUSTMENT
  - ☐ MERIT
  - ☐ TRANSFER
- ✓ TERM/LAYOFF
- ☐ PERSONAL INFORMATION CHANGE
- ☐ TITLE CHANGE
- ☐ LEAVE OF ABSENCE
- ☐ RETURN FROM LEAVE
- ☐ OTHER

| EFFECTIVE DATE | LAST NAME | FIRST NAME | MIDDLE INITIAL | HOME TELEPHONE |
|---|---|---|---|---|
| 01/10/01 | REDACTED | REDACTED | | |

| APT# | CITY | STATE | ZIP |
|---|---|---|---|
| | | NY | |

| DEPT CODE | DEPARTMENT NAME | EMP STATUS | ACTION REASON | EMP ACTION DESCR |
|---|---|---|---|---|
| 101400 | MSG Legal & Business Affairs | A | RPL | Position Replacement |

**FLSA STATUS**
- EXEMPT ☐
- NON-EXEMPT ☐ N

**EMPLOYEE CLASS**
- ADMIN ☐
- CASUAL ☐
- SEASONAL ☐
- TEMPORARY ☐
- UNION REG ☐

| | A | R |
|---|---|---|
| TEMP | ☐ | ☐ |
| REGULAR | ☐ | ☐ |

**WORK STATUS**
| | OF |
|---|---|
| FULL TIME | ☐ |
| PART-TIME | ☐ |

| LOCAL# | JOB CODE | JOB TITLE | PERF CODE | PAY GROUP | SALARY GRADE |
|---|---|---|---|---|---|
| ADM | FAF02 | Contracts Administrator | | BW1 | FND |

COMMENTS: Misrepresentation on (college dated) application

| BASE SALARY | AMOUNT OF INCREASE | % INCREASE | | BENEFIT PROGRAM | HIRE DATE | SENIORITY DATE | SALARY EFF DATE | LAST REVIEW DATE | NEXT REVIEW DATE | ANNUAL SALARY | TERM DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58000 | 0.00 | 0.00 | | ADM | 12/26/85 | 12/26/85 | 12/26/00 | 12/26/00 | 01/01/02 | 58,000 | 10/01 |

SAL. CHG REASON: please issue 2 weeks pay in lieu of notice.

| SUPERVISOR: Robert Allan | | |
|---|---|---|
| SUPERVISOR'S TITLE | | |

| DEPARTMENT (SUPERVISOR) | DATE | HUMAN RESOURCES | DATE |
|---|---|---|---|
| [signature] | 1/17/01 | [signature] | 1/17/01 |

| DIVISION HEAD | DATE | PRESIDENT & CEO | DATE |
|---|---|---|---|
| REDACTED | | [signature] | 1/16/01 |

CONFIDENTIAL                                    MSG   41138

Dockets.Justia.com

# APPLICATION FOR EMPLOYMENT

MADISON SQUARE GARDEN · RADIO CITY ENTERTAINMENT · MSG NETWORK · Hartford Civic Center · NEW YORK KNICKS · NEW YORK RANGERS · LIBERTY · WOLF PACK · SEA WOLVES

FOR HUMAN RESOURCES USE ONLY
ID:
DATE RECEIVED:
FILE CATEGORY:

Name [redacted] (Please Print) Last First Middle

Address (Please Print) Street and Number City State Zip Code

Home Phone · School or Business Phone Social Sec. No.

Are you at least 18 years of age? ☑ Yes ☐ No

Are you legally eligible to work in the U.S.? ☑ Yes ☐ No

REDACTED

Do you have relatives working for Madison Square Garden, L.P. or any of its operations? ☐ Yes ☑ No

If so, name ______ Company / Department ______

## Position Objective

| Type of Employment | Total Number of hours per week desired | Referred by: Fill in Recruiting Source Code |
|---|---|---|
| ☑ Full-Time<br>☐ Part-Time<br>☐ Temporary<br>☐ Seasonal | 40 | Peak Legal |

Recruiting Source

AD - Advertisement
BR - Business Referral
CA - Community Agency
CS - Student Placement
DR - Department Referral
ER - Employee Referral*
EA - Employment Agency**
EX - Executive Search
I - Internet
FE - Former Employee
IN - Intranet
JL - Job Line
UR - Unsolicited Resumé
WI - Walk In
OO - Other

