Student Training Summary

Page 1 of 1

New Window | Customize Page

### Student Training Summary

Browne Sanders, Anucha      Person ID: 519032

#### Training Summary

Custom ≈ | Find | View All     First 1-4 of 4 Last

| Course | Title | Status | Session # | Start Date | End Date |
|---|---|---|---|---|---|
| ETHICS | Code of Bus. Conduct/Ethics | | 0001 | 10/12/2004 | 10/12/2004 |
| GR | Getting Results | | 0002 | 07/28/2004 | 07/28/2004 |
| VALUES | Values Training | | 0005 | 05/11/2001 | 05/11/2001 |
| AIDSAW | AIDS in the Workplace | | 0011 | 01/29/2001 | 01/29/2001 |

Return to Search     Next in List

http://cviphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/ADMINISTER_TRAINING_(GBL).TRN_STUDN...   1/30/2006

CONFIDENTIAL

MSG 00636

