## EMPLOYEE HANDOUT
## CODE OF BUSINESS CONDUCT AND ETHICS

Cablevision has a formal Code of Business Conduct and Ethics for all of its companies and employees. The purpose of this code is to inform employees of Cablevision's values and policies and to provide guidance on business ethics critical to our success.

What does ethics and acting ethically mean?
- it means doing the right thing
- it means acting appropriately and legally when making a difficult decision
- it means applying the right values to your decisions and actions

What are some warning signs that might indicate an ethical issue or a potentially unethical situation?
- Statements like: "I'm entitled to this.", "Everyone does it.", "No one will know."
- Ask yourself: "Will my action violate any laws or policies of the company?" "Could my action negatively impact me, others or the company?" "Could I explain my decision to my child or parents?"

What are some examples of unethical behavior in the Madison Square Garden work setting?
- deliberately damaging company property or equipment
- taking money or property that belongs to the company
- accepting money or tips for favors, tickets, seat locations
- submitting false documents, forms, reports
- falsely recording hours worked

What do you do if you believe others have acted or are acting unethically?
- Escalate the problem to your supervisor or, if you feel uncomfortable with that, to John Moran, VP Employee Relations at 212-465-6775.
- The Network, Inc. has been designated to act as a contact organization for employees to communicate concerns confidentially or anonymously.
The HOTLINE NUMBER is 1-888-310-6742.

Remember: Doing the right thing:
- protects personal and company integrity
- builds and protects our reputation
- ultimately protects jobs

### Ethics is everyone's responsibility at Cablevision

CONFIDENTIAL

MSG 00656