

# MADISON SQUARE GARDEN

*A Cablevision Company*

## OUR BUSINESSES



As of 4/03

CONFIDENTIAL

MSG 12799

# MADISON SQUARE GARDEN™

### *A Cablevision Company*

## OUR BUSINESSES

As of 4/03

1

ENTIAL

MSG 12799



Madison Square Garden, L.P., is an internationally recognized sports, entertainment, communications and facilities development and management company. With over a 116-year tradition of presenting the world's most exciting live entertainment, the company continues to strategically grow in related business areas.



The New York Knickerbockers basketball team, one of Madison Square Garden's three professional sports franchises plays in the Atlantic Division of the National Basketball Association. They debuted in 1947 and in their history have won two NBA titles. They were the 1999 NBA Eastern Conference Champions.





The New York Rangers hockey team competes in the Atlantic Division of the National Hockey League's Eastern Conference. They have been part of professional hockey since 1926 and are four time winners of the Stanley Cup, most recently in 1994.

2

CONFIDENTIAL

MSG 12800





1997 marked the inaugural season of the WNBA, the Women's National Basketball Association. Madison Square Garden is the home of the New York Liberty Basketball team. Liberty games offer the excitement of professional basketball and great entertainment, all under the roof of Madison Square Garden. They earned the title of WNBA Eastern Conference Champions in the years 1999, 2000 and 2002.

3

CONFIDENTIAL

MSG 12801



Madison Square Garden Networks is comprised of MSG Network and Fox Sports New York (FSNY).



MSG Network is the largest and oldest regional sports network in the country. The Network airs live broadcasts of the NY Knicks, NY Rangers, and NY Liberty.



FSNY airs live broadcasts of the NJ Devils, NY Islanders and NY Mets.

4

CONFIDENTIAL

MSG 12802





Madison Square Garden facilities is responsible for the day-to-day operations of the famed sports and entertainment Arena, The Theater, The Expo Center, Radio City Music Hall and Hartford Civic Center – home of the Hartford WolfPack.

Madison Square Garden is an internationally known sports and entertainment complex that consists of a 20,000-seat *ARENA* and a 5,600-seat concert hall *THE THEATER*. Annual attendance is approximately 4,000,000 a year. Total Annual Events is approximately 500 games, shows or other presentations.

**This is the fourth Madison Square Garden, built in 1968.** Madison Square Garden I: built in 1879 and Madison Square Garden II: built in 1890 were located at Madison Square, 26th Street and Madison Avenue; Madison Square Garden III: built in 1925 was located on 8th Avenue between 49th and 50th Streets.

Seating Capacity: basketball: 19,763; hockey: 18,200; concerts: 20,000.

The Cable roof is 404-feet in diameter. Total weight of the 48 steel cables used to support the roof system is 163 tons. Each of the zinc-coated cables has a diameter of three inches, the largest ever manufactured by Bethlehem Steel and the largest ever used in any roof structure when it was built. Ceiling height: 68 foot clearance at center. Maximum floor space: 26,400 square feet.

*ARENA* "changeovers" (changing the facility from one event to another) often totals nine per week and requires 25 to 40 people. Often two changeovers are accomplished within a single day. In the *ARENA* there are concession stands, merchandise stands, sports bars, and three team stores (The Team Store, Double-Teamed and The Team Store at Gate 75).

Also, in the *ARENA*, there are 89 luxury suites featuring handsomely appointed contemporary living room and terrace with theater-style seating and two premier restaurants, The Club Bar & Grill and The Play by Play Sports Bar.

5

CONFIDENTIAL

MSG 12803





*THE THEATER*, is an exciting, ultramodern, state-of-the-art theater. It offers audiences a wide variety of productions and events including musical concerts and comedy revues, family shows, conventions, Broadway-styled theatrical shows, boxing, trade shows and corporate meetings.

The entire theater and all venues are accessible to guests with disabilities.

## THE EXPO CENTER

The Expo Center, adjacent to the Arena, is a versatile venue for trade shows and consumer expositions. It is a multi-faceted area measuring 36,000-square-feet, with a capacity for 2,650 guests.



Radio City Music Hall, one of the largest indoor theaters in the world, is universally acclaimed as an architectural triumph in historic Rockefeller Center. Radio City Music Hall is one of the entertainment world's most appealing and exiting venues.

Radio City opened its doors to the world on December 27, 1932 and has been welcoming daily audiences of almost 6,000 guests ever since. More than 300,000,000 guests have enjoyed world-class shows, concerts, events and attractions at the Music Hall.

For nearly five decades, Radio City Music Hall entertained the public with a movie/stage format. In 1979, the format was changed to live stage spectaculars, concerts, television events, and a variety of other special events. And for 65 years, *The Radio City Christmas Spectacular*, starring the world famous Rockettes, has been an annual tradition. Over one million guests attend *The Christmas Spectacular* every year at Radio City Music Hall, making it the world's biggest live event!

6

CONFIDENTIAL







In 1997, the Rangers purchased their Binghamton development team and moved the squad to Hartford. Named the Hartford Wolf Pack, the American Hockey League team plays all of its home games in the Civic Center. They are the 2000 Calder Cup Champions.

7





## ENTERTAINMENT

Radio City Entertainment is responsible for the management and development of all Radio City Music Hall and Madison Square Garden productions which include "A Christmas Carol", the world-renowned "Radio City Christmas Spectacular", and Broadway's "The Scarlet Pimpernel". In addition, this division is also responsible for all concerts, family shows, and attractions.



## MSG PROPERTIES

MSG Sports Properties is part of the Radio City Entertainment division and is comprised of College Basketball, Sports Memorabilia and Licensing and Merchandising.

8

CONFIDENTIAL

MSG 12806

## COMMUNICATIONS

This area is responsible for all public relations/communications, internally and externally for the company Madison Square Garden.

## FINANCE

The finance area is responsible for the following: accounting, payroll, accounts payable/accounts receivable, budgeting, and financial planning for entertainment events.

## LEGAL & BUSINESS AFFAIRS

This area consists of the legal department for Madison Square Garden.

## HUMAN RESOURCES

Human Resources is responsible for recruitment, employee relations, labor relations, benefits administration, compensation, training and development, human resources management systems and internal communications for Madison Square Garden.

## ADMINISTRATIVE SERVICES

Administrative Services handles office-related activities, company space allocation, repair and maintenance of the corporate offices and oversees the distribution services area.

9

CONFIDENTIAL

MSG 12807



**DISCLAIMERS**

Please note, the information in this handbook was designed to familiarize employees with Madison Square Garden, L.P. and is not intended to be interpreted, in any way, as a contract for continued employment.

The information contained in this handbook is subject to change at the discretion of Madison Square Garden, L.P. management. This handbook is intended as a guide to everyday employee issues, and in no way aims to address all issues.

