YE Information Summary

Page 1 of 1

New Window | Customize Page |

Year End Forms

**W-2 Status**

Company: MSG   Calendar Year: 2000   EmplID: 519032   Tax Form ID: W-2

Find | View All   First ◄ 6 of 6 ► Last   *Process Flag: Complete

**W-2 Details**

Find | View All   First ◄ 1 of 1 ► Last

First Name: ANUCHA   Middle Name:   Control Number:
Last Name: BROWNE-SANDERS   Suffix:   Sequence: 1
*Address 1:   Social Security
Address 2:
*City:   Country: USA
State:

**Employee Status**
☐ Statutory Employee   ☑ Retirement Plan   ☐ Third-party sick pay

**W2 Info**

Customize | Find | View 2 |   First ◄ 1-8 of 8 ► Last

| Box | Description | State Locality | Locality Name | W-2 Amount |
|---|---|---|---|---|
| 01 | Wages,tips,other compensation | | | 16346.15 |
| 02 | Federal income tax withheld | | | 3493.70 |
| 03 | Social Security wages | | | 16346.15 |
| 04 | Social Security tax withheld | | | 1013.46 |
| 05 | Medicare wages and tips | | | 16346.15 |
| 06 | Medicare tax withheld | | | 237.02 |
| 17 | State wages, tips, etc. | NY | | 16346.15 |
| 18 | State income tax | NY | | 1058.65 |

💾 Save   🔍 Return to Search

http://cviphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/MAINTAIN_PAYROLL_DATA_US.YE_D...   5/18/2006

MSG 03472

CONFIDENTIAL

YE Information Summary

Page 1 of 1

**Year End Forms**

**W-2 Status**

Find | View All    First ◄ 6 of 6 ► Last

Company: MSG  Calendar Year: 2001  EmplID: 519032    Tax Form ID: W-2    *Process Flag: Complete  ☒

**W-2 Details**

Find | View All    First ◄ 1 of 1 ► Last

First Name: ANUCHA                Middle Name:

Last Name: BROWNE-SANDERS          Suffix:

*Address 1:                        Control Number:

Address 2:                         Sequence:        1

*City:                             Social Security:

State:                    *Country: USA

**Employee Status**

☐ Statutory Employee   ☒ Retirement Plan   ☐ Third-party sick pay

**W2 Info**

Customize | Find | View 2 | 🔳    First ◄ 1-10 of 10 ► Last

| Box | Description | State | Locality | Locality Name | W-2 Amount |
|-----|-------------|-------|----------|---------------|-----------|
| 01 | Wages,tips,other compensation | | | | 158158.36 |
| 02 | Fed/terr income tax withheld | | | | 31886.75 |
| 03 | Social Security wages | | | | 80400.00 |
| 04 | Social Security tax withheld | | | | 4984.80 |
| 05 | Medicare wages and tips | | | | 188658.36 |
| 06 | Medicare tax withheld | | | | 2445.55 |
| 12C | Group term life | | | | 313.30 |
| 12D | 401(k) | | | | 10500.00 |
| 18 | State wages, tips, etc. | NY | | | 158158.38 |
| 17 | State income tax | NY | | | 10066.59 |

🖫 Save    🔍 Return to Search

http://cvlphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/MAINTAIN_PAYROLL_DATA_US.YE_D...    5/18/2006

CONFIDENTIAL

MSG 03471

YE Information Summary

Pr~9 1 of 1

New Window | Customize Page | http

**Year End Forms**

**W-2 Status**

Company: MSG  Calendar Year: 2002  EmplID: 519032       Tax Form ID: W-2

Find | View All        First ◄ 4 of 6 ► Last
*Process Flag: Complete

**W-2 Details**

Find | View All    First ◄ 1 of 1 ► Last

First Name: ANUCHA          Middle Name:
Last Name: BROWNE-SANDERS   Suffix:

- Control Number:

*Address 1: :

Address 2:                  Sequence:          1

*City:                      Social Security

*State:                     *Country: USA

**Employee Status**        ☑ Retirement Plan      ☐ Third-party sick pay
☐ Statutory Employee

**W2 Info**                 Customize | Find | View 2 | 🔳   First ◄ 1-10 of 10 ► Last

| Box | Description | State | Locality | Locality Name | W-2 Amount |
|-----|-------------|-------|----------|---------------|------------|
| 01 | Wages,tips,other compensation | | | | 213916.42 |
| 02 | Fed/terr income tax withheld | | | | 45300.23 |
| 03 | Social Security wages | | | | 84900.00 |
| 04 | Social Security tax withheld | | | | 5263.80 |
| 05 | Medicare wages and tips | | | | 224916.42 |
| 06 | Medicare tax withheld | | | | 3261.29 |
| 12C | Group term life | | | | 358.84 |
| 12D | 401(K) | | | | 11000.00 |
| 16 | State wages, tips, etc. | NY | | | 213916.42 |
| 17 | State income tax | NY | | | 14130.91 |

💾 Save    🔍 Return to Search

http://cviphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/MAINTAIN_PAYROLL_DATA_US.YE_D...    5/18/2006

