# company values

Cablevision is a business founded upon basic principles of honesty, integrity, and a sincere commitment to our employees and our customers. We are proud of our family culture, which continues to be nurtured by our environment of direct and honest communication, creativity and growth. Cablevision's values are basic principles that every employee should emulate and expect every day.

**As a Cablevision employee, you have the right to expect:**

1. Fair and respectful treatment
2. Ready access to management regarding your concerns
3. A safe and clean working environment
4. A clear statement of Company rules, regulations and expectations
5. An opportunity for training and development
6. Salary and benefits that are fair and competitive
7. The tools and equipment for the proper performance of your job
8. The freedom to express your views without fear of reprisal
9. Fair procedures for promotional opportunities
10. Career growth and opportunities in a growth environment

**In exchange for your:**

1. Commitment to provide outstanding service to our customers
2. Cooperative and respectful working relationships
3. Adherence to Company rules and regulations
4. Loyal and dedicated commitment to moving the Company forward

xxx

Dockets.Justia.com