## RECEIPT OF CABLEVISION'S
## CODE OF BUSINESS CONDUCT AND ETHICS

Having received and read through Cablevision's Code of Business Conduct and Ethics, I fully understand my obligation to comply with this Code. I understand that I will be subject to corrective action up to and including termination of my relationship with the Company if I do not comply with this Code.

Employee Name

*Anucha Browne Sanders*
(Please print)

Employee Signature

Date: 10·11·04

**CONFIDENTIAL**

MSG 00368