UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ANUCHA BROWNE SANDERS,

            Plaintiff,

      - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN,

            Defendants.

------------------------------------- x

06 CV 0589 (GEL) (DCF)

ECF CASE

**NOTICE OF MOTION FOR LEAVE TO AMEND MSG'S ANSWER**

      PLEASE TAKE NOTICE that upon the annexed Declaration of Ronald M. Green, Esq., sworn to on April 27, 2007, the exhibit annexed thereto, and upon the accompanying memorandum of law and all pleadings and proceedings heretofore had herein, Defendant Madison Square Garden, L.P., by and through the undersigned counsel, will move this Court before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, granting leave to file Defendant MSG's Amended Answer and Counterclaim to the Second Amended Complaint in light of facts that have arisen through discovery.

NY:1750964v1

2

Dated: New York, New York
April 27, 2007

        EPSTEIN BECKER & GREEN, P.C.

By:   s/Ronald M. Green
      Ronald M. Green  (RG-7766)
      Teresa M. Holland (TH-6973)
      Barry A. Cozier (BC-7110)
      Brian G. Cesaratto (BC-5464)
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500

MORGAN, LEWIS & BOCKIUS LLP

Christopher P. Reynolds (CR-8338)
Amber L. Kagan (AK- 7973)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants Madison Square Garden, L.P. and James L. Dolan*

NY:1750964v1     2

To:    Anne Vladeck, Esq.
Kevin Mintzer, Esq.
Vladeck, Waldman, Elias &
Engelhard, P.C.
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300
*Attorneys for Plaintiff*

Sue Ellen Eisenberg (SE-4713) –
*admitted pro hac vice*
Lucetta Franco (LF-7638) –
*admitted pro hac vice*
Eisenberg & Bogas, P.C.
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, Michigan 48304-2945

-and-

Laurie Berke-Weiss (LB-3445)
Louis Pechman (LP-6395)
Berke-Weiss & Pechman LLP
488 Madison Avenue
New York, New York 10022
(212) 538-9500

*Attorneys for Defendant Isiah Lord Thomas III*