UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ANUCHA BROWNE SANDERS,　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　06 Civ. 00589 (GEL) (DCF)
　　　　　　　　- against -　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　**DECLARATION OF**
MADISON SQUARE GARDEN, L.P., ISIAH LORD　:　**RONALD M. GREEN**
THOMAS III AND JAMES L. DOLAN,　　　　　　:
　　　　　　　　　　Defendants.　　　　　　:
------------------------------------- x

　　　　Ronald M. Green declares under penalty of perjury:

　　　　1.　　I am a member of the law firm of Epstein Becker & Green, P.C., attorneys for defendants Madison Square Garden, L.P. ("MSG") and James L. Dolan ("Dolan"), and I submit this declaration in support of MSG's Motion to Amend its Answer to assert a counterclaim.

　　　　2.　　Attached as Exhibit A is a true and correct copy of MSG's proposed Amended Answer and Counterclaim to Plaintiff's Second Amended Complaint filed in this action.

　　　　**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on April 27, 2007,
in New York, New York.

　　　　　　　　　　　　　　　　　　　　s/Ronald M. Green
　　　　　　　　　　　　　　　　　　　　RONALD M. GREEN (RG-7766)

NY:1796116v1