# EXHIBIT
# T

Dockets.Justia.com

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------------x

ANUCHA BROWNE-SANDERS,

                    Plaintiff,

    - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS, III, and JAMES DOLAN,

                    Defendants.

------------------------------------------x

                December 8, 2006
                12:24 p.m.


      VIDEOTAPE DEPOSITION of ISIAH

LORD THOMAS, III, taken by the Plaintiff,

pursuant to Notice, held at the offices of

Vladeck Waldman Elias & Engelhard, P.C,

1501 Broadway, New York, New York, before

Debbie Zaromatidis, a Shorthand Reporter

and Notary Public of the State of New

York.

Page 65

```
 1                    THOMAS

 2       A.    No, that was before.

 3       Q.    Okay.  And what did Mr. Moran

 4   tell you in your discussions regarding the

 5   charging party's complaints regarding

 6   sexual harassment?

 7       A.    He -- he asked if -- he asked if

 8   I -- I believe they asked me if I swore,

 9   did I use profanity, and they asked me a

10   couple of questions about if I ever

11   believe I asked Anucha or asked Anucha I

12   want to go offsite with her or if I was in

13   love with her, and I don't recall my

14   answers to those questions verbatim, but I

15   believe I told them I swore, and I -- I

16   had no -- wasn't in love with Anucha.

17       Q.    Okay.  I'm going to stay on the

18   document.  I am going to go down to a few

19   lines where the sentence starts "Thomas

20   stated that the next thing..."

21             Do you see that sentence?

22       A.    Yes.

23       Q.    Okay.  It says "Thomas stated

24   that the next thing he was told that there

25   had been" -- "that he has been sued by
```

Page 68

```
 1              THOMAS
 2   I probably give more love to men than I do
 3   women in terms of hello or goodbye, and I
 4   think what she tried to do is put this in
 5   the best words that she probably could.
 6      Q.   Okay.  So you -- you -- I want
 7   to make sure I understand this.
 8           You were trying to explain to
 9   her the use of I love you in a non --
10      A.   Well, not I love you.
11      Q.   Okay.
12      A.   Or love to you.
13      Q.   Love --
14      A.   If I --
15      Q.   Okay.
16      A.   I'm -- go ahead.
17      Q.   Okay.
18      A.   Or --
19      Q.   You were explaining -- what were
20   you explaining to the EEOC investigator
21   regarding the use of love?
22      A.   I was just trying to explain
23   again how love is used as a greeting of
24   hello and goodbye but not in a sexual way
25   or -- or intimate way in men said to men,
```

Page 69

1                    THOMAS

2    men said to women, and it is not -- it is

3    not given, taken, or received as a come on

4    so to speak.

5        Q.    Okay.  And did you give her any

6    examples of how you used the word love as

7    a greeting to men and women or more?

8        A.    I could have.  I don't recall.

9        Q.    Okay.

10       A.    I mean that -- in trying to

11   explain it, I could have said it, but

12   I -- I don't know word for word, verbatim

13   how I said it.

14       Q.    Off the document for a second.

15   Have you ever used the greeting love with

16   Anucha?

17            MR. GREEN:   Objection to form.

18            MR. PARCHER:   Could you read

19   that question back, please.

20            (Record read.)

21            MS. EISENBERG:   Objection as to

22   form.

23       A.    Maybe in a greeting of hello or

24   goodbye but never to be in love.

25       Q.    Okay.  Could you describe how

Page 70

1              THOMAS

2    you would use the term "love" in a

3    greeting with Anucha with hello or

4    goodbye?

5              MR. GREEN:   Objection to form.

6              MS. EISENBERG:   Objection to

7    form.

8         A.   Well, the complaint that I've

9    read, no love today means you're not

10   speaking today.  You're not saying hello.

11   It doesn't have anything to do

12   with -- with sex, and I don't -- I don't

13   remember how -- how and if I said love to

14   Anucha because I really wasn't counting

15   because I didn't -- I wasn't thinking

16   or -- I was just saying hello or good-bye

17   or whatever it was at the time, and if I

18   did use the word love, it definitely

19   wasn't meant in a sexual way.

20        Q.   So you might have used the word

21   love with Anucha, but you never used --

22             MR. SMITH:   Withdrawn.

23        Q.   You might have said no love

24   today meaning as in a greeting but not in

25   a sexual way; is that correct?

Page 71

```
 1                THOMAS
 2      A.    Most definitely.
 3      Q.    Okay.  So you're not saying you
 4   might not have -- you're not saying that
 5   you never said to Anucha no love today?
 6            MR. GREEN:   Objection to form.
 7            MS. EISENBERG:   Objection as to
 8   form.
 9      A.    May I -- I could have said that
10   when she wasn't speaking.  Yeah.
11            MS. EISENBERG:  Mr. Smith --
12            MR. SMITH:   Yes.
13            MS. EISENBERG:   -- when you're
14   finished asking questions about this
15   document, may we have a five-minute break?
16            MR. SMITH:   Sure.  I think we
17   have five minutes on the tape, so --
18            THE VIDEOGRAPHER:   Yes, pretty
19   soon.
20            MR. SMITH:   Pretty soon.  So we
21   are going to be taking a break pretty
22   soon.
23            THE VIDEOGRAPHER:   Two minutes.
24            MR. SMITH:   So that gives me
25   one question probably.
```

Page 192

1         THOMAS
2   Murphy.  At any time during that
3   conversation did you ever curse at
4   Ms. Saunders?
5       A.    I -- I have never cursed at
6   Ms. Sanders, no.
7       Q.    Okay.  You're saying you've
8   never cursed at her?
9       A.    I have never cursed at
10  Ms. Sanders.
11      Q.    Okay.
12      A.    Now, have I ever swore or
13  sweared or used curse words around her, I
14  probably have.  But have I cursed at her,
15  no, I have not.
16      Q.    Okay.  All right.  During this
17  conversation on the phone with
18  Ms. Saunders, did you at any time use the
19  word bitch?
20      A.    No.
21      Q.    Did you at any time use the word
22  fuck?
23      A.    That -- that -- that could have
24  come out but not necessarily at her.
25  I -- you know, I -- I could have said I'll

Page 193

```
 1              THOMAS
 2   F'ing handle it or I'll -- I could -- I
 3   could have sworn but never at her, and by
 4   the way I -- when she -- when that phone
 5   call was made, I wasn't upset with her for
 6   calling me and informing me.  I -- my job
 7   was to handle it, and I -- I wasn't -- I
 8   wasn't mad or anything that she phoned and
 9   told me this.
10      Q.    Okay.  And during that
11   conversation over the phone, did you ever
12   refer to be Ms. Sanders as a ho?
13      A.    Please.  No.  Come on.
14      Q.    Okay.  Now, when you first
15   started at -- as president of basketball
16   operations for the New York Knicks, did
17   you ever inform anyone that you wanted the
18   players not to do any community
19   activities?
20      A.    No, just the opposite.
21      Q.    Did you ever tell anyone that
22   you wanted the players to limit the
23   community activities?
24      A.    No, I wanted -- I wanted
25   structure to the activities, and I
```

1           THOMAS

2           THE VIDEOGRAPHER:    We are going

3    back on the record at approximately 6:39

4    p.m.

5        Q.    Mr. Thomas, you stated earlier

6    that -- that you found it offensive for a

7    white man to call a black woman a bitch.

8    Do you remember that testimony?

9        A.    Um hum.

10       Q.    You have to say yes.

11       A.    Yes.

12       Q.    Okay.  Would you find it also

13   offensive for a black male to a call a

14   black woman a bitch?

15       A.    Not as much, and I am sorry to

16   say I -- I do make a distinction.

17       Q.    But if I'm correct from your

18   earlier testimony, a male calling a woman

19   a bitch you find to be offensive?

20       A.    Most definitely.

21       Q.    Black or white?

22       A.    Black or white but a white male

23   calling a black female a bitch is highly

24   offensive to me.

