UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANUCHA BROWNE SANDERS,

       Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

06 Civ. 00589 (GEL) (DCF)

DECLARATION OF
BRIAN G. CESARATTO

  Brian G. Cesaratto declares under penalty of perjury:

  1.  I am associated with the law firm of Epstein Becker & Green, P.C., attorneys for defendants Madison Square Garden, L.P. ("MSG") and James L. Dolan ("Dolan"), and I submit this declaration in opposition to Plaintiff's Motion For Partial Summary Judgment. The purpose of this declaration is to identify pleadings, deposition transcripts and exhibits thereto.

  2.  Attached as Exhibit A is a true and correct copy of excerpts taken from the Deposition Transcript of Anucha Browne Sanders dated November 27, 2006.

  3.  Attached as Exhibit B is a true and correct copy of excerpts taken from the Deposition Transcript of Anucha Browne Sanders dated November 28, 2006.

  4.  Attached as Exhibit C is a true and correct copy of excerpts taken from the Deposition Transcript of Isiah Thomas dated December 8, 2006.

  5.  Attached as Exhibit D is a true and correct copy of excerpts taken from the Deposition Transcript of Pete Olsen dated December 13, 2006.

  6.  Attached as Exhibit E is a true and correct copy of excerpts taken from the Deposition Transcript of Faye Brown dated February 14, 2007.

NY:1850905v1

7. Attached as Exhibit F is a true and correct copy of excerpts taken from the Deposition Transcript of Stephen Mills dated December 12, 2006.

8. Attached as Exhibit G is a true and correct copy of excerpts taken from the Deposition Transcript of Stephon Marbury dated January 8, 2007.

9. Attached as Exhibit H is a true and correct copy of excerpts taken from the Deposition Transcript of Karin Buchholz dated January 19, 2007.

10. Attached as Exhibit I is a true and correct copy of excerpts taken from the Deposition Transcript of John Moran dated November 10, 2006.

11. Attached as Exhibit J is a true and correct copy of excerpts taken from the Deposition Transcript of Barry Watkins dated February 26, 2007.

12. Attached as Exhibit K is a true and correct copy of excerpts taken from the Deposition Transcript of James Dolan dated December 11, 2006.

13. Attached as Exhibit L is a true and correct copy of excerpts taken from the Deposition Transcript of Victoria Browne-Moore dated December 18, 2006.

14. Attached as Exhibit M is a true and correct copy of excerpts taken from the Deposition Transcript of Ruth Browne dated January 16, 2007.

15. Attached as Exhibit N is a true and correct copy of excerpts taken from the Deposition Transcript of Dan Gladstone dated October 30, 2006.

16. Attached as Exhibit O is a true and correct copy of excerpts taken from the Deposition Transcript of Rusty McCormack dated November 7, 2006.

17. Attached as Exhibit P is a true and correct copy of excerpts taken from the Deposition Transcript of Hank Ratner dated November 30, 2006.

- 3 -

18. Attached as Exhibit Q is a true and correct copy of excerpts taken from the Deposition Transcript of Jeffrey Nix dated January 26, 2007.

19. Attached as Exhibit R is a true and correct copy of Plaintiff's November 10, 2006 Second Amended Complaint.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on May 25, 2007, in New York, New York.

s/Brian G. Cesaratto
BRIAN G. CESARATTO
