UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

---------------------------------------x

ANUCHA BROWNE-SANDERS,

                      Plaintiff,

     - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS, III, and JAMES DOLAN,

                      Defendants.

---------------------------------------x

                  December 8, 2006
                  12:24 p.m.

      VIDEOTAPE DEPOSITION of ISIAH

LORD THOMAS, III, taken by the Plaintiff,

pursuant to Notice, held at the offices of

Vladeck Waldman Elias & Engelhard, P.C,

1501 Broadway, New York, New York, before

Debbie Zaromatidis, a Shorthand Reporter

and Notary Public of the State of New

York.

Dockets.Justia.com

33

                         THOMAS

1

2       A.     Well, for today they are.

3       Q.     I don't --

4       A.     Okay.

5       Q.     Okay.

6       A.     And if I left that out,

7   that -- that was not my intention.

8       Q.     Okay.   Is there anything else

9   that is inaccurate about this statement?

10      A.     "When asked if charging party

11  reported to him, he stated that she

12  reported to Mills."  That -- that would be

13  accurate.

14      Q.     Okay.

15      A.     "According to Thomas, when he

16  started working he started immediately to

17  implement new changes."

18      Q.     Is that accurate?

19      A.     Assess and implement changes.

20  And -- and I think in -- in the phone

21  interview what I tried to explain in the

22  phone interview was that when I was hired

23  in December I believe of '03 the first

24  thing that I needed to kind of clean up

25  was the on court product in terms of the,

34

1              THOMAS

2  you know, the players and the people, who

3  were -- they were coming to see play.

4  The -- and my job was to quickly try to

5  evaluate and assess the talent base that

6  we had, and I spent a lot of time trying

7  to assess and maneuver that talent base,

8  and so -- so that was -- that was the

9  implementing of changes on the on court

10  product and also, you know, tried to clean

11  up the space and implement policy around

12  the players and procedures in terms of the

13  way we -- we would operate and carry

14  ourselves and conduct ourselves.

15      Q.    Okay.

16           MS. EISENBERG:    Is there a

17  question?

18           MR. SMITH:    Patience is a

19  virtue.

20           MS. EISENBERG:   I know.

21      Q.    Okay.  Is there anything else

22  that is inaccurate in this document?

23      A.    Well, we are going to go through

24  this line by line.

25      Q.    We can go through this line by

35

1                     THOMAS

2    line.

3         A.     Okay.  So the first thing I did

4    was to close access to practices only to

5    coaches and players.  Locker rooms were

6    also restricted only to players and

7    coaches and medical team.  Well, the first

8    thing I did was implemented a dress code

9    at the practice facility and also, you

10   know, for our players, and -- and I did

11   implement, you know, access -- I closed

12   down access to practices, coaches and

13   players, locker rooms, so forth.  So that

14   is -- that's accurate.

15        Q.     Okay.  And just to -- I want to

16   go back for a second.  The line before, it

17   says, "According to Thomas when he started

18   working he started to immediately

19   implement new changes."

20             Are you saying that you didn't

21   tell the EEOC person that or are you --

22             MR. SMITH:  Withdrawn.

23        Q.     Are you saying is what she said

24   that you -- the first thing you did is you

25   started to implement new changes?  Did you

36

THOMAS

1

2    tell the EEOC investigator that you were

3    implementing new changes?

4        A.    Yes.

5        Q.    Okay.  And did you tell the EOC

6    investigator that you did close practices

7    to coaches and players and locker rooms

8    were restricted only to medical staff?

9              MS. EISENBERG:   Objection as to

10   form.

11       A.    No, I didn't tell her that I

12   closed practice to the coaches.

13       Q.    I am sorry.  You are right.  Let

14   me -- let me -- excuse me.

15             You said the first thing you did

16   was to close access to practices to only

17   coaches and players, and locker rooms were

18   also restricted only to players, coaches

19   and medical staff.

20             Did you tell the EEOC

21   investigator that?

22             MS. EISENBERG:   I am going to

23   object as to form.

24       A.    Now, does that mean I can answer

25   that or not?

