Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------------x

ANUCHA BROWNE-SANDERS,

                Plaintiff,

    - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS, III, and JAMES DOLAN,

                Defendants.

------------------------------------------x

                December 13, 2006
                10:10 a.m.

        VIDEOTAPE DEPOSITION of PETER OLSEN, taken by the Plaintiff, pursuant to Notice, held at the offices of Vladeck Waldman Elias & Engelhard, P.C, 1501 Broadway, New York, New York, before Debbie Zaromatidis, a Shorthand Reporter and Notary Public of the State of New York.

                                                          113
1                      OLSEN
2       A.    Well, she -- she prefaced that
3  by saying very clearly that you have to
4  promise you won't say anything about this
5  to anybody, which I -- I said I don't know
6  if I even said anything because I think
7  she leaned forward and, you know, said
8  with great emphasis I mean it. You can't
9  say anything about this to anybody else,
10 and we were at a booth. So I guess I do
11 remember the -- the leaning forward part
12 and the -- the emphasis on her -- desire
13 to emphasize confidentiality is clear to
14 this day in my mind.
15      Q.    Okay. And then what else did
16 she say?
17      A.    Well, then she launched into a,
18 for lack of a better word, a diatribe I
19 guess about the -- about Mr. Thomas, about
20 the Knicks. You are asking my specific
21 recollections of that?
22      Q.    I am --
23      A.    Words said or --
24      Q.    To the best of your
25 recollection -- recollection what did she

```
                            OLSEN                           116
 1
 2   you're going to sit on the bench, and
 3   that's in my words right there, but -- she
 4   mentioned -- she said it would be a
 5   media -- media field day if the papers
 6   ever got a hold of it.
 7       Q.    If the papers ever got a hold of
 8   what?
 9       A.    Well, she -- well, she -- again
10   not necessarily in this order, but she
11   said -- she mentioned Petra Pope. She
12   said Petra Pope I think was -- was Magic
13   Johnson's girlfriend, and Isiah knew Petra
14   Pope from that relationship, and that
15   Isiah had asked Petra Pope to go into the
16   referees' locker room before a game and
17   alluded to like make them feel comfortable
18   or see if there is anything they need or
19   something like that. She said that Isiah
20   had been seen leaving a hotel with
21   this -- ███████████████████. What else?
22   I am forgetting things here for sure.  I
23   guess that's -- I don't remember
24   anything -- but it was -- that -- that was
25   it.
```

OLSEN

Q. Did she tell you that she thought Mr. Thomas was harassing her?

A. No.

Q. Did she tell you that she thought Mr. Thomas needed sexual harassment training -- training?

A. Well, she -- it is in the notes I think because I think I asked her something about sexual harassment training, and she -- and she -- I don't think she -- I know I wrote something about her emphasis on it, but I don't -- that would be read out of context to say that she -- she didn't emphasize it. She did pick up on it or mention it -- something about sexual harassment training, but it wasn't about her. It was more broadly stated because she had mentioned about Petra Pope and about, you know, ▇▇▇▇▇ and somewhere in there was ceded ▇▇▇▇▇ but nothing specific about ▇▇. It --

Q. Did you mention sexual harassment training or did

```
 1                    OLSEN
 2   Ms. Browne-Sanders?
 3        A.    I think I asked because it, you
 4   know, if -- if she was alluding to -- I
 5   can't say this for sure, but I -- I think
 6   I -- because -- a natural question would
 7   be, well, if what you're saying is true, I
 8   -- I think I know that the -- you know,
 9   all employees receive sexual harassment
10   training.  Don't they get it? Haven't they
11   had it, something to that effect, and I
12   think she somehow reiterated that maybe in
13   terms of the -- they need it.  It would be
14   helpful.  She didn't answer it because I
15   think I asked it more like a question.
16   Don't they get, for example, sexual
17   harassment training.
18        Q.    So from what Ms. Browne-Sanders
19   was telling you, it seemed to you that --
20            MS. CACACE:  Strike that.
21        Q.    Did Ms. Browne-Sanders tell you
22   that she had told Mr. Mills about Mr.
23   Thomas telling her he loved her and wanted
24   to go off site with her?
25            MR. GREEN:   Objection to form.
```