Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ANUCHA BROWNE SANDERS,

            Plaintiff,

        -against-         06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III and JAMES L. DOLAN,

            Defendants.
---------------------------------------X


     VIDEOTAPED DEPOSITION OF FAYE BROWN

        New York, New York

      Wednesday, February 14, 2007



REPORTED BY:

BARBARA R. ZELTMAN

JOB NO. 11799

Dockets.Justia.com

58

1                          FAYE BROWN

2      he would try to make it up to the

3      meetings.

4            Q      What type of relationship did

5      Anucha have with Scott Layden?

6                  MR. MINTZER:   Objection to

7          form.

8                  MR. HERNSTADT:   Objection to

9          form.

10           A      Good relationship.

11           Q      Were they friends?

12           A      Yes.

13           Q      Do you know whether or not they

14     had lunch together?

15                 MR. MINTZER:   Ever?

16                 MR. CESARATTO:   I thought we

17         were talking about the time while

18         Scott Layden was there.

19           Q      So let's talk about the time

20     before Scott Layden left the Garden, did

21     they have lunch together?

22           A      Yes.

23           Q      How frequently?

24           A      Like once or twice a month.

25     Three times a month.   Depending.

59

FAYE BROWN

1

2    Q    Do you know whether or not

3    Scott Layden had ever been out to

4    Ms. Sanders' house in New Jersey?

5    A    No, I don't know that.

6    Q    Do you know whether or not,

7    while Scott Layden was at Madison Square

8    Garden, that Scott Layden's family and

9    Anucha's family got together?

10   A    I don't remember.  I don't

11   remember right now.

12   Q    And during the time that Scott

13   Layden was at the Garden, other than the

14   times that -- other than the times where

15   he attended the meetings or they went to

16   lunch together, how frequently would they

17   speak with one another?

18        MR. HERNSTADT:  Objection to

19   form.

20        MR. MINTZER:  Objection to

21   form.

22   A    Like interacting in the office

23   or business, like, meetings or --

24   Q    Any interaction, on the phone,

25   conversations in the hallway.

94

                              FAYE BROWN

1
2      appropriate?

3          A      The way he looked at her.

4          Q      And when was the Christmas

5      party?

6          A      December.

7          Q      What year?

8          A      2004.

9          Q      Where was the Christmas party

10     held?

11         A      Practice facility.

12         Q      Up in Tarrytown?

13         A      Yes.

14         Q      Who was present at the

15     Christmas party?

16         A      The majority of the staff of

17     Knicks, Rangers and Liberty and their

18     families.

19         Q      And was the Christmas party

20     inside the practice facility?

21         A      Yes.

22         Q      Where inside the practice

23     facility was the Christmas party?

24         A      On the court.  We split it.

25         Q      Was there a curtain drawn down

99

FAYE BROWN

1

2    A    Overall?

3    Q    Yeah, during the time you were

4    watching.

5    A    Probably 15 children.

6    Q    By children, what were their

7    ages?

8    A    Depended.  From toddler to

9    teenager.  Toddler age.

10    Q    During any of that time, did

11    Isiah Thomas play basketball?

12        MR. MINTZER:  Objection to

13    form.

14    Q    During any of the time that you

15    were watching the basketball, did Isiah

16    Thomas play basketball?

17    A    Yes.

18    Q    And what type of basketball did

19    he play?

20        MR. MINTZER:  Objection to

21    form.

22        MR. HERNSTADT:  Objection to

23    form.

24    A    Horse.  They played Horse.

25    Q    How many games of Horse did you

100

FAYE BROWN

watch them play?

     A     Let me think.  One.  One game
of Horse.  One or two.  I am not sure.  I
think probably one or two.

     Q     But you are not sure whether
it's one or two?

     A     One or two games, yeah.

     Q     Were his kids playing
basketball while you were watching?

     A     No.  That I know, no.

     Q     Did he play any -- did anybody
play any three-on-three basketball while
you were watching?

     A     Yes.

     Q     Were they in business clothes
or in gym clothes when they were playing
the three-on-three?

     A     Well, some were and some
were -- just played in their -- it was
informal, so their attire.

     Q     Did Mr. Thomas play in any of
the three-on-three or any of the pickup
games?

     A     I can't recall.  I can't recall

105

1                           FAYE BROWN

2       you were standing?

3               MR. HERNSTADT:  Objection.

4           A     I don't remember a lot of

5       people.  I know they were speckled

6       around, but not really near me.

7           Q     Do you know how the Horse game

8       got started?

9           A     I believe one of the executives

10      said, "Hey, let's start a Horse game.

11      Let's start Horse." And they started

12      picking out people.

