Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------x
ANUCHA BROWNE-SANDERS,

      Plaintiff,


    - against -


MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III, and JAMES DOLAN,

      Defendants.
------------------------------------x
         January 8, 2007
         11:01 a.m.


    Videotaped Deposition of STEPHON MARBURY, taken by Plaintiff, pursuant to Notice, held at the offices of Vladeck Waldman Elias & Engelhard, P.C., 1501 Broadway, New York, New York, before Todd DeSimone, a Registered Professional Reporter and Notary Public of the State of New York.

```
                                                          1
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   06 Civ. 0589 (CGE)
 5   ---------------------------------x
     ANUCHA BROWNE-SANDERS,
 6
            Plaintiff,
 7
 8
          - against -
 9
10
     MADISON SQUARE GARDEN, L.P., ISIAH LORD
11   THOMAS, III, and JAMES DOLAN,
12          Defendants.
     ---------------------------------x
13              January 8, 2007
                11:01 a.m.
14
15
16      Videotaped Deposition of STEPHON
17   MARBURY, taken by Plaintiff, pursuant to
18   Notice, held at the offices of Vladeck
19   Waldman Elias & Engelhard, P.C., 1501
20   Broadway, New York, New York, before Todd
21   DeSimone, a Registered Professional
22   Reporter and Notary Public of the State of
23   New York.
24
25
```

```
                                                      10
 1                    MARBURY
 2       A.      When you say "involvement" --
 3       Q.      Did you ever have any
 4  conversations, discussions with her?
 5       A.      Brief.
 6       Q.      How would you describe your
 7  relationship with Anucha Browne-Sanders
 8  while she was employed at The Garden?
 9              MR. GREEN: Objection to form,
10  but you may answer.
11       A.      I had no relationship with her.
12       Q.      Did you ever refer to Anucha
13  Browne-Sanders as a bitch?
14       A.      Yes.
15       Q.      Did you ever refer to Anucha
16  Browne-Sanders as a black bitch?
17       A.      No.
18       Q.      Could you tell me why you
19  referred to Anucha Browne-Sanders as a
20  bitch?
21       A.      Because that's how I felt.
22       Q.      Why did you feel that Anucha
23  Browne-Sanders was a bitch?
24       A.      Because that's how I felt.
25       Q.      But why?
```

```
                                                            11
 1                    MARBURY
 2      A.      That's just how I was feeling
 3   because -- how I felt about her.
 4      Q.      Was there any reason for you to
 5   feel that way?
 6      A.      Yes.
 7      Q.      What was your reason to feel
 8   that Anucha Browne-Sanders was a bitch?
 9      A.      I just didn't like her
10   disposition.
11      Q.      What about her disposition
12   didn't you like?
13      A.      When I came into Madison Square
14   Garden, the first time that I got traded
15   here, I had asked for some passes, and she
16   told me that "This isn't Phoenix or New
17   Jersey, and we don't run things like that
18   here."
19      Q.      Was there any other reason that
20   you felt that Ms. Anucha Browne-Sanders
21   was a bitch?
22      A.      No.
23      Q.      So outside of the fact that she
24   told you when you asked for some passes
25   that this wasn't like New Jersey or
```

12

1          MARBURY

2  Phoenix, that was the reason why you felt

3  Anucha Browne-Sanders was a bitch?

4          MR. GREEN: Objection to form.

5  You may answer.

6     A.     Yes. Her disposition, the way,

7  how she came to me was the reason why I

8  felt that way.

9     Q.     What was her disposition, how

10 she came to you?

11    A.     It was nasty.

12    Q.     How was it nasty?

13    A.     Exactly as I said it.

14    Q.     Did she raise her voice?

15    A.     No.

16    Q.     Did she curse at you?

17    A.     No.

18    Q.     She said exactly what she just

19 said to you as far as "this is not Phoenix

20 or New Jersey"?

