UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------x
ANUCHA BROWNE-SANDERS,

      Plaintiff,


   - against -


MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III, and JAMES DOLAN,

      Defendants.
------------------------------------x
           January 19, 2007
           10:01 a.m.


    Videotaped Deposition of KARIN

BUCHHOLZ, taken by Plaintiff, pursuant to

Notice, held at the offices of Vladeck

Waldman Elias & Engelhard, P.C., 1501

Broadway, New York, New York, before Todd

DeSimone, a Registered Professional

Reporter and Notary Public of the State of

New York.

Dockets.Justia.com

1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  06 Civ. 0589 (CGE)

5  ------------------------------------x

ANUCHA BROWNE-SANDERS,

6

           Plaintiff,

7

8

     - against -

9

10

MADISON SQUARE GARDEN, L.P., ISIAH LORD

11  THOMAS, III, and JAMES DOLAN,

12           Defendants.

------------------------------------x

13                January 19, 2007

                 10:01 a.m.

14

15

16      Videotaped Deposition of KARIN

17  BUCHHOLZ, taken by Plaintiff, pursuant to

18  Notice, held at the offices of Vladeck

19  Waldman Elias & Engelhard, P.C., 1501

20  Broadway, New York, New York, before Todd

21  DeSimone, a Registered Professional

22  Reporter and Notary Public of the State of

23  New York.

24

25

59

**BUCHHOLZ**

1

2  no.  I asked her again, "Are you sure?

3  Did he force you to do it?"  And she said

4  no, but that she was ashamed.  She

5  regretted it.  She is so sorry that she

6  lied to me, that she just didn't know what

7  to do.  I think that was it.

8      Q.        Did she tell you whether or

9  not -- strike that.

10            Did she tell you whether after

11  that incident Stephon Marbury had

12  communicated with her?

13      A.        I think she said that he tried

14  to text her, you know, "I want some more

15  of that," but that she didn't respond to

16  him.

17      Q.        Did you have any other

18  conversations with ████████████████

19  concerning either Stephon Marbury or

20  Hassan Gonsalves?

21      A.        After Hassan was let go, I

22  asked her how she was doing, if he has

23  tried to communicate with her, and she

24  said she was fine and no.  We talked when

25  she was interviewed by Human Resources or

65

BUCHHOLZ

1

2    wasn't from, you know, just Anucha wanting

3    him to be fired.  I wasn't supposed to

4    talk about what the reason was.  So I was

5    conscious of that but I wanted to tell her

6    that.

7        Q.        Did she seem surprised to hear

8    that there had been an investigation?

9        A.        She said that -- well, her take

10   was there was an investigation but she

11   thought the girls were lying and that this

12   was just untrue, that her cousin couldn't

13   have done those horrible things.

14       Q.        Did you tell her that Stephon

15   had slept with ███████ ?

16       A.        No.

17       Q.        Who, if anyone, did you tell

18   about Marcia Marbury's statement to you

19   that it was a shame that Hassan had to be

20   fired because Ms. Browne-Sanders and

21   Stephon didn't get along?

22       A. .      I don't remember.

23       Q.        When was the first time that

24   you told anyone at the Garden that you had

25   consulted with Judith Vladeck and Kevin

66

BUCHHOLZ

1

2    Mintzer?

3    A.       When did I tell anyone at the

4    Garden?

5    Q.       Correct.

6           MR. GREEN:  Objection to form.

7    You may answer.

8    A.       I believe it was the day after

9    it hit the papers, or the day that it was

10    going -- that it hit the papers.

11    Q.       So was it your understanding

12    that it was after Ms. Browne-Sanders filed

13    her lawsuit?

14    A.       Yes, it was after.

15    Q.       And who did you mention it to?

16           MR. GREEN:  Objection to form.

17    But to the extent you mentioned that to

18    the attorneys representing you at the time

19    you may not respond to this question.

20    Otherwise you may answer the question.

21           THE WITNESS:  Say that again,

22    I'm sorry.

23           MR. GREEN:  To the extent in

24    answering this question you reveal a

25    conversation you had with any of the

69

1                    BUCHHOLZ

2              MR. GREEN:  Asked and answered.

3    You may answer again.  You can add to your

4    prior response.

5        A.        Because it was a case that

6    Anucha filed against the Garden and I had

7    been with her when she wanted to seek

8    counsel.

