UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

----------------------------------------x

ANUCHA BROWNE-SANDERS,

                  Plaintiff,

      - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS, III, and JAMES DOLAN,

                  Defendants.

----------------------------------------x

                November 10, 2006
                10:10  a.m.

       VIDEOTAPE DEPOSITION of JOHN D.

MORAN, taken by the Plaintiff, pursuant to

Notice, held at the offices of Vladeck

Waldman Elias & Engelhard, P.C, 1501

Broadway, New York, New York, before

Debbie Zaromatidis, a Shorthand Reporter

and Notary Public of the State of New

York.

Dockets.Justia.com

59

1                         MORAN

2        A.     This year I was involved in

3    a -- the complainant didn't refer to it as

4    sexual harassment but complained of

5    unwanted -- unwanted touching and things

6    of that nature.

7        Q.     What part of MSG did the person

8    work in who made the complaint?

9        A.     Faye Brown, New York Knicks.

10       Q.     Did you -- did you investigate

11   that?

12       A.     Yes, I did.

13       Q.     Did you take any notes of that?

14       A.     Yes, I did.

15            MR. MINTZER:  We would call for

16   the production of those notes consistent

17   with what you have produced, and I think

18   what -- there is no dispute about what the

19   court said was to be provided on -- on

20   that issue.

21            MR. GREEN:   Well, I'm not sure

22   I agree with that, Kevin.  I thought that

23   you are limited to documents reflecting

24   any complaints implicating Mr. Mills or

25   Mr. Dolan.

69

1                     MORAN

2     be, and we proceed to interview them

3     around the allegations.

4          Q.     Have you been involved in any

5     investigations in which you did not

6     interview the person accused of

7     misconduct?

8          A.     Yes.

9          Q.     What were those instances?

10         A.     One that I can recall, the

11    individual's name was Hassan Gonsalves.

12         Q.     Mr. Gonsalves was alleged to

13    have engaged in sexual harassment?

14         A.     Yes.

15         Q.     You were involved in that

16    investigation?

17         A.     Yes, I was.

18         Q.     Did you do that investigation

19    with anyone else?

20         A.     Well, that -- that is a

21    complicated question, but I will try to

22    answer it.

23              The reason I say it got

24    complicated was that I received a phone

25    call from Anucha Browne-Sanders saying

70

MORAN

1

2  that there was an issue in her area, and

3  that in fact she had -- by the time she

4  had called me she had already investigated

5  it, which -- which was a problem for me

6  because that is not the process.  The

7  process is that if she receives a

8  complaint, she should bring her complaint

9  to me, and I'm to do the investigating,

10  and the reason I say that was a problem

11  was because the individuals she was

12  interviewing were people in her

13  department.  They have to work together.

14  They have a personal relationship.  It's,

15  you know, in a sense that -- and I don't

16  think it is best that the supervisor

17  interview their own subordinates in terms

18  of that subordinates might not be as

19  forthcoming, and they might not be -- if

20  you are not trained, you may be tipping

21  what you want them to say.

22          But at any rate she did do that.

23  She called me up.  I immediately went to

24  her office, and she relayed to me what she

25  discovered.  She had interviewed actually

71

MORAN

1
2  a couple of people, more than one, and I
3  heard what she had to say, and then I
4  conducted my own investigation.
5      Q.    When you were conducting your
6  own investigation, did you do that
7  investigation with anyone else?
8      A.    A couple of the -- one -- at
9  least one of the interviews that -- there
10  were other people present.  Anucha was
11  present, and I believe Karen Buchholz was
12  present, but they weren't -- they
13  weren't -- they weren't conducting the
14  investigation at that point.
15      Q.    Is there a woman by the name of
16  Anne Jackson on your staff?
17      A.    Yes.
18      Q.    Was she involved in the
19  investigation at all?
20      A.    She was involved in a piece of
21  it, yes.
22      Q.    What piece was she involved in?
23      A.    I believe she interviewed one or
24  two of the individuals -- actually on a
25  couple of the interviews she -- that I did

72

MORAN

1

2    she sat in with me, and then I believe she

3    conducted one interview on her own of an

4    employee.

5         Q.    You referred in your earlier

6    answer to Ms. Browne-Sanders having what

7    you say conducted her own investigation

8    about what  --   Mr. Gonsalves' conduct?

