Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x
ANUCHA BROWNE-SANDERS,

   Plaintiff,

  vs.       No. 06 Civ. 0589
           (GEL)(DF)
MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS, III,
and JAMES DOLAN,

   Defendants.
-------------------------------x

     February 26, 2007

     10:11 a.m.


  Videotaped deposition of BARRY
WATKINS, held at the offices of Vladeck,
Waldman, Elias & Engelhard, P.C., 1501
Broadway, New York, New York, pursuant to
notice, before Cary N. Bigelow, RPR, a
Notary Public of the State of New York.

75

Watkins

she was looking for money?

    MR. GREEN: The witness should be admonished that to the extent the conversations took place at the direction of counsel or with counsel present, he may not answer. Otherwise he can.

    A.    I just can't remember what was said in front of counsel in part of a group setting or where Mark was in or what Steve and I said just to each other.

    I remember conversations we had before the lawsuit, but I can't remember -- I can't remember once the lawsuit hit other than Steve being hurt.

    Q.    Did you have any conversations with Mr. Mills about Miss Browne-Sanders before the lawsuit?

    A.    Sure we did, yeah, several.

    Q.    What did you discuss with Mr. Mills about Miss Browne-Sanders?

    A.    Well, generally we talked about the issues with Anucha that started after Isiah Thomas replaced Scott Layden as the president and general manager of the team.

76

Watkins

Q. What were the issues that you discussed with Mr. Mills?

A. The issues were that Anucha wasn't changing the way she did her job to work better with Isiah and that things that should have been done weren't getting done and that many things that she should have been able to resolve with him ended up having to go to Steve instead of being cut off before it got to the presidential level.

We talked about that Anucha wouldn't bend, change at all. I reported in to him a lunch that I had with Anucha where I brought this up early on. I remember reporting to him a lunch that I had with Isiah where I asked Isiah to try to acknowledge her and work with her a little bit more closely so that he could resolve issues before they got to Steve. I can recall a conversation I had with Steve after I had lunch, a second lunch with Anucha where I said to him, you better start looking because there's no way it's going to work, she's never going to change, she's never going to adjust, she's as negative as could be and she clearly doesn't want to be

```
                                                         77
 1                       Watkins
 2    here anymore.
 3         Q.    In the beginning of your answer you
 4    started talking about comments about not getting
 5    the job done, right, and problems that shouldn't
 6    have had to go to Steve that went to Steve.
 7         Who said that?  Did you say that or
 8    was that something Mr. Mills said?
 9         A.    No.  Again, to remember exact
10    conversations are difficult, but once Isiah got
11    the position, it became -- Steve said it became
12    very difficult for him now because Isiah was
13    much different in terms of running the
14    organization than Scott Layden was and that
15    Anucha was not working with Isiah in a way to
16    resolve matters between them and she's not
17    adjusting to fit the style of the new president
18    of the team and he was, you know, in the
19    beginning just mentioning that there were issues
20    and then obviously towards the end they became
21    more than issues, they became real problems.
22         Q.    When did Mr. Mills first start talking
23    to you about trouble between Mr. Thomas and Miss
24    Browne-Sanders?
25         A.    I can't remember exactly.
```

78

1                       Watkins

2      Q.    Was it within a few months of
3  Mr. Thomas joining the team?
4      A.    I can't remember.
5      Q.    Was it within a year of Mr. Thomas
6  joining the team, do you think?  Was it in 2004?
7      A.    I am sure it was, but again, I am not
8  great on those dates.
9      Q.    Is it your recollection that Miss
10 Browne-Sanders from the beginning of Mr. Thomas'
11 tenure had difficulty adapting to his changes?
12     A.    Generally.  I don't know about the
13 very beginning, you know, the first few weeks or
14 first few months, but yeah.
15     Q.    And that was something that Mr. Mills
16 had told you?
17     A.    Well, Mr. Mills had told me but I also
18 was aware just in my dealings with Anucha of
19 things that she would, you know, be trying to go
20 to go to Isiah with and people -- I don't
21 remember if I knew it directly from Anucha or
22 not, but it was clear that Anucha's role in the
23 organization was dramatically changing and she
24 did not have the -- let's just, for the lack of
25 a better term -- power she had had before Isiah

