00000

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ANUCHA BROWNE SANDERS,

                    Plaintiff,
                                    Index No.
          v.                        06 CIV. 00589 (GEL)

MADISON SQUARE GARDEN, L.OP.,
ISIAH LORD THOMAS III and JAMES L.
DOLAN,

                    Defendants.
------------------------------------------x

                    December 18, 2006
                    10:06 a.m.
```

Deposition of VICTORIA BROWNE-MOORE, taken by Defendants, pursuant to subpoena, at the offices of Epstein Becker & Green, P.C., 250 Park Avenue, New York, New York, before ANITA T. SHEMIN, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

Job No. 11225

102

1                VICTORIA BROWNE-MOORE

2        A    Yes, she did.

3             MR. MINTZER:  Is that --

4             MR. CESARATTO:  T-O-N.

5             MR. MINTZER:  D-E-N.

6             MR. CESARATTO:  I am sorry.

7   BY MR. CESARATTO:

8        Q    What do you recall Anucha telling you
9   about Scott Layden?

10       A    I believe that he worked at the Knicks
11  at the time.

12       Q    Did she say what position he was in?

13       A    I don't remember specifically.  General
14  manager or something like that.

15       Q    To your knowledge, was your sister
16  friendly with Scott Layden?

17       A    Yes, I believe so.

18       Q    How do you know that your sister and
19  Scott Layden were friends?

20       A    Well, they worked together, and he
21  also -- and he also served as a witness concerning
22  something that we needed to be done concerning my
23  mother.

24       Q    What was that in conversation with?

25       A    It may have been -- I think it was

103

VICTORIA BROWNE-MOORE

1
2  relating to a will, and he served as a witness
3  when she was in the hospital.
4       Q    Were there any Madison Square Garden
5  employees other than Scott Layden who were the
6  witnesses to your mother's will?
7       A    No.
8            Yes, there was someone, and I want to
9  say I believe it was a -- he served as a witness
10 to some type of document concerning my mother's
11 will.  I want to be specific about that.  Some
12 type of document concerning my mother's will.  And
13 Faye was the other person you asked about.
14      Q    Faye Brown?
15      A    I believe that is her name.
16      Q    Were you present at the time?
17      A    I was not.
18      Q    Do you know whether your sister asked
19 Scott Layden to be a witness?
20      A    Yes.
21      Q    Do you believe so because your sister
22 told you?
23      A    Other than -- no, Ruthie actually
24 mentioned it to me, and Anucha may have.
25      Q    Do you know whether Scott Layden has