Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ANUCHA BROWNE SANDERS,

            Plaintiff,

    -against-          06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,

ISIAH LORD THOMAS, III and JAMES L. DOLAN,

            Defendants.
------------------------------------------X


VIDEOTAPED DEPOSITION OF RUTH BROWNE

New York, New York

Tuesday, January 16, 2007


REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 11464

334

RUTH BROWNE

Q    And was Scott Layden the other witness?

A    Yes.

Q    And how do you know that?

A    My sister told me.

Q    Has Anucha Browne Sanders ever told you the extent of her relationship with Faye Brown in terms of how good of a friend she considers her to be?

MS. CACACE:    Objection to form.

A    No.

Q    Did she tell you how it was that Faye Brown and Scott Layden came to be the witnesses on her mother's will?

MS. CACACE:    Objection to form.

A    Yes.

Q    And what did she tell you?

A    That the lawyers were coming to the hospital to give my mother the will to sign and that they needed witnesses. And Anucha was going to the hospital and because they needed witnesses, she needed

335

```
 1                RUTH BROWNE
 2   to bring two people with her to be
 3   witnesses to the will.
 4       Q    And so she asked Faye Brown
 5   and Scott Layden to accompany her for that
 6   purpose?
 7       A    That's my understanding.
 8       Q    How has she described her
 9   relationship with Faye Brown to you?
10            MS. CACACE:  Objection to
11       form.
12       A    She hasn't described it in any
13   specific way.
14       Q    Regardless of whether it's
15   specific or not, what statements has she
16   made to you about Faye Brown?
17            MS. CACACE:  Objection to
18       form.
19       A    She thought Faye Brown was a
20   good assistant.  She liked her.
21       Q    Has she told you that she's
22   talked to Faye Brown since the time of her
23   termination from Madison Square Garden?
24       A    No.
25       Q    What about Scott Layden, has
```