Sanders v. Madison Square Garden, L.P. et al
Case 1:06-cv-00589-GEL-DCF   Document 91-16   Filed 06/29/2007   Page 1 of 11
Doc. 91 Att. 15

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 CIV. 0589

------------------------------------------x

ANUCHA BROWNE-SANDERS,

                  Plaintiff,

   - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS III, AND JAMES DOLAN,

                  Defendants.

------------------------------------------x

                November 7, 2006
                10:20 a.m.

    VIDEOTAPE DEPOSITION of RUSTY McCORMACK, taken by the Plaintiff, pursuant to Notice, held at the offices of Vladeck Waldman Elias & Engelhard, P.C., 1501 Broadway, New York, New York, before Debbie Zaromatidis, a Shorthand Reporter and Notary Public of the State of New York.

                          McCORMACK

1
2    discussions with anyone about her hiring?
3        A.    No.
4        Q.    Did you ever have occasion to
5    work with Ms. Browne-Sanders?
6        A.    I really didn't.  I did not
7    attend staff meetings for the teams and
8    didn't -- I really didn't.
9        Q.    Did you have any --
10       A.    I had one later instance if you
11   would like to hear about it.
12       Q.    Well, I -- what I am asking you
13   is did you have any occasion to -- to work
14   with her while --
15       A.    Yes.
16       Q.    -- you two were employed?
17             Tell me what occasions you had
18   to work with her.
19       A.    She wanted to start up a thing
20   called Knicks fan guest representatives,
21   and so it was an organization that would
22   meet and greet fans as they would attend
23   an event or in this case a Knicks game
24   obviously.  So the -- these -- these were
25   employees who were then given a what we

94

1       McCORMACK
2  called a multi-concurrent job, and they
3  would be paid on a per diem basis for
4  working an event.
5           In order to do that, she -- she
6  involved Fran Hurley, who is my vice
7  president of training, another very
8  capable lady, and so she had a meeting
9  with Fran, and then Fran said to me,
10 Rusty, I want you to come to the next
11 meeting, which I did, and -- so I got the
12 gist of the program, and it -- it sounded
13 okay, but I said I -- I told told Anucha
14 she had to be careful here because we have
15 a union, and these are the ushers union.
16 We have a securities union. We have a
17 part of that who are called directors.
18 Directors simply guide people in the
19 concourses to the gates that they are
20 trying to get them to, so I said make sure
21 you coordinate this. And she said, oh,
22 yeah. Yeah, we'll do that, and then we
23 were going to set up training for these
24 people.
25           But the -- the next thing that

95

                    McCORMACK

1  
2  happened was they just appeared at a game.
3  So our facilities people didn't know about
4  it. They were untrained. This was in
5  November 2005. They were untrained. The
6  facilities people didn't know about it.
7  The unions were saying who is this,
8  and -- but there was a total breakdown in
9  communications there. It did cause
10 further friction between our facilities
11 people and Anucha, so it was just a -- it
12 wasn't really until about three weeks
13 later that we did begin to provide some
14 training.
15     Q.    When you say provide training,
16 who were the people that you were
17 providing training to?
18     A.    The Knick -- the Knicks fan
19 guest representatives.
20     Q.    These are people who were hired
21 on a per diem basis?
22     A.    No. They -- they are employees
23 who work during the day, but they get paid
24 extra. So they are exempt employees, but
25 they work the events on a per-event basis.

96

1              McCORMACK
2     Q.    The -- you said you had a
3  conversation with Ms. Browne-Sanders about
4  starting this program.  You -- is
5  that -- is that correct?
6     A.    No, we had a meeting.
7     Q.    Right.
8     A.    You know, she had a first
9  meeting with Fran Hurley --
10    Q.    Right.
11    A.    -- and Fran said -- asked me if
12 I would attend the next meeting, which I
13 did.
14    Q.    Did Ms. Hurley say why she
15 wanted you to attend the next meeting?
16    A.    Well, she said I think you
17 should be aware of it, and she said I
18 think there could be conflicts with the
19 union people and with the facilities
20 people.
21    Q.    When -- and then you took part
22 in a meeting with Ms. Hurley and
23 Ms. Browne-Sanders?
24    A.    And -- and Faye Brown was there.
25 Another astounding thing that I found was

97

McCORMACK

1
2   that Anucha put her secretary in charge of
3   this effort, which I -- seemed peculiar to
4   me.
5       Q.   Faye Brown was
6   Ms. Browne-Sanders' assistant?
7       A.   Administrative assistant.
8       Q.   Why was it astounding to you
9   that Ms. Brown was in charge of the
10  effort?
11      A.   She -- she was not a manager.
12  She is not a -- I mean she is an
13  administrative assistant, and I just
14  didn't think that she was qualified
15  to -- to do this, and -- and particularly
16  then to manage it during an event. It was
17  an important function. I mean we -- the
18  way we try to treat our fans, and there is
19  a whole program called fans first that
20  Fran Hurley runs, and then that -- that
21  relationship we try to make it as -- as
22  successful as we can.
23      Q.   Okay. Did you think that this
24  initiative that Ms. Browne-Sanders was
25  starting was a good idea or not?

