Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
ANUCHA BROWNE SANDERS,

              Plaintiff,

        -against-         06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

             Defendants.
------------------------------------------X


     VIDEOTAPED DEPOSITION OF JEFFREY NIX

         New York, New York

       Friday, January 26, 2007



REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 11467

JEFFREY NIX

    A    Under Scott Layden was the president and general manager.

    Q    So you never became an assistant general manager until Mr. Layden came -- came on?

    A    That's correct.

    Q    Okay.

    MR. ADES: You may want to clarify that, just when you moved there, so Lucy understands.

    A    Jeff Van Gundy was still the coach when I moved to the front office with Scott Layden.

    Q    So again then getting back to the steps an employee would take if they were having work-related problems under the policies of the Garden, what would they do?

    MR. MINTZER: Objection to form.

    MR. ADES: This is any work-related problem.

    A    You would go to your immediate supervisor or you would go to human resources.

31

JEFFREY NIX

2  Q  Okay.
3     Did you have a choice? Did you
4  have to go to one or the other first?
5     MR. MINTZER: Objection to form.
6  A  I don't think there was a
7  sequence of ...
8  Q  Okay.
9     During the time that you worked
10 as assistant general manager under Scott
11 Layden, were there ever times when
12 employees came to you with work-related
13 issues?
14 A  No.
15 Q  When was it, if you recall, that
16 Scott Layden actually came to work at the
17 Garden?
18 A  I can't recall a specific date.
19 Late '90s. I am not sure.
20 Q  So let's talk about the time
21 period, just for a moment, when Scott
22 Layden is the -- is he the general manager
23 of the Knicks? Is that his title?
24 A  I recall that being his title to
25 start. I think he was president, also.

1                    JEFFREY NIX
2       A    When Isiah arrived, he made a
3   coaching change.
4       Q    So what happens actually when
5   Isiah Thomas arrives in December of '03,
6   is that he comes on and takes the place of
7   Scott Layden, correct?
8       A    That's correct.
9       Q    And he also makes a coaching
10  change and Don Cheney is no longer the
11  coach?
12      A    That's correct.
13      Q    And who comes on as coach?
14      A    Lenny Wilkins.
15      Q    I want to stay and talk for a
16  moment in time when Scott Layden was the
17  president and general manager of the
18  Knicks.
19           During that time period -- strike
20  that.
21           There came a time when Layden was
22  the general manager that Anucha
23  Browne Sanders came to work for the Knicks
24  as well; is that correct?  For Madison
25  Square Garden?

```
                    JEFFREY NIX
            MR. MINTZER:  Objection to form.
        A   Yes.
        Q   Would you and, for example, Scott
Layden and she have dinner on occasion?
        A   Sure.
        Q   With spouses?
        A   Yes.
        Q   During that time period, would
Anucha Browne Sanders come out to the
practice facility to watch practices?
        A   She would come out on occasion,
sure, yes.
        Q   Would she actually participate,
for example, in scouting activities?
            MR. MINTZER:  Objection to form.
        A   I am not sure exactly what you
mean by "scouting activities."
        Q   Well, would she ever -- would she
ever go out when scouting was being done
to watch the process or see the process?
            MR. MINTZER:  Objection to form.
        A   No, she would not travel with our
scouts to see games.
        Q   When trades were being made, did
```

