Kevin T. Mintzer

From: creynolds@morganlewis.com
Sent: Friday, December 23, 2005 3:26 PM
To: Kevin T. Mintzer
Subject: Re: Anucha Browne Sanders

Kevin, consistent with our discussion yesterday on Ms. Browne Sanders' security issue, Marc Schoenfeld has provided her the contact data for Tim Horner of Kroll's executive protection group. He is standing by to talk to her. If there are any issues or concerns, please feel free to email me or contact me on my cell: 917.838.5508.
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: "Kevin Mintzer" [kmintzer@vladeck.com]
Sent: 12/22/2005 10:21 PM
To: "Christopher Reynolds" <creynolds@morganlewis.com>; "Judith Vladeck" <jvladeck@vladeck.com>
Cc: "Kevin Mintzer" <kmintzer@vladeck.com>
Subject: Re: Anucha Browne Sanders

Christopher:

Ms. Browne Sanders agrees to the terms contained in your email below. With respect to the security services, we assume that the selected provider will be mutually acceptable to both of our clients. Also, you should be aware that Anucha does plan to come to the office tomorrow, Dec 23, at about noon for an office holiday party with the members of her team. She expects to leave the office by about 2pm. Please let me know if you have any concerns about this. Otherwise, we will be in touch with you by Tuesday of next week to continue our discussions.

Sincerely,

Kevin T. Mintzer
-----------------------------------------
Sent wirelessly via BlackBerry from T-Mobile.

-----Original Message-----
From: creynolds@morganlewis.com
Date: Thu, 22 Dec 2005 18:21:23
To:kmintzer@vladeck.com
Subject: Anucha Browne Sanders



PRIVILEGED AND CONFIDENTIAL
COMMUNICATION IN FURTHERANCE OF SETTLEMENT

Kevin,

Per our earlier telephone conversation, I have drafted the following to memorialize our understanding. Please confirm back to me at your earliest convenience your agreement on behalf of your client. I can be reached via Blackberry at the address below and, if necessary, can reach back to you at a convenient time / telephone number this evening.

1. Commencing immediately, the respective counsel for Madison Square Garden ("MSG") and Anucha Browne Sanders will attempt to expedite a negotiated, good faith resolution of Ms. Browne Sanders' claims. As part of that negotiation, the parties will discuss and consider the terms of an acceptable "exit" from MSG that preserves Ms. Browne

1

Sanders' employability elsewhere.

2. During the pendency of those negotiations, Ms. Browne Sanders will be on paid vacation from her employment and her absence from the office will be explained as such, with the negotiations and alleged claims remaining confidential. Ms. Browne Sanders' paid vacation leave and absence from MSG during this period will not be used by either party as evidence against either party for any purpose, including damages or liability under any federal, state or local statute, common law or other theory.

3. MSG will provide at the earliest opportunity an appropriate level and duration of personal security services to Ms. Browne Sanders after an assessment by professional security personnel designated by MSG, provided that MSG's agreement to provide and the provision of such services will not be used by either party as evidence against either party for any purpose, including damages or liability under any federal, state or local statute, common law or other theory.

4. The foregoing understanding and agreement between the parties will be confidential and deemed in furtherance of settlement pursuant to Fed. R. Evid. 408.

Very truly yours,

Christopher P. Reynolds
Morgan, Lewis & Bockius LLP
Counsel for Madison Square Garden


Christopher P. Reynolds
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York City, New York 10178
212.309.6807 - ph
212.309.6273 - fax
creynolds@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
?

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.