Sanders v. Madison Square Garden, L.P. et al Doc. 96





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

ANUCHA BROWNE SANDERS,

Plaintiff,

- against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN,

Defendants.

---------------------------------------- x

06 Civ. 00589 (GEL) (DCF)

DECLARATION OF
BRIAN G. CESARATTO

Brian G. Cesaratto declares under penalty of perjury:

1. I am associated with the law firm of Epstein Becker & Green, P.C., attorneys for defendants Madison Square Garden, L.P. ("MSG") and James L. Dolan ("Dolan"), and I submit this declaration in Further Support of MSG and Dolan's Motion For Partial Summary Judgment. The purpose of this declaration is to identify pleadings, deposition transcripts and exhibits thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts taken from the Deposition Transcript of Anucha Browne Sanders dated November 27, 2006.

3. Attached as Exhibit B is a true and correct copy of excerpts taken from the Deposition Transcript of Anucha Browne Sanders dated November 28, 2006.

4. Attached as Exhibit C is a true and correct copy of excerpts taken from the Deposition Transcript of Isiah Thomas dated December 8, 2006.

5. Attached as Exhibit D is a true and correct copy of excerpts taken from the Deposition Transcript of Karin Buchholz dated January 19, 2007.

6. Attached as Exhibit E is a true and correct copy of excerpts taken from the Deposition Transcript of James Dolan dated December 11, 2006.



Dockets.Justia.com

7. Attached as Exhibit F is a true and correct copy of excerpts taken from the Deposition Transcript of Jeffrey Nix dated January 26, 2007.

8. Attached as Exhibit G is a true and correct copy of excerpts taken from the Deposition Transcript of [redacted] dated January 23, 2007.

9. Attached as Exhibit H is a true and correct copy of excerpts taken from the Brock Weaver dated December 21, 2006.

10. Attached as Exhibit I is a true and correct copy of excerpts taken from the Deposition Transcript of Leon Reimer dated January 22, 2007.

11. Attached as Exhibit J is a true and correct copy of excerpts taken from the Deposition Transcript of Joseph Favorito dated February 12, 2007.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 8, 2007, in New York, New York.

s/Brian G. Cesaratto
BRIAN G. CESARATTO