Sanders v. Madison Square Garden, L.P. et al — Doc. 96 Att. 1

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANUCHA BROWNE SANDERS,

                Plaintiff,

      -against-         06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

                Defendants.
------------------------------------X


VIDEOTAPED DEPOSITION OF ANUCHA BROWNE SANDERS

New York, New York

Monday, November 27, 2006




REPORTED BY:

BARBARA R. ZELTMAN

Job Number: 10954



# David Feldman
W o r l d w i d e

805 Third Avenue, 8th Floor        600 Anton Boulevard, 11th Floor
New York, NY 10022                Costa Mesa, CA 92626
(800) 642-1099                     (866) DFW-1380

```
 1              ANUCHA BROWNE SANDERS
 2   to Isiah.
 3        Q    What did he say they were?
 4        A    Exactly what I said.  I was
 5   P&L manager responsible for the business
 6   operations, the business side of the team,
 7   the revenue streams, marketing, new media,
 8   Web, game presentation, community
 9   relations, alumni relations.  We went
10   through fan development and all the rest
11   of my responsibilities.  And he confirmed
12   that that was my role.
13        Q    How about budgets, was that
14   your responsibility?
15        A    Yeah.  It was a collaborative
16   responsibility, yes.
17        Q    Collaborative with who?
18             MS. VLADECK:  Objection to
19        form.
20        A    Well, as P&L manager, there
21   were parts of the P&L that I was
22   responsible for that were directly
23   influenced by my peers.  So there were
24   other people in the senior vice president
25   role that influenced and also had direct
```

```
 1              ANUCHA BROWNE SANDERS
 2   responsibility for parts of the P&L.
 3         Q     But the ultimate
 4   responsibility for P&L and the budgeting
 5   at the Garden, as related to the Knicks,
 6   was yours, correct?
 7              MS. VLADECK:  Objection to
 8        form.
 9         A     I would consider myself a P&L
10   manager, and in that role, I had people
11   providing me information.
12              The ultimate ownership of the
13   P&L --
14         Q     Sorry.  I was rude, but I did
15   not mean to be rude.  Would you mind
16   saying it again.
17         A     In my role, I was the P&L
18   manager.  So I owned the revenue streams.
19   The budget process was a collaborative
20   process, and it involved myself, it
21   involved Mark Piazza who oversaw P&L for a
22   number of different entities, as well as
23   Brian LaFemina who oversaw suites and
24   tickets and some of the ticket sales
25   responsibilities.
```

```
 1                ANUCHA BROWNE SANDERS
 2        Q    You can't say specifically
 3   what they were.
 4             But anything else?
 5        A    He's damaged my reputation.
 6        Q    In any other way other than by
 7   the ways you just described?
 8        A    I think he's affected my
 9   ability to get other employment.
10        Q    Have you tried to get other
11   employment since you left the Garden?
12        A    Yes, I have.
13        Q    With whom have you tried?
14        A    Quite a number of people.
15        Q    If I leave a space, will you
16   tell me who those people were?
17        A    Georgetown University,
18   Gatorade, Verizon Wireless, TENNIS
19   Magazine.
20        Q    What magazine?
21        A    TENNIS.
22        Q    Tents?
23             MS. VLADECK:   TENNIS.
24             MR. PARCHER:   TENNIS Magazine.
25        A    TENNIS Magazine.
```

1           ANUCHA BROWNE SANDERS
2       Q    Are you a tennis player?
3            Sorry.  I withdraw that
4   question.  I've only got a few more
5   minutes.
6       A    Northwestern University.
7   Rutgers University.
8       Q    Only because of the pressure
9   of time, if you have more, you can fill it
10  in at the time you see your depo.  You'll
11  have a chance to put in more after you
12  reflect on it.
13           But are you saying that these
14  are companies or institutions that you
15  applied a job for, they turned you down
16  because your reputation has been damaged;
17  is that your position?
18           MS. VLADECK:  Objection to
19      form?
20      A    Yes, I would agree.  Yes.
21      Q    Did anybody say that to you?
22  At any of the institutions or companies
23  that you applied to, up to this moment in
24  time, has anybody said to you something
25  about your reputation has been damaged and

```
 1              ANUCHA BROWNE SANDERS
 2   therefore they are not hiring you?
 3              MS. VLADECK:  Objection to
 4        form.
 5        A    No.  Not that I can recall,
 6   no.
 7        Q    So what's the basis of your
 8   saying that it's because your reputation
 9   was damaged?
10        A    I interpret a lot of the
11   rejection and certain places I've applied
12   for jobs is not wanting to be associated
13   with somebody involved in something of
14   this magnitude.
15        Q    Has anybody told you that?
16        A    Not in those direct words.
17        Q    Did they tell it to you
18   indirectly?
19        A    I've had executive recruiters
20   reference the case and the difficulty --
21   or the importance of being able to present
22   to their clients, who were firms that are
23   hiring, risk assessment, media assessment
24   of all their clients that they are
25   presenting.
```

ANUCHA BROWNE SANDERS

I think it's left questions for people, given the Garden's statement on the reasons I was fired.

Q    Anything Isiah did that caused your reputation to be hurt?

MS. VLADECK: Asked and answered. Objection to form.

A    Isiah was part of the decision in firing me.

Q    And if he wasn't part of the decision to fire you, was there anything that he did to cause your reputation to be hurt?

MS. VLADECK: Objection to form. Asked and answered.

A    I think he contributed to all of those things, yes.

Q    By the ways you told us, Marbury and so on and so forth, all of those points; is that what you are saying?

A    Yes.

Q    Has anybody told you that you have a lesser reputation today than you did when you were working at the Garden?

```
 1                ANUCHA BROWNE SANDERS
 2       A     Not in those words, but it's
 3   clearly been implied in my discussions
 4   with some executive recruiters.
 5       Q     What are their names?
 6       A     I've spoken to Buffy Fillippo.
 7       Q     Would you give me an address
 8   if I left a space?
 9             MR. MINTZER:  I think you've
10        been provided with Interrogatory
11        answers, and you have it already.
12             MR. PARCHER:  I have it
13        already.  Thank you.
14       Q     No offense -- and I hope it
15   doesn't happen -- but if you won your
16   lawsuit, that would clear up your
17   reputation in regard to what kind of
18   person you are?
19             MS. VLADECK:  Objection to
20        form.
21       A     I don't know.
22       Q     Really?  Walk out of that
23   courthouse smiling and laughing on your
24   way down to Chinatown or Little Italy to
25   celebrate, you don't think that cures any
```