ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANUCHA BROWNE SANDERS,

              Plaintiff,

       -against-         06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

             Defendants.
----------------------------------------X


VIDEOTAPED DEPOSITION OF ANUCHA BROWNE SANDERS

New York, New York

Tuesday, November 28, 2006




REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 10957





**David Feldman**
Worldwide

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

ANUCHA BROWNE SANDERS

A   People left the Garden. People came in, yes.

Q   Did people leave voluntarily or involuntarily or was it a combination of the two?

MS. VLADECK: Objection to form.

A   Most people left voluntarily. Outside of the layoffs some people left --

Q   Did any --

MS. VLADECK: Sorry. Were you finished?

A   Most people left voluntarily. Some people were laid off and then I think there were a few that were fired.

Q   Did Eddie Oliva leave?

A   Yes.

Q   And can you tell us what his position was and when he left?

A   I think he was a director level basketball operations/community relations.

Q   Forgive me, but how does director level fit in the organizational

1          ANUCHA BROWNE SANDERS

2    structure with respect to vice presidents

3    and senior vice presidents?

4        A    Starting from senior vice

5    president being the highest ranking, the

6    vice president is below that, director is

7    below that, manager and then assistant.

8        Q    Thank you.

9             So who did Mr. Eddie Oliva

10   report to when he was a director and left?

11       A    He reported directly to me.

12       Q    And you would have been vice

13   president?

14       A    Was I vice president?  I don't

15   know if I was vice president or senior

16   vice president at that point.  I'm not

17   sure of the exact --

18       Q    Wouldn't a director -- I'm

19   sorry.

20            Wouldn't a director report to

21   a vice president and vice president report

22   to a senior vice president?

23       A    No, not necessarily.  I had

24   directors reporting directly to me.

25       Q    When did Mr. Oliva leave, do

ANUCHA BROWNE SANDERS

directly into basketball operations and not community relations or marketing.

    Q    And why was that a problem?

    MS. VLADECK:  Objection to form.

    A    Because that wasn't his assigned position. His assigned position, as stated by Steve Mills, was that he would be working in my department within community relations.

    Q    Do you know if a reason for his wanting to report in to basketball operations was because he didn't want to report to you?

    A    No. His reasons for wanting to report in to basketball operations was because he felt that the majority of his function is -- his job function was basketball-operations focused.

    Q    And did Peter Fagan also leave?

    A    Yes, he did.

    Q    Can you tell us what his title was and what his job was and when he left?

241

1       ANUCHA BROWNE SANDERS
2  and took me aside and said, "I want to
3  talk to you about ████."
4            He proceeded to tell me that
5  he mentioned to ████ that they had money
6  set aside to hire somebody in a consulting
7  role to help them with the ████
8  ████████████████████████████. He said
9  that ████ then said that she wanted to do
10 that.  And he asked her, "Well, you are
11 doing that -- you're working for the
12 company, how can you work for the company
13 and also do this program for me on a
14 consulting basis?"
15           And she said, "I've done it on
16 other programs."  That was relayed to me.
17 I came back and I relayed that to Steve
18 and he asked me to -- I don't remember who
19 at the time I spoke to in HR, who he
20 directed me to.  And she was fired.
21      Q    Did Mr. Mills offer any
22 resistance to her being terminated?
23           MS. VLADECK:  Objection to
24      form.
25      A    ████ had numerous performance