```
 1                                                              1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    06 Civ. 0589 (CGE)
 5    ---------------------------------------x
 6    ANUCHA BROWNE-SANDERS,
 7                             Plaintiff,
 8          - against -
 9    MADISON SQUARE GARDEN, L.P., ISIAH LORD
10    THOMAS, III, and JAMES DOLAN,
11                             Defendants.
12    ---------------------------------------x
13                             December 8, 2006
                               12:24 p.m.
14
15          VIDEOTAPE DEPOSITION of ISIAH
16    LORD THOMAS, III, taken by the Plaintiff,
17    pursuant to Notice, held at the offices of
18    Vladeck Waldman Elias & Engelhard, P.C,
19    1501 Broadway, New York, New York, before
20    Debbie Zaromatidis, a Shorthand Reporter
21    and Notary Public of the State of New
22    York.
23
24
25
```

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868
516-608-2400

```
                        THOMAS                           301
```

1      any conversations with Barry Watkins

2      regarding this litigation?

3           A.    You skipped a name.

4           Q.    Have you talked to yourself?

5           A.    Every night.

6                 (Laughter.)

7           Q.    What do you say every night?

8           A.    Yes, I do.

9                 MR. GREEN:  This question also

10     requires you to answer except to the

11     extent that the information would reveal

12     conversations held with or in the presence

13     of counsel.

14          Q.    Barry Watkins.

15          A.    No.

16          Q.    And then Jerome Williams --

17                MR. GREEN:  Same admonition.

18          A.    No.

19          Q.    Mr. Thomas, you said that

20     Ms. Burnett is your -- you're her uncle?

21          A.    Yes.

22          Q.    Did you get a waiver to hire Ms.

23     Burnett?

24                MR. GREEN:  Objection to form.

```
                                                    302
1                    THOMAS
2       A.    That I -- that I don't know.  I
3  know -- I know she had to wait a while
4  before I could hire her, and I am not -- I
5  am not sure what -- background checks or
6  anything that Steve did, if anything, but
7  I -- I myself did not receive any
8  written -- I don't believe I did to -- to
9  hire her.
10      Q.    Did you have a conversation with
11 anyone at MSG regarding you hiring your
12 niece?
13      A.    Steve.
14      Q.    And what discussions did you
15 have with Steve regarding you hiring your
16 niece?
17      A.    When I was hired, I -- Raquel
18 was my executive assistant in Indiana, and
19 when I got here Katherine O'Gorman was
20 Scott Laden's executive assistant, and I
21 made the request that I wanted to bring my
22 own in because there were some things that
23 needed to be handled for me on a personal
24 level and on the endorsement side and just
25 people that I knew that it would -- it
```

```
                                                           303
 1                    THOMAS
 2    would be hard for Katherine to really get
 3    up to speed on a lot of my daily
 4    activities and other things that I have on
 5    my calendar.   He said that he needed
 6    to -- I don't -- I'm not sure why Raquel
 7    couldn't come, but he -- I don't think
 8    she -- she got here until maybe -- maybe
 9    July or August.
10         Q.    Did you tell Mr. Mills during
11    that conversation that Ms. Burnett was
12    your niece?
13         A.    Yes, I did.
14              MR. SMITH:   How much time do I
15    have?
16              THE VIDEOGRAPHER:   You have 20
17    minutes.
18              MR. SMITH:   Can I go off the
19    record for two seconds.
20              THE VIDEOGRAPHER:   We are now
21    going off the record at approximately 9:22
22    p.m.
23              (Discussion held off the
24    record.)
25              THE VIDEOGRAPHER:   We are now
```