```
                                                              1
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   06 Civ. 0589 (CGE)
 5   ---------------------------------x
     ANUCHA BROWNE-SANDERS,
 6
                  Plaintiff,
 7
 8
            - against -
 9
10
     MADISON SQUARE GARDEN, L.P., ISIAH LORD
11   THOMAS, III, and JAMES DOLAN,
12                Defendants.
     ---------------------------------x
13              January 19, 2007
                10:01 a.m.
14
15
16      Videotaped Deposition of KARIN
17   BUCHHOLZ, taken by Plaintiff, pursuant to
18   Notice, held at the offices of Vladeck
19   Waldman Elias & Engelhard, P.C., 1501
20   Broadway, New York, New York, before Todd
21   DeSimone, a Registered Professional
22   Reporter and Notary Public of the State of
23   New York.
24
25
```

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868
516-608-2400

19

1          BUCHHOLZ

2     Q.     And after the U.S. Olympic
3  Committee, where did you work next?
4     A.     At the NBA office for the WNBA.
5  I was the director of fan development for
6  the WNBA here in New York.
7     Q.     And for how long did you work
8  for the WNBA?
9     A.     About a year and a half.
10    Q.     Then what was your next
11 position?
12    A.     The position I currently have.
13    Q.     And that is vice president --
14    A.     Of Community Relations and Fan
15 Development for the New York Knicks.
16    Q.     And you got that job when?
17    A.     I think it was September 9th,
18 2002.  Yes, after September 11th, yes.
19    Q.     And describe the circumstances
20 of your being hired as the vice president
21 of Community Relations and Fan Development
22 for the New York Knicks?
23    A.     When I was working for the WNBA
24 I attended a New York Liberty game and for
25 some reason I had a book that had all of

```
                                                          23
 1                       BUCHHOLZ
 2    as to whether somebody had been in that
 3    job or whether this was a newly-created
 4    position or something else?
 5         A.    My understanding was that there
 6    was a director of Community Relations and
 7    that they upgraded it to a vice president
 8    level.
 9         Q.    And was there an incumbent in
10    the director of Community Relations
11    position or was it vacant?
12         A.    I think the person that had the
13    job as director was let go, was fired.
14         Q.    Do you know who that was?
15         A.    ██████████████
16         Q.    Who did you interview with
17    prior to getting the job with the Knicks?
18         A.    Who interviewed me?
19         Q.    Correct.
20         A.    Anucha, Peter Feigin, Joe
21    Favoritto, Steve Mills, Mary Pat Clark,
22    Barry Watkins.  I think that was it.
23         Q.    What is your recollection about
24    your conversation with Ms. Browne-Sanders
25    during your interview?
```

```
                                                    34
 1                    BUCHHOLZ
 2   person in this position, how they would
 3   interface and interact with the Garden of
 4   Dreams -- it wasn't the Garden of
 5   Dreams -- with the Cheering For Children
 6   Foundation.
 7        Q.     Now, once you got and accepted
 8   the job, were you given a job description,
 9   whether formal or informal?
10        A.     Yes.
11        Q.     Was it written or something
12   else?
13        A.     It was written.
14        Q.     What were your job functions at
15   the time you were hired?
16        A.     I haven't looked at that job
17   description for a long time.  Being the
18   liaison to community leaders, being the
19   liaison to the NBA, overseeing the Read to
20   Achieve Program, creating programs.  Now,
21   I don't know if I'm telling you what my
22   job is or if it was in the job
23   description.
24        Q.     When is the last time you've
25   looked at your job description?
```

```
                                                            40
 1                    BUCHHOLZ
 2       Q.      Have you been notified what
 3  your increase will be in this February or
 4  March?
 5       A.      No.
 6       Q.      And who do you believe is
 7  deciding what your raise will be?
 8       A.      I'm sure Mark Piazza will be
 9  doing my performance appraisal.
10       Q.      Just so it is clear, Mr. Piazza
11  also reports to Mr. Mills?
12       A.      Yes.
13       Q.      Have you received any kind of
14  bonus in calendar year '06?
15       A.      Yes.
16       Q.      What was the bonus?
17       A.      Percentage or what the check
18  was?
19       Q.      Percentage is fine.
20       A.      Let me think.
21       Q.      Or if it is easier just to say
22  the number.
23       A.      I think it was around 30,000.
24       Q.      Now, when you were hired, was
25  it your understanding that you would be
```

```
                                                          41
 1                    BUCHHOLZ
 2   reporting directly to Ms. Browne-Sanders?
 3        A.     Yes.
 4        Q.     What, if anything, were you
 5   told about who would be reporting to you?
 6        A.     At the time that I was hired?
 7        Q.     Correct.
 8        A.     At the time that I was hired, a
 9   person by the name of -- what was his
10   name -- Curtis Washington, who was -- I
11   think he was the manager of Community
12   Relations at the time.  Dan Gladstone was
13   the manager of Field Marketing.  And at
14   the time I was told that we were going to
15   hire an assistant for me.
16              Then under Dan Gladstone he had
17   a lot of part-time staffers that were his
18   field marketing staff.  So they didn't
19   report directly to me, they reported to
20   Dan as part of, you know, that came on
21   board for any of the events that we did.
22        Q.     What was your understanding at
23   the time you were hired about what role
24   you would have in hiring and firing your
25   staff?
```