1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

06 Civ. 0589 (CGE)

------------------------------------------x

ANUCHA BROWNE-SANDERS,

                              Plaintiff,

         - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD

THOMAS, III, and JAMES DOLAN,

                              Defendants.

------------------------------------------x

                         December 11, 2006

                         10:00  a.m.


              VIDEOTAPE DEPOSITION of JAMES

DOLAN, taken by the Plaintiff, pursuant to

Notice, held at the offices of Vladeck

Waldman Elias & Engelhard, P.C, 1501

Broadway, New York, New York, before

Debbie Zaromatidis, a Shorthand Reporter

and Notary Public of the State of New

York.

40

DOLAN

1

2  the witness to testify fully to the extent

3  of his knowledge but not otherwise to

4  speculate or guess.  You may answer the

5  question to the extent you can answer it.

6      A.    No, I am not -- I don't have any

7  information about other than what Mr.

8  Mills would have told me, and I don't

9  recall specifically his telling me about

10 the qualifications of either of those

11 gentlemen.

12     Q.    Did Mr. Mills at any point ask

13 you for approval for Mr. Thomas to hire

14 his niece as a direct report?

15     A.    I believe Mr. Thomas,

16 the -- prior to coming to work for us

17 informed us that his niece was his

18 assistant, and that he would wish to

19 continue on with that arrangement, and I

20 believe we agreed.

21     Q.    Did you have any conversations

22 with Mr. Thomas concerning his role in the

23 Dale Thomas popcorn business?

24     A.    Mr. Thomas told me about his

25 investment in that business.

41

DOLAN

1

2    Q.    When did he tell you about it?

3    A.    I believe it was prior to his

4    coming on with the company.

5    Q.    And what did he say and what did

6    you say?

7    A.    I believe he told me he had an

8    interest in the popcorn company, and that

9    he needed us to know that before he came

10   on because it was relatively in the same

11   kind of area that -- that we are involved

12   in in some form I guess you could say

13   that.  It used his name.

14   Q.    Did you give him written

15   approval to continue with the Dale Thomas

16   business and to work at The Garden?

17   A.    I believe I gave him verbal

18   approval.

19   Q.    And you believe that was before

20   he joined --

21   A.    I do.

22   Q.    And is Dale Thomas a vendor at

23   The Garden?

24   A.    I believe they are.

25   Q.    And are there roles with respect