UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ANUCHA BROWNE SANDERS,

        Plaintiff,

    -against-        06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

        Defendants.

------------------------------------------X

COPY

VIDEOTAPED DEPOSITION OF JEFFREY NIX

New York, New York

Friday, January 26, 2007

REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.: 11467



**David Feldman Worldwide**

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

253

JEFFREY NIX

like that.

    Q    Did she ever tell you that she conducted any business while she was working at Madison Square Garden?

    A    No.

    Q    You actually gave her a reference to an accountant to do her tax returns; did you not?

    A    Yes.

    Q    And who was that?

    A    Brock Weaver.

    Q    And Mr. Weaver is the person who does your tax returns, correct?

    A    That's correct.

    Q    When she came to you, did she come to you and ask you for a referral of someone to do her returns?

    A    Yes.

    Q    And when was it that she came to you to ask you for that?

    A    I don't know specifics, but obviously prior to the filing deadline. So in the spring.

    Q    In the spring of '06?