COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ANUCHA BROWNE SANDERS,

                Plaintiff,

      -against-        06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P., ISIAH
LORD THOMAS, III and JAMES L. DOLAN,

             Defendants.

------------------------------------------X


C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF BROCK WEAVER

New York, New York

Thursday, December 21, 2006


REPORTED BY:

BARBARA R. ZELTMAN

JOB NO.:  11338




**David Feldman**
W o r l d w i d e

CONFIDENTIAL

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

Dockets.Justia.com

77

```
 1              BROCK WEAVER

 2              MR. MINTZER:  Objection to

 3       form.

 4       A     Yes.

 5       Q     And when did that discussion

 6  take place?

 7       A     It was a discussion that

 8  occurred at the same time as we had talked

 9  about the living arrangements between her

10  and her husband and I had defined for her

11  what her options were as far as what her

12  filing status could be.  And I had

13  mentioned to her that I thought that she

14  had the wrong filing status in 2004.  And

15  her response was, "Well, I've always filed

16  that way as far as I know."

17              And I told her, I said "you

18  probably need to go back and amend your

19  prior returns."

20       Q     And what was her response to

21  that?

22       A     It was something along the

23  lines of "I'll check into it" or "I need

24  to check into that."

25              I think her main focus was
```

1                    BROCK WEAVER

2     deduction.  It would not have benefitted

3     her in any way because she was subject to

4     the AMT tax, and that would have been an

5     AMT preference.

6          Q     And so would you have had a

7     conversation with her about that in which

8     you would have advised her of that?

9          A     Yes.

10         Q     And then would you have

11    awaited her direction as to whether or not

12    to list it, in any event?

13              MR. MINTZER:  Objection to

14         form.

15         A     No.  I probably just made the

16    decision myself.

17         Q     And with regard to the Direct

18    Marketing data contained on the

19    Schedule C, did you have any discussions

20    with her with regard to what the -- as to

21    whether she had specific concerns about

22    that Schedule C?

23              MR. MINTZER:  Objection to

24         form.  Asked and answered.

25              The witness has testified

                    BROCK WEAVER

1

2      about this.

3      A      When I brought the subject up,

4    she was surprised that those expenses were

5    on the return and --

6            What was your specific

7    question about it?

8      Q      About any additional

9    conversation that you had with her on the

10   topic of the material contained in

11   Schedule C.

12            MR. MINTZER:  Objection to

13      form.  Asked and answered.

14            The witness has already

15      testified about this.

16      A      She was surprised they were on

17   the return, and she stated to me that she

18   did not have a business.

19      Q      Did she tell you that she had

20   never had a direct marketing business?

21      A      Yes.

22      Q      So she told you that she had

23   no idea how this schedule would have ever

24   ended up on her return?

25            MR. MINTZER:  Objection to

BROCK WEAVER

1

2    form.

3         A    Yes.

4         Q    Did she offer any explanation

5    as to how such a thing could have

6    occurred?

7              MR. MINTZER:  Objection to

8         form.

9         A    She said her taxpayer had --

10        Q    Tax preparer.  You said

11   "taxpayer."

12        A    I'm sorry.  Her tax preparer

13   had gotten that information from her and

14   she had thought he had just listed them as

15   expenses and her comment was she was not

16   aware that they were going on in this

17   schedule on her tax return.

18        Q    So the information that went

19   on the schedule had come from her to her

20   tax preparer; is that what she indicated

21   to you?

22             MR. MINTZER:  Objection to

23        form.

24        A    Yeah, that's what she

25   indicated.

```
 1                    BROCK WEAVER

 2        Q      Did she tell you for what

 3   purpose she had given that information to

 4   her prior tax preparer?

 5                MR. MINTZER:  Objection to

 6        form.

 7        A      She led me to believe that the

 8   tax preparer was asking her questions

 9   about deductions and that she had supplied

10   that information but did not have

11   knowledge of where or how they were going

12   to be used as deductions.

13        Q      Did she tell you the source of

14   the information that she provided to her

15   tax preparer?

16                MR. MINTZER:  Objection to

17        form.

18        A      No, she did not.

19        Q      Did she indicate to you

20   whether, for example, it was her husband's

21   business?

22                MR. MINTZER:  Objection to

23        form.

24        A      No.

25        Q      But she indicated to you that
```