

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANUCHA BROWNE SANDERS,

                Plaintiff,

        -against-              06 CV 0589 (GEL)

MADISON SQUARE GARDEN, L.P.,
ISIAH LORD THOMAS III and JAMES L. DOLAN,

                Defendants.
----------------------------------------X


        VIDEOTAPED DEPOSITION OF LEON REIMER

                New York, New York

              Monday, January 22, 2007



REPORTED BY:
BARBARA R. ZELTMAN
Job No. 11465
```



**David Feldman Worldwide**

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

16

LEON REIMER

deposition, and I'll refer to the LR numbers specifically. And we will actually have copies for you.

    MR. MINTZER: As you go through them. That's fine.

    MR. COZIER: As we refer to them.

    MR. MINTZER: Thank you.

    MR. COZIER: Make it a little simpler.

Q    Mr. Reimer, when did you first become acquainted with Ms. Sanders?

A    On November 16, 2006.

Q    And how did you become acquainted with her at that time?

A    I was requested by Ms. Vladeck to meet Ms. Sanders and review her tax returns.

Q    When you say you were "requested by Ms. Vladeck," when were you contacted by Ms. Vladeck?

A    In November 2006.

Q    Approximately how long before you actually met with Ms. Sanders?

82

LEON REIMER

1  
2  I worked for Mr. Anello that the Vladeck
3  firm was also involved in.
4          Q    Describe for me the nature of
5  the Vladeck firm's involvement in that
6  other matter.
7          A    I don't know.
8          Q    What kind of services did you
9  render in that matter, regardless of the
10 person to whom you rendered the service?
11         A    Handled a New York State
12 audit.
13         Q    A New York State audit for an
14 individual?
15         A    Yes.
16         Q    And do you know what
17 connection, if any, the Vladeck firm had
18 with that individual?
19         A    No.
20         Q    In the notes that have been
21 marked as exhibits in this matter, it
22 indicates that there was a retainer
23 amount, requested initial retainer of
24 $4,000.
25              Did your firm receive that

83

LEON REIMER

1
2  retainer?
3      A    Yes.
4      Q    And from whom was that
5  retainer received?
6      A    The retainer was billed to
7  Ms. Sanders and paid by the Vladeck firm.
8      Q    And when was that payment
9  made?
10     A    I do not have the precise
11 date.
12     Q    Are there any documents that
13 are part of the business of your firm that
14 are kept with regard to billings?
15     A    Yes.
16     Q    And are there documents that
17 are kept with regard to payments?
18     A    Yes.
19     Q    And are there documents that
20 you did not produce today that would
21 reflect the fact of the retainer, the
22 billing of the retainer and the name of
23 the party paying the retainer?
24     A    Yes.
25     Q    And what documents are those?