1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
06 Civ. 0589 (CGE)
------------------------------------x
ANUCHA BROWNE-SANDERS,

               Plaintiff,


          - against -



MADISON SQUARE GARDEN, L.P., ISIAH LORD
THOMAS, III, and JAMES DOLAN,
               Defendants.
------------------------------------x
               February 12, 2007
               10:10 a.m.



     Videotaped Deposition of JOSEPH
FAVORITO, taken by Plaintiff, pursuant to
Notice, held at the offices of Vladeck
Waldman Elias & Engelhard, P.C., 1501
Broadway, New York, New York, before Todd
DeSimone, a Registered Professional
Reporter and Notary Public of the State of
New York.
```

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868　　　　　　　　　　　　　　　　　　516-608-2400

Dockets.Justia.com

FAVORITO

    Q.    What did you say about your experience at Madison Square Garden?

    A.    I don't recall.

    Q.    You don't recall -- as you are sitting here right now, you don't recall anything that you said about your experience --

    A.    I enjoyed my experience at Madison Square Garden.

    Q.    Is that what you told him?

    A.    Yes.

    Q.    What did you and Mr. Selva discuss? I think you said you had a short conversation with him.

    A.    Just the opportunity for a new venture.

    Q.    Anything else?

    A.    Not to my knowledge.

    Q.    Prior to the International Fight League, your most recent job was at Madison Square Garden?

    A.    That's correct.

    Q.    That was as vice president of Public Relations for the Knicks?

```
1                        FAVORITO
2        A.      That's correct.
3        Q.      You were hired by the Knicks in
4   November of 2001; is that correct?
5        A.      Correct.
6        Q.      Could you go through just
7   briefly your employment history prior to
8   joining the Knicks.
9        A.      Prior to that I was the
10  director of Public Relations for the
11  United States Tennis Association.  Prior
12  to that I was the vice president of
13  Communications for the Women's Tennis
14  Association.  Prior to that I was the
15  director of Public Relations for the
16  Philadelphia 76ers.  Prior to that I was
17  the assistant athletic director for
18  Fordham University.
19       Q.      What is your educational
20  background?
21       A.      I have a bachelor of arts from
22  Fordham University.
23       Q.      When did you receive your BA?
24       A.      1985.
25       Q.      Did you know Karin Buchholz
```

```
 1                    FAVORITO
 2   Business Journal to give her that award?
 3        A.     My job gives me that
 4   opportunity to influence them, yes.
 5        Q.     Tell me, then, what was your
 6   involvement in the decision-making process
 7   of the Sports Business Journal?
 8        A.     I called Terry Lefton, who is
 9   the senior business writer, and I said "I
10   really think this would be doing me a big
11   favor if you got Anucha in there, and here
12   is why."  And he said "Okay, I will do it
13   for you."
14        Q.     He said that he would do it for
15   you?
16        A.     Yes.
17        Q.     And, to your knowledge, that's
18   the only reason why she was given that
19   award?
20        A.     Well, that is not the only
21   reason, but it was influential, which is
22   what you asked me.
23        Q.     No.  What I asked you is what
24   your involvement was in the
25   decision-making process.
```