UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Anucha Browne Sanders,

           Plaintiff,

    v.    06-CV-00589 (GEL) (DF)

Madison Square Garden, L.P., Isiah Lord Thomas III, and James L. Dolan,    ECF Case

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE OF MIGUEL A. ESTRADA**

To the Clerk of this Court and all parties of record: Please enter my appearance in this case as additional counsel for Madison Square Garden, L.P. and James L. Dolan.

I certify that I am admitted to practice in this Court.

           Respectfully submitted,

Dated: June 29, 2007

           /s/ Miguel A. Estrada
           Miguel A. Estrada (ME 4227)
           GIBSON, DUNN & CRUTCHER LLP
           1050 Connecticut Ave., N.W.
           Washington, D.C. 20036
           mestrada@gibsondunn.com
           Phone: (202) 955-8500
           Fax: (202) (202) 467-0539

*Additional counsel for Madison Square Garden, L.P. and James L. Dolan*