```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
ANUCHA BROWNE SANDERS,                      :
                                            :
                Plaintiff,                  :
                                            :    06 Civ. 589 (GEL)
        -v-                                 :
                                            :        ORDER
MADISON SQUARE GARDEN, L.P., et al.,        :
                                            :
                Defendants.                 :
                                            :
------------------------------------------------------------x
```

GERARD E. LYNCH, District Judge:

  The Court is advised that defendants' motion to appear pro hac vice (Doc. #53) appears as an open motion on certain internal reports. Defendants' motion was granted on June 21, 2007. (Doc. #51.) Accordingly, the Clerk of the Court is respectfully directed to close the motion (Doc. #53) for all internal statistical purposes.

SO ORDERED.

Dated: New York, New York
   August 2, 2007

                  _____
                    GERARD E. LYNCH
                    United States District Judge

Sanders v. Madison Square Garden, L.P. et al                  Doc. 113