Sanders v. Madison Square Garden, L.P. et al                                                                                                                                          Doc. 115

VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172

KEVIN T. MINTZER



WRITER'S DIRECT DIAL
403-7348

August 10, 2007

**BY FACSIMILE**

Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581



Re: Anucha Browne Sanders v. Madison Square Garden, L.P., et al.
Case No. 06 Civ 0589 (GEL)

Dear Judge Lynch:

We write concerning a scheduling matter. As the Court has ordered that the pre-trial order be filed on August 17, plaintiff requested that defendants exchange proposed witness, exhibit lists, and deposition designations on August 10. Defendants have informed us today that they will not exchange these lists until August 14. In order to allow plaintiff sufficient time to review defendants' proposed witnesses, exhibits and deposition designations, and to list her objections and counter-designations, and to complete motions in limine, plaintiff requests that the Court extend the deadline to file the pre-trial order, motions in limine, requests to charge and proposed voir dire questions until August 22. Defendants have informed us that they do not oppose this request.

Respectfully submitted,

Kevin T. Mintzer

cc: Ronald M. Green, Esq. (by facsimile)
Sue Ellen Eisenberg, Esq. (by facsimile)

SO ORDERED

GERARD E. LYNCH, U.S.D.J.
8/10/07

246790 v1