UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANUCHA BROWNE SANDERS,

       Plaintiff,

    - against -

MADISON SQUARE GARDEN, L.P., ISIAH LORD THOMAS III AND JAMES L. DOLAN,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Case No. 06 CV 0589

ECF CASE

## MOTION OF DEFENDANTS MADISON SQUARE GARDEN, L.P. AND JAMES L. DOLAN TO CONTINUE POST-TRIAL BRIEFING SCHEDULE

Defendants Madison Square Garden, L.P. ("MSG") and James L. Dolan ("Dolan") respectfully move to continue the post-trial briefing schedule the Court has set in this case.

As the Court is aware, MSG and Dolan pursuant to Federal Rule of Civil Procedure 50(b) orally renewed their motion for judgment as a matter of law and moved for a new trial pursuant to Rule 59 subsequent to the jury's verdict on both liability and punitive damages, and subsequent to the jury's verdict on the amount of punitive damages. *See* Tr. at 1873, 1900.[1] Although the Court granted the defendants until October 17, 2007 to submit further briefing in support of their pending motions, the Court also indicated that such briefing is unlikely to be

---

[1] Following the jury's verdict on the amount of punitive damages, MSG and Dolan's counsel renewed their motion for judgment as a matter of law pursuant to Rule 50(b) but did not explicitly mention the Rule 59 motion. Tr. at 1900. Out of an abundance of caution, and solely for purposes of preserving the appellate record, MSG and Dolan respectfully so move now pursuant to Rule 59 for a new trial on punitive damages.

helpful to the Court, because the Court has already considered and rejected the defendants' contentions. Tr. at 1873-75.

In light of the views already expressed by the Court on these matters, MSG and Dolan will not be submitting any further briefing in support of their pending motions, with one exception: Defendants respectfully submit that the Court would benefit from written submissions from the parties addressing whether the size of the punitive awards in this case is consistent with applicable legal and constitutional requirements. Defendants believe, however, that this Court's rulings on front pay, back pay, and after-acquired evidence would likely be relevant to their challenges to the punitive damages awards, and that it would be most economical of the Court's and parties' time if such briefing were postponed until after the Court has ruled on those issues.

Defendants therefore respectfully request that the Court postpone the post-trial briefing on punitive damages until after the Court rules on front pay, back pay, and after-acquired evidence, and that the Court set a briefing schedule then as the Court deems appropriate.[2] Defendants have also submitted this request via letter to chambers, and that letter is attached to this motion.

---

[2] Plaintiff's counsel has advised that plaintiff opposes this request.

3

Dated: October 15, 2007 Respectfully submitted,

s/Miguel A. Estrada

Miguel A. Estrada (ME-4227)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
mestrada@gibsondunn.com
(202) 955-8500

*Attorneys for Defendants Madison Square Garden, L.P. and James L. Dolan*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused an electronic copy of this Motion to Continue the Post-Trial Briefing Schedule to be served on the following individuals who are registered to receive electronic service via the ECF system:

Anne Vladeck, Esq.
Kevin Mintzer, Esq.
Vladeck, Waldman, Elias &
Engelhard, P.C.
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300
*Attorneys for Plaintiff*

Sue Ellen Eisenberg (SE-4713) – *admitted pro hac vice*
Lucetta Franco (LF-7638) – *admitted pro hac vice*
Eisenberg & Bogas, P.C.
33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, Michigan  48304-2945

-and-

Laurie Berke-Weiss (LB-3445)
Louis Pechman (LP-6395)
Berke-Weiss & Pechman LLP
488 Madison Avenue
New York, New York 10022
(212) 538-9500

*Attorneys for Defendant Isiah Lord Thomas III*