UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANUCHA BROWNE SANDERS,

        Plaintiff,

v.

MADISON SQUARE GARDEN, L.P., ISIAH
LORD THOMAS III, and JAMES L. DOLAN,

        Defendants.

------------------------------------x

Case No. 06 CV 0589 (GEL)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the above-captioned action shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), without costs to any party.

Dated: New York, New York
       December ___, 2007

VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.

By: _____
Anne C. Vladeck (AV-4857)

1501 Broadway, Suite 800
New York, NY 10036
Telephone: 212-403-7300
Facsimile: 212-221-3172

*Attorneys for Plaintiff Anucha Browne Sanders*

EPSTEIN BECKER & GREEN, P.C.

By: *Ronald M Green*
    Ronald M. Green (RB-7766)

250 Park Avenue
New York, NY 10177
Telephone: 212-351-4500
Facsimile: 212-661-0989

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Randy M. Mastro (RM-9492)

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Madison Square
Garden, L.P., and James L. Dolan*

EISENBERG & BOGAS, P.C.

By: _____
    Sue Ellen Eisenberg (admitted *pro hac vice*)

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Telephone: 248-258-6080
Facsimile: 248-258-9212

*Attorneys for Defendant Isiah Lord Thomas III*

IT IS SO ORDERED.

Dated: _____, 2007

                          By: _____
                              Hon. Gerard E. Lynch
                              United States District Judge

2

EPSTEIN BECKER & GREEN, P.C.

By:_____
　　Ronald M. Green (RB-7766)

250 Park Avenue
New York, NY 10177
Telephone: 212-351-4500
Facsimile: 212-661-0989

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Randy M. Mastro
　　Randy M. Mastro (RM-9492)

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Madison Square Garden, L.P., and James L. Dolan*

EISENBERG & BOGAS, P.C.

By:_____
　　Sue Ellen Eisenberg (admitted *pro hac vice*)

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Telephone: 248-258-6080
Facsimile: 248-258-9212

*Attorneys for Defendant Isiah Lord Thomas III*

IT IS SO ORDERED.

Dated:　　_____, 2007

　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Hon. Gerard E. Lynch
　　　　　　　　　　　　　　　　　United States District Judge

2

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Ronald M. Green (RB-7766)

250 Park Avenue
New York, NY 10177
Telephone: 212-351-4500
Facsimile: 212-661-0989

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Randy M. Mastro (RM-9492)

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Madison Square Garden, L.P., and James L. Dolan*

EISENBERG & BOGAS, P.C.

By: /s/ Sue Ellen Eisenberg
    Sue Ellen Eisenberg (admitted pro hac vice)

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Telephone: 248-258-6080
Facsimile: 248-258-0212

*Attorneys for Defendant Isiah Lord Thomas III*

IT IS SO ORDERED.

Dated: December 10, 2007

By: /s/ Gerard E. Lynch
    Hon. Gerard E. Lynch
    United States District Judge

2