UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

ANUCHA BROWNE SANDERS,

   Plaintiff,

v.

MADISON SQUARE GARDEN, L.P., ISIAH
LORD THOMAS III, and JAMES L. DOLAN,

   Defendants.

---------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

Case No. 06 CV 0589 (GEL)

ECF Case

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the above-captioned action shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), without costs to any party.

Dated: New York, New York
   December ___, 2007

          VLADECK, WALDMAN, ELIAS &
          ENGELHARD, P.C.

          By: _/s/ Anne C. Vladeck_____
          Anne C. Vladeck (AV-4857)

          1501 Broadway, Suite 800
          New York, NY 10036
          Telephone: 212-403-7300
          Facsimile: 212-221-3172

          *Attorneys for Plaintiff Anucha Browne Sanders*

EPSTEIN BECKER & GREEN, P.C.

By: *Ronald M Green*
Ronald M. Green (RD-7766)

250 Park Avenue
New York, NY 10177
Telephone: 212-351-4500
Facsimile: 212-661-0989

GIBSON, DUNN & CRUTCHER LLP

By: _____
Randy M. Mastro (RM-9492)

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Madison Square Garden, L.P., and James L. Dolan*

EISENBERG & BOGAS, P.C.

By: _____
Sue Ellen Eisenberg (admitted *pro hac vice*)

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Telephone: 248-258-6080
Facsimile: 248-258-9212

*Attorneys for Defendant Isiah Lord Thomas III*

IT IS SO ORDERED.

Dated: _____, 2007

By: _____
Hon. Gerard E. Lynch
United States District Judge

2

EPSTEIN BECKER & GREEN, P.C.

By:_____
    Ronald M. Green (RB-7766)

250 Park Avenue
New York, NY 10177
Telephone: 212-351-4500
Facsimile: 212-661-0989

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Randy M. Mastro*
    Randy M. Mastro (RM-9492)

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Madison Square Garden, L.P., and James L. Dolan*

EISENBERG & BOGAS, P.C.

By:_____
    Sue Ellen Eisenberg (admitted *pro hac vice*)

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Telephone: 248-258-6080
Facsimile: 248-258-9212

*Attorneys for Defendant Isiah Lord Thomas III*

IT IS SO ORDERED.

Dated: _____, 2007

                                                 By:_____
                                                      Hon. Gerard E. Lynch
                                                      United States District Judge

EPSTEIN BECKER & GREEN, P.C.

By: _____
Ronald M. Green (RB-7766)

250 Park Avenue
New York, NY 10177
Telephone: 212-351-4500
Facsimile: 212-661-0989

GIBSON, DUNN & CRUTCHER LLP

By: _____
Randy M. Mastro (RM-9492)

200 Park Avenue, 48th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Madison Square Garden, L.P., and James L. Dolan*

EISENBERG & BOGAS, P.C.

By: _____
Sue Ellen Eisenberg (admitted pro hac vice)

33 Bloomfield Hills Parkway, Suite 145
Bloomfield Hills, MI 48304
Telephone: 248-258-6080
Facsimile: 248-258-0212

*Attorneys for Defendant Isiah Lord Thomas III*

IT IS SO ORDERED.

Dated: December 10, 2007

By: _____
Hon. Gerard E. Lynch
United States District Judge

2