* Referred By ______ **Agency Name Peak Legal

Location:
☑ NEW YORK ☐ HARTFORD

Please describe the type of position you are seeking Manager, Contracts

If possible, please list the department you are interested in Legal / Business Affairs

Salary required $ 55K per year What day would you be available to begin work? Monday after Thanksgiving Holiday

Were you considered at any time in the past for employment or have you ever been employed with Madison Square Garden, L.P. or any of its operations? ☐ Yes ☑ No

If yes, please provide approximate date, the department and/or the position for which you were considered or employed ______

These inquiries are made for record purposes and reference checking. Omission or misrepresentation of facts may result in denial of employment or subsequent dismissal. Madison Square Garden, L.P. is an equal opportunity employer and considers all candidates for employment equally regardless of race, color, religion, national origin, sex, age, citizenship, disability, veteran status, marital status, or sexual orientation.

## Education

High School: Evander Childs H.S.
Address: Bronx, NY
Graduated ☑ Yes ☐ No

| | Name | Dates From | Dates To | Graduate | Degree | Major Subject |
|---|---|---|---|---|---|---|
| College / Address | Nyack College / Nyack, New York | 9/98 | 5/2000 | ☑ Yes ☐ No | BS | Organizational Mgmt. |
| Graduate School / Address | | From | To | ☐ Yes ☐ No | | |
| Law School / Address | | From | To | ☐ Yes ☐ No | | |
| Technical, Trade or Other / Address | | From | To | ☐ Yes ☐ No | | |

Now Attending: ☐ Undergraduate School ☐ Graduate School ______ Name of School ______ Other ______

Scholastic honors, scholarships, assistantships, etc.: ______

List publications, theses, etc. ______

College activities and offices held* (e.g. athletics, extra-curricular, honorary societies, class organizations, etc.) ______

## Office Skills (If Applicable)

Word Processing? ☑ Yes ☐ No

Typing? ☑ Yes ☐ No W.P.M.

Dictation? ☐ Yes ☑ No W.P.M.

Transcription? ☐ Yes ☑ No

List Hardware, Software Packages, Computer Literacy, Business Machines
Microsoft Office 95; 98 Word, Excel, Powerpoint, Access

## Additional Personal Data

Have you ever been convicted of a felony ?
(Note: Conviction does not automatically disqualify applicants) ☑ Yes ☐ No If yes, explain Fake ID in illegal club 10 years ago -> club was raided

Professional Organizations: Memberships and offices held* ______

* Optional. You may exclude all information indicative of race, color, religion, national origin, sex, age, citizenship, disability, veteran status, marital status or sexual orientation as well as any information not-related to your job qualifications.

## Employment Experience

List all employment since high school include summer, cooperative education, and U.S. military service (you need to provide dates and relevant duties only). Start with your most recent position. Periods of unemployment should also be noted. Leave no gaps in time sequence. If you need more space, please use an additional sheet of paper.

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| MTV Networks | Cable Station | 1515 Broadway, NY | 212 846-8000 |

| Starting Date Mo. | Starting Date Yr. | Leaving Date Mo. | Leaving Date Yr. | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| 6 | 2000 | Present | | $ 55 yr | $ 55 yr | Manager | Manager |

Name of immediate supervisor: Norman Chapman  Supervisor's position title: Director

Reason for leaving: Not challenged / Bored

Please describe your duties and responsibilities: Review Process & Negotiate International Program Sale Agreements

I'm interviewing in confidence

May we contact your present employer now? ☐ Yes ☑ No  If no, when? 2 weeks  Employer's Phone Number 212 846-8007

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| Nielsen Media Research | Media Research | 299 Park Avenue | 212-708-7500 |

| Starting Date Mo. | Starting Date Yr. | Leaving Date Mo. | Leaving Date Yr. | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| 11 | 90 | 10 | 99 | $ 18K yr | $ 55 K yr | Admin Assistant | Assistant manager |

Name of immediate supervisor: EVA KALOSOS  Supervisor's position title: Director

Reason for leaving: Company merger (4th in 4 years)

Please describe your duties and responsibilities: Supervise staff of 10, review contracts, liasion between marketing, Production, Finance & legal

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| US Immigration | Gov't Agy | 26 Federal Plaza | |

| Starting Date Mo. | Starting Date Yr. | Leaving Date Mo. | Leaving Date Yr. | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| 1 | 89 | 11 | 90 | $ 14K yr | $ 16K yr | Clerk/Typist | Clerk Typist/ Bond Clerk |