CONFIDENTIAL

MSG 12808



# EMPLOYEE HANDBOOK

ii

CONFIDENTIAL

MSG 12809

## CABLEVISION VALUES

As a Cablevision employee, you have the right to expect:

1. Fair and respectful treatment

2. Ready access to management regarding your concerns

3. A safe and clean working environment

4. A clear statement of Company rules, regulations and expectations

5. An opportunity for training and development

6. Salary and benefits that are fair and competitive

7. The tools and equipment for the proper performance of your job

8. The freedom to express your views without fear of reprisal

9. Fair procedures for promotional opportunities

10. Career growth and opportunities in a growth environment

In exchange for your:

1. Commitment to provide outstanding service to our customers

2. Cooperative and respectful working relationships

3. Adherence to Company rules and regulations

4. Loyal and dedicated commitment to moving the Company forward

## EQUAL EMPLOYMENT OPPORTUNITY

It is the policy of Madison Square Garden to be fair and equitable in all employee relations and to foster an atmosphere of diversity and opportunity. All Human Resources actions such as recruiting, selection, training, compensation, promotions, layoffs, and company social programs will be made without regard to race, color, religion, sex (which includes protection against sexual harassment), sexual orientation, age, national origin, veteran status, service in the Vietnam era, or disability.

12

CONFIDENTIAL

MSG 12810



Madison Square Garden employees have the right to work in an environment free of all forms of discrimination and conduct which can be considered harassing, coercive, or disruptive. Consistent with MSG's respect for the rights and dignity of each employee, harassment based on race, color, religion, sex (which includes protection against sexual harassment), sexual orientation, age, national origin, veteran status, service in the Vietnam era, or disability.

## VIOLENCE IN THE WORKPLACE

Workplace violence is strictly prohibited.

Workplace violence includes threats, threatening behavior, or engaging in violent acts at MSG. The employee involved shall be removed from the premises and in some circumstances, may not be allowed to return pending the outcome of an investigation. If the investigation substantiates that a violation of this policy has occurred, the employee will be disciplined accordingly.

All Madison Square Garden employees are responsible for notifying a management representative or Human Resources of any behavior witnessed which is regarded as threatening or violent and has occurred in the workplace or during activities related to company employment, which may be a site other than the workplace, or is job-related.

13

CONFIDENTIAL

MSG 12811





The newly enacted New York City regulations regarding smoking took effect on Monday, March 30, 2003. The new law imposes broad new restrictions against smoking in the workplace and in public places such as sports arenas, theaters, restaurants and bars.

Smoking is strictly prohibited throughout Madison Square Garden, Radio City Music Hall and our offices at Two Penn Plaza.

You are reminded that no retaliatory action may be taken against any employee who asserts his or her rights under the NYC Smoking Law. If you believe that retaliatory action has been taken, or threatened, against you as a result of your assertion of your rights under this law, please notify your Employee Relations representative immediately.

Any questions regarding this policy or its implementation should be directed to Human Resources. Final determination of issues will be made by Human Resources in conjunction with the Legal Department.

14

CONFIDENTIAL

MSG 12812



# USING THE TELEPHONE



Telephones are business tools and vital to our operations, therefore Madison Square Garden's telephone system should be used for business purposes. Outgoing and incoming personal calls should be limited to emergency situations.

When using the phone, please use the following phone courtesy guidelines:

- Speak in a pleasant and businesslike manner.
- Return calls promptly (within 24 hours).
- Answer incoming calls promptly (within three rings).

If you have a problem with your telephone or if you require line changes or equipment, please contact Telephone Repairs at (631-4357).

15

CONFIDENTIAL

MSG 12813





Electronic mail ("e-mail") and on-line services (Internet/Intranet) are formal business communications tools where electronic messages, business information, and reference materials are prepared sent and retrieved on personal computers. These communications tools are considered shared paper files and should be treated with the same level of business standards as memos, letters, reports, and voice mail.

The following rules have been established with respect to the use of these communications tools:

- They are to be used for business purposes only; informal or personal use is permissible only within reasonable limits.

- All records are considered company records and should only be transmitted to those individuals who have a business need to receive them. These records are subject to disclosure, without employee notification or permission, to company, law enforcement, and government officials, or to third parties through subpoena or other process. While the company does not intend to regularly review e-mail or on-line records, the company may monitor e-mail and on-line sites visited by employees and should therefore have no right or expectation of privacy.

- Access to on-line services will be granted based on business need. Sites may be limited to that business need.

- All business information contained in these communication tools should be accurate, appropriate and lawful, and does not necessarily reflect the views of Madison Square Garden, its officers, directors or management.

- Madison Square Garden owns the computer and software making up these systems and permits employees to use them in the performance of their duties. Log-ons and passwords may not be shared with any third party, nor may they be shared with another employee, unless authorized by management.

16

CONFIDENTIAL

MSG 12814

**PC E-MAIL (continued)**

The following behavior will result in disciplinary action, up to and including termination:

- Unauthorized attempts to break into any computer inside or outside of the company (Cracking).
- Using these resources for personal gain.
- Use of sexually explicit computer screen savers or the accessing of websites that are of a sexual nature.
- Sending chain letters, threatening, racial, or sexually harassing messages, or other messages that violate government regulations or laws.
- Theft, copying electronic files without permission, or violating copyright laws.
- Sending or posting confidential materials outside of the company or to unauthorized company personnel.
- Sending messages that could damage the image or reputation of the Company.
- Abuse of these communication tools through excessive personal use or use in violation of law or company policy.

As a condition of initial and continual employment, all employees consent to the above policy.

If you have any questions regarding this policy, please feel free to discuss them with a member of the Human Resources staff.

17

CONFIDENTIAL

MSG 12815



**HOW WE CONDUCT OURSELVES**
**EMPLOYEE CODE OF CONDUCT**

Madison Square Garden has established conduct standards for all employees. All employees will be asked to sign an employee code of conduct form. This code of conduct promotes a positive image to the people we do business with and ensures a professional, pleasant, and safe working environment.

**An employee who fails to maintain these conduct standards by violating any of the company's work rules and/or the Employee Code of Conduct, is subject to disciplinary action up to and including termination.**

Listed below are examples of the rules and regulations you will be expected to follow:

- You shall conduct yourself in a pleasant and professional manner, and refrain from loud or abusive behavior.

- Social gathering activities should be kept to a minimum, as this can disrupt co-workers.

- Illegal activities are prohibited including being in the possession of or using controlled substances including alcohol. Being under the influence of alcohol while at work is also prohibited.

- Fighting and all forms of violent behavior is prohibited. Engaging in such behavior will result in termination.

- Bringing unauthorized persons into the facility or entering unauthorized locations is prohibited.

If applicable, you will be issued a copy of the Employee Code of Conduct along with departmental work rules and regulations that must be followed as a Madison Square Garden employee.

**CONFIDENTIALITY- CODE OF BUSINESS CONDUCT**

As a Madison Square Garden employee, you will be asked to sign a Confidentiality- Code of Business Conduct form which states that you will not engage in activities which may conflict with your responsibilities to Madison Square Garden.

Check with Human Resources if you are unsure about what constitutes a conflict of interest.

18

CONFIDENTIAL

MSG 12816





As employees of the Garden, how we present ourselves to our business associates and the public communicates Madison Square Garden's image. What we wear each day contributes to conveying that image. It is therefore important to project a pleasant, business-like, and professional image at all times.

MSG has implemented a Casual Dress Program throughout the year. Casual business attire for men is slacks and sports shirts (no tie required) and for women, casual dresses, skirts, and slacks. Please consider your schedule and outside business meetings during this time.