MSG 03470

CONFIDENTIAL

YE Information Summary

Pr...e 1 of 1

New Window | Customize Page |

**Year End Forms**

**W-2 Status**

Find | View All    First ◄ 3 of 6 ► Last

Company: MSG  Calendar Year: 2003  EmplID: 519032    Tax Form ID: W-2    *Process Flag: Complete

**W-2 Details**

Find | View All    First ◄ 1 of 1 ► Last

First Name: ANUCHA

Last Name: BROWNE-SANDERS

Middle Name:

Suffix:

Control Number:

*Address 1:

*Address 2:

Sequence:

*City:

*Country: USA

Social Security    1

*State:

**Employee Status**

☐ Statutory Employee    ☑ Retirement Plan    ☐ Third-party sick pay

**W2 Info**

Customize | Find | View 2 |    First ◄ 1-10 of 10 ► Last

| Box | Description | State | Locality | Locality Name | W-2 Amount |
|---|---|---|---|---|---|
| 01 | Wages,tips,other compensation | | | | 255420.72 |
| 02 | Fed/terr income tax withheld | | | | 53942.36 |
| 03 | Social Security wages | | | | 87000.00 |
| 04 | Social Security tax withheld | | | | 5394.00 |
| 05 | Medicare wages and tips | | | | 267420.72 |
| 06 | Medicare tax withheld | | | | 3877.60 |
| 12C | Group term life | | | | 428.40 |
| 12D | 401(k) | | | | 12000.00 |
| 16 | State wages, tips, etc. | NY | | | 255420.72 |
| 17 | State income tax | NY | | | 18106.23 |

🖫 Save    🔍 Return to Search

http://cvlphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/MAINTAIN_PAYROLL_DATA_US.YE_D...    5/18/2006

MSG 03469

CONFIDENTIAL

YE Information Summary

Pr 1 of 1

New Window | Customize Page | 🖶

Year End Forms

**W-2 Status**

Find | View All    First ◀ 2 of 6 ▶ Last

Company: MSG  Calendar Year: 2004  EmplID: 518032    Tax Form ID: W-2    *Process Flag: Complete

**W-2 Details**

Find | View All    First ◀ 1 of 1 ▶ Last

First Name: ANUCHA
Last Name: BROWNE-SANDERS    Middle Name:
*Address 1:    Suffix:    Control Number:
Address 2:    Sequence: 1
*City:    *Country: USA    Social Security
State:

**Employee Status**

☐ Statutory Employee    ☑ Retirement Plan    ☐ Third-party sick pay

**W2 Info**

Customize | Find | View 2 | 🖶    First ◀ 1-10 of 10 ▶ Last

| Box | Description | State | Locality | Locality Name | W-2 Amount |
|---|---|---|---|---|---|
| 01 | Wages,tips,other compensation | | | | 248897.66 |
| 02 | Fed/terr income tax withheld | | | | 49778.99 |
| 03 | Social Security wages | | | | 87900.00 |
| 04 | Social Security tax withheld | | | | 5449.80 |
| 05 | Medicare wages and tips | | | | 261897.66 |
| 06 | Medicare tax withheld | | | | 3797.52 |
| 12C | Group term life | | | | 427.18 |
| 12D | 401(K) | | | | 13000.00 |
| 16 | State wages, tips, etc. | NY | | | 248897.66 |
| 17 | State income tax | NY | | | 17869.71 |

💾 Save    🔍 Return to Search

http://cvlphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/MAINTAIN PAYROLL DATA US.YE D...    5/18/2006

## CONFIDENTIAL

## MSG 03468

YE Information Summary

New Window | Customize Page |

Pa~ ~ 1 of 1

Year End Forms

**W-2 Status**                                                         Find | View All   First 1 of 6 Last

Company: MSG   Calendar Year: 2005   EmplID: 519032           Tax Form ID: W-2   *Process Flag: Complete

**W-2 Details**                                                        Find | View All   First 1 of 1 Last

First Name: ANUCHA                Middle Name:

Last Name: BROWNE SANDERS         Suffix:                      Control Number:

*Address 1:                                                    Sequence: 1

Address 2:                                                     Social Security:

*City:

State:                            *Country: USA

**Employee Status**

☐ Statutory Employee   ☑ Retirement Plan   ☐ Third-party sick pay

**W2 Info**                              Customize | Find | View 2 |       First 1-10 of 10 Last

| Box | Description | State | Locality | Locality Name | W-2 Amount |
|-----|-------------|-------|----------|---------------|-----------|
| 01 | Wages,tips,other compensation | | | | 307230.00 |
| 02 | Fed/terr income tax withheld | | | | 65484.10 |
| 03 | Social Security wages | | | | 90000.00 |
| 04 | Social Security tax withheld | | | | 5580.00 |
| 05 | Medicare wages and tips | | | | 321230.00 |
| 06 | Medicare tax withheld | | | | 4657.84 |
| 12C | Group term life | | | | 516.08 |
| 12D | 401(K) | | | | 14000.00 |
| 16 | State wages, tips, etc. | NY | | | 307230.00 |
| 17 | State income tax | NY | | | 22459.10 |

Save   Return to Search

http://cviphrms.cablevision.com:7001/psc/msgprod/EMPLOYEE/HRMS/c/MAINTAIN_PAYROLL_DATA_US.YE_D...   5/18/2006

**MSG 03467**

**CONFIDENTIAL**

----------