25       Q.    Okay.  Mr. Thomas, do you find

Page 213

```
 1                    THOMAS
 2    Anucha Browne-Sanders to be attractive?
 3              MR. GREEN:    Objection to form.
 4       A.    To me?
 5       Q.    Yes, to you.  Do you find her to
 6    be an attractive woman?
 7       A.    I'm not attracted to her, no.
 8       Q.    Have you ever told anyone that
 9    you found Anucha Browne-Sanders to be an
10    attractive woman?
11       A.    No, I don't believe so.
12       Q.    Okay.  As -- has the Knicks
13    during your time as president of
14    basketball operations ever had an open
15    practice?
16       A.    Yes.
17       Q.    Okay.  And do you recall ever
18    having an open practice around October of
19    2005?
20       A.    Yeah, we -- we have one every
21    year or so.
22       Q.    Did you have one in October
23    2005?
24       A.    Yes.
25       Q.    Okay.  And did you at any time
```

Page 214

```
 1              THOMAS
 2   during that open practice ever tell anyone
 3   that you believed that Anucha
 4   Browne-Sanders was attractive?
 5
 6          MR. SCHOENFELD:    Could you
 7   repeat that question.  I am sorry.
 8          (Record read.)
 9   A.    No, I -- no, I didn't.
10   Q.    Okay.  Did you ever tell anyone
11   during that open practice that you
12   believed that it was hard to work with
13   Anucha Browne-Sanders because she was easy
14   on the eyes?
15   A.    No.
16   Q.    Did you ever tell anyone during
17   that open practice that you believed it
18   was hard to concentrate because Ms. Anucha
19   Browne-Sanders was attractive?
20   A.    No, I've never said that.
21   Q.    Okay. As president of basketball
22   operations for the New York Knicks, do you
23   have supervisory responsibility over the
24   players?
25   A.    What do you mean by
```

```
 1                     THOMAS

 2   hello, and she kind of pushed back

 3   and -- and I remember I -- I said no love

 4   today, and she was very kind of cold, and,

 5   you know, there were ushers and other

 6   people around at gate one, and it was kind

 7   a little awkward moment, and I -- I

 8   thought to myself, well, that's -- that

 9   was strange.  That was kind of weird.  I

10   left it at that.

11       Q.    When you -- the time that you

12   came to hug her, when she pushed away -- I

13   am sorry.

14             MR. SMITH:   Withdrawn.

15       Q.    The times that you would hug

16   Ms. Anucha Browne-Sanders, did you hug her

17   in -- in front -- in front of her, in

18   front, back, side?

19       A.    No, we would always see each

20   other coming towards each other, and you

21   shake, hug, how are you doing.

22       Q.    Okay.

23       A.    Is that  --

24       Q.    On the day that she backed away,

25   was it -- did you come in front of her or
```

Page 259

```
 1                  THOMAS

 2   from behind her?

 3      A.    I believe I actually  -- I

 4   believe it was on the side.  I

 5   believe -- I think I walked up, and I put

 6   my -- this is her here.  I think I put my

 7   left hand on her.  I guess it would be her

 8   right shoulder, and I leaned in and I

 9   said, hey -- hey, Nuch, how you doing, and

10   I went to give her a kiss on the cheek,

11   and, you know, that is when I got that

12   reaction.

13      Q.    Did at any time you ever tell

14   Mrs.  Anucha Saunders that I know why we

15   have -- why there is friction between us?

16           MR. GREEN:    Objection to form.

17   A.    No.

18      Q.    Did you ever say to Mrs.  Anucha

19   Sanders that you believed that you and her

20   were similar or alike?

21      A.    I don't believe so.  No.

22      Q.    Okay.  Did you ever say our

23   relationship is like Love And Basketball?

24   A.    No.

25      Q.    Have you ever seen the movie of
```

```
 1                    THOMAS
 2   hoping that they would stay out late.
 3            MR. SMITH:   Excuse me.  How
 4   much time do I have?
 5            THE VIDEOGRAPHER: On this tape
 6   or entirely?
 7            MR. SMITH:   Entirely.
 8            THE VIDEOGRAPHER:    About an
 9   hour.
10            MR. SMITH:   Can we take a
11   second break?
12            MS. EISENBERG:   Of course.
13   Sure.
14            THE VIDEOGRAPHER:   We are now
15   going off the record at approximately 8:28
16   p.m.
17            (Recess taken.)
18            THE VIDEOGRAPHER:   We are going
19   back on the record at approximately 8:42
20   p.m.
21       Q.   Mr. Thomas, during any time when
22   Anucha Browne-Sanders and you were
23   employees of the New York Knicks, did you
24   ever say to Anucha Browne-Sanders that you
25   were in love with her?
```

```
 1                    THOMAS

 2        A.    No.

 3        Q.    Did you at any time ever tell

 4   Anucha Browne-Sanders that you loved her?

 5        A.    No.

 6        Q.    Did you ever tell her that

 7   I -- I love you? Ever said to her I love

 8   you?

 9        A.    No.

10        Q.    As president of basketball

11   operations for the New York Knicks, have

12   you ever told -- told your basketball

13   players not to have sex with employees of

14   the New York Knicks?

15        A.    No, I have never had that

16   discussion.

17        Q.    Okay.  Were you aware that

18   Stephon Marbury had sex with ▮▮▮▮▮▮

19   named ▮▮▮▮▮▮▮▮▮

20             MR. GREEN:    Objection to form.

21             MS. EISENBERG:    Objection to

22   form, and to the degree that he may know

23   of any activities, sexual intimacy or

24   otherwise through counsel, I don't want

25   him to testify to that.
```

# EXHIBIT U

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------x
ANUCHA BROWNE-SANDERS,

      Plaintiff,


   - against -


MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III, and JAMES DOLAN,

      Defendants.
------------------------------------x
            February 12, 2007
            10:10 a.m.


    Videotaped Deposition of JOSEPH

FAVORITO, taken by Plaintiff, pursuant to

Notice, held at the offices of Vladeck

Waldman Elias & Engelhard, P.C., 1501

Broadway, New York, New York, before Todd

DeSimone, a Registered Professional

Reporter and Notary Public of the State of

New York.

Page 87

```
 1                    FAVORITO
 2   right or wrong.
 3                Scheduling of events, things
 4   along those lines, from a business
 5   perspective he felt a lot of times were
 6   not handled professionally.
 7       Q.      But he was specifically
 8   critical of Ms. Browne-Sanders in those
 9   conversations?
10       A.      Not specifically Anucha.  But
11   since Anucha was the head of the
12   department, a lot of it laid on her
13   shoulders, I think.
14       Q.      Do you recall him ever making
15   any specific comments in which he was
16   critical of her?
17       A.      Critical in terms of being
18   disorganized, yes.
19       Q.      What did he say about that?
20       A.      That she was disorganized, that
21   it wasn't -- you know, I specifically
22   remember a couple of times there were
23   mistakes in memos or memos that weren't
24   handed out to players in a timely fashion
25   for an appearance.  And Isiah couldn't
```

```
 1                  FAVORITO

 2    understand why things weren't more

 3    organized.

 4         Q.      And he made a comment about

 5    Ms. Browne-Sanders' lack of organization?

 6         A.      That she is disorganized, yes.

 7         Q.      Did Mr. Thomas ever make any

 8    other critical comments of

 9    Ms. Browne-Sanders in your presence?

10         A.      Not that I can recall.

11         Q.      Did he ever comment on

12    whether -- strike that.

13                 Did he ever comment on their

14    personal interactions?

15         A.      No.

16         Q.      Did he ever say that

17    Ms. Browne-Sanders was friendly or not

18    friendly or anything like that?

19         A.      No, not that I can recall.

20         Q.      In the conversations in which

21    he had said the comments that you've

22    testified to about Ms. Browne-Sanders

23    being disorganized, did you say anything?

24         A.      No.  My job was to make the

25    peace.
```

```
 1              FAVORITO
 2  make sure that you doubled back.  He had a
 3  lot of things on his agenda, a lot of
 4  things on his schedule.  A lot of people
 5  were always calling him for various
 6  things.
 7              So keeping him focused and
 8  making sure that we got done the most
 9  important things was always the goal,
10  whether it was him or any other general
11  manager I have ever worked with.
12     Q.      Did Ms. Browne-Sanders ever
13  communicate to you any frustration that
14  she had about Mr. Thomas not making
15  himself available for business-related
16  activities?
17     A.      Yes, I think she was frustrated
18  in terms of the style as opposed to the
19  substance.  It was a number of things that
20  she wanted done which she felt was
21  reasonable, and Isiah at some point didn't
22  do all the things that -- didn't acquiesce
23  to say that he would do all the things
24  that were on the list, on a list.
25     Q.      Did you ever discuss that with
```

1               FAVORITO

2   Mr. Thomas?

3       A.      Yes.

4       Q.      What did he say about that?

5       A.      He said "I will do certain

6   things, I'm not going to do everything."

7       Q.      What things did he not want to

8   do?

9       A.      I don't recall.  I think it was

10  more the number of appearances.  He would

11  go to one or two as opposed to going to

12  three or four, whether it was sponsor

13  functions or season ticketholder events.

14  Then he would try to figure out other

15  people to designate to cover the other

16  ones.

17      Q.      Are you aware of any situations

18  in which Mr. Thomas failed to show up for

19  something that he had committed to?

20      A.      Not to my knowledge.

21      Q.      Are you aware of any situations

22  in which Mr. Thomas cancelled the last day

23  or so before an event?