37

1                        THOMAS

2              MS. EISENBERG:    Yes.

3       Q.     Yes, you can answer.

4              MS. EISENBERG:    If you are able

5  to answer it, go ahead.

6       Q.     She will instruct you when she

7  doesn't want you to answer.

8       A.     Okay.

9       Q.     I'm sure.

10      A.     Yeah, I -- I did that.

11      Q.     Okay.  And did you tell the

12  investigator -- I am going to the next

13  line -- that was in his opinion needed so

14  to restrict -- I am sorry.  That was in

15  his opinion needed, so the players can

16  concentrate and play?

17      A.      Well, that too, but that -- that

18  environment that the -- that the players

19  have on -- and I said to her that the bus,

20  the plane, the training room, the locker

21  room, those are -- are player -- player

22  environments, and those environments, you

23  know, are -- are closed, and they -- they

24  needed to be protected.

25      Q.     All right.  But did you tell the

38

1          THOMAS

2    EEOC investigator that the players needed

3    to concentrate -- that the they needed to

4    do so for -- so the players can

5    concentrate and play?

6         A.     That would help them concentrate

7    and play.

8         Q.     Okay.

9         A.     If you would cleanse that area.

10        Q.     I am going to go to the next

11   line.  "The charging party was to deal

12   only with the marketing and community

13   relations."

14             Did you tell the EEOC

15   investigator that?

16             MS. EISENBERG:     Objection as to

17   form.

18        A.     No.  I --

19        Q.     Okay.

20        A.     I believe I -- I think I -- it

21   is written here, but I think we were

22   talking about what I understood her

23   responsibilities to be, and those were in

24   the marketing areas and also in the

25   community relations area, and --

47

                    THOMAS

1
2   -- multiple statements contained in that

3   one sentence.

4               MR. SMITH:    Sure.

5               MS. EISENBERG:    If you can

6   answer it.

7       A.      I'll do my best to go line by

8   line and kind of --

9       Q.      Okay.

10      A.      -- tell you what I was speaking

11  to her about.  When -- when we did make

12  these changes -- "According to Thomas

13  charging party did not like the change

14  because now she was not able to schedule

15  players as freely as she did before," I

16  don't -- I don't recall if I said that.

17      Q.      Okay.

18      A.      And I definitely can't say to

19  you that Anucha felt that way because I

20  don't know, but in -- in terms of her

21  being restricted from the plane and buses

22  or anything else, I -- I am quite sure I

23  said to -- to her that Anucha had access

24  and could go on the plane and bring

25  marketing people or whoever she wanted to

48

THOMAS

2    bring on the plane.  The only thing we was

3    asking for is notice, who she wanted to

4    bring and the reasons why they were

5    coming.  And I -- I do believe, you know,

6    we -- we had a trip where I -- I don't

7    know if she was on the plane because

8    I -- I wasn't on there either, but I do

9    believe that there was one marketing trip

10    that a marketing group, and I don't know

11    if -- again, I don't know if she was on

12    the plane or not.  I don't know.  Again, I

13    was saying to -- is it Patricia?

14        Q.    Yes.

15        A.    I was saying to Patricia, you

16    know, the changes implemented again just

17    required notice and if -- if Anucha gave

18    us notice, then we would give her access.

19        Q.    I want to go to the next

20    sentence.  "According to Thomas, he, the

21    charging party, and Frank Murphy would

22    meet on a weekly basis and when needed to

23    go over schedules."

24        Did you have a discussion with

25    the EEOC investigator regarding that

65

                              THOMAS

1

2        A.    No, that was before.

3        Q.    Okay.  And what did Mr. Moran

4   tell you in your discussions regarding the

5   charging party's complaints regarding

6   sexual harassment?

7        A.    He -- he asked if -- he asked if

8   I -- I believe they asked me if I swore,

9   did I use profanity, and they asked me a

10  couple of questions about if I ever

11  believe I asked Anucha or asked Anucha I

12  want to go offsite with her or if I was in

13  love with her, and I don't recall my

14  answers to those questions verbatim, but I

15  believe I told them I swore, and I -- I

16  had no -- wasn't in love with Anucha.