13          Q     Picking out people from where?

14          A     Like Anucha, "Come, Anucha,

15      let's," you know.  Like Anucha's on the

16      team.  "Isiah, come on Isiah."  Isiah's

17      on team.  Like that.

18          Q     And who was the executive?

19          A     I don't remember.  I really

20      don't remember who.

21          Q     Was it a male executive or a

22      female executive?

23          A     A male executive.  I just don't

24      remember the face.  It's not like --

25          Q     Had you ever seen that

108

FAYE BROWN

1

2    Q    Anybody else?

3    A    I don't remember anybody else.

4    Q    Who else did this executive ask

5    to be in this horse game other than

6    Mr. Thomas and Ms. Browne Sanders?

7    A    I don't want to speculate

8    again.  Like, Jordan Schlachter.

9    Q    Anybody else?

10    A    That's it so far.  I can't

11    recall anybody else.

12    Q    Was anybody else in the game,

13    even though you don't remember who they

14    were?

15    A    Yes.

16    Q    How many other people were in

17    the game?

18    A    Like, one more person.

19    Q    Were any kids in the game?

20    A    No, no.

21    Q    So there were four adults in

22    the game?

23    A    I believe so.

24    Q    Three males and Ms. Browne

25    Sanders?

109

FAYE BROWN

1
2          MR. MINTZER:  Objection to
3      form.
4          MR. HERNSTADT:  Objection to
5      form.
6      Q      Is there anything about male
7  and female you don't understand?
8          MR. MINTZER:  She didn't say
9      that the third one was a male or
10     female.  You are assuming that.
11     Q      Was the last person in the game
12  male or female?
13     A      See, I don't remember.
14     Q      You don't remember if it was
15  male or female?
16     A      I don't.
17     Q      So you have Ms. Browne Sanders,
18  who is female, and you have Mr.
19  Thomas and possibly Jordan Schlachter who
20  I assume are both males?
21     A      I think so, yeah.
22     Q      And you have a fourth person,
23  and you don't recall whether that person
24  was male or female?
25     A      No.

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022  (212)705-8585

111

                    FAYE BROWN

1

2    do you recall what the fourth person was

3    wearing?

4         A    No, I don't.

5         Q    Did you watch the entire game

6    of -- you know what Horse is, right, play

7    basketball?

8         A    Yes.

9         Q    Did you watch the entire game

10   of Horse from the start to the end?

11        A    Yes.

12        Q    And what do you recall happened

13   in terms of the game?

14             MR. MINTZER:  Objection to

15        form.

16        A    It was fun.

17        Q    Who shot first?

18        A    I think Jordan did.

19        Q    And who followed Jordan?

20        A    Anucha.

21        Q    And who followed Anucha?

22        A    No, I think it was Jordan, the

23   person whoever, Anucha and Isiah.  That's

24   how it was.

25        Q    And you said at what point --

113

FAYE BROWN

1

2      A      Overall, he won the game.

3      Q      And you don't recall who the

4   last person was who he won the game over;

5   is that right?

6             MR. MINTZER:  Objection to

7      form.

8      A      I don't want to speculate.

9             MR. CESARATTO:  Why don't we

10  change the tape.

11            THE VIDEOGRAPHER:  Time is

12  12:46.  Going off the record.  This

13  marks the end of Tape 1.

14                 (A brief recess was

15     taken.)

16            THE VIDEOGRAPHER:  Time is

17  12:48.  Back on the record.

18            This marks the beginning of

19  Tape 2.

20     Q      What did you observe Mr. Thomas

21  do that you believe was inappropriate?

22     A      The way he looked at Anucha.

23     Q      And how did he look at Anucha

24  that you believed was inappropriate?

25     A      Well, he was, like, looking at

114

FAYE BROWN

2  her from the back.

3      Q     And when he was looking at her
4  from the back, where was she?

5      A     She was shooting.

6      Q     She was shooting from where on
7  the court?

8      A     Baseline.  Side shot.

9      Q     She was shooting from the
10  baseline on one of the sides of the
11  basket?

12      A     Yes.

13      Q     And was that on the side where
14  you were standing, or were you standing
15  on the opposite side?

16      A     I was standing, like, right by
17  the basket.

18      Q     So you were standing underneath
19  the backboard?

20      A     What did you say?

21      Q     Were you standing underneath
22  the backboard when Mr. Thomas, you say,
23  was looking at her from behind while she
24  was shooting?

25      A     Yes.  Uh-huh.

115

FAYE BROWN

1

2      Q      You were underneath the

3    backboard?

4      A      Right.

5      Q      Ms. Browne Sanders was shooting

6    along the baseline on one of the sides of

7    the court?

8      A      Right.

9      Q      And then Mr. Thomas was

10   standing behind her?