21    A.     She said "This is not Phoenix

22 or New Jersey and we don't run things like

23 that in New York. I don't know how things

24 were being ran there, but this is how it

25 is being ran here."

```
                                                         13
 1                    MARBURY
 2       Q.    And outside of what you just
 3   testified to, was there any other reason
 4   why you felt Anucha Browne-Sanders was a
 5   bitch?
 6       A.    That was it.
 7       Q.    Now, who did you -- did you
 8   ever call her a bitch to her face?
 9       A.    No.
10       Q.    Who did you refer to her as a
11   bitch to?
12       A.    To Dan Gladstone.
13       Q.    How often did you refer to
14   Anucha Browne-Sanders as a bitch?
15       A.    That was it.
16       Q.    One time?
17       A.    From what I recall, from me
18   speaking to Dan, that was the only time
19   she really came up.
20       Q.    Do you recall when you spoke to
21   Dan and referred to Anucha Browne-Sanders
22   as a bitch?
23       A.    I think it was 2005, the summer
24   of 2005.
25       Q.    When did you become a New York
```

```
                                                            28
1                    MARBURY
2    parking garage?
3         A.      I don't remember about that.  I
4    know I was looking at that.  I don't
5    remember that.
6         Q.      Now, when you called
7    Mr. Gladstone, were you upset at the time?
8         A.      I probably was more wondering,
9    you know, why was his hours being switched
10   around, and I thought that that wasn't
11   right if he was working overtime hours and
12   he was doing what he was supposed to be
13   doing, you know, why wasn't he being
14   compensated for that.
15        Q.      Now, in this e-mail,
16   Mr. Gladstone says that you referred to
17   Ms. Anucha Browne-Sanders using several
18   phrases.  I want to go over those phrases
19   with you.  Okay?
20        A.      Fine.
21        Q.      "He says no one likes that
22   black bitch."  Do you recall saying that
23   to Mr. Gladstone?
24        A.      I didn't call her a black
25   bitch.  I called her a bitch.  And I
```

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                                    516-608-2400

29

1          MARBURY

2  didn't say "no one," referring to -- I was
3  talking about myself. I said I don't like
4  that -- I don't like her basically.
5      Q.      "I don't like her"? What was
6  the phrase that came out using the term
7  "bitch" to refer to her?
8      A.      I just called her a bitch. I
9  was like "She's a bitch." Like I don't
10 know how I phrased it, but I know I didn't
11 call her a black bitch. That's not how I
12 would call her a bitch. Like "that black
13 bitch," that's not even in my lingo.
14     Q.      But you do recall just calling
15 her a bitch?
16     A.      Yeah.
17     Q.      So the next phrase, where it
18 says "Fuck that black bitch. She thinks
19 she runs the Knicks. She doesn't run
20 shit. I sell the tickets around here, not
21 her. I put people in the seats. This is
22 my team."
23          Do you recall having any --
24 saying that to Mr. Gladstone?
25     A.      I said that -- what I said to

```
                                                          30
 1                    MARBURY
 2   him was she acts like she runs the Knicks.
 3   She don't run the Knicks.  From the way
 4   how she walks around here telling people
 5   what to do and demanding people to do
 6   certain things as opposed to asking people
 7   to do things.  She didn't do that.  Like
 8   that's not her job.
 9        Q.      Did you say anything about that
10   you put people in the seats?
11        A.      Yes, I did say that.
12        Q.      You did say that?
13        A.      Yes.
14        Q.      And that you sell the tickets
15   around here?
16        A.      When I got here, when I first
17   came to New York, it was a sold-out crowd.
18   My name was on the marquee and they have
19   my name plastered all over New York
20   basically.  So yeah, I did sell seats.
21        Q.      But did you tell Mr. Gladstone
22   that --
23        A.      Yeah, I did.
24        Q.      And did you say "this is my
25   team"?
```

Case 1:06-cv-00589-GEL-DCF    Document 91-8    Filed 06/29/2007    Page 10 of 11

```
                                                          31
 1                      MARBURY
 2       A.      I probably did say that.
 3       Q.      The next statement he says you
 4  said, "We don't like her.  She thinks she
 5  tells us what to do.  She doesn't tell us
 6  shit."
 7              Did you say that to
 8  Mr. Gladstone?
 9       A.      No, I didn't say we don't like
10  her.  I said I don't like her.
11       Q.      And did you say "she tells us
12  what to do"?
13       A.      She thinks she can tell people
14  what to do.
15       Q.      "She don't tell us shit," did
16  you say that?
17       A.      Yeah.
18       Q.      The last sentence, it says
19  "Fuck that black bitch.  She ain't shit.
20  We'll see what happens this year."
21              Did you say that?
22       A.      I didn't call her a black
23  bitch, and I did say "fuck her."
24       Q.      You said "fuck her"?
25       A.      Uh-huh.
```

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                                    516-608-2400

```
                                                          32
1                    MARBURY
2       Q.      Did you say "fuck that bitch"?
3       A.      No.
4       Q.      You just said "fuck her"?
5       A.      Uh-huh.  I said "fuck her."
6       Q.      Did you say "she ain't shit"
7  and "we'll see what happens this year"?
8       A.      No.
9       Q.      Why did you say "fuck her"?
10      A.      Because that's how I felt.
11      Q.      Why did you feel that way?
12      A.      I don't know why I felt that
13 way at that time.  But that's how I felt.
14      Q.      For the period of time when you
15 first started with the New York Knicks up
16 until June of 2005, how many conversations
17 did you have with Anucha Browne-Sanders?
18      A.      After she said that -- after
19 she came up to me -- or two.  She spoke
20 with me the first time when she told me
21 about the passes and then the second time
22 when she asked me was I okay.  After that
23 I never spoke to her again.
24      Q.      You never spoke to her again?
25      A.      No, there wasn't no need.
```