9              MR. SCHOENFELD:  Can I have a

10   quick conference?

11             THE WITNESS:  Can I go to the

12   bathroom, too, again?

13             MS. VLADECK:  Sure.

14             THE VIDEOGRAPHER:  We are off

15   the record.  The time is 11:39.

16             (Recess taken.)

17             THE VIDEOGRAPHER:  We are back

18   on the record.  The time is 11:57.

19   BY MS. VLADECK:

20       Q.        Who is Jennifer Hatch?

21       A.        She is one of my best friends.

22       Q.        And did you call Ms. Hatch to

23   try and get the name of an employment

24   lawyer?

25       A.        Yes.

70

1                    BUCHHOLZ

2      Q.        When did you do that?

3      A.        After Anucha asked me to give

4   her a name of a lawyer.

5      Q.        And when was that?

6      A.        That was I think the end of

7   November.

8      Q.        Was it after you had a meeting

9   with John Moran?

10      A.        I don't know.

11      Q.        Was it at the time that you

12   were concerned that if Stephon thought you

13   had been responsible for firing Hassan

14   that there may be issues for you?

15              MR. GREEN:  Objection to form.

16   You may answer.

17      A.        Was it around that time you are

18   asking?

19      Q.        Correct.

20      A.        It was around that time, yes.

21      Q.        Now, what did you say to

22   Ms. Hatch when you were asking for a

23   lawyer?

24      A.        I told her that my boss asked

25   me if I knew of any lawyers and that she

71

BUCHHOLZ

wanted to seek counsel for some issues

that she was having at the Garden.  It was

very short.  She sent me -- or she told

me -- gave me the name and a phone number

and I e-mailed it to Anucha.

    Q.       You then met with Anucha,

Judith Vladeck and Kevin Mintzer on or

about December 2nd; is that correct?

    A.       That is correct.

    Q.       After that meeting, you called

Vladeck Waldman without Ms. Browne-Sanders

on the phone; is that correct?

    A.       Correct.

    Q.       And you had asked to have time

to talk in greater detail about your

situation; is that correct?

         MR. GREEN:  I'm going to

object.  That's a privileged

communication.

         MS. VLADECK:  I thought she

waived her privilege.

         MR. GREEN:  Unless you agree to

let her say everything, I can't allow you

to parse through what is and what isn't

86

1                      BUCHHOLZ

2       A.        With John Moran, when I told

3  him that she had said that she was not

4  forced to sleep with Stephon, I kept

5  asking her and she said definitely not,

6  definitely not.  Then I said that she was

7  not convincing.  And she was very, very

8  regretful.

9       Q.        Was it your belief after

10  talking to ████████████  that she felt

11  forced to have sex with Stephon Marbury?

12                MR. GREEN:  Objection to the

13  form.  But you may answer.

14       A.        No, I thought it was

15  consensual.

16       Q.        Then what was not convincing

17  about her when she said she wasn't forced?

18                MR. GREEN:  Same objection.

19  But you may answer.

20       A.        She just seemed, when she was

21  talking to me, that she was so embarrassed

22  and ashamed and blaming it on, you know --

23  she was so ashamed, she was coming up with

24  excuses of why she did it.  So she wasn't

25  convincing me of a lot of what she was

87

BUCHHOLZ

1

2    saying in that moment.

3        Q.        And why was she ashamed or why

4    did you believe she was ashamed for

5    sleeping with Stephon Marbury?

6                MR. GREEN:   Same objection to

7    form.  But you may answer.

8        A.        Because I think she felt --

9    well, she told me she felt cheap.  She was

10   ashamed that she just went into his car

11   and slept with him.  He is married.  It

12   was a one-night stand.  She was ashamed.

13   I don't know why she felt -- she didn't go

14   into detail.

15       Q.        Did you have any belief at the

16   time that Stephon Marbury was involved in

17   how Hassan Gonsalves was being treated as

18   an employee?

19       A.        I completely missed the

20   question.  I was thinking about my other

21   answer.  I'm sorry.

22       Q.        What was your understanding of

23   what role, if any, Stephon Marbury had

24   with respect to Hassan Gonsalves'

25   employment?