9         A.    Yes.

10        Q.    And you said that she had you

11   believe interviewed two people?

12        A.    Yes.

13        Q.    Who did she interview?

14        A.    ██████████████  and ████████

15   ████████.

16        Q.    Both of those individuals

17   reported to Ms. Browne-Sanders indirectly?

18        A.    Indirectly, yes.

19        Q.    Are you aware whether

20   Ms. Browne-Sanders discussed the issue of

21   Mr. Gonsalves' conduct with Steve Mills

22   before calling you about it?

23        A.    It's my understanding that she

24   did call him first, and I believe she sent

25   us both an E mail around that same time,

73

MORAN

1

2  either that day or the next day outlining

3  some of her findings.

4      Q.   Did you talk to Mr. Mills about

5  it -- the allegations against Mr.

6  Gonsalves at all?

7      A.   I'm -- I'm not sure that I did.

8  I'm not sure that I did.

9      Q.   At any point?

10     A.   I don't believe so.  I don't

11  recall.

12     Q.   We started this line of

13  questioning because I had asked you

14  whether or not there were any instances in

15  in which you conducted an investigation

16  but didn't speak to the person who was

17  accused of wrongdoing.

18     A.   Yes.

19     Q.   And I take it you didn't speak

20  to Mr. Gonsalves about the allegations

21  against him?

22     A.   No, I didn't.

23     Q.   Why not?

24     A.   There -- there are very few

25  cases, and this was one of them,

81

MORAN

1

2    A.    I was told -- well, I asked

3    ███████████ directly.  Actually when I was

4    interviewing her, Rochelle Noel was with

5    me, and I believe it was Rochelle who

6    asked her directly did you get into the

7    van voluntarily, and she said yes, and did

8    you -- was he -- did he force you to do

9    anything.  She said no, and it was

10   actually asked -- I think I asked her are

11   you saying it was consensual, and she said

12   yes.

13   Q.    Did you have any discussions

14   about that allegation with anyone else

15   other than Ms. ███████?

16   A.    Well, when we interviewed ██████

17   ████████████████████████████, we asked

18   them to take us through the evening, and

19   the last they remember -- I don't -- I

20   don't believe they are aware of -- of what

21   happened with ███████ and Stephon Marbury

22   because she left with Hassan, and they

23   went home, and they might know because

24   maybe -- when I did the investigation

25   I -- I felt fairly certain that they did

90

1              MORAN

2          MR. GREEN:    Objection to form.

3    You may answer.

4      A.    Correct.   She -- my -- my notes

5    reflect that she said Karen -- Karen felt

6    that -- her opinion was that ████████ was

7    not real convincing.

8      Q.    And Ms. ████████ also told you

9    that that Mrs.  --

10         MR. MINTZER:    Strike that.

11     Q.    Ms. Buchholz also told you that

12   Ms. ████████ had said to her that she felt

13   like she had to do it?

14         MR. GREEN:    Objection to form.

15   You may answer, Mr. Moran.

16     A.    Yes, she said that -- she

17   related to me that ████████ said to her

18   that she felt like she had to do it, which

19   I'm not sure it is totally consistent with

20   what ████████ told me when I interviewed

21   her.

22     Q.    Just to take a step back, when

23   you take notes of conversations such as

24   this do you make an attempt to write down

25   everything that you regard as relevant to

101

MORAN

1

2  You may answer.

3      A.    Nothing -- nothing comes to mind

4  at the moment.

5      Q.    Did you learn that in the course

6  of that investigation that Mr. Marbury had

7  made inappropriate comments about

8  Ms. Browne-Sanders?

9      A.    I -- I did learn that Mr.

10  Marbury called a gentleman named Dan

11  Gladstone and made comments -- according

12  to Mr. Gladstone he said that Stephon

13  called him, and they -- made comments

14  towards Anucha.

15      Q.    How did you learn that?

16      A.    From Mr. -- from Mr. Gladstone.

17      Q.    Were you speaking with Mr.

18  Gladstone in the context of your

19  investigation of Mr. Gonsalves?

20      A.    I believe so, yes.

21      Q.    Mr. Gladstone relayed to you

22  what the comments were that Mr. Marbury

23  made about Ms. Browne-Sanders?