79

Watkins

1
2  arrived and she wasn't accepting of that.
3       Q.    Miss Browne-Sanders' job diminished
4  after Mr. Thomas came on?
5       A.    No.  Her job responsibilities were
6  always the same, as far as I understood them to
7  be.  Like I said before, she didn't report to me
8  so I don't know exactly what they are, but I
9  know that when Scott Layden was there Anucha had
10 a -- because of her personal relationship with
11 Scott Layden and with Don Chaney and with Jeff
12 Nicks, she was involved much more on the
13 basketball side than she would be shortly after
14 Isiah assumed the position, so her nonbasketball
15 responsibilities, as I understood them, stayed
16 the same but her venturing out into the
17 basketball operations side were changing, that
18 was clear to anybody that was working within the
19 Knicks or a position like mine at the time.
20      Q.    Did Miss Browne-Sanders ever complain
21 to you about Mr. Thomas?
22      A.    Yes.
23      Q.    And what did she say to you about
24 Mr. Thomas?
25      A.    I can't remember exactly, but the

80

Watkins

1
2  general tone of it was in, one lunch we had --
3  one lunch she had she was very understanding of
4  her not having the same kind of role in the
5  Knicks that she had under Scott, she criticized
6  trades that he made, and I can't remember
7  exactly -- the second lunch that I had with her
8  she was even more critical of what he -- blaming
9  him for the state of the franchise.
10             I don't remember exactly, but it was
11  very critical stuff.
12       Q.    You went to lunch with Miss
13  Browne-Sanders twice?
14       A.    Yes.
15       Q.    And when were those lunches?
16       A.    I don't remember exactly, but one
17  was -- the second one was in late summer, maybe
18  early September right before the year that she
19  left, so maybe '05, and the first one would have
20  been maybe a year before that, maybe the summer
21  of '04.
22       Q.    Focusing on the first lunch in the
23  summer of '04, do you recall --
24       A.    I think it was in the summer of '04.
25       Q.    Approximately, then.

81

Watkins

Do you recall anything that Miss Browne-Sanders said to you at that lunch other than what you have already said?

A. Yeah. She rolled her eyes about her role dramatically changing, she rolled her eyes that Isiah was making a deal with Frank Murphy, she clearly felt her place in the organization was different because of how the previous regime allowed her to venture outside into the basketball operation. She didn't seem -- not that she didn't seem, she clearly wasn't too pleased about how things had turned against her. That was the first lunch.

Q. You said she rolled her eyes about her role changing. What did she say about her role changing?

A. Oh, please, the way things are going around here with this guy, what he's done with our franchise, come on, give me a break, Barry, and I would say something good about Isiah, as one example.

Now, was that the exact words, no, but that clearly was the tone of her feelings that day.

82

1                          Watkins
2       Q.    She didn't think he was doing a very
3  good job?
4       A.    She did not think he was doing a very
5  good job and she clearly did not like -- she had
6  mentioned at the time that she wasn't -- I can't
7  remember if she mentioned this or I did, but she
8  wasn't really welcome at the training center
9  when she didn't have a specific responsibility,
10 she wasn't invited on the road with the team in
11 any way, and those are things she had done, she
12 had gone to training camp and those were things
13 she wasn't now doing that she had done in the
14 past.
15      Q.    You are not sure if she said that or
16 you said that?
17      A.    I can't remember, but we talked about it.
18      Q.    Anything else said at the first lunch
19 other than what you have testified to?
20      A.    That's the gist of it.  I could be
21 leaving something out that I could remember down
22 the road, but that's what I remember right now.
23      Q.    You have given us your best
24 recollection at this moment?
25      A.    At this moment, yes.