                    McCORMACK

2    A.    Well, I thought it was a -- I
3  thought it was an okay idea as long as it
4  was coordinated properly.
5    Q.    Okay.
6    A.    And as long as the functions
7  were there and as long as the training was
8  there.
9    Q.    Okay. And so your understanding
10  is that the -- these -- these employees
11  appeared at a game prior to receiving any
12  training from MSG on what they would do?
13    A.    Correct.
14    Q.    And who told you that?
15    A.    Fran Hurley.
16    Q.    Did Ms. Hurley say what was the
17  basis of her information?
18    A.    That -- it was feedback. She
19  didn't say. She just said, you know, she
20  did not train them for a month.
21    Q.    Ms. Hurley said that
22  Ms. Browne-Sanders had not trained them
23  for a month?
24    A.    Ms. Browne-Sanders involved Fran
25  Hurley because Fran is training and

1  McCORMACK
2  development.
3  Q.  Oka.
4  A.  So it was -- it was her job then
5  to come up with a -- with a training
6  program for those people.
7  Q.  Okay.  So Ms. Hurley hadn't been
8  involved in any training as of the time
9  that these individuals started working --
10 appearing at games?
11 A.  That's correct.
12 Q.  Do you know whether
13 Ms. Browne-Sanders gave these individuals
14 any training outside of Ms. Hurley's
15 domain?
16 A.  I don't know that.
17 Q.  Did you have any follow-up
18 conversation with Ms. Browne-Sanders after
19 hearing from Ms. Hurley that the
20 individuals appeared at a game without
21 receiving any training?
22 A.  No.
23 Q.  Why not?
24 A.  I didn't -- I didn't really have
25 a reason at that point.

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                                      516-608-2400

```
                                                          100
 1                    McCORMACK
 2       Q.    Well, didn't -- you thought it
 3  was a mistake for the -- for the people to
 4  have appeared without being trained?
 5       A.    Yes.
 6       Q.    And is there any reason why you
 7  didn't want to call that mistake to
 8  Ms. Browne-Sanders' attention?
 9       A.    It was already called to her
10  attention by Fran Hurley.
11       Q.    And how do you know that?
12       A.    She told me that.
13       Q.    Did you discuss this issue with
14  anyone --
15       A.    She also said that Anucha said
16  something about well, mark Piazza well
17  tell Tim Hassett and his people, and -- so
18  when she -- she -- I am pretty sure she
19  said she discussed -- she called Mike
20  Piazza. He said I don't know anything
21  about it.
22       Q.    Ms. Hurley said she called Mr.
23  Piazza?
24       A.    (Witness nods).
25             MR. GREEN:    You have to answer.
```

```
                                                        123
 1                    McCORMACK
 2       A.    All right.
 3       Q.    Prior to December of 2005, did
 4  anyone suggest to you or state to you in
 5  in way that Ms. Browne-Sanders was going
 6  to be dismissed?
 7       A.    No.
 8       Q.    Prior to December of 2005, were
 9  you aware from any source that
10  Ms. Browne-Sanders' position was in
11  jeopardy at Madison Square Garden?
12       A.    Well, I -- I was aware of the
13  fact that she had obviously the
14  budget -- the budget problem.  There was
15  also another problem that arose that
16  was -- affected Tim Hassett and again the
17  facilities people at The Garden when there
18  was going to be an open practice
19  and -- and unbeknownst to the facilities
20  people Anucha decided to advertise that.
21  And so by advertising you create much
22  larger crowds, and so the crowd that did
23  show up was -- was far beyond what was
24  expected.  Therefore, Tim Hassett and his
25  people said they had inadequate security,
```

```
                                                            124
 1                     McCORMACK
 2    which really can affect the safety and
 3    could be serious to the people that do
 4    show up.  So again there was this lack of
 5    letting us know that, and then there
 6    was -- there's also by the way -- I don't
 7    know -- I don't know why if the process is
 8    that Anucha didn't bubble this -- these
 9    problems to HR.  That didn't happen.
10         Q.    By these problems, you are
11    referring to her -- her complaints of
12    sexual harassment?
13         A.    Right.
14         Q.    Okay.  Could you --
15         A.    Because we are talking about --
16              MR. MINTZER:  Could you -- could
17    you read my prior question back, please.
18    Not this one, the one before.
19              (The record was read as follows:
20              "Question:  Prior to December of
21    2005, were you aware from any source that
22    Ms. Browne-Sanders' position was in
23    jeopardy at Madison Square Garden?"
24         Q.    Can I ask for you to answer that
25    question, please.
```