51

```
 1                    JEFFREY NIX
 2          Thanks for explaining that.
 3          MR. ADES:  So you can explain --
 4   she's trying to understand what's going
 5   on.
 6      Q   And so would she -- did she ever
 7   participate in draft night?
 8      A   Yes.
 9      Q   And why would she be there?
10      A   First of all, she's a
11   senior-level executive at Madison Square
12   Garden.  They were all invited to that
13   event, to that room to see that process.
14          We also had players that evening
15   that might have been at Madison Square
16   Garden on draft night.  You select them,
17   you bring them up, you introduce them to
18   the people involved, our scouts, our
19   executive management team.
20          And it was important -- I think
21   it was a valuable part of our -- you know,
22   it's a team effort.
23      Q   Sure.
24      A   And that's how -- that's how I
25   always treated things:  We are a team.
```

```
 1                    JEFFREY NIX
 2      Q     Did she read scouting reports?
 3            MR. MINTZER:  Objection to form.
 4      A     No.
 5      Q     When the -- when the game was
 6  actually going on, where would you go to
 7  watch the game from?
 8      A     I would watch the game in a TV
 9  booth, upper level Madison Square Garden.
10            MR. ADES:  All the time?  Did you
11  ever watch it from anywhere else?
12            THE WITNESS:  Maybe from the
13  lounge, in the players' lounge.
14            MR. ADES:  Just trying to be
15  accurate.
16      Q     Thanks.
17            Anywhere else?
18      A     No.
19      Q     And would Anucha Browne Sanders
20  ever join you to watching the game from
21  either of those vantage points?
22      A     Yes.
23      Q     And where would Mr. Layden watch
24  the game from?
25      A     He would be --
```

```
 1                JEFFREY NIX
 2        MR. MINTZER:  Objection to form.
 3   Any time?  I mean, this is during that
 4   same period but any time?
 5        MS. FRANCO:  Yeah, okay.
 6   Q    What was his usual practice?
 7   A    He would watch the game up in the
 8   TV booth.
 9   Q    So during the course of an
10   average week, let's say during the season
11   when Layden is general manager and you are
12   assistant general manager and Anucha
13   Browne Sanders is working at Madison
14   Square Garden as well, you would see her
15   on three or four occasions during the
16   week?
17        MR. MINTZER:  Objection to form.
18   A    It depends on the season.
19   Q    Okay.
20   A    You know, we are not a
21   January-to-December schedule in
22   basketball.  We have a preseason, we have
23   a season, regular season.  We have a post
24   season, we have a draft season in June,
25   and then we have basically an off season
```

```
 1                    JEFFREY NIX
 2   of course.  Yes.
 3       Q    What were some of those changes?
 4       A    Regarding the practice facility,
 5   the players' appearance, the team playing,
 6   coats and ties, all those types of things,
 7   yes.
 8       Q    So, for example, in terms of the
 9   players' appearance, you are saying
10   actually that when Isiah Thomas came in,
11   he put some kind of rules into place about
12   how the players would dress?
13       A    He had some specific rules, yes.
14       Q    And what were those?
15       A    Coat and tie on the road, on the
16   plane.
17       Q    Anything else?
18       A    Player related, I am not sure.  I
19   don't recall.
20       Q    You said he put some rules into
21   effect with regard to the practice
22   facility.
23            Would those have been rules with
24   regard to who would be allowed out at the
25   practice facility?
```

```
                    JEFFREY NIX
```

 A   Not necessarily, no.

 Q   Having to do with who would be allowed, say, in the locker rooms after games?

 A   Specifically in the locker room or the lounge area.

 Q   Let's talk about the lounge area.

 A   Just team personnel.

 Q   Was -- was that a change in terms of what had occurred under Scott Layden?

 A   I don't recall there being a significant change.  It was more -- you know, it had no effect on me.

 Q   Were you able to observe whether it had an effect on others?

         MR. MINTZER:  Objection to form.

 A   I don't recall the effect on others.  I don't recall specifically the rules.

 Q   But you do recall that there were rules that were actually codified, whether they were codified in terms of e-mails or postings or whatever, that Isiah Thomas made it clear how he wanted players to be

1        JEFFREY NIX
2  treated out at the practice facility,
3  correct?
4        MR. MINTZER:  Objection to form.
5    A    I don't recall anything in
6  writing.
7    Q    Well, how was it that you heard
8  about these changes?
9    A    Verbally.
10   Q    From whom?
11   A    From people at the practice
12 facility.  Yeah, Isiah has some specific
13 rules who could come to the locker room,
14 who parked where, things like that at
15 Madison Square Garden.  Who can come back
16 in the locker room area after the games.
17 Closed the doors.  You know, they would
18 hold the press.
19       And really there was nothing
20 really significant, I didn't think.
21   Q    Did Anucha Browne Sanders ever
22 make any statements to you that indicated
23 that she thought that she was less welcome
24 in any of those areas than she had been
25 before under Scott Layden?

90

JEFFREY NIX

1  
2  personnel that were back there never
3  really changed as far as I know. I mean,
4  you have three specific locations for the
5  most part. You have the New York Knicks'
6  locker room, you have the lounge area and
7  you have the New York Rangers' locker
8  room.
9      Q    What kind of changes took place
10 in terms of after Isiah Thomas came in
11 terms of people who would have access to
12 the lounge or the ability to come in the
13 lounge?
14     A    I think he just wanted to keep it
15 off limits -- I don't think Isiah wanted
16 people just lounging and hanging out there
17 during the game, being around there. He
18 wanted to create a sterile environment
19 around the team on game days at Madison
20 Square Garden.
21     Q    Did he ever tell you why?
22     A    No.
23     Q    Did there ever come a time in
24 this January-to-March time frame -- strike
25 that.

131

```
 1                    JEFFREY NIX
 2       Q     Okay.
 3             So from 1992 on, you would have a
 4   contract and then periodically renew or
 5   amend that contract?
 6       A     Exactly.
 7       Q     Did you have a contract that was
 8   up in October of '04?
 9       A     No.
10       Q     And so did the change that Isiah
11   Thomas was telling you he was going to
12   make, did that require some negotiation to
13   amend an existing contract?
14       A     It was it was an amendment to the
15   end of the current contract that I was on.
16   My title as assistant general manager
17   ceased on August 31 of 2005.  On
18   September 1 of 2005 is when my title of
19   director of scouting kicked in.
20       Q     Are you saying 2005 or 2004?
21       A     2005.
22             MR. ADES:  So even though Isiah
23   Thomas told you you were changing, you
24   still got paid under the old system; is
25   that correct?
```

805 Third Avenue, New York, New York 10022  (212) 705-8585