Name of immediate supervisor: ?  Supervisor's position title:

Reason for leaving: Wanted to explore private industry/make more $

Please describe your duties and responsibilities: Calendar & fingerprint applicants for permanent residence

| Company Name | Type of Business | Company Address | Phone Number |
|---|---|---|---|
| | | | |

| Starting Date Mo. | Starting Date Yr. | Leaving Date Mo. | Leaving Date Yr. | Starting Base Salary | Final Base Salary | Starting Position Title | Last Position Title |
|---|---|---|---|---|---|---|---|
| | | | | $ wk yr | $ wk yr | | |

Name of immediate supervisor:  Supervisor's position title:

Reason for leaving:

Please describe your duties and responsibilities:

## Additional Information

Please provide any other relevant information that you feel would be helpful to us in considering your application

**Proposed Policy for Employment Application**

I certify that the information submitted by me is accurate and complete to the best of my knowledge and understand that any misrepresentation or omission of facts may result in the withdrawal of an offer of employment or subsequent dismissal if employed.

I hereby acknowledge that I have hereby been advised of and do hereby authorize the performance of a full background investigation by Madison Square Garden or its agents. Said investigation may include statements for the reason for the termination of work, work performance, abilities, and other qualities pertinent to any qualifications or employment; a full consumer credit report; criminal conviction check; verification of professional licensing; search of professional licensing; search of professional disciplinary records; check of educational and employment records, check of public documents including liens and judgements; as well as, a field investigation including interviews with current and former employers, references and others. It is understood and agreed that the results of said investigation, insofar as permitted by local, state and federal law, may be utilized in the assessment and evaluation of my application. I further consent to the duplication of this authorization for the purpose of obtaining such records as noted above.

I hereby release the Company and its agents, as well as, any person or company providing information, from any liability arising directly from any such investigation. I also understand that as a condition of employment, I must submit to and satisfactorily pass, a drug test by urine sample. If I refuse to submit to a drug test or should the results be positive, it will be cause for rejection of my application or subsequent dismissal if employed. Such results may be disclosed to managers and supervisors on a need to know basis only and to those federal, state, and city agencies that require such information in execution of that agency's responsibilities

I understand that if I am employed, my employment will be at will and can be terminated by me or by the Company at any time, with or without cause, subject to all terms and conditions of any applicable Collective Bargaining Agreement. I fully understand that if I am employed that no contractual relationship, either direct or implied, will exist and that the Company may modify, change or revoke any of its employment policies, pay practices and/or benefits without my agreement.

Upon your request in writing, the Company will let you know if it obtained the report described above and if so, what the report covered and who prepared it.

Signature of applicant [redacted] Date 11/7/00

Madison Square Garden Human Resources 2 Penn Plaza 16th Floor, NewYork, NY 10121 msghr@thegarden.com
Hartford Civic Center Human Resources 1 Civic Center Plaza Hartford, CT 06103 www.hartfordciviccenter.com

CABLEVISION

# *Corporate Security - Intelligence Services*

*Exempt Pre-Employment Screening*

*Phone 516-803-2609 Fax 516-803-2655*

*Case Closed:* Caution Advised

REDACTED

| | | | |
|---|---|---|---|
| *Case Number* | 10316 tier2 2000 | *Recruiter* | Lynn Carfora |
| *Requested By* | Laura Dascoli | *Date Received* | 12/14/2000 |
| *Operating Division* | MSG | *Date Completed* | |
| *Phone #* | (212) 465-6338 | *Investigation Cost* | |
| *Fax #* | (212) 465-6026 | *Research by* | Gerard McKnight |

| | | | |
|---|---|---|---|
| *SS Number* | | *Date of Birth* | |
| *Last Name* | [redacted] | *First Name* | [redacted] *MI* [redacted] |
| *Address* | | | |
| *Phone Number* | | | |
| *Position/Title* | Contract Administrator/MSG Legal & | *Operating Division* | MSG |

*Report Summary* Credit-civil judgement '97 $3500-paid. Previous and current colicts and chrg-offs. DMV-id only. Education-degree verification pending. No other negative or derogatory info found.