Please be advised that all employees may wear denim shirts. Women may wear denim skirts and dresses. However, denim jeans along with sneakers, golf, polo, flannel, tee or sweat shirts, tank or halter tops are not considered appropriate business attire. In addition, extremely short or tight garments, scarves, or bandannas, and sunglasses except for medical reasons are also unacceptable.

We want to show support for our teams (New York Knicks, New York Rangers, New York Liberty, and the Hartford Wolfpack) therefore, clothing (t-shirts, hats, etc.) with logos from other professional sports teams is not appropriate to wear while at work or while attending any of our events.

It is imperative that all employees comply with our dress standards. Your supervisor or Human Resources can answer any questions regarding appropriate attire.

CONFIDENTIAL

MSG 12817





Since Madison Square Garden is a famous sports and entertainment company, we frequently receive inquiries from the media. Unless you are a Corporate Communications or Public Relations management employee you may not make comments to the media. Immediately inform your supervisor if you receive any request for information from the media.

The following outlines information regarding the company policy on media inquiries:

During business hours, all media inquiries regarding Madison Square Garden, Radio City Music Hall and the Hartford Civic Center, including but not limited to inquiries about Company policy, crisis issues, business dealings or compensation, are to be directed to the Senior Vice President Corporate Communications. Individuals should not conduct media interviews without approval from the appropriate public relations representative.

Any inquiry received during the evening or weekend should be directed to the Senior Vice President Corporate Communications [home phone number can be obtained by contacting Command Center 465-6299 (Sergeant's Office) or 465-6292 (Garden Services)].
Any media inquiry that pertains to a specific group and is received during business hours should be immediately directed to the appropriate Communications/Public Relations individuals:

New York Knickerbockers
Vice President, Public Relations
212-465-6442

New York Rangers
Vice President, Public Relations
212-465-6486

New York Liberty
Manager, Public Relations
212-465-5178

MSG Network and Fox Sports NY
Vice President, Network Public Relations
212-465-6659

Radio City Entertainment
Vice President, Public Relations
212-631-4340

Sports Properties
Vice President, Public Relations
212-465-6659
Director, Public Relations
212-465-6795

Hartford Wolf Pack or Civic Center
Manager, Public Relations
860-246-7825 X260

20

CONFIDENTIAL

MSG 12818

## MEDIA RELATIONS (continued)

All media inquiries occurring during an event must be directed immediately to the management member of the appropriate Communications or Public Relations department on duty.

In no case should anyone other than a Communications or Public Relations management employee make a comment to the media unless the interview has been arranged by the appropriate Public Relations person. Any employee violating this policy is subject to disciplinary action, including without limitation, termination.

## TICKETS TO EVENTS

From time to time, Madison Square Garden and Radio City Music Hall offer complimentary tickets for events to employees and their families. These ticket offerings are communicated via the "W.I.R.E" (Where Information Reaches Employees) Program.

Additionally, employees who wish to purchase tickets through the employee ticket pool for personal and business use can do so by following the employee ticket pool policy and procedures instituted for this purpose (see your Supervisor for further information on the ticket pool policy).

**The resale and/or unauthorized distribution of tickets is strictly prohibited and will result in termination.**

Please contact your supervisor or Human Resources if you have any questions.

21

CONFIDENTIAL

MSG 12819

## YOUR WORK AREA

A work area will be assigned to you by your supervisor. At Madison Square Garden, it is important to maintain a clean and safe work environment. We accomplish this goal by adhering to the following guidelines:

- In corridors and open areas, nothing may be hung on the walls without prior authorization from Management.
- Stickers and decals may not be placed on walls or any company owned equipment (e.g. telephones, camera equipment, computers, etc.)
- Furniture and/or equipment may not be moved without prior authorization from Administrative Services.

All trash (including newspapers, cartons, files) should be discarded in the proper manner and not stacked on floors or file cabinets.

## TRAVEL, ENTERTAINMENT & BUSINESS EXPENSES

### Expenses
There may be times when you will incur business expenses. Reimbursement is obtained by completing an Expense Report Form and submitting it to the Controller's Department. Here are some guidelines:

All travel, entertainment, and other business expenses must be accounted for on the Company's standard expense report form [Business Expense Form to be found on Excel. Click on Excel icon, under File open New, select Business Expense Forms Tab, and select MSG Business Expense Report] (Appendix 1) and should be submitted as soon as possible after they have been incurred but not later than ten (10) business days following the month in which they were incurred. Expense reports must include sufficient detail to permit determination of the business purpose and reasonableness of the expense. Expenses must be shown on a daily basis and itemized according to the captions on the expense report. Explanation for entertainment expenses, or business meals must include the name and title of those in attendance, the name of the company they work for, a description of the business purpose.

All expenses submitted for reimbursement must be supported by an original receipt, although not required for expenses under $25.00. Receipts should be attached in an orderly fashion to facilitate review by the supervisors and Accounts Payable department. (To reduce chance of loss, receipts should be fastened to 8½ x 11" paper and attached to the expense report.)

CONFIDENTIAL

MSG 12820



## TRAVEL, ENTERTAINMENT & BUSINESS EXPENSES (CONTINUED)

For air travel, the passenger coupon boarding pass must be attached to the expense report. For e-tickets, passenger coupons are not issued. For documentation purposes, the Rainbow-issued itinerary and the original boarding pass should be attached to the expense report.

When renting a car, always include the car rental receipt when submitting the reimbursement request.

For cost of lodging, the final hotel folio together with an original credit card slip should be attached to the employee's expense report. In cases of early checkout, please attach the copy of the hotel bill.

All expense reports must be approved by the employee's immediate supervisor or his designee. Additional approvals may be necessary if the supervisor is not an authorized signer of the Company.

Approved expense reports should be forwarded to the Accounts Payable department. Properly completed and approved expense reports will be processed within five business days. As part of the payment process, the Accounts Payable department will audit the expense report for compliance with this policy. Requests for reimbursements of expenses found inconsistent with this policy will be returned with an explanation of inconsistency.

Senior Vice Presidents and higher ranking positions at MSG-managed entities must have their expense reports approved by their immediate supervisors and then sent to the Senior Vice President - Finance and Controller at MSG for approval.

*Cablevision is required by the IRS to produce all required information to justify business expenditures. Lack of supporting documentation, including original receipts, may result in the disallowance of certain deductions, subjecting both Cablevision and the employee to a higher tax liability.*

### Corporate Credit Card
Employees who are expected to incur regular business expenses may receive a Corporate American Express Card. This card may be received from the Controller's office by written request from your department head. All expenses incurred are the responsibility of the employee. All business expenses will be reimbursed via expense reports noted above and are paid to American Express by the employee.

CONFIDENTIAL

MSG 12821



## PAY PRACTICES

### Pay Practices

Paychecks are distributed to respective departments every other Thursday. You may cash your check at the designated payroll window located at the box office in the main lobby of the Madison Square Garden Arena. You must present your Madison Square Garden identification card when cashing payroll checks. Employees may also cash their paychecks at the Chase Checks-To Cash Club located at 133 West 30th Street (between 6th and 7th Avenues) Monday through Friday from 8:30a.m. - 5:00p.m. Employees must complete a membership application for check cashing purposes. For further information, you may contact the Chase Service Line at (212) 935-9935.