24      A.      I don't recall one -- I can't

25  think of one off the top of my head.

Page 136

```
 1              FAVORITO
 2   Jersey, and this kind of fell into that
 3   group of several things that we wanted to
 4   do.  But everybody felt it was a good
 5   opportunity at the time as far as I can
 6   recall.
 7       Q.      Do you recall who you discussed
 8   that with concerning it being a good
 9   opportunity?
10       A.      I know specifically Karin
11   Buchholz and Dan Gladstone.  I don't
12   recall whether we discussed it in the
13   meeting, but I'm sure Anucha, I would
14   assume Anucha knew about it.  I can't say
15   for sure that she did.
16              MR. CESARATTO:  I don't have
17   any further questions.
18   EXAMINATION BY MR. SHERWOOD:
19       Q.      Was this a Knicks event or a
20   Dale and Thomas event?
21       A.      It was a community event that
22   the Knicks were involved with.
23       Q.      How much time did you spend
24   with Isiah Thomas over the while, during
25   the time that both of you were at the
```

1                    FAVORITO

2    Knicks?

3         A.        Daily.

4         Q.        And what about with Anucha?

5         A.        Daily.  It depended on the day,

6    whether I was in the City, in White

7    Plains, or splitting the day between one

8    and the other.

9         Q.        But you saw her regularly?

10        A.        Yes.

11        Q.        Did you consider her a friend?

12        A.        Yes.

13        Q.        Did she on occasion talk with

14   you about the difficulties that she was

15   having with Isiah?

16        A.        Yes.

17        Q.        What was the nature of what she

18   was complaining about?

19                  MR. MINTZER:  Objection to

20   form.  Asked and answered.

21        A.        Frustration.  Frustration.  And

22   one of the things that became more and

23   more talked about was those guys down the

24   hall as opposed to just Isiah.  She would

25   lump Frank Murphy into that group and some

Page 138

```
 1              FAVORITO

 2   other people who were the Basketball

 3   Operations side.

 4              Just frustration that the

 5   basketball, especially given the state of

 6   the team, that the basketball side didn't

 7   understand more about what the business

 8   side needed to try and sell tickets and go

 9   out and get more money for the company.

10      Q.     Was it that they were concerned

11   they were focused on basketball or not

12   focused enough on the business side?

13              MR. MINTZER:  Objection to

14   form.

15      A.     More concern and frustration

16   that they didn't understand what the

17   business side was.

18      Q.     Did she ever complain -- did

19   you ever hear her complain about Isiah

20   regarding sexual harassment?

21      A.     No.

22      Q.     Did she ever say to you or did

23   you ever hear her complain that Isiah said

24   to her that he was in love with you?

25      A.     No.
```

# EXHIBIT V

022607DRAFTWATKINS.txt

1

1      DRAFT - UNCERTIFIED - WATKINS

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   ----------------------------x
    ANUCHA BROWNE-SANDERS,
5
                    Plaintiff,
6
             vs.                    No. 06 Civ. 0589
7                                   (GEL)(DF)
    MADISON SQUARE GARDEN, L.P.,
8   ISIAH LORD THOMAS, III,
    and JAMES DOLAN,
9
                    Defendants.
10  ----------------------------x

11

12

13

14              February 26, 2007

15              10:11 a.m.

16

17        Deposition of BARRY WATKINS, held at

18    the offices of Vladeck, Waldman, Elias &

19    Engelhard, P.C., 1501 Broadway, New York,

20    New York, pursuant to notice, before

21    Cary N. Bigelow, RPR, a Notary Public of

22    the State of New York.

23

24

25

0

2

1      DRAFT - UNCERTIFIED - WATKINS

2   A P P E A R A N C E S :

3

4        VLADECK WALDMAN ELIAS & ENGELHARD, P.C.

Page 1

022607DRAFTWATKINS.txt
23    accusations were baseless and she was looking

24    for money.

25        Q.    Did you say anything about that, that

                                                    75
1            DRAFT - UNCERTIFIED - WATKINS

2    she was looking for money?

3            MR. GREEN:  The witness should be

4        admonished that to the extent the

5        conversations took place at the direction of

6        counsel or with counsel present, he may not

7        answer.  Otherwise he can.

8        A.    I just can't remember what was said in

9    front of counsel in part of a group setting or

10   where Mark was in or what Steve and I said just

11   to each other.

12            I remember conversations we had before

13   the lawsuit, but I can't remember -- I can't

14   remember once the lawsuit hit other than Steve

15   being hurt.

16       Q.    Did you have any conversations with

17   Mr. Mills about Miss Browne-Sanders before the

18   lawsuit?

19       A.    Sure we did, yeah, several.

20       Q.    What did you discuss with Mr. Mills

21   about Miss Browne-Sanders?

22       A.    Well, generally we talked about the

23   issues with Anucha that started after Isiah

24   Thomas replaced Scott Layden as the president

25   and general manager of the team.

                                                    76
1            DRAFT - UNCERTIFIED - WATKINS

2        Q.    What were the issues that you
                    Page 62

022607DRAFTWATKINS.txt

3      discussed with Mr. Mills?

4          A.    The issues were that Anucha wasn't

5      changing the way she did her job to work better

6      with Isiah and that things that should have been

7      done weren't getting done and that many things

8      that she should have been able to resolve with

9      him ended up having to go to Steve instead of

10     being cut off before it got to the presidential

11     level.

12              We talked about that Anucha wouldn't

13     bend, change at all.  I reported in to him a

14     lunch that I had with Anucha where I brought

15     this up early on.  I remember reporting to him a

16     lunch that I had with Isiah where I asked Isiah

17     to try to acknowledge her and work with her a

18     little bit more closely so that he could resolve

19     issues before they got to Steve.  I can recall a

20     conversation I had with Steve after I had lunch,

21     a second lunch with Anucha where I said to him,

22     you better start looking because there's no way

23     it's going to work, she's never going to change,

24     she's never going to adjust, she's as negative

25     as could be and she clearly doesn't want to be

                                                    77

1                DRAFT - UNCERTIFIED - WATKINS

2      here anymore.

3          Q.    In the beginning of your answer you

4      started talking about comments about not getting

5      the job done, right, and problems that shouldn't

6      have had to go to Steve that went to Steve.

7                Who said that?  Did you say that or

                        Page 63

022607DRAFTWATKINS.txt

8    was that something Mr. Mills said?

9        A.    No.   Again, to remember exact

10    conversations are difficult, but once Isiah got

11    the position, it became -- Steve said it became

12    very difficult for him now because Isiah was

13    much different in terms of running the

14    organization than Scott Layden was and that

15    Anucha was not working with Isiah in a way to

16    resolve matters between them and she's not

17    adjusting to fit the style of the new president

18    of the team and he was, you know, in the

19    beginning just mentioning that there were issues

20    and then obviously towards the end they became

21    more than issues, they became real problems.

22        Q.    When did Mr. Mills first start talking

23    to you about trouble between Mr. Thomas and Miss

24    Browne-Sanders?

25        A.    I can't remember exactly.

78

1            DRAFT - UNCERTIFIED - WATKINS

2        Q.    Was it within a few months of

3    Mr. Thomas joining the team?

4        A.    I can't remember.

5        Q.    Was it within a year of Mr. Thomas

6    joining the team, do you think?  Was it in 2004?

7        A.    I am sure it was, but again, I am not

8    great on those dates.

9        Q.    Is it your recollection that Miss

10    Browne-Sanders from the beginning of Mr. Thomas'

11    tenure had difficulty adapting to his changes?

12        A.    Generally.  I don't know about the

13    very beginning, you know, the first few weeks or

Page 64

022607DRAFTWATKINS.txt

14      first few months, but yeah.

15          Q.    And that was something that Mr. Mills

16      had told you?

17          A.    Well, Mr. Mills had told me but I also

18      was aware just in my dealings with Anucha of

19      things that she would, you know, be trying to go

20      to go to Isiah with and people -- I don't

21      remember if I knew it directly from Anucha or

22      not, but it was clear that Anucha's role in the

23      organization was dramatically changing and she

24      did not have the -- let's just, for the lack of

25      a better term, power she had had before Isiah

79

1               DRAFT - UNCERTIFIED - WATKINS

2       arrived and she wasn't accepting of that.

3           Q.    Miss Browne-Sanders' job diminished

4       after Mr. Thomas came on?

5           A.    No.   Her job responsibilities were

6       always the same, as far as I understood them to

7       be.   Like I said before, she didn't report to me

8       so I don't know exactly what they are, but I

9       know that when Scott Layden was there Anucha had

10      a -- because of her personal relationship with

11      Scott Layden and with Don Chaney and with Jeff

12      Nicks, she was involved much more on the

13      basketball side than she would be shortly after

14      Isiah assumed the position, so her nonbasketball

15      responsibilities, as I understood them, stayed

16      the same but her venturing out into the

17      basketball operations side were changing, that

18      was clear to anybody that was working within the

Page 65

022607DRAFTWATKINS.txt

19    Knicks or a position like mine at the time.

20         Q.    Did Miss Browne-Sanders ever complain

21    to you about Mr. Thomas?