17       Q.    Okay.  I'm going to stay on the

18  document.  I am going to go down to a few

19  lines where the sentence starts "Thomas

20  stated that the next thing..."

21            Do you see that sentence?

22       A.    Yes.

23       Q.    Okay.  It says "Thomas stated

24  that the next thing he was told that there

25  had been" -- "that he has been sued by

69

THOMAS

2  men said to women, and it is not -- it is

3  not given, taken, or received as a come on

4  so to speak.

5      Q.    Okay.  And did you give her any

6  examples of how you used the word love as

7  a greeting to men and women or more?

8      A.    I could have.  I don't recall.

9      Q.    Okay.

10      A.    I mean that -- in trying to

11  explain it, I could have said it, but

12  I -- I don't know word for word, verbatim

13  how I said it.

14      Q.    Off the document for a second.

15  Have you ever used the greeting love with

16  Anucha?

17          MR. GREEN:   Objection to form.

18          MR. PARCHER:   Could you read

19  that question back, please.

20          (Record read.)

21          MS. EISENBERG:   Objection as to

22  form.

23      A.    Maybe in a greeting of hello or

24  goodbye but never to be in love.

25      Q.    Okay.  Could you describe how

177

1                    THOMAS

2               (Record read.)

3               MR. SMITH:    And what was his

4      answer.

5               (Record read.)

6          Q.    Have you ever used -- used the

7      term bitch at -- when you -- as --

8               MR. SMITH:    Withdrawn.

9          Q.    As president of basketball

10     operations for the New York Knicks, have

11     you ever used the term bitch in describing

12     any employee?

13         A.    No.

14         Q.    Have you ever used the term ho

15     in describing any employee?

16         A.    No.

17         Q.    As president of basketball

18     operations for the New York Knicks, have

19     you ever used the word bitch?

20         A.    At work?

21         Q.    Yes, at work.

22         A.    No.

23         Q.    Have you ever used the word ho

24     at work?

25         A.    No.

192

1        THOMAS

2   Murphy.  At any time during that

3   conversation did you ever curse at

4   Ms. Saunders?

5        A.    I -- I have never cursed at

6   Ms. Sanders, no.

7        Q.    Okay.  You're saying you've

8   never cursed at her?

9        A.    I have never cursed at

10  Ms. Sanders.

11       Q.    Okay.

12       A.    Now, have I ever swore or

13  sweared or used curse words around her, I

14  probably have.  But have I cursed at her,

15  no, I have not.

16       Q.    Okay.  All right.  During this

17  conversation on the phone with

18  Ms. Saunders, did you at any time use the

19  word bitch?

20       A.    No.

21       Q.    Did you at any time use the word

22  fuck?

23       A.    That -- that -- that could have

24  come out but not necessarily at her.

25  I -- you know, I -- I could have said I'll

193

1                    THOMAS

2    F'ing handle it or I'll -- I could -- I

3    could have sworn but never at her, and by

4    the way I -- when she -- when that phone

5    call was made, I wasn't upset with her for

6    calling me and informing me.  I -- my job

7    was to handle it, and I -- I wasn't -- I

8    wasn't mad or anything that she phoned and

9    told me this.

10        Q.    Okay.  And during that

11   conversation over the phone, did you ever

12   refer to be Ms. Sanders as a ho?

13        A.    Please.  No.  Come on.

14        Q.    Okay.  Now, when you first

15   started at -- as president of basketball

16   operations for the New York Knicks, did

17   you ever inform anyone that you wanted the

18   players not to do any community

19   activities?

20        A.    No, just the opposite.

21        Q.    Did you ever tell anyone that

22   you wanted the players to limit the

23   community activities?

24        A.    No, I wanted -- I wanted

25   structure to the activities, and I

213

THOMAS

2  Anucha Browne-Sanders to be attractive?

3          MR. GREEN:     Objection to form.

4      A.     To me?

5      Q.     Yes, to you.  Do you find her to

6  be an attractive woman?