11     A      Right.

12     Q      Was he next in line to shoot?

13     A      If she made it.

14     Q      If she made it.

15            And how far behind Ms. Browne

16   Sanders was Mr. Thomas standing while she

17   was shooting?

18     A      She was shooting probably,

19   like, where Ed is right now to the table.

20     Q      So about six, seven feet?

21            MR. HERNSTADT:  It's more

22     like four or five feet.

23            MR. CESARATTO:  I don't

24     think so, actually.  I think this

25     table is four feet wide.

116

FAYE BROWN

1

2      Q      Was it greater than the width

3   of this table?

4      A      Approximately, like, around

5   there.

6      Q      And how far out along the

7   baseline was Ms. Browne Sanders shooting

8   the shot?

9      A      Well, it was a side shot.

10      Q      Was she outside -- was she out

11   near the three point line, or was she in

12   closer than that?

13      A      She was a little in closer than

14   that.

15      Q      Was anyone else standing behind

16   her other than Mr. Thomas?

17      A      No.  That I can recall, no.

18      Q      Where were the other players?

19      A      They were, like, watching,

20   like, on the -- well, yeah, they were

21   just watching --

22            You want to know exactly where?

23      Q      Where on the court were they?

24      A      I think another person was

25   getting the rebound.  So someone was,

117

1                    FAYE BROWN

2    like, near the other side of the baseline

3    area.

4        Q     And what specifically did you

5    observe Mr. Thomas do that you felt was

6    inappropriate?

7        A     Well, he looked at her up and

8    down like -- and he was flirting.

9        Q     Well, he was behind her?

10       A     Right.

11       Q     So she couldn't see him while

12   she was shooting?

13       A     Right.

14       Q     So she's shooting the basket,

15   he's behind her?

16       A     Right.

17       Q     So how was he flirting with her

18   if she can't see him?

19       A     Well, I saw him.

20       Q     You saw him.

21             But how is it he was flirting

22   with her if she could not see him?

23             Was there something else that

24   he did that caused you to believe he was

25   flirting with her?

DAVID FELDMAN WORLDWIDE, INC.
805 Third Avenue, New York, New York 10022 (212)705-8585

118

                    FAYE BROWN

1

2              MR. MINTZER:   Objection to

3       form.

4              MR. HERNSTADT:   Objection to

5       form and compound.

6       A      So you want to know the

7   question --

8       Q      Did he say anything to her

9   while he was looking her up and down?

10      A      No.

11      Q      So other than him looking her

12  up and down, that's your basis to say

13  that he was flirting; is that correct?

14      A      No.  He was looking at her like

15  flirting.  I mean it was like he was

16  eyeing her up and down and he was like --

17      Q      As he's watching her shoot?

18      A      Yes.

19      Q      And did she make the shot?

20      A      Yes, she did.

21      Q      Other than her looking her up

22  and down, did he take any -- did you

23  observe him do anything else that caused

24  you to believe he was flirting with her?

25             MR. HERNSTADT:  And other

119

FAYE BROWN

1

2      than the facial expression that

3      indicated.

4          Q      What facial expression?

5          A      Like, he bit his lip a little

6      bit.  He bit his lip and he looked her up

7      and down.  And that's like -- I can tell

8      if someone is, like, checking someone

9      out.  That's what that was to me.

10          Q      And did she make the shot?

11          A      Yes.

12              MR. MINTZER:  Asked and

13      answered.

14              MR. HERNSTADT:  Asked and

15      answered.

16          Q      And did he shoot next?

17          A      Yes.

18          Q      Did he move up to the spot

19      where she shot?

20          A      Yes.

21          Q      And did he make the shot?

22          A      Yes.

23          Q      And did anybody say anything

24      when she made the shot?

25          A      Well, yeah, it was competitive.

120

```
 1                    FAYE BROWN
 2    So everyone was like "yeah, all right,
 3    oh, oh."  Comments like that.
 4         Q    Did he say that?
 5         A    Did he say?
 6         Q    Did he say, "Oh, oh, I'm in
 7    trouble, I need to make this shot" or
 8    anything like that?
 9              MR. HERNSTADT:  Objection.
10              MR. MINTZER:  Objection.
11              MR. HERNSTADT:  I think you
12         have to first establish if he said
13         anything.
14         A    It was, like, a smile.
15         Q    So he smiled when she made the
16    shot?
17         A    Yes.
18         Q    Did he say anything?
19         A    I mean, you saw his lips
20    moving, but, like, I don't know.
21         Q    So you saw his lips moving, but
22    you didn't hear him saying anything?
23         A    Right.  I didn't hear him say
24    anything.
25         Q    Had you ever watched -- well,
```

244

FAYE BROWN

1

2       A       In terms of satisfied?  Yes.

3   But then we weren't -- like, in terms of

4   our friendship was kind of --

5       Q       No, I'm saying --

6               MR. HERNSTADT:  Could she

7       finish?