180

```
 1                    BUCHHOLZ
 2   players sleeping with ███████████
 3               MR. GREEN:   Objection to form.
 4   You may answer.
 5       A.        I don't know about any rules
 6   regarding players sleeping with ██████████
 7               (Buchholz Exhibit 1 marked for
 8   identification.)
 9       Q.        For the record, what you have
10   before you as Buchholz Exhibit 1 is an
11   e-mail from Anucha Browne-Sanders to John
12   Moran dated December 7th, 2005 which
13   attaches an e-mail from you to Anucha
14   Browne-Sanders dated November 28th, 2005.
15               Is this something that you
16   wrote to Ms. Browne-Sanders?
17       A.        I would like to read it.
18       Q.        I'm sorry.  Take your time.
19               (Witness perusing document.)
20       A.        Yes, I remember this e-mail.
21       Q.        Now, the first sentence says
22   "After our meeting with John Moran I am
23   documenting the incidences where Stephon
24   Marbury made it clear to employees that he
25   did not like you."
```

181

BUCHHOLZ

1

2          Do you see that?

3     A.      Yes.

4     Q.      What occurred at the meeting

5  with John Moran that made you document the

6  instances where Stephon Marbury made it

7  clear to employees that he did not like

8  Browne-Sanders?

9     A.      I have no idea.  I don't

10  remember what that meeting was.

11    Q.      Did you have a meeting with

12  John Moran and Anucha Browne-Sanders in

13  November of 2005?

14    A.      I don't remember.

15    Q.      Do you know which employees

16  other than as stated in this e-mail

17  Stephon Marbury made it clear to that he

18  did not like Anucha Browne-Sanders?

19    A.      I have to make it clear right

20  now that Anucha asked me specifically and

21  gave me wording and told me to document

22  this e-mail.  And I was very uncomfortable

23  that she said, you know, document the

24  e-mail about how Stephon doesn't like me,

25  what everyone said, who said it, why.

182

BUCHHOLZ

1
2          I even was trying to rack my
3    brain to try to come up with -- she really
4    wanted to prove that Stephon didn't like
5    her and she asked me to write this e-mail.
6    And I did.  But I want it to go on record
7    that I was pressured to document these
8    instances.
9          Q.      Is there any reason, then, why
10   you didn't say "Anucha, per your request,
11   I am documenting the instances"?
12         A.      Because Anucha would have seen
13   through that, that I was -- I didn't
14   think -- that wasn't clear to me that she
15   wanted it to be known that she was
16   requesting me to write this e-mail.
17         Q.      Did she say that?
18              MR. SCHOENFELD:  Objection.
19   Sorry.  I can't object.
20         A.      She didn't have to say that.
21         Q.      What did she do that made you
22   feel that you couldn't say "As you
23   requested, I am documenting the
24   instances"?
25         A.      I don't know.

197

BUCHHOLZ

1

2    asked me to talk to her after the

3    interview.  She wanted to know everything

4    about it.

5                And you asked me if I was

6    afraid of my future at the Garden because

7    of the Garden.  I was afraid of my future

8    at the Garden because of Anucha and that

9    if I didn't cooperate with her I could be

10   on her bad side.  So when she asked me

11   things, you know, about the investigation

12   with John Moran, I really felt pressured

13   that I have to be loyal to her because she

14   is still my boss.  I was very

15   uncomfortable.

16                I will tell you, I was very

17   uncomfortable when she asked me to go to

18   the law office with her and because she

19   was my boss I told her I was uncomfortable

20   and she still asked me to go.  In this

21   instance, you know, she called.  I told

22   her some things that happened, that I had

23   shared at the meeting with John Moran and

24   Rochelle Noel and I didn't feel

25   comfortable telling her everything because

198

BUCHHOLZ

1

2  I was afraid if it got back to her and she

3  didn't like some of the things that I

4  said, that I was not being loyal and that

5  would have determined my future.  I could

6  have ended up like ███████████  If she

7  didn't like you and didn't think you were

8  loyal, you didn't have a bright future

9  working for her.

10          So I was definitely -- and

11  things had changed by that time.  I admit

12  that I was very close to her.  I admit

13  that we had an excellent relationship.  I

14  respected and admired her.  When she told

15  me all of these things -- when she told me

16  all of the things that she thought that

17  was wrong about what the Garden was doing

18  to her, there was no reason I didn't

19  believe her.  And I felt for her and

20  listened to her.  And I thought she was a

21  good friend.  And then slowly I started to

22  realize that she wasn't a good friend.