24      A.    Yeah.    Just the -- back up.    I

25  think the context came not so much

102

MORAN

1
2   in -- in the investigation of Mr.
3   Gonsalves, but -- and I'm not clear on the
4   context, but Anucha had asked him to put
5   in writing a conversation that took place
6   maybe a year earlier, and I'm not sure
7   that it -- I'm not sure that it had any
8   relationship at all to the investigation.
9   It was something that -- for whatever
10  reasons I'm not sure, but Anucha said to
11  him she -- we -- we had a conversation.
12  You told me about a year ago, what --
13  whatever the time frame was, that Stephon
14  had called you and made remarks about me.
15  Can you now put that in writing for me,
16  and he did I guess.  He -- I know he did,
17  and I don't -- I don't think it had
18  anything to do with the Gonsalves
19  investigation.  I mean it might have come
20  up during that time frame, but it wasn't
21  directly related to my investigation.
22       Q.    Does Mr. Gonsalves have any
23  relation to Mr. Marbury?
24       A.    He is referred to as his cousin,
25  but I don't know that to be accurate.

126

MORAN

1

2    that clear and that definitive, you know,

3    where a resource were available.  They

4    know we are available to help.  You know,

5    as long as, you know -- as long as we are

6    involved in the termination, then -- then

7    I think that would satisfy the policy or

8    the practice.  Not the policy.

9          Q.    Did you make a recommendation to

10   anyone that Mr. Manuel should be

11   dismissed?

12         A.    I don't know that I made a

13   recommendation.  I -- well, at -- let me

14   think about that.  Actually I believe I

15   did.  I told -- told Rusty McCormack that

16   we were going to terminate -- we wanted to

17   terminate him.

18         Q.    What did Mr. McCormack say?

19         A.    He said -- he said fine.  I gave

20   him the facts, and he -- he concurred that

21   that was appropriate.

22         Q.    Do you know whether Mr.

23   McCormack spoke with anyone before

24   agreeing with your recommendation to

25   dismiss Mr. Manuel?

127

                      MORAN

1

2        A.     Not that I am aware of.

3        Q.     What about with respect to Mr.

4   Hassan, did you make a recommendation that

5   Mr. Hassan be dismissed?

6        A.     Yes.

7        Q.     To whom did you make that

8   recommendation?

9        A.     Well, again, you know -- well

10  Anucha already wanted him dismissed, so

11  that wasn't -- that wasn't an issue.  I --

12  again I would have told Mr. McCormack and

13  someone at -- I don't know whether it was

14  me.  Someone informed Steve Mills.  I

15  don't recall who, and he -- he also

16  concurred.

17       Q.     You didn't speak to Mr. Mills

18  directly about Mr. Hassan -- Mr.

19  Gonsalves' situation?

20       A.     I'm not really sure.

21       Q.     Did you speak to Mr. Mills

22  directly about Mr. Manuel's situation?

23       A.     Again, I'm not -- I'm not sure.

24            MR. MINTZER:   This might be a

25  convenient point to take lunch.

156

MORAN

off -- Mark Piazza occasionally would say

something like, you know, I would say how

are things going, and he would make some

kind of offhand remark, well, not so good.

These are usually when we were leaving the

staff meeting, and he would say things

like she doesn't know what she is doing

and things like that, and I didn't choose

to pursue it.

    Q.    Anyone else that you recall

other than Mr. Piazza making an offhand

comment like that?

    A.    Frank Murphy.  I know Tim

Hassett, the president of facilities, was

frustrated with with her.  There was an

incident where they were having an open

practice, and he -- Anucha didn't -- so I

am told -- Anucha didn't inform anyone

over in facilities that they were having

an open practice, and it was publicized

and marketed, and I guess a hoard of

people showed up, and he -- he said it was

lucky no one got killed, and he was very

angry about it, that she hadn't informed

157

MORAN

1

2    him.

3        Q.    Who --

4        A.    So he -- he expressed his

5    frustration to me about that, and then

6    there was another situation where he was

7    frustrated.  They created some new

8    positions that were like fan service reps,

9    and they -- and Anucha had -- had them

10   wear orange T-shirts just to distinguish

11   them, and she put Faye Brown, her

12   assistant -- we referred to them as

13   coordinators at The Garden -- in charge of

14   the project, and they were lot of people

15   who raised their eyebrows.  Well, they

16   liked Faye.  They thought that she really

17   wasn't qualified to, you know, manage that

18   significant task, but what really had them

19   frustrated was that again they weren't

20   told about it, and it became a serious

21   problem because the ushers, who are

22   unionized, were like when these people

23   showed up said, well, who are these

24   people.  They are doing what we do, and it

25   became a -- it became a -- it became a

164

MORAN

1

2      Q.      Are you aware of

3  Ms. Browne-Sanders getting additional

4  responsibilities at any other time after

5  her promotion?