*Company Vehicle?* ✓ *Degree Required:*

REDACTED

| | *Status* | *Date* |
|---|---|---|
| *Past Employment Verification* | OK | 12/26/2000 |
| *Address / SS# Verification* | OK | 12/26/2000 |
| *CrmStatus* | OK | 12/26/2000 |
| *DMV Records* | OK | 12/26/2000 |
| *Credit Bureau Summary* | ?able | 12/26/2000 |
| *Education Verification* | Pending | 12/26/2000 |
| *Civil Records Search* | OK | 12/26/2000 |
| *News Media Articles* | OK | 12/26/2000 |

PRIVILEGED AND CONFIDENTIAL - INTERNAL USE ONLY

Caution/Unsatisfactory

Staffing Manager/Director ____________ ____________ Date ____________

Print Name Signature

CABLEVISION

Requester ID 57 Entity Code 2146 Dept Code 000001

CONFIDENTIAL MSG 41144

LYNN CARFORA
Director
Recruitment and Employee Relations

REDACTED

January 17, 2001

Dear

This is to confirm that the offer of employment from Madison Square Garden has been withdrawn due to application misrepresentation effective January 17, 2001.

Sincerely,

Lynn Carfora
Director Recruitment & Employee Relations

Cc: Human Resources File

Madision Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212 . 465 . 6337
Tel 212 . 465 . 6026

```
01/01/2001  17:50   914-727-7901        ADCP ADMISSIONS                PAGE  01
                                        INTELLIGENCE SERVICES
```
@003
@002

## Education Interview Sheet
Interview conducted by: _____

Case Number: _____
SS Number: _____   /   DOB: _____           REDACTED
Last Name: ■■■■         First Name: ■■■■    MI: ___
College Name: Nyack College, ADCP
Address: 1 South Boulevard, Nyack, NY 10960
Phone: 845-358-5360
Degree Claimed: _____

Interviews _____
Degree Rec'd: _____     Date / Time of Interview _____
Date Received: _____    Major/Minor: Organizational Management - B.S.
Disciplinary Action: _____

Notes: Still needs 33 credits to graduate.
       — Michelle Bird, Assistant to the ADCP Registrar

Messages Left / Faxes Sent: _____

| Hi-Ht Fax Note  7671 | Date 1-2-01  # of pages 2 |
|---|---|
| To/Dept Gerard McKnight | From Michelle Bird |
|  | Co. Nyack College - ADCP |
| Phone # 516-803-2652 | Phone 845-358-5360 ext 505 |
| Fax # 516-803-2655 | Fax 845-358-4771 |

1

CONFIDENTIAL                                              MSG  41146

INTELLIGENCE SERVICES 001

CABLEVISION
Corporate Security
Intelligence Services

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Lynn Carfora | FROM: Gerard McKnight, Research Analyst |
| COMPANY: MSG | DATE: January 2, 2001 |
| FAX NUMBER: 212-465-6113 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S TELEPHONE NUMBER: 516-803-2652 |
| RE: | YOUR FAX NUMBER: 516-803-2655 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

FYI on [redacted]

Thank you,

Gerard

CORPORATE SECURITY
1111 STEWART AVE
BETHPAGE, NY 11714

CONFIDENTIAL MSG 41147

CERTIFICATE OF ACADEMIC STATUS

NYACK
ADULT DEGREE COMPLETION PROGRAM
COLLEGE

STUDENT: ____________

SS #: ____________

TO WHOM IT MAY CONCERN:

The following information is provided ✓ at your request.
___ at the student's request.

Their current academic status is marked below:

___ Enrolled as a full-time undergraduate student (12 or more hours) with the following semester dates ____________
____________

Expected program completion date is ____________.

___ Enrolled as a part-time undergraduate student.

___ In good academic standing.

REDACTED

___ Not currently enrolled.

___ Graduated on ________ with a Bachelor's Degree in Organizational Management.

___ Withdrew on ________.

___ Has completed all credits to earn a Bachelor of Science in Organizational Management; date of graduation: ________.

___ Is currently registered for ____________

This course is ___ credits, and the cost per credit is $ ________

✓ Other: Still needs 33 credits before receiving a B.S. in Organizational Management.

This is an official and valid statement of academic status when bearing the college seal and the Registrar's signature.