### Direct Deposit

All Madison Square Garden employees who are classified as administrative full time, Director's Guild of America and Local 1212 Broadcast Technicians are eligible to participate in the direct deposit program.

If you choose direct deposit, it will take a minimum of two (2) pay cycles for direct deposit to take effect. Your entire paycheck will be deposited electronically into the bank account you designate. The bank receiving the funds must be a member of the New York Automated Clearing House (NYACH). For further information please contact Human Resources at 465-6348.

## ATTENDANCE

### Attendance

Promptness and regular attendance are very important to your work here at Madison Square Garden. If you are absent, late for work, or leave before your regularly scheduled time you seriously affect company operations. If you are going to be absent from work, please notify your supervisor immediately.

### Recording Time

Some employees will be required to record their hours of work on a time sheet. Your supervisor will advise you how and when to complete these time sheets.

CONFIDENTIAL

MSG 12822

## DISCIPLINARY PROCEDURES

The following progressive disciplinary actions are available to Management. Based on the severity of the offense and general performance history of an employee, the following steps may be taken:

1. Verbal Warning
2. Written Warning
3. Suspension
4. Investigative Layoff Pending Termination (If applicable)
5. Termination

Please note, there are instances where some steps of progressive discipline will be by-passed, as in the case of fighting.

Questions regarding disciplinary procedures should be addressed to your supervisor and/or Human Resources.

CONFIDENTIAL

MSG 12823

## IDENTIFICATION CARDS

You will receive a photo identification card. This will be your personal ID. You are required to visibly display your ID card when you come to work and when going from location to location. If your card is lost or stolen, you must contact Building Security (465-6299) immediately and arrange for a replacement.

Temporary employees will receive a temporary identification card that will have a specific expiration date.

Visitors to Madison Square Garden are required to "sign-in" at the designated reception area where they will receive a temporary visitors pass.

Your ID cannot be used by other individuals. It is not transferable and remains the property of the company.

In the event of your leaving the Company, the identification card must be returned.

At no time should your identification card be used to gain entry into an event at Madison Square Garden. Misuse and unauthorized entry into the building is not allowed. Violation of this policy is subject to disciplinary action, up to and including termination.

There is a $5.00 replacement fee for ID cards that need to be reissued. The replacement fee may be deducted from your paycheck, or paid in cash. All monies collected from these replacement cards are donated to the *Cheering for Children Foundation*. This foundation is committed to raising money to enrich the lives of children in the New York Metropolitan area.

## YOUR PERSONNEL FILE

It is the Company's policy to maintain the confidentiality and integrity of information in employee files. Access to the files will be limited to those who need the information to conduct Company business. All proprietary rights to employee files remain with the Company.

Information in personnel files will not be disclosed to anyone outside the Company except to verify employment dates and position titles. Upon written authorization from the employee, salary information will be disclosed for the purpose of credit and mortgage applications.

If you wish to view your employee file, please contact Human Resources (465-6348) to arrange an appointment. Files may not be removed or copied.

CONFIDENTIAL

MSG 12824

## PROMOTIONAL OPPORTUNITIES

It is the policy of Madison Square Garden to provide opportunities for professional advancement to qualified employees, whenever possible. A promotion is the advancement from a position in one salary grade to a position in a higher grade which normally involves greater responsibility and different duties.

Employees have the opportunity to be prepared and considered for higher level responsibilities by meeting goals and objectives set forth in the performance planning process. Additionally, job postings will inform employees of available opportunities within the company.

## SOLICITATIONS AND DISTRIBUTIONS

While you are at work, the company asks that you refrain from soliciting or distributing non-business materials, including the sale of merchandise.

## EMPLOYEE BENEFITS



The employee benefit programs offered through Cablevision provide comprehensive benefit coverage to eligible employees and their dependents. Your eligibility for benefits is based upon your employment status with the Company.

Human Resources will advise you of the benefit program for which you are eligible.

CONFIDENTIAL

MSG 12825



**EMPLOYEE ENTRANCES**

Due to the facility's unique structure, there are employee entrances at three locations:

**Administrative Employees enter at:**
- 2 Penn Plaza - 7th Avenue (14th, 15th, 16th, and 17th floors)
- 4 Penn Plaza – Main Entrance Complex - 7th Avenue (box office lobby)

**Event Staff Employees enter at:**
- 8 Penn Plaza – corner of 33rd Street & 8th Avenues

**GARDEN RELATIONS**



At Madison Square Garden, we do not consider the public customers, patrons or ticket holders, we consider them guests, whether they are frequent attendees at our events, such as season ticketholders, or once in a lifetime visitors, such as out-of-town tourists. The trust and confidence we instill are the Company's most important asset. It is our standard to uphold that trust and confidence by performing our duties with a friendly attitude in a clean and safe environment. Remember to treat all individuals we come in contact with as potential guests of the Garden. Keep in mind that when you are at work, or attending an event, you should conduct yourself appropriately. Here are some standards to follow:

- Treat people courteously while they are at the Garden. They should always be addressed as "Sir" or "Madam". Be sure to use words like "Please" and "Thank You" when making requests or addressing the public.

- Be knowledgeable of upcoming events and the location of restrooms, food service areas and restaurants. The public looks to us to provide both information and assistance.

CONFIDENTIAL

MSG 12826

## GARDEN RELATIONS (continued)

- Pick up incidental trash. It is the responsibility of each of us to contribute to the maintenance of a clean facility.

- Never use vulgar, obscene or abusive language, or excessive force.

- Unauthorized entry into the facility and/or the acceptance of payment for entry seat upgrading or ticket changes is strictly forbidden and will result in termination.

Please remember that we are all responsible for ensuring a positive experience for our guests. It is always our job to assist our guests. If you cannot provide immediate assistance, it is your responsibility to notify an employee who can.

29

CONFIDENTIAL

MSG 12827



## EMPLOYEE COMMUNICATIONS

An open, communicative environment is important to Cablevision. Toward this end, we have created a company-wide internal communications program whose two main components are currently: W.I.R.E. and Marquee.

### W.I.R.E.
The W.I.R.E. ("Where Information Reaches Employees") program was established to distribute Company and local news efficiently to employees. The program is supported by approximately 400 volunteer Communication Coordinators and Regional Coordinators who maintain local WIRE bulletin boards and distribute pertinent information to fellow employees each day from Internal Communications' nightly dispatches. (Information from the Department of Labor and other regulatory agencies can be found on separate human resources bulletin boards.)

### MARQUEE
Cablevision's employee intranet, Marquee, is a constantly evolving business tool which has grown consistently since its launch in 1998. Through Marquee, employees can print a department phone list, apply for an internal position online, check the Company calendar, locate their ER manager, pull up a Company form, and more – all with a few clicks of the mouse. The "My Marquee" area also allows employees to customize their home page by adding up to 10 personal links.

The employee intranet is located at *http://marquee*. If you do not have regular access to a desktop computer and would like to use Marquee, your Employee Relations Manager can direct you to a kiosk (where available). Marquee is an internal resource; therefore, it can only be accessed from a computer that is connected to our internal data network.