22         A.    Yes.

23         Q.    And what did she say to you about

24    Mr. Thomas?

25         A.    I can't remember exactly, but the

80

1              DRAFT - UNCERTIFIED - WATKINS

2    general tone of it was in, one lunch we had --

3    one lunch she had she was very understanding of

4    her not having the same kind of role in the

5    Knicks that she had under Scott, she criticized

6    trades that he made, and I can't remember

7    exactly -- the second lunch that I had with her

8    she was even more critical of what he -- blaming

9    him for the state of the franchise.

10              I don't remember exactly, but it was

11    very critical stuff.

12         Q.    You went to lunch with Miss

13    Browne-Sanders twice?

14         A.    Yes.

15         Q.    And when were those lunches?

16         A.    I don't remember exactly, but one

17    was -- the second one was in late summer, maybe

18    early September right before the year that she

19    left, so maybe '05, and the first one would have

20    been maybe a year before that, maybe the summer

21    of '04.

22         Q.    Focusing on the first lunch in the

23    summer of '04, do you recall --

24         A.    I think it was in the summer of '04.

Page 66

022607DRAFTWATKINS.txt

25          Q.    Approximately, then.

                                                              81
1                  DRAFT - UNCERTIFIED - WATKINS
2                  Do you recall anything that Miss
3         Browne-Sanders said to you at that lunch other
4         than what you have already said?
5          A.    Yeah.  She rolled her eyes about her
6         role dramatically changing, she rolled her eyes
7         that Isiah was making a deal with Frank Murphy,
8         she clearly felt her place in the organization
9         was different because of how the previous regime
10        allowed her to venture outside into the
11        basketball operation.  She didn't seem -- not
12        that she didn't seem, she clearly wasn't too
13        pleased about how things had turned against her.
14        That was the first lunch.
15         Q.    You said she rolled her eyes about her
16        role changing.  What did she say about her role
17        changing?
18         A.    Oh, please, the way things are going
19        around here with this guy, what he's done with
20        our franchise, come on, give me a break, Barry,
21        and I would say something good about Isiah, as
22        one example.
23                Now, was that the exact words, no, but
24        that clearly was the tone of her feelings that
25        day.

                                                              82
1                  DRAFT - UNCERTIFIED - WATKINS
2          Q.    She didn't think he was doing a very
3         good job?

022607DRAFTWATKINS.txt

4      A.    She did not think he was doing a very

5    good job and she clearly did not like -- she had

6    mentioned at the time that she wasn't -- I can't

7    remember if she mentioned this or I did, but she

8    wasn't really welcome at the training center

9    when she didn't have a specific responsibility,

10    she wasn't invited on the road with the team in

11    any way, and those are things she had done, she

12    had gone to training camp and those were things

13    she wasn't now doing that she had done in the

14    past.

15      Q.    You are not sure if she said that or

16    you said that?

17      A.    I can't remember, but we talked about it.

18      Q.    Anything else said at the first lunch

19    other than what you have testified to?

20      A.    That's the gist of it.  I could be

21    leaving something out that I could remember down

22    the road, but that's what I remember right now.

23      Q.    You have given us your best

24    recollection at this moment?

25      A.    At this moment, yes.

                                                    83
1          DRAFT - UNCERTIFIED - WATKINS

2      Q.    You said that she referred to a deal

3    with Frank Murphy that Mr. Murphy had with

4    Mr. Thomas?

5      A.    He made a deal.

6      Q.    I thought that was your words.

7      A.    I think I said the deal.  I don't know

8    what --

9      Q.    What were you referring to as the
                    Page 68

022607DRAFTWATKINS.txt

10    deal?

11        A.    That she had to work through Isiah's

12    designee on many of the things that she needed

13    to get permission on for her to move forward.

14    Instead of dealing directly with Isiah, she was

15    dealing with his designee, who was Frank Murphy,

16    she did not have a good relationship with Frank

17    Murphy since she had got to the Garden and she

18    was in a, let's call it power position for her

19    first few years and Murphy had gone from a power

20    position to not doing so well and things just

21    reversed themselves and now Anucha lost some

22    power and had to deal with Murphy, who was kind

23    of -- had the keys, you might say.

24        Q.    How was your working relationship with

25    Frank Murphy?

                                                    84

1            DRAFT - UNCERTIFIED - WATKINS

2        A.    It was okay.

3        Q.    Did you get along with him?

4        A.    Yeah.  I had to, the same as Anucha.

5    You know, there were things I liked about them,

6    things I didn't like about them.

7        Q.    I am asking right now about Mr. Murphy.

8            What didn't you like about him?

9        A.    What I liked about him was he was

10    passionate about the team and what I didn't like

11    about him was he also enjoyed having the power

12    when he did more so than his title would dictate

13    in a way that was very ego driven.

14            MR. MINTZER:  The tape needs to be

                    Page 69

022607DRAFTWATKINS.txt

```
15          changed.  This is probably a good time to

16          take a break.

17                  THE VIDEOGRAPHER:  The time is 11:28

18          a.m.  We are going off the record.

19                  (Recess taken.)

20                  THE VIDEOGRAPHER:  We are back on the

21          record.  The time is 11:53 a.m.

22     BY MR. MINTZER:

23          Q.    Have you ever hugged Anucha

24     Browne-Sanders?

25                  MR. GREEN:  I am sorry?


                                              85
1                   DRAFT - UNCERTIFIED - WATKINS

2           Q.    Have you ever hugged Anucha

3      Browne-Sanders?

4                   MR. GREEN:  Have you?

5                   The question was have you.

6           A.    I don't recall.

7           Q.    You don't recall?

8           A.    I may have, I don't recall.

9           Q.    Have you ever seen Anucha

10     Browne-Sanders hug anyone other than Isiah

11     Thomas?

12          A.    I don't know.

13          Q.    You can't recall one way or the other?

14          A.    Not really.

15          Q.    Why was Joe Favorito fired?

16          A.    We changed the job.  There were some

17     different reasons, but the majority of the

18     reason was we changed the job around and wanted

19     a vice president to run the department that was

20     more specific than day-to-day with the team,
```

Page 70

022607DRAFTWATKINS.txt

22    with her.  I am sure I said -- I don't remember

23    the exact conversation, but I'm sure that I told

24    him I was going to do it.

25         Q.    Was it Steve's idea for you to have

92

1              DRAFT - UNCERTIFIED - WATKINS

2    lunch with her?

3         A.    No.  It was my idea.

4         Q.    And why did you think it would be a

5    good idea to have lunch with her?

6         A.    I have been with the company a long

7    time and sometimes, even though this isn't my --

8    a kind of public relations matter, because I

9    have been with the company a long time, I would

10   get involved and try to help situations where I

11   could look at kind of the road to success and if

12   it wasn't going well, and I think Steve felt

13   like it might be a good idea because he had

14   spoken to her so much and wasn't getting

15   anywhere, that maybe I could appeal towards

16   getting her to work this out.

17        Q.    What did Steve say he had spoken with

18   her so much about that he wasn't getting

19   anywhere?

20        A.    He just said things weren't working,

21   that she wasn't doing as well in this new

22   position, she wasn't -- Steve said she wasn't

23   doing as well, in the budget process she didn't

24   do well, in those meetings she wasn't doing

25   well.  With him, because of the Isiah situation

93

1                   DRAFT - UNCERTIFIED - WATKINS
                          Page 76

022607DRAFTWATKINS.txt

2     was one where they couldn't solve anything, and
3     every little thing in the organization had to go
4     to him and, you know, we had previous
5     conversations where there were issues where he
6     asked me to try to talk to Isiah and Anucha and
7     to try to just help things along without him
8     having to do it himself, but it was clear that
9     he had an issue that his senior group wasn't
10    working out very well.
11         Q.    Steve had told you in the past that
12    Miss Browne-Sanders and Isiah Thomas were not
13    working well together?
14         A.    Yes.
15         Q.    What did he say about that?
16         A.    Just again day-to-day conversation, it
17    was clear that Anucha wasn't adjusting in any
18    way, she was doing the job the way she did it
19    under Scott Layden, not making any adjustments
20    whatsoever.  I remember a specific time in, I
21    think it was the summer of '04 or maybe '05 --
22    '05, '06 -- it was '05, where I was in Las Vegas
23    with Isiah and Steve had called me -- he wasn't
24    with us, he called me and said there were a
25    bunch of things that Anucha had come to him on

                                          94
1              DRAFT - UNCERTIFIED - WATKINS
2     that she wanted Isiah to do in the off-season
3     and he was frustrated because there were so many
4     things because she just went right to him with
5     all of these -- you know, talk to season ticket
6     holders and send out letters and send out

                    Page 77

022607DRAFTWATKINS.txt

7     autographs and it was all of this kind of

8     time-consuming work she wanted to have happen,

9     and he had had so much between them, he had

10    asked me, being with Isiah, to see if I could

11    discuss some of these things with him and see

12    what would be a go, what would be a no go while

13    I was out in Las Vegas with him, so we had had

14    discussions leading up to that.