7      A.     I'm not attracted to her, no.

8      Q.     Have you ever told anyone that

9  you found Anucha Browne-Sanders to be an

10  attractive woman?

11     A.     No, I don't believe so.

12     Q.     Okay.  As -- has the Knicks

13  during your time as president of

14  basketball operations ever had an open

15  practice?

16     A.     Yes.

17     Q.     Okay.  And do you recall ever

18  having an open practice around October of

19  2005?

20     A.     Yeah, we -- we have one every

21  year or so.

22     Q.     Did you have one in October

23  2005?

24     A.     Yes.

25     Q.     Okay.  And did you at any time

214

THOMAS

1

2    during that open practice ever tell anyone

3    that you believed that Anucha

4    Browne-Sanders was attractive?

5

6              MR. SCHOENFELD:   Could you

7    repeat that question.   I am sorry.

8              (Record read.)

9         A.    No, I -- no, I didn't.

10        Q.    Okay.  Did you ever tell anyone

11   during that open practice that you

12   believed that it was hard to work with

13   Anucha Browne-Sanders because she was easy

14   on the eyes?

15        A.    No.

16        Q.    Did you ever tell anyone during

17   that open practice that you believed it

18   was hard to concentrate because Ms. Anucha

19   Browne-Sanders was attractive?

20        A.    No, I've never said that.

21        Q.    Okay. As president of basketball

22   operations for the New York Knicks, do you

23   have supervisory responsibility over the

24   players?

25        A.    What do you mean by

242

THOMAS

1

2     Q.     And did you have a meeting with

3  Steve Mills and Mrs.  Anucha

4  Browne-Sanders regarding her job

5  responsibilities or your job

6  responsibilities?

7     A.     Yes, we did.

8     Q.     Okay.  Could

9  you -- where -- where did that meeting

10  take place?

11     A.     In Steve's office.

12     Q.     Do you -- do you recall

13  approximately when that occurred?

14     A.     I -- I can't recall like te date

15  and --

16     Q.     Was it in 2004?

17     A.     Yeah, because I got here in

18  December, so it was definitely, yeah,

19  2004.

20     Q.     And was it very -- was the

21  meeting very shortly after you had your

22  conversation with -- with Anucha

23  Browne-Sanders when you were -- when you

24  asked what I am -- what -- then why am

25  I -- then why I am fucking here?

243

THOMAS

A.    No, that ain't what I said.  Why
the fuck am I here.

Q.    Yes.  Did that meeting occur
shortly after that?

A.    Yes, it did.

Q.    Within a few days, a week, a
month?

A.    I would say roughly a few days.

Q.    A few days.  And what was
discussed at that meeting?

A.    Roles and responsibilities, and,
you know, Steve outlined the things that
he wanted from me, and he outlined the
things that he wanted from Anucha, and I
assured him and Anucha in a meeting that
that I would make sure that I put someone
in place so if there was ever a time that
I wasn't available because a lot of my
time was spent out at the practice
facility and traveling and scouting and
getting players and trying to make trades,
and in a weekly management meeting I
assigned Frank to that meeting, and I
assigned -- and I told Frank whatever

244

1          THOMAS

2    obligations or responsibilities that we

3    have that need to be fulfilled from

4    basketball operations, player requests,

5    everything else, let's make sure that we

6    get them done.  And by the way, when a

7    player shows up, let's make sure that he

8    shows up with, you know, the right

9    attitude and -- and do what he needs to

10   do.

11       Q.    Okay.  During that meeting with

12   you, Steve Mills and Anucha

13   Browne-Sanders, did -- did Steve -- did

14   Mr. Mills confirm to you the roles of

15   Ms. Browne-Sanders that she was in charge

16   of all profit and loss, marketing and

17   players transactions?