8               MR. CESARATTO:  Of course.

9       A       In terms of our friendship, we

10  were now kind of, like, hey, you know, or

11  I don't know.

12              But yeah, human resources

13  was -- they did -- they followed

14  protocol, you know.  And they did what

15  they were supposed to do.

16              MR. CESARATTO:  I think I

17      have just one more area to go into.

18      Q       Did there come a point in time

19  where you became involved in a fan

20  services representatives at Knicks games?

21      A       Yes.

22      Q       And what was your involvement

23  in that?

24      A       Well, there were game night

25  staff, but their focus was the fan.  So,

245

FAYE BROWN

1

2   and I kind of oversaw that with Gary

3   Winkler and Anucha.

4       Q    How did it come to be that you

5   oversaw the fan services representatives?

6           MR. HERNSTADT:  Objection to

7       form.

8       A    Well, that was, like, an idea

9   in terms of having, like, an active, a

10  proactive approach in terms of customer

11  service and helping the fan.

12          I can't say it was my idea

13  because it wasn't.  Like, there were

14  predecessors or there were people that

15  already thought about it in terms of

16  having a more proactive approach.

17          Because I understand Madison

18  Square Garden already has a customer

19  service program instituted in the

20  organization.  There's already a customer

21  service program, but their approach is

22  not as proactive as we wanted it to be,

23  so, yeah.

24      Q    So whose idea was it?  Whose

25  idea of the fan services representatives

246

FAYE BROWN

1
2   being at the Knicks games was it?
3       A    I could say it's a combination
4   of different people's ideas.  So I can't
5   just say Anucha or mine.  Because
6   different people had ideas, like, let's
7   have a customer service kind of on-site
8   situation for the fan, to kind of
9   heighten the game awareness and game
10  presentation, the whole package.
11          So I can't say, like, it was
12  just one idea or -- but it was, like, an
13  overall -- a combination of different
14  ideas that kinds of came together.  And
15  Anucha was the deciding factor.
16      Q    Did Anucha convey on you your
17  being the person who oversaw the program?
18      A    Uh-huh, yes, with Gary Winkler.
19      Q    With Gary Winkler.
20          Can you just tell me what did
21  the fan services representatives do on
22  game night?
23      A    Well, there were game night
24  staff.  Like, we have game night staff
25  for marketing, game night staff for game

247

FAYE BROWN

presentation.

So they were just considered game night staffers, but their focus was on fans. It was, like, people would come into the box office and just adding to the whole Knicks experience. Hi, so glad to see you, welcome to the Garden. That kind of excitement.

Q    Would they help people get to their seats if they needed to?

A    No.  We would direct them to a union rep.  Ticket taker or someone who was an usher.

Q    Did the fan service representatives wear any kind of uniform?

A    Yes.

Q    What was their uniform?

A    Burnt orange tops, khaki pants and shoes.

Q    Was there ever any issue regarding fan services representatives not being trained?

MR. MINTZER:  Objection to form.

248

                              FAYE BROWN

1

2    A       Not being trained?

3            No.   Probably a security issue.

4    Q       What was the security issue?

5    A       That was the first time we

6    actually went downstairs, and I guess

7    their security officer questioned one of

8    the game night staffers.  Like, in terms

9    of his position.  And the game night

10   staff just said, "Okay, you can talk to

11   Faye Brown, she'll probably explain to

12   you a little bit more what's going on."

13   Q       And did you speak to that

14   security person?

15   A       And he came over and I called

16   to Anucha.

17   Q       Was it your understanding that

18   security didn't know that the fan

19   services representatives were going to be

20   there that night?

21           MR. MINTZER:  Objection to

22       form.

23   A       Either that, or it didn't

24   trickle down to the people who were

25   actually on-site.

249

                    FAYE BROWN

1

2      Q      Was there ever any issue

3   regarding the ushers in connection with

4   the fan services representatives?

5           MR. MINTZER:  Objection to

6       form.

7      A      What do you mean "issues"?

8      Q      Well, did it cause a problem

9   with the union, to your knowledge?

10     A      No, because we made it clear

11  that we couldn't seat anyone, and the

12  reps knew we couldn't seat anyone or take

13  anyone to their seats.

14          MR. CESARATTO:  I don't have

15      any more questions.

16          MS. HOROWITZ:  I have a few.

17          EXAMINATION BY MS. HOROWITZ:

18     Q      Hey.  I didn't get to introduce

19  myself before because of circumstances.

20          I'm Lisa Horowitz.  And I

21  represent Isiah Thomas in this matter.

22  You are doing fine so far.

23          Same rules apply for my

24  questions as Mr. Cesaratto.  Answer the

25  best you can.  If you don't understand