23          What kind of friend would

24  really kind of force you to go to a law

25  office when you clearly were uncomfortable

199

BUCHHOLZ

1
2  with it?  What kind of friend would on the
3  way to the law office tell you that I had
4  no future at the Garden anymore because I
5  was her right-hand person and that I had
6  to go ahead with her on this?  What kind
7  of friend would keep calling me and
8  telling me even when she knows I'm not
9  supposed to discuss the case, would put me
10  in a position knowing that she is still my
11  boss that I had to feed her information?
12  I felt very uncomfortable because it was
13  definitely outside of my integrity.
14             Then, you know, I'm just going
15  to be completely honest here, when I found
16  out -- when I went with Anucha to the law
17  office and my understanding that it was
18  all these issues about her being wronged
19  by the Garden, and then when I found
20  out --
21      Q.       Wait, are you going to be
22  testifying about anything that was said
23  here?
24      A.       No.  But when I found out that
25  it came out that it was sexual harassment

200

BUCHHOLZ

1

2  against Isiah Thomas, I was shocked.  You

3  know, as good a friends as we were I would

4  have thought she would have told me

5  throughout the years that I had known her

6  that she felt she was sexually harassed by

7  him.  She never once told me that she

8  thought she was sexually harassed by him.

9          I thought it was -- everything

10  I knew about Anucha right then and there,

11  I was shocked that she could make these

12  allegations about Isiah, which are strong

13  allegations, that he sexually harassed

14  her.  That could ruin someone's -- that

15  could ruin someone's life.  I was shocked.

16          I do not think that the things

17  that she told me, that meant that he

18  sexually harassed her.  When she told me

19  about the case and everything that she was

20  complaining about, it was all about, you

21  know, her issues with not being able to do

22  her job, the Garden.

23          So as it went along, yeah, my

24  feelings towards Anucha changed from

25  really admiring and respecting her to all

244

BUCHHOLZ

1

2    A.        No.

3    Q.        Did you suggest to John Moran

4    that he should have a conversation with

5    Stephon Marbury about what he thought?

6    A.        No, that's not my job to tell

7    John Moran what to do with an

8    investigation.

9    Q.        So other than maybe or maybe

10   not calling John Moran after you heard

11   from Marcia Marbury, you did nothing; is

12   that correct?

13   A.        That's correct.

14   Q.        Did you ever work with Dan

15   Gladstone on a list of issues with respect

16   to Vernon Manuel?

17   A.        Yes, I did.

18   Q.        And why did you do that?

19   A.        Anucha requested that we

20   document everything -- well, there were

21   several occasions that we did that.  It

22   was throughout his work history.  But in

23   November, Anucha asked us right before

24   Thanksgiving to prepare a document

25   documenting everything.

245

BUCHHOLZ

1

2          Q.          And do you know why she asked

3     you to do that?

4          A.          I think it was to get him

5     fired.

6          Q.          And do you know why she wanted

7     to get him fired?

8          A.          Because we had problems with

9     him throughout his work career and there

10    were a couple of things that happened at

11    the time where we created the document

12    that was the straw that broke the camel's

13    back.

14         Q.          Did you believe that Vernon

15    Manuel should be fired?

16         A.          I did.

17         Q.          Did you ever tell anyone that

18    you were completely fed up with the issue

19    with respect to Vernon Manuel?

20         A.          I don't remember saying that.

21    I don't know.  Do you know who it was to?

22         Q.          Did you ever say it?  Do you

23    have any recollection of saying it?

24         A.          I don't know.

25         Q.          Did you believe that Anucha

246

BUCHHOLZ

1

2 Browne-Sanders was asking you to do

3 anything wrong by documenting issues with

4 respect to Vernon Manuel?

5    A.        No.

6    Q.        Did she tell you what she was

7 going to do with the documentation?

8    A.        She said she was going to give

9 it to Steve Mills.

10    Q.        Did you have any discussion

11 with Dan Gladstone concerning Anucha

12 Browne-Sanders asking for documentation

13 concerning Vernon Manuel?

14    A.        Yes.

15    Q.        And what was that conversation?

16    A.        We both were a little upset

17 that we had to do it right before

18 Thanksgiving.  We were talking about

19 having to work on it through Thanksgiving.

20 We just talked about the issues.  There

21 were a lot of notes that we had taken

22 throughout the year and a half or two

23 years that he was there that we discussed.

24 Each incident we went through.

25    Q.        Do you know why it was asked

247

BUCHHOLZ

1

2      for at around Thanksgiving?