6      A.      No, I'm not aware of any more.

7      Q.      You said with respect to the fan

8  reps that there was, I think you referred

9  to the situation as chaotic?

10      A.      Um hum.

11      Q.      Did you witness anything

12  yourself about it being chaotic; were you

13  present at the -- in the arena?

14      A.      I was actually.  I don't know

15  that -- I don't know if it was the -- what

16  night it was, but I know when I walked in

17  I -- I had heard that -- that we were

18  getting fan reps, and there were a lot of

19  people milling around, and some of them

20  were greeting people, but when -- people

21  were asking them where to go, the -- they

22  didn't -- the ones that I observed weren't

23  familiar with The Garden, and somebody

24  would say, well, I need to go to seat

25  whatever, you know, section 67 B or, I

165

MORAN

1    don't know, and unfortunately the people I

2    observed had no clue where to tell them to

3    go, and it was sort of like -- I remember

4    saying to myself, well, you know, this

5    seems sort of -- this just seems

6    counterproductive, and so they -- they had

7    to go to an usher, you know, who did know

8    where to go, and it just seemed like an

9    unnecessary step that could annoy the

10   fans.

11        Q.    Any other basis for your

12   statement that it was a chaotic situation?

13        A.    Yeah.    Well -- well, what

14   happened since they had these orange

15   shirts on everybody sort of -- everyone

16   gravitated to them.   So -- Usually when

17   there is a come in people come in and they

18   get diffused out through the -- I don't

19   know if you have ever been over there --

20   in the ticket area, ticket window, and

21   they just sort -- actually it goes pretty

22   smoothly, but actually they were wearing

23   these orange shirts.   People were -- they

24   were congregating around these

166

MORAN

1

2      individuals, and it was clogging -- they

3      were right by the entrance, and they were

4      clogging things up.

5          Q.     People wearing orange shirts are

6      not an unusual sight at a Knick game?

7          A.     Well, as people walked in, they

8      greeted them.  They were trying to be

9      upbeat and enthusiastic, and so the people

10     were -- you know, as a result of that

11     people were going to them, and it

12     was -- and it was confusing.

13         Q.     Any of the situations that

14     you've described concerning what other

15     people relayed to you about difficulties

16     with Ms. Browne-Sanders, did you

17     communicate any of those issues with

18     Ms. Browne-Sanders management?

19         A.     No, I didn't.

20             MS. HORWITZ:   Kevin, are you

21     going to move into another -- I just need

22     a bathroom break.

23             MR. MINTZER:   Sure.

24             MS. HORWITZ:   I didn't want to

25     interrupt.

174

MORAN

2    MR. GREEN:    Objection.

3  Objection to form.  Misstates prior

4  testimony.

5    A.    Yeah.  I -- I -- yes, I think I

6  did, but I'm -- I'm not really -- I'm not

7  sure of the timing.  I mean I know she got

8  new responsibilities.  I am not -- I'm not

9  sure about the timing.  I know that she

10  got an increase over and above these four

11  to five range.  I don't know the timing of

12  it, but I know she did get it.

13    Q.    What additional responsibilities

14  is it your understanding that she

15  undertook to -- in connection with this

16  increased salary?

17    A.    I'm not sure.

18    Q.    And when did you learn of this?

19    A.    Of her increased

20  responsibilities?

21    Q.    Yeah.

22    A.    I'm sorry.  I'm not sure.

23    Q.    You became aware at some point

24  that Ms. Browne-Sanders had made a

25  complaint of sexual harassment?

175

MORAN

1

2      A.     Yes.

3      Q.     How did you become aware of

4  that?

5      A.     Mark Schoenfeld asked me

6  to -- he called and asked me with some

7  others to -- he was out of the office, and

8  I think they had just met with plaintiff's

9  counsel, perhaps you, and he wanted to

10  inform us as to what Anucha's allegations

11  were.

12      Q.     Who was present for that

13  conversation? You said Mr. Schoenfeld was

14  calling from out of the office?