Elizabeth A. Hanson
Associate Registrar
5/97

1-02-01
Date

Nyack College • One South Boulevard, Nyack, NY 10960 • 914 358-5360

Jan-03-01 11:26am From- T-684 P.01/04 F-778

**PEAK LEGAL SUPPORT**
SEVENTH FLOOR
25 WEST 31ST STREET, NY, NY 10001-4413
(212) 792-7600 TELEFAX (212) 792-7698
A MEMBER OF THE PEAK ORGANIZATION
SPECIALISTS IN PROFESSIONAL STAFFING

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Lynn Carfora | Ivy Schwartz |
| COMPANY: Madison Square Garden | DATE: 01/03/01 |
| FAX NUMBER: 212-465-6373 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| PHONE NUMBER: 212-465-6337 | RE: References for [redacted] |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

REFERENCES FROM NIELSEN MEDIA RESEARCH, AND MTV



REDACTED

## OBJECTIVE

To obtain a challenging position in a legal or business affairs area where my experience in contract drafting, contract negotiating, management and media can help further my expertise in the fields of contracts, legal, international business and organizational management.

## SKILLS

Contract Drafting/Negotiating
Planning/Organizing
Legal Research

Dispute Resolution
Motivator/Coach
Excellent Interpersonal Skills

Microsoft Office 95, 98
Word, Excel
Powerpoint, Access

## EXPERIENCE

**6/00 – Present**
**MTV NETWORKS/VIACOM** 1515 Broadway * NY, NY 10036
**Manager, Contract Management – International Law and Business Affairs**
Duties: Review, process and negotiate International Program Sale Agreements for MTV, VH1 and Nickelodeon. Liaison between Sales, Production, Rights and Clearances and Finance to ensure Client is invoiced and receives the contracted programs/episodes for the licensed media (satellite, cable, DBS etc.) and licensed territory (France, London, Australia, Japan, Brazil etc). Served as Editor for Diversity Column of Law and Business Affairs Newsletter.

**11/90 – 10/99**
**NIELSEN MEDIA RESEARCH** 299 Park Ave * NY, NY 10171
**Assistant Manager, Contract Administration**
Duties: Work closely with marketing and management to streamline business processes across 15 media services with over 10,600 client contracts. Review, draft, execute and advise on multi-million dollar television station group, advertising agency, producer/syndicator and royalty agreements; In addition to over 20 different software agreements. Manage staff of 10 ensuring contracts were turned around in a targeted time and that staff was kept abreast of business rules and changes to intellectual property law as it related to media agreements. Recruit, train and provide Performance Appraisals for staff; terminated staff for non-performance after proper HR procedures followed. Liaison between senior management, marketing, legal, production and accounting departments; advise senior management of necessary upgrades to Contract Information Management System (CIMS) and other related company systems and departments.

1/96 – 10/97 **Supervisory Contract Administrator**
10/94 – 12/95 **Contract Administrator**
5/92 – 9/94 **Contract Analyst**
11/90 – 4/92 **Contract Assistant**

**1/89 – 11/90**
**IMMIGRATION AND NATURALIZATION SERVICE** 26 Federal Plaza * NY, NY
**Clerk-Typist/Bond Clerk**
Duties: Interview applicants at detention facility for bond to ensure detained would be released to a stable environment. Calendar and fingerprint applicants for permanent residence interviews. Instituted waiting room inquiry log.