### Other Communication
Cablevision and Madison Square Garden may also use other means to communicate information to you such as newsletters, employee meetings, teleconferences and employee manuals such as this Handbook.

We always welcome employee questions or suggestions and encourage you to contact us at: Internal@thegarden.com.

**Company Websites:**

www.cablevision.com                         www.hartfordciviccenter.com

www.thegarden.com                           www.msgnetwork.com

www.radiocity.com

30

## ORIENTATION PERIOD

At Madison Square Garden, the orientation period for new employees is three months for non-exempt employees and six months for management employees. This period provides an opportunity for you to become acclimated to your new position and gives your supervisor an opportunity to evaluate your work.

For further information regarding the orientation period, please contact your supervisor or Human Resources.

31

CONFIDENTIAL

MSG 12829





Administrative employee lunch hours are normally taken between 12 p.m. - 2 p.m.
Employees should coordinate their lunch hour with their co-workers and make arrangements for
phone coverage if appropriate.    Consult with your supervisor if you need to take lunch before or
after these hours.

## ADMINISTRATIVE SERVICES

### Mail Pick-up and Delivery

Mail is picked up and delivered to each department at least three times per day by Distribution
Services (465-6626).  See your supervisor for details on inter-office, outgoing mail, messenger
services and express mail services.

### Repairs and Maintenance

Requests for repairs and maintenance, in the arena building, should be directed to Building
Operations (465-5948 or 465-6150).  Requests for repairs and maintenance, in the Corporate
Offices at 2 Penn Plaza, should be directed to Administrative Services (465-6622).  A work order
request form should be completed and approved as required.

CONFIDENTIAL

MSG 12830

## SAFETY AT WORK

Madison Square Garden encourages you to exercise care and use all safety precautions and equipment available while you are at work. Be cautious of fire hazards and the smell of smoke. You should be aware of the location of fire exits.

At an event, the safety of all attendees is of primary importance. In the event of an accident, contact your supervisor immediately.

## EMPLOYMENT REFERRALS

**Friends and Relatives**
Relatives such as a spouse, parents, children, brothers, sisters, nephews, and nieces (by blood or marriage) are not eligible for employment without prior approval from Human Resources.

If you know anyone who is looking for a position, please refer him or her to Human Resources (465-6330).

## PERFORMANCE PLANNING AND REVIEW PROCESS



The performance planning and review process is conducted jointly between employees and supervisors in an equitable and timely manner. The objective of performance planning is to clearly define expectations and goals. It is also valuable in assisting in the professional development of individual employees and in ensuring job satisfaction.

Your supervisor can give you information regarding the performance planning and review process.

## FANS FIRST

The Fans First, S.T.A.R. Service Program is comprised of:

1. S.T.A.R. Service training to all employees who interact with fans
2. Recognition of employees for their good work
3. On-going communications and marketing to our employees and fans stressing the importance our Fans First, S.T.A.R. Service Program.

CONFIDENTIAL

MSG 12831



YOUR SALARY

Cablevision has a salary administration program which establishes equitable and externally competitive pay rates for job responsibilities and individual performance. Generally, salary reviews are conducted annually.

Your supervisor can advise you of your scheduled salary review date.

All salaries are to be kept confidential, and should not be disclosed to co-workers. You should be aware that the unauthorized exchange of salary information is a serious violation of Company policy, which may result in disciplinary action.

34



**MADISON SQUARE GARDEN**

*A Cablevision Company*

# EMPLOYEE PROGRAMS

35

CONFIDENTIAL

MSG 12833

## TUITION & TRAINING SEMINAR REIMBURSEMENT PLANS

Madison Square Garden offers regular full-time and part-time regular administrative employees the opportunity to apply for reimbursement for specific classes and training seminars. Tuition Reimbursement and Training Seminar applications are available in Human Resources. This form serves as authorization for reimbursement. Please be sure to get the necessary approvals from your Supervisor, Department Head, and Human Resources before you register for a class or seminar.

## EMPLOYEE SERVICES

The Employee Services Department is dedicated to building on Cablevision's employee-oriented values through various programs targeted to improve the work/life relationship. Included in the Employee Services umbrella are:

- ✓ Service Award Dinners- Employees are invited to attend Service Award Dinners at certain milestones with the company. (Service years: 10, 20, 25, 30, 35, 40, 45, etc.)
- ✓ Marriage & Baby Gifts
- ✓ Employee Recognition Site on the employee intranet (Marquee)
- ✓ Annual Blood Drive
- ✓ Employee Discount Programs with car manufacturers, various clothiers, outlet centers, commercial fitness clubs and more. See the "Perks and Services" section of Marquee for a complete listing.
- ✓ Employee Tickets (See below)

### EMPLOYEE TICKETS

Cablevision has an Employee Tickets Department located in the Bethpage facility and at Madison Square Garden. These departments provide employees of Cablevision, Madison Square Garden, Radio City Music Hall and all other Cablevision entities with the opportunity to request tickets to events at various venues in the tri-state area. The purpose of these departments is to provide employees with the opportunity to request tickets to events at various venues in the Tri-State area.

Depending on your work location, the Employee Tickets process may vary. Below is a brief overview of the procedures on how to request, purchase and pick up tickets. The Bethpage and Madison Square Garden Employee Tickets staff thanks you in advance for your cooperation.

36

CONFIDENTIAL

MSG 12834

All full-time administrative employees (Director and below) are eligible to purchase tickets to events at Madison Square Garden and Radio City Music Hall.  The process is:

### Administrative Employees:

1. For the full-time administrative employees, a green sell ticket request form (available from the designated ticket pool coordinator in your area) must be completed and signed by supervisor and department head and must include a credit card number.
2. The request will then go to your ticket pool coordinator.
3. Ticket request will be forwarded on to the VIP Services Department.
4. You will be notified as to whether or not your request could be fulfilled as the demand for some events may exceed the number of tickets available.
5. For more detailed information, please feel free to contact your ticket pool coordinator or a member of the VIP Services Department at 212-465-6133.

Ticket requests can be sent to the Bethpage Employee Tickets Department for:

All other concerts and sporting events at Nassau Coliseum, Jones Beach, Various Broadway Theaters, Lincoln Center, Westbury Music Fair, Yankee Stadium and Shea Stadium:
&
Discounted Recreational Tickets: Movie Tickets, Bronx Zoo, Six Flags Great Adventure, Sesame Place, Dorney Park, Splish Splash, Hunter Mountain . . .

### Brief Overview:
1. Employee Ticket offerings are sent out by email and through the W.I.R.E. stating ticket availability. Tickets may be given out on a first-come first-served or a lottery for more popular events.
2. Email or call the Employee Tickets Department at 516-803-3054 with a request.
3. Employees can pay by money order, check or their VISA/Mastercard.
4. Tickets can be picked up from Employee Tickets in Bethpage or sent to the designated contact at your location.



CONFIDENTIAL

MSG 12835



## SAVINGS BONDS

US Savings Bonds, Series EE can be purchased by all employees through the company via payroll deductions. Denominations of $100, $200, $500, and $1,000 can be purchased for half the price of the face value. For example, a $100 bond can be purchased for $50. There is a minimum payroll deduction of $6.25. Once you have accumulated enough to purchase a bond, your bond will be mailed directly to your home from the bank.