15         Q.    What did you discuss with Mr. Thomas?

16         A.    I discussed some of these programs

17    that Anucha had come to Steve with and which

18    ones would work and which ones wouldn't work and

19    he thought about a few, and we were in the

20    middle of going through a coaching search and

21    his time was a little bit more difficult to come

22    by than it would be in a normal summer, so we

23    figured out what some of the things he could do

24    or not and then I just left it that he was going

25    to call Steve and then I was out of it and they

                                              95
1              DRAFT - UNCERTIFIED - WATKINS

2     would work it out from there.

3          Q.    And what was Mr. Thomas willing to do?

4          A.    I don't remember exactly, but there

5     were things that he would do one or two things

6     that wouldn't be as time consuming as doing a

7     series of events that would take him away from

8     focusing on the coaching search and the NBA

9     draft -- no, that was after the draft, summer

10    league, I guess, so I guess he was focusing on

11    the coaching search and --

12         Q.    You were out in Las Vegas with him?
                     Page 78

022607DRAFTWATKINS.txt

13          A.     Parts of it, yeah.

14          Q.     Is that when you had this conversation

15     with him?

16          A.     Yeah.

17          Q.     How long does the summer league last?

18          A.     That year it was about a week in Vegas

19     and about a week in Minnesota.  I didn't go to

20     Minnesota, I went to about half of the Las Vegas

21     trip.

22          Q.     Do you recall anything in particular

23     that Mr. Thomas didn't want to do or it was just

24     a matter of the frequency of events?

25          A.     Yeah, basically.

0

                                              96
1                    DRAFT - UNCERTIFIED - WATKINS

2          Q.     Just the frequency?

3          A.     I don't remember exactly what it was,

4     but he basically, the issue was there were

5     things that were on this agenda of what she

6     needed him to do and in totality it was a

7     time-consuming thing that wouldn't allow him to

8     focus on the current coaching search, but again,

9     my role was to get it in play, to talk to him

10     about it generally and then lead him to calling

11     Steve back where they could just bang it out,

12     and Steve, I know, was upset just generally

13     because it was another thing that he had to go

14     solve because Anucha wouldn't, couldn't deal

15     with it directly.

16          Q.     Had you ever spoken with Mr. Thomas

17     about Miss Browne-Sanders?

                          Page 79

022607DRAFTWATKINS.txt
18      A.    One time I remember, yeah.

19      Q.    And when was that?

20      A.    We had a lunch and I brought up at the

21   end of the lunch that I thought that he should

22   be, to work better with Anucha, that he should

23   try to make her a little bit more relevant

24   because even though I know his designee was

25   Frank Murphy, that that wasn't working out so

97

1              DRAFT - UNCERTIFIED - WATKINS

2    great because Murray and Anucha didn't get

3    along, and what was happening was every little

4    issue, every issue large to small would be

5    thrown up to Steve, and if Isiah could figure

6    out a way to make her a little bit more relevant

7    and deal with some of these things directly, it

8    would make Steve's job easier, and he was very

9    receptive to it, he didn't say anything negative

10   about Anucha, he just said, Look, she's not on

11   my radar, she's not someone I deal with every

12   day, and I said, Well, I think if you were a

13   little bit nicer to her and gave her -- I think

14   I said gave her the time of day sometimes, you

15   can -- it would really make Steve, who's your

16   boss, would make Steve's life a lot easier, and

17   he agreed to do that.

18      Q.    When did you have that conversation

19   with Mr. Thomas?

20      A.    I don't remember.

21      Q.    What year was it?

22      A.    It was either -- I would say it was

23   sometime in '04, it was probably after April 1,
                        Page 80

022607DRAFTWATKINS.txt

24      3 or 4 -- no, maybe it was '05.

25              I can't recall. I'm sorry, I can't

☐

98

1              DRAFT - UNCERTIFIED - WATKINS

2      recall. I thought it was '04, but I'm not sure.

3      Q.    Are you able to place this

4      conversation or this lunch around any event that

5      was happening at the time?

6      A.    Not really. I remember where it was,

7      it was at the Four Seasons Hotel, having lunch

8      there. I can remember us talking and me just

9      bringing it up at the end. It wasn't part of

10     any kind of agenda on his behalf. I wanted to

11     bring it up at the end. I just can't remember

12     if it was '04 or '05. I am sure if I looked

13     back at my calendar at the right time I could

14     figure out when it was, but I had lunch

15     regularly with Isiah that began in -- it might

16     have been '05, March of '05, '04 --

17     Q.    Why don't we leave a space in the

18     transcript and when you get a chance to review

19     the transcript, if you have a clear memory of

20     when the lunch was, fill that in.

21     A.    Okay.

22     TO BE FURNISHED: _____

23     _____

24     Q.    Was that the only time that you ever

25     discussed Miss Browne-Sanders with Mr. Thomas?

☐

99

1              DRAFT - UNCERTIFIED - WATKINS

2      A.    You know, I am sure her name came up

Page 81

022607DRAFTWATKINS.txt

3      from time to time, but there is only one other

4      time that I recall for sure and that is Isiah

5      called me one day in the office in, I don't know

6      if it was November or December of '05, and he

7      called and said I need your counsel on

8      something.  I don't know what happened last

9      night, but last night at the game I went to hug

10     Anucha and she was acting all weird and

11     different and basically told me to get away from

12     her and I don't know what's going on, it was the

13     same thing we always do, I don't know what --

14     all of a sudden she was aggressive and he didn't

15     quite understand it and would I counsel him in

16     some way.

17          Q.    What did you say to him?

18          A.    I said to him, let me -- I don't know

19     anything about this, let me talk to Steve and

20     the right people and don't do anything, don't

21     confront her, don't call her, let me find out,

22     let me make some calls about this.

23          Q.    Did you do that?

24          A.    I know I spoke to Steve about it.

25          Q.    What did Steve say?

                                             100
1                DRAFT - UNCERTIFIED - WATKINS

2          A.    I think Steve said he either would

3      talk to -- I don't remember what happened from

4      there, but I don't think I talked to Isiah about

5      it again, or if I did, I said, I called him back

6      and said, Look, I talked to Steve, there's other

7      stuff happening, he's going to talk to you about

8      it, I'm out of it at that point.  So that's what

                          Page 82

022607DRAFTWATKINS.txt

9    happened.

10        Q.    What did you speak to Mr. Mills about

11    relative to what you just said?

12        A.    I told him what Isiah had told me.

13        Q.    What did Mr. Mills tell you?

14        A.    Steve said -- I think he said, you

15    know, yeah, some of this makes sense with some

16    of the discussions we have had recently, let me

17    take it, just tell Isiah, you put it to my hand,

18    put it to me and I'll call Isiah later.  So I

19    got the initial call from Isiah, but it wasn't

20    in my place to follow up, once I got it to Steve

21    and Isiah, they handled it.

22        Q.    When Mr. Thomas called you about it,

23    how soon after the event did it happen?

24        A.    I think it was the next morning.

25        Q.    And how much time then passed between

                                         101

1           DRAFT - UNCERTIFIED - WATKINS

2    that, when you spoke to Mr. Thomas and you spoke

3    to Mr. Mills about it?

4        A.    It would have been the same day for sure.

5        Q.    When you spoke to Mr. Mills, did it

6    seem like he was unaware of the event when you

7    described it to him?

8        A.    That moment he was un -- I am almost

9    sure he was unaware of the event.

10        Q.    Did you ever have any follow-up

11    conversation with Mr. Mills about it?

12        A.    I don't recall.

13        Q.    When you had the original conversation

022607DRAFTWATKINS.txt

14    with Mr. Thomas, other than saying that you

15    would get back with him, did you say anything

16    else?

17        A.    No.  He just gave me the information

18    at that moment.  I didn't really know what to

19    say because it wasn't something I was -- had any

20    real thought on or advice on.

21        Q.    What is it precisely that Mr. Thomas

22    said happened?

23        A.    He said he went to kiss Anucha and she

24    jumped away from him and said, Don't you go near

25    me, don't you touch me, and he said, That's what

102

1        DRAFT - UNCERTIFIED - WATKINS

2    I -- the same greeting I gave her every time I

3    saw her.  All of a sudden there's some issue.