18       A.    Steve said that she was -- she

19   was in charge of marketing, and then he

20   went on to -- I think he kind of talked

21   about the inherent conflict between

22   basketball and marketing, and that it

23   always kind of exists, and, you know, and

24   he had said, you know -- you know,

25   if -- and he said to me if -- if Anucha

245

THOMAS

2  needs players to show up to -- to execute

3  and be at community relations or whatever

4  it is that they need to be at, you know,

5  your job is to make sure that the players

6  are there, and if there is an event that

7  is scheduled, the players are going to be

8  there, and I said I didn't have a problem

9  with that.

10      Q.    Okay.  During that meeting, did

11  Steve Mills ever step -- step out the

12  room?

13      A.    I don't -- I don't remember if

14  Steve step out or not.  I don't -- I

15  remember the meeting.  I don't remember if

16  he stepped out or not.

17      Q.    During that meeting did you ever

18  curse at Anucha Browne-Sanders?

19      A.    I never cursed at Anucha.  Now,

20  do I swear?  Have I cursed?  Yeah, but

21  have I ever cursed at Anucha?  No, I -- I

22  don't curse at anyone.

23          MS. EISENBERG:    Mr. Thomas, it

24  is getting a little bit late.  I want to

25  make sure you are just responding to the

257

THOMAS

1

2      A.    It could be.

3      Q.    Could it have been more than 20

4   times?

5      A.    Yeah, it -- it do because the

6   amount of time -- the games that you play

7   and when you meet.  I mean yeah, it could

8   have been.  I don't know.  I don't know

9   the exact number to that.

10      Q.    Did you hug Anucha

11   Browne-Sanders often?

12            MR. GREEN:   Objection to form.

13      A.    Her and Karen when -- when we

14   would meet, when we would see each other

15   you -- at the game, you -- you give a hug,

16   kiss hello.  Yeah.

17      Q.    Okay.  Did there ever come a

18   time where you became aware that Mrs.

19   -- Ms. Sanders -- Anucha Browne-Sanders

20   didn't want you to hug her?

21      A.    One time the -- actually it was

22   a -- the last time before you guys were in

23   the news paper telling me what this was

24   all about.  I think it was -- yeah, I -- I

25   went to hug her and, you know, and say

258

THOMAS

1

2  hello, and she kind of pushed back

3  and -- and I remember I -- I said no love

4  today, and she was very kind of cold, and,

5  you know, there were ushers and other

6  people around at gate one, and it was kind

7  a little awkward moment, and I -- I

8  thought to myself, well, that's -- that

9  was strange.  That was kind of weird.  I

10  left it at that.

11      Q.    When you -- the time that you

12  came to hug her, when she pushed away -- I

13  am sorry.

14          MR. SMITH:   Withdrawn.

15      Q.    The times that you would hug

16  Ms. Anucha Browne-Sanders, did you hug her

17  in -- in front -- in front of her, in

18  front, back, side?

19      A.    No, we would always see each

20  other coming towards each other, and you

21  shake, hug, how are you doing.

22      Q.    Okay.

23      A.    Is that  --

24      Q.    On the day that she backed away,

25  was it -- did you come in front of her or

259

THOMAS

1
2    from behind her?
3        A.    I believe I actually  -- I
4    believe it was on the side.  I
5    believe -- I think I walked up, and I put
6    my -- this is her here.  I think I put my
7    left hand on her.  I guess it would be her
8    right shoulder, and I leaned in and I
9    said, hey -- hey, Nuch, how you doing, and
10   I went to give her a kiss on the cheek,
11   and, you know, that is when I got that
12   reaction.
13       Q.    Did at any time you ever tell
14   Mrs.  Anucha Saunders that I know why we
15   have -- why there is friction between us?
16             MR.  GREEN:    Objection to form.
17       A.    No.
18       Q.    Did you ever say to Mrs.  Anucha
19   Sanders that you believed that you and her
20   were similar or alike?
21       A.    I don't believe so.  No.
22       Q.    Okay.  Did you ever say our
23   relationship is like Love And Basketball?
24       A.    No.
25       Q.    Have you ever seen the movie of

260

1               THOMAS

2    Love And Basketball?

3         A.    No, I have not seen the movie.

4         Q.    Did you ever in your

5    meetings --

6               MR. SMITH:  Withdrawn.

7         Q.    In your -- have you ever -- did

8    you ever in your encounters with Anucha

9    Browne-Sanders ever ask her to go off

10   site?