3           A.        Because that was about the time

4      that these incidences happened that I

5      referred to that kind of broke the camel's

6      back.

7           Q.        Did you express to Anucha

8      Browne-Sanders that you were annoyed that

9      it was about the same time as

10     Thanksgiving?

11          A.        No.  We knew we had to get it

12     done.  It was just unfortunate that it was

13     around Thanksgiving.  If she asked for it,

14     we of course were going to get it done.

15                    (Buchholz Exhibit 3 marked for

16     identification.)

17                    (Witness perusing document.)

18          A.        Okay.

19          Q.        What has been marked as

20     Buchholz Exhibit 3 starts with an e-mail

21     from Karen Buchholz to Anucha

22     Browne-Sanders dated November 24th, 2005,

23     production number MSG 04066.

24                    If you look at the bottom

25     e-mail, which is the first in this chain,

REDACTED

| | |
|---|---|
| From: | Browne Sanders, Anucha |
| Sent: | Wednesday, December 07, 2005 8:47 PM |
| To: | Moran , John VP ER MSG |
| Cc: | Mills, Steve |
| Subject: | Fw: Issues |

As a follow up to last weeks meetings, steve said that you are reviewing all emails. I want you to have this one as well.


-----Original Message-----
From: Buchholz, Karin <Karin.Buchholz@thegarden.com>
To: Browne Sanders, Anucha <Anucha.BrowneSanders@thegarden.com>
Sent: Mon Nov 28 21:04:21 2005
Subject: Issues

Anucha,

After our meeting with John Moran, I am documenting the instances where Stephon Marbury made it clear to employees that he did not like you. Last season, I asked Chris Bernard to get several jerseys signed by Stephon and Stephon refused because he thought they were requests from you. Chris asked me not to say anything and said the reason Stephon wasn't signing was because he didn't like you. It took several days before we got the jerseys signed after letting Stephon know that the jerseys were for Cablevision and a charitable organization. Stephon said he didn't want to do anything to help Anucha. On several occasions, Jamie Mathews said that Stephon did not want to cooperate with CR requests because he did not like Anucha. Dan Gladstone told me that Stephon called him on his cell phone and said that wasn't going to do anything for "that bitch" and that he hated you. It is common knowledge with the staff that Stephon doesn't like Anucha.

As you can imagine, this has made our job in Community Relations very difficult at times.

Karin

Karin J. Buchholz
Vice President,
Community Relations & Fan Development
New York Knicks
Two Pennsylvania Plaza
New York, NY 10121
(212) 465-6382
karin.buchholz@thegarden.com



CONFIDENTIAL

REDACTED

| | |
|---|---|
| From: | Browne Sanders, Anucha |
| Sent: | Wednesday, December 07, 2005 8:47 PM |
| To: | Moran , John VP ER MSG |
| Cc: | Mills, Steve |
| Subject: | Fw: Issues |

As a follow up to last weeks meetings, steve said that you are reviewing all emails. I
want you to have this one as well.

-----Original Message-----
From: Buchholz, Karin <Karin.Buchholz@thegarden.com>
To: Browne Sanders, Anucha <Anucha.BrowneSanders@thegarden.com>
Sent: Mon Nov 28 21:04:21 2005
Subject: Issues

Anucha,

After our meeting with John Moran, I am documenting the instances where Stephon Marbury
made it clear to employees that he did not like you. Last season, I asked Chris Bernard
to get several jerseys signed by Stephon and Stephon refused because he thought they were
requests from you.  Chris asked me not to say anything and said the reason Stephon wasn't
signing was because he didn't like you.  It took several days before we got the jerseys
signed after letting Stephon know that the jerseys were for Cablevision and a charitable
organization.  Stephon said he didn't want to do anything to help Anucha.   On several
occasions, Jamie Mathews said that Stephon did not want to cooperate with CR requests
because he did not like Anucha.  Dan Gladstone told me that Stephon called him on his cell
phone and said that wasn't going to do anything for "that bitch" and that he hated you.
It is common knowledge with the staff that Stephon doesn't like Anucha.

As you can imagine, this has made our job in Community Relations very difficult at times.

Karin

Karin J. Buchholz
Vice President,
Community Relations & Fan Development
New York Knicks
Two Pennsylvania Plaza
New York, NY 10121
(212) 465-6382
karin.buchholz@thegarden.com

1



CONFIDENTIAL