15      A.     Yes.

16      Q.     And were you with other people

17  in the office?

18      A.     Yes.

19      Q.     Who -- who was there?

20      A.     I was there, Steve Mills I

21  believe was there.  I think Barry Watkins.

22  I don't know whether Rusty was there or

23  not.

24      Q.     Did you have any conversations

25  with Mr. Mills or Mr. Watkins after the

176

MORAN

1

2  call with Mr. Schoenfeld?

3      A.    Not that I recall.  I think I

4  just got up and left and went back to my

5  office.

6      Q.    Did Mr. Schoenfeld give you any

7  direction to investigate the matter?

8      A.    Yes, he did.

9      Q.    What did he say about that?

10      A.    Well, he said that -- that when

11  he got back -- I'm not sure if it was that

12  day or whenever he came back -- that we

13  should meet because he wanted me to -- to

14  conduct an investigation, and I -- I

15  think -- I think -- I'm not sure, but I

16  think Rochelle Noel might have been on the

17  conference call in a different location,

18  and so he just said we need to talk.  We

19  need to do -- you know, it looks like we

20  should do an immediate investigation.

21      Q.    Mr. Schoenfeld described what

22  the allegations were as he understood it

23  to everyone who was participating in the

24  call?

25      A.    Yes.

194

MORAN

while I am here in Orlando, and I said

well, you know, you should -- I am just

going under what I was told that you

shouldn't come back until the

investigation is complete.  So she said,

well, what am I going to tell my people,

and I said, well, I don't know.  So she

started, well, maybe I will tell them that

I am going to extend my vacation for

another week, and I said, well, it wasn't

for me to -- I said okay, if that is what

you want to do, and I think that is what

she did.  I think she sent an E mail to

them saying I am extending my vacation

another week.

    Q.    Did you ever communicate to

Ms. Browne-Sanders that she couldn't come

to the office because of security

concerns?

    A.    There is a letter that was

written to her that made reference to that

I recall, that she -- she had expressed

security concerns to us and to me.  In

fact, we offered -- we offered if -- we

195

MORAN

1
2  said if you feel that way, we offered to
3  give her a security, and in fact when she
4  was going to the games -- this was during
5  the period -- this was around the period
6  when Hassan was being terminated, and she
7  made some -- she made some comments to me
8  about concern for her safety.  I -- we
9  were in her office, and she was very upset
10  and was making statements about Stephon
11  and Isiah and said she was concerned about
12  her security.  And I sell, well, if you
13  are really concerned about security we --
14  maybe we could do something about that.
15  So we had Joe Dean, who was
16  internal -- one the internal security
17  people, we called him and arranged for --
18  she said I have to walk to my car by
19  myself.  So we arranged for her to be
20  escorted to her car.  We had security
21  around where she  --   where she was
22  sitting because she seemed -- she seemed
23  nervous about Hassan.  So they
24  gave -- they gave Hassan's picture to the
25  security people, and they said don't let

196

MORAN

1

2    this guy in the area, and so she was going

3    on about that.

4              The reason I remember it so

5    vividly is -- it's always bothered me --

6    is that she was quite upset and agitated,

7    and she was saying, you know, Stephon

8    doesn't like me, and, you know, I

9    didn't -- I didn't credential him way back

10   when, and -- and she was saying things

11   about Isiah doesn't like me, and I always

12   find that curious that, you know, here I

13   am ER.  I work with her on all these

14   things, sexual harassment things, and she

15   never once said to me and by the way Isiah

16   Thomas is sexually harassing me.  I mean

17   she had all these other -- she had -- was

18   throwing out all these other things.  I

19   just -- I never -- I've never been able to

20   understand it.  I find it disturbing

21   because why wouldn't she make -- make

22   those allegations to me at the time.

23             MR. MINTZER:   Could you read

24   back my question.

25             (Record read.)

202

MORAN

2    refresh your recollection that you

3    instructed Ms. Browne-Sanders that she

4    should not come to the office before you

5    had your interview with her?

6        A.    Yes, it does.

7        Q.    Okay.

8        A.    Yes.

9        Q.    And -- first of all, is this a

10   letter that you signed?

11       A.    Yes.

12       Q.    And did you write this letter?

13       A.    No.

14       Q.    Did Mr. Schoenfeld write this

15   letter?

16       A.    I'm not sure who wrote the

17   letter.