## EDUCATION

Nyack College
BS: Organizational Management

John Jay College of Criminal Justice
Major: Legal Studies

**REFERENCES AVAILABLE UPON REQUEST**

MADISON SQUARE GARDEN The World's Most Famous Arena

# EMPLOYEE CODE OF CONDUCT

- Public trust and confidence are the greatest assets held by Madison Square Garden. It is the responsibility of all employees to uphold that trust by performing their duties with integrity and professionalism. The public's image of Madison Square Garden are a reflection of our appearance, behavior and attitude. Each employee must maintain a helpful and courteous attitude while striving to maintain a safe and clean environment. Following the directives listed below will help to ensure compliance with our standards of conduct. Failure to conform to these directives will subject the employee to disciplinary action up to and including discharge.
- All employees will be knowledgeable of upcoming events and facilities and will provide information when it is requested.
- Guests entering the Facility will be treated courteously, always being called "Sir" and "Madam" and the words "Please" and "Thank You" will be used when making requests. When providing directives to guests, a firm but polite tone should be used. Do not yell.
- If we cannot render immediate assistance it is our responsibility to notify and bring to the guest the employees who can address their problem. If a guest or a member of management requests our name or ID number or the name of our supervisor for any reason we will provide it.
- All employees are expected, when on duty, to be well groomed and in proper uniform and shoes.
- Smoking, eating or drinking on duty, and in public view when off duty is not allowed.
- All employees are required to pick up incidental trash e.g., napkins, cups, food wrappers, on floors/[illegible] locations in plain view.
- Excessive lateness or absenteeism will not be tolerated.
- Early action and warnings may prevent situations from escalating. Always be attentive and try to deal with situations before they become difficult.
- The use of obscene, vulgar or abusive language or excessive force is not allowed no matter what the provocation may be, including fighting with employees, guests, supervisors, managers or other individuals.
- Sitting in an unoccupied seat during an event, or viewing a performance from a stand or a gate is not allowed. Using your Madison Square Garden ID card to gain entry to an event or building is also not allowed.
- All employees are expected to maintain and operate all company property in a safe manner. Any employee damaging, defacing or negligent in the care or theft of company property is subject to immediate disciplinary action up to and including termination.
- Any participation by an employee in the unauthorized sale and/or resale of an MSG event ticket is strictly prohibited and will subject the employee to immediate disciplinary action up to and including termination.

Unauthorized leave from post or sleeping on duty is not allowed and will subject the employee to immediate disciplinary action up to and including termination.

Allowing the unauthorized entry of individuals into the building, upgrading seat locations, ticket changing, allowing guests to sit in a seat for which they do not have a ticket and/or the acceptance of payments for entry into the building, is strictly forbidden and will subject the employee to immediate discharge. Tips may not be solicited, but may be accepted when a guest desires to reward exceptional service.

All media inquiries are to be directed to a management member of Corporate Communications or Public Relations. In no case should anyone other than a Corporate Communications or Public Relations management employee make a comment to the media. Any employee violation of this policy is subject to disciplinary action, up to and including termination.

There are specific work rules applicable to each department within the Company. This code of conduct is not meant to limit those work rules, but to supplement them.

[Signa]ture

Type Name

Date 12/26/00

Job Title CONTRACT ADMINISTRATOR

empcode.doc

White-Employee, Yellow - Human Resources, Green - Departm...

# MADISON SQUARE GARDEN, L.P.

CONFIDENTIALITY, CODE OF BUSINESS CONDUCT AND PROPRIETARY PROPERTY AGREEMENT

MADISON SQUARE GARDEN, L.P. 12/26/00
(Hereinafter referred to as the Company) Date

[redacted] agree to the following:
(print name)

## 1. CONFIDENTIAL INFORMATION

### A. Non-Disclosure of Information

I will neither disclose nor use for my own or another's benefit, during or after my employment, any information not publicly known (hereinafter called Confidential Information) relating to Madison Square Garden, L.P., its subsidiaries and affiliates, including the Company (hereinafter collectively called "Madison Square Garden, L.P."), unless authorized in writing by the Company. Confidential Information shall include, but not be limited to, Madison Square Garden, L.P.'s administrative procedures and manuals; business and financial plans, operations, projections, results and prospects; computer programs; customer, employee, stockholder and supplier information or lists; research efforts, trade secrets, Proprietary Property (as set forth in Section 3 below) and technical information; trademarks under consideration; terms and conditions of Madison Square Garden, L.P.'s contracts and agreements; as well as any information disclosed to Madison Square Garden, L.P. in confidence by third parties.

### B. Return of Information

When my employment with the Company terminates, I will promptly deliver to the Company all materials in my possession containing such Confidential Information.

## 2. CODE OF BUSINESS CONDUCT

During my employment I may not engage in activities or have personal or financial interests that may impair, or appear to impair, my independence or judgment or otherwise conflict with my responsibilities to Madison Square Garden, L.P. Such activities and interests include, but are not limited to:

a. accepting fees, commissions or property in connection with any transaction on behalf of Madison Square Garden, L.P.;

b. accepting entertainment, gifts, transportation or any other favor or gratuity of more than nominal value from any current or would-be supplier, customer or competitor of Madison Square Garden, L.P., or any individual or enterprise having or seeking a business relationship with Madison Square Garden, L.P.;

c. having a financial interest in customers, suppliers, competitors or any enterprise that has a business relationship with Madison Square Garden, L.P., except where that financial interest is limited to 1% or less of a publicly held company;

d. borrowing from or lending to customers or suppliers except for normal banking transactions with financial institutions;

e. personally taking advantage of business opportunities that might be of interest to Madison Square Garden, L.P.;

f. engaging in business with, or as, a competitor, customer, or supplier of Madison Square Garden, L.P., or having any other business transaction with Madison Square Garden, L.P., other than in the ordinary course of employment.