You can enroll in the Savings Bond program at any time during the year. Information on the Savings Bond program and applications can be obtained from Human Resources. (465-6333).

## EMPLOYEE RELATIONS/EMPLOYEE ASSISTANCE PROGRAM

In a company as large as Madison Square Garden, it is possible that you may find yourself in a situation in which you require guidance.

If you have a problem or concern, please bring it to the attention of your immediate supervisor. In addition, Employee Relations is available to discuss and assist employees with employee relations concerns on a confidential basis.

Please contact Employee Relations (465-6330) if you wish to set-up an appointment.

The Company also has an Employee Assistance Program (EAP). The EAP provides professional assistance when you need help with a personal problem. All contact with the EAP is strictly confidential. The EAP helpline is 1-800-327-4844.



38

CONFIDENTIAL

MSG 12836

## EMPLOYEE DISCOUNTS

One of the ways Madison Square Garden expresses appreciation for its employees is by arranging special discount privileges. New discount offerings are added throughout the year. Employees are notified about discount programs via the "W.I.R.E." Program, an internal all-employee communication system.

Following are some of Madison Square Garden's discount programs that are available to all employees:

### Team Store and Double Teamed

Madison Square Garden employees receive a 30% discount on all merchandise. Visit the Team Store and Double Teamed on the 6th floor of the arena, where you may purchase the finest in Knick, Ranger, Liberty and Madison Square Garden merchandise as well as the latest in NHL & NBA clothing. You may also purchase items at the Mall booth during the hours of 10:00 a.m. - 4:00 p.m.

### Cosby's - 2 Penn Plaza

Madison Square Garden employees are offered a 10% discount at Cosby's sporting goods store. Cosby's carries a wide variety of athletic clothing and team merchandise. It is located at 2 Penn Plaza, right outside the Madison Square Garden box office. By showing your MSG identification card at the time of purchase, you can receive discounts on most merchandise items. For further information, you can call Cosby's (563-6464).

### Play by Play Restaurant

Madison Square Garden's Play By Play restaurant is open for lunch from 11:30 a.m. to 2:30 p.m. Monday through Friday. You must show your current MSG identification card to receive a 20% discount.

### Meyers Parking Systems

Reduced rate parking is available at several conveniently located Meyers Parking Systems. For further information, refer to Cablevision's employee intranet, Marquee (*http://marquee*).

CONFIDENTIAL

MSG 12837



DISCLAIMER

The programs in this guide are made available to employees solely at the discretion of Madison Square Garden, L.P..  All programs are subject to change, at any time, without prior notice to employees.

40

CONFIDENTIAL

MSG 12838

# MADISON SQUARE GARDEN

*A Cablevision Company*

# OUR HISTORY

41

CONFIDENTIAL

MSG 12839

## MADISON SQUARE GARDEN HISTORY

- Madison Square Garden's history began in the 1870's. Madison Square Park was located between Fifth & Madison Avenues and 24th & 26th Street which became an entertainment and social center for the emerging New York elite.

- Across from the park was an abandoned train yard, owned by Cornelius Vanderbilt. P.T. Barnum, one of the founders of *The Ringling Brothers and Barnum Bailey Circus*, leased this site for the construction of what was to be the first Madison Square Garden. The building was named "The Great Roman Hippodrome". It was a three-story brick building that did not have a roof. This prevented its use during winter months. Because of this, P.T. Barnum took his show on the road, going south, and the lease was auctioned off.

- In 1878, Vanderbilt's son, William, decided to operate the property as a future athletic center. On Memorial Day, 1879, the curtain rose on his new building which was named Madison Square Garden. Madison Square Garden #1 was frequented by the New York social scene, however, the challenge was to attract large paying crowds. The most popular event of the time was boxing which drew crowds of 10,000.

- Also during this time, Jumbo the Elephant, who P.T. Barnum transported from a London zoo, was first seen in the U.S. at Madison Square Garden. This brought international publicity and acclaim to the Garden.

- Structurally, the first Madison Square Garden did not provide the physical amenities that were available in New York's theaters, nightclubs and music halls. The building was hot in the summer, freezing in the winter, and damp in the spring and fall. After eleven years, this led to a decision to build a new structure.

- On June 16, 1890, the new Madison Square Garden opened on the same site. The structure was of Moorish architectural style with a tower that soared 32 stories. This Garden, unlike the first Garden had a roof. The Garden's main hall, which was the largest in the world, held permanent seating for 8,000 people and floor space for thousands more. In addition, the building contained a 1200 seat theater, a concert hall with a capacity of 1500, space for the largest restaurant in New York, and a roof garden cabaret. The opening night celebration was attended by 17,000 people, including some of the wealthiest people of the times. The New York Times rated Madison Square Garden as "one of the great institutions of the town to be mentioned along with Central Park and the bridge of Brooklyn".

CONFIDENTIAL

MSG 12840

## MADISON SQUARE GARDEN HISTORY (continued)

- An interesting story about the Garden's architect, Stanford White, has been portrayed in several movies, notably "The Girl in the Red Velvet Swing" and "Ragtime". At the time, Stanford White was not only America's leading urban architect, but was also a notorious playboy. His name was linked with many of the beautiful women of the times. White was having an affair with one of the Floradora girls who performed nightly at the Garden's Casino, Evelyn Nesbitt. Nesbitt was married to a millionaire named Harry Thaw. On the night of June 25, 1906, Thaw was attending a dinner show with his wife, Evelyn Nesbitt, at the cabaret. When Thaw rose to leave the dining room, he suddenly walked to White's table, and shot him three times. Interestingly, Thaw was found not guilty by reason of insanity.

- During this time Jack Dempsey, one of the most famous fighters of all time, began making appearances at the Garden. Madison Square Garden was so linked to boxing that from the Jack Dempsey to the Joe Louis eras, the Garden hosted 32 world championship fights. Garden II survived for 34 years until George Tex Rickard, a well-known boxing promoter, organized a group to construct another Madison Square Garden at a new location. The site selection was 8th Ave between 49th and 50th street, near New York's Hell's Kitchen.

- On November 24, 1925, Madison Square Garden III opened, it had three tiers of seating, and could seat 18,500. Its first event was a six-day bicycle race. Under its new leadership, the Garden steadily increased in stature and built its reputation as the most famous and most exciting arena in the world.

- Appearing at Madison Square Garden was so important that New York star athletes suffered from what came to be known as "Gardenitis", which is the sports equivalent of stage fright.

- Among the highlights of the 40 year life span of Garden III were:
  - The debut of the New York Rangers in 1926
  - The New York Rangers Stanley Cup titles in 1928, 1933, 1940,(and 1994 in Garden IV)
  - The first college basketball doubleheader in 1934
  - The debut of the New York Knickerbockers in 1947
  - President John F. Kennedy's birthday party where Marilyn Monroe sang "Happy Birthday" to the President in 1962

- In 1960, it was announced that there would be construction of a fourth Madison Square Garden, the location was to be decided at a later date. Two days after the announcement, a note was sent to Garden management by the Pennsylvania Railroad which suggested that the new Garden be built above Penn Station.