4    What's going on, what's -- I didn't understand

5    what it was, and I said, That is strange, I

6    don't understand it either.  Let me talk with

7    Steve about it and figure out what we should do.

8        Q.    Had you ever seen Mr. Thomas kiss Miss

9    Browne-Sanders before?

10        A.    I think when they hugged I did see

11    them kiss on the cheeks, but I can't remember

12    exactly.  If you said to me that -- you know, I

13    don't remember exactly seeing them kiss on the

14    check, but he kisses on the cheek and he hugs

15    and he does it with me and I saw them hug, I'm

16    sure that they did, I just don't remember

17    exactly.

18        Q.    Mr. Thomas hugs you also?

19        A.    Yeah.

Page 84

022607DRAFTWATKINS.txt

```
20        Q.    Kisses you on the cheek?

21        A.    Sometimes.

22        Q.    Mr. Thomas, have you seen him hug and

23   kiss other women who worked at Madison Square

24   Garden?

25        A.    Yes.
```

                                                        103
```
1              DRAFT - UNCERTIFIED - WATKINS

2         Q.    Who?

3         A.    I don't remember exactly, but Isiah,

4    when you see Isiah before a game or in the

5    suite, he would hug people in the suite, he

6    would hug men, he would hug women, that's just

7    the way he greets people.

8         Q.    Do remember any of the other women who

9    work at the Garden that you recall Mr. Thomas

10   hugging?

11        A.    He probably hugged Anne Marie Dunleavy

12   when he saw her.

13              Again, I don't want to say who I think

14   he would have hugged, but if I saw Isiah with

15   anybody, he would hug them, that's just the way

16   he was, but I don't want to give specific names

17   because as I sit here I have been thinking about

18   Anucha, I am not focused on that.

19        Q.    You have a recollection that Isiah

20   hugged Anucha around 20 times, but other people

21   you are not sure about?

22        A.    Yeah.

23        Q.    Is that right?

24        A.    Mm-hm.
```
                          Page 85

022607DRAFTWATKINS.txt

25      Q.    You had been describing your second

104
1                DRAFT - UNCERTIFIED - WATKINS
2      lunch with Miss Browne-Sanders in somewhere
3      around the summer of '05, right, would you say
4      after Labor Day; is that correct?
5      A.    Yes.
6      Q.    I am not sure, I just want to make
7      sure that we have gotten your full recollection
8      of what was discussed at that lunch.
9            Was there anything else that you
10     recall discussing with her?
11     A.    I gave you what I remember.  I'm
12     sorry, I remember her telling me about she had
13     come back from a trip where she went to where
14     the tsumani was with her son or her family, I
15     remember that came up at that same lunch.
16     Q.    That she had gone or that she was going?
17     A.    I think she said that she was already
18     there, if I remember correctly.
19     Q.    What did she tell you about that?
20     A.    I don't remember exactly.  Like I
21     said, I think it was after she already went and
22     was talking about what a great experience it was
23     and important for them to do.
24           I think she told me she went with her
25     one son and how important it was for him in his

105
1                DRAFT - UNCERTIFIED - WATKINS
2      growth to see something like that and feel a
3      part of helping.
4      Q.    Did you say anything in response?
Page 86

022607DRAFTWATKINS.txt

```
 5        A.    I said, That's a very nice thing.

 6        Q.    Did you ever discuss with Mr. Mills

 7   the review that he'd given to Miss Browne-Sanders?

 8        A.    Before the lawsuit?

 9        Q.    Yeah.

10        A.    No.

11        Q.    Did you discuss them after the lawsuit?

12        A.    It it may have come up but not

13   extensively.

14        Q.    What did you discuss not extensively

15   with him about the reviews?

16              MR. GREEN:  I just want to note again,

17         to the extent this conversations took place

18         at the direction of counsel with counsel

19         present, you may not reveal those

20         conversations.  Otherwise, you may testify

21         about that.

22        A.    When they came up it was with counsel

23   in the room.

24        Q.    Do you have a recollection of that?

25        A.    Vaguely.
```

0

```
                                            106
 1              DRAFT - UNCERTIFIED - WATKINS

 2        Q.    Were you aware that Mr. Mills had

 3   stated on Miss Browne-Sanders' review in

 4   substance that she had done a very good job in

 5   adapting to the philosophical changes that

 6   Mr. Thomas had brought to the team?

 7              MR. GREEN:  Objection to form.

 8              You may answer.

 9        A.    No.
```

                            Page 87

022607DRAFTWATKINS.txt

10    Q.    That would surprise you?

11          MR. GREEN:  Objection.

12          You may answer.

13    A.    I don't really have an opinion on it.

14    Q.    You don't have an opinion on whether

15    or not that would surprise you or not if it was

16    in one of Miss Browne-Sanders' reviews?

17    A.    Steve had a relationship with Anucha.

18    I don't know how those review processes went.  I

19    heard after the fact that he gave her 5 when she

20    was VP of marketing and then a 4, but what was

21    said specifically in those reviews, I was not

22    privy to that.

23    Q.    Mr. Mills was telling you that Miss

24    Browne-Sanders was not adjusting well to

25    Mr. Thomas' changes; is that right?

                                                  107
1          DRAFT - UNCERTIFIED - WATKINS

2     A.    Right, but I don't remember the exact

3     timing of it, so I don't know when the reviews

4     took place.

5           Could he have given her, saying

6     something good in the beginning about that or

7     in the first year or maybe he had asked her

8     specifically to do a couple of things and she

9     did them, but eventually it fell apart.  I don't

10    know the timing of the review, but I certainly

11    know that those of us that were there, that

12    Anucha's responsive role had really changed when

13    Isiah got there, and whether there were some

14    peaks and valleys, there probably were, but in

15    the last year or so it was very clear that they

                    Page 88

022607DRAFTWATKINS.txt

16    were not going to -- they were not seeing eye to
17    eye.
18        Q.    I thought you had testified that the
19    difficulties between Miss Browne-Sanders and
20    Mr. Thomas had started fairly soon after
21    Mr. Thomas arrived.
22            Is that true?
23        A.    Yeah.  The way that I saw it, yeah.
24        Q.    So would it surprise you that in March
25    of 2005 Mr. Mills gave Miss Browne-Sanders a

                                              108
1            DRAFT - UNCERTIFIED - WATKINS
2    review and specifically complimented her on how
3    she adapted to Mr. Thomas' managerial changes?
4            MR. GREEN:  Objection to form,
5        misstates prior testimony.
6            You may answer the question.
7        A.    What I said was it was common
8    knowledge in somebody like me that the
9    beginning, when he got there, it wasn't working
10    immediately.  How Steve viewed that as her boss
11    might have been different in the beginning.  I
12    am saying what I felt.
13        Q.    I thought your testimony was in 2004
14    that Mr. Mills had told you that she wasn't
15    adapting to Mr. Thomas' changes.
16            Was that true when you said that?
17        A.    Of course it was true.
18            MR. GREEN:  Objection.
19            Just a moment.  I am going to ask you,
20        Kevin, to rephrase your question, I will ask
                    Page 89

022607DRAFTWATKINS.txt

21    the witness to listen carefully.

22      I object to the question, it misstates

23    prior testimony and it is argumentative.

24      So you may answer the question, ask

25    for it to be repeated.

109

1      DRAFT - UNCERTIFIED - WATKINS

2   A.  Can you repeat it?

3   Q.  Did you not testify earlier in this

4  deposition that Mr. Mills had told you in 2004

5  that Miss Browne-Sanders was not adapting well

6  to Mr. Thomas' managerial changes?

7   A.  I think I did say that.

8   Q.  Okay.

9      Was that true testimony when you gave it?

10   A.  Obviously.

11   Q.  And even with that obvious testimony,

12  you have no opinion about whether you would be

13  surprised if Mr. Mills rated her positively in

14  March of 2005 for adjusting well to Mr. Thomas'

15  managerial changes?

16   A.  Exactly.

17      MR. GREEN:  The question has been

18    asked and answered.

19      You may answer it.

20   A.  Exactly.

21   Q.  You had said in response to

22  questioning a little while ago, made some

23  reference to different responsibilities that

24  Miss Browne-Sanders had in 2005.

25      Do you recall that?

022607DRAFTWATKINS.txt

23    job or not?

24        A.    No.

25        Q.    Did he ever express any kind of

                                                            115
1              DRAFT - UNCERTIFIED - WATKINS

2    opinion to you about whether Miss Browne-Sanders

3    was disorganized?

4        A.    No.

5        Q.    Was your sense --

6              MR. MINTZER:  Strike that.

7        Q.    Did you have an opinion as to whether

8    Miss Browne-Sanders and Mr. Thomas personally

9    were getting along while they worked together?