11        A.    No.

12        Q.    Did you ever have a hotel suite

13   at the Mandarin Hotel?

14        A.    Have I ever had one?

15        Q.    Yes.

16        A.    Yes, I have.

17        Q.    Was there ever a period of time

18   when you were president of basketball

19   operations for the New York Knicks that

20   you held a suite at the Mandarin Hotel for

21   more than a week?

22        A.    That I held the suite for

23   more --

24        Q.    That you had a suite at the

25   Mandarin Hotel for more than a week.

263

                    THOMAS

1
2   for the New York Knicks?
3       A.    Yes, she did.  She was a -- I
4   think she was the head of the dance team
5   and probably had some other
6   responsibilities that I didn't -- that I
7   don't know about.
8       Q.    Did you ever request Petra Pope
9   to go visit or check on the refs, NBA
10  refs, referees?
11      A.    Yes, I did.
12      Q.    And why did you ask Petra Pope
13  to go check on the referees?
14      A.    Because when I first got here,
15  the -- again, one of the things that we
16  wanted to clean up was front of the house,
17  and the officiating, you know, I -- I
18  thought the way we were treating the
19  officials, you know, was poor.  They -- we
20  didn't give them food.  We didn't give
21  them a proper changing room, and I didn't
22  think that we treated them well, and I
23  wanted to treat the officials a little
24  better, and their -- their changing room
25  also didn't have the amenities for a

264

THOMAS

female when she came because there are

female officials.  So I wanted to make

sure that our female -- when a female

official came to The Garden that she had a

proper changing place, and that Dan's team

changed the way they -- their locker room

was right next to the officials locker

room, and I wanted -- we start catering

food and putting food in the officials

locker room.  So I asked Petra since

her -- her locker room is right next door

to the officials locker room, could she

check and make sure that if the officials

needed anything while there because it

would -- because our locker room is at the

end.  Sometimes they need to be taped.

Sometimes they have hamstring problems.

So if there was any miscommunication,

since she was right there, if she could

check and see that they were properly

taken care of and felt that we as host we

were doing whatever we could possibly do

for them.

        Q.    Did Mr. Steve Mills ever speak

267

THOMAS

1

2      A.    No, I never heard that.

3      Q.    Did Ms. Pope ever tell you that

4    she didn't want to check in on the

5    referees?

6      A.    No.

7      Q.    Do you know who -- do you know

8    who complained to Steve about Petra Pope

9    checking in on the referees?

10      A.    I don't know who complained.

11      Q.    How long have you known Petra

12    Pope?

13      A.    I have known Petra over fifteen,

14    twenty years.

15      Q.    So you knew her prior to being

16    president much of basketball operations

17    for the New York Knicks.  Am I correct?

18      A.    Yes.

19      Q.    Were you and Petra Pope good

20    friends?

21      A.    I would say we were good

22    friends.

23      Q.    Has Petra Pope ever been to your

24    house?

25      A.    Not -- not here in New York, no.

307

THOMAS

1

2    being part of a previous regime.

3        Q.    Did you tell anybody at MSG that

4    you -- that Ms. Browne-Sanders was upset

5    that you did not give Mr. Nix the

6    assistant general manager position?

7        A.    No.  Actually he was the

8    assistant GM with me I think through the

9    first draft, and I think I made a change

10   in August after evaluating and assessing

11   his talent, and the Knicks -- at that time

12   I thought we were talent depleted in terms

13   of what was out on the floor.  I thought

14   he would be best served in another role,

15   so I assigned him to another role.

16       Q.    And what role did you assign him

17   to?

18       A.    I made him director of scouting,

19   and I gave Frank more responsibility and

20   made him more or less, you know, the

21   senior vice president of basketball

22   operations, and the skill sets that he

23   had, I needed more because he was more

24   skilled in contract negotiation and the

25   collective bargaining area, and Jeff was