18       Q.    How did it come to your -- your

19   attention?

20       A.    It would have been through one

21   of our counsel.

22       Q.    So one of your counsel presented

23   you this letter and asked you to sign it?

24            MR. GREEN:    Objection to form.

25       A.    Well, they -- they asked me to

203

MORAN

1

2  read it, and -- and then it -- was it

3  consistent with my understanding, and I

4  wanted to make sure I understood it, and,

5  yeah, I mean I signed it.

6      Q.    Okay.  Did you make any changes

7  to it before you signed it?

8      A.    I don't believe so.

9      Q.    The -- in the third paragraph

10 where the letter refers to what

11 we "-- what you have expressed as your

12 concerns about your personal physical

13 safety" --

14     A.    Um hum.

15     Q.    -- what were you referring to

16 there?

17     A.    I am sorry.  Where is it?

18     Q.    In the third paragraph.  You

19 refer to "including particularly what you

20 have expressed as your concerns about your

21 personal physical safety," do you see

22 that?  It is in the third and fourth line

23 in the third paragraph.

24     A.    Um hum.

25          (Pause.)

204

MORAN

A.     Well, again she was -- I don't
know.  She was making -- she was making
statements, and I don't know how often,
but she had been -- I know at least on
that one occasion about her security and
that she was afraid of -- well, concerned
about her security.

Q.     The statement to you that she
made that was approximately a month before
you sent this letter, right?

A.     Yes.

Q.     And she came to work for several
weeks after she first made that statement
to you, correct?

A.     That's correct.

Q.     And so your instruction to her
not to come to work because of concerns
about her personal safety only was made
after you were aware that her counsel had
complained about discrimination and
harassment?

MR. GREEN:   Objection to form.
You may answer, Mr. Moran.

A.     I'm sorry.  Do that again for

205

1                    MORAN

2  me?

3       Q.    Your instruction to

4  Ms. Browne-Sanders not to come to the

5  office out of concerns for her personal

6  safety --

7       A.    Um hum.

8       Q.    -- you only made --

9            MR. MINTZER:    Strike that.

10      Q.    You only gave Ms. Brown-Sanders

11 the instruction not to come to work after

12 her counsel complained about

13 discrimination on her behalf?

14           MR. GREEN:    Objection.

15      Q.    Is that true?

16           MR. GREEN:    Objection to form.

17 You may answer, Mr. Moran.

18      A.    Well, it might have been after,

19 but I don't -- I didn't see any connection

20 at the time.

21      Q.    Whose decision was it for

22 Ms. Browne-Sanders not to come back into

23 the office?

24      A.    I -- I don't know.

25      Q.    Who informed you of that?

233

MORAN

1
2    or the next day after a game, and so
3    the -- there was a problem.
4        Q.    Okay.  But was there also a
5    problem about Mr. Thomas' availability
6    that Mr. Mills was discussing?
7        A.    Yeah.  Anucha did complain that
8    he wasn't available enough.
9        Q.    And Mr. Mills said that he told
10   Mr. Thomas he needed to be more available?
11       A.    Yes.
12       Q.    Okay.  Could you go to the next
13   page please, 4182.
14       A.    Okay.
15       Q.    Under the -- there is a note
16   12/4 -- 12/14 I think it says.
17       A.    Yeah.
18       Q.    Could you read that -- that
19   section, please?
20       A.    "Hug Anucha E mail.  See E mail.
21   Steve spoke to Isiah about E mail.  What
22   are you talking about?  Did give me a hug.
23   She looked at me with daggers like she
24   wanted to kill me.  Steve said don't do it
25   again, hug her, touch her.  Isiah said it

234

MORAN

2  was purely friendly.  Steve didn't respond

3  to Anucha's E mail.  He saw Anucha in the

4  suite at -- at jingle ball, that she was

5  with kids, so -- but with kids."  I am not

6  sure who was with kids.  "So I didn't say

7  anything.  Had meeting scheduled for next

8  Tuesday, but she cancelled.

9  12" -- whatever next Tuesday was.

10      Q.    Um hum.

11      A.    Either Monday or Tuesday.

12      Q.    Did Mr. Mills say why he didn't

13  respond to Ms. Browne-Sanders' E mail?