g. serving as an officer, director, agent, employee, consultant or promoter of or in any other capacity for any for-profit organization.

h. having family members (including spouse, parents, children, sisters, brothers, nephews and nieces either by blood or by marriage) employed by Madison Square Garden, L.P.

i. failure to comply fully and in good faith with all laws and regulations and with the highest ethical principles concerning the purchase and sale of securities by the Shareholders of MSG, L.P. (Cablevision Systems Corporation) or of other companies with which MSG, L.P., or Cablevision Systems Corporation have a relationship.

## 3. PROPRIETARY PROPERTY

### A. Copyrightable Works

Copyrightable Works are original works such as computer program; dramatic, graphic, literary, musical, pictorial works; and sound recordings. All Copyrightable Works I make or contribute to within the scope of my employment are works for hire and all rights to such works belong to the Company.

### B. Inventions

Inventions include copyrightable works as well as other conceptions or creations such as designs, devices, ideas and improvements. I do hereby assign to the Company (or to the United States Government if the Company so directs) all of my rights to inventions that I make or conceive, either alone or with others, during my employment by the Company and for a reasonable period of not less than one year thereafter. This provision shall not apply, however, to inventions that are unrelated to the business of the Company (including its research and development) or that do not result from any work I do for the Company so long as they are developed entirely on my own time without the use of Madison Square Garden, L.P.'s equipment, supplies, facilities, or Confidential Information.

### C. Cooperation

Without charge to the Company, and at the Company's expense, I will, both during my employment by the Company and at any time thereafter, sign all papers, including assignments of rights, give evidence and testimony, and perform all acts that, in the

sole view of the Company, are necessary, proper and expedient to establish and protect the Company's rights in its Inventions and Copyrightable Works.

D. Appointment of Agent
I irrevocably appoint the Chief Executive of the Company or the Chief Executive's designee to act as agent and attorney in fact to perform all acts necessary to obtain patents or copyrights to the Company's Inventions or Copyrightable Works if (i) I refuse to perform those acts so requested or (ii) am unavailable, within the meaning of the United States Patent and Copyright laws.

## 4. EXTENT OF AGREEMENT

If I am employed by or transferred to a successor, subsidiary, affiliate of Madison Square Garden, L.P., or a joint venture or partnership in which it participates, this Agreement shall be continued during my employment by such other entity.

## 5. INTEGRATION AND BINDING EFFECT

This Agreement is the complete and exclusive statement of the agreement between the parties concerning the subject matter of this Agreement and supersedes all others. The terms hereof shall be binding upon myself, my heirs and my legal representatives. These terms shall not be waived or modified except by an instrument in writing signed by myself and an officer of the Company. NOTHING IN THIS AGREEMENT SHALL BE CONSTRUED AS A GUARANTEE OF EMPLOYMENT OR CONTINUED EMPLOYMENT.

## 6. SEVERABILITY

If any provision of this Agreement is held to be unenforceable for any reason, it shall be modified rather than voided, if possible, in order to achieve to the extent possible the intent of the parties to this Agreement. In any such event, all other provision of the Agreement shall be deemed valid and enforceable to the fullest possible extent.

## 7. REMEDIES

I understand that any breach of the Agreement may result in my immediate termination. I also understand that the company may, in addition, pursue its legal and equitable remedies in the event of a breach or threatened breach.

## 8. ACKNOWLEDGMENT

I acknowledge that I have read and understand this Agreement and that in consideration of my employment, the wages paid me and other good and valuable consideration, I do hereby agree to abide by the terms of this Agreement.

I understand that if I have any questions concerning my obligations under this Agreement, I should consult Human Resources.

This Agreement has been signed and retained by Human Resources.

12/26/00
Date

Signature of Employee

(Print or Type Name)

CONTRACT ADMINISTRATOR
Position

Please list any of your activities or interests or those of your immediate family (parents, spouse, and children) that might conflict, or appear to conflict, with your responsibilities to Madison Square Garden, L.P.

CONFIDENTIAL

MSG 41153