43

CONFIDENTIAL

MSG 12841

## MADISON SQUARE GARDEN HISTORY (Continued)

- On February 11, 1968, the fourth MSG opened at its current location. The new Garden was designed to encompass sports, entertainment, business offices, theaters and expositions. As you may know, the Garden was one of the first buildings in New York that had a circular design. Also constructed at the time was a 29-story skyscraper. (This skyscraper is 2 Penn Plaza, where the Garden currently has offices on the 14th, 15th, 16th, and 17th floors.)

- It is interesting to note that during the grand opening of the fourth Garden, the third Garden remained open. That final February weekend, the Knicks defeated the Philadelphia 76ers and the Rangers won over the Detroit Red Wings, making it the only time in history that two Gardens hosted fans simultaneously.

- Two years later, in 1970, 19,500 fans watched the Knicks defeat the L.A. Lakers, winning their first ever NBA title.

- In expanding its markets, the Garden in 1970 started Madison Square Garden Network, America's oldest and most prominent regional cable sports network which has won several ACE Awards.

- Madison Square Garden became a subsidiary of Paramount Communications Inc., formerly known as Gulf + Western Inc. In 1994, Paramount Communications Inc. sold Madison Square Garden to Viacom who in turn sold it as a limited partnership under ITT Sheraton and Cablevision. In 1997, Cablevision became the principal owner of Madison Square Garden.

- The Garden celebrated its 100th anniversary on May 31, 1979. It is the busiest arena in the country, and its worldwide reputation for excitement is built on the wide variety of headline attractions.

- In addition to the Knicks and Rangers, among the New York highlights of the present Garden have been a visit by the following: Pope Paul II, the "fight of the century" in which Joe Frazier outpointed Muhammed Ali, family entertainment events such as the Ice Capades, Ringling Brothers and Barnum Bailey Circus, athletic events such as college basketball, the World Tennis Association Championships (formerly the Virginia Slims Championships), the Millrose Games, which is a track and field event, and Wrestling, sold out concerts by such diverse performers and artists as the Rolling Stones, Michael Jackson, Bruce Springsteen, Pavarotti, The Grateful Dead, Tina Turner, and additional Boxing events. The Garden has also been a host to three democratic national conventions in 1976, 1980 and 1992.

44

CONFIDENTIAL

MSG 12842

## MADISON SQUARE GARDEN HISTORY (continued)

- In 1989, MSG Network acquired the rights to broadcast the New York Yankees.

- In January 1989, the current Garden underwent extensive renovation, creating a modern state of the art 20,000 seat arena and a new 5,600 seat multi-purpose forum theater. The project was completed in August 1991. The renovation also included new entrances on 7th and 8th Avenues, including private entrances to the Gardens new luxury Club Suites, and new restaurant facilities which included new food courts.

- A major addition to the renovated arena is the state of the art video scoreboard, Gardenvision.

- In June 1994, the New York Rangers became the Stanley Cup Champions by defeating the Vancouver Canucks.

- Two brand new Garden teams were introduced to Manhattan in 1997, The New York Liberty of the WNBA and the New York CityHawks of the Arena Football League. The Liberty reached the WNBA finals in its inaugural season of the league, and attendance soared for the Liberty throughout the summer.

- 1997 saw many other firsts for the Garden. In February, The Garden hosted the music industry's biggest event, the 39th annual Grammy Awards, marking the first time in the show's history that it was held in an arena.

- In May 1997, the Garden introduced one of the best loved films of all time, "The Wizard of Oz," on stage. This stage adaptation followed in the footsteps of The Garden's other theatrical production, "A Christmas Carol".

- In August 1997, the Garden announced an agreement with the Connecticut Development Authority to manage the Hartford Civic Center, enabling the Rangers to purchase their Binghamton development team and move the squad to Hartford. Named the Hartford Wolf Pack, the American Hockey League team plays all its home games in the Civic Center.

- In addition, the Garden hosted the 1998 NBA All-Star Game, the first time that the current Madison Square Garden played host to the NBA's showcase event. The game itself was part of the NBA's festive All-Star Weekend, which included the Schick Rookie Game and AT&T Shootout.

- Madison Square Garden hosted the inaugural WNBA All Star Game in 1999.

- The New York Liberty earned the title of WNBA Eastern Conference Champions in 1999, 2000 and 2002.

45

CONFIDENTIAL

MSG 12843

## MADISON SQUARE GARDEN HISTORY (continued)

- In 1999, the New York Knicks were the NBA Eastern Conference Champions.

- Madison Square Garden is set to move into the 21st century, and is committed to continuing its legacy as the world's number one address for sports and entertainment. With such a rich history, it's easy to see how Madison Square Garden has become the number one address in the world of sports and entertainment.

46

CONFIDENTIAL

MSG 12844

## RADIO CITY MUSIC HALL HISTORY

- Radio City Music Hall was the brainchild of theatrical impresario S. L. "Roxy" Rothafel and opened its doors on December 27, 1932. The Music Hall was the first building in the Rockefeller Center complex and was the largest indoor theater in the world in 1932. It rapidly become known as "The Showplace of the Nation" and one of the principal attractions of Rockefeller Center.

- The star attraction of the Music Hall is the *Radio City Christmas Spectacular*, starring the world-famous Radio City Rockettes, which was first performed in 1933. The Christmas Spectacular still incorporates two of the original numbers, "The Living Nativity" and "Parade of the Wooden Soldiers."

- Radio City Music Hall was designated a New York City landmark in 1979, and a National Historic Landmark in 1987.

- The Music Hall cost approximately $8 million dollars to building the early 1930s, with its interior designed by Donald Deskey. The exterior of Radio City is ripple-finished gray Indiana limestone, decorated with vertical aluminum spandrels. The world-famous marquee is as long as a NYC block and consists of more than six miles of red and blue neon powered by 599 transformers, 50,000 pounds of steel and 40,000 pounds of aluminum. Originally the marquee was constructed around the Sixth Avenue elevated train, which was dismantled in 1939.

- Technical experts agree that "The Great Stage" of Radio City Music Hall is the most elaborate and best-equipped stage in the world. Peter Clark originally designed the stage to be the most innovative and technically advanced stage in the world, and throughout the theater's history it has proven to be just that.

- More than two million people walk through Radio City's doors each year, with over 1 million for the *Radio City Christmas Spectacular* alone.

- In December 1997 Radio City became part of the Cablevision Family and Madison Square Garden now manages Radio City Music Hall.

- February 1999 marked the beginning of a seven-month restoration project of Radio City Music Hall. Cablevision's comprehensive renewal of the Art Deco landmark, costing $70 million, brought "the Showplace of the Nation" back to its original 1932 splendor and solidified the commitment Cablevision made to New York when it acquired a 25-year lease on Radio City Music Hall in December, 1997.

CONFIDENTIAL

MSG 12845

## HARTFORD CIVIC CENTER HISTORY

Since 1975, the Hartford Civic Center Veterans Memorial Coliseum and Exhibition Center opened and became the indisputable premiere Sports & Entertainment Facility for the State of Connecticut.

On January 18, 1978, after little more than two years in operation, the roof of the Hartford Civic Center collapsed under the weight of a terrible ice storm. Fortunately, not one person was injured in the collapse that occurred just after midnight, and just hours after a college basketball game.