10        A.    I knew Anucha didn't have any use for

11    Isiah and didn't like Isiah, based on the

12    lunches that I had.  Anything I ever heard from

13    Isiah was basically she was a nonentity to him.

14    I never heard him say anything bad about her.

15        Q.    Did he ever say, ever call her a

16    nonentity?

17        A.    No.  Those are my words.

18        Q.    Okay.

19              Do you remember what his words were?

20        A.    No.  He was really -- he was totally

21    focused on the basketball operation of the team

22    and anything that had to do with the business

23    operation were handled for him by, most of them

24    were handled by Frank Murphy.

25        Q.    Did Frank Murphy at some point leave

                                                            116
1              DRAFT - UNCERTIFIED - WATKINS

                        Page 95

# EXHIBIT W

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANUCHA BROWNE SANDERS,

                 Plaintiff,

      - against -

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III, AND
JAMES L. DOLAN,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

06 Civ. 0589 (GEL)

PLAINTIFF'S SUPPLEMENTAL
DISCLOSURES PURSUANT TO
FED. R. CIV. P. 26

ECF CASE

Plaintiff Anucha Browne Sanders ("plaintiff" or "Browne Sanders"), by her attorneys Vladeck, Waldman, Elias & Engelhard, P.C., hereby provides the following information to defendants Madison Square Garden, L.P. ( "MSG"), Isiah Lord Thomas III ("Thomas"), and James L. Dolan ("Dolan") (collectively, "defendants"):

Fed. R. Civ. P. 26(a)(1)(C):   Plaintiff cannot fully calculate her damages at this time.  However, based on the information that she currently possesses, plaintiff calculates her damages as follows: $602,568 in back pay to compensate plaintiff, through October 1, 2007, for wages, bonuses, and 401(k) contributions that plaintiff would have received had she not been discriminated against and retaliated against by defendants, less work-related compensation that plaintiff expects to earn in mitigation of her damages through October 1, 2007.  Plaintiff also seeks an Order that MSG convey to her all stock options previously granted to her that did not vest as a result of her unlawful termination from MSG, as well as to supplement her pension in the amounts that she would have received if she had remained employed at MSG.  In addition,

244026 v1

plaintiff seeks compensation for the penalties and taxes that she will incur (amounts presently unknown) as a result of withdrawing money from her retirement accounts since her unlawful termination from MSG.

To the extent that plaintiff is not reinstated to her former position at MSG, plaintiff will also seek an award of front pay and/or reputational damages to compensate plaintiff, from October 1, 2007 through age 65 (January 5, 2028), for expected lost wages, bonuses, and 401(k) contributions, less any work-related compensation that plaintiff expects to earn in mitigation of her damages, in the amount of $9,762,406. (See attached chart detailing the calculations for back pay and front pay) If plaintiff is not reinstated to her former position at MSG, plaintiff will also seek an Order requiring MSG to make pension payments to her in the amounts that she would have been entitled to receive had her employment not been unlawfully terminated by MSG and had she continued to work at MSG until age 65.

Plaintiff additionally seeks punitive damages from defendants in amounts to be determined by the jury. Plaintiff also seeks attorneys' fees and the costs of this action from defendants in an amount to be determined by the Court. In addition, plaintiff seeks from defendants an award of pre-judgment interest, as well as damages to compensate plaintiff for any adverse tax consequences.

Plaintiff reserves the right to supplement these disclosures as and if additional information becomes available. Plaintiff provides these disclosures without waiving any objections that might apply including, but not limited to, objections relating to privilege, confidentiality, materiality, relevancy or burden.

Dated: New York, New York
      March 19, 2007

                                        VLADECK, WALDMAN, ELIAS &
                                        ENGELHARD, P.C.

By:                 

                                        Anne C. Vladeck  (AV 4857)
                                        Kevin T. Mintzer (KM 4741)
                                        Karen Cacace (KC 3184)
                                        Attorneys for Plaintiff
                                        1501 Broadway, Suite 800
                                        New York, New York  10036
                                        (212) 403-7300

Attachment to Plaintiff's Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26

| Years | Plaintiff's MSG Salary with 5% Increases | Plaintiff's MSG Bonus 25% of Salary | Plaintiff's 401K ER Contr. 3% of Gross Salary[1] | Plaintiff's MSG Total Compensation | Plaintiff's Job Mitigation with 3% Increases | Difference |
|---|---|---|---|---|---|---|
| 2005 | 0 | 62,500 | 0 | 62,500 | 0 | 62,500 |
| 2006 | 262,500 | 65,625 | 7,750 | 335,875 | 0 | 335,875 |
| 2007 | 275,625 | 68,906 | 8,000 | 352,531 | 107,499[2] | 245,032 |
| 2008 | 289,406 | 72,351 | 8,000 | 369,757 | 115,000[3] | 254,757 |
| 2009 | 303,876 | 75,969 | 8,000 | 387,845 | 118,450 | 269,395 |
| 2010 | 319,070 | 79,761 | 8,000 | 406,831 | 122,003 | 284,827 |
| 2011 | 335,023 | 83,755 | 8,000 | 426,778 | 125,663 | 301,114 |
| 2012 | 351,177 | 87,794 | 8,000 | 446,971 | 129,432 | 317,538 |
| 2013 | 369,363 | 92,340 | 8,000 | 469,703 | 133,314 | 336,388 |
| 2014 | 387,832 | 96,958 | 8,000 | 492,790 | 137,313 | 355,476 |
| 2015 | 407,223 | 101,805 | 8,000 | 517,028 | 141,432 | 375,595 |
| 2016 | 427,584 | 106,896 | 8,000 | 542,480 | 145,674 | 396,805 |
| 2017 | 448,964 | 112,241 | 8,000 | 569,205 | 150,004 | 414,160 |
| 2018 | 471,412 | 117,853 | 8,000 | 597,265 | 154,504 | 442,760 |
| 2019 | 494,984 | 123,746 | 8,000 | 626,730 | 159,139 | 467,590 |
| 2020 | 519,731 | 129,932 | 8,000 | 657,663 | 163,913 | 493,817 |
| 2021 | 545,719 | 136,429 | 8,000 | 690,148 | 168,830 | 521,318 |
| 2022 | 573,005 | 143,251 | 8,000 | 724,256 | 173,895 | 550,360 |
| 2023 | 601,655 | 150,413 | 8,000 | 760,068 | 179,111 | 580,956 |
| 2024 | 631,738 | 157,934 | 8,000 | 797,672 | 184,484 | 613,187 |
| 2025 | 663,325 | 165,831 | 8,000 | 837,156 | 190,018 | 647,137 |
| 2026 | 696,491 | 174,831 | 8,000 | 879,322 | 195,718 | 683,603 |
| 2027 | 731,315 | 182,828 | 8,000 | 922,143 | 201,589 | 720,553 |
| 2028 | 767,881 | 191,970 | 8,000 | 967,851 | 207,636 | 760,214 |
|  | $10,874,899 | $2,718,821 | $ 175,875 | $13,769,595 | $3,404,621 | $10,364,974 |

---

[1] The employer contribution is calculated based on the statutory limit of an employee's contribution of $15,500 for 2007 and $16,000 for 2008 and beyond.
[2] 10/12 x $129,000 per year as consultant.
[3] $115,000 per year as employee.

# EXHIBIT X

# ALLHIPHOP.com
## THE WORLD'S MOST DANGEROUS SITE!

Search ALLHIPHOP.com

JOIN THE
ILLEST
HIP HOP COMMUNITY
ON THE NET

FEATURES | ILL COMMUNITY | ALTERNATIVES | COLUMNS | EDITORIAL | REVIEWS | RUMORS | NEWS | MUS

## PEEP THIS!

**Features:**
M1: Classified

**Boards:**
Check out the Ill Community!

**Tech:**

**Flicks:**
Paul Wall At Club Blue

**Editorial:**
Russell Simmons Salutes
Coretta Scott King

**Breeding Ground:**
Naledge: Hidden Agenda

## NEWS HEADLINES

Christopher 'Play' Martin
Preparing 'Holy Hip-Hop'
DVD Showcasing Gospel
Rappers

Audio Tape Of Busta
Rhymes Video Shooting
Emerges

Judge Temporarily Blocks
Auction Of Dave Mays And
Benzino's Stock In The
Source

Former Nas Associate Lake
Signs With Suge Knight

## INSIDE AHH

**Reviews:**
Rasco:
The Dick Swanson Theory
Part 1

**Rumors:**
Hip-Hop Rumors: Jay-Z
and Nas' First Song?

**Alternatives:**
Read up on what's poppin'
in the non-Hip Hop world
of music.

AHH Accessories
Wireless News
E-mail Story
Print Story

## ALLHIPHOP FEATURE

Benzino: The Source Part 2
By Clover Hope

AllHipHop.com: Can you just talk honestly about this lawsuit filed?