14      A.    No, he didn't.  And I think this

15  was the -- this -- this was the incident

16  that I believe at gate one and -- where

17  Isiah -- he told Steve he was sort of like

18  shocked.  He said he had on other

19  occasions approached Anucha and in a

20  greeting gave her a hug, and there was

21  never a problem, and at this time for some

22  reason he was -- she pulled back, and he

23  was surprised.  He didn't understand.  It

24  was a different reaction than he had

25  received in the past.

235

MORAN

1

2    Q.    My question was did -- did

3    Mr. Mills say why he --

4            MR. MINTZER: Strike that.

5    Q.    Did Mr. Mills say whether or not

6    he responded to the E mail that

7    Ms. Browne-Sanders sent?

8    A.    No, he didn't.

9    Q.    And did you ask him why he

10    didn't respond?

11    A.    No, I didn't.

12    Q.    Can I ask you to look at the

13    next page, 4183.

14    A.    Okay.

15    Q.    Towards the bottom of the

16    paragraph it seems to start with "Didn't

17    complain to Steve about how Frank spoke to

18    her." Do you see that?

19    A.    Yeah.  Let me just read the full

20    paragraph.

21    Q.    Um hum.

22            (Pause.)

23    A.    Do you want me to read that?

24    Q.    Yes, just starting with

25    "didn't."

JOHN D. MORAN
Vice President Employee
and Labor Relations



Confidential / Addressee's Eyes Only

<u>BY EXPRESS DELIVERY</u>

December 30, 2005

Ms. Anucha Browne-Sanders
201 White Oak Ridge Road
Short Hills, New Jersey 07078

Dear Anucha:

Last week, we were advised through your lawyers of alleged conduct towards you. As you know, we are investigating what your lawyers told us. Through our counsel to yours, we requested last week as part of our investigation the opportunity to speak with you directly, with your counsel present if you preferred.

We understand that yesterday, through your counsel, you suggested that we speak to a number of other individuals in our investigation. You nevertheless declined our request to speak to you directly. We remind you that, as an employee and officer of The Garden, you have an obligation to cooperate with The Garden in its investigation of the alleged conduct. We urge you to reconsider what we understand to be your decision not to speak to us.

In the meantime, we will continue our investigation despite the handicap of not being able to speak with you, directly and in detail, about your allegations. In addition, given what we understand your allegations to be, including particularly what you have expressed as your concerns about your personal physical safety, we do not wish to put you in a position where you believe your safety and security may be at risk until we have had an opportunity to complete our investigation and undertake whatever remedial steps may be appropriate. Accordingly, until our investigation is concluded, you will remain on the paid vacation status you commenced on December 23. Please contact me on Tuesday morning via telephone to discuss coverage of your duties and functions while you are out of the office.

Very truly yours,

John Moran
VP Employee & Labor Relations

Cc:     Judith Vladeck / Kevin Mintzer (by hand)

Madison Square Garden
Two Pennsylvania Plaza
New York, NY 10121-0091
Tel 212.465.6775
Fax 212.465.6373
john.moran@thegarden.com



CONFIDENTIAL

MSG 04230

Prep Sheet
Steve Mills
(Follow-up)

morning — Ella ask Pete to talk to Anucha concerning
Esiah and his treatment of Women

11/28 — Nov 28/29 / Anucha came to you to discuss
details of Stephons firing & said
A- "I can't do this anymore" see/what do you
want me to do about this?
/ Steve said "Esiah is going to say you
are having an affair with Jeff Nix"
/ do I need to get an attorney?

— Dio she ever complain to you at anytime about
his conduct?

3/23 — Frank Murphy — told Anucha not to send
notes like that & Email to Frank

[ 3/10 incident / pulled into Room
— 3/11 / told Steve a 3PM weekly meeting
3/23 meeting / at beginning of meeting brought up
cursed at her "and" after Esiah left
after Pope- you called Esiah?
12/1/04 / Huddle meeting / Entered you / renson Dr Flaxson
/ told Steve & said he needed special H Treatment
— Dr Kim

12/14 / last incident
when was your last conversation with Anucha?

— Charlie Wechens



State mtus   Jan 4, 3:30
2nd Interview

1st Point / Olson talk /
on my Bankshot

Olson / spoke about Esiah
/ never managed a staff like he has
Now
/ Dallop plan to manage his people
/ work to manage better
/ was going to have Frank run most
of the ops & I didn't think that was
a good idea
/ Frank old school & Esiah needed to
be more involved

Ask Pete to speak to Arturo about the above ?
Don't remember Dave that
Esiah wan't Frank to be point person
with Arturo — Steve ok with this
too much detail

Arturo complained on numerous occasions
About Esiah's conduct
"Absolutely Not"
Knew there were arguments, but
No one ever told me he was calling
People bitches & whores

CONFIDENTIAL                                    MSG 04171

3

Nov. 28 / SAID — I CAN'T DO THIS ANYMORE
        "I CAN'T WIN BRING UP NIX" — NO
STEVE / GOT COPY OF EMAIL FROM DANI & FROM
        ANUSHA ABOUT STEPHON

        / CAME TO MY OFFICE MORNING & OF
        SEXUAL H. CHARGES BY HASSAN.

FOR
FRIDAY
BEFORE?   ? / ANSA BROUGHT UP VENDOR & SAID
        COME BACK MONDAY IF YOU CAN'T
        TAKE IT ANYMORE —

        ⌠ MONDAY AM / 1ST HEARD ABOUT
        ⌡ SEXUAL H CHARGES
        ─ CALLED SUN NIGHT TO MEET MONDAY

        ┌ IN TEARS, EXPLOSIVE SITUATION IN KNICKS
        └ KATHERINE HAD MORE INFO
        — I KNOW HOW STEPHON FEELS ABOUT ME
        — I CAN'T DO THIS ANY MORE
        — C "   WORK HERE ANYMORE
        — JUST FIND ME A JOB WHILE I AM HERE

        PRIOR TO DTR VENDOR SAID ANUSHA WAS OUT ⊃
        LET HIM SINCE THEY WOULDN'T LET HIM GO
        TO A GAME   — YELL AT KARIES

CONFIDENTIAL                                    MSG 04172

4

In Tears / Just said OK, it's a
hard job / we will figure out a
way to do this
Why would I say Esiah has this
over TV

NIX — Discussed 2 times over last
2 years }
— Peter Eskew had said something
about A and Nix
— I didn't put any credence in it.
May have been on that conversation
more than once

Do I need a lawyer? — Remember in
conversation, after all of the emails &
speakon she asked me what were the
next steps — John Morris will do
an investigation of everything.
Am I under investigation?/ Do I need
an employment counsel ? I said No!
Separate conversation from the one on
Monday outlined above

CONFIDENTIAL

MSG 04173

5

3/23/ Email concerning Frank - Don't
send those notes - Don't remember email

3/23 - Remember the meeting & poles of
   misfortunes/blades
  - Remember she & Frank had lunch
    at Antonette
  - Doesn't remember meeting about
    misfortunes/blades to be trubbled
    by Frank Antonette
  - Remembers discussion over Potter's
    area & she wanted to make sure
    Isiah understood her areas & we
    had meeting to discuss that
  - At conclusion he was told he/Isiah
    just had backlash
  - After meeting, told Anucha she was
    pushed too hard
  - Don't remember ever any Bitch/Ho, etc
    (1st I'm hearing of this) Absolutely
3/10 - pulled into room / cursed at Her    Don't
3/11   back into room told Her           know of this
  - I know we to 35 & Ranley goes into locker room
    But, He went in & told by Anucha that
    He said no more appearances
  - Told Isiah he should not or said that
    said or they do have to do appearances

CONFIDENTIAL                          MSG 04174

6

Peter Pope / yes spoke to Fsian

ts

Seen Fsian breathen & kiss on cheek

Anyone complain about too long Hol, etc
Spec. Ho

12/30/04 Basically tell of incident ?
No, you'r kidding me. Didn't tell
anyone of them me of any of them

_____ / Relationship with Fsian ? No
/ Concerned about ja sexual H complaint ?—
Never heard of an issue
/ Never said anything negative
about players on Dsiant

Charlie Venton P. Ratner / yes, Is
this guy really that much of ja
Problem / Not sure if I want him from
Jim, But B if don't feel strongly
about then reconsider
Jim said to take Venton. OH. as a
Prospect

Even suggest Fsian take should take
Sexual H training ? No

CONFIDENTIAL

MSG 04175

2

How it interacts in an office
1. bet mail
1. Desktop training prov for him
1. with Pete

~ No one ever came to me saxual he
is sexual harassing people
~ Not shock me if he gassed someone
out

CONFIDENTIAL

MSG 04176