Rebuilding and renovation began instantly on the facility and two years later, on February 6, 1980, the Hartford Civic Center reopened with more than 3,000 additional seats and a portion of the luxury Sky Boxes that exist today. During the mid-80's, phase two of the redevelopment added additional luxury Sky Boxes, the Coliseum Club, the Directors Suite and the Press Box.

Now managed by Madison Square Garden (August 1997), the facility is home of the 2000 Calder Cup Champions Hartford Wolf Pack (New York Rangers Affiliate of the American Hockey League), and home away from home for the University of Connecticut Huskies Men and Women Basketball programs. Family shows and ice skating spectaculars include – Disney on Ice, Sesame Street Live, World Wrestling Federation, Ringling Brothers and Barnum & Bailey, Harlem Globetrotters, Monster Truck Shows, Champions on Ice, Stars on Ice and World Championship Wrestling.

Additionally, virtually every musical artist or group who has toured the United States since 1975 has performed on Hartford Civic Center's stage. There have been over 530 concerts by more than 250 different performers, including The Rolling Stones, Grateful Dead, Luciano Pavarotti, Billy Joel, Elton John, U2, Eric Clapton, Janet Jackson, Andrea Bocelli and Rod Stewart. Special events include the NHL Entry Draft and All Star Game, World Figure Skating Championships, NBA Basketball, Championship Boxing; NCAA Tournament, World Wrestling Federation's WrestleMania XI and "spin alley" for the 1996 Presidential Debate.

The Hartford Civic Center's Exhibition Center's appeal is universal. Over 68,000 square feet of flexible space in the Assembly Hall, Exhibition Halls and nine meeting rooms have attracted nearly 250,000 attendees a year to every imaginable type of consumer and trade show. Enthusiasts enjoy events such as Papermania, Custom Car Show, Home Show, Bridal Expo, Connecticut Marine Trade Association's Boat and Fishing Shows, Record Convention, Christmas Craft Shows, CONEX, College Fair, Job Fair, Tri-State Computer Fair and Sale, Gold & Sport Show, CT International Auto Show and many more.

CONFIDENTIAL

MSG 12846

# MADISON SQUARE GARDEN

*A Cablevision Company*

# GLOSSARY

49

CONFIDENTIAL

MSG 12847



# GLOSSARY OF MADISON SQUARE GARDEN TERMS

**Arena**
One of the locations where events take place. The Arena seats approximately 20,000 people.

**Back of the House**
The area of the facility where the public usually does not visit. This area is used to store materials and prepare the Arena and The Theater for events.

**Blow Off**
When people exit the building at the end of an event.

**Casual Employee**
An employee who is hired on an "as-needed" basis for a limited term. Casual employees fall into three categories: seasonal employees, hourly casual employees, and temporary employees.

**Club Entrances**
Private entrances to Madison Square Garden for Suiteholders and Club Seat Members. They are located on the 31st and 33rd Street sides of the Mall.

**Club Bar & Grill Restaurant**
An up-scale restaurant facility, which will be used primarily by Madison Square Garden Club Members.

**Club Seats**
A seating program which entitles club seat holders to luxury seats in premium locations. The Club Seats program also provides a service where members can order food and beverages from their seats. Additionally, club seat holders can utilize private club facilities located on the mall mezzanine.

**Club Suites**
Private viewing boxes, which can accommodate 12 -16 people, located on the 9th and 10th floors of the Arena. Catering and other amenities are available.

**Club Terrace (formerly Club Lounge)**
Lounge area for Madison Square Garden Club Members, located in the Garden Terrace (formerly known as the Mall Mezzanine).

CONFIDENTIAL

MSG 12848

## GLOSSARY OF MADISON SQUARE GARDEN TERMS

**Come In**
When people enter the building before an event.

**Concourse**
The open area between the entry point and the gates. (Food, beverage, merchandise stands and restrooms are located on the concourse.)

**Dark Night**
A night where there are no events scheduled.

**Exempt Employee**
An employee who, under the Fair Labor Standards Act, is not eligible for overtime pay.

**The Expo Center** (formerly known as the Rotunda)
A large exhibition area below the Arena where events such as college fairs and trade shows are held.

**Fans First**
A program that promotes good customer service to our guest through employee training, rewards and recognition, and marketing communication.

**Floppers**
People who move to seats for which they do not have tickets.

**Front of the House**
All of the areas of the facility visited by the public.

**Gate**
The passageway from the outer concourse to the seating area in the Arena.

**The Garden Terrace** (formerly known as the Mall Mezzanine)
The area above the mall.

**Hourly Casual**
A casual employee who may be covered by a collective bargaining agreement, and is paid on an hourly basis.

**Hourly Employee**
An employee who is paid on an hourly basis and who is eligible for overtime. Hourly employees may be covered by a collective bargaining agreement.

CONFIDENTIAL

MSG 12849

## GLOSSARY OF MADISON SQUARE GARDEN TERMS

**Inner Concourse**
The pathway circumferencing the seating area in the Arena.

**The Madison Square Garden Club**
The name of the program whose membership is comprised of Club Seat ticketholders and Club Suiteholders. .

**Main Entrance Complex**
The Ticket Lobby and entry mall area, which serves as the main entrance to the Arena building.

**Mall**
The open area between 2 Penn Plaza and the Arena building, which provides the primary public access to the Arena and The Theater at Madison Square Garden.

**Management and Staff (Administrative Employees)**
Employees who are salaried and who are not covered by a collective bargaining agreement. Administrative employees fall into two categories:    Exempt and Non-Exempt (see definitions).

**MSG**
The standard abbreviation for Madison Square Garden.

**Non-Exempt Employee**
An employee who, under the Fair Labor Standards Act, is eligible for overtime pay.

**Play by Play**
A sports bar/restaurant, which will be used primarily by Madison Square Garden Club Members. The Play by Play is also open for lunch during the week.

**Play by Play Terrace  (formerly Club Lounge)**
Lounge area for Play by Play patrons, located in the Garden Terrace.

**Regular Full-time Employee**
An employee whose normal work schedule is no less than 35 hours per week, 52 weeks per year.

Any hourly employee meeting minimum requirements as stated in their collective bargaining agreement.

CONFIDENTIAL

MSG 12850

## GLOSSARY OF MADISON SQUARE GARDEN TERMS

**Regular Part-time Employee**
An employee whose normal work schedule is less than 35 hours per week, or less than 52 weeks per year.

**Seasonal Employee**
A seasonal employee works for a specified length of time.

**Sky Lobby**
A lounge area for Club Suiteholders located on the 9th and 10th floors.

**Specials**
An abbreviation for Special Officers: employees of the Garden who work as security guards.

**Temporary Employee**
A temporary employee is not covered by a collective bargaining agreement, and is paid on a per day or per week rate for a relatively short, specified period of time.

**The Theater** (formerly known as The Paramount)
The Theater was built during the renovation on the 8th Avenue side of the Arena building. It seats approximately 5,600 people for events.

**Zamboni**
The name of the machine that cleans and restores ice during Ice Hockey and Ice-Skating Exhibitions.

CONFIDENTIAL

MSG 12851