Benzino: Oh definitely, yes, the lawsuit was like— usually when people get fired sometimes, especially this magazine there's been walkouts and again, journalist people, they're a real crazy bunch of people.

AllHipHop.com: [Laughs]

Benzino: But um, basically Kim Osorio, we had let go, we had terminated a man for her to get that job. So now that we terminated her for a man, she's screaming sexual discrimination. What we're gonna do is counter sue her because that's totally false because especially when we have record of— we have proof of her having many sexual relations with a lot of the artists that she was actually interviewing a lot. And we will counter sue her for defamation of character and then after that, we'll just let the courts decide it.

AllHipHop.com: Wait, what does her relations have to do with this lawsuit?

Benzino: I'm saying, I'm saying like we will counter sue her for defamation of character because her holding that position of Editor and Chief and having sexual relations and definitely her conduct as how she treated this magazine when she was here, that's definitely gonna have something to do with her lawsuit.



PLAINTIFF'S
EXHIBIT
21

PL00802

REDACTED



The **ULTIMATE**
**ALL-IN-ONE**
**Surfing Companion**

http://www.stop-zilla.com

**AllHipHop.com:** So Dave Mays said that she was—so you're basically saying that she had relations with some high-profile rappers.

**Benzino:** Oh definitely. [Laughs]. Wouldn't you like to know who, Clover? [Laughs]

**AllHipHop.com:** I would like to know [Laughs]

**Benzino:** Nah, nah. That all has to come out in court.

**AllHipHop.com:** Okay, she said she was fired from the company—

**Benzino:** Exactly, she was fired.

**AllHipHop.com:** [finishes] after she complained. But you said that she didn't—

**Benzino:** We didn't like the way she was doing her job in like the last year and we just decided to let her go. We let a lot of people go. We cleaned house with a lot of these people.

**AllHipHop.com:** And you and Dave Mays said that you requested that she repeal her complaint?

**Benzino:** Yeah, definitely. We said yes, you know, Kim, you're just like—she made a complaint and we said like what is this based on. We had a little conversation and we asked her that, you know, basically she tried to extort us to be like if you keep me on, I'll—if you promise not to fire me or get some time of contract, then I'll take the complaint away. But that's the first complaint she's ever done, so isn't kind of peculiar that she made the complaint when she know she was gonna get fired, Clover. That's the first complaint we've ever had from her since she's been the top person at *The Source* magazine. Doesn't that sound real peculiar?

**AllHipHop.com:** I don't know.

**Benzino:** You don't know, come on—are you a hater, Clover? Don't tell me you're a hater, Clover.

**AllHipHop.com:** Nah I'm neutral.

**Benzino:** Ah, don't say—'cause Clover that's obvious, like she filed one complaint since she's been up there when she found out that she was gonna get fired. That doesn't sound peculiar, like that's—come on, Clover.

**AllHipHop.com:** Are you trying to say that both of these women's claims are illegitimate?

PL00802A

2/26/2006

Benzino: The other woman didn't even do nothing around here. She faked that she was having breast cancer so that we wouldn't fire her. These people were getting big salaries. They can't get these big salaries no where else. They were doing a weak job. It's our magazine and we fired them. I have the right too.

AllHipHop.com: And why would they lie about, like why would they—

Benzino: Clover, you're gonna have to find that out. It doesn't—but you know what, it doesn't matter. Does it matter? Whose company is it?

**REDACTED**

AllHipHop.com: Mmhm.

Benzino: Do you own AllHipHop?

AllHipHop.com: Nope.

Benzino: If you got fired would it really matter what you say about who's this or whatever—or like if they fired you today, would it matter?

AllHipHop.com: Would what matter?

Benzino: Would it matter like what your opinion is. Like how many people do you know who are gonna be happy when they get fired.

AllHipHop.com: [Laughs] everybody.

Benzino: Okay, then so then you just answered your own question then.

AllHipHop.com: Well I don't know why—

Benzino: It's okay, just keep it moving. I don't mind that, Clover. Zino and *The Source* ain't going nowhere. We're gonna stomp out the competition. It is what it is.

AllHipHop.com: Okay, where did your relationship with these two women stand before these accusations arose? Were you on speaking terms?

Benzino: Yeah, say hi and keep it moving. We was on speaking terms, business. I'm the boss, like what any boss at a business would do. We had a business relationship.

AllHipHop.com: Okay. So some people might see you as, okay I don't know the best way to put it, but a lot of people hate you obviously.

Benzino: No, no a lot of people don't hate me. Clover, you gotta get out that Internet world Clover. Come out to the real world, Clover. Come outside, go to a club, Clover. Go chill out at a club, go dance in a club. Go chill out, go look at what real life is and real things are because if you're up there in front of that computer all day you might be getting a little bit cross-eyed. You might be losing touch with reality.

AllHipHop.com: Actually, I get out and I hear—this is what I hear from people that are not on the Internet—

Benzino: Again the Internet. The Internet is a miniscule bunch of people. There's only like—I'm looking at AllHipHop now, there's 162 people on [the message boards] —that's so—like, come on man, Clover. Like these people are the people I'm talking about. They're not out there in the streets going to the—they're not doing that, man. They'd rather be nonchalant, no one can know who they are and hate and spew hate and negative opinions about people. I can handle that, but Clover if I'm so hated I wouldn't be, I wouldn't be like—like, I'm loved all across the country. Like Miami, New York, I go cross country now. Don't get it twisted because your little minute Internet world thinks that that's hate for Zino.

AllHipHop.com: I'm just saying, when you go against somebody like Eminem, then that's going to come up because a lot of people like Eminem.

**REDACTED**

Benzino: A lot of people like Eminem. Eminem's a racist. Eminem's a racist, Clover.

AllHipHop.com: According to you.

Benzino: Eminem's a racist, Clover. What do you mean according to me? He said "ni**er" on a tape. He called Black women b**ches. What do you mean according to me. They pulled out of the lawsuit. Clover, your man Eminem was about to be—his pants was about to be pulled down about his lies and everything. That's why they pulled out.

Post Your Feedback.

JOIN THE HIP HOP COMMUNITY ON THE NET

# EXHIBIT Y

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

- - - - - - - - - - - - - - - - - -x

ANUCHA BROWNE-SANDERS,

                Plaintiff,

      -against-

MADISON SQUARE GARDEN, L.P., ISIAH
LORD THOMAS, III and JAMES DOLAN,

                Defendants.

- - - - - - - - - - - - - - - - - -x

              1501 Broadway
              New York, New York

              January 29, 2007
              10:12 a.m.

      DEPOSITION of MADISON SQUARE

GARDEN by ROCHELLE NOEL, one of the

Defendants in the above-entitled

action, held at the above time and

place, taken before Barbara P.

Goldsmith, a Shorthand Reporter and

Notary Public of the State of New York,

pursuant to the Federal Rules of Civil

Procedure, and stipulations between

Counsel.

```
 1                    R. NOEL
 2        Q.    Did you ask him what he was
 3   talking about?
 4        A.    I don't recall.
 5        Q.    Did you have an understanding
 6   of what Ms. Browne-Sanders' job
 7   responsibilities were when you
 8   interviewed Mr. Thomas for the first
 9   time?
10        A.    I don't recall.
11        Q.    When you first started your
12   interview with Mr. Thomas, did you tell
13   him what you were investigating?
14        A.    I don't remember exactly what
15   I told him.  I believe that I told him
16   that we were investigating allegations
17   that had been raised by
18   Ms. Browne-Sanders.  I don't know if I
19   was specific about the allegations that
20   had been raised.
21        Q.    What was his response when
22   you told him that you were
23   investigating allegations by
24   Ms. Browne-Sanders?
25        A.    I don't recall.
```

```
1                    R. NOEL
2         Q.    Do you recall if he was
3    surprised?
4              MR. GREEN:   Objection to
5         form.  You may answer.
6         A.    I don't recall if he was
7    surprised when I initially spoke to
8    him.  I remember at some point he did
9    seem to express surprise as my
10   questions to him indicated what the
11   specific allegations were if I had not
12   previously.
13        Q.    And at what point was he
14   surprised?
15        A.    I don't recall specifically.
16             MS. CACACE:   Would you mark
17        this as 3, please.
18             (12/23/05 Winkler notes were
19        hereby marked as Noel Exhibit 3 for
20        identification, as of this date.)
21        Q.    Please let me know when you
22   have finished looking at this.
23             MS. CACACE:   And for the
24        record, this is a one page document
25        Bates